# UNITED STATES DISTRICT COURT
for the
District of Columbia

| League of Women Voters et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-03501 |
| U.S. Dep't of Homeland Security et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

League of Women Voters et al. (All Plaintiffs).

Date: 09/30/2025

/s/ Yoseph T. Desta
*Attorney's signature*

Yoseph T. Desta (D.C. Bar No. 90002042)
*Printed name and bar number*

Citizens for Responsibility and Ethics in Washington
PO Box 14596
Washington, D.C. 20044
*Address*

ydesta@citizensforethics.org
*E-mail address*

(202) 408-5565
*Telephone number*

*FAX number*