AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| League of Women Voters, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-03501 |
| U.S. Dep't of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 09/30/2025

/s/ Michelle E. Kanter Cohen
*Attorney's signature*

Michelle E. Kanter Cohen (D.C. Bar No. 989164)
*Printed name and bar number*

Fair Elections Center
1825 K Street NW, Ste. 701
Washington, DC 20006
*Address*

mkantercohen@fairelectionscenter.org
*E-mail address*

(202) 331-0114
*Telephone number*

*FAX number*