AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| League of Women Voters, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-03501 |
| U.S. Dep't of Homeland Security, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 09/30/2025

/s/ Emily Davis
*Attorney's signature*

Emily Davis (D.C. Bar No. 90020129)
*Printed name and bar number*

Fair Elections Center
1825 K Street NW, Ste. 701
Washington, DC 20006
*Address*

edavis@fairelectionscenter.org
*E-mail address*

(202) 331-0114
*Telephone number*

*FAX number*