# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS, *et al.*,
    *Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
    *Defendants*.

Case No. 1:25-cv-3501

## DECLARATION OF J. DOE 1

I, J. Doe 1, declare as follows:

1. I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief. I submit this Declaration in support of Plaintiffs' complaint, motion to proceed under a pseudonym, and motion for certification of a preliminary relief class.

2. I am a United States citizen. I was naturalized as a United States citizen in 2017.

3. After I was naturalized, I registered to vote and began voting in state and federal elections.

4. I currently live and am registered to vote in Texas. I have not been disqualified from voting due to a felony conviction or a judgment of mental incapacitation.

5. I regularly vote in elections, and I plan on voting in the November 4, 2025 election in Texas.

6. This will be my first year voting in Texas. I recently moved, and voted in a different state as recently as last year. The state I moved from (and previously voted in) is one of the states that the Department of Justice recently sued to obtain the state's voter rolls.[1]

7. I applied to the Social Security Administration (SSA) and received a social security number (SSN) in the late 1990s. At the time I applied for an SSN, I was on a student visa.

8. It is my understanding that at least my name, social security number, and citizenship status at the time I applied for my SSN are stored by SSA. I expected that data to remain private within SSA and be used only to determine whether I was eligible for benefits or other lawful purposes.

9. I have started a new job within the last two years. My understanding is that as a result, sensitive personal records about me, such as employment and wage records, are stored by the U.S. Department of Health and Human Services and/or SSA in the National Database of New Hires. I expected those records to remain confidential within the agencies housing my employment records, and to only be used for purposes related to my employment.

10. I have not consented to, and do not consent to, giving DHS or individuals associated with DHS access to my personal information stored in SSA records, HHS records, or any other agencies' records. I do not consent to SSA sharing my personal information for purposes other than use by SSA, including for voter roll list maintenance.

---

[1] *See* U.S. Dep't of Justice, *Justice Department Sues Six States for Failure to Provide Voter Registration Rolls* (Sep. 25, 2025), https://www.justice.gov/opa/pr/justice-department-sues-six-states-failure-provide-voter-registration-rolls, archived at https://perma.cc/32U7-G6WY.

11. It is my understanding that Defendants have accessed my personal records maintained by agencies outside DHS and incorporated them into databases or other data systems at DHS for purposes unrelated to the purposes they were initially collected for.

12. Specifically, at a minimum, DHS has input my sensitive information stored by SSA and/or HHS into the U.S. Citizenship and Immigration Services "Data Lake" and into the agency's Systematic Alien Verification for Entitlements (SAVE) system, allowing users of SAVE to look up my citizenship status based on my SSN.

13. It is my understanding that the State of Texas is a user of the SAVE system and the Texas Secretary of State's office has used the SAVE system, including the data pooled in it from SSA, to verify the citizenship status of registered Texas voters. It is my understanding that states are conducting citizenship checks using this system by uploading in bulk, cross-referencing, and downloading potentially millions of voters' sensitive SSA data. I am also aware that Texas officials have announced that they are using the SAVE system for investigations into potential noncitizen voting.

14. Currently, my data stored with SSA, and therefore the information pooled by DHS in the SAVE system, does not reflect my status as a U.S. citizen. SSA records instead (incorrectly) describe me as a non-citizen, as I was when I first interacted with SSA.

15. Because of this discrepancy, I fear the State of Texas or other law enforcement agencies will investigate me for having previously voted (even though I did so lawfully) or for future lawful voting, and that they will wrongfully remove me from the voter rolls based on the faulty, outdated information contained in the SAVE system. I am nervous this will prevent me from voting in the election this November or in subsequent elections.

16. Because DHS's System of Records Notice (SORN) for the SAVE system does not authorize pooling SSA data into the SAVE system, nor does SSA's SORN authorize giving data to DHS for this purpose, I do not know how or why my data is being accessed by DHS or pooled into this database.

17. Similarly, because DHS has not published *any* SORN for the USCIS Data Lake, I am unable to learn how or why my data from other federal agencies is being used by DHS.

18. If DHS had published or updated SORNs for the overhauled SAVE system and USCIS Data Lake and sought public comment, and I had been aware of the need to comment, I would have provided comments opposing such broad based aggregation of personal data, including my own, because of the violations of personal privacy and the potential for abuse. This is an issue of substantial personal importance to me, and I regularly advocate to government officials about issues of personal importance when called upon to do so. I believe that if DHS had published or updated SORNs for these systems, advocacy groups and networks I'm involved in would have alerted me to the need to provide comment, and I would have done so.

19. Without the information about what data is being accessed and how, I cannot adequately protect myself against the intrusion into my private records. Without notice from DHS about whether and how they are collecting this data, I am unable to use the tools created by the Privacy Act to submit a targeted request to review and, if necessary, modify or delete my records based on how they are being used.

20. Due to the lack of transparency by DHS, I am unable to fully understand or seek to mitigate the risks I might be facing of potential investigation for voting in the upcoming Texas election. I am also unable to know what steps I need to take to resolve any discrepancies in my citizenship records to the satisfaction of DHS or Texas.

21. The privacy of my personal information is very important to me. Because I pay taxes and plan to retire and receive social security benefits in the future, SSA and HHS have personal information about me that I consider highly sensitive. I have trusted these agencies to keep my information private and to only use it for lawful purposes. I understood them to be bound by laws that would keep them from sharing this information across government agencies for completely unrelated purposes. I did not consent to them sharing this highly sensitive information with other agencies, including DHS, for unlawful or undisclosed purposes.

22. I am disturbed, uneasy, and frustrated that the government has violated my trust and given my personal information to DHS without my consent to include me in what seems to me like a national database of citizens. It makes me feel like I am living in a surveillance state where anyone in the government can access my most private information at the touch of a button.

23. Because this data has been moved from agency to agency, I am also worried that my data might be stored or transferred in an insecure manner, exposing me to a data breach and identity theft and fraud. I am particularly concerned about the security risks to my sensitive SSA information posed by the newly-expanded SAVE system and its bulk-search functionality.

24. I am requesting to proceed under a pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the countless actions this administration has taken against individuals who oppose it and their employers, I fear that the government will retaliate against me or my employer.

25. I work as a university professor. The university I work at receives substantial federal funding. I fear that bringing this lawsuit under my name will result in the government threatening to cut or cutting federal funding to my university in retaliation. I fear that these

federal cuts could lead to either my university operating at a diminished capacity or that, to avoid the threatened federal funding cuts, they would fire me. If I lose my job due to threatened retaliation from the government, it will be hard to find a new job at a university that would willingly risk that same retaliation.

26. I fear, given the memo published by the Department of Justice indicating they are going to pursue denaturalizing citizens as a punishment, that if I were to identify myself as a naturalized citizen publicly opposing the administration's policies then the administration would take retaliatory action against me, including investigating me and seeking denaturalization. My spouse is also a naturalized citizen, and I fear we could both be targeted.

27. I hate the idea that so many people in the government have access to my private data without my consent. I am experiencing a lot of distress over the possibility of this data being accessed, shared, or used in some way that would put me at risk of harm.

28. I have been an active participant in the development of this lawsuit and have remained in regular communication with Plaintiffs' counsel about this case. I am willing and able to take an active role in this litigation and to protect the interests of all members of the Class.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on September 30, 2025, in Texas.

*J. Doe 1* (signature)

J. Doe 1*

\*Out of fear of retaliation and harassment, J. Doe 1 submits this declaration under pseudonym. Counsel hereby certifies that he has an unaltered signed copy of the foregoing document available for inspection by the Court.