# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS, *et al.*,

    *Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 1:25-cv-03501

## DECLARATION OF J. DOE 5

**I, J. Doe 5, declare as follows:**

1. I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief. I submit this Declaration in support of Plaintiffs' complaint, motion to proceed under a pseudonym, and motion for certification of a preliminary relief class.

2. I am a United States citizen. I was naturalized as a United States citizen in 2020.

3. After I was naturalized, I registered to vote and began voting in state and federal elections.

4. I currently live and am registered to vote in Virginia. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

5. I often vote in elections, and I plan on voting in the November 4, 2025 election in Virginia.

6. I have only ever been registered to vote in Virginia. I have voted in elections in 2020, 2021, 2022, 2023, 2024, and 2025 in Virginia.

7. I applied to the Social Security Administration (SSA) and received a social security number (SSN) in approximately 2010. At the time I applied for an SSN, I was on a student visa.

8. It is my understanding that at least my name, social security number, and citizenship status at the time I applied for my SSN are stored by SSA. I expected that data to remain private within SSA and be used only to determine whether I was eligible for benefits or for other lawful purposes.

9. I have not consented to, and do not consent to, giving DHS or individuals associated with DHS access to my personal information stored in SSA records, HHS records, or any other agencies' records.  I do not consent to SSA sharing my personal information for purposes other than use by SSA, including for voter roll list maintenance

10. It is my understanding that Defendants have accessed my personal records maintained by agencies outside DHS and incorporated them into databases or other data systems at DHS for purposes unrelated to the purposes they were initially collected for.

11. Specifically, at a minimum, DHS has input my sensitive information stored by SSA and/or HHS into the agency's Systematic Alien Verification for Entitlements (SAVE) system, allowing users of SAVE to look up my citizenship status based on my SSN.

12. It is my understanding that the Commonwealth of Virginia is a user of the SAVE system and that the Department of Elections uses the SAVE system, including the data pooled from SSA, to verify that registered voters are U.S. citizens. Any voter that SAVE identifies as a non-citizen is required to be deleted from voter rolls. It is my understanding that in March 2025 Governor Youngkin began requiring the Department of

Elections to coordinate with the federal government through DHS, and specifically directed that the Department conduct citizenship checks using the SAVE system by uploading in bulk, cross-referencing, and downloading potentially millions of voters' sensitive SSA data. I am also aware that Virginia is one of only a few states that requires people to register to vote using their full 9-digit SSN making it even easier for Virginia to use the SAVE system.

13. Currently, my data stored with SSA, and therefore the information pooled by DHS in the SAVE system, does not reflect my status as a U.S. citizen. SSA records instead (incorrectly) describe me as a non-citizen, as I was when I first interacted with SSA.

14. Because of this discrepancy, I fear the Commonwealth of Virginia or other law enforcement agencies will investigate me for having previously voted (even though I did so lawfully) or for future lawful voting, and that they will wrongfully remove me from the voter rolls based on the faulty information contained in the SAVE system. I am nervous this will prevent me from voting in the election this November or in subsequent elections.

15. Because DHS's System of Records Notice (SORN) for the SAVE system does not authorize pooling SSA data into the SAVE system, nor does SSA's SORN authorize giving data to DHS for this purpose, I do not know how or why my data is being accessed by DHS or pooled into this database.

16. Without the information about what data is being accessed and how, I cannot adequately protect myself against the intrusion into my private records. Without notice from DHS about whether and how they are collecting this data, I am unable to use the

tools created by the Privacy Act to submit a targeted request to review and, if necessary, modify or delete my records based on how they are being used.

17. Due to the lack of transparency by DHS, I am unable to fully understand or seek to mitigate the risks I might be facing of potential investigation for voting in the upcoming Virginia election. I am also unable to know what steps I need to take to resolve any discrepancies in my citizenship records to the satisfaction of DHS or Virginia.

18. The privacy of my personal information is very important to me. Because I pay taxes and plan to retire and receive social security benefits in the future, SSA and HHS have personal information about me that I consider highly sensitive. I have trusted these agencies to keep my information private and to only use it for lawful purposes. I understood them to be bound by laws that would keep them from sharing this information across government agencies for completely unrelated purposes. I did not consent to them sharing this highly sensitive information with other agencies, including DHS, for unlawful or undisclosed purposes.

19. I feel anxious and frustrated, and do not want to be in a country that invades my privacy in this way. I expected the United States to respect its citizens' privacy, but instead I am fighting the government to stop them from creating a profile on me, including my sensitive information, for a centralized database.

20. Because this data has been moved from agency to agency, I am also worried that my data might be stored or transferred in a non-secure manner, exposing me to a data breach and identity theft and fraud. I am particularly concerned about the security risks to my sensitive SSA information posed by the newly-expanded SAVE system and its bulk-search functionality.

21. I am requesting to proceed under a pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the countless actions this administration has taken against individuals who oppose it and their employers, I fear that the government will retaliate against me or my employer. I have concerns that my status as a naturalized citizen will be used against me unless I can proceed under a pseudonym.

22. I fear, given the memo published by the Department of Justice indicating they are going to pursue denaturalizing citizens as a punishment, that if I were to identify myself as a naturalized citizen publicly opposing the administration's policies then the administration would take retaliatory action against me, including investigating me to seek denaturalization.

23. It is extremely concerning that so many people in the government have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me.

24. I have been an active participant in the development of this lawsuit and have been in regular communication with Plaintiffs' counsel about this case. I am willing and able to take an active role in this litigation and to protect the interests of all members of the Class.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on September 30, 2025, in Virginia.                           /s/ J. Doe 5

                                                                                                      J. Doe 5*

*Out of fear of retaliation and harassment, J. Doe 5 submits this declaration under pseudonym. Counsel hereby certifies that he has an unaltered signed copy of the foregoing document available for inspection by the Court.