# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

Case No. 25-cv-3501

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A STAY UNDER 5 U.S.C. § 705 AND A PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for a Stay under 5 U.S.C. § 705 and a Preliminary Injunction, Defendants' Opposition, Plaintiffs' Reply, and the entire record herein, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the overhauled Systematic Alien Verification for Entitlements ("SAVE") system is **STAYED** pursuant to 5 U.S.C. § 705, or, in the alternative, preliminarily enjoined, pending resolution of this suit; it is further

**ORDERED** that, during the pendency of this suit, Defendants and all others within the scope of Federal Rule of Civil Procedure 65(d)(2) are:

(1) Required to return the SAVE system to its prior operational state before Defendants unlawfully and significantly changed it;

(2) Prohibited from operating the SAVE system beyond the scope and functionality authorized by the Privacy Act and its operative SORN prior to the system's overhaul;

(3) Prohibited from pooling, incorporating, or making available Social Security Administration records or data into or through the SAVE system without statutory authorization;

(4) Prohibited from using information unlawfully pooled, incorporated, or made available into or through the SAVE system; and

(5) Required to delete, disentangle, and unlink Social Security Administration data unlawfully pooled, incorporated, or made available into or through the SAVE system; and it is further

**ORDERED** Defendants shall publish systems of records notices in the Federal Register disclosing what data was pooled, incorporated, or made available into or through the overhauled SAVE system, for what purpose, and all other details for which the Privacy Act mandates disclosure no later than five business days after entry of this Order.

**SO ORDERED.**

Date: _____

_____
United States District Judge