**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS, et al.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF HOMELAND** )<br>**SECURITY, et al.**, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:25-cv-3501 |

## MOTION FOR ADMISSION OF JON SHERMAN, *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Emily Davis, a member of the Bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Jon Sherman in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Jon Sherman is Litigation Director at Fair Elections Center and maintains an office at 1825 K St. NW, Suite 701, Washington, D.C. 20006 and can be reached at (202) 331-0114. As set forth in the attached declaration, Mr. Sherman is an active member in good standing of the D.C. Bar.

3. Mr. Sherman has not been disciplined by any bar.

4. Mr. Sherman has not been admitted *pro hac vice* in this Court in the past two years.

5. Mr. Sherman is representing Plaintiffs in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Jon Sherman to appear *pro hac vice* in the above-captioned case.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Emily Davis*
Emily Davis (D.C. Bar No. 90020129)
Fair Elections Center
1825 K Street NW, Ste. 701
Washington, D.C. 20006
Tel: 202-331-0114
edavis@fairelectionscenter.org

*Counsel for Plaintiffs*