**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS, *et al.*,

                Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                Defendants.

Case No. 1:25-cv-03501

## MOTION TO ADMIT MIMI MARZIANI PRO HAC VICE

Pursuant to Local Rule 83.2(e), undersigned counsel, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Mimi Marziani, pro hac vice, as counsel for an interested party seeking leave to file an amicus brief in this proceeding. Mrs. Marziani is a member in good standing of the Bars of the State of Texas and the State of New York. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Undersigned counsel is satisfied that Mrs. Marziani possesses the character and skills required of a member of the Bar of this Court. This motion is supported by the accompanying Declaration of Mimi Marziani and a certificate of good standing for Mrs. Marziani.

For those reasons, undersigned counsel respectfully requests admission of Mimi Marziani pro hac vice.

October 10, 2025

Respectfully submitted,

<u>/s/ Rebecca LeGrand</u>
Rebecca LeGrand
D.C. Bar No. 493918
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Ph: (202) 587-5725
rebecca@legrandpllc.com