IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*, <br> *Plaintiffs*, <br> *vs.* <br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br> *Defendants*. | Case No. 1:25-cv-3501 |

## PLAINTIFFS J. DOE 1, J. DOE 2, J. DOE 3, J. DOE 4 AND J. DOE 5'S REDACTED MOTION TO PROCEED UNDER PSEUDONYMS

Plaintiffs J. Doe 1, J. Doe 2, J. Doe 3, J. Doe 4, and J. Doe 5 (collectively, "Representatives") are putative class representatives in the above-captioned matter. The Representatives, by and through undersigned counsel, respectfully move for leave from this Court to proceed pseudonymously in this litigation, for the reasons detailed in the accompanying memorandum in support of this motion and attached declarations.

Pursuant to Local Rule 7(m), on October 1, 2025, counsel for Plaintiffs emailed the Directors for the Federal Programs Branch of the Department of Justice to obtain Defendants' position on the instant motion. Defendants responded that they are unable to address this motion due to the current lapse in appropriations and D.D.C. Standing Order No. 25-55 (Oct. 1, 2025).

Dated: October 1, 2025                              Respectfully Submitted,

*/s/ Aman T. George*

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (Fl. Bar No. 105745)*
Yoseph T. Desta (DC Bar No. 90002042)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org
ydesta@citizensforethics.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
Emily Davis (D.C. Bar No. 90020129)
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
202-331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
edavis@fairelectionscenter.org

*application for *pro hac vice* admission forthcoming

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
Telephone: 202-483-1140
Fax: 202-483-1248
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*