AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Attorney's Office for the District of Columbia

was received by me on *(date)*        10/14/2025              .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I emailed the summons and complaint to USADC-ServiceCivil@usdoj.gov on October 15,
2025. I also mailed the summons and complaint the same day to the Civil Process Clerk, US
Attorney's Office for DC, 601 D Street NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00     .

I declare under penalty of perjury that this information is true.

Date:      10/23/2025                              /s/ Nikhel Sus
                                        _____
                                                *Server's signature*

                                                Nikhel Sus
                                        _____
                                                *Printed name and title*

                                                CREW
                                            PO Box 14596
                                        Washington, DC 20044
                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:



Amanda Bangle <abangle@citizensforethics.org>

## League of Women Voters v. DHS, 25-cv-3501 (D.D.C.) - Service Package
1 message

**Nikhel Sus** <nsus@citizensforethics.org>                    Wed, Oct 15, 2025 at 12:16 PM
To: USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: "Hudak, Brian (USADC)" <brian.hudak@usdoj.gov>, "Pezzi, Stephen (CIV)" <stephen.pezzi@usdoj.gov>, Amanda
Bangle <abangle@citizensforethics.org>, Jordan Faria <jfaria@citizensforethics.org>

Good afternoon,

Per the USAO-DC's guidance, attached please find a service package PDF consisting of the summons, complaint, and
motion for provisional relief and supporting filings in the above-referenced case.

I am also including on this email Civil Chief Brian Hudak and Steve Pezzi, the Federal Programs Branch attorney who has
already entered an appearance on behalf of Defendants in this case.

Please confirm receipt of this email and whether your office is accepting the service package.

Thanks very much,
Nik

--
**Nikhel Sus** | Deputy Chief Counsel | Citizens for Responsibility and Ethics in Washington (CREW)
Office: (202) 408-5565
nsus@citizensforethics.org | www.citizensforethics.org

---

📄 **LWV v. DHS, 25cv3501 - USAO-DC Service Package.pdf**
4475K



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee    $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $10.90

Total Postage    $20.60

Sent To    Civil Process Clerk
           U.S. Attorney's Office for D.C.
Street and 601 D Street, NW
City, State Washington, DC 20530

Postmark Here    OCT 15 2025    10/15/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ❯

Tracking Number:                                                          Remove ✕

## 9589071052703276588439

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:44 am on October 22, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
October 22, 2025, 4:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

## Text & Email Updates                                                   ⌄

## USPS Tracking Plus®                                                     ⌄

## Product Information                                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Social Security Administration

was received by me on *(date)*        10/14/2025         .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*   I mailed the summons and complaint on October 15, 2025 to the Social Security
Administration, Office of General Counsel, Office of Program Litigation, 6401 Security Blvd,
Baltimore, MD 21235.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date:      10/23/2025                               /s/ Nikhel Sus
                                          _____
                                                  *Server's signature*

                                                 Nikhel Sus
                                          _____
                                                *Printed name and title*

                                                   CREW
                                                PO Box 14596
                                             Washington, DC 20044
                                          _____
                                                 *Server's address*

Additional information regarding attempted service, etc:



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Baltimore, MD 21235

| Certified Mail Fee | $5.30 | |
| $ | 2.55 | 77 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ ___
☐ Return Receipt (electronic)      $ ___
☐ Certified Mail Restricted Delivery $ ___
☐ Adult Signature Required         $ ___
☐ Adult Signature Restricted Delivery $ ___

Postage
$10.90

Total Postage and Fees
$ $20.60

Sent To SSA
_Off of Gen. Couns. Off of Program Lit_

Street and Apt. No., or PO Box No.
_6401 Security Blvd_

City, State, ZIP+4®
_Baltimore, MD 21235_

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here
10/15/2025

# USPS Tracking®

FAQs >

Tracking Number:                                                                          Remove ✕

## 9589071052703276588415

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 8:44 am on October 20, 2025 in BALTIMORE, MD 21235.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

BALTIMORE, MD 21235
October 20, 2025, 8:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S Department of Homeland Security

was received by me on *(date)*     10/14/2025    .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                             , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❏ I returned the summons unexecuted because                              ; or

☑ Other *(specify):*   I sent a copy of the summons and complaint via certified mail on October 15, 2025 to the
U.S. Department of Homeland Security, 245 Murray Ln., SW, Washington, DC 20528


My fees are $               for travel and $               for services, for a total of $     0.00    .


I declare under penalty of perjury that this information is true.


Date:     10/23/2025                                    /s/ Nikhel Sus
_____
*Server's signature*

Nikhel Sus
_____
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
_____
*Server's address*


Additional information regarding attempted service, etc:



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

Certified Mail Fee $5.30

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.00

Total Postage

Sent To  U.S Department of Homeland Security
Street and  245 Murray Lane, S.W
City, State  Washington, D.C. 20528

0205
77

Postmark
Here

2025
10/15/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3276 5884 65

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 9589071052703276588460

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:53 am on October 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20528
October 21, 2025, 8:53 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. Department of Justice

was received by me on *(date)*    10/14/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed the summons and complaint on October 15, 2025 to the U.S. Department of
Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    10/23/2025                                        /s/ Nikhel Sus
                                                    *Server's signature*

                                                      Nikhel Sus
                                                  *Printed name and title*

                                                        CREW
                                                    PO Box 14596
                                                  Washington, DC 20044
                                                  *Server's address*


Additional information regarding attempted service, etc:



US. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

## 9599071052703276588453

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:44 am on October 22, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
October 22, 2025, 4:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

## Text & Email Updates                                                 ⌄

## USPS Tracking Plus®                                                   ⌄

## Product Information                                                   ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Frank Bisignano, Commissioner of SSA

was received by me on *(date)*     10/14/2025     .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed the summons and complaint on October 15, 2025 to Frank Bisignano,
Commissioner of the Social Security Administration, Office of the General Counsel, Office of
Program Litigation, 6401 Security Blvd, Baltimore, MD 21235l.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    10/23/2025

/s/ Nikhel Sus
_____
*Server's signature*

Nikhel Sus
_____
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Baltimore, MD 21235

| Certified Mail Fee | $5.30 | | 0205 |
| $ | | | 77 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage   $10.9
$

Total Postage and Fees
$ $20.60

10/15/2025

Sent To  Frank Bisignano, SSA
Commissioner, SSA
Street and Apt. No., or PO Box No.  Western bons Off - Program Lit
City, State, ZIP+4®  6401 Security Blvd, Baltimore MD 21235

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

9589 0710 5270 3276 5925 04

# USPS Tracking®

FAQs 〉

Tracking Number:                                                                                    Remove ✕

## 9589071052703276592504

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 8:44 am on October 20, 2025 in BALTIMORE, MD 21235.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

BALTIMORE, MD 21235
October 20, 2025, 8:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                                              ⌄

USPS Tracking Plus®                                                                              ⌄

Product Information                                                                              ⌄

**See Less ︿**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Kristi Noem, Secretary of the US Dep't of Homeland Sec.

was received by me on *(date)*    10/14/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed the summons and complaint on October 15, 2025 to Kristi Noem, Secretary of the
US Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    10/23/2025                                    /s/ Nikhel Sus
                                                  _____
                                                     *Server's signature*

                                                       Nikhel Sus
                                                  _____
                                                     *Printed name and title*

                                                         CREW
                                                      PO Box 14596
                                                   Washington, DC 20044
                                                  _____
                                                     *Server's address*


Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20528

| Certified Mail Fee | | |
|---|---|---|
| $5.30 | | 0205 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $4.40 | |
| ☐ Return Receipt (hardcopy) | $0.00 | OCT 15 2025 |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $0.00 | |

Postage

$10.90

Total Po
$20.60

Sent To   Kristi Noem
Secretary of the U.S. Department of
Street ar  Homeland Security
245 Murray Ln., SW
City, Sta  Washington, DC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** >

Tracking Number:

**Remove** ✕

## 9589071052703276588446

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:53 am on October 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20528
October 21, 2025, 8:53 am

**Arrived at Post Office**
WASHINGTON, DC 20018
October 21, 2025, 5:10 am

**In Transit to Next Facility**
October 20, 2025

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
October 16, 2025, 8:47 pm

**Departed Post Office**
WASHINGTON, DC 20004
October 15, 2025, 5:02 pm

**USPS in possession of item**

Feedback

WASHINGTON, DC 20004
October 15, 2025, 12:28 pm

● **Hide Tracking History**

[**What Do USPS Tracking Statuses Mean?**](https://faq.usps.com/s/article/Where-is-my-package) **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌃

**Select what types of updates you'd like to receive and how. Send me a notification for:**

**Text**     **Email**

☐     ☐  All Below Updates

☐     ☐  Expected Delivery Updates ⓘ

☐     ☐  Day of Delivery Updates ⓘ

☐     ☐  Package Delivered ⓘ

☐     ☐  Available for Pickup ⓘ

☐     ☐  Delivery Exception Updates ⓘ

☐     ☐  Package In-Transit Updates ⓘ

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03501

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Pamela Bondi, US Attorney General

was received by me on *(date)*        10/14/2025        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed the summons and complaint on October 15, 2025 to Pamela Bondi, US Attorney
General, 950 Pennsylvania Ave NW, Washington, DC 20530.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    10/23/2025                              /s/ Nikhel Sus
                                              *Server's signature*

                                              Nikhel Sus
                                              *Printed name and title*

                                              CREW
                                              PO Box 14596
                                              Washington, DC 20044
                                              *Server's address*


Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $10.90 | |
| $ | | |
| Total Postage and Fees | | |
| $ $20.60 | | |

Sent To Pam Bondi
US Atty Gen.

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW

City, State, ZIP+4® Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                          **Remove** ✕

## 95890710527032765884422

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:44 am on October 22, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
October 22, 2025, 4:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                              ⌄

USPS Tracking Plus®                                                              ⌄

Product Information                                                              ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs