**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

LEAGUE OF WOMEN VOTERS, *et al.*,

       Plaintiffs,

       v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

       Defendants.

No. 1:25-cv-03501-SLS

---

**<u>NOTICE</u>**

Defendants hereby notify the Court and the Plaintiffs that, as previewed at the recent hearing in this matter and in Defendants' response to Plaintiffs' supplemental memorandum, ECF No. 51, the Social Security Administration (SSA) has now published a System of Records Notice (SORN) relating to this year's updates to SAVE. *See* SSA, *Notice of a Modified System of Records*, 90 Fed. Reg. 50879 (Nov. 12, 2025), *available at* https://www.govinfo.gov/content/pkg/FR-2025-11-12/pdf/2025-19849.pdf. Defendants will further address the significance of that publication, if necessary, in future briefing in this case.

- 2 -

Dated:  November 13, 2025             Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*