## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-3501 (SLS) <br><br> Judge Sparkle L. Sooknanan |

### ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 55, the Court **DENIES** the Plaintiffs' Motion to Stay, ECF No. 16.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:  November 17, 2025