UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-3501-SLS |

**JOINT SCHEDULING PROPOSAL**

As directed in this Court's November 17, 2025 Memorandum Opinion, ECF No. 55, counsel for Plaintiffs and Defendants have conferred about the schedule in this case and submit the following joint proposal.

As noted in prior filings, on October 31, Defendant DHS published an updated System of Records Notice (SORN) for the SAVE program, and is accepting public comment on that SORN until December 1. *Notice of Modified System of Records*, 90 Fed. Reg. 48,948 (Oct. 31, 2025). And on November 12, Defendant SSA published an updated SORN for the Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0068) system that reflects changes concerning the use of SSA records for SAVE, and is accepting public comment on that SORN until December 12. *Notice of Modified System of Records*, 90 Fed. Reg. 50,879 (Nov. 12, 2025).[1]

---

[1] As also noted in prior filings, *see* ECF Nos. 37 (Defs.' Opp'n Br.), 53 (Pls.' Notice), 43 (Texas Motion to Intervene), in addition to this case, there is other pending litigation in multiple federal district courts raising various challenges related to operation of the DHS SAVE program. *See Ohio v. DHS*, 3:24-cv-283 (S.D. Ohio); *Texas v. Noem*, 4:24-cv-49 (W.D. Tex.); *Florida v. DHS*, 3:24-cv-509 (N.D. Fla.); *Bird v. Noem*, 4:24-cv-423 (S.D. Iowa); *Indiana v. DHS*, 25-cv-732 (S.D. Ind); *DNC v. Trump*, No. 25-cv-952-CKK (D.D.C.). In *DNC*, Judge Kollar-Kotelly recently ordered the parties to propose a schedule for possible supplemental briefing on SAVE-related

1

Plaintiffs intend to file an amended and supplemental complaint that addresses, among other things, the updated SORNs, and concurrent with this notice, Plaintiffs are submitting an unopposed motion for leave to file such a complaint pursuant to Fed. R. Civ. P. 15(d).

In light of Plaintiffs' forthcoming amended and supplemental complaint, the parties ask that this Court enter the following deadlines in this case:

- Plaintiffs will file their amended and supplemental complaint no later than December 22, 2025, ten days after the close of the SSA SORN comment period; and

- The parties will confer and file a joint scheduling proposal (or separate proposals if they cannot reach agreement) shortly thereafter. Given this Court's directive to the parties to consider expedited briefing on dispositive motions, the parties explored the possibility of a scheduling deadline during the late-December holidays. However, given Defendants' representations that the upcoming holidays are likely to cause significant challenges in coordinating a scheduling proposal across multiple agencies in late-December, particularly given the recent scheduling disruption caused by the extended lapse in appropriations, the parties ultimately agreed to suggest that they be ordered to submit a scheduling proposal by January 9, 2026.

Plaintiffs have indicated to Defendants their position that expedited summary judgment proceedings will likely require production and consideration of an administrative record (AR) concerning changes to SAVE. Defendants are unable to take any position on the necessity, scope, or timing for the production of an AR in this case without first reviewing Plaintiffs' amended and

---

issues. Defendants report that some of the other five cases, brought by a collection of States principally challenging DHS's compliance with 8 U.S.C. § 1373(c), are currently in advanced settlement discussions. *See, e.g.*, Defs.' Mot., ECF No. 26, *Indiana v. DHS*, 25-cv-732 (S.D. Ind.); Defs.' Status Report, ECF No. 21, *Bird v. Noem*, 4:24-cv-423 (S.D. Iowa). Plaintiffs do not believe that any settlement in those cases would impact the legal issues in this case.

2

supplemental complaint. Nevertheless, Defendants have agreed to begin considering the scope of any potential AR now, and expect to be prepared to communicate their position on AR-related issues in the parties' next scheduling proposal.

Dated: November 21, 2025

/s/ Aman T. George

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (Fl. Bar No. 105745)*
Yoseph T. Desta (D.C. Bar No. 90002042)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org
ydesta@citizensforethics.org

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov
*Counsel for Defendants*

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
Emily Davis (D.C. Bar No. 90020129)
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
edavis@fairelectionscenter.org

*Counsel for All Plaintiffs*


John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
Telephone: 202-483-1140
Fax: 202-483-1248
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

* admitted pro hac vice