UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS, *et al.*,

        Plaintiffs,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        Defendants.

No. 1:25-cv-03501-SLS

## NOTICE

Defendants respectfully submit this notice about developments in other SAVE-related cases that have been referenced in prior filings in this case. *See* Defs.' Opp'n at 6, 39, ECF No. 37; Texas's Mot. to Intervene at 9, ECF No. 43; Joint Scheduling Proposal at 1 n.1, ECF No. 57.

In *Florida v. DHS*, 3:24-cv-509 (N.D. Fla.), plaintiff Florida filed an amended complaint to add the States of Ohio, Indiana, and Iowa as additional plaintiffs. All parties then executed a settlement agreement, plaintiffs filed an unopposed motion to dismiss, and the court granted that motion a few days later. The *Florida* court's order of dismissal specified (at the parties' request) that "the Court retains jurisdiction over this case for a period of twenty years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is approved by and incorporated by reference into this order."

In *Ohio v. DHS*, 3:24-cv-283 (S.D. Ohio) and *Indiana v. DHS*, 25-cv-732 (S.D. Ind), plaintiffs filed notices of voluntary dismissal without prejudice. And in *Bird v. Noem*, 4:24-cv-423 (S.D. Iowa), the parties filed a joint stipulation of dismissal without prejudice.

Finally, in *Texas v. Noem*, 4:24-cv-49 (W.D. Tex.), the parties have been unable to reach a negotiated resolution. The deadline for the United States to answer or otherwise respond to the complaint in *Texas* is currently set for December 23, 2025.

The parties can address the significance (if any) of these developments in future filings.

- 2 -

Dated:  December 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*