UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | No. 1:25-cv-03501-SLS |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

As required by the Court's December 11, 2025 Minute Order, the parties, having conferred, hereby submit the following joint status report and proposed schedule. Plaintiffs have now filed their First Amended and Supplemental Complaint, ECF No. 61. The parties jointly propose the following agreed-upon schedule for further proceedings:

- **March 2** – Defendants produce to Plaintiffs the Administrative Record for Count Six[*]

- **March 2** – Defendants file a certified list of the contents of the Administrative Record for Count Six. *See* Local Rule 7(n)(1).

- **March 12** – Plaintiffs' Motion for Summary Judgment (50 pages)

- **April 2** – Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and Motion to Dismiss or, in the Alternative, for Summary Judgment (65 pages)

- **April 24** – Plaintiffs' Combined Reply in Support of Their Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (50 pages)

- **May 15** – Defendants' Reply in Support of Their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (35 pages)

---

[*] The parties agree that no Administrative Record is necessary for the Court's resolution of any of Plaintiffs' other claims. Defendants also do not believe that an Administrative Record is necessary for resolution of Count Six (for reasons that will be explained in further briefing), but have nonetheless agreed to produce such a record, in the interest of avoiding unnecessary ancillary litigation over the record. Defendants do not concede that any Administrative Record is either necessary or appropriate here.

- 2 -

The parties believe that the page limits set forth above are necessary to adequately brief the many legal issues raised by this case.

The parties further state that they do not believe that this is the sort of case for which statements of undisputed material fact are likely to be useful to the Court. Accordingly, the parties respectfully request that, to the extent that Local Rule 7(h)(1) applies (in whole or in part) to the parties' forthcoming dispositive motions, that they be relieved of any obligation to file a statement of undisputed material facts. *Cf.* Local Rule 7(h)(2).

Dated:  February 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

/s/ Nikhel S. Sus
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (Fl. Bar No. 105745)*
Yoseph T. Desta (D.C. Bar No. 90002042)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org
ydesta@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDA-TION

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
Emily Davis (D.C. Bar No. 90020129)
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
202-331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
edavis@fairelectionscenter.org

*admitted *pro hac vice*

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
Telephone: 202-483-1140
Fax: 202-483-1248
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*