UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Case No. 25-cv-03501-SLS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that, pursuant to Local Rule 83.6(b), Yoseph T. Desta withdraws his appearance as counsel on behalf of plaintiffs in the above-captioned case.

Date: February 24, 2026

Respectfully Submitted,

*/s/ Yoseph T. Desta*
Yoseph T. Desta (D.C. Bar No. 90002042)
Citizens for Responsibility and Ethics in
  Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
ydesta@citizensforethics.org

*Counsel for Plaintiffs*

1