**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>        Defendants. | No. 1:25-cv-03501-SLS |

**NOTICE OF FILING OF CERTIFIED LIST OF THE
<u>CONTENTS OF THE ADMINISTRATIVE RECORD</u>**

Defendants respectfully submit this notice of the filing of a certified list of the contents of

the administrative record for Count Six in this matter, under Local Rule 7(n)(1) and the Court's

February 4, 2026 Minute Order, and subject to the agreements in the parties' February 4, 2026

Joint Status Report and Proposed Schedule, ECF No. 62.

Dated:  March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*