UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | No. 1:25-cv-03501-SLS |

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR
THE SOCIAL SECURITY ADMINISTRATION**

　　I, Matthew D. Ramsey, Head of Privacy and Disclosure Policy, within Law and Policy, for the Social Security Administration, hereby certify, to the best of my knowledge, that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the Social Security Administration's actions that are at issue in Count Six of the amended complaint in the above-captioned matter.

Dated: March 2, 2026

　　　　　　　　　　　　　　　　　　　Matthew Ramsey
　　　　　　　　　　　　　　　　　　　Digitally signed by Matthew Ramsey
　　　　　　　　　　　　　　　　　　　Date: 2026.03.02 18:36:59 -05'00'

　　　　　　　　　　　　　　　　　　　Matthew D. Ramsey
　　　　　　　　　　　　　　　　　　　Head of Privacy and Disclosure Policy
　　　　　　　　　　　　　　　　　　　Law and Policy
　　　　　　　　　　　　　　　　　　　Social Security Administration