UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 1:25-cv-03501-SLS |

## SOCIAL SECURITY ADMINISTRATION
## ADMINISTRATIVE RECORD INDEX

| Title | Date | Bates Numbers |
|---|---|---|
| FORM SSA-157, Data Exchange Request Form (DXRF) Request for Information from SSA by DHS-USCIS | March 2025 | SSA-AR-0001 to SSA-AR-0005 |
| Letter Agreement Providing For Information Sharing Between The Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS) And The Social Security Administration (SSA) Regarding Citizenship | May 15, 2025 | SSA-AR-0006 to SSA-AR-0029 |
| Department of the Treasury, Agreement Between Federal Program Agencies for Intragovernmental Reimbursable Activities, SSA-DHS-USCIS | May 15, 2025 | SSA-AR-0030 to SSA-AR-0049 |
| DHS, Interconnection Security Agreement Addendum between the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services and the Social Security Administration (SSA) via the Homeland Security Enterprise Network (HSEN), Verification System (VIS), Systematic Alien Verification for Entitlements (SAVE) and Enterprise Data Exchange Network (EDEN) Social Security (SSN) Verification Version 1.9 | June 12, 2025 | SSA-AR-0050 to SSA-AR-0066 |

| Title | Date | Bates Numbers |
|---|---|---|
| DHS, Master Interconnection Security Agreement between the Homeland Security Enterprise Network (HSEN) and Social Security Administration (SSA) Version 1.0 | July 2025 | SSA-AR-0067 to SSA-AR-0088 |
| Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity | August 2025 | SSA-AR-0089 to SSA-AR-0108 |
| Letter to Rep. James Comer, Chair of House of Representatives Committee on Oversight and Government Reform | Aug. 15, 2025 | SSA-AR-0109 |
| Letter to Sen. Rand Paul, Chair of Senate Committee of Homeland Security and Governmental Affairs | Aug. 15, 2025 | SSA-AR-0110 |
| Letter to Jeffrey B. Clark, Acting Administrator, Office of Information and Regulatory Affairs, Office of Management and Budget | Aug. 15, 2025 | SSA-AR-0111 |
| SORN 60-0058, https://www.ssa.gov/privacy/sorn.html (enclosure to Aug. 15, 2025, Letters to Sen. Rand Paul and Rep. James Comer) | Aug. 5, 2025 | SSA-AR-0112 to SSA-AR-0131 |
| SORN 60-0058 - Narrative Statement (enclosure to Aug. 15, 2025 Letters to Sen. Rand Paul and Rep. James Comer) | Aug. 5, 2025 | SSA-AR-0132 to SSA-AR-0146 |
| Email re: Admin Support 8628 - Proof of Mailing | Aug. 15, 2025 | SSA-AR-0147 |
| Email re: Admin Support 8629 - Proof of Mailing | Aug. 15, 2025 | SSA-AR-0148 |
| SSA, Narrative Statement, Modified System of Record (SORN 60-0058), as sent to Office of Management and Budget | Sep. 19, 2025 | SSA-AR-0139 to SSA-AR-0163 |
| Email request for Federal Register Publication | Nov. 3, 2025 | SSA-AR-0164 |
| Attachment to Email Request - SORN 60-0058 - signed | Nov. 3, 2025 | SSA-AR-0165 to SSA-AR-0184 |
| Attachment to Email Request - SORN 60-0058 - unsigned | Nov. 3, 2025 | SSA-AR-0185 to SSA-AR-0204 |
| Social Security Administration, *Privacy Act of 1974; System of Records*, 90 Fed. Reg. 50,879 (Nov. 12, 2025) (SORN Publication) | Nov. 12, 2025 | SSA-AR-0205 to SSA-AR-0211 |
| Public Comments re: SORN Publication, publicly available at https://www.regulations.gov/search?filter=ssa-2025-0225 | Dec. 12, 2025 | SSA-AR-0212 (slipsheet) |
| Non-Public Comments re: SORN Publication | Dec. 12, 2025 | SSA-AR-0213 to SSA-AR-0363 |