UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-03501-SLS |

**DEPARTMENT OF HOMELAND SECURITY**
<u>**ADMINISTRATIVE RECORD INDEX**</u>

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-000001 | DHS-AR-000004 | Alabama Secretary of State and others, Letter to USCIS, DHS, Regarding SAVE Enhancements, February 27, 2025 |
| DHS-AR-000005 | DHS-AR-000006 | Alabama Secretary of State, Letter to USCIS, DHS, Regarding Denial of Request for Access, April 11, 2024 |
| DHS-AR-000007 | DHS-AR-000008 | Alabama Secretary of State, Letter to USCIS, DHS, Regarding Proposed MOA for Voter Registration Citizenship Verification, July 16, 2024 |
| DHS-AR-000009 | DHS-AR-000012 | Arizona Gila County Recorder, Letter to USCIS, DHS, Regarding Verification of Citizenship Status, March 12, 2025 |
| DHS-AR-000013 | DHS-AR-000038 | DHS and DOS, Info Sharing MOA 11-18-08 w-App. A 1, November 18, 2008 |
| DHS-AR-000039 | DHS-AR-000068 | DHS and DOS, Info Sharing MOA Update to Appendix A, March, 2025 |
| DHS-AR-000069 | DHS-AR-000070 | DHS Chief Privacy Officer, Memo, Message to DHS Components, re Mixed Systems, February 04, 2025 |
| DHS-AR-000071 | DHS-AR-000081 | DHS, Instruction No. 04-01-001, Rev. 00.1 Privacy Policy and Compliance, February 3, 2025 |
| DHS-AR-000082 | DHS-AR-000082 | DHS, Privacy Office, Notification Letter to Chairman James Comer Regarding SORN for SAVE, October 21, 2025 |

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-000083 | DHS-AR-000083 | DHS, Privacy Office, Notification Letter to Congressman Robert Garcia Regarding SORN for SAVE, October 21, 2025 |
| DHS-AR-000084 | DHS-AR-000085 | DHS, Privacy Office, Notification Letter to Office of Management and Budget Regarding Proposed SORN for SAVE, October 21, 2025 |
| DHS-AR-000086 | DHS-AR-000086 | DHS, Privacy Office, Notification Letter to Senator Gary Peters Regarding SORN for SAVE, October 21, 2025 |
| DHS-AR-000087 | DHS-AR-000087 | DHS, Privacy Office, Notification Letter to Senator Rand Paul Regarding SORN for SAVE, October 21, 2025 |
| DHS-AR-000088 | DHS-AR-000089 | DHS, Privacy Policy Guidance Memorandum 2025-01, February 4, 2025 |
| DHS-AR-000090 | DHS-AR-000092 | DHS, Privacy Policy Guidance Memorandum 2025-02, February 7, 2025 |
| DHS-AR-000093 | DHS-AR-000097 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 76 FR 58525, September 21, 2011 |
| DHS-AR-000098 | DHS-AR-000102 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 77 FR 47415, April 8, 2012 |
| DHS-AR-000103 | DHS-AR-000107 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 81 FR 78619, November 8, 2016 |
| DHS-AR-000108 | DHS-AR-000113 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 85 FR 31798, May 27, 2020 |
| DHS-AR-000114 | DHS-AR-000121 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 90 FR 48948, October 31, 2025 |
| DHS-AR-000122 | DHS-AR-000126 | DHS-USCIS-004 USCIS Verification Information System (VIS) System of Records, 72 FR 17569, April 9, 2007 |
| DHS-AR-000127 | DHS-AR-000132 | DHS-USCIS-004 USCIS Verification Information System (VIS) System of Records, 73 FR 10793, February 28, 2008 |
| DHS-AR-000133 | DHS-AR-000140 | DHS-USCIS-004 USCIS Verification Information System (VIS) System of Records, 73 FR 75445, December 11, 2008 |
| DHS-AR-000141 | DHS-AR-000178 | DHS-USCIS-PIA-006 Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, August 26, 2011 |
| DHS-AR-000179 | DHS-AR-000185 | DHS-USCIS-PIA-006(a) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, July 27, 2012 |

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-000186 | DHS-AR-000193 | DHS-USCIS-PIA-006(b) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, April 19, 2013 |
| DHS-AR-000194 | DHS-AR-000220 | DHS-USCIS-PIA-006(c) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, June 30, 2020 |
| DHS-AR-000221 | DHS-AR-000243 | DHS-USCIS-PIA-006(d) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, October 31, 2025 |
| DHS-AR-000244 | DHS-AR-000285 | DHS-USCIS-PTA, SAVE Program Optimization Privacy Threshold Analysis (PTA) Final Adjudication, July 17, 2025 |
| DHS-AR-000286 | DHS-AR-000327 | DHS-USCIS-PTA, SAVE Program Optimization Privacy Threshold Analysis (PTA) Final Adjudication, September 11, 2025 |
| DHS-AR-000328 | DHS-AR-000333 | EO 14159, 90 FR 8443, January 20, 2025 |
| DHS-AR-000334 | DHS-AR-000339 | EO 14248, 90 FR 14005, March 25, 2025 |
| DHS-AR-000340 | DHS-AR-000365 | Florida Department of State, Letter to USCIS, DHS, Regarding Demand for Information, September 09, 2024 |
| DHS-AR-000366 | DHS-AR-000368 | House of Representatives, Letter to USCIS, DHS Regarding Access to DHS Databases, September 27, 2024 |
| DHS-AR-000369 | DHS-AR-000371 | Indiana Secretary of State, Letter to USCIS, DHS, Regarding Citizenship Verification Request, October 11, 2024 |
| DHS-AR-000372 | DHS-AR-000373 | Kansas Secretary of State, Letter to USCIS, DHS, Regarding Access to SAVE, September 16, 2024 |
| DHS-AR-000374 | DHS-AR-000395 | Master ISA Between Homeland Security Enterprise Network (HSEN) and Social Security Administration (SSA), Version 1.0, July 2025 |
| DHS-AR-000396 | DHS-AR-000397 | Montana Secretary of State, Letter to USCIS, DHS Regarding Citizenship Status of Registered Voters, August 08, 2024 |
| DHS-AR-000398 | DHS-AR-000400 | Ohio Secretary of State, Letter to USCIS, DHS, Regarding Citizenship Verification, July 22, 2024 |
| DHS-AR-000401 | DHS-AR-000405 | Oklahoma State Election Board, Letter to DHS, Regarding Citizenship Verification Alternative to SAVE, March 26, 2025 |
| DHS-AR-000406 | DHS-AR-000407 | Oklahoma State Election Board, Letter to USCIS, DHS, Regarding Citizenship Verification, September 20, 2024 |

3

| Bates - Start | Bates - End | Name |
| --- | --- | --- |
| DHS-AR-000408 | DHS-AR-000409 | South Carolina State Election Commission, Letter to USCIS, DHS, Regarding Citizenship Verification Alternative to SAVE, August 01, 2024 |
| DHS-AR-000410 | DHS-AR-000412 | Texas Attorney General, Letter to USCIS, DHS, Regarding Citizenship Verification Alternative to SAVE, October 07, 2024 |
| DHS-AR-000413 | DHS-AR-000414 | Texas Secretary of State, Letter to USCIS, DHS Regarding Citizenship Verification, October 18, 2024 |
| DHS-AR-000415 | DHS-AR-000419 | Texas Secretary of State, Letter to USCIS, DHS, Regarding Citizenship Verification Alternative to SAVE, September 18, 2024 |
| DHS-AR-000420 | DHS-AR-000431 | USCIS, DHS and SSA, Info Sharing regarding Citizenship, Signed Agreement USCIS SSA, May 15, 2025 |
| DHS-AR-000432 | DHS-AR-000448 | USCIS, DHS, and SSA, ISA Addendum for SAVE–SSA Data Exchange, June 12, 2025 |
| DHS-AR-000449 | DHS-AR-000450 | USCIS, DHS, Bulk Case Upload Capability Available for Voter Registration and or Voter List Maintenance GovDelivery email, May 2, 2025 |
| DHS-AR-000451 | DHS-AR-000452 | USCIS, DHS, Bulk Case Upload Capability Available for Voter Registration and or Voter List Maintenance Internal Comms, May 2, 2025 |
| DHS-AR-000453 | DHS-AR-000482 | USCIS, DHS, Commonly Used Immigration Documents, October 31, 2025 |
| DHS-AR-000483 | DHS-AR-000490 | USCIS, DHS, Narrative Statement for SORN Update, Submitted to DCPO, February 2025 |
| DHS-AR-000491 | DHS-AR-000492 | USCIS, DHS, Optimizing SAVE New Options to Create Cases with a Social Security Number and by Bulk Upload, May 22, 2025 |
| DHS-AR-000493 | DHS-AR-000494 | USCIS, DHS, Optimizing SAVE New Options to Create Cases with a Social Security Number and by Bulk Upload GovDelivery email, May 22, 2025 |
| DHS-AR-000495 | DHS-AR-000504 | USCIS, DHS, SAVE Federal MOA, June 9, 2025 |
| DHS-AR-000505 | DHS-AR-000517 | USCIS, DHS, SAVE MOA, Alabama, Secretary of State, June 16, 2025 |
| DHS-AR-000518 | DHS-AR-000527 | USCIS, DHS, SAVE MOA, Arizona, Maricopa County Elections Department, December 15, 2009 |
| DHS-AR-000528 | DHS-AR-000538 | USCIS, DHS, SAVE MOA, Arizona, Maricopa County Recorder's Office, August 27, 2025 |
| DHS-AR-000539 | DHS-AR-000550 | USCIS, DHS, SAVE MOA, Arizona, Office of Elections, October 31, 2018 |
| DHS-AR-000551 | DHS-AR-000555 | USCIS, DHS, SAVE MOA, Arizona, Pima County Recorders Office, May 11, 2005 |

4

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-000556 | DHS-AR-000566 | USCIS, DHS, SAVE MOA, Arkansas, Secretary of State, April 7, 2025 |
| DHS-AR-000567 | DHS-AR-000577 | USCIS, DHS, SAVE MOA, Colorado, Santa Rosa County Supervisor of Elections, July 10, 2025 |
| DHS-AR-000578 | DHS-AR-000590 | USCIS, DHS, SAVE MOA, Colorado, Secretary of State, August 22, 2012 |
| DHS-AR-000591 | DHS-AR-000602 | USCIS, DHS, SAVE MOA, Florida, Alachua County Supervisor of Elections, June 24, 2025 |
| DHS-AR-000603 | DHS-AR-000614 | USCIS, DHS, SAVE MOA, Florida, Bay County Supervisor of Elections, June 4, 2025 |
| DHS-AR-000615 | DHS-AR-000626 | USCIS, DHS, SAVE MOA, Florida, Brevard County Supervisor of Elections, June 23, 2025 |
| DHS-AR-000627 | DHS-AR-000650 | USCIS, DHS, SAVE MOA, Florida, Broward County Supervisor of Elections, June 18, 2025 |
| DHS-AR-000651 | DHS-AR-000662 | USCIS, DHS, SAVE MOA, Florida, Calhoun County Supervisor of Elections, June 10, 2025 |
| DHS-AR-000663 | DHS-AR-000674 | USCIS, DHS, SAVE MOA, Florida, Charlotte County Supervisor of Elections, June 17, 2025 |
| DHS-AR-000675 | DHS-AR-000686 | USCIS, DHS, SAVE MOA, Florida, Citrus County Supervisor of Elections, June 2, 2025 |
| DHS-AR-000687 | DHS-AR-000698 | USCIS, DHS, SAVE MOA, Florida, Clay County Supervisor of Elections, June 3, 2025 |
| DHS-AR-000699 | DHS-AR-000710 | USCIS, DHS, SAVE MOA, Florida, Collier County Supervisor of Elections, June 17, 2025 |
| DHS-AR-000711 | DHS-AR-000723 | USCIS, DHS, SAVE MOA, Florida, Department of State Division of Elections, August 14, 2012 |
| DHS-AR-000724 | DHS-AR-000735 | USCIS, DHS, SAVE MOA, Florida, Desoto County Supervisor of Elections, July 29, 2025 |
| DHS-AR-000736 | DHS-AR-000747 | USCIS, DHS, SAVE MOA, Florida, Duval County Supervisor of Elections, June 10, 2025 |
| DHS-AR-000748 | DHS-AR-000758 | USCIS, DHS, SAVE MOA, Florida, Escambia County Supervisor of Elections, July 9, 2025 |
| DHS-AR-000759 | DHS-AR-000769 | USCIS, DHS, SAVE MOA, Florida, Flagler County Supervisor of Elections, June 26, 2025 |
| DHS-AR-000770 | DHS-AR-000781 | USCIS, DHS, SAVE MOA, Florida, Gadsden County Supervisor of Elections, July 21, 2025 |
| DHS-AR-000782 | DHS-AR-000793 | USCIS, DHS, SAVE MOA, Florida, Gilchrist County Supervisor of Elections, June 27, 2025 |
| DHS-AR-000794 | DHS-AR-000805 | USCIS, DHS, SAVE MOA, Florida, Gulf County Supervisor of Elections, August 18, 2025 |
| DHS-AR-000806 | DHS-AR-000817 | USCIS, DHS, SAVE MOA, Florida, Hamilton County Supervisor of Elections, June 23, 2025 |

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-000818 | DHS-AR-000829 | USCIS, DHS, SAVE MOA, Florida, Hernando County Supervisor of Elections, June 3, 2025 |
| DHS-AR-000830 | DHS-AR-000841 | USCIS, DHS, SAVE MOA, Florida, Hillsborough County Supervisor of Elections, June 6, 2025 |
| DHS-AR-000842 | DHS-AR-000853 | USCIS, DHS, SAVE MOA, Florida, Indian River County Supervisor of Elections, June 2, 2025 |
| DHS-AR-000854 | DHS-AR-000865 | USCIS, DHS, SAVE MOA, Florida, Jackson County Supervisor of Elections, July 24, 2025 |
| DHS-AR-000866 | DHS-AR-000877 | USCIS, DHS, SAVE MOA, Florida, Lee County Supervisor of Elections, July 17, 2025 |
| DHS-AR-000878 | DHS-AR-000889 | USCIS, DHS, SAVE MOA, Florida, Leon County Supervisor of Elections, October 21, 2025 |
| DHS-AR-000890 | DHS-AR-000901 | USCIS, DHS, SAVE MOA, Florida, Marion County Supervisor of Elections, June 27, 2025 |
| DHS-AR-000902 | DHS-AR-000913 | USCIS, DHS, SAVE MOA, Florida, Martin County Supervisor of Elections, June 18, 2025 |
| DHS-AR-000914 | DHS-AR-000925 | USCIS, DHS, SAVE MOA, Florida, Miami-Dade County Supervisor of Elections, August 29, 2025 |
| DHS-AR-000926 | DHS-AR-000938 | USCIS, DHS, SAVE MOA, Florida, Monroe County Supervisor of Elections, July 1, 2025 |
| DHS-AR-000939 | DHS-AR-000950 | USCIS, DHS, SAVE MOA, Florida, Nassau County Secretary of State, June 10, 2025 |
| DHS-AR-000951 | DHS-AR-000963 | USCIS, DHS, SAVE MOA, Florida, Okaloosa County Supervisor of Elections, June 12, 2025 |
| DHS-AR-000964 | DHS-AR-000974 | USCIS, DHS, SAVE MOA, Florida, Osceola County Secretary of Elections, July 28, 2025 |
| DHS-AR-000975 | DHS-AR-000986 | USCIS, DHS, SAVE MOA, Florida, Palm Beach County Supervisor of Elections, July 8, 2025 |
| DHS-AR-000987 | DHS-AR-001007 | USCIS, DHS, SAVE MOA, Florida, PASCO County Secretary of Elections, July 14, 2025 |
| DHS-AR-001008 | DHS-AR-001019 | USCIS, DHS, SAVE MOA, Florida, Pinellas County Supervisor of Elections, June 18, 2025 |
| DHS-AR-001020 | DHS-AR-001031 | USCIS, DHS, SAVE MOA, Florida, Polk County Secretary of Elections, September 22, 2025 |
| DHS-AR-001032 | DHS-AR-001042 | USCIS, DHS, SAVE MOA, Florida, Putnam County Supervisor of Elections, July 21, 2025 |
| DHS-AR-001043 | DHS-AR-001053 | USCIS, DHS, SAVE MOA, Florida, Saint Johns County Supervisor of Elections, July 25, 2025 |
| DHS-AR-001054 | DHS-AR-001065 | USCIS, DHS, SAVE MOA, Florida, Sarasota County Supervisor of Elections, June 16, 2025 |
| DHS-AR-001066 | DHS-AR-001077 | USCIS, DHS, SAVE MOA, Florida, Seminole County Supervisor of Elections, July 22, 2025 |

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-001078 | DHS-AR-001088 | USCIS, DHS, SAVE MOA, Florida, St. Lucie County Supervisor of Elections, July 28, 2025 |
| DHS-AR-001089 | DHS-AR-001100 | USCIS, DHS, SAVE MOA, Florida, Sumter County Supervisor of Elections, June 10, 2025 |
| DHS-AR-001101 | DHS-AR-001113 | USCIS, DHS, SAVE MOA, Florida, Volusia County Supervisor of Elections, MOA, June 4, 2025 |
| DHS-AR-001114 | DHS-AR-001125 | USCIS, DHS, SAVE MOA, Florida, Wakulla County Supervisor of Elections, July 10, 2025 |
| DHS-AR-001126 | DHS-AR-001137 | USCIS, DHS, SAVE MOA, Florida, Walton County Supervisor of Elections, June 3, 2025 |
| DHS-AR-001138 | DHS-AR-001147 | USCIS, DHS, SAVE MOA, Georgia, Secretary of State, April 9, 2015 |
| DHS-AR-001148 | DHS-AR-001158 | USCIS, DHS, SAVE MOA, Idaho, Secretary of State, September 17, 2024 |
| DHS-AR-001159 | DHS-AR-001169 | USCIS, DHS, SAVE MOA, Indiana, Secretary of State, July 7, 2025 |
| DHS-AR-001170 | DHS-AR-001181 | USCIS, DHS, SAVE MOA, Iowa, Secretary of State, January 22, 2025 |
| DHS-AR-001182 | DHS-AR-001192 | USCIS, DHS, SAVE MOA, Kansas, Secretary of State, August 8, 2025 |
| DHS-AR-001193 | DHS-AR-001203 | USCIS, DHS, SAVE MOA, Louisiana, Secretary of State, May 15, 2025 |
| DHS-AR-001204 | DHS-AR-001214 | USCIS, DHS, SAVE MOA, Mississippi, Secretary of State, September 18, 2024 |
| DHS-AR-001215 | DHS-AR-001225 | USCIS, DHS, SAVE MOA, Missouri, Secretary of State, March 26, 2025 |
| DHS-AR-001226 | DHS-AR-001236 | USCIS, DHS, SAVE MOA, North Carolina, Board of Elections, January 8, 2025 |
| DHS-AR-001237 | DHS-AR-001247 | USCIS, DHS, SAVE MOA, North Dakota, Secretary of State, July 9, 2025 |
| DHS-AR-001248 | DHS-AR-001258 | USCIS, DHS, SAVE MOA, Ohio, Secretary of State, July 22, 2024 |
| DHS-AR-001259 | DHS-AR-001269 | USCIS, DHS, SAVE MOA, South Carolina, Election Commission, September 11, 2023 |
| DHS-AR-001270 | DHS-AR-001280 | USCIS, DHS, SAVE MOA, Tennessee, Secretary of State Division of Elections, July 3, 2024 |
| DHS-AR-001281 | DHS-AR-001291 | USCIS, DHS, SAVE MOA, Texas, Secretary of State, March 17, 2025 |
| DHS-AR-001292 | DHS-AR-001303 | USCIS, DHS, SAVE MOA, Utah, Utah County Government County Clerk's Office, October 14, 2025 |
| DHS-AR-001304 | DHS-AR-001317 | USCIS, DHS, SAVE MOA, Virginia, State Board of Elections, March 26, 2014 |

| Bates - Start | Bates - End | Name |
|---|---|---|
| DHS-AR-001318 | DHS-AR-001328 | USCIS, DHS, SAVE MOA, Wyoming, Secretary of State, July 2, 2025 |
| DHS-AR-001329 | DHS-AR-001338 | USCIS, DHS, SAVE Non-Federal MOA, June 9, 2025 |
| DHS-AR-001339 | DHS-AR-001340 | USCIS, DHS, SAVE Optimization New Option to Create Cases with the Last Four Digits of an SSN, November 03, 2025 |
| DHS-AR-001341 | DHS-AR-001342 | USCIS, DHS, SAVE Optimization New Option to Create Cases with the Last Four Digits of an SSN GovDelivery email, November 3, 2025 |
| DHS-AR-001343 | DHS-AR-001353 | USCIS, DHS, SAVE Oversight Case Creation MOA, September 22, 2025 |
| DHS-AR-001354 | DHS-AR-001355 | USCIS, DHS, SAVE Participation Poster, July, 2025 |
| DHS-AR-001356 | DHS-AR-001369 | USCIS, DHS, SAVE Presentation - Overview for Election Integrity Network, June 11, 2025 |
| DHS-AR-001370 | DHS-AR-001384 | USCIS, DHS, SAVE Presentation - Overview for NASED Summer Conference, July 23, 2025 |
| DHS-AR-001385 | DHS-AR-001392 | USCIS, DHS, SAVE Presentation - SAVE Optimization for NASS Presentation, May 22, 2025 |
| DHS-AR-001393 | DHS-AR-001393 | USCIS, DHS, SAVE Records Fast Facts for Benefit Applicants, July, 2025 |
| DHS-AR-001394 | DHS-AR-001396 | USCIS, DHS, SAVE User Reference Guide Section 10.1, Bulk Upload File Management, USCIS webpage, November 14, 2025 |
| DHS-AR-001397 | DHS-AR-001478 | USCIS, DHS, SAVE User Reference Guide, January 13, 2026 |
| DHS-AR-001479 | DHS-AR-001483 | USCIS, DHS, Social Security Administration, Data Exchange Request Form (SSA-157) for Voter Verification Service, 2025 |
| DHS-AR-001484 | DHS-AR-001523 | USCIS, DHS, Tutorial, Introduction to SAVE and the Verification Process for SAVE Users, July 17, 2025 |
| DHS-AR-001524 | DHS-AR-001527 | USCIS, DHS, Voter Registration and Voter List Maintenance Fact Sheet, August 27, 2025 |
| DHS-AR-001528 | DHS-AR-001531 | USCIS, DHS, Voter Registration and Voter List Maintenance Fact Sheet, August 27, 2025 |
| DHS-AR-001532 | DHS-AR-001535 | USCIS, DHS, Voter Verification Bulk Uploader How To Guide, May 2, 2025 |