**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-03501-SLS |

**NOTICE OF FILING OF CORRECTED CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD FOR DHS**

Defendants respectfully submit this notice of the filing of a corrected certified list of the contents of the Department of Homeland Security's administrative record for Count Six in this matter, under Local Rule 7(n)(1) and the Court's February 4, 2026 Minute Order, and subject to the agreements in the parties' February 4, 2026 Joint Status Report and Proposed Schedule, ECF No. 62.

By agreement of the parties, Defendants file this corrected list to remedy certain minor omissions and errors in the index that Defendants filed on March 2, 2026 on behalf of the Department of Homeland Security (DHS). *See* ECF No. 64. Also by agreement of the parties, concurrent with the filing of this corrected index and updated certification, Defendants have made a small additional production of DHS documents to Plaintiffs, of certain documents (or corrected versions of documents) that were inadvertently omitted from the production that Defendants made on March 2, 2026 on behalf of DHS. Defendants regret the errors.

Defendants are not making any corrections to the administrative record or the index for the Social Security Administration.

Dated: March 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*