**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

League of Women Voters; League of Women Voters of Texas; League of Women Voters of Louisiana; League of Women Voters of Louisiana Education Fund; League of Women Voters of Virgina; Electronic Privacy Information Center,
Plaintiffs,

v.

United States Department of Homeland Security; Kristi Noem, Secretary, U.S. Department of Homeland Security (official capacity); Social Security Administration; Frank Bisignano (official capacity),
Defendants,

CERTIFICATION OF ADMINISTRATIVE RECORD

Case No. 25-cv-3501-SLS

Certification of Administrative Record

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Brian Broderick, for my Declaration pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1.      I am the Acting Chief in the Verification Division within U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of Homeland Security ("DHS"). I have served in this position since May 12, 2025. I make this declaration based on my personal knowledge, upon information provided to me in my official capacity, and upon my review of official documents and records maintained by USCIS.

2.      In my professional capacity as Acting Chief in the Verification Division, I am responsible for overseeing the Systematic Alien Verification for Entitlements ("SAVE") program, USCIS's core process for verifying U.S. citizenship and immigration status information for federal, state, local, territorial, and tribal agencies.

3.      To the best of my knowledge, information, and belief, the documents designated in the accompanying Corrected Index of Certified Administrative Record constitute a true, correct, and complete copy of all non-privileged documents that were directly or indirectly considered in connection with the Department of Homeland Security's actions that are at issue in Count Six of the amended complaint in the above-captioned matter.

4.      I certify, to the best of my knowledge, under penalty of perjury that the foregoing is true and correct.

Executed on: March 11, 2026

BRIAN J BRODERICK
Digitally signed by BRIAN J BRODERICK
Date: 2026.03.11 12:39:01 -04'00'

Brian Broderick
Acting Chief of the Verification Division
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

1

Certification of Administrative Record