## Index of Declarations
## in Support of Plaintiffs' Motion for Summary Judgment

| Declaration | Plaintiff Affiliation | Reason Offered |
|---|---|---|
| Declaration of Anthony Nel | LWVTX Member | Privacy injury<br><br>Reputational injury<br><br>Voting-related injury<br><br>(all in support of LWVTX's associational standing) |
| Declaration of Alex Doe | LWVTX Member<br><br>EPIC Member | Privacy injury<br>(in support of LWVTX's and EPIC's associational standing)<br><br>Reputational injury<br>(in support of LWVTX's and EPIC's associational standing)<br><br>Voting-related injury<br>(in support of LWVTX's associational standing) |
| Declaration of Bailey Doe | LWVTX Member | Privacy injury<br><br>Reputational injury<br><br>Voting-related injury<br><br>(all in support of LWVTX's associational standing) |
| Declaration of Cory Doe | LWVTX Member | Privacy injury<br><br>Reputational injury<br><br>Voting-related injury<br><br>(all in support of LWVTX's associational standing) |
| Declaration of Joyce LeBombard | LWVTX President | LWVTX's organizational standing<br><br>LWVTX's associational standing<br><br>LWVTX's procedural injury |

| Supplemental Declaration of M. Christian Green | LWVLA President | LWVLA's organizational standing

LWVLA's associational standing

LWVLA's procedural injury |
| --- | --- | --- |
| Supplemental Declaration of Celina Stewart | LWV President | LWV's associational standing

LWV's procedural injury |
| Declaration of Alan Butler | EPIC President | EPIC's informational and procedural injury |
| Declaration of Lorraine Kisselburgh | EPIC Member | Privacy injury

Reputational injury

(all in support of EPIC's associational standing) |

## Previously Filed Declarations

| Declaration | Plaintiff Affiliation | Reason Offered |
| --- | --- | --- |
| Declaration of Celina Stewart [ECF 16-5] | LWV President | LWV's associational standing

LWV's procedural injury |
| Declaration of M. Christian Green [ECF 16-7] | LWVLA President | LWVLA's organizational standing

LWVLA's associational standing

LWVLA's procedural injury |
| Supplemental Declaration of J. Doe 4 [ECF 16-3] | LWVLA Member | Privacy injury
(in support of LWVLA's associational standing) |
| Declaration of Joan Porte [ECF 16-6] | LWVVA President | LWVVA's associational standing

LWVVA's procedural injury |
| Declaration of J. Doe 6 [ECF 16-8] | LWVVA Member | Privacy injury
(in support of LWVVA's associational standing) |