# Exhibit D

**From:** Kristi Hart
**Sent:** Tuesday, August 19, 2025 9:22 AM
**To:** Benz, Timothy A
**Subject:** RE: Texas Secretary of State - SSN Last-4 SAVE Upload Opportunity

Having some tech difficulties this morning. Is there anyway I could be scheduled for Friday afternoon for approximately 4M records?

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Monday, August 18, 2025 1:27 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Subject:** RE: Texas Secretary of State - SSN Last-4 SAVE Upload Opportunity

**This Message Is From an External Sender**

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

 **Benz, Timothy A** reacted to your message:

**From:** Kristi Hart <KHart@sos.texas.gov>
**Sent:** Monday, August 18, 2025 6:25:38 PM
**To:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Subject:** Re: Texas Secretary of State - SSN Last-4 SAVE Upload Opportunity

Yes.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Monday, August 18, 2025 1:04:14 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Subject:** RE: Texas Secretary of State - SSN Last-4 SAVE Upload Opportunity

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.
Report Suspicious

Kristi—you said you couldn't do it today, but we'll be ready to take it as soon as you're ready to upload it tomorrow morning… Does that work?

TX-SOS-25-2601-A-000107

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services
Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940

---

**From:** Benz, Timothy A
**Sent:** Monday, August 18, 2025 1:57 PM
**To:** Kristi Hart <khart@sos.texas.gov>
**Cc:** Jennings, David M <david.m.jennings@uscis.dhs.gov>; Burzinski, Joel M <joel.m.burzinski@uscis.dhs.gov>; Scheele, Jamie M <Jamie.M.Scheele@uscis.dhs.gov>
**Subject:** Texas Secretary of State - SSN Last-4 SAVE Upload Opportunity

Good afternoon, Kristi,

Thanks for taking the time to talk just now—excited to have you onboard!  Here is the formal invitation we discussed below…

Over the past few months, USCIS has committed to optimizing its SAVE system to meet the citizenship and immigration status verification needs of our agency partners.  First, Secretary Noem announced that SAVE usage would now be free for non-Federal agencies, which eliminated the financial burden of its transaction charges.  Then SAVE began adding exciting new features such as the ability to perform a bulk query upload, as well as a new integration with SSA that enables case submission using the Social Security Number (SSN) as a non-DHS enumerator.

Now SAVE is excited to invite Texas to participate in a special "soft launch" of its latest capability: using the last four digits of the SSN as an enumerator for case submission.  This new enhancement will allow state voter verification agencies—such as yours—to submit SAVE verification cases using only the following data points: First Name, Last Name, Date of Birth, and the SSN Last-4.  Status responses for these cases will mirror those currently in use with SAVE and those added as a result of the integration with SSA.  More information on SAVE responses can be found here.

This soft launch is by invitation only—we are not announcing its availably for widespread use at this time.  SAVE needs to throttle the intake of these cases at the outset, as we know the demand will be high and want to ensure system's ability to meet the increased demand.  We are prioritizing your state due to prior participation and engagements between our agencies.  We hope you'll accept this invitation to submit a bulk upload of cases during the designated time slot: tomorrow, **Tuesday, August 19ᵗʰ**.

If this day isn't acceptable to you for any reason then please let us know and we will try to reschedule, although this soft launch is very limited and we may not be able to meet your rescheduling request.  If you <u>are</u> able to participate at this designated day, please respond to this e-mail with the size of your voter roll you'd plan to upload.  While there is no limit on the volume of cases you would be able to submit, it is recommended to limit your file size to 1 million cases per file (multiple files can be submitted as necessary).  Attached is the bulk upload .csv template for which your data will need to be formatted.

Please reach out to us if you have any questions about this exciting opportunity, and let us know your response to this invitation <u>as soon as possible</u>.  Thanks!

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services

AMERICAN OVERSIGHT

TX-SOS-25-2601-A-000108

Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940



TX-SOS-25-2601-A-000109