# Exhibit H



**From:** Christina Adkins <CAdkins@sos.texas.gov>
**Sent:** Thursday, November 6, 2025 5:30:12 PM
**To:** Adam Bitter <ABitter@sos.texas.gov>; Dave Nelson <DNelson@sos.texas.gov>; Kristi Hart <KHart@sos.texas.gov>
**Subject:** Fw: Questions re: Potential noncitizens

**From:** Natalia Contreras ███████████████████████
**Sent:** Thursday, November 6, 2025 4:05:30 PM
**To:** Alicia Pierce <APierce@sos.texas.gov>
**Cc:** Christina Adkins <CAdkins@sos.texas.gov>
**Subject:** Re: Questions re: Potential noncitizens

This Message Is From an External Sender
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Hi, I am following up on some of the questions I sent related to the potential noncitizens on the rolls.
-Can you tell me whether SOS checked the data you got from SAVE against DPS records?
-Can you confirm that if counties receive proof of citizenship, they must send it your way so you can send to USCIS?

In court filings (LWV vs. DHS re: SAVE) the federal government is suggesting that there is a problem either with DPS data or in general with the data the state is sending to election officials, which is why I am asking whether SOS checked data from SAVE against DPS data.

AMERICAN OVERSIGHT

"But Plaintiffs' declaration remains fully consistent with the possibility of an intra-Texas miscommunication, or some

other error by Texas officials—either at the moment of registration at the Texas Department of Public Safety, or in generating the lists that were transmitted from one Texas official to another, or something else entirely. "

Can you respond by noon tomorrow (Friday, Nov. 7)? Thank you.

On Thu, Oct 30, 2025 at 3:49 PM Natalia Contreras <␣␣␣␣␣␣␣␣␣␣> wrote:
Thank you. A couple of follow-ups:
-Can you confirm that if counties receive proof of citizenship, they must send it your way so you can send to USCIS?
-Election officials say they haven't gotten any information about the sources of SAVE, how that data is gathered, how matches are found, and its accuracy, etc. Is SoS planning to provide additional details to them on this?
-This summer, when I started reporting on the state's use of SAVE, your office said the database "is the most current and accurate database available to states to verify citizenship". Do any of these recent findings that some folks who were flagged are, in fact, US citizens, change your standing on this?

Thank you.

On Thu, Oct 30, 2025 at 2:50 PM Alicia Pierce <APierce@sos.texas.gov> wrote:
You can attribute the following to me:

"We directed counties to conduct their own investigations. The counties have been able to prove citizenship for a handful of these voters, which means the process is working exactly as it should. As we have repeatedly communicated, the entire voter list was run through SAVE.  Any questions about DPS data should be directed to DPS.  These voters have 30 days to respond, so — absent voter-initiated removal — this will not affect anyone's ability to vote in Tuesday's election. We advised counties to treat it as they would any other data set, and they know how to do list maintenance."

**From:** Natalia Contreras <␣␣␣␣␣␣␣␣␣␣>
**Sent:** Thursday, October 30, 2025 12:16 PM
**To:** Alicia Pierce <APierce@sos.texas.gov>
**Cc:** Christina Adkins <CAdkins@sos.texas.gov>
**Subject:** Re: Questions re: Potential noncitizens

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

I am circling back on this. We plan to publish a story soon.
I have reached out to more than 20 counties in the past week.
From the responses I have gotten so far, I have confirmed there are at least 5 US citizens in these numbers and have also found at least 193 people in the numbers registered at DPS.

Were the results from SAVE not checked against DPS data? Why would these individuals be flagged if DPS requires proof of citizenship?

In addition, some election officials say there wasn't clear guidance about what to do about these individuals in the midst of voting. Did SOS send direction on how to handle an individual on the list who shows up at the polls?

Are you able to respond this afternoon?
Thank you.

On Fri, Oct 24, 2025 at 11:15 AM Natalia Contreras ███████████████████ > wrote:
Thank you!
I've been hearing from counties that several of the folks in their files registered at DPS and checked "yes" that they are a US citizen. Did SOS check the files sent to counties against data you have from DPS?
It's my understanding that when folks try to get a DL or State ID at DPS and want to register they have to show documentation. If they say they're not US citizens, they have to show proof of legal presence and if they say yes then they have to show proof of citizenship.
Can you tell me whether the results from SAVE were compared to DPS data?
Thank you.

On Fri, Oct 24, 2025 at 11:07 AM Alicia Pierce <APierce@sos.texas.gov> wrote:
Hi. I know this is late but sending anyway:

Per the press release, we ran the entire voter registration database through SAVE. This included the voter's full name and SSN. We receive data from DPS on a daily basis, and that is a completely separate process that will continue. Other than Harris County, which is in the midst of a federal election and subject to the moratorium, counties are free to send out notices. We provided this data now so that counties could take action ahead of the moratorium.

Get Outlook for iOS

**From:** Natalia Contreras ███████████████████ >
**Sent:** Wednesday, October 22, 2025 10:33:25 AM
**To:** Alicia Pierce <APierce@sos.texas.gov>
**Cc:** Christina Adkins <CAdkins@sos.texas.gov>
**Subject:** Questions re: Potential noncitizens

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Good morning, I'm working on a story about the number of potential noncitizens on the rolls and have some questions:

-When was the voter roll run through SAVE to conduct the search? Was it uploaded to SAVE, and the results came back the same day? Or did it take
a few days? Can you share the time frame?
-Is SOS running a search of voters' full name, partial or full SSN? and A-number if available? Can you share exactly what SOS is entering to search and ensure accuracy?

-To clarify: Was the entire voter roll ran through and not just records of folks for whom DPS didn't have any documentation of citizenship?
-Is SOS running the voter roll through SAVE and also checking DPS records?
-How long had the 2,724 people identified been on the rolls?
-Just to make sure: officials are currently allowed to send those notices and remove folks from the rolls even ahead of the primary?
-Why were the numbers released now and how often does SOS plan to run the voter roll through SAVE?

**If you could respond to this by EOD Thursday, that would be helpful.**

Thank you!


--
Natalia Contreras
**Texas reporter | [Votebeat.org](http://Votebeat.org)**
**C:** 361-695-1553
**Twitter, Facebook:** @NataliaECG
███████████████



TX-SOS-25-2600-B-000026