**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

LEAGUE OF WOMEN VOTERS, *et al.*,

Plaintiffs,

   v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.[1]

</td><td>

No. 1:25-cv-03501 (SLS)

</td></tr>
</table>

**DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying combined memorandum of law, Defendants

hereby move (1) to dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), or, in the

alternative, (2) for summary judgment under Federal Rule of Civil Procedure 56.

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted as a Defendant in his official capacity as Secretary of Homeland Security, in place of his predecessor Kristi Noem.

- 2 -

Dated:  April 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*