**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS, *et al.*,

               Plaintiffs,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

               Defendants.[1]

No. 1:25-cv-03501 (SLS)

### [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss (or, in the alternative, for summary judgment), the parties' memoranda, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion to dismiss (or, in the alternative, for summary judgment) is **GRANTED**; it is further

**ORDERED** that Plaintiffs' motion for summary judgment is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED** in its entirety.  This is a final and appealable order.

**SO ORDERED**.

DATE:

                                       _____
                                       SPARKLE L. SOOKNANAN
                                       United States District Judge

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted as a Defendant in his official capacity as Secretary of Homeland Security, in place of his predecessor Kristi Noem.  The Clerk of Court is directed to update the docket sheet accordingly.