# Exhibit C

**From:** Kristi Hart
**Sent:** Monday, August 18, 2025 12:24 PM
**To:** Benz, Timothy A
**Subject:** RE: SAVE Test Request for Last-Four SSN

We are breaking it down into smaller data sets. I don't think you will have any capacity issues for us.

We were planning to run multiple files with last 4. Is that not any option?

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Monday, August 18, 2025 12:21 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Subject:** RE: SAVE Test Request for Last-Four SSN

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Also, can you give me a rough estimate on how many records you would want to include in this submission? I know you guys have a voluminous voter roll down there, so I want to make sure that we have the capacity to handle it for the timeslot in which we schedule Texas…

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services
Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940

**From:** Benz, Timothy A
**Sent:** Monday, August 18, 2025 1:13 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Subject:** RE: SAVE Test Request for Last-Four SSN

AMERICAN OVERSIGHT

Great! Then the invitation will be sent right after this email.

The only difference from the current batch upload process is that the file can accept only four digits in the SSN column as opposed to requiring all nine digits. And we're aware of a bug with the Close Case function—it's actively being worked…

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services
Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940

---

**From:** Kristi Hart <KHart@sos.texas.gov>
**Sent:** Monday, August 18, 2025 1:09 PM
**To:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Subject:** RE: SAVE Test Request for Last-Four SSN

Yes, please. Can you send me the information? We have some ready to verify. Is this process different than the current upload process?

Also, there are older records on our account that are from the initial upload process. The system will not allow me to mark them closed and/or remove them. Is there something I am missing here?

Kristi

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Monday, August 18, 2025 12:00 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Subject:** RE: SAVE Test Request for Last-Four SSN
**Importance:** High

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

AMERICAN OVERSIGHT

Fantastic—thanks, Kristi! Although, I should be clear: we completed testing last week, and we're now ready to process queries for last-4 of the SSN for real. SAVE will be providing you actual responses that you can use for action when you're ready to upload them. Are you interested and ready to verify? If so, let me know and I can send you all the information in a formal invitation email which will include your scheduled day that we can receive your file(s)…

Looking forward to hearing from you on this—thanks!

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services
Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940

---

**From:** Kristi Hart <KHart@sos.texas.gov>
**Sent:** Sunday, August 17, 2025 4:08 PM
**To:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Subject:** RE: SAVE Test Request for Last-Four SSN

Would be happy to!

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Monday, August 11, 2025 1:38 PM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Cc:** Burzinski, Joel M <joel.m.burzinski@uscis.dhs.gov>; Scheele, Jamie M <Jamie.M.Scheele@uscis.dhs.gov>; Lindner, Darcy L <darcy.l.lindner@uscis.dhs.gov>
**Subject:** SAVE Test Request for Last-Four SSN

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Good afternoon, Kristi,

We here at the SAVE Program are getting ready to roll out the next enhancement to our service: the ability for agencies such as yours to submit verification requests using the last four digits of the SSN as the enumerator. However, we want to make sure it's working properly when we launch, so we'd like to ask you if Texas is willing to participate in a little testing of this feature… Please let me know if so, and we'd be grateful for your contributions—thanks!

AMERICAN OVERSIGHT

Timothy Benz
Verification Division, IRIS
U.S. Citizenship & Immigration Services

Department of Homeland Security
Timothy.A.Benz@uscis.dhs.gov
202-306-9940

---

**From:** Kristi Hart <KHart@sos.texas.gov>
**Sent:** Friday, May 30, 2025 11:52 AM
**To:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Cc:** Burzinski, Joel M <joel.m.burzinski@uscis.dhs.gov>; Scheele, Jamie M <Jamie.M.Scheele@uscis.dhs.gov>
**Subject:** RE: SAVE Bulk Uploader Feedback-- Texas Secretary of State

Tim,

Thanks for reaching out!

I apologize for the delayed response, I have been in and out of the office this week. I would love to visit with you about our experience thus far. I do have a few questions.

Do you have any availability next week?

Kristi

**From:** Benz, Timothy A <Timothy.A.Benz@uscis.dhs.gov>
**Sent:** Friday, May 23, 2025 9:45 AM
**To:** Kristi Hart <KHart@sos.texas.gov>
**Cc:** Burzinski, Joel M <joel.m.burzinski@uscis.dhs.gov>; Scheele, Jamie M <Jamie.M.Scheele@uscis.dhs.gov>
**Subject:** SAVE Bulk Uploader Feedback-- Texas Secretary of State

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Good morning, Kristi,

I'm reaching out to you this morning to gather feedback from your agency's experience with using SAVE's new bulk uploader functionality. We received three files from your user account, the most recent of which consisted of 1,657 records to be verified, and it appears that we were able to process 1,374 of them, with the remaining 283 records throwing an error. Is this consistent with what you've seen on your side?

AMERICAN OVERSIGHT