# Exhibit E

**From:** Kristi Hart
**Sent:** Wednesday, October 22, 2025 9:06 AM
**To:** Jeannie Ash; Julia Montes; Vanessa Tambunga; Alicia Lopez
**Cc:** Rachel Pearson
**Subject:** RE: Non- Citizenship verification - Hunt County reflects zero vs. 5 reported

Good morning!

I understand and apologize for the confusion here but the instruction on how to address these records was provided in the webinar hosted last week by Christina. The files were posted last week immediately following the webinar. I believe the webinar is posted for review on our website. To clarify this with counties, I have asked the TEAM representatives to call counties this morning to advise on the location of the files and answer any questions you may have. Following your investigation, the process remains consistent with all list maintenance procedures as listed in the TEAM manual.

I just confirmed that your files were posted to the CDW on 10/16. I have not posted a screenshot for system security reasons. Please feel free to reach out to Ali if you have any further questions.

Kristi

**From:** Jeannie Ash <jash@huntcounty.net>
**Sent:** Wednesday, October 22, 2025 8:23 AM
**To:** Julia Montes <JMontes@sos.texas.gov>; Vanessa Tambunga <VTambunga@sos.texas.gov>; Alicia Lopez <ALopez@sos.texas.gov>
**Cc:** Kristi Hart <KHart@sos.texas.gov>; Rachel Pearson <rpearson@huntcounty.net>
**Subject:** Non- Citizenship verification - Hunt County reflects zero vs. 5 reported

**This Message Is From an External Sender**
CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Good morning,

A press release was sent out yesterday regarding non citizenship and a county level breakdown indicated that Hunt County has 5 potential non-citizen records to investigate.

Please note that the previous advisory indicated that " Each county's TEAM representative has reached out to you to further discuss this process and answer any questions you may have about these procedures. Your TEAM representative will also instruct you on how to submit proof of citizenship documentation that you receive to our office."

At this time, we have not received any contact other than the email sent by SOS regarding this. We have also not received a file to CDW for download and currently **our dashboard reflects ZERO non**

AMERICAN OVERSIGHT

**citizen records.** A screenshot of our dashboard with the 0 count reflected has been upload to CDW for clarification.

Please advise.

Respectfully,
Jeannie Ash
Elections Administrator
Hunt County
O 903-454-5467

AMERICAN OVERSIGHT