# Exhibit F

| | |
|---|---|
| **From:** | Kristi Hart |
| **To:** | Julia Montes |
| **Subject:** | FW: MASS EMAIL (VR/EA): List Maintenance Activity Involving Potential Non-United States Citizens |
| **Date:** | Tuesday, October 21, 2025 2:55:00 PM |
| **Attachments:** | image001.jpg<br>image002.jpg |

**From:** Kristin Miles, REO <kristin.miles@co.bastrop.tx.us>
**Sent:** Tuesday, October 21, 2025 2:44 PM
**To:** Christina Adkins <CAdkins@sos.texas.gov>; Kristi Hart <KHart@sos.texas.gov>
**Subject:** Re: MASS EMAIL (VR/EA): List Maintenance Activity Involving Potential Non-United States Citizens

**This Message Is From an External Sender**

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

I am emailing to let you know there has been no communication from our team representative regarding this process as indicated in the below email.

Get Outlook for iOS

---

**From:** Texas Secretary of State Elections Division <TXSoSAgency@public.govdelivery.com>
**Sent:** Tuesday, October 21, 2025 1:54:50 PM
**To:** Kristin Miles, REO <kristin.miles@co.bastrop.tx.us>
**Subject:** MASS EMAIL (VR/EA): List Maintenance Activity Involving Potential Non-United States Citizens

**CAUTION:** This email is from OUTSIDE Bastrop County. Links or Attachments may be dangerous.

Having trouble viewing this email? View it as a Web page.

AMERICAN OVERSIGHT

**ELECTIONS DIVISION**

---

**TO: Voter Registrars/Elections Administrators**

**FROM: Elections Division, Texas Secretary of State**

**SUBJECT: List Maintenance Activity Involving Potential Non-United States Citizens**

**DATE: October 21, 2025**

---

Dear Election Officials,

On October 16, 2025, the Secretary of State's office began sending voter records to counties as part of a continuing process for identifying and removing non-United States citizens from the State's voter rolls. This process is being conducted in accordance with the Secretary of State's Memorandum of Understanding with United States Citizenship and Immigration Services (USCIS) to compare state voter registration lists with USCIS' Systematic Alien Verification for Entitlements (SAVE) records.

The process for this list maintenance activity is largely the same as the process outlined in Election Advisory No. 2021-11: List Maintenance Activity Involving Potential Non-United States Citizens. Please note the following procedures related to list maintenance activity involving information obtained from USCIS:

- We have created a new Notice to Registered Voter for Proof of Citizenship to be used to request proof of citizenship documentation from a registered voter pursuant to the result of the comparison of the voter's registration information with the USCIS SAVE records.
- In accordance with our Memorandum of Understanding with USCIS, if a voter provides proof of citizenship documentation, the county must send a copy of that documentation to the Secretary of State's office to be provided to USCIS.
- Each county's TEAM representative has reached out to you to further discuss this process and answer any questions you may have about these procedures. Your TEAM representative will also instruct you on how to submit proof of citizenship documentation that you receive to our office.

AMERICAN OVERSIGHT

If you have any questions or concerns, please feel free to contact the Elections Division at (800) 252-8683 or Elections@sos.texas.gov.

Thank you,

**Christina Adkins**

Director of Elections

Office of the Texas Secretary of State

1019 Brazos Street | Rudder Building, 2nd Floor | Austin, Texas 78701 1.800.252.VOTE (8683)

elections@sos.texas.gov | www.sos.texas.gov

*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*

If you have any questions regarding this e-mail, please e-mail elections@sos.texas.gov

Stay Connected with Texas Secretary of State:

SUBSCRIBER SERVICES:
Manage Subscriptions | Unsubscribe All | Help

This email was sent to kristin.miles@co.bastrop.tx.us using GovDelivery Communications Cloud on behalf of: Texas Secretary of State · 707 17th St, Suite 4000 · Denver, CO 80202

AMERICAN OVERSIGHT