# Exhibit G

**From:** Beauregard Hanley
**Sent:** Tuesday, October 21, 2025 3:37 PM
**To:** Dave Nelson; Alicia Pierce
**Subject:** FW: FOX NEWS INQUIRY INTERVIEW— SAVE DATABASE

Good afternoon Alicia and Deputy,

Please see the email below from Brooke Taylor with Fox News requesting a Zoom call, which we received in our general inbox. Thank you!

Warm regards,

**Beau Hanley**
Executive Liaison
Office of the Texas Secretary of State
*bhanley@sos.texas.gov*

**From:** Taylor, Brooke [redacted]>
**Sent:** Tuesday, October 21, 2025 11:49 AM
**To:** Secretary <Secretary@sos.texas.gov>
**Subject:** FOX NEWS INQUIRY INTERVIEW— SAVE DATABASE

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.
Report Suspicious

Hi Dave !

Hoping you can connect me with the right person- My name is Brooke Taylor, and I am a correspondent for Fox National News. We got a press release about the Texas possible noncitizens who were registered on voter rolls.

We would love to do a story on this for tomorrow and speak with Texas Secretary of State Jane Nelson about Texas being one of the first states to partner with the federal government to use the SAVE database- and why this database is important.

We were hoping to set up a zoom for today, to do the story for tomorrow! This should take just 15 minutes or so. Let me know if there is availability today, we can make any time work!

All the best,

Brooke Taylor
National News Correspondent

AMERICAN OVERSIGHT

Fox News Channel
C: 917-796-0065

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

AMERICAN OVERSIGHT