# Exhibit I

**From:** Sara Braun
**Sent:** Monday, November 3, 2025 10:22 AM
**To:** Heidi Martinez
**Subject:** Fw: Question about Code 64 voters that registered at DPS.

---

**From:** LegalTeam <LegalTeam@sos.texas.gov>
**Sent:** Monday, November 3, 2025 10:11 AM
**To:** Sara Braun <SBraun@sos.texas.gov>
**Subject:** FW: Question about Code 64 voters that registered at DPS.

Please respond.

---

**From:** Elections Internet <Elections@sos.texas.gov>
**Sent:** Monday, November 3, 2025 10:10 AM
**To:** LegalTeam <LegalTeam@sos.texas.gov>
**Subject:** FW: Question about Code 64 voters that registered at DPS.

**From:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Sent:** Monday, November 3, 2025 10:08 AM
**To:** Elections Internet <Elections@sos.texas.gov>
**Cc:** Christopher Baldenhofer <Christopher.Baldenhofer@traviscountytx.gov>
**Subject:** FW: Question about Code 64 voters that registered at DPS.

**This Message Is From an External Sender**

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Report Suspicious

Hello,

I recently asked Rebekah Hibbs, DPS Drivers License Division - HQ Operations Director, if DPS provides to the SoS copies of proof of citizenship that are presented to them when one registers to vote with DPS. She replied that not only do they not, but copies "…are protected by the Transportation Code, Chapter 730 and only released for investigation, subpoena or to the individual."

Transportation Code Sec. 730.005(9) reads:

> *REQUIRED DISCLOSURE. Personal information obtained by an agency in connection with a motor vehicle record shall be disclosed for use in connection with any matter of:*
> *(9) voter registration or the administration of elections by the secretary of state.*

AMERICAN OVERSIGHT

Does this subsection allow DPS to share copies of citizenship proof with county registrars? Or only the Secretary of State?

Thanks.

Best,

Chris Davis
christopher.davis@traviscountytx.gov
512.854.7987
Travis County VR Division Director

---

**From:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Sent:** Monday, November 3, 2025 9:50 AM
**To:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Cc:** Vasan, Gayatri <Gayatri.Vasan@dps.texas.gov>; Calhoun, Amy D <Amy.Calhoun@dps.texas.gov>
**Subject:** [CAUTION EXTERNAL] RE: Question about Code 64 voters that registered at DPS.

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Yes, we retain a copy of the documents, but these are protected by the Transportation Code, Chapter 730 and only released for investigation, subpoena or to the individual. Thanks!

Rebekah Hibbs
HQ Operations Director
Driver License Division
p. 512-424-5001

**DPS Core Values: Integrity, Accountability, Teamwork and Excellence**
Driver License Division leadership will support a "People Matter" culture that consists of collaborative and trusting relationships where open communication and mutual respect are the cornerstones. S.C.O.R.E.

---

**From:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Sent:** Monday, November 3, 2025 9:48 AM
**To:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Cc:** Vasan, Gayatri <Gayatri.Vasan@dps.texas.gov>; Calhoun, Amy D <Amy.Calhoun@dps.texas.gov>
**Subject:** RE: Question about Code 64 voters that registered at DPS.

**Caution:**
This message came from outside your organization. If you believe this to be a malicious and/or phishing email, please send this email as an attachment to SPAM@dps.texas.gov.

Thanks for that clarification, Rebekah.

One last question: does DPS record (or even save a copy of) the type of citizenship proof provided by the applicant during the registration process at DPS?

AMERICAN OVERSIGHT

Best,

Chris Davis
christopher.davis@traviscountytx.gov
512.854.7987
Travis County VR Division Director

---

**From:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Sent:** Monday, November 3, 2025 9:39 AM
**To:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Cc:** Vasan, Gayatri <Gayatri.Vasan@dps.texas.gov>; Calhoun, Amy D <Amy.Calhoun@dps.texas.gov>
**Subject:** [CAUTION EXTERNAL] RE: Question about Code 64 voters that registered at DPS.

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Chris,

We do not provide any documents to SOS for citizenship or lawful presence as it can change, and we only have the status as of the date of the person's transaction with us. However, I understand SOS has implemented a process for verifying citizenship and lawful presence, so they will be able to advise next steps for their process. Thanks for understanding.

Rebekah Hibbs
HQ Operations Director
Driver License Division
p. 512-424-5001

**DPS Core Values: Integrity, Accountability, Teamwork and Excellence**
Driver License Division leadership will support a "People Matter" culture that consists of collaborative and trusting relationships where open communication and mutual respect are the cornerstones. S.C.O.R.E.

---

**From:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Sent:** Monday, November 3, 2025 9:32 AM
**To:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Subject:** RE: Question about Code 64 voters that registered at DPS.

**Caution:**
This message came from outside your organization. If you believe this to be a malicious and/or phishing email, please send this email as an attachment to SPAM@dps.texas.gov.

Thanks for your reply, Rebekah. I understand what you wrote.

Do you provide the form of citizenship proof presented (by voters who register at DPS) to the SoS?

Best,

Chris Davis
christopher.davis@traviscountytx.gov
512.854.7987

AMERICAN OVERSIGHT

Travis County VR Division Director

---

**From:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Sent:** Monday, November 3, 2025 8:36 AM
**To:** Christopher Davis <Christopher.Davis@traviscountytx.gov>; Lillian Eder <leder@sos.texas.gov>
**Cc:** Vasan, Gayatri <Gayatri.Vasan@dps.texas.gov>; Calhoun, Amy D <Amy.Calhoun@dps.texas.gov>
**Subject:** [CAUTION EXTERNAL] RE: Question about Code 64 voters that registered at DPS.

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Mr. Davis,

I was out Friday and just got your voicemail and email. The Department does not verify citizenship for county registrars. I've included Lillian Eder at SOS, so she can provide you with the procedure to follow for this type of scenario. Thank you for contacting us and I know that Lillian will provide the assistance you need.

Rebekah Hibbs
HQ Operations Director
Driver License Division
p. 512-424-5001

**DPS Core Values: Integrity, Accountability, Teamwork and Excellence**
Driver License Division leadership will support a "People Matter" culture that consists of collaborative and trusting relationships where open communication and mutual respect are the cornerstones. S.C.O.R.E.

---

**From:** Christopher Davis <Christopher.Davis@traviscountytx.gov>
**Sent:** Friday, October 31, 2025 12:13 PM
**To:** Hibbs, Rebekah <Rebekah.Hibbs@dps.texas.gov>
**Subject:** Question about Code 64 voters that registered at DPS.

**Caution:**
This message came from outside your organization. If you believe this to be a malicious and/or phishing email, please send this email as an attachment to SPAM@dps.texas.gov.

Hi, Rebekah,

I left you a voicemail a minute ago and wanted to follow up via email.

Recently, the Secretary of State's Elections Division sent our office a list of registered voters that were potential non-citizen matches in their USCIS SAVE database comparison effort. A subset of these records show as having registered to vote at DPS at some point, as indicated by a source code of *64 – DEPARTMENT OF PUBLIC SAFETY*.

**Is there a way that our office could provide your office with identifying information (DL#, VUID, NAME and DoB, etc.) on these voters and have some kind of independent confirmation (outside of their existing DPS registration application) that each voter did indeed provide proof of citizenship when they registered to vote (and even the form of that proof, if possible)?**

AMERICAN OVERSIGHT

We're just trying to research each case of registration to the best of our ability before sending out notices and are hoping your agency could provide information to aid that effort.

Please don't hesitate to call me at the number below, if that's easier. Thanks in advance for any help you & your office could provide.

Best,

Chris Davis
christopher.davis@traviscountytx.gov
512.854.7987
Travis County VR Division Director

---

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

AMERICAN OVERSIGHT