## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS OF THE UNITED
STATES, *et al.*,

     *Plaintiffs,*

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
*et al.*,

     *Defendants.*

CASE NO. 1:25-CV-003501

---

### DEFENDANT-INTERVENOR STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW ALI THORBURN AS COUNSEL

---

Defendant-Intervenor, The State of Texas, by and through the Office of the Attorney General of Texas, hereby files this Unopposed Motion to Withdraw Ali M. Thorburn as counsel of record in this matter.

Ms. Thorburn has accepted a position outside of the Office of the Attorney General of Texas, and the State of Texas respectfully requests that she be withdrawn as counsel of record in this matter. The State of Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

Dated: May 6, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

Respectfully submitted,

**WILLIAM D. WASSDORF**
Associate Deputy AG for Civil Litigation
Texas State Bar No. 24103022
will.wassdorf@oag.texas.gov

*/s/ Ali M. Thorburn*
**ALI M. THORBURN**
Special Counsel
Texas State Bar No. 24125064
ali.thorburn@oag.texas.gov

OFFICE OF THE
ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 226-4398

**COUNSEL FOR STATE DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that this office conferred with counsel for Plaintiffs and the Federal Defendants regarding this Motion via email on May 6, 2026. Nikhel Sus, counsel for Plaintiffs, stated that Plaintiffs do not oppose the filing of this motion to withdraw as counsel. Stephen Pezzi, counsel for the Federal Defendants, stated they do not oppose.

*/s/ Ali M. Thorburn*
ALI M. THORBURN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 6, 2026, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

*/s/ Ali M. Thorburn*
ALI M. THORBURN

2