**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

No. 1:25-cv-03501 (SLS)

**<u>DEFENDANTS' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME</u>**

Defendants respectfully request a 14-day extension of time to file their reply in support of their motion to dismiss (or, in the alternative, for summary judgment), which is currently due on Friday, May 15.  As good cause for this request, which is unopposed, Defendants offer the following:

1. This case was filed on September 30, 2025.  Compl., ECF No. 1.  Plaintiffs moved for a preliminary injunction on October 7, 2025.  ECF No. 16.  After a hearing, the Court denied Plaintiffs' motion for a preliminary injunction on November 17, 2025.  ECF Nos. 55, 56.

2. On November 21, 2025, the parties submitted a joint scheduling proposal for further proceedings, ECF No. 57, which the Court adopted by Minute Order on November 24, 2025.

3. On December 11, 2025, Plaintiffs sought and received an (unopposed) extension of time to file their amended complaint.  ECF No. 60; Minute Order of Dec. 11, 2025.  Plaintiffs filed their amended complaint on January 21, 2026.  ECF No. 61.

4. On February 4, 2026, the parties submitted another joint scheduling proposal for further proceedings, ECF No. 62, which the Court adopted by Minute Order later that day.  Under that schedule, Defendants' deadline to file their reply in support of their motion to dismiss (or, in the alternative, for summary judgment) is currently set for Friday, May 15, 2026.

5.      Defendants respectfully request a 14-day extension of time to file their reply brief (up to and including May 29, 2026).  Undersigned counsel is currently facing many other significant and time-sensitive litigation deadlines, several of which require air travel, and most of which did not exist at the time the parties reached their scheduling agreement back in February.  For that reason, undersigned counsel requests an additional 14 days to prepare the government's reply brief.

6.      This is Defendants' first request for an extension of any deadline in this case.[*]

7.      Before filing this motion, per Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs and counsel for Intervenor-Defendant the State of Texas.  Plaintiffs' counsel and Texas's counsel each reported that they do not oppose the relief requested in this motion.

8.      For these reasons, Defendants respectfully request a 14-day extension of time (up to and including May 29, 2026) to file their reply brief.

---

[*] As required by the government's interpretation of the Anti-Deficiency Act, Defendants did move for a stay of all proceedings during the lapse in appropriations in October of 2025.  ECF No. 19.  The Court denied that motion by Minute Order on October 14, 2025.

Dated:  May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

- 3 -