**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>　　　　Defendants. | No. 1:25-cv-03501-SLS |

**DEFENDANTS' NOTICE AND RESPONSE TO PLAINTIFFS' NOTICE**

Yesterday, Plaintiffs filed their second notice about Executive Order 14,399. *See* ECF Nos. 85, 107. Plaintiffs' latest notice summarizes (and attaches) a different notice that the government filed last week in otherwise-unrelated litigation challenging Executive Order 14,399, in which Judge Nichols recently denied a motion for a preliminary injunction. *DSCC v. Trump*, No. 26-cv-1114 (CJN), --- F. Supp. 3d ----, 2026 WL 1487833 (D.D.C. May 28, 2026). But Plaintiffs do not challenge Executive Order 14,399 (or its implementation) in this case. And it is undisputed that SAVE is currently being used by state and local governments for purposes of voter-verification—as has been the case since the mid-2000s. *See* Broderick Decl. ¶ 20, ECF No. 77-2. And the challenged updates to SAVE have now been in effect for over a year. So whether or not SAVE now may also play some additional role in the implementation of Executive Order 14,399, that additional use of SAVE (if any) has no legal relevance to this litigation.

Nevertheless, due to Plaintiffs' filing, Defendants wish to notify the Court that the information in Plaintiffs' filing is no longer accurate, as of yesterday evening. The government has now filed a further notice in the litigation over Executive Order 14,399, which includes some updates on the topics addressed in Plaintiffs' most recent notice. Although Defendants consider this information to be immaterial to the above-captioned suit, that more recent notice is attached to this filing, for the Court's convenience and to ensure a complete and accurate record.

- 2 -

Dated:  June 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*