**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-03501-SLS |

**JOINT APPENDIX**

Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No. 90043462)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

STEPHEN M. PEZZI (D.C. Bar No. 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
Emily Davis (D.C. Bar No. 90020129)
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
edavis@fairelectionscenter.org

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
Telephone: 202-483-1140
Fax: 202-483-1248
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

* admitted pro hac vice

ii

| | APPENDIX OF CITED ADMINISTRATIVE RECORD MATERIALS | |
|---|---|---|
| **Bates Start** | **Bates End** | **Name** |
| DHS-AR-000001 | DHS-AR-000004 | Alabama Secretary of State and others, Letter to USCIS, DHS, Regarding SAVE Enhancements, February 27, 2025 |
| DHS-AR-000005 | DHS-AR-000006 | Alabama Secretary of State, Letter to USCIS, DHS, Regarding Denial of Request for Access, April 11, 2024 |
| DHS-AR-000039 | DHS-AR-000068 | DHS and DOS, Info Sharing MOA Update to Appendix A, March, 2025 |
| DHS-AR-000084 | DHS-AR-000085 | DHS, Privacy Office, Notification Letter to Office of Management and Budget Regarding Proposed SORN for SAVE, October 21, 2025 |
| DHS-AR-000093 | DHS-AR-000097 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 76 FR 58525, September 21, 2011 |
| DHS-AR-000108 | DHS-AR-000113 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 85 FR 31798, May 27, 2020 |
| DHS-AR-000114 | DHS-AR-000121 | DHS-USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, 90 FR 48948, October 31, 2025 |
| DHS-AR-000141 | DHS-AR-000178 | DHS-USCIS-PIA-006 Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, August 26, 2011 |
| DHS-AR-000179 | DHS-AR-000185 | DHS-USCIS-PIA-006(a) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, July 27, 2012 |
| DHS-AR-000186 | DHS-AR-000193 | DHS-USCIS-PIA-006(b) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, April 19, 2013 |
| DHS-AR-000194 | DHS-AR-000220 | DHS-USCIS-PIA-006(c) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, June 30, 2020 |
| DHS-AR-000221 | DHS-AR-000243 | DHS-USCIS-PIA-006(d) Systematic Alien Verification for Entitlements Program Privacy Impact Assessment, October 31, 2025 |
| DHS-AR-000244 | DHS-AR-000285 | DHS-USCIS-PTA, SAVE Program Optimization Privacy Threshold Analysis (PTA) Final Adjudication, July 17, 2025 |
| DHS-AR-000286 | DHS-AR-000327 | DHS-USCIS-PTA, SAVE Program Optimization Privacy Threshold Analysis (PTA) Final Adjudication, September 11, 2025 |
| DHS-AR-000334 | DHS-AR-000339 | EO 14248, 90 FR 14005, March 25, 2025 |

1

| DHS-AR-000374 | DHS-AR-000395 | Master ISA Between Homeland Security Enterprise Network (HSEN) and Social Security Administration (SSA), Version 1.0, July 2025 |
|---|---|---|
| DHS-AR-000398 | DHS-AR-000400 | Ohio Secretary of State, Letter to USCIS, DHS, Regarding Citizenship Verification, July 22, 2024 |
| DHS-AR-000401 | DHS-AR-000405 | Oklahoma State Election Board, Letter to DHS, Regarding Citizenship Verification Alternative to SAVE, March 26, 2025 |
| DHS-AR-000420 | DHS-AR-000431 | USCIS, DHS and SSA, Info Sharing regarding Citizenship, Signed Agreement USCIS SSA, May 15, 2025 |
| DHS-AR-000432 | DHS-AR-000448 | USCIS, DHS, and SSA, ISA Addendum for SAVE–SSA Data Exchange, June 12, 2025 |
| DHS-AR-000449 | DHS-AR-000450 | USCIS, DHS, Bulk Case Upload Capability Available for Voter Registration and or Voter List Maintenance GovDelivery email, May 2, 2025 |
| DHS-AR-000451 | DHS-AR-000452 | USCIS, DHS, Bulk Case Upload Capability Available for Voter Registration and or Voter List Maintenance Internal Comms, May 2, 2025 |
| DHS-AR-000483 | DHS-AR-000490 | USCIS, DHS, Narrative Statement for SORN Update, Submitted to DCPO, February 2025 |
| DHS-AR-000491 | DHS-AR-000492 | USCIS, DHS, Optimizing SAVE New Options to Create Cases with a Social Security Number and by Bulk Upload, May 22, 2025 |
| DHS-AR-000493 | DHS-AR-000494 | USCIS, DHS, Optimizing SAVE New Options to Create Cases with a Social Security Number and by Bulk Upload GovDelivery email, May 22, 2025 |
| DHS-AR-000495 | DHS-AR-000504 | USCIS, DHS, SAVE Federal MOA, June 9, 2025 |
| DHS-AR-000505 | DHS-AR-000517 | USCIS, DHS, SAVE MOA, Alabama, Secretary of State, June 16, 2025 |
| DHS-AR-000518 | DHS-AR-000527 | USCIS, DHS, SAVE MOA, Arizona, Maricopa County Elections Department, December 15, 2009 |
| DHS-AR-000528 | DHS-AR-000538 | USCIS, DHS, SAVE MOA, Arizona, Maricopa County Recorder's Office, August 27, 2025 |
| DHS-AR-000539 | DHS-AR-000550 | USCIS, DHS, SAVE MOA, Arizona, Office of Elections, October 31, 2018 |
| DHS-AR-000551 | DHS-AR-000555 | USCIS, DHS, SAVE MOA, Arizona, Pima County Recorders Office, May 11, 2005 |
| DHS-AR-000556 | DHS-AR-000566 | USCIS, DHS, SAVE MOA, Arkansas, Secretary of State, April 7, 2025 |
| DHS-AR-000567 | DHS-AR-000577 | USCIS, DHS, SAVE MOA, Colorado, Santa Rosa County Supervisor of Elections, July 10, 2025 |
| DHS-AR-000578 | DHS-AR-000590 | USCIS, DHS, SAVE MOA, Colorado, Secretary of State, August 22, 2012 |
| DHS-AR-000591 | DHS-AR-000602 | USCIS, DHS, SAVE MOA, Florida, Alachua County Supervisor of Elections, June 24, 2025 |

2

| DHS-AR-000603 | DHS-AR-000614 | USCIS, DHS, SAVE MOA, Florida, Bay County Supervisor of Elections, June 4, 2025 |
| DHS-AR-000615 | DHS-AR-000626 | USCIS, DHS, SAVE MOA, Florida, Brevard County Supervisor of Elections, June 23, 2025 |
| DHS-AR-000627 | DHS-AR-000650 | USCIS, DHS, SAVE MOA, Florida, Broward County Supervisor of Elections, June 18, 2025 |
| DHS-AR-000651 | DHS-AR-000662 | USCIS, DHS, SAVE MOA, Florida, Calhoun County Supervisor of Elections, June 10, 2025 |
| DHS-AR-000663 | DHS-AR-000674 | USCIS, DHS, SAVE MOA, Florida, Charlotte County Supervisor of Elections, June 17, 2025 |
| DHS-AR-000675 | DHS-AR-000686 | USCIS, DHS, SAVE MOA, Florida, Citrus County Supervisor of Elections, June 2, 2025 |
| DHS-AR-000687 | DHS-AR-000698 | USCIS, DHS, SAVE MOA, Florida, Clay County Supervisor of Elections, June 3, 2025 |
| DHS-AR-000699 | DHS-AR-000710 | USCIS, DHS, SAVE MOA, Florida, Collier County Supervisor of Elections, June 17, 2025 |
| DHS-AR-000711 | DHS-AR-000723 | USCIS, DHS, SAVE MOA, Florida, Department of State Division of Elections, August 14, 2012 |
| DHS-AR-000724 | DHS-AR-000735 | USCIS, DHS, SAVE MOA, Florida, Desoto County Supervisor of Elections, July 29, 2025 |
| DHS-AR-000736 | DHS-AR-000747 | USCIS, DHS, SAVE MOA, Florida, Duval County Supervisor of Elections, June 10, 2025 |
| DHS-AR-000748 | DHS-AR-000758 | USCIS, DHS, SAVE MOA, Florida, Escambia County Supervisor of Elections, July 9, 2025 |
| DHS-AR-000759 | DHS-AR-000769 | USCIS, DHS, SAVE MOA, Florida, Flagler County Supervisor of Elections, June 26, 2025 |
| DHS-AR-000770 | DHS-AR-000781 | USCIS, DHS, SAVE MOA, Florida, Gadsden County Supervisor of Elections, July 21, 2025 |
| DHS-AR-000782 | DHS-AR-000793 | USCIS, DHS, SAVE MOA, Florida, Gilchrist County Supervisor of Elections, June 27, 2025 |
| DHS-AR-000794 | DHS-AR-000805 | USCIS, DHS, SAVE MOA, Florida, Gulf County Supervisor of Elections, August 18, 2025 |
| DHS-AR-000806 | DHS-AR-000817 | USCIS, DHS, SAVE MOA, Florida, Hamilton County Supervisor of Elections, June 23, 2025 |
| DHS-AR-000818 | DHS-AR-000829 | USCIS, DHS, SAVE MOA, Florida, Hernando County Supervisor of Elections, June 3, 2025 |
| DHS-AR-000830 | DHS-AR-000841 | USCIS, DHS, SAVE MOA, Florida, Hillsborough County Supervisor of Elections, June 6, 2025 |
| DHS-AR-000842 | DHS-AR-000853 | USCIS, DHS, SAVE MOA, Florida, Indian River County Supervisor of Elections, June 2, 2025 |
| DHS-AR-000854 | DHS-AR-000865 | USCIS, DHS, SAVE MOA, Florida, Jackson County Supervisor of Elections, July 24, 2025 |
| DHS-AR-000866 | DHS-AR-000877 | USCIS, DHS, SAVE MOA, Florida, Lee County Supervisor of Elections, July 17, 2025 |
| DHS-AR-000878 | DHS-AR-000889 | USCIS, DHS, SAVE MOA, Florida, Leon County Supervisor of Elections, October 21, 2025 |

| | | |
|---|---|---|
| DHS-AR-000890 | DHS-AR-000901 | USCIS, DHS, SAVE MOA, Florida, Marion County Supervisor of Elections, June 27, 2025 |
| DHS-AR-000902 | DHS-AR-000913 | USCIS, DHS, SAVE MOA, Florida, Martin County Supervisor of Elections, June 18, 2025 |
| DHS-AR-000914 | DHS-AR-000925 | USCIS, DHS, SAVE MOA, Florida, Miami-Dade County Supervisor of Elections, August 29, 2025 |
| DHS-AR-000926 | DHS-AR-000938 | USCIS, DHS, SAVE MOA, Florida, Monroe County Supervisor of Elections, July 1, 2025 |
| DHS-AR-000939 | DHS-AR-000950 | USCIS, DHS, SAVE MOA, Florida, Nassau County Secretary of State, June 10, 2025 |
| DHS-AR-000951 | DHS-AR-000963 | USCIS, DHS, SAVE MOA, Florida, Okaloosa County Supervisor of Elections, June 12, 2025 |
| DHS-AR-000964 | DHS-AR-000974 | USCIS, DHS, SAVE MOA, Florida, Osceola County Secretary of Elections, July 28, 2025 |
| DHS-AR-000975 | DHS-AR-000986 | USCIS, DHS, SAVE MOA, Florida, Palm Beach County Supervisor of Elections, July 8, 2025 |
| DHS-AR-000987 | DHS-AR-001007 | USCIS, DHS, SAVE MOA, Florida, PASCO County Secretary of Elections, July 14, 2025 |
| DHS-AR-001008 | DHS-AR-001019 | USCIS, DHS, SAVE MOA, Florida, Pinellas County Supervisor of Elections, June 18, 2025 |
| DHS-AR-001020 | DHS-AR-001031 | USCIS, DHS, SAVE MOA, Florida, Polk County Secretary of Elections, September 22, 2025 |
| DHS-AR-001032 | DHS-AR-001042 | USCIS, DHS, SAVE MOA, Florida, Putnam County Supervisor of Elections, July 21, 2025 |
| DHS-AR-001043 | DHS-AR-001053 | USCIS, DHS, SAVE MOA, Florida, Saint Johns County Supervisor of Elections, July 25, 2025 |
| DHS-AR-001054 | DHS-AR-001065 | USCIS, DHS, SAVE MOA, Florida, Sarasota County Supervisor of Elections, June 16, 2025 |
| DHS-AR-001066 | DHS-AR-001077 | USCIS, DHS, SAVE MOA, Florida, Seminole County Supervisor of Elections, July 22, 2025 |
| DHS-AR-001078 | DHS-AR-001088 | USCIS, DHS, SAVE MOA, Florida, St. Lucie County Supervisor of Elections, July 28, 2025 |
| DHS-AR-001089 | DHS-AR-001100 | USCIS, DHS, SAVE MOA, Florida, Sumter County Supervisor of Elections, June 10, 2025 |
| DHS-AR-001101 | DHS-AR-001113 | USCIS, DHS, SAVE MOA, Florida, Volusia County Supervisor of Elections, MOA, June 4, 2025 |
| DHS-AR-001114 | DHS-AR-001125 | USCIS, DHS, SAVE MOA, Florida, Wakulla County Supervisor of Elections, July 10, 2025 |
| DHS-AR-001126 | DHS-AR-001137 | USCIS, DHS, SAVE MOA, Florida, Walton County Supervisor of Elections, June 3, 2025 |
| DHS-AR-001138 | DHS-AR-001147 | USCIS, DHS, SAVE MOA, Georgia, Secretary of State, April 9, 2015 |
| DHS-AR-001148 | DHS-AR-001158 | USCIS, DHS, SAVE MOA, Idaho, Secretary of State, September 17, 2024 |
| DHS-AR-001159 | DHS-AR-001169 | USCIS, DHS, SAVE MOA, Indiana, Secretary of State, July 7, 2025 |

4

| DHS-AR-001170 | DHS-AR-001181 | USCIS, DHS, SAVE MOA, Iowa, Secretary of State, January 22, 2025 |
|---|---|---|
| DHS-AR-001182 | DHS-AR-001192 | USCIS, DHS, SAVE MOA, Kansas, Secretary of State, August 8, 2025 |
| DHS-AR-001193 | DHS-AR-001203 | USCIS, DHS, SAVE MOA, Louisiana, Secretary of State, May 15, 2025 |
| DHS-AR-001204 | DHS-AR-001214 | USCIS, DHS, SAVE MOA, Mississippi, Secretary of State, September 18, 2024 |
| DHS-AR-001215 | DHS-AR-001225 | USCIS, DHS, SAVE MOA, Missouri, Secretary of State, March 26, 2025 |
| DHS-AR-001226 | DHS-AR-001236 | USCIS, DHS, SAVE MOA, North Carolina, Board of Elections, January 8, 2025 |
| DHS-AR-001237 | DHS-AR-001247 | USCIS, DHS, SAVE MOA, North Dakota, Secretary of State, July 9, 2025 |
| DHS-AR-001248 | DHS-AR-001258 | USCIS, DHS, SAVE MOA, Ohio, Secretary of State, July 22, 2024 |
| DHS-AR-001259 | DHS-AR-001269 | USCIS, DHS, SAVE MOA, South Carolina, Election Commission, September 11, 2023 |
| DHS-AR-001270 | DHS-AR-001280 | USCIS, DHS, SAVE MOA, Tennessee, Secretary of State Division of Elections, July 3, 2024 |
| DHS-AR-001281 | DHS-AR-001291 | USCIS, DHS, SAVE MOA, Texas, Secretary of State, March 17, 2025 |
| DHS-AR-001292 | DHS-AR-001303 | USCIS, DHS, SAVE MOA, Utah, Utah County Government County Clerk's Office, October 14, 2025 |
| DHS-AR-001304 | DHS-AR-001317 | USCIS, DHS, SAVE MOA, Virginia, State Board of Elections, March 26, 2014 |
| DHS-AR-001318 | DHS-AR-001328 | USCIS, DHS, SAVE MOA, Wyoming, Secretary of State, July 2, 2025 |
| DHS-AR-001339 | DHS-AR-001340 | USCIS, DHS, SAVE Optimization New Option to Create Cases with the Last Four Digits of an SSN, November 03, 2025 |
| DHS-AR-001341 | DHS-AR-001342 | USCIS, DHS, SAVE Optimization New Option to Create Cases with the Last Four Digits of an SSN GovDelivery email, November 3, 2025 |
| DHS-AR-001343 | DHS-AR-001353 | USCIS, DHS, SAVE Oversight Case Creation MOA, September 22, 2025 |
| DHS-AR-001356 | DHS-AR-001369 | USCIS, DHS, SAVE Presentation - Overview for Election Integrity Network, June 11, 2025 |
| DHS-AR-001370 | DHS-AR-001384 | USCIS, DHS, SAVE Presentation - Overview for NASED Summer Conference, July 23, 2025 |
| DHS-AR-001385 | DHS-AR-001392 | USCIS, DHS, SAVE Presentation - SAVE Optimization for NASS Presentation, May 22, 2025 |
| DHS-AR-001393 | DHS-AR-001393 | USCIS, DHS, SAVE Records Fast Facts for Benefit Applicants, July, 2025 |

5

| DHS-AR-001394 | DHS-AR-001396 | USCIS, DHS, SAVE User Reference Guide Section 10.1, Bulk Upload File Management USCIS webpage, November 14, 2025 |
|---|---|---|
| DHS-AR-001397 | DHS-AR-001478 | USCIS, DHS, SAVE User Reference Guide, January 13, 2026 |
| DHS-AR-001479 | DHS-AR-001483 | USCIS, DHS, Social Security Administration, Data Exchange Request Form (SSA-157) for Voter Verification Service, 2025 |
| DHS-AR-001484 | DHS-AR-001523 | USCIS, DHS, Tutorial, Introduction to SAVE and the Verification Process for SAVE Users, July 17, 2025 |
| DHS-AR-001524 | DHS-AR-001527 | USCIS, DHS, Voter Registration and Voter List Maintenance Fact Sheet, August 27, 2025 |
| DHS-AR-001528 | DHS-AR-001531 | USCIS, DHS, Voter Registration and Voter List Maintenance Fact Sheet, August 27, 2025 |
| DHS-AR-001532 | DHS-AR-001535 | USCIS, DHS, Voter Verification Bulk Uploader How To Guide, May 2, 2025 |
| DHS-AR-001537 | DHS-AR-001537 | Public Comments, Privacy Act of 1974; System of Records, Docket No. USCIS-2025-0337, U.S. Citizenship & Immigration Servs. (2025), https://www.regulations.gov/docket/USCIS-2025-0337 |
| SSA-AR-0001 | SSA-AR-0005 | FORM SSA-157, Data Exchange Request Form (DXRF) Request for Information from SSA by DHS-USCIS |
| SSA-AR-0006 | SSA-AR-0029 | Letter Agreement Providing For Information Sharing Between The Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS) And The Social Security Administration (SSA) Regarding Citizenship |
| SSA-AR-0030 | SSA-AR-0049 | Department of the Treasury, Agreement Between Federal Program Agencies for Intragovernmental Reimbursable Activities, SSA-DHS-USCIS |
| SSA-AR-0050 | SSA-AR-0066 | DHS, Interconnection Security Agreement Addendum between the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services and the Social Security Administration (SSA) via the Homeland Security Enterprise Network (HSEN), Verification System (VIS), Systematic Alien Verification for Entitlements (SAVE) and Enterprise Data Exchange Network (EDEN) Social Security (SSN) Verification Version 1.9 |
| SSA-AR-0089 | SSA-AR-0108 | Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity |

6

| SSA-AR-0109 | SSA-AR-0109 | Letter to Rep. James Comer, Chair of House of Representatives Committee on Oversight and Government Reform |
|---|---|---|
| SSA-AR-0110 | SSA-AR-0110 | Letter to Sen. Rand Paul, Chair of Senate Committee of Homeland Security and Governmental Affairs |
| SSA-AR-0111 | SSA-AR-0111 | Letter to Jeffrey B. Clark, Acting Administrator, Office of Information and Regulatory Affairs, Office of Management and Budget |
| SSA-AR-0112 | SSA-AR-0131 | SORN 60-0058, https://www.ssa.gov/privacy/sorn.html (enclosure to Aug. 15, 2025, Letters to Sen. Rand Paul and Rep. James Comer) |
| SSA-AR-0132 | SSA-AR-0146 | SORN 60-0058 - Narrative Statement (enclosure to Aug. 15, 2025 Letters to Sen. Rand Paul and Rep. James Comer) |
| SSA-AR-0147 | SSA-AR-0147 | Email re: Admin Support 8628 - Proof of Mailing |
| SSA-AR-0148 | SSA-AR-0148 | Email re: Admin Support 8629 - Proof of Mailing |
| SSA-AR-0149 | SSA-AR-0163 | SSA, Narrative Statement, Modified System of Record (SORN 60-0058), as sent to Office of Management and Budget |
| SSA-AR-0164 | SSA-AR-0164 | Email request for Federal Register Publication |
| SSA-AR-0165 | SSA-AR-0184 | Attachment to Email Request - SORN 60-0058 - signed |
| SSA-AR-0185 | SSA-AR-0204 | Attachment to Email Request - SORN 60-0058 - unsigned |
| SSA-AR-0205 | SSA-AR-0211 | Social Security Administration, *Privacy Act of 1974*; *System of Records*, 90 Fed. Reg. 50,879 (Nov. 12, 2025) (SORN Publication) |
| SSA-AR-0212 | SSA-AR-0212 | Public Comments re: SORN Publication, publicly available at https://www.regulations.gov/search?filter=ssa-2025-0225 |
| SSA-AR-0213 | SSA-AR-0363 | Non-Public Comments re: SORN Publication |