

February 27, 2025

The Honorable Kristi Noem
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

**RECEIVED**
**By ESEC at 12:05 pm, Mar 04, 2025**

Re: SAVE

Dear Secretary Noem,

Congratulations on your recent appointment and confirmation as the Secretary of the Department of Homeland Security. DHS's mission of protecting our national security, beginning with a secure border, is critically important to America's future. We look forward to your dedicated leadership and appreciate your strong commitment to our great nation.

As you embark on this important task, we respectfully ask you to focus on another issue that is critical to our future - elections. Tasking the United States Citizenship and Immigration Services, a component of the DHS, with prioritizing needed improvements to the Systematic Alien Verification for Entitlements (SAVE) program would help us better detect noncitizens attempting to register and/or vote in our elections. As President Trump has explicitly conveyed, ensuring noncitizens do not vote in our elections is crucial to protecting the integrity of elections in our respective states; however, to vigorously and successfully assume this charge, improvements addressing current limitations within the program are vital.

DHS-AR-000001

February 27, 2025
Page 2 of 4

In an effort to provide clarity, we have accumulated some specific enhancements which would address the current challenges including, but not limited to, data limitations (accessibility and accuracy) and financial shortcomings. Suggested improvements:

## I. The ability to search multiple voters at once

States must currently enter each person individually for review in the SAVE system to verify citizenship status. This causes significant delays and overly burdensome staff time while attempting to identify the citizenship status of potential voters. By allowing multiple individuals to be searched at once, states can more efficiently identify non-citizens who are registering or attempting to register to vote.[1]

## II. Increase the quantity of identifying information users may utilize to identify individuals

Users must now have unique identifiers such as Alien Identification Numbers, naturalization numbers, or other similar DHS numbers to ascertain the citizenship status of individuals, yet these numbers do not generally come through the offices of election officials while conducting regular business. Alternatively, during the voter registration process, election officials come into possession of numerous unique identifiers such as date of birth, social security number, and driver's license number. When coupled with the names of individuals, allowing these types of unique identifiers which election officials already possess would allow election officials to more readily identify non-citizens attempting to register to vote.

## III. Allowing states to use the SAVE at no cost

SAVE requires both a user fee and a recently increased fee per search. Considering election officials are utilizing this system to ensure noncitizens are not actively voting in state and federal elections, there should be no cost to election officials using federal resources to protect the integrity of said elections.

## IV. Provide clear guidance on how and when state election officials may use the SAVE system

Some courts have restricted states from implementing usage of the SAVE system based on conflicting guidance on implementation. Clearly defining the usage parameters and implementation requirements of the system would allow more states to actively protect the integrity of elections without unnecessary interference.

---

[1] Alternatively, the DHS's United State Citizenship and Immigration Services could facilitate an efficient batch processing method to compare its system data to state-level data, at an agreed upon frequency.

DHS-AR-000002

February 27, 2025
Page 3 of 4

**V. Notify states of applicants for naturalization**

It would be helpful to know those who mark "Yes" on the USCIS Form N-400, Part 9, Question 2: "Have you EVER registered to vote or voted in any Federal, state, or local election in the United States?"

Through the implementation of these enhancements, state officials may better serve the entire country, not just their respective constituents. Disallowing interference from noncitizens in the elections process is a fundamental role we must not only assume, but champion. We are hopeful, through your support, significant advancements will be made to further protect the integrity of our state and federal elections.

Thank you for your time and attention to this matter. We look forward to working with you to integrate these advancements on behalf of all American citizens. We would be more than happy to meet with you, when convenient, to further discuss.

Sincerely,

Wes Allen
Alabama Secretary of State

Christi Jacobsen
Montana Secretary of State

Cole Jester
Arkansas Secretary of State

Robert Evnen
Nebraska Secretary of State

Brad Raffensperger
Georgia Secretary of State

David Scanlan
New Hampshire Secretary of State

Phil McGrane
Idaho Secretary of State

Frank LaRose
Ohio Secretary of State

February 27, 2025
Page 4 of 4



Diego Morales
Indiana Secretary of State

Josh Cockroft
Oklahoma Secretary of State



Paul Pate
Iowa Secretary of State

Monae L. Johnson
South Dakota Secretary of State



Scott Schwab
Kansas Secretary of State

Tre Hargett
Tennessee Secretary of State



Michael G. Adams
Kentucky Secretary of State

Deidre Henderson
Utah Lieutenant Governor

Nancy Landry
Louisiana Secretary of State

Kris Warner
West Virginia Secretary of State

Michael Watson
Mississippi Secretary of State

Chuck Gray
Wyoming Secretary of State

Denny Hoskins
Missouri Secretary of State

DHS-AR-000004

ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

# WES ALLEN

## SECRETARY OF STATE

April 11, 2024

Tammy M. Meckley
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
5900 Capital Gateway Drive
Camp Springs, MD 20588

███████████████████████

**VIA U.S.P.S. CERTIFIED MAIL AND ELECTRONIC EMAIL TRANSMISSION**

Dear Ms. Meckley:

I am in receipt of your December 19, 2023, letter denying the Office of the Alabama Secretary of State's official request for access to the listing of legal non-citizens on file with the USCIS branch of the U.S. Department of Homeland Security. Instead, you offered the Systematic Alien Verification Entitlements (SAVE) program as a solution.

My request to USCIS was made in an effort to simply obtain an accurate listing of legal non-citizens so that the State of Alabama might efficiently cross-check that data against our statewide voter file data. Matches following the cross-check could then be provided to Alabama's 67 counties for the local Boards of Registrars to appropriately determine whether to deny, register, or remove prospective or registered legal non-citizens from the statewide voter file on a case-by-case basis. Access to SAVE will not provide Alabama with any meaningful or efficient cross-check capability and is not otherwise a sufficient tool for statewide voter registration and voter file maintenance.

First, a SAVE user must input an individual applicant's name, date of birth, and current immigration enumerator to access any corresponding SAVE verification data. Without access to all of those metrics, specifically the immigration enumerator, which is an identifier most commonly issued by your agency, SAVE is useless for verifying citizenship status even on a case-by-case basis. Voter registrants do not provide that information upon applying and election officials do not have access to the documents that SAVE references to independently obtain it.

Moreover, information distributed by USCIS states that "SAVE's ability to verify citizenship is limited to naturalized and derived citizens." Thus, the program's inability to definitively indicate legal non-citizen status renders it practically useless, assuming the State of Alabama could even use SAVE for voter file maintenance as suggested.

In my recent testimony before the United States Senate Committee on Rules and Administration, I explained to the Committee, and to the nation, the importance of having the ability to verify U.S.

DHS-AR-000005

citizenship in the context of election integrity. Given the current crisis at our Southern border, it is imperative now more than ever that my Office, and my fellow Secretaries of State across the nation, be granted access to this same data as we work hard to ensure free and fair elections.

Accordingly, I reiterate my official request for the USCIS branch of the U.S. Department of Homeland Security to provide a current listing, in a tab-delimited format, of legal non-citizens on file with your office by their full name, date of birth, and the applicable immigration enumerator, i.e., alien registration number, that your office assigns. If USCIS requires a formal agreement to share the requested information, we would be willing to work towards executing a mutually acceptable Memorandum of Agreement that would require data protection and otherwise address any concerns that USCIS may have about working with the State of Alabama as requested.

Please reach out to my Chief of Staff, Clay Helms, with further questions at ███████████ or
███████████████

Sincerely,

Wes Allen
Secretary of State

CC:
Felicia Carrillo, Chief of Staff, Office of the USCIS Director
Steve Dove, Chief, Office of the USCIS Executive Secretariat
Justin Vail, Special Assistant to the President for Democracy and Civic Participation
Senator Katie Britt, United States Senate
Senator Tommy Tuberville, United States Senate
Representative Jerry Carl, United States House of Representatives AL-1
Representative Barry Moore, United States House of Representatives AL-2
Representative Mike Rogers, United States House of Representatives AL-3
Representative Robert Aderholt, United States House of Representatives AL-4
Representative Dale Strong, United States House of Representatives AL-5
Representative Gary Palmer, United States House of Representatives AL-6
Representative Terri Sewell, United States House of Representatives AL-7

DHS-AR-000006

SENSITIVE BUT UNCLASSIFIED

**APPENDIX A**



SENSITIVE BUT UNCLASSIFIED
Version March 2025

DHS-AR-000039

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000040

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000041

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000042

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000043

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000044

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000045

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000046

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000047

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000048

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000049

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000050

SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED
Version March 2025
13

DHS-AR-000051

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000052

SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED
Version March 2025

DHS-AR-000053

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000054

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000055

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000056

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000057

SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED
Version March 2025

DHS-AR-000058

SENSITIVE BUT UNCLASSIFIED

DHS-AR-000059

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000060

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000061

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000062

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000063

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000064

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000065

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000066

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000067

SENSITIVE BUT UNCLASSIFIED



DHS-AR-000068

Privacy Office
**U.S. Department of Homeland Security**
Washington, DC 20528



October 21, 2025

Administrator, Office of Information and Regulatory Affairs
Office of Management and Budget
ATTN:  Docket Library, NEOB Room 10012
Washington, D.C., 20503

To Whom It May Concern:

Pursuant to 5 U.S.C. § 552a(r), the Department of Homeland Security (DHS) is required to provide advanced notice of any proposed or significantly modified system of records notice. In accordance with this requirement, DHS is providing notice of a proposed Privacy Act System of Records Notice (SORN), for an updated system of records within the Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS). This Privacy Act System of Records is for the Systematic Alien Verification for Entitlements Program (SAVE). The enclosed document(s) have not been cleared for public release and are considered "For Official Use Only."

We respectfully request the expedited review of this proposed amended Privacy Act SORN. DHS plans to publish this updated SORN under an exception to the Antideficiency Act, as amended by Public Law No. 101-508, 104 Stat. 1388 (31 U.S.C. 1341) and explained by the Office of Legal Counsel Memorandums "Government Operations in the Event of a Lapse in Appropriations" dated August 16, 1995 and "Effect of Appropriations for Other Agencies and Branches on the Authority to Continue Department of Justice Functions During the Lapse in the Department's Appropriations" dated December 13, 1995. This updated SORN supports USCIS' currently funded functions. Specifically, this action proposes, among other things, to update the purpose of SAVE to include the addition of expanded search functionality for registered SAVE user agencies to verify the U.S. citizenship of U.S. citizens by birth and to clarify use of SAVE for voter verification.

In accordance with Executive Order 14248, Preserving and Protecting the Integrity of American Elections, the Department of Homeland Security (DHS) is to, consistent with applicable law, "ensure that State and local officials have, without the requirement of the payment of a fee, access to appropriate systems for verifying the citizenship or immigration status of individuals registering to vote or who are already registered and make available information from relevant databases to State and local election officials engaged in verifying the citizenship of individuals registering to vote or who are already registered…" This Executive order indicates priority actions by other federal agencies that may require use of records maintained in this System of Records. For example, "the Attorney General shall prioritize enforcement of 18 U.S.C. 611 and 1015(f) and similar laws that restrict non-citizens from registering to vote or voting, including through use of (i) databases or information maintained by the DHS[…]" So as not to hinder federal, state, or local governments from compliance with Executive Order 14248, DHS must immediately publish this proposed Privacy Act SORN that allows for State and local government to submit available information about individuals to verify their U.S. citizenship and immigration status. Also, DHS must implement

DHS-AR-000084

additional routine uses in order not to restrict the flow of data to federal, state, and local government partners. Delay in publication of the new routine uses will continue to push out the 30-day notification requirements of the Privacy Act. Additionally, DHS is a party to several lawsuits that require the publication of this proposed amended System of Records Notice to ensure natural born U.S. citizens are informed of DHS's collection and use of their information.

Delay in publication of this proposed amended SORN may exacerbate DHS's ability to support reducing benefit fraud and prevent effective national security measures to identify potential interference with the U.S. election process from being implemented. Also, prolonged delays in publication of this SORN could hamper the DHS's ability to support the President of the United States' immigration agenda and increase costly legal exposure for non-compliance with the Privacy Act.

In short, expediting the publication of this document would prevent or significantly limit the damage to the execution of USCIS functions because publication would support the agency's use of new sources of information to help improve the accuracy of information used and relied upon many agencies seeking immigration and citizenship status for many purposes, including potentially upcoming elections, as well as help the Department resolve and negotiate with complainants for cases filed in Federal Court that are not currently stayed in spite of the government shutdown.

This system does not duplicate any existing agency or government-wide systems of records. The proposed system of records complies with the Privacy Act and currently published Office of Management and Budget policies.

Sincerely,

ROMAN JANKOWSKI
Digitally signed by ROMAN JANKOWSKI
Date: 2025.10.21 12:06:12 -04'00'

Roman Jankowski
Chief Privacy Officer
Department of Homeland Security

Enclosures

below or sign up at the registration desk on the day of the meeting. The names and affiliations, if any, of individuals who address the Committee are included in the public record of the meeting. Please note that the public comment period may end before the time indicated, following the last call for comments. Written comments and requests to have a copy of your materials distributed to each member of the Committee prior to the meeting should be sent to Martha K. Landesberg, Executive Director, DHS Data Privacy and Integrity Advisory Committee, by September 30, 2011. Persons who wish to submit comments and who are not able to attend or speak at the meeting may submit comments at any time. All submissions must include the Docket Number (DHS–2011–0076) and may be submitted by any *one* of the following methods:

• *Federal eRulemaking Portal: http://www.regulations.gov.* Follow the instructions for submitting comments.

• *E-mail: PrivacyCommittee@dhs.gov.* Include the Docket Number (DHS–2011–0076) in the subject line of the message.

• *Fax:* (703) 483–2999.

• *Mail:* Martha K. Landesberg, Executive Director, Data Privacy and Integrity Advisory Committee, Department of Homeland Security, Washington, DC 20528.

*Instructions:* All submissions must include the words "Department of Homeland Security Data Privacy and Integrity Advisory Committee" and the Docket Number (DHS–2011–0076). Comments received will be posted without alteration at *http://www.regulations.gov,* including any personal information provided.

If you wish to attend the meeting, please plan to arrive at the Navy League Building by 12:45 p.m. The DHS Privacy Office encourages you to register for the meeting in advance by contacting Martha K. Landesberg, Executive Director, DHS Data Privacy and Integrity Advisory Committee, at *PrivacyCommittee@dhs.gov.* Advance registration is voluntary. The Privacy Act Statement below explains how DHS uses the registration information you may provide and how you may access or correct information retained by DHS, if any.

*Docket:* For access to the docket to read background documents or comments received by the DHS Data Privacy and Integrity Advisory Committee, go to *http://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** Martha K. Landesberg, Executive

Director, DHS Data Privacy and Integrity Advisory Committee, Department of Homeland Security, Washington, DC 20528, by telephone (703) 235–0780, by fax (703) 235–0442, or by e-mail to *PrivacyCommittee@dhs.gov.*

**SUPPLEMENTARY INFORMATION:** Notice of this meeting is given under the Federal Advisory Committee Act (FACA), 5 U.S.C. App. 2 The DHS Data Privacy and Integrity Advisory Committee provides advice at the request of the Secretary of Homeland Security and the DHS Chief Privacy Officer on programmatic, policy, operational, administrative, and technological issues within the DHS that relate to personally identifiable information, as well as data integrity and other privacy-related matters. The committee was established by the Secretary of Homeland Security under the authority of 6 U.S.C. 451.

## Agenda

During the meeting, the Chief Privacy Officer will provide the Committee an update on the activities of the DHS Privacy Office. The Committee will also receive updates on DHS FOIA operations by the Deputy Chief FOIA Officer and on Advanced Imaging Technology by the Transportation Security Administration's Privacy Officer. In addition, the Subcommittees will report on their work in support of the Committee's planned guidance on privacy protections for information sharing within DHS. The agenda will be posted in advance of the meeting on the Committee's Web site at *http://www.dhs.gov/privacy.* Please note that the meeting may end early if all business is completed.

## Privacy Act Statement: DHS's Use of Your Information

**Authority:** DHS requests that you voluntarily submit this information under its following authorities: the Federal Records Act, 44 U.S.C. 3101; the FACA, 5 U.S.C. App. 2; and the Privacy Act of 1974, 5 U.S.C. 552a.

*Principal Purposes:* When you register to attend a DHS Data Privacy and Integrity Advisory Committee meeting, DHS collects your name, contact information, and the organization you represent, if any. We use this information to contact you for purposes related to the meeting, such as to confirm your registration, to advise you of any changes in the meeting, or to assure that we have sufficient materials to distribute to all attendees. We may also use the information you provide for public record purposes such as posting publicly available transcripts and meeting minutes.

*Routine Uses and Sharing:* In general, DHS will not use the information you provide for any purpose other than the Principal Purposes, and will not share this information within or outside the agency. In certain circumstances, DHS may share this information on a case-by-case basis as required by law or as necessary for a specific purpose, as described in the DHS/ALL–002 Mailing and Other Lists System of Records Notice (November 25, 2008, 73 FR 71659).

*Effects of Not Providing Information:* You may choose not to provide the requested information or to provide only some of the information DHS requests. If you choose not to provide some or all of the requested information, DHS may not be able to contact you for purposes related to the meeting.

*Accessing and Correcting Information:* If you are unable to access or correct this information by using the method that you originally used to submit it, you may direct your request in writing to the DHS Deputy Chief FOIA Officer at *foia@dhs.gov.* Additional instructions are available at *http://www.dhs.gov/foia* and in the DHS/ALL–002 Mailing and Other Lists System of Records referenced above.

Dated: September 9, 2011.

**Mary Ellen Callahan,**
*Chief Privacy Officer, Department of Homeland Security.*

[FR Doc. 2011–24223 Filed 9–20–11; 8:45 am]

**BILLING CODE 9110–9L–P**

---

## DEPARTMENT OF HOMELAND SECURITY

### Office of the Secretary

[Docket No. DHS–2011–0071]

### Privacy Act of 1974; Department of Homeland Security, U.S. Citizenship and Immigration Services—004 Systematic Alien Verification for Entitlements Program System of Records

**AGENCY:** Privacy Office, DHS.

**ACTION:** Notice of revision and republication of Privacy Act System of Records.

**SUMMARY:** In accordance with the Privacy Act of 1974, the Department of Homeland Security proposes to revise an existing Department of Homeland Security system of records notice titled "DHS/USCIS–004 Verification Information System" system of records and republish it as "DHS/USCIS–004 Systematic Alien Verification for Entitlements Program" system of records. Previously, the Department of

Homeland Security published a single system of records notice for both the E-Verify and Systematic Alien Verification for Entitlements Programs as part of the underlying technology, the Verification Information System on December 11, 2008. On May 11, 2010 the Department of Homeland Security published the Department of Homeland Security/United States Citizenship and Immigration Services—011 E-Verify Program system of records. The Department of Homeland Security now proposes to revise and republish the Department of Homeland Security/United States Citizenship and Immigration Services—004 Verification Information System system of records as the Department of Homeland Security/United States Citizenship and Immigration Services—004 Systematic Alien Verification for Entitlements Program system of records. The United States Citizenship and Immigration Services Verification Division administers the Systematic Alien Verification for Entitlements Program. The Systematic Alien Verification for Entitlements Program is a fee-based intergovernmental initiative designed to help Federal, state, tribal, and local government agencies check immigration status when granting benefits, licenses, and other lawful purposes. On the publication of this SORN, the Verification Information System system of records notice will no longer be applicable. This newly established system will be included in the Department of Homeland Security's inventory of record systems.

**DATES:** Submit comments on or before October 21, 2011. This new system will be effective October 21, 2011.

**ADDRESSES:** You may submit comments, identified by docket number DHS–2011–0071 by one of the following methods:

• *Federal e-Rulemaking Portal: http://www.regulations.gov.* Follow the instructions for submitting comments.

• *Fax:* 703–483–2999.

• *Mail:* Mary Ellen Callahan, Chief Privacy Officer, Privacy Office, Department of Homeland Security, Washington, DC 20528.

• *Instructions:* All submissions received must include Department of Homeland Security as the agency name and docket number for this rulemaking. All comments received will be posted without change to *http://www.regulations.gov,* including any personal information provided by the submitter.

• *Docket:* For access to the docket to read background documents or comments received go to *http://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** For general questions please contact: Janice Jackson, Acting Privacy Branch, Chief, Verification Division, U.S. Citizenship and Immigration Services, Department of Homeland Security, 131 M Street NE., Suite 200, MS 2600, Washington, DC 20529. For privacy issues please contact: Mary Ellen Callahan (703–235–0780), Chief Privacy Officer, Privacy Office, U.S. Department of Homeland Security, Washington, DC 20528.

**SUPPLEMENTARY INFORMATION:**

## I. Background

Congress mandated that the Immigration and Naturalization Service, as a precursor to the Department of Homeland Security (DHS) United States Citizenship and Immigration Services (USCIS), establish a system to verify the immigration status of individuals seeking government benefits. Authority for having a system for verification of citizenship and immigration status of individuals seeking government benefits can be found in the Immigration Reform and Control Act of 1986 (IRCA), Public Law (Pub. L.) 99–603; the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), Public Law 104–193, 110 Stat. 2168; Title IV, Subtitle A, of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), Public Law 104–208, 110 Stat. 3009; and the Real ID Act of 2005, Public Law 109–13. Based on these authorities and in accordance with the Privacy Act of 1974, 5 U.S.C. 552a, DHS USCIS proposes to establish a new DHS system of records titled ''DHS/USCIS–004 Systematic Alien Verification for Entitlements Program System of Records.''

USCIS Verification Division administers the Systematic Alien Verification for Entitlements (SAVE) Program, a fee-based intergovernmental initiative designed to help Federal, state, tribal, and local government agencies check immigration status when granting benefits, licenses, and other lawful purposes. SAVE is supported by and uses information derived from individuals, partner agencies, the Verification Information System (VIS) and other DHS, Department of State, and Department of Justice systems.

The REAL ID Act of 2005, Public Law 109–13, 119 Stat. 231, 302 (2005) (codified at 49 U.S.C. 30301 note) requires all state Departments of Motor Vehicles (DMV) to utilize the USCIS SAVE program to verify the legal immigration status of applicants for driver's licenses, driver's permits, and state-issued identification cards. Congress delayed the initial implementation date from May 2008 until December 2009. DMVs access SAVE through the American Association of Motor Vehicle Administrators Network (AAMVAnet) or via Internet access using Web 3 or Web Services, which is a support service that allows SAVE customer agencies to access VIS information through a software interface.

Previously, USCIS documented the SAVE and E-Verify Programs in the VIS Privacy Impact Assessment (PIA) and System of Records Notice (SORN). VIS was and continues to be the underlying technology of both systems. In order to assist the public in better understanding the two programs, USCIS has issued a separate E-Verify SORN and, with this publication, is updating the original VIS SORN with this updated SORN. SAVE is described in previous SORNs, most recently in the VIS SORN (73 FR 75445, December 11, 2008).

*SAVE Usage Overview*

The SAVE Program was originally limited to immigration status verification for eligibility determinations of any public benefit, license, or credential—the benefit or ''entitlement'' referred to in the name of the program. However, over time the scope of SAVE has grown to include the implementation of Section 642(c) of IIRIRA, which obligates USCIS to respond to inquiries ''by a federal, state, or local government agency seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law.'' This expansion was highlighted in previous versions of the SAVE Privacy Impact Assessment (PIA).

Accordingly, to the extent that a Federal, state, or local government entity has the legal authority to verify immigration status, SAVE, as an access method to USCIS systems, is authorized to respond to the request. Specifically, in addition to verifications for purposes of granting government benefits, this includes verification for purposes of background investigations for individuals, and cohabitants of the individuals undergoing background investigations.

Government agencies input biographic information into SAVE for status determinations. If SAVE has a record pertaining to the individual, the government agency automatically receives limited biographic information on the citizenship and immigration status of the individual. If SAVE does

DHS-AR-000094

not have a record pertaining to the individual, SAVE prompts the customer agency asking if they would like a manual second step verification, with possible escalation to a manual third step verification, Form G–845, if appropriate. Although SAVE may receive a Social Security Number (SSN) from its supporting VIS systems or customer agencies as part of a status determination, it does not specifically request or return SSNs in its responses.

The primary use of the SAVE information is to provide immigration status information for any legally mandated purpose to Federal, state, and local government customer agencies. The majority of customer agencies use SAVE to determine if applicants are entitled to receive the public benefits, licenses, or credentials that they administer. For example, based on IRCA, customer agencies use SAVE when providing benefits such as education and housing assistance, unemployment benefits, and Medicaid or other state health insurance benefits. PRWORA, through its definition of public benefits, allows customer agencies to use SAVE to determine the immigration status for purposes such as granting licensing and loans. (IIRIRA) provides for customer agencies to use SAVE for any legal purpose, such as credentials, background investigations, and voter registration. In addition, the Real ID Act of 2005 requires that all states utilize SAVE to verify the immigration status of individuals claiming to be non-U.S. citizens for driver's licenses, driver's permits, and identification cards.

Information in SAVE will only be used for SAVE verifications and other purposes incidental to the SAVE process, such as customer agency registration and relationship management, user accountability, program quality management, and monitoring and compliance activities.

In accordance with the Privacy Act of 1974, DHS proposes to establish a new DHS system of records notice titled "DHS/USCIS–004—Systematic Alien Verification for Entitlements Program" system of records. The USCIS Verification Division administers the SAVE Program. SAVE is an intergovernmental initiative designed to assist benefit-granting Federal, state, and local agencies determine if non-U.S. citizen applicants are entitled to receive the public benefits, licenses, or credentials that they administer. Previously, DHS published a single system of records notice for the E-Verify and SAVE Programs as part of the underlying technology, VIS (73 FR 75445, December 11, 2008). DHS is now

publishing separate system of records notices for E-Verify and SAVE in order to assist the public in better understanding these programs. This newly established system of records will be included in DHS's inventory of record systems.

With the publication of this SAVE SORN to accompany the E-Verify SORN (76 FR 26738, May 9, 2011), the VIS SORN will be retired.

**II. Privacy Act**

The Privacy Act embodies fair information practice principles in a statutory framework governing the means by which the U.S. Government collects, maintains, uses, and disseminates individuals' records. The Privacy Act applies to information that is maintained in a "system of records." A "system of records" is a group of any records under the control of an agency for which information is retrieved by the name of an individual or by some identifying number, symbol, or other identifying particular assigned to the individual. In the Privacy Act, an individual is defined to encompass U.S. citizens and lawful permanent residents. As a matter of policy, DHS extends administrative Privacy Act protections to all individuals where systems of records maintain information on U.S. citizens, lawful permanent residents, and visitors. Below is the description of the DHS/USCIS–004 Systematic Alien Verification for Entitlements Program System of Records.

In accordance with 5 U.S.C. 552a(r), DHS has provided a report of this system of records to the Office of Management and Budget and to Congress.

**System of Records:**
**DHS/USCIS–004**

**SYSTEM NAME:**

Department of Homeland Security U.S. Citizenship and Immigration Services—004 Systematic Alien Verification for Entitlements Program System of Records.

**SECURITY CLASSIFICATION:**

Unclassified, for official use only.

**SYSTEM LOCATION:**

Records are maintained at USCIS Headquarters in Washington, DC and field offices.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Categories of individuals covered by this system include both U.S. citizens and non-U.S. citizens covered by provisions of the Immigration and

Nationality Act of the United States, including individuals who have been lawfully admitted to the United States, individuals who have been granted or derived U.S. citizenship, and individuals who have applied for other immigration benefits pursuant to 8 United States Code (U.S.C.) 1103 *et seq.*

SAVE users are covered by the DHS/ALL–004—General Information Technology Access Account Records System SORN (74 FR 49882, last published September 29, 2009).

**CATEGORIES OF RECORDS IN THE SYSTEM:**

A. Information collected from the benefit applicant by the customer agency to facilitate immigration status verification may include the following about the benefit applicant: receipt number, Alien Number (A–Number), admission number (I–94 number), name (last, first, middle), date of birth, country of birth, customer agency case number, DHS document type, DHS document expiration date, Immigration and Custom Enforcement's (ICE) Student and Exchange Visitor Identification System (SEVIS) ID, foreign passport number, visa number, social security number (in very limited circumstances using the Form G–845, Document Verification Request), and type of benefit(s) for which the applicant has applied (*e.g.,* unemployment insurance, educational assistance, driver licensing, *etc.*).

B. System-generated responses as a result of the SAVE verification process including case verification number and SAVE response.

C. Any information on the individual may be verified through SAVE from the following Federal databases: Arrival/Departure Information System (ADIS), Central Index System (CIS), Computer-Linked Application Information Management System 3 & 4 (CLAIMS 3 & CLAIMS 4), Customer Profile Management System (CPMS), Student and Exchange Visitor Identification System (SEVIS), Customs and Border Protection's (CBP) Nonimmigrant Information System and Border Crossing Information (NIIS and BCI), Enforcement Integrated Database (EID), Enforcement Alien Removal Module (EARM), Enterprise Document Management System (EDMS), Marriage Fraud Amendment System (MFAS), Microfilm Digitization Application System (MiDAS), National File Tracking System (NFTS), Refugees, Asylum, and Parole System (RAPS), Reengineered Naturalization Applications Casework System (RNACS), Image Storage and Retrieval System (ISRS), and immigration status (*e.g.,* Lawful Permanent Resident) from the

DHS-AR-000095

Department of Justice Executive Office of Immigration Review (EOIR) System (EOIR) and the Department of State the Consular Consolidated Database (DOS–CCD).

The individual information that may be verified through SAVE includes: A–Number, name (last, first, middle), date of birth, date entered into the United States (entry date), country of birth, class of admission code, file control office code, SSN, I–94 number, provision of law code cited for employment authorization, alien's status change date, date admitted until, country of citizenship, port of entry, departure date, visa number, passport number, passport information, passport card number, document receipt number, form numbers (*e.g.,* Form I–551 Lawful Permanent Resident Card or Form I–766 Employment Authorization Document), SEVIS Identification Number (SEVIS ID), naturalization date, Federal Bureau of Investigation Number (FIN), beneficiary alien number, beneficiary date of birth, beneficiary country of birth, beneficiary SSN, beneficiary last name, beneficiary first name, beneficiary middle name, petitioner alien number, petitioner SSN, petitioner naturalization certificate number, petitioner first name, petitioner last name, petitioner firm name, and petitioner tax number. This information may also include spouse's name (last first, middle), date of birth, country of birth, country of citizenship, class of admission, date of admission, A-Number, receipt number, phone number, marriage date and place, and naturalization date and place; child's name(s) (last, first, middle), date of birth, country of birth, class of admission, A-Number; and employer information: Name, address, supervisor's name, and supervisor's phone number, case history, alerts, case summary comments, case category, date of encounter, encounter information, custody actions and decisions, case actions and decisions, bonds, and photograph, asylum applicant receipt date, airline and flight number, country of residence, city where boarded, city where visa was issued, date visa issued, address while in the United States, nationality, decision memoranda, investigatory reports and materials compiled for the purpose of enforcing immigration laws, exhibits, transcripts, and other case-related papers concerning aliens, alleged aliens, or lawful permanent residents brought into the administrative adjudication process.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

Authority for having a system for verification of immigration status is found in IRCA, Public Law 99–603, 100 Stat. 3359; PRWORA, Public Law 104–193, 110 Stat. 2105; Title IV, Subtitle A, of IIRIRA, Public Law 104–208, 110 Stat. 3009; and the REAL ID Act of 2005, Public Law 109–13, 119 Stat. 231.

**PURPOSE(S):**

The purpose of the SAVE Program is to provide a fee-based intergovernmental service, which assists Federal, state, Tribal, or local government agencies, or contractors acting on the agency's behalf and licensing bureaus confirm immigration status information, to the extent that such disclosure is necessary to enable these agencies to make decisions related to: (1) Determining of eligibility for a Federal, state, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; or (5) any other lawful purpose.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under 5 U.S.C. 552a(b) of the Privacy Act, all or a portion of the records or information contained in this system may be disclosed outside DHS as a routine use pursuant to 5 U.S.C. 552a(b)(3) as follows:

A. To the Department of Justice (DOJ), including U.S. Attorney Offices, or other Federal agencies conducting litigation or in proceedings before any court, adjudicative or administrative body, when it is necessary to the litigation and one of the following is a party to the litigation or has an interest in such litigation:

1. DHS or any component thereof;

2. Any employee of DHS in his/her official capacity;

3. Any employee of DHS in his/her individual capacity where DOJ or DHS has agreed to represent the employee; or

4. The U.S. or any agency thereof, is a party to the litigation or has an interest in such litigation, and DHS determines that the records are both relevant and necessary to the litigation and the use of such records is compatible with the purpose for which DHS collected the records.

B. To a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual to whom the record pertains.

C. To the National Archives and Records Administration (NARA) or other Federal government agencies pursuant to records management inspections being conducted under the authority of 44 U.S.C. 2904 and 2906.

D. To an agency, organization, or individual for the purpose of performing audit or oversight operations as authorized by law, but only such information as is necessary and relevant to such audit or oversight function.

E. To appropriate agencies, entities, and persons when:

1. DHS suspects or has confirmed that the security or confidentiality of information in the system of records has been compromised;

2. DHS has determined that as a result of the suspected or confirmed compromise there is a risk of harm to economic or property interests, identity theft or fraud, or harm to the security or integrity of this system or other systems or programs (whether maintained by DHS or another agency or entity) or harm to the individual that rely upon the compromised information; and

3. The disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with DHS's efforts to respond to the suspected or confirmed compromise and prevent, minimize, or remedy such harm.

F. To contractors and their agents, grantees, experts, consultants, and others performing or working on a contract, service, grant, cooperative agreement, or other assignment for DHS, when necessary to accomplish an agency function related to this system of records. Individuals provided information under this routine use are subject to the same Privacy Act requirements and limitations on disclosure as are applicable to DHS officers and employees.

G. To an appropriate Federal, state, Tribal, local, international, or foreign law enforcement agency or other appropriate authority charged with investigating or prosecuting a violation or enforcing or implementing a law, rule, regulation, or order, where a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure.

H. To approved Federal, state, and local government agencies for any legally mandated purpose in accordance with their authorizing statute or law and where an approved Memorandum of Agreement (MOA) or Computer Matching Agreement (CMA) is in place between DHS and the entity.

**DISCLOSURE TO CONSUMER REPORTING AGENCIES:**

None.

DHS-AR-000096

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door. The records are stored on magnetic disc, tape, digital media, and CD–ROM.

**RETRIEVABILITY:**

Records may be retrieved by name of applicant or other unique identifier to include: Verification number, A–Number, I–94 number, SSN, Passport number, Visa number, SEVIS ID, or by the submitting agency name.

**SAFEGUARDS:**

Records in this system are safeguarded in accordance with applicable rules and policies, including all applicable DHS automated systems security and access policies. Strict controls have been imposed to minimize the risk of compromising the information that is being stored. Access to the computer system containing the records in this system is limited to those individuals who have a need to know the information for the performance of their official duties and who have appropriate clearances or permissions.

**RETENTION AND DISPOSAL:**

The retention and disposal schedule, N1–566–08–7, has been approved by the National Archives and Records Administration. Records collected in the process of enrolling in SAVE and in verifying citizenship or immigration status are stored and retained in SAVE for ten (10) years from the date of the completion of verification, unless the records are part of an on-going investigation in which case they are retained until completion of the investigation. This period is based on the statute of limitations for most types of misuse or fraud possibly using SAVE (under 18 U.S.C. 3291, the statute of limitations for false statements or misuse regarding passports, citizenship, or naturalization documents).

**SYSTEM MANAGER AND ADDRESS:**

Chief, Verification Division, U.S. Citizenship and Immigration Services, 131 M Street NE., Suite 200, MS 2600, Washington, DC 20529.

**NOTIFICATION PROCEDURE:**

Individuals seeking notification of and access to any record contained in this system of records, or seeking to contest its content, may submit a request in writing to the USCIS's FOIA Officer whose contact information can be found at *http://www.dhs.gov/foia* under "contacts." If an individual believes more than one component maintains Privacy Act records concerning him or her the individual may submit the request to the Chief Privacy Officer and Chief Freedom of Information Act Officer, Department of Homeland Security, 245 Murray Drive, SW., STOP–0655, Washington, DC 20528.

When seeking records about yourself from this system of records or any other Departmental system of records your request must conform with the Privacy Act regulations set forth in 6 CFR part 5. You must first verify your identity, meaning that you must provide your full name, current address and date and place of birth. You must sign your request, and your signature must either be notarized or submitted under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury as a substitute for notarization. While no specific form is required, you may obtain forms for this purpose from the Chief Privacy Officer and Chief Freedom of Information Act Officer, *http://www.dhs.gov* or 1–866–431–0486. In addition you should provide the following:

• An explanation of why you believe the Department would have information on you;

• Identify which component(s) of the Department you believe may have the information about you;

• Specify when you believe the records would have been created;

• Provide any other information that will help the FOIA staff determine which DHS component agency may have responsive records; and

• If your request is seeking records pertaining to another living individual, you must include a statement from that individual certifying his/her agreement for you to access his/her records.

Without this bulleted information the component(s) may not be able to conduct an effective search, and your request may be denied due to lack of specificity or lack of compliance with applicable regulations.

**RECORD ACCESS PROCEDURES:**

See "Notification procedure" above.

**CONTESTING RECORD PROCEDURES:**

See "Notification procedure" above.

**RECORD SOURCE CATEGORIES:**

Records are obtained from several sources to include: (A) Agencies seeking to determine immigration status; (B) individuals seeking public licenses, benefits, or credentials; (C) information collected from the Federal databases listed in the Category of Records section above; and (D) information created by SAVE.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**

None.

Dated: August 26, 2011.

**Mary Ellen Callahan,**
*Chief Privacy Officer, Department of Homeland Security.*

[FR Doc. 2011–24221 Filed 9–20–11; 8:45 am]

**BILLING CODE 9111–97–P**

---

**DEPARTMENT OF HOMELAND SECURITY**

**Coast Guard**

**[USCG–2011–0869]**

**Information Collection Requests to Office of Management and Budget**

**AGENCY:** Coast Guard, DHS.

**ACTION:** Sixty-day notice requesting comments.

**SUMMARY:** In compliance with the Paperwork Reduction Act of 1995, the U.S. Coast Guard intends to submit Information Collection Requests (ICRs) to the Office of Management and Budget (OMB), Office of Information and Regulatory Affairs (OIRA), requesting approval of revisions to the following collections of information: 1625–0067, Claims under the Oil Pollution Act of 1990; and 1625–0068, State Access to the Oil Spill Liability Trust Fund for Removal costs under the Oil Pollution Act of 1990. Our ICRs describe the information we seek to collect from the public. Before submitting these ICRs to OIRA, the Coast Guard is inviting comments as described below.

**DATES:** Comments must reach the Coast Guard on or before November 21, 2011.

**ADDRESSES:** You may submit comments identified by Coast Guard docket number [USCG–2011–0869] to the Docket Management Facility (DMF) at the U.S. Department of Transportation (DOT). To avoid duplicate submissions, please use only one of the following means:

(1) *Online: http://www.regulations.gov.*

(2) *Mail:* DMF (M–30), DOT, West Building Ground Floor, Room W12–140, 1200 New Jersey Avenue, SE., Washington, DC 20590–0001.

(3) *Hand delivery:* Same as mail address above, between 9 a.m. and 5 p.m., Monday through Friday, except Federal holidays. The telephone number is 202–366–9329.

(4) *Fax:* 202–493–2251. To ensure your comments are received in a timely manner, mark the fax, to attention Desk Officer for the Coast Guard.

DHS-AR-000097

the Native American tribal cards as a WHTI-compliant document is conditional on compliance with the MOA and related agreements.

Acceptance and use of the WHTI-compliant Native American tribal cards is voluntary for tribe members. If an individual is denied a WHTI-compliant Native American tribal card, he or she may still apply for a passport or other WHTI-compliant document.

*Designation*

This notice announces that the Commissioner of CBP designates the Native American tribal card issued by the Colville Tribes in accordance with the MOA and all related agreements between the tribes and CBP as an acceptable WHTI-compliant document pursuant to section 7209 of the IRTPA and 8 CFR 235.1(e). In accordance with these provisions, the approved card, if valid and lawfully obtained, may be used to denote identity and U.S. or Canadian citizenship of Colville Tribes members for the purposes of entering the United States from contiguous territory or adjacent islands at land and sea ports of entry.

Dated: May 21, 2020.

**Mark A. Morgan,**
*Acting Commissioner, U.S. Customs and Border Protection.*
[FR Doc. 2020–11378 Filed 5–26–20; 8:45 am]
**BILLING CODE 9111–14–P**

---

**DEPARTMENT OF HOMELAND SECURITY**

**[Docket No. USCIS–2020–0014]**

**Privacy Act of 1974; System of Records**

**AGENCY:** Department of Homeland Security, U.S. Citizenship and Immigration Services.

**ACTION:** Notice of modified system of records.

---

**SUMMARY:** In accordance with the Privacy Act of 1974, the Department of Homeland Security (DHS) proposes to modify and reissue a current DHS system of records titled, ''DHS/U.S. Citizenship and Immigration Services

they meet the requirements of section 289 of the Immigration and Nationality Act (INA) [8 U.S.C. 1359]. INA § 289 provides that nothing in this title shall be construed to affect the right of American Indians born in Canada to pass the borders of the United States, but such right shall extend only to persons who possess at least 50 per centum of blood of the American Indian race. While the tribal card may be used to establish a card holder's identity for purposes of INA § 289, it cannot, by itself, serve as evidence of the card holder's Canadian birth or that he or she possesses at least 50% American Indian blood, as required by INA § 289.

(USCIS)–004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records.'' This system of records allows DHS/USCIS to collect and maintain records on applicants for public benefits, licenses, grants, governmental credentials, or other statutorily authorized purposes to operate the fee-based SAVE. SAVE allows users agencies to confirm immigration and naturalized and certain derived citizen status information, in order for the user agencies to make decisions related to: Determine eligibility for a Federal, state, tribal, or local public benefit; issue a license or grant; issue a government credential; conduct a background investigation; or for any other lawful purpose within the user agency's jurisdiction. DHS/USCIS is updating this system of records notice to include updates and modifications to the authority for maintenance of the system, the purpose of the system, categories of individuals, categories of records, record source categories, routine uses, and contesting records procedures to better reflect how USCIS operates SAVE and data sharing efforts. Additionally, this notice includes non-substantive changes to simplify the formatting and text of the previously published notice. This modified system will be included in DHS's inventory of record systems.

**DATES:** Submit comments on or before June 26, 2020. This modified system will be effective upon publication. New or modified routine uses will be effective June 26, 2020.

**ADDRESSES:** You may submit comments, identified by docket number USCIS–2020–0014 by one of the following methods:
• *Federal e-Rulemaking Portal: http:// www.regulations.gov.* Follow the instructions for submitting comments.
• *Fax:* 202–343–4010.
• *Mail:* Constantina Kozanas, Chief Privacy Officer, Privacy Office, Department of Homeland Security, Washington, DC 20528–0655.

*Instructions:* All submissions received must include the agency name and docket number USCIS–2020–0014. All comments received will be posted without change to *http:// www.regulations.gov,* including any personal information provided.

*Docket:* For access to the docket to read background documents or comments received, go to *http:// www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** For general questions, please contact: Donald K. Hawkins, (202) 272–8030, *USCIS.PrivacyCompliance@ uscis.dhs.gov,* Privacy Officer, U.S.

Citizenship and Immigration Services, 20 Massachusetts Avenue NW, Washington, DC 20529. For privacy questions, please contact: Constantina Kozanas, (202) 343–1717, *Privacy@ hq.dhs.gov,* Chief Privacy Officer, Privacy Office, Department of Homeland Security, Washington, DC 20528–0655.

**SUPPLEMENTARY INFORMATION:**

**I. Background**

In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS) proposes to modify and reissue a current DHS system of records titled, ''DHS/USCIS–004 Systematic Alien Verification for Entitlements Program System of Records.''

The Systematic Alien Verification for Entitlements (SAVE) Program is a fee-based service designed to assist Federal, state, tribal, and local government agencies, benefit-granting agencies, private entities, institutions, and licensing bureaus authorized by law in determining citizenship and immigration status for the purpose of granting benefits, licenses, and other lawful purposes. Uses of SAVE may include verification of citizenship and immigration status (for naturalized and certain derived citizens) when issuing Social Security benefits, public health care, Supplemental Nutrition Assistance Program (SNAP) benefits, Temporary Assistance for Needy Families (TANF), Medicaid, Children's Health Insurance Program (CHIP), conducting background investigations, armed forces recruitment, REAL ID compliance, or any other purpose authorized by law. SAVE provides citizenship and immigration status to the extent that such confirmation is necessary to enable Federal, state, tribal, or local government agencies to make decisions related to: (1) Determining eligibility for a Federal, state, tribal, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; or (5) any other lawful purpose. SAVE does not determine an applicant's eligibility for a specific benefit or license; only the benefit-granting agency can make that determination.

A typical SAVE verification involves a registered Federal, state, tribal, or local government benefit or license granting agency verifying the citizenship and immigration status of an immigrant or non-immigrant. The initial SAVE response is derived from information contained in a U.S. government-issued document, such as a Permanent Resident Card (often referred to as a Green Card) or Employment

Authorization Document. Before a SAVE user agency can submit a query, the user agency must collect certain information from the benefit or license applicant's immigration-related document. The verification process is document driven and requires the document's numeric identifier (*e.g.,* Alien Number (A-Number)). The document presented by the individual determines the verification process.

When a user agency submits a case, SAVE queries various DHS-accessed databases for matching records. These databases consist of case management systems used for adjudicating immigration benefits. If SAVE locates a record pertaining to the applicant in any of these DHS databases, SAVE displays that data. The data displayed by SAVE depends on the user agency's authority to use SAVE and the type of benefit provided by the user agency. If SAVE is unable to find a record pertaining to the applicant, it will request additional verification. The user agency may initiate the additional verification procedure, which entails in-depth research in available records by USCIS Status Verifiers Operations Branch to confirm the applicant's citizenship and immigration status.

DHS/USCIS is publishing this modified system of records notice to make several changes for transparency and to describe new initiatives.

Although SAVE provides citizenship and immigration status information to approved and configured user agencies, SAVE currently does not collect benefit determination information. Where SAVE provides immigrant sponsorship information to user agencies for sponsor deeming and agency reimbursement processes governed by Section 213A of the Immigration and Nationality Act (INA), 8 U.S.C. 1183a, and implementing regulations at 8 CFR part 213a, SAVE does not currently prompt a response from those agencies as to their use of that information in determining the benefit.

On May 23, 2019, President Trump issued a Presidential Memorandum (PM), *Memorandum on Enforcing the Legal Responsibilities of Sponsors of Aliens,* which placed a renewed focus on adequately enforcing reimbursement and deeming requirements. The PM details requirements related to data collection when determining eligibility for certain sponsored immigrants who seek Federal means-tested public benefits, and directs Federal agencies to take steps necessary to ensure compliance with requirements under the INA and other applicable Federal law. As such, SAVE is amending its processes so if sponsorship information

is provided to the benefit-granting agency, SAVE will request to receive the benefit-granting agency's final adjudication determination of the Federal means-tested public benefit. DHS/USCIS is collecting information regarding actions that agencies adjudicating Federal means-tested public benefits take to deem sponsor income as part of applicant income for purposes of Federal means-tested benefits eligibility [1] and to seek reimbursement from sponsors for the value of benefits provided to sponsored applicants. This information will provide the Federal Government with greater visibility into whether and how benefit-granting agencies use the sponsor and household member information that SAVE provides for the deeming and reimbursement processes.

With this information, DHS/USCIS plans to compile and make reports available to Federal means-tested public benefit agencies (*i.e.,* Social Security Administration, Department of Health and Human Services (HHS)—Centers for Medicare and Medicaid Services, HHS—Administration for Children and Families, and U.S. Department of Agriculture—Food and Nutrition Service) that perform oversight, monitoring, and compliance activities regarding Federal deeming and reimbursement rules. These reports will consist of general statistics in addition to case-specific information, so that Federal means-tested public benefit oversight and administrative agencies can see individual cases that did not complete sponsor deeming and/or those cases in which the benefit was not provided due to deeming. These reports will also be made available to the Department of Justice and the Department of Treasury, as necessary and authorized by law, and in coordination with the Federal means-tested public benefit agencies for reimbursement activity. DHS/USCIS will further provide access to relevant reports to approved adjudicating SAVE user agencies to assist them in managing their SAVE cases and monitoring their own compliance with SAVE program

---

[1] Under Section 421 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (8 U.S.C. 1631), agencies adjudicating Federal means-tested public benefits must consider (''deem'') the income and assets of a qualified sponsor who has completed a Form I–864 or Form I–864EZ, *Affidavit of Support* (collectively referred to herein as a ''Form I–864''), or a qualified household member who has completed a Form I–864A, *Contract Between Sponsor and Household Member,* as available to the sponsored benefit applicant in determining whether he or she is eligible for certain Federal means-tested public benefits.

rules and the Federal deeming and reimbursement rules.

As part of this change, DHS/USCIS is updating this system of records (SORN) to cite the relevant legal authority to collect benefit determination information. DHS/USCIS is also adding new categories of records collected from benefit-granting agencies relating to actions that agencies adjudicating Federal means-tested public benefits take to deem sponsor income as part of applicant income for purposes of Federal means-tested benefits eligibility and to seek reimbursement from sponsors for the value of benefits provided to sponsored applicants. This includes whether the benefit-granting agency approved or denied the application for the means-tested public benefit; if the benefit-granting agency denied the application, whether the denial was based upon the information that SAVE provided in its response to the citizenship and immigration status verification request from the benefit-granting agency; whether the benefit-granting agency deemed sponsor/household member income and, if not, the exception or reason for not doing so; whether the benefit-granting agency sent the sponsor a reimbursement request letter; whether the sponsor complied with his or her reimbursement obligation; and whether the benefit-granting agency conducted a collection action if the sponsor did not comply with his or her reimbursement obligation. DHS/USCIS is also adding Routine Use J for disclosure to a Federal, state, tribal, or local government agency that oversees or administers Federal means-tested public benefits for purposes of seeking reimbursement from sponsors for the value of benefits provided to sponsored applicants, as well as reporting on overall sponsor deeming and agency reimbursement efforts to appropriate administrative and oversight agencies.

DHS/USCIS is also expanding the purpose of this system to include USCIS bond management processes. Under section 213 of the Immigration and Nationality Act, 8 U.S.C. 1183, the Secretary of Homeland Security may admit an individual to the United States upon posting a suitable and proper bond. The individual may breach the bond conditions if they receive certain public benefits, as defined in 8 CFR 212.21(b), after adjustment of status to that of a lawful permanent resident, and until the bond is cancelled under 8 CFR 213.1(g). For purposes of managing this bond process, DHS/USCIS may access the Verification Information System (VIS) to review whether USCIS bond submitters may have applied for and

received public benefits, and to inform potential inquiries related to the receipt of those public benefits.

DHS/USCIS is also modifying the category of individuals covered under this SORN to reflect that the system covers individuals who have filed, for themselves or on the behalf of others, applications or other requests for Federal, state, local, or tribal licenses or benefits; individuals who have been granted naturalized or derived U.S. citizenship; individuals who have applied for or received other immigration benefits pursuant to 8 U.S.C. 1103 *et seq.* or other applicable law; individuals subject to certain background investigations; individuals accessing SAVE Case Check; users and administrators who access the system to facilitate citizenship and immigration status verification; and other individuals whose information is verified with SAVE pursuant to a SAVE Memorandum of Agreement or Computer Matching Agreement. DHS/ USCIS is also clarifying that the categories of individuals covered by the system include sponsors that have signed either a Form I–864, *Affidavit of Support Under Section 213A of the Act,* Form I–864EZ, *Affidavit of Support Under Section 213A of the Act,* or household members that have signed a Form I–864A, *Contract Between Sponsor and Household Member.* The previous SORN only covered the I–864 and not the I–864EZ or I–864A.

DHS/USCIS is also expanding the categories of records to clarify the data elements that USCIS collects from the applicant by the benefit-granting agency to facilitate citizenship and immigration status verification, from the benefit-granting agency users who access the system to facilitate citizenship and immigration status verification, and the individual information that may be used by SAVE to verify citizenship and immigration status and provide a SAVE response.

DHS/USCIS is updating the record source categories to reflect information collected from USCIS, DHS, and other Federal agency systems of records.

DHS/USCIS is also modifying the routine use section of this SORN, including updating Routine Use E and adding Routine Use F to comply with requirements set forth by Office of Management and Budget (OMB) Memorandum M–17–12, ''Preparing for and Responding to a Breach of Personally Identifiable Information,'' (Jan. 3, 2017).

DHS/USCIS is updating the contesting record procedures to remove references to InfoPass, which has been phased out. Additionally, this notice includes non-substantive changes, including re-lettering routine uses, to simplify the formatting and text of the previously published notice.

Consistent with DHS's information sharing mission, information stored in DHS/USCIS–004 Systematic Alien Verification for Entitlements Program System of Records may be shared with other DHS Components that have a need to know the information to carry out their national security, law enforcement, immigration, intelligence, or other homeland security functions. In addition, DHS/USCIS may share information with appropriate Federal, state, local, tribal, territorial, foreign, or international government agencies consistent with the routine uses set forth in this system of records notice.

This modified system will be included in DHS's inventory of record systems.

## II. Privacy Act

The Privacy Act embodies fair information practice principles in a statutory framework governing the means by which Federal Government agencies collect, maintain, use, and disseminate individuals' records. The Privacy Act applies to information that is maintained in a ''system of records.'' A ''system of records'' is a group of any records under the control of an agency from which information is retrieved by the name of an individual or by some identifying number, symbol, or other identifying particular assigned to the individual. In the Privacy Act, an individual is defined to encompass U.S. citizens and lawful permanent residents. Additionally, and similarly, the Judicial Redress Act (JRA) provides covered persons with a statutory right to make requests for access and amendment to covered records, as defined by the JRA, along with judicial review for denials of such requests. In addition, the JRA prohibits disclosures of covered records, except as otherwise permitted by the Privacy Act.

Below is the description of the DHS/ USCIS–004 Systematic Alien Verification for Entitlements Program System of Records.

In accordance with 5 U.S.C. 552a(r), DHS has provided a report of this system of records to the Office of Management and Budget and to Congress.

### SYSTEM NAME AND NUMBER:

Department of Homeland Security (DHS)/U.S. Citizenship and Immigration Services (USCIS)-004 Systematic Alien Verification for Entitlements Program System of Records.

### SECURITY CLASSIFICATION:

Unclassified.

### SYSTEM LOCATION:

Records are maintained at USCIS Headquarters in Washington, DC, and at DHS/USCIS field offices. Electronic records are stored in the Verification Information System (VIS).

### SYSTEM MANAGER(S):

Chief, Verification Division, *SAVE.help@uscis.dhs.gov,* U.S. Citizenship and Immigration Services, Department of Homeland Security, 131 M Street NE, Suite 200, Mail Stop 2620, Washington, DC 20529.

### AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

Authority for having a system for verification of citizenship and immigration status is found in Immigration and Nationality Act, Public Law 82–414, 66 Stat. 163 (1952), as amended, Immigration Reform and Control Act, Public Law 99–603, 100 Stat. 3359 (1986); Personal Responsibility and Work Opportunity Reconciliation Act, Public Law 104– 193, 110 Stat. 2105 (1996); Illegal Immigration Reform and Immigrant Responsibility Act, Public Law 104–208, 110 Stat. 3009 (1997); the REAL ID Act of 2005, Public Law 109–13, 119 Stat. 231 (2005); Patient Protection and Affordable Care Act, Public Law 111– 148, 124 Stat. 119 (Mar. 23, 2010), as amended by the Health Care and Education Reconciliation Act of 2010, Public Law 111–152, 124 Stat. 1029 (Mar. 30, 2010); and the FAA Extension, Safety, and Security Act of 2016, Public Law 114–190, 130 Stat. 615 (July 15, 2016), 8 CFR Part 213a (Affidavits of Support on Behalf of Immigrants).

### PURPOSE(S) OF THE SYSTEM:

The purpose of this system is to provide a fee-based service that assists Federal, state, tribal, and local government agencies, benefit-granting agencies, private entities, institutions, and licensing bureaus for any legally mandated purpose in accordance with an authorizing statute to confirm immigration and naturalized and certain derived citizen status information, and to otherwise efficiently administer their programs, to the extent that such disclosure is necessary to enable these agencies and entities to make decisions related to (1) determining eligibility for a Federal, state, tribal, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; or (5) any other lawful purpose. This system is also used for USCIS bond management purposes under sec. 213 of the Immigration and Nationality Act.

DHS-AR-000110

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Categories of individuals covered by this system include: (1) Individuals who have filed, for themselves or on the behalf of others, applications or other requests for Federal, state, local or tribal licenses or benefits; (2) individuals who have been granted naturalized or derived U.S. citizenship; (3) individuals who have applied for or received other immigration benefits pursuant to 8 U.S.C. 1103 *et seq.* or other applicable law; (4) sponsors [2] and household members listed on the Form I–864 or I–864EZ, *Affidavit of Support Under Section 213A of the Act* or Form I–864A, *Contract Between Sponsor and Household Member;* (5) individuals subject to certain background investigations; (6) individuals accessing SAVE Case Check; (7) users and administrators who access the system to facilitate citizenship and immigration status verification; and (8) other individuals whose information is verified with SAVE pursuant to a SAVE Memorandum of Agreement or Computer Matching Agreement.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

*Information collected from the benefit applicant by the user agency to facilitate citizenship and immigration status verification may include the following:*
- Full Name;
- Date of birth;
- Citizenship or nationality;
- Country of birth;
- Alien Number (A-Number);
- Social Security number (SSN) (in very limited circumstances using the Form G–845, *Document Verification Request*);
- Receipt number;
- Admission number (I–94 number);
- User Agency Case number;
- Agency DUNS number;
- Visa number;
- DHS Document type;
- DHS Document Expiration date;
- Government-issued identification (*e.g.,* passport):
  ○ Document type;
  ○ Country of issuance (COI);
  ○ Document number;
  ○ Expiration date; and
  ○ Benefit requested (*e.g.,* unemployment insurance, educational assistance, driver license).
- Copies of original immigration documents;
- U.S. Immigration and Custom Enforcement (ICE) Student and

Exchange Visitor Identification System (SEVIS) ID number; and
- Other immigration number (*e.g.,* Employment Authorization Document card number, naturalization number, citizenship certificate number).

*Information collected from agency user who accesses the system to facilitate citizenship and immigration status verification may include the following:*
- Agency name;
- Address;
- Names of Agency Point(s) of Contact;
- Title of Agency Point(s) of Contact;
- Contact telephone number;
- Fax number;
- Email address;
- User ID; and
- Type of license/benefit(s) the agency issues (*e.g.,* Unemployment Insurance, Educational Assistance, Driver Licensing, and Social Security Enumeration).

*System-generated responses as a result of the SAVE verification process may include:*
- Verification Case Number; and
- SAVE response.

*Information collected from the benefit-granting agency about actions that an agency adjudicating Federal means-tested public benefits takes to deem sponsor income as part of applicant income for purposes of Federal means-tested benefits eligibility and to seek reimbursement from sponsors for the value of benefits provided to sponsored applicants may include:*
- Whether the benefit-granting agency approved or denied the application for the means-tested public benefit;
- If the benefit-granting agency denied the application, whether the denial was based upon the information that SAVE provided in its response to the citizenship and immigration status verification request from the benefit-granting agency;
- Whether the benefit-granting agency deemed sponsor/household member income and, if not, the exception or reason for not doing so;
- Whether the benefit-granting agency sent the sponsor a reimbursement request letter (yes/no);
- Whether the sponsor complied with his or her reimbursement obligation; and
- Whether the benefit-granting agency conducted a collection action or other proceeding if the sponsor did not comply with his or her reimbursement obligation (yes/no and if yes, the status, court or forum, and docket or matter number).

*Individual information that may be used by SAVE to verify citizenship and*

*immigration status and provide a SAVE response includes:*
- Full Name;
- Date of birth;
- Country of birth;
- A-Number;
- SSN;
- Photograph;
- Government-issued identification (*e.g.,* foreign passport):
  ○ Document type;
  ○ Country of issuance (COI);
  ○ Document number; and
  ○ Expiration date.
- Visa number;
- Form numbers (*e.g.,* Form I–551, *Lawful Permanent Resident Card,* Form I–766, *Employment Authorization Document*);
- Other unique identifying numbers (*e.g.,* SEVIS Identification Number (SEVIS ID number), Admission number (I–94 number));
- Entry/Departure date;
- Port of entry;
- Alien Status Change date;
- Naturalization date;
- Date admitted until;
- Country of citizenship;
- Document Grant date;
- Document Receipt number;
- Codes (*e.g.,* class of admission, file control office, provision of law cited for employment authorization);
- Employment Authorization Document (EAD) history;
- Beneficiary information (*e.g.,* Full Name, A-Number, Date of birth, Country of birth, SSN);
- Petitioner information (*e.g.,* Full Name, A-Number, SSN, Individual Taxpayer Identification Number, Naturalization Certificate number);
- Sponsor(s) and household member(s) information (*e.g.,* Full Name, Address, SSN);
- Spouse information (*e.g.,* Full Name, A-Number, Date of birth, Country of birth, Country of citizenship, Class of admission, Date of admission, Receipt number, Phone number, Marriage date and location, Naturalization date and location);
- Children information (*e.g.,* Full Name, A-Number, Date of birth, Country of birth, Class of admission);
- Employer information (*e.g.,* Full Name, Address, Supervisor's name, Supervisor's Phone number); and
- Individuals associated with background checks information (*e.g.,* Full Name, A-Number, Date of birth, Country of birth).

*Case history information may include:*
- Alert(s);
- Case summary comments;
- Case category;
- Date of encounter;
- Encounter information;

---

[2] All references to ''sponsor'' or ''sponsors'' include sponsors, joint sponsors, and substitute sponsors, as defined in the regulations at 8 CFR part 213a.

- Custody actions and decisions;
- Case actions and decisions;
- Bonds;
- Photograph;
- Asylum applicant receipt date;
- Airline and flight number;
- Country of residence;
- City (*e.g.,* where boarded, where visa was issued);
- Date visa issued;
- Address in United States;
- Nationality;
- Decision memoranda; Investigatory reports and materials compiled for the purpose of enforcing immigration laws;
- Exhibits;
- Transcripts; and
- Other case-related papers concerning aliens, alleged aliens, or lawful permanent residents brought into the administrative adjudication process.

**RECORD SOURCE CATEGORIES:**

Records are obtained from several sources including: (A) Agencies and entities seeking to determine immigration or naturalized or derived citizenship status; (B) Individuals seeking public licenses, benefits, or credentials; (C) Other DHS components assisting with enrollment and system maintenance processes; (D) Information created by SAVE; and (E) Information collected from USCIS, DHS, and other Federal agency systems of records:

- DHS/USCIS/ICE/CBP–001 Alien File, Index, and National File Tracking System of Records, September 18, 2017 (82 FR 43556);
- DHS/USCIS–007 Benefits Information System, October 10, 2019 (84 FR 54622);
- DHS/USCIS–010 Asylum Information and Pre-Screening System of Records, November 30, 2015 (80 FR 74781);
- DHS/USCIS–018 Immigration Biometric and Background Check (IBBC) Records System of Records, July 31, 2018 (83 FR 36950);
- DHS/CBP–005 Advance Passenger Information System (APIS), March 13, 2015 (80 FR 13407);
- DHS/CBP–006 Automated Targeting System, May 22, 2012 (77 FR 30297);
- DHS/CBP–007 CBP Border Crossing Information (BCI), December 13, 2016 (81 FR 89957);
- DHS/CBP–011 U.S. Customs and Border Protection TECS, December 19, 2008 (73 FR 77778);
- DHS/CBP–016 Nonimmigrant Information System, March 13, 2015 (80 FR 13398);
- DHS/CBP–021 Arrival and Departure Information System (ADIS), November 18, 2015 (80 FR 72081);

- DHS/ICE–001 Student and Exchange Visitor Information System, January 5, 2010 (75 FR 412);
- DHS/ICE–011 Criminal Arrest Records and Immigration Enforcement Records (CARIER) System of Records, October 19, 2016 (81 FR 72080);
- DHS/ALL–003 Department of Homeland Security General Training Records, November 25, 2008 (73 FR 71656);
- DHS/ALL–016 Correspondence Records, September 26, 2018 (83 FR 48645);
- JUSTICE/EOIR–001 Records and Management Information System, May 11, 2004 (69 FR 26179); including routine use updates in 82 FR 24147 (May 25, 2017);
- STATE–05 Overseas Citizens Services Records and Other Overseas Records, September 8, 2016 (81 FR 62235);
- STATE–26 Passport Records, March 24, 2015 (80 FR 15653); and
- STATE–39 Visa Records, June 15, 2018 (83 FR 28062).

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under 5 U.S.C. 552a(b) of the Privacy Act, all or a portion of the records or information contained in this system may be disclosed outside DHS as a routine use pursuant to 5 U.S.C. 552a(b)(3) as follows:

A. To the Department of Justice (DOJ), including the U.S. Attorneys Offices, or other Federal agencies conducting litigation or proceedings before any court, adjudicative, or administrative body, when it is relevant or necessary to the litigation and one of the following is a party to the litigation or has an interest in such litigation:

1. DHS or any component thereof;
2. Any employee or former employee of DHS in his/her official capacity;
3. Any employee or former employee of DHS in his/her individual capacity, only when DOJ or DHS has agreed to represent the employee; or
4. The United States or any agency thereof.

B. To a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual to whom the record pertains.

C. To the National Archives and Records Administration (NARA) or General Services Administration pursuant to records management inspections being conducted under the authority of 44 U.S.C. 2904 and 2906.

D. To an agency or organization for the purpose of performing audit or

oversight operations as authorized by law, but only such information as is necessary and relevant to such audit or oversight function.

E. To appropriate agencies, entities, and persons when (1) DHS suspects or has confirmed that there has been a breach of the system of records; (2) DHS has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, DHS (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with DHS's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

F. To another Federal agency or Federal entity, when DHS determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

G. To an appropriate Federal, state, tribal, local, international, or foreign law enforcement agency or other appropriate authority charged with investigating or prosecuting a violation or enforcing or implementing a law, rule, regulation, or order, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure.

H. To contractors and their agents, grantees, experts, consultants, and others performing or working on a contract, service, grant, cooperative agreement, or other assignment for DHS, when necessary to accomplish an agency function related to this system of records. Individuals provided information under this routine use are subject to the same Privacy Act requirements and limitations on disclosure as are applicable to DHS officers and employees.

I. To approved Federal, state, tribal, and local government agencies for any legally mandated purpose in accordance with their authorizing statute or law and when an approved Memorandum of Agreement (MOA) or Computer

DHS-AR-000112

Matching Agreement (CMA) is in place between DHS and the entity.

J. To a Federal, state, tribal, or local government agency that oversees or administers Federal means-tested public benefits for purposes of seeking reimbursement from sponsors for the value of benefits provided to sponsored applicants, as well as reporting on overall sponsor deeming and agency reimbursement efforts to appropriate administrative and oversight agencies.

K. To airport operators to determine the eligibility of individuals seeking unescorted access to any Security Identification Display Area of an airport, as required by the FAA Extension, Safety, and Security Act of 2016.

L. To the news media and the public, with the approval of the Chief Privacy Officer in consultation with counsel, when there exists a legitimate public interest in the disclosure of the information, when disclosure is necessary to preserve confidence in the integrity of DHS, or when disclosure is necessary to demonstrate the accountability of DHS's officers, employees, or individuals covered by the system, except to the extent the Chief Privacy Officer determines that release of the specific information in the context of a particular case would constitute a clearly unwarranted invasion of personal privacy.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

DHS/USCIS stores records in this system electronically or on paper in secure facilities in a locked drawer behind a locked door. The records may be stored on magnetic disc, tape, and digital media.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

DHS/USCIS retrieves records by name of applicant or other unique identifier to include: Verification Case Number, A-Number, I–94 Number, Social Security number, Passport number, Visa number, SEVIS ID number, or by the submitting agency name.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

SAVE records are covered by NARA-approved records retention and disposal schedule, N1–566–08–07. Records collected in the process of enrolling in SAVE and in verifying citizenship or immigration status are stored and retained in SAVE for ten (10) years from the date of the completion of verification. However, if the records are part of an ongoing investigation, they will be retained until completion of the investigation and pursuant to the records retention schedule associated

with the investigation. This initial 10-year period is based on the statute of limitations for most types of misuse or fraud possible using SAVE (under 18 U.S.C. 3291, the statute of limitations for false statements or misuse regarding passports, citizenship, or naturalization documents).

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

DHS/USCIS safeguards records in this system according to applicable rules and policies, including all applicable DHS automated systems security and access policies. USCIS has imposed strict controls to minimize the risk of compromising the information that is being stored. Access to the computer system containing the records in this system is limited to those individuals who have a need to know the information for the performance of their official duties and who have appropriate clearances or permissions.

**RECORD ACCESS PROCEDURES:**

Individuals seeking access to and notification of any record contained in this system of records, or seeking to contest its content, may submit a request in writing to the Chief Privacy Officer and to the USCIS FOIA/Privacy Act Officer whose contact information can be found at *http://www.dhs.gov/foia* under "Contacts Information." If an individual believes more than one component maintains Privacy Act records concerning him or her, the individual may submit the request to the Chief Privacy Officer and Chief Freedom of Information Act Officer, Department of Homeland Security, Washington, DC 20528–0655. Even if neither the Privacy Act nor the Judicial Redress Act (JRA) provide a right of access, certain records about him or her may be available under the Freedom of Information Act.

When an individual is seeking records about himself or herself from this system of records or any other Departmental system of records, the individual's request must conform with the Privacy Act regulations set forth in 6 CFR part 5. The individual must first verify his/her identity, meaning that the individual must provide his/her full name, current address, and date and place of birth. The individual must sign the request, and the individual's signature must either be notarized or submitted under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury as a substitute for notarization. While no specific form is required, an individual may obtain forms for this purpose from the Chief Privacy Officer and Chief Freedom of

Information Act Officer, *http://www.dhs.gov/foia* or 1–866–431–0486. In addition, the individual should:

• Explain why the individual believes the Department would have information on him/her;

• Identify which component(s) of the Department the individual believes may have the information about him/her;

• Specify when the individual believes the records would have been created; and

• Provide any other information that will help the FOIA staff determine which DHS component agency may have responsive records;

If an individual's request is seeking records pertaining to another living individual, the first individual must include a statement from the second individual certifying his/her agreement for the first individual to access his/her records.

Without the above information, the component(s) may not be able to conduct an effective search, and the individual's request may be denied due to lack of specificity or lack of compliance with applicable regulations.

**CONTESTING RECORD PROCEDURES:**

For records covered by the Privacy Act or covered JRA records, see "Record Access Procedures" above. For records not covered by the Privacy Act or Judicial Redress Act, individuals may still amend their records at a USCIS Field Office by contacting the USCIS Contact Center at 1–800–375–5283 to request an appointment.

**NOTIFICATION PROCEDURES:**

See "Record Access Procedures."

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None. However, when this system receives a record from another system exempted in that source system under 5 U.S.C. 552a, DHS will claim the same exemptions for those records that are claimed for the original primary systems of records from which they originated.

**HISTORY:**

81 FR 78619 (November 8, 2016); 76 FR 183 (September 21, 2011); 73 FR 75445 (December 11, 2008); 73 FR 10793 (February 28, 2008); 72 FR 17569 (April 9, 2007); 67 FR 64134 (October 17, 2002); and 66 FR 174 (September 7, 2001).

**Constantina Kozanas,**
*Chief Privacy Officer, Department of Homeland Security.*
[FR Doc. 2020–11390 Filed 5–26–20; 8:45 am]
**BILLING CODE 9111–97–P**

Protection Agency, 109 TW Alexander Drive, RTP, NC 27711; telephone number: (919) 541–3649; email address: *houyoux.marc@epa.gov.*

**SUPPLEMENTARY INFORMATION:** This is a proposed extension of the ICR, which is currently approved through October 31, 2025. An agency may not conduct or sponsor and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.

Public comments were previously requested via the **Federal Register** on June 5, 2025, during a 60-day comment period (90 FR 23932). This notice allows for an additional 30 days for public comments. Supporting documents, which explain in detail the information that the EPA will be collecting, are available in the public docket for this ICR. The supporting documents include a response to comments document that compiles and responds to comments received in the first notice. The docket can be viewed online at *www.regulations.gov* or in person at the EPA Docket Center, WJC West, Room 3334, 1301 Constitution Ave. NW, Washington, DC. The telephone number for the Docket Center is 202–566–1744. For additional information about EPA's public docket, *visit http://www.epa.gov/ dockets.*

*Abstract:* The EPA promulgated the Air Emissions Reporting Requirements (AERR) (40 CFR part 51, subpart A) to coordinate emissions inventory reporting requirements. Under this reporting, 54 State and territorial air quality agencies, including the District of Columbia, as well as an estimated 9 local air quality agencies, must submit emissions data every 3 years for all point sources and some non-point, on-road mobile, and non-road mobile sources of volatile organic compounds, oxides of nitrogen, carbon monoxide, sulfur dioxide, particulate matter less than or equal to 10 micrometers in diameter, particulate matter less than or equal to 2.5 micrometers in diameter, ammonia, and lead. In addition, the air quality agencies must submit annual emission data for point sources for a subset of point sources every year. An estimated 5 Tribal air agencies voluntarily submit point and nonpoint sources in triennial years.

The data collected from the emission reporting is necessary to compile and make publicly available a national inventory of air pollutant emissions. The information collected supports both EPA's implementation of the CAA, and State/Local/Tribal air agencies in fulfilling their requirements under CAA sections 110(a), 172, 182, 187, and 189

to implement primary and secondary national ambient air quality standards (NAAQS). A comprehensive inventory updated at regular intervals is essential to allow the EPA to fulfill its mandate to monitor and plan for the attainment and maintenance of the NAAQS established for criteria pollutants in the CAA.

*Form Numbers:* None.

*Respondents/affected entities:* Entities potentially affected by this collection request are generally State, territorial, and local government air quality managements programs. Tribal governments are not affected unless they have sought and obtained "Treatment as a State" (TAS) status under the Tribal Authority Rule and, on that basis, are authorized to implement and enforce the AERR rule. For the most recent 2023 triennial inventory, no Tribes have TAS for emissions inventory reporting, and 2 Tribal agencies voluntarily reported to the NEI.

Additionally, State and local agencies collect data from owners/operators to be able to provide it to the EPA. The EPA seeks information from State and local air agencies to indicate the degree to which emissions data collection is due to the AERR rather than something that these agencies would impose even in the absence of the AERR.

*Respondent's obligation to respond:* This information is collected under 23 U.S.C. 101; 42 U.S.C. 7401–7671q, and the authority of the AERR. This information is mandatory and, as specified, cannot be treated as confidential by the EPA.

*Estimated number of respondents:* 68 (total including voluntarily reporting) State, local and Tribal agencies and 12,379 owners/operators reporting to State and local agencies.

*Frequency of response:* Annual.

*Total estimated burden:* 53,482 hours (per year) including 7,865 voluntary hours (per year) for State, local, and Tribal air agencies and 145,077 hours (per year) for owners/operators including 84 voluntary hours (per year). Burden is defined at 5 CFR 1320.03(b).

*Total estimated cost:* $19,854,038 (per year) for State, local, and Tribal air agencies, which includes $712,432 for voluntary activities and $15,130,399 annualized capital or operation and maintenance costs $16,578,243 (per year) for owners/operators.

*Changes in the estimates:* There is an increase of 4,780 hours in the total estimated respondent burden for State, local, and Tribal air agencies and an increase of 145,077 hours for owners/operators compared with the ICR currently approved by OMB. This increase for State, local, and Tribal air

agencies is due to improvements in the way the EPA estimates the burden. The increase for owners/operators is due to including the burden on owners/operators for the first time in the approach.

**Courtney Kerwin,**
*Director, Information Engagement Division.*

[FR Doc. 2025–19733 Filed 10–30–25; 8:45 am]

**BILLING CODE 6560–50–P**

---

**DEPARTMENT OF HOMELAND SECURITY**

**[Docket No. USCIS–2025–0337]**

**Privacy Act of 1974; System of Records**

**AGENCY:** U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services.

**ACTION:** Notice of a modified system of records.

---

**SUMMARY:** In accordance with the Privacy Act of 1974, the Department of Homeland Security (DHS) proposes to modify and reissue a DHS system of records notice (SORN) titled, "Department of Homeland Security/U.S. Citizenship and Immigration Services (USCIS)–004 Systematic Alien Verification for Entitlements Program (SAVE)." As described in this modified SORN, USCIS, an agency within DHS, collects and maintains records on applicants for public benefits, licenses, grants, governmental credentials, and other statutorily authorized purposes through the SAVE program. SAVE allows registered user agencies to verify the immigration status/category ("immigration status") and U.S. citizenship (including for U.S. citizens by birth, naturalized and certain acquired citizens) of individuals applying for or receiving a public benefit, license or other authorized purpose ("benefit"). "Acquired citizenship" refers to U.S. citizenship conveyed to children through the naturalization of parents or, under certain circumstances, at birth to foreign-born children of U.S. citizens, provided certain conditions are met. DHS/USCIS is updating this SORN to include updates and modifications to the (1) purpose(s) of the system, (2) categories of individuals covered by the system, (3) categories of records in the system, (4) records source categories, and (5) routine uses of records maintained in the system. Additionally, this notice includes non-substantive changes to simplify the formatting and text of the previously published notice.

This modified system will be included in DHS's inventory of record systems.

**DATES:** Submit comments on or before December 1, 2025. This modified system will be effective upon publication. New or modified routine uses will be effective December 1, 2025.

**ADDRESSES:** You may submit comments, identified by docket number USCIS–2025–0337 by one of the following methods:

• *Federal e-Rulemaking Portal: http://www.regulations.gov.* Follow the instructions for submitting comments.

• *Fax:* 202–343–4010.

• *Mail:* Roman Jankowski, Chief Privacy Officer, Privacy Office, Department of Homeland Security, Washington, DC 20528–0655.

*Instructions:* All submissions received must include the agency name and docket number USCIS–2025–0337. All comments received will be posted without change to *http://www.regulations.gov,* including any personal information provided.

*Docket:* For access to the docket to read background documents or comments received, go to *http://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** For general questions, please contact: Angela Y. Washington, 240–721–3705, Privacy Officer, U.S. Citizenship and Immigration Services, USCIS Headquarters, 5900 Capital Gateway Dr., Camp Springs, MD 20746. For privacy questions, please contact: Roman Jankowski, (202) 343–1717, Chief Privacy Officer, Privacy Office, Department of Homeland Security, Washington, DC 20528–0655.

**SUPPLEMENTARY INFORMATION:**

**I. Background**

In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS) is proposing to modify and reissue a current DHS SORN titled, ''DHS/USCIS–004 Systematic Alien Verification for Entitlements Program System of Records.''

This modified SORN is being published to update the purpose of SAVE to include the addition of expanded search functionality for registered SAVE user agencies to verify the U.S. citizenship of U.S. citizens by birth and to clarify use of SAVE for voter verification.

This SORN modification also clarifies and informs the public that SAVE has removed transaction charges for all state, local, tribal, and territorial government agencies that use the

system. Federal agencies are still charged a fee to use SAVE.

DHS/USCIS is adding individuals that are U.S. citizens by birth to the categories of individuals covered by the system.

DHS/USCIS is updating the categories of records in the system to include collecting both full and truncated (last four digits) Social Security number (other than those collected on Form G–845, Verification Request), U.S. passport number, driver's license number, and information from the Social Security Administration.

DHS/USCIS is revising the record source categories to add SSA–60–0058 Master Files of Social Security Number Holders, Social Security Number Applications, February 20, 2025 (90 FR 10025) and state or other national agencies that issue or maintain driver's license information.

DHS/USCIS is amending the routine uses section of the SORN to include adding Routine Use L, to support sharing with Social Security Administration and other federal organizations, and Routine Use M, to support sharing with federal agencies (*e.g.,* the Department of Health and Human Services) to support auditing of federal programs administered by state, local, and tribal governments (*e.g.,* Medicaid).

Additionally, this notice includes non-substantive changes, including reorganizing of categories of records, change in the use of terms such as from ''derived'' citizen/citizenship to ''acquired'' citizen/citizenship, and spelling out of form names from the previously published system of records notice. Consistent with DHS's information sharing mission, information stored in DHS/USCIS SAVE may be shared with other DHS Components that have a need to know of the information to carry out their national security, law enforcement, immigration, intelligence, or other homeland security functions. In addition, DHS/USCIS may share information with appropriate federal, state, local, tribal, territorial, foreign, or international government agencies consistent with the routine uses set forth in this system of records notice. Information in SAVE, including records submitted by the user agency, is not to be used for administrative (non-criminal) immigration enforcement purposes. *See* Immigration Reform and Control Act (IRCA), Public Law 99–603, Part C, Section 121(c)(1) (Nov. 6, 1986).

This modified system will be included in DHS's inventory of record systems. USCIS administers SAVE. SAVE is an online intergovernmental

service designed to help federal, state, territorial, tribal, local government agencies, benefit-granting agencies, other authorized entities (*e.g.,* Airport Operators under the Federal Aviation Administration (FAA) Extension, Safety and Security Act of 2016), and licensing bureaus, as authorized by law (collectively, ''SAVE user agencies''), determine the U.S. citizenship and immigration status of individuals within their jurisdiction for the purpose of granting benefits, licenses, and other lawful purposes. Uses of SAVE may include verification of immigration status or category and U.S citizenship, including U.S. citizens by birth as well as naturalized and certain acquired citizens, when issuing benefits such as Social Security numbers, public health care, Supplemental Nutrition Assistance Program payments, Temporary Assistance for Needy Families, Medicaid, Children's Health Insurance Program; conducting background investigations, armed forces recruitment, REAL ID compliance; or any other purpose authorized by law, including verification of registrants and registered voters in voter registration and voter list maintenance processes. Prior to accessing SAVE, an agency must register as a user and enter into a Memorandum of Agreement with DHS/USCIS. The prospective user provides the legal authorities requiring or permitting verification of immigration status or U.S. citizenship as part of issuing a benefit. SAVE does not determine a benefit applicant's eligibility for a specific benefit. Only the user agency makes that determination.

A typical SAVE verification involves a registered federal, state, territorial, tribal, or local government benefit or license-granting agency verifying the immigration status or U.S. citizenship of a benefit applicant. SAVE is not a database for immigration status and citizenship information. Rather, SAVE accesses the USCIS Verification Data Integration Service which searches multiple government databases or systems to provide a SAVE response. The initial SAVE response is derived from information contained in government systems accessed by SAVE using information from U.S. government-issued documents, such as a Social Security card, Permanent Resident Card (often referred to as a Green Card) or an Employment Authorization Document. For a SAVE user agency to create a SAVE case, the agency must collect and enter certain identifiers from the benefit applicant's identity document(s). The verification process is driven by identifiers generally

DHS-AR-000115

located on immigration documents (*e.g.,* Alien Registration Number (Alien Number or A-Number)/USCIS Number, Card Number/I–797 Receipt Number, or Citizenship/Naturalization Certificate Number) or other government-issued documents (*e.g.,* a Social Security number). The identifier presented by the individual determines the verification process.

SAVE user agencies input data elements pertaining to the applicant through SAVE. SAVE then connects to the internal USCIS Verification Data Integration Service to process the request using the user agency provided data. These data elements may include last name, first name, middle name, date of birth, Social Security number, passport number, driver's license number, one or more DHS immigration enumerators (*e.g.,* Alien Registration Number/USCIS Number, Arrival-Departure Record I–94 Number, Student and Exchange Visitor Information System Identification Number, Certificate of Naturalization Number, Certificate of Citizenship Number, or Unexpired Foreign Passport Number), and other information from immigration documentation (*e.g.,* country of birth, date of entry, or employment authorization category). If the USCIS Verification Data Integration Service locates a corresponding record, it will convey a response to SAVE, and SAVE will send a SAVE case response that includes the data elements used to create the case. It may add one or more additional data elements such as a verification case number, U.S. citizenship or immigration data (*e.g.,* U.S. citizenship, immigration status or category, immigration class of admission and/or employment authorization.), grant date, and sponsorship data. SAVE's responses are based upon the user agency's authority to use SAVE and the type of benefit administered by the user agency.

If SAVE is unable to provide an initial automated response verifying the benefit applicant's immigration status or U.S. citizenship, SAVE will provide instructions on actions the user agency may take, including requesting additional verification. Users may also request additional verification when they have questions about a SAVE response or when requested by the benefit applicant. SAVE additional verification procedures generally entail in-depth electronic and manual research in available records (including both electronic records as well as paper Alien Files (A-Files), when necessary) by USCIS status verification staff to verify the benefit applicant's immigration status or U.S. citizenship.

On January 20, 2025, and March 25, 2025, respectively, the President issued Executive Orders 14159, *Protecting the American People Against Invasion* and 14248, *Preserving and Protecting the Integrity of American Elections.* Executive Order 14159 requires the Secretary to ''promptly issue guidance to ensure maximum compliance by [DHS] personnel with the provisions of 8 U.S.C. 1373 and 8 U.S.C. 1644 and ensure that state and local governments are provided with the information necessary to fulfill law enforcement, U.S citizenship, or immigration status verification requirements authorized by law.'' Executive Order 14248 provides: . . . Federal laws, such as the National Voter Registration Act (Pub. L. 103–31) and the Help America Vote Act (Pub. L. 107–252), require States to maintain an accurate and current Statewide list of every legally registered voter in the State. And the Department of Homeland Security is required to share database information with States upon request so they can fulfill this duty. See 8 U.S.C. 1373(c).

Executive Order 14159 directs the Secretary to ''ensure that state and local officials have, without the requirement of the payment of a fee, access to appropriate systems for verifying the citizenship or immigration status of individuals registering to vote or who are already registered.''

Pursuant to these Executive Orders, DHS personnel must timely provide verification of U.S. citizenship and immigration status information in response to inquiries from federal, state, and local government agencies to verify or ascertain the U.S. citizenship or immigration status of individuals within the jurisdiction of the State or local government agency for any purpose authorized by law. DHS personnel will comply with these requirements, to the maximum extent possible and permissible under law, considering federal statutory requirements, including the Privacy Act of 1974, 5 U.S.C. 552a and 8 U.S.C. 1367 (special protected class information); as well as other applicable laws, rules, regulations, policies, and requirements regarding verification, information sharing, and confidentiality.

To respond to these requirements, USCIS has incorporated a feature to allow SAVE user agencies to create a SAVE case using a full or partial Social Security number and other government-issued enumerators (*e.g.,* passport number; driver's license number). This allows SAVE user agencies to utilize enumerators that are often more readily available and to verify U.S. citizenship

for individuals who do not have an immigration enumerator.

*1. Enumerators and Source Systems*

*a. Social Security Number (Social Security Administration Enumeration System)*

When creating a case in SAVE, the user agency must always enter the individual's first and last name, date of birth, and at least one enumerator, which may now include a full 9-digit or partial Social Security number. The ability to create a SAVE case using a full or partial Social Security number is initially limited to users who log into SAVE via a web browser but will eventually be expanded to user agencies who use a system-to-system connection with SAVE via web services.

Where a user uses a full or partial Social Security number to create a SAVE case, USCIS now provides this information to the Social Security Administration Enumeration System for search and response. The Social Security Administration provides the following responses to USCIS:

- Social Security number match (True/False);
- Name match (True/False);
- Date of birth match (True/False);
- Citizenship indicator;
  - ''A''—U.S. Citizen;
  - ''B''—Legal alien, eligible to work;
  - ''C''—Legal alien, not eligible to work;
  - ''D''—Other;
  - ''E''—Alien Student—restricted work authorized; and
  - ''F''—Conditionally legalized alien.
- Foreign born indicator (Citizenship code is not present, but individual was foreign born);
- State/Country code;
- American Samoa indicator (True/False);
- Alien Registration Number (Alien Number or A-Number) (where applicable);
- Death indicator (Yes/No); and
- Error code descriptions (transaction and record levels).

This search functionality allows SAVE the capability to verify the Social Security number and U.S. citizen indicators of many U.S. citizens by birth, as found in the Enumeration System. This is an expansion from the previous SAVE functionality, which limited U.S. citizenship verification to DHS records of naturalized and certain acquired U.S. citizens.

*b. U.S. Passport Number (Department of State)*

SAVE has added the ability for user agencies to verify acquired citizenship

DHS-AR-000116

for individuals using a search by name, date of birth, and passport number. USCIS will compare this information against information available in DHS-accessed systems to provide a match or no match response. Prior to having access to passport records, SAVE could only verify acquired U.S. citizens if the individual applied for and received a Certificate of Citizenship from USCIS or if the U.S. Department of State provided USCIS with a record of the passport citizenship adjudication and, if applicable, USCIS will update the individual's record.

### c. Driver's License Number (State Records)

Driver's licenses are the most widely used form of identification. By working with state driver's licensing agencies and national agencies that store driver's license information for legal purposes (such as the National Law Enforcement Telecommunications System (NLETS)), SAVE will use driver's license and state identification card numbers to check and confirm identity information. When the agency provides a driver's license or state identification card number as the enumerator to verify the identity of the applicant, SAVE will use state driver's licensing agencies or another source (such as NLETS) to validate the information and gain access to other government enumerators. This will allow SAVE to match against other sources to verify immigration status and U.S. citizenship, which will improve accuracy and efficiency for SAVE user agencies. It must be noted that the Driver's license number search functionality is not live at the time of publication but will be in the foreseeable future.

### 2. List Processor Feature

User agencies now have the capability to create cases in SAVE by uploading a file with a list of multiple cases. This provides greater efficiency, because the user agency no longer has to enter cases into SAVE one at a time. Initially, only users who log into SAVE using a web browser will have access to this feature, but USCIS may extend this feature to other users in the future.

After file upload and acceptance of the data, SAVE, through an automated process, creates front-end single-record cases for each entry; this is not batch processing but SAVE creating each case individually for the user agency. Initially, the creation of cases using this feature is limited to cases created using an Alien Registration Number, Citizenship or Naturalization Certificate number, or Social Security number. Agencies are not prompted to institute

additional verification when using this process but are instructed to resubmit with additional information when the process is unable to return a response. Expansion of this feature in the future may include the ability to create cases with additional enumerators and the ability to request configured information not automatically selected for the benefit type.

User agencies can access each case created using the list processor feature in SAVE as normal, by viewing the individual case status and response. SAVE also has a feature available to all user agencies to generate a report that will list all the cases created, the status of an individual case, and the SAVE response. Access to generate the report, including what cases are included, vary depending upon the user's permissions. USCIS provides this verification service for all benefit requests.

### 3. Auditing Verification Records To Support Oversight Organizations

SAVE will support organizations that have entered into required agreements with USCIS and have legal oversight authority over a program or benefit type supported by SAVE through reporting capabilities for auditing purposes. User agencies with a legal authority to monitor and audit benefits granted or voter registration records may view relevant case data such as biographic data, enumerators, case submission date/time, and SAVE response information. Reporting options exist for individual user agencies and their case data.

Additionally, user agencies with appropriate legal authority may now view, within SAVE, other user agencies' case data through a linking mechanism based on either benefit type granted (e.g., Medicare) or by state. This new account type will have reporting options to view case data.

Other account types enable user agencies to create cases within SAVE to verify applicants' current eligibility for benefits previously granted. This will allow organizations, such as federal and state oversight agencies, to ensure user agencies that they legally monitor, and audit are properly verifying immigration status or citizenship status before making an eligibility determination and to ensure previously approved applicants remain eligible for the benefits they are receiving.

### 4. Voter Registration and Voter List Maintenance

Through this SORN, DHS/USCIS is administratively clarifying the purpose of this system of records by reinserting voter registration that was previously

published in 76 FR 58525 (September 21, 2011) and updating to the term ''voter verification'' to include verification of U.S. citizens by birth through Social Security number matching. Also, DHS/USCIS is expanding the purpose to include the additional search functionality to verify the citizenship of U.S. citizens by birth for all registered benefits and licenses by registered SAVE user agencies.

### II. Privacy Act

The Privacy Act embodies fair information practice principles in a statutory framework governing the means by which Federal Government agencies collect, maintain, use, and disseminate individuals' records. The Privacy Act applies to information that is maintained in a ''system of records.'' A ''system of records'' is a group of any records under the control of an agency from which information is retrieved by the name of an individual or by some identifying number, symbol, or other identifying particular assigned to the individual. In the Privacy Act, an individual is defined to encompass U.S. citizens and lawful permanent residents. Additionally, and similarly, the Judicial Redress Act provides covered persons with a statutory right to make requests for access and amendment to covered records, as defined by the Judicial Redress Act, along with judicial review for denials of such requests. In addition, the Judicial Redress Act prohibits disclosures of covered records, except as otherwise permitted by the Privacy Act.

Below is the description of the DHS/USCIS–004 SAVE Program System of Records. In accordance with 5 U.S.C. 552a(r), DHS has provided a report of this system of records to the Office of Management and Budget and to Congress.

**SYSTEM NAME AND NUMBER:**

Department of Homeland Security (DHS)/U.S. Citizenship and Immigration Services (USCIS)–004 Systematic Alien Verification for Entitlements Program System of Records.

**SECURITY CLASSIFICATION:**

Unclassified

**SYSTEM LOCATION:**

Records are maintained at the USCIS Headquarters in Camp Springs, MD and at DHS/USCIS field offices. Electronic records for Verification Data Integration Service are stored in a secure, cloud hosted environment.

**SYSTEM MANAGER(S):**

Chief, Verification Division, *SAVE.help@uscis.dhs.gov,* U.S.

Citizenship and Immigration Services, Department of Homeland Security, 5900 Capital Gateway Drive, Mail Stop 2620, Camp Springs, MD 20588–0009.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

Authority for having a system for verification of citizenship and immigration status is found in Immigration and Nationality Act, Public Law 82–414, 66 Stat. 163 (June 27, 1952), as amended, Immigration Reform and Control Act, Public Law 99–603, 100 Stat. 3359 (Nov. 6, 1986); Personal Responsibility and Work Opportunity Reconciliation Act, Public Law 104–193, 110 Stat. 2105 (Aug. 22, 1996); Illegal Immigration Reform and Immigrant Responsibility Act, Public Law 104–208, 110 Stat. 3009 (Sept. 30, 1996); (8 U.S.C. 1373(c)); the REAL ID Act of 2005, Public Law 109–13, 119 Stat. 231 (May 11, 2005); Patient Protection and Affordable Care Act, Public Law 111–148, 124 Stat. 119 (Mar. 23, 2010), as amended by the Health Care and Education Reconciliation Act of 2010, Public Law 111–152, 124 Stat. 1029 (Mar. 30, 2010); and the Federal Aviation Administration (FAA) Extension, Safety, and Security Act of 2016, Public Law 114–190, 130 Stat. 615 (July 15, 2016), 8 CFR part 213a (Affidavits of Support on Behalf of Immigrants).

**PURPOSE(S) OF THE SYSTEM:**

The purpose of this system is to provide a service (fee-based for federal agencies) that assists federal, state, territorial, tribal, and local benefit-granting agencies, licensing bureaus, and other authorized entities for any legally mandated purpose in accordance with an authorizing statute to verify the U.S. citizenship and immigration status of individual, to include naturalized, derived, and U.S. citizens by birth, within their jurisdiction applying for benefits, and to otherwise efficiently administer their programs, to the extent that such disclosure is necessary to enable these agencies and entities to make decisions related to (1) determining eligibility for a federal, state, territorial, tribal, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; (5) voter verification or (6) any other lawful purpose. This system is also used for USCIS bond management purposes under section 213 of the Immigration and Nationality Act.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Categories of individuals covered by this system include: (1) individuals who have filed, for themselves or on the behalf of others, applications or other requests for federal, state, territorial, tribal or local licenses or benefits; (2) individuals who are U.S. citizens, including those who are U.S. citizens by birth, and naturalized or acquired U.S. citizens; (3) individuals who have applied for or received other immigration benefits pursuant to 8 U.S.C. 1103 *et seq.* or other applicable law; (4) sponsors and household members listed on the Form I–864 or I–864EZ, *Affidavit of Support Under C Member; Section 213A of the Act* or Form I–864A, *Contract Between Sponsor and Household Member;* (5) individuals subject to certain background investigations; (6) individuals accessing SAVE Case Check; (7) users and administrators who access the system to facilitate U.S citizenship and immigration status verification; and (8) other individuals whose information is verified with SAVE pursuant to an agreement between a user agency and SAVE (*e.g.,* SAVE Memorandum of Agreement). All references to ''sponsor'' or ''sponsors'' include sponsors, joint sponsors, and substitute sponsors, as defined in the regulations at 8 CFR part 213a.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

Information collected from the benefit applicant by the user agency to facilitate U.S citizenship and immigration status verification may include the following:
• Individual's full name (maiden name if applicable);
• Date of birth;
• Country of birth;
• Citizenship or nationality;
• Alien Registration Number (A-Number)/USCIS number;
• Other immigration number/enumerator (*e.g.,* Employment Authorization Document card number, naturalization certificate number, citizenship certificate number);
• Form I–94, Arrival/Departure Record number;
• Visa number;
• Receipt number/card number;
• Student and Exchange Visitor Information System Identification number;
• Foreign Passport number and country of issuance;
• Social Security number (full and truncated) or other alternate number issued by the SSA (*e.g.,* Individual Tax Identification Number (ITIN);
• U.S Passport number;
• Driver's license number;
• Agency Data Universal Numbering System (DUNS) number;
• Benefit type sought (*e.g.,* background check, driver's license/state

identification, education grant/loan/work study, Employment Authorization, housing assistance, Medicaid/Medical Assistance, Social Security number issuance, and voter verification); and
• Copies of original immigration documents.

Information collected from the user agency who accesses the system to facilitate U.S citizenship and immigration status verification may include the following:
• Agency name;
• Address;
• Names of agency points(s) of contact;
• Title of agency point(s) of contact;
• Contact telephone number;
• Fax number;
• Email address;
• User identification; and
• Type of license/benefit(s) the agency issues (*e.g.,* Unemployment Insurance, Educational Assistance, Driver Licensing, and Social Security Enumeration)

Information collected from the Social Security Administration used by SAVE to verify U.S. citizenship or immigration status of an applicant on behalf of a SAVE user agency:
• Social Security number match (True/False);
• Name match (True/False);
• Date of birth match (True/False);
• Death indicator (Yes Deceased/Not Deceased);
• Citizenship indicator;
○ ''A''—U.S. citizen;
○ ''B''—Legal alien, eligible to work;
○ ''C''—Legal alien, not eligible to work;
○ ''D''—Other;
○ ''E''—Alien student-restricted work authorized; and
○ ''F''—Conditionally legalized alien.
• Foreign Born Indicator (Citizenship code is not present, but individual was foreign born);
• Alien Registration Number (Alien Number or A-Number) (where applicable); and
• Error code descriptions (transaction and record levels).

System-generated responses because of the SAVE verification process may include:
• Verification case number; and
• SAVE response.

Information collected from the benefit-granting agency about actions that an agency adjudicating Federal means-tested public benefits takes to deem sponsor income as part of applicant income for purposes of Federal means-tested benefits eligibility and to seek reimbursement from sponsors for the value of benefits provided to sponsored applicants may include:

• Whether the benefit-granting agency approved or denied the application for the means-tested public benefit;

• If the benefit-granting agency denied the application, whether the denial was based upon the information that SAVE provided in its response to the citizenship and immigration status verification request from the benefit-granting agency;

• Whether the benefit-granting agency deemed sponsor/household member income and, if not, the exception or reason for not doing so;

• Whether the benefit-granting agency sent the sponsor a reimbursement request letter (yes/no);

• Whether the sponsor complied with his or her reimbursement obligation; and

• Whether the benefit-granting agency conducted a collection action or other proceedings if the sponsor did not comply with his or her reimbursement obligation (yes/no and if yes, the status, court or forum, and docket or matter number).

Individual information that may be used by SAVE to verify U.S citizenship and immigration status and provide a SAVE response includes:
• Full name;
• Date of birth;
• Country of birth;
• Alien Registration Number (Alien Number or A-Number);
• Social Security number;
• Photograph;
• U.S. passport;
• Driver's license number or State identification number;
• Receipt number/card number (*e.g.,* Form I–551, *Lawful Permanent Resident Card,* Form I–766, *Employment Authorization Document*);
• Other unique identifying numbers (*e.g.,* Student and Exchange Visitor Information System Identification number, Form I–94 number, etc.);
• Visa number;
• Government-issued identification (*e.g.,* foreign passport);
  ○ Document type;
  ○ Country of issuance (COI);
  ○ Document number; and
  ○ Expiration date.
• Entry/Departure date;
• Port of entry;
• Alien status change date;
• Naturalization date;
• Date admitted until;
• Country of citizenship;
• Document grant date;
• Document receipt number;
• Codes (*e.g.,* class of admission, file control office, provision of law cited for employment authorization);
• Employment Authorization Document (EAD) history;

• Beneficiary information (*e.g.,* full name, Alien Registration Number, date of birth, country of birth, Social Security number);

• Petitioner information (*e.g.,* full name, Alien Registration Number, Social Security number, Individual Taxpayer Identification Number, Naturalization Certificate number); and

• Sponsor(s) and household member(s) information (*e.g.,* Full Name, Address, Social Security number).

SAVE may also access immigration case history for other individuals, including:

• Spouse information (*e.g.,* full name, Alien Registration Number, date of birth, country of birth, country of citizenship, class of admission, date of admission, receipt number, phone number, marriage date and location, naturalization date and location);

• Children information (*e.g.,* full name, Alien Registration Number, date of birth, country of birth, class of admission);

• Employer information (*e.g.,* full name, address, supervisor's name, supervisor's phone number); and

• Individuals associated with background checks information (*e.g.,* full name, Alien Registration Number, date of birth, country of birth).

Case history information may include:
• Alert(s);
• Case summary comments;
• Case category;
• Date of encounter;
• Encounter information;
• Custody actions and decisions;
• Case actions and decisions;
• Bonds;
• Photograph;
• Asylum applicant receipt date;
• Airline and flight number;
• Country of residence;
• City (*e.g.,* where boarded, where visa was issued);
• Date visa issued;
• Address in United States;
• Nationality;
• Decision memoranda; investigatory reports and materials compiled for the purpose of enforcing immigration laws;
• Exhibits;
• Transcripts; and
• Other case-related papers concerning aliens, alleged aliens, or lawful permanent residents brought into the administrative adjudication process.

**RECORD SOURCE CATEGORIES:**

Records are obtained from several sources including: (A) agencies and entities seeking to determine U.S citizenship or immigration status of benefit applicants; (B) individuals seeking public licenses, benefits, or credentials; (C) other DHS components

assisting with enrollment and system maintenance processes; (D) information created by SAVE; (E) state or national organizations issuing and maintaining driver's license or state identification information such as the NLETS; and (F) information collected and covered by the following USCIS, DHS, and other federal agency systems of records:

• DHS/USCIS/ICE/CBP–001 Alien File, Index, and National File Tracking System of Records, September 18, 2017 (FR 82 FR 43556);

• DHS/USCIS–007 Benefits Information System, October 10, 2019 (84 FR 54622);

• DHS/USCIS–010 Asylum Information and Pre-Screening System of Records, November 30, 2015 (80 FR 74781);

• DHS/USCIS–018 Immigration Biometric and Background Check (IBBC) Records System of Records, July 31, 2018 (83 FR 36950);

• DHS/CBP–005 Advance Passenger Information System (APIS), March 13, 2015 (80 FR 13407);

• DHS/CBP–006 Automated Targeting System, May 22, 2012 (77 FR 30297);

• DHS/CBP–007 CBP Border Crossing Information (BCI), December 13, 2016 (81 FR 89957);

• DHS/CBP–011 U.S. Customs and Border Protection TECS, December 19, 2008 (73 FR 77778);

• DHS/CBP–016 Nonimmigrant Information System, March 13, 2015 (80 FR 13398);

• DHS/CBP–021 Arrival and Departure Information System (ADIS), November 18, 2015 (80 FR 72081);

• DHS/ICE–001 DHS/ICE–001 Student and Visitor Exchange Program (SEVP), December 8, 2021 (86 FR 69663);

• DHS/ICE–011 Criminal Arrest Records and Immigration Enforcement Records (CARIER) System of Records, July 5, 2024 (89 FR 55638);

• DHS/ALL–003 Department of Homeland Security General Training Records, November 25, 2008 (73 FR71656);

• DHS/ALL–016 Correspondence Records, September 26, 2018 (83 FR 48645);

• JUSTICE/EOIR–002, Office of the Chief Administrative Hearing Officer (OCAHO) Case Management System (CMS) August 16, 2019 (84 FR 42016);

• STATE–05 Overseas Citizens Services Records and Other Overseas Records, November 20, 2023 (88 FR 80804);

• STATE–26 Passport Records, March 24, 2015 (80 FR 15653);

• STATE–39 Visa Records, November 8, 2021 (86 FR 61822) and

DHS-AR-000119

- SSA–60–0058 Master Files of Social Security Number Holders and Social Security Number Applications, February 20, 2025 (90 FR 10025)

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under 5 U.S.C. 552a(b) of the Privacy Act, all or a portion of the records or information contained in this system may be disclosed outside DHS as a routine use pursuant to 5 U.S.C. 552a(b)(3) as follows:

A. To the Department of Justice (DOJ), including the U.S. Attorneys Offices, or other federal agency conducting litigation or proceedings before any court, adjudicative, or administrative body, when it is relevant or necessary to the litigation and one of the following is a party to the litigation or has an interest in such litigation:

1. DHS or any component thereof;
2. Any employee or former employee of DHS in his/her official capacity;
3. Any employee or former employee of DHS in his/her individual capacity, only when DOJ or DHS has agreed to represent the employee; or
4. The United States or any agency thereof.

B. To a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual to whom the record pertains.

C. To the National Archives and Records Administration (NARA) or General Services Administration pursuant to records management inspections being conducted under the authority of 44 U.S.C. 2904 and 2906.

D. To an agency or organization for the purpose of performing audit or oversight operations as authorized by law, but only such information as is necessary and relevant to such audit or oversight function.

E. To appropriate agencies, entities, and persons when (1) DHS suspects or has confirmed that there has been a breach of the system of records; (2) DHS has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, DHS (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with DHS's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

F. To another Federal agency or Federal entity, when DHS determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

G. To an appropriate federal, state, territorial, tribal, local, international, or foreign law enforcement agency or other appropriate authority charged with investigating or prosecuting a violation or enforcing or implementing a law, rule, regulation, or order, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure.

H. To contractors and their agents, grantees, experts, consultants, and others performing or working on a contract, service, grant, cooperative agreement, or other assignment for DHS, when necessary to accomplish an agency function related to this system of records. Individuals provided information under this routine use are subject to the same Privacy Act requirements and limitations on disclosure as are applicable to DHS officers and employees.

I. To approved federal, state, territorial, tribal, and local government agencies for any legally mandated purpose (*e.g.,* benefits, licensing, voter verification) in accordance with their authorizing statute or law and when an approved agreement (*e.g.,* Memorandum of Agreement (MOA) or Computer Matching Agreement (CMA) is in place between DHS and the entity.

J. To a federal, state, territorial, tribal, or local government agency that oversees or administers Federal means-tested public benefits for purposes of seeking reimbursement from sponsors for the value of benefits provided to sponsored applicants, as well as reporting on overall sponsor deeming and agency reimbursement efforts to appropriate administrative and oversight agencies.

K. To airport operators to determine the eligibility of individuals seeking unescorted access to any Security Identification Display Area of an airport, as required by the Federal Aviation Administration (FAA) Extension, Safety, and Security Act of 2016.

L. To the Social Security Administration and other federal, state, tribal, territorial, local, governments and other authorized entities to assist user agencies determine U.S. citizenship and immigration status of an individual when a DHS approved agreement is in place between DHS and the entity.

M. To federal, state, territorial, tribal, local, and other entities that have legal authority to provide oversight to programs and benefits supported by SAVE for auditing of program requirements and when a DHS-approved agreement (*e.g.,* Memorandum of Agreement (MOA) or Computer Matching Agreement (CMA)) is in place between DHS and the entity.

N. To the news media and the public, with the approval of the Chief Privacy Officer in consultation with counsel, when there exists a legitimate public interest in the disclosure of the information, when disclosure is necessary to preserve confidence in the integrity of DHS, or when disclosure is necessary to demonstrate the accountability of DHS's officers, employees, or individuals covered by the system, except to the extent the Chief Privacy Officer determines that release of the specific information in the context of a particular case would constitute a clearly unwarranted invasion of personal privacy.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

DHS/USCIS stores records in this system electronically or on paper in secure facilities in a locked drawer behind a locked door. The records may be stored on magnetic discs, tapes, and digital media. Additionally, information is located within the USCIS Verification Data Integration Service SAVE Program.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS**

DHS/USCIS retrieves records by name of applicant or other unique identifier including, but not limited to Verification Case Number, Alien Registration Number (Alien Number or A–Number), I–94 Number, Social Security number, Passport number, Driver's license number, Visa number, Student and Exchange Visitor Information System Identification number, or by the submitting agency name.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

SAVE records are covered by NARA-approved records retention and disposal schedule, N1–566–08–07. Records collected in the process of enrolling in SAVE and in verifying U.S. citizenship or immigration status are stored and retained in SAVE for ten (10) years from the date of the completion of

verification. However, if the records are part of an ongoing investigation, they will be retained until completion of the investigation and pursuant to the records retention schedule associated with the investigation. This initial 10-year period is based on the statute of limitations for most types of misuse or fraud possible using SAVE (under 18 U.S.C. 3291, the statute of limitations for false statements or misuse regarding passports, citizenship, or naturalization documents).

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

DHS/USCIS safeguards records in this system according to applicable rules and policies, including all applicable DHS automated systems security and access policies. USCIS has imposed strict controls to minimize the risk of compromising the information that is being stored. Access to the computer system containing the records in this system is limited to those individuals who have a need to know the information for the performance of their official duties and who have appropriate clearances or permissions.

**RECORD ACCESS PROCEDURES:**

Absent an authorized exception for disclosure exists, the U.S. Department of Homeland Security protects and withholds the Privacy Act of 1974/ Judicial Redress Act of 2015 covered records by law for U.S. citizens, lawful permanent residents, and Judicial Redress Act covered persons from covered countries.

Individuals seeking access to and notification of any record contained in this system of records, or seeking to contest its content, may submit a request online at *https://first.uscis.gov/* or submit a request in writing to the Chief Privacy Officer and to the USCIS FOIA/Privacy Act Officer whose contact information can be found at *http://www.dhs.gov/foia* under "Contacts Information." If an individual believes more than one component maintains Privacy Act records concerning him or her, the individual may submit the request to the Chief Privacy Officer and Chief Freedom of Information Act Officer, Department of Homeland Security, Washington, DC 20528–0655. Even if neither the Privacy Act nor the Judicial Redress Act provide a right of access, certain records about him or her may be available under the Freedom of Information Act.

When an individual is seeking records about himself or herself from this system of records or any other Departmental system of records, the individual's request must conform with

the Privacy Act regulations set forth in 6 CFR part 5. The individual must first verify his/her identity, meaning that the individual must provide his/her full name, current address, and date and place of birth. The individual must sign the request, and the individual's signature must either be notarized or submitted under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury as a substitute for notarization. While no specific form is required, an individual may obtain forms for this purpose from the Chief Privacy Officer and Chief Freedom of Information Act Officer, *http://www.dhs.gov/foia* or 1–866–431–0486. In addition, the individual should:

• Explain why the individual believes the Department would have information on him/her;

• Identify which component(s) of the Department the individual believes may have the information about him/her;

• Specify when the individual believes the records would have been created; and

• Provide any other information that will help the FOIA staff determine which DHS component agency may have responsive records.

If an individual's request is seeking records pertaining to another living individual, the first individual must include a statement from the second individual certifying his/her agreement for the first individual to access his/her records.

Without the above information, the component(s) may not be able to conduct an effective search, and the individual's request may be denied due to lack of specificity or lack of compliance with applicable regulations.

**CONTESTING RECORD PROCEDURES:**

For records covered by the Privacy Act or covered the Judicial Redress Act records, see "Record Access Procedures" above. For records not covered by the Privacy Act or Judicial Redress Act, individuals may still amend their records at a USCIS Field Office by contacting the USCIS Contact Center at 1–800–375–5283 (TTY 800–767–1833) to request an appointment.

**NOTIFICATION PROCEDURES:**

See "Record Access Procedures."

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None. However, when this system receives a record from another system exempted in that source system under 5 U.S.C. 552a, DHS will claim the same exemptions for those records that are claimed for the original primary systems of records from which they originated.

**HISTORY:**

85 FR 31798 (May 27, 2020); 81 FR 78619 (November 8, 2016); 76 FR 58525 (September 21, 2011); 73 FR 75445 (December 11, 2008); 73 FR 10793 (February 28, 2008); 72 FR 17569 (April 9, 2007); 67 FR 64134 (October 17, 2002); and 66 FR 46812 (September 7, 2001).

\*    \*    \*    \*    \*

**Roman Jankowski,**
*Chief Privacy Officer, U.S. Department of Homeland Security.*
[FR Doc. 2025–19735 Filed 10–30–25; 8:45 am]
**BILLING CODE 9111–97–P**

## DEPARTMENT OF THE INTERIOR

### National Indian Gaming Commission

### Fee Rate and Fingerprint Fees

**AGENCY:** National Indian Gaming Commission, Interior.
**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that the National Indian Gaming Commission has adopted its annual fee rates of 0.00% for tier 1 and 0.08% (.0008) for tier 2, which maintain the current fee rates. These rates shall apply to all assessable gross revenues from each gaming operation under the jurisdiction of the Commission. If a tribe has a certificate of self-regulation, the fee rate on Class II revenues shall be 0.04% (.0004) which is one-half of the annual fee rate. The annual fee rates are effective November 1, 2025, and will remain in effect until new rates are adopted. The National Indian Gaming Commission has also adopted its fingerprint processing fee of $44 per card which remains the same as current fingerprint processing fee. The fingerprint processing fee is effective November 1, 2025, and will remain in effect until the Commission adopts a new rate.

**FOR FURTHER INFORMATION CONTACT:** Yvonne Lee, National Indian Gaming Commission, 1849 C Street NW, Mail Stop #1621, Washington, DC 20240; telephone (202) 632–7003; fax (202) 632–7066.

**SUPPLEMENTARY INFORMATION:** The Indian Gaming Regulatory Act (IGRA) established the National Indian Gaming Commission, which is charged with regulating gaming on Indian lands.

Commission regulations (25 CFR 514) provide for a system of fee assessment and payment that is self-administered by gaming operations. Pursuant to those regulations, the Commission is required to adopt and communicate assessment



Privacy Impact Assessment
for the

# Systematic Alien Verification for Entitlements (SAVE) Program

## DHS/USCIS/PIA-006

## August 26, 2011

**Contact Point**
**Janice Jackson**
**Acting Privacy Branch Chief, Verification Division**
**United States Citizenship and Immigration Services**
**(202) 443-0109**

**Reviewing Officials**
**Donald Hawkins**
**Chief Privacy Officer**
**United States and Citizenship and Immigration Services**
**(202) 272-8000**

**Mary Ellen Callahan**
**Chief Privacy Officer**
**Department of Homeland Security**
**(703) 235-0780**

DHS-AR-000141



## Abstract

The Verification Division of the United States Citizenship and Immigration Services (USCIS) administers the Systematic Alien Verification for Entitlements (SAVE) Program. SAVE is a fee-based intergovernmental initiative designed to help federal, state, tribal, and local government agencies check immigration status for granting benefits, licenses, and other lawful purposes. Previously, USCIS documented the SAVE Program along with the E-Verify Program in the Privacy Impact Assessment (PIA) and System of Records Notice (SORN) of the Verification Information System (VIS), which is the technology that supports both programs. USCIS has conducted separate PIAs for the SAVE and E-Verify programs to assist the public in better understanding each program.

## Overview

### Background

The United States Citizenship and Immigration Services (USCIS) administers the Systematic Alien Verification for Entitlements (SAVE) Program. SAVE is a fee-based intergovernmental initiative designed to help federal, state, tribal, and local government agencies and licensing bureaus confirm immigration status information which includes status verifications by a federal, state, tribal, or local government agency, or by a contractor acting on the agency's behalf, to the extent that such disclosure is necessary to enable these agencies to make decisions related to: (1) determining of eligibility for a federal, state, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; or (5) any other lawful purpose.

A federal, state, tribal, or local government agency that provides a public benefit or license, or that is otherwise authorized by law to engage in an activity related to the verification of immigration status, may enroll in SAVE as a customer agency. By using SAVE, federal, state, tribal, and local customer agencies can request immigration status information in order to make a determination regarding the applicant's eligibility for a benefit or a license. It is important to note that SAVE does not make determinations on an applicant's eligibility for a specific benefit or license, but it does provide the necessary information to the agencies to allow them to make an informed decision prior to issuing benefits or licenses. The customer agency analyzes the SAVE response against the agency's own eligibility criteria to make an award determination. SAVE does not know the final outcome of the benefit adjudication.

SAVE has access to multiple immigration record systems from a variety of government agencies in order to confirm immigration status. All SAVE customer agencies must adhere to a Memorandum of Agreement (MOA) or Computer Matching Agreement (CMA), which include binding responsibilities regarding proper information usage and handling of SAVE information. The MOA also stipulates the terms for billing and payment. Relative to its billing and registration process, SAVE collects personally identifiable information (PII) such as the customer agency's point of contact name and professional contact information, as well as customer agency

DHS-AR-000142



and demographic information.   SAVE staff may also collect sensitive information such as customer agency credit card information and other data relevant to the billing process.

Before an applying agency is accepted as a SAVE customer, it must first be cleared through an online registration process in which agencies are required to provide the legal authorities that allow them to administer benefits and verify citizenship or immigration status for those benefits.  USCIS legal counsel reviews each application before it is approved.

Additionally, in administering the SAVE Program, the USCIS Verification Division may use information about customer agencies to conduct training and outreach marketing activities. These activities may require using information collected from customer agencies or commercially-available company mailing lists.  SAVE may also use collected information to engage in customer service-oriented activities to improve customer agency relationships, such as outbound welcome calls, surveys, mass message distribution, and other quality assurance activities (e.g., complaints center).  Inbound and outbound calls may be recorded and retained for training and quality assurance purposes.  Information may also be used for monitoring and compliance activities, especially in connection with possible fraud, discrimination, or misuse and abuse of the SAVE system.  These activities are essential to educate the public about SAVE and ensure proper usage of the program.  Information may also be used for statistical analysis and recommending program enhancements.

A typical SAVE verification involves a registered federal, state, tribal, or local government benefit or license granting agency verifying the immigration status of an immigrant or non-immigrant.   The immigration status is based on information from a state or U.S. government-issued document, such as a Permanent Resident Card (often referred to as a Green Card) or Employment Authorization Document.  Before a SAVE customer agency can submit a query, the agency must collect certain information from the benefit or license applicant's immigration-related document.  The verification process is document driven and requires the document's numeric identifier, e.g., Alien Number (A-Number).  The document presented by the individual determines the verification process.   SAVE verifies non-citizens and naturalized citizens.  Native-born U.S. citizens are not subject to SAVE verification and would not possess approved documents, e.g., Lawful Permanent Resident Cards or Certificates of Naturalization.  A customer agency will only query SAVE on individuals who are covered by the Immigration and Nationality Act (INA) and have appropriate documentation.  In the vast majority of cases these are immigrants or non-immigrants, but they may also include naturalized or derived U.S. citizens.[1]   Individuals presenting U.S. passports cannot be verified in SAVE because U.S. Passports cannot be used to initiate a SAVE query.

When a SAVE customer agency submits a query, SAVE queries various databases for matching records.  These databases consist of the Department of Homeland Security (DHS) case management databases used for adjudicating immigration benefits, such as the Computer-Linked

---

[1] Naturalized citizenship is defined as the conferring, by any means, of citizenship upon a person after birth. Derived citizenship is defined as citizenship conveyed to children through the naturalization of parents or, under certain circumstances, to foreign-born children adopted by U.S. citizens, provided certain conditions are met.

DHS-AR-000143



Application Information Management Systems (CLAIMS 3 and CLAIMS 4) and the Department of Justice (DOJ) Executive Office Immigration Review (EOIR) System.

If SAVE locates a record pertaining to the applicant in any of these DHS databases, SAVE displays that data. The data displayed by SAVE depends on the customer agency's authority to use SAVE and the type of benefit the customer agency provides. For example, Departments of Motor Vehicles (DMV) are not authorized to receive an immigrant's sponsorship information and therefore would not receive it.

If SAVE is unable to find a record pertaining to the applicant, it displays a "Institute Additional Verification" message. The SAVE customer agency may initiate the additional verification procedure, which entails an in-depth query by USCIS Immigration Status Verifiers (Status Verifier) to determine the applicant's immigration status. At the point at which the "Institute Additional Verification" message is displayed, customer agencies are required to inform benefit applicants of the additional verification option and to pursue it if requested by the applicant. This is part of the MOA for all customer agencies.

Status Verifiers perform the additional verification queries and return responses to the customer agency electronically. The additional verification ensures that the Status Verifiers check appropriate DHS record systems and the DOJ's EOIR system. During second and third step verification, Status Verifiers have read-only access to information contained in immigration systems described in the attached appendices available through the Person Centric Query System (PCQS). Status Verifiers will only query this information to review applicant records. Each connected system provides a view of information related to immigrants and non-immigrants that is specific to the process or program managed by that connected system.

If the customer agency declines the second step additional verification, the process ceases. If the customer agency elects the second step, the process continues. If the second step search produces relevant information enabling verification of immigration status, SAVE provides an electronic notice to the inquiring customer agency. If SAVE is still unable to locate a record for the applicant during the second step, SAVE electronically notifies the customer agency to submit Form G-845, *Document Verification Request,* with a copy of the applicant's immigration documents, for a third step search.[2]

While each of the systems may also provide other capabilities, such as case management, adjudication updates, or background checks, Status Verifiers only use PCQS for second and third step verification to determine the immigration status of the applicant. In addition to conducting manual queries of databases for status verification, Status Verifiers may also request record corrections to the USCIS Central Index System (CIS) database by contacting the USCIS Records Division, as appropriate, so that status will be corrected for any future SAVE queries.

---

[2] If the submitted Form G-845 is incomplete, Form G-1120, Status Verification Return Checklist, may be sent to the inquiring customer agency. Form G-1120 includes an explanation of what information is missing in Form G-845. Also, if an unregistered, non-customer agency attempts to use SAVE, Form G-1120 is sent advising them to register, if eligible.



**Other SAVE Verification Processes**

The most recent Verification Information System (VIS) Privacy Impact Assessment (PIA) Update and the VIS System of Records Notice (SORN)[3] recognized the expanded scope of SAVE to include supporting customer agencies that conduct federal security clearance background investigations of third parties.  A customer agency conducting a federal background investigation on an individual may use SAVE to verify the immigration status of that individual's family members, cohabitants, and other affiliates.  For example, if a federal government customer agency selected an individual for a government position that requires a security clearance, the Office of Personnel Management (OPM) may use SAVE to verify immigration status information on that individual and any family members, cohabitants, and other affiliates as part of the security clearance process.

SAVE also assists in providing immigration status information for other lawful purposes. For example, the United States Armed Forces verifies status as part of its recruitment activities. Similarly, U.S. nuclear power plants may verify immigration status for security badges.

The REAL ID Act of 2005, Pub. L. No.109-13, 119 Stat. requires that any state seeking to be REAL ID compliant use the SAVE Program to verify the legal presence status of non-U.S. citizens requesting driver's licenses and state-issued identification cards.  Many state DMVs already access SAVE to determine the status of non-citizens.   In addition to verifying immigration status through traditional SAVE access methods, REAL ID DMVs may accomplish verification through the American Association of Motor Vehicle Administrators Network (AAMVAnet).  The USCIS Enterprise Service Bus (ESB) is the electronic conduit through which AAMVAnet links to VIS.  In some cases, a DMV may provide driver's license numbers to SAVE.  SAVE does not retain this information.

Also by using AAMVAnet,  REAL ID DMVs may verify passport data by linking to the ESB to connect to CBP Pass, administered by the U.S. Customs and Border Protection.  By submitting only the date of birth of the passport holder and passport number, the passport information in the Department of State (DoS) database, Passport Information Electronic Records System, is queried.   If there is a passport on record with information matching that provided by the DMV, a "Match" is returned.  If no record is found, a "No Match" is returned.  Under provisions of a Memorandum of Agreement between DHS and DoS, no passport data is transmitted to the DMV.

In addition, SAVE is currently developing the capability to use Photo Tool for those DMVs that access SAVE through AAMVAnet.  When a DMV submits a query for verification of status using certain documents, SAVE retrieves currently available data from various sources and checks the Customer Profile Management System (CPMS) database to determine if a photo associated with the document the applicant presents is available.  Other fields, such as date of birth, are also checked to avoid retrieving the wrong photo.  If a photo is found, it is returned to the requestor's screen at the DMV along with the pertinent information from the database.  The

---

[3] DHS/USCIS/PIA-006 Verification Information System and DHS/USCIS-004 Verification Information System SORN will be retired upon publication of the SAVE PIA and SORN.

DHS-AR-000145



DMV may use this information in their decision-making process for driver's license or ID card issuance. This process has not been finalized so it will be described more fully in a future PIA. Following the development of Photo Tool for DMVs accessing SAVE through AAMVAnet, SAVE intends to make it available to other agencies using other SAVE access methods.

**Reasons for Publishing this PIA**

Previously, DHS published the VIS single PIA and SORN, which addressed both SAVE and E-Verify. In addition, DHS published a PIA for the Person Centric Query System (PCQS), which supports both SAVE and E-Verify. DHS determined that publishing separate PIAs for SAVE and E-Verify incorporating appropriate information from both the VIS and PCQS PIAs would better assist the public in understanding these programs.[4] This PIA refers to SAVE when addressing programmatic issues and references to VIS and PCQS and the technologies that support the program. Upon publication of the SAVE PIA, the VIS PIAs will be retired. The PCQS PIAs will remain in effect because they provide a more detailed explanation of the service as part of the overall USCIS service-oriented architecture.

This PIA also elaborates on SAVE's expanded use of foreign passport numbers for non-immigrants from visa waiver countries. Foreign passport numbers will now be relied upon more frequently as an identifier because the U.S. Customs and Border Protection (CBP) no longer gives Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Form, to non-immigrants from visa waiver countries entering into the United States. The SAVE program previously relied on Form I-94W identification numbers to identify non-immigrants from visa waiver countries. Passport numbers were chosen because affected non-immigrants may not have acceptable DHS-issued documents, but in all cases should have their foreign passports at entry. Few travelers from visa waiver countries apply for the benefits administered by SAVE customer agencies.

# Section 1.0 Characterization of the Information

The following questions are intended to define the scope of the information requested and/or collected as well as reasons for its collection as part of the program, system, rule, or technology being developed.

### 1.1    What information is collected, used, disseminated, or maintained in the system?

SAVE receives daily or real-time downloads from several DHS systems as described in Section 1.2. SAVE collects query and transaction information from the SAVE customer agencies. Much of this information pertains to individuals dealing with USCIS pursuant to INA, such as applicants for immigration benefits, petitioners, and non-immigrant visa holders. Information collected from the customer agency to facilitate verification of immigration status verification may include the following:

---

[4] DHS published PIAs for E-Verify in May and June of 2010. These are available at http://www.dhs.gov/privacy.

DHS-AR-000146

About the Individual (i.e., applicant)

- Receipt Number (issued by USCIS for applications for immigrant or nonimmigrant benefits)

- Alien Number

- Form I-94, Arrival-Departure Record Number

- Name (last, first, middle)

- Date of Birth

- Nationality

- Customer Agency-issued Case Number

- DHS document expiration date

- DHS Document Number

- Student Exchange and Visitor Information System (SEVIS) ID

- Foreign Passport Number

- U.S.-issued Visa Number

- Alias

- Social Security Number (in very limited circumstances using the Form G-845, Document Verification Request)

- Type of benefit the applicant is seeking

About the Customer Agency (e.g., federal, state, tribal, local, and other government agencies)

- Name of Agency

- Address

- Point of Contact

- Contact Telephone Number

- Authority to Issue Benefits

- Data Universal Numbering System (DUNS) Number (or Dun and Bradstreet Number)

- Tax Payer Identification Number

- Trading Partner Number

- Agency Locator Code

DHS-AR-000147

<u>About the Agency Customer</u>

- Name (last, first, middle)

- Phone Number

- Fax Number

- E-mail Address

- Customer ID for users within the Agency

<u>Information Generated from Initial Verification</u>

- Case Verification Number

- Immigration Status

Additional information is generated from and used in second and third step verifications. These additional verification steps use information from DHS databases, as well as databases from the U.S. DOJ and DoS.  A listing of databases and data elements is provided in Appendix A, a description of the databases is provided in Appendix B, and a listing of system PIAs and SORNs is provided in Appendix C.

## 1.2    What are the sources of the information in the system?

SAVE is supported by and uses information derived from individuals, customer agencies, VIS, other DHS agencies, DoS, and DOJ systems.  The SAVE system receives daily downloads of relevant subsets of information about individuals coming before USCIS pursuant to the INA, to include applicants for immigration benefits, petitioners, and non-immigrant visa holders. Specific information received in these downloads is provided by the following DHS databases:[5]

- Arrival Departure Information System (ADIS)
- Central Index System (CIS)
- Computer-Linked Application Information Management System 3.0 (Claims 3)
- Computer-Linked Application Information Management System 4.0 (Claims 4)
- ENFORCE Integrated Database (EID) Enforcement Alien Removal Module (EARM)
- Enterprise Document management System (EDMS)
- Imagine Storage and Retrieval System (ISRS)[6]
- Marriage Fraud Amendment System (MFAS)
- Microfilm Digitization Application System (MiDAS)
- Refugees, Asylum, and Parole System (RAPS)
- Reengineered Naturalization Applications Casework System (RNACS)[7]
- Student and Exchange Visitor Identification System (SEVIS)

---

[5] Privacy Impact Assessments (PIA) and System of Record Notices (SORN) for DHS systems are on the DHS Privacy Web site at:  http://www.dhs.gov/privacy.
[6] ISRS is scheduled to be decommission by early 2011 and replaced by the Customer Profile Management System.
[7] RNACS is scheduled to be decommissioned in late 2011.

DHS-AR-000148



**Information about the Individual Benefit Applicant**

SAVE receives information about applicants from the customer agencies. The subject of the query does not have direct access to SAVE. Instead, information about the individual is submitted by a SAVE customer agency.

**The Customer Agency (i.e., federal, state, tribal, local, or other government agencies)**

Customer agencies participating in SAVE provide data about themselves including the name of the agency, business address, phone number, and point of contact information, as well as SAVE customer contact information and data about the person being queried.

Some agencies use a single sign-on for all of their individual users. In these cases, SAVE will not collect information from individual users because individual users will appear as one agency user. In the case of single sign-on access to users, SAVE requires the agency to sign an addendum to the MOA which states that every user of the system must be assigned a unique identifier for internal identification. If requested, the agency will provide this information to SAVE to allow for a clear audit trail for all transactions.

A description of federal databases is provided in Appendix B.

## 1.3    Why is the information being collected, used, disseminated, or maintained?

Data about an individual is used to verify the immigration status of that individual to determine eligibility for benefits, credentials, and licenses issued by a federal, state, tribal, or local government agency. Data is also used for federal security background investigations and other lawful purposes. A variety of data is used for cross-referencing to ensure that data is accurate and current, to identify inconsistencies between or among databases, and to minimize fraud. Additionally, PII is collected from individual users of the system to provide accountability of system usage in the event of misuse and abuse of the system. Finally, SAVE data is used for registering agencies and other administration functions.

## 1.4    How is the information collected?

SAVE collects information about the customer agency and the users of SAVE directly from the agency, applicants of the customer agency, immigration status from other federal government systems, and as it relates to the misuse and abuse of the system. How this information is collected is described below:

*Customer Agency Users:* SAVE collects Information about the customer agency from the agency during the registration process. This information will include information about the agency along with information about the users of SAVE.

*Applicants of Customer Agencies:* SAVE collects information about a benefit applicant when the customer agency submits a query. SAVE compares that information to data found in DHS databases in order to provide appropriate responses to the requesting customer agency. Additional information about an applicant may be received during secondary verification.

DHS-AR-000149



*Immigrant Status:*  SAVE collects information from daily or real-time downloads from several DHS systems and interfaces, as well as query and transaction information from SAVE customers.  It also receives information from partnering agencies such as the Department of State and DOJ.  A customer agency seeking to establish immigration status may do so by inputting information through secure means to include:  1) Secure File Transfer Protocols for batch transfers; 2) secure USCIS web site; 3) Web Services access;[8] or 4) by mailing Form G-845.

*Misuse and Abuse of the System:*  SAVE also collects information in the course of its monitoring and compliance activities, especially in connection with determining the existence of fraud or discrimination in the use of the SAVE system.  The USCIS Verification Call Center, law enforcement agencies, and the media also provide information to SAVE.

## 1.5    How will the information be checked for accuracy?

SAVE automatically provides the immigration status of an individual if the information entered through SAVE, during an initial verification query, matches a record housed in the SAVE database.   Potential record inaccuracies are discovered when the record is queried and the customer agency provides information for comparison.

The accuracy of the responses depends on the accuracy of the data within the databases that share data with SAVE.  If a discrepancy is encountered or if no record is found pertaining to an individual, status verifiers conduct a manual search of additional DHS databases to determine immigration status.  If possible, status verifiers will verify the applicant's immigration status and request an update to the database.  The applicant may be referred to a local USCIS office or to the appropriate record holding agency to resolve discrepancies that cannot be clarified through database or record searches.

With respect to information collected from individual applicants, it is incumbent upon both the applicants providing their information, as well as the customer agency performing the query, to verify the accuracy of information provided to SAVE.  The SAVE Program provides a confirmation page to the customer agency to review prior to submitting the query.

## 1.6    What specific legal authorities, arrangements, and/or agreements defined the collection of information?

Congress mandated that USCIS establish a system to verify the immigration status of individuals seeking government benefits or within the jurisdiction of the customer agency for any purpose authorized by law.  Authority for having a system for verification of citizenship and immigration status of individuals seeking government benefits is governed by the Immigration Reform and Control Act of 1986 (IRCA), P.L. 99-603, 100 Stat. 3359; the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), P.L. 104-193, 110 Stat. 2105; Title IV, Subtitle A, of the Illegal Immigration Reform and Immigrant Responsibility

---

[8] Web Services is a support service that allows SAVE customer agencies to access VIS information through a software interface.



Act of 1996 (IIRIRA), P.L. 104-208, 110 Stat. 3009; and the REAL ID Act of 2005, Pub. L. No.109-13, 119 Stat. 231.

All customer agencies participating in SAVE sign a MOA or CMA with SAVE.

## 1.7    <u>Privacy Impact Analysis</u>: Given the amount and type of data collected, discuss the privacy risks identified and how they were mitigated.

VIS, the database supporting SAVE, is required to contain a large amount of PII to support its mission. Four privacy risks are identified due to this collection of the data.

**Risk:** The first risk is an unauthorized release of information, specifically a risk of returning unauthorized information to the customer agency.

**Mitigation:** To mitigate this risk SAVE customer agencies are categorized and coded according to the type of benefit they administer. Information is returned according to a customer agency's legally-authorized use. For example, a DMV would not receive sponsorship information about an individual. Only the minimum data required for accurate verification of driver's license eligibility is returned.

**Risk:** The second risk concerns data quality where inaccurate information may be attributed to an individual applying for a benefit.

**Mitigation:** To mitigate this risk, SAVE receives daily or real-time data enhancements and downloads from additional DHS and DOS systems to improve the completeness of SAVE data. DOJ's system is accessed directly. If, during initial verification, SAVE is unable to automatically verify an individual's status, Status Verifiers review the information and search other DHS databases to provide further verification so that an individual's status can be confirmed. When discrepancies are discovered during the second and third step manual verification, Status Verifiers may request corrections to the appropriate systems. SAVE is supported by an interconnected database of more than one hundred million selected immigration records from DHS and partner agencies. The uniqueness of each individual system and their combined diversity provides cross-references to minimize inaccurate information attributed to an individual. The result is fewer manual and second and third step verifications conducted by Immigration Status Verifiers. Further Status Verifiers also request record corrections to USCIS's Central Index System database, as appropriate.

**Risk:** The third risk is unauthorized customers registering to use SAVE.

**Mitigation:** To mitigate this risk, the SAVE Program staff conducts a manual review and approval of all applications to use SAVE. SAVE customer agencies register themselves online. In doing so, they may not clearly understand the SAVE definition for type of customer agency or benefit type administered. Incorrect selections during self-registration could result in extraneous information being returned from SAVE. To mitigate this risk, SAVE Program staff, as well as the USCIS legal department, review all initial registration applications against a checklist confirming the benefits the user agency claims to administer and its legal authority to do

DHS-AR-000151



so.  If discrepancies are discovered, SAVE staff does not process the registration until the agency provides the correct information.

**Risk:**  The fourth risk is PII being misused or an unintended use of the PII data.

**Mitigation:**  To mitigate this risk, the SAVE Program ensures that data is used only for the purposes described in SAVE's PIA and SORN documentation.  Other proposed uses are reviewed and put through a Privacy evaluation process as mandated by DHS Privacy Office. Additionally, the MOU or CMA signed by user agencies requires compliance with relevant sections of the Privacy Act and the Federal Information Security Management Act to safeguard and protect data from possible misuse.

# Section 2.0 Uses of the Information

The following questions are intended to delineate clearly the use of information and the accuracy of the data being used.

## 2.1 Describe all the uses of information.

The primary use of the SAVE information is to provide immigration status information for any legally mandated purpose to federal, state, tribal, and local government customer agencies.  The majority of customer agencies use SAVE to determine if applicants are entitled to receive the public benefits, licenses, or credentials they administer.  For example, based on IRCA, customer agencies use SAVE when providing education and housing assistance, Medicaid, and unemployment benefits.  PRWORA, by its definition of public benefits, allows customer agencies to use SAVE to determine the immigration status for purposes of licensing and loans.  IIRIRA provides for customer agencies to use SAVE for any legal purpose such as background investigations and voter registration.  In addition, the REAL ID Act of 2005 requires that any state choosing to be compliant with the Act utilize the SAVE Program to verify the immigration status of individuals claiming to be non-citizens before issuing them REAL ID compliant driver's licenses and identification cards.

Information in SAVE will only be used for SAVE verifications and for other administrative purposes aligning with the SAVE process, for such things as customer agency registration and relationship management, user accountability, program quality management, and monitoring and compliance activities.

## 2.2 What types of tools are used to analyze data and what type of data may be produced?

SAVE uses both manual and automated comparisons of information to confirm immigration status.  Analysts use the Compliance Tracking and Management System (CTMS), which supports all monitoring and compliance activities to ensure that customers follow proper procedures according to their signed agreements, as well as regulations.  CTMS, which has its



own PIA and SORN,[9] collects and uses information necessary to support monitoring and compliance activities for researching and managing misuse, abuse, discrimination, breach of privacy, and fraudulent use of SAVE.  CTMS and SAVE produce reports and data extractions for evaluation by MPAs.

### 2.3    If the system uses commercial or publicly available data please explain why and how it is used.

SAVE uses customer agency-oriented information such as Dun and Bradstreet numbers and tax identification numbers for billing purposes.  SAVE may also use commercially available company mailing lists for outreach purposes.

The USCIS Office of the Chief Financial Officer requires the Dun and Bradstreet numbers (also referred to as a DUNS number) and tax identification numbers.  They serve only as additional identifiers and are not used for cross-referencing.  The DUNS numbers are also used by the U.S. Department of Treasury if they must collect owed payments from a delinquent user agency.

### 2.4    <u>Privacy Impact Analysis</u>: Describe any types of controls that may be in place to ensure that information is handled in accordance with the above described uses.

<u>Risk:</u>  The information contained in SAVE is used primarily to respond to inquiries from authorized customer agencies. Because SAVE collects PII pertaining to authorized customer agency points of contact (POCs) and accesses databases containing information about benefit seekers, there is a risk of unauthorized access to this information, use of this information in an unofficial capacity, or the presence of inaccurate information attributed to an individual.

<u>Mitigation:</u>    To mitigate this risk, all customer agencies sign an MOA stating the intended use of the system and agreeing to the established security requirements.  Each MOA contains provisions for training, policies, safeguarding of information obtained from the system, and procedures/instructions on the use of SAVE. Additionally, selected customer agencies must sign CMAs to ensure that information returned by SAVE is used and handled properly. The USCIS Verification Division Monitoring and Compliance Branch also evaluates and enforces adherence of user agencies to the agreements laid out in the MOA and CMA.

## Section 3.0 Retention

The following questions are intended to outline how long information will be retained after the initial collection.

### 3.1    What information is retained?

SAVE retains information collected from the various government databases described in

---

[9] CTMS PIA and SORN are available at http://www.dhs.gov/privacy.



the appendices and information on individuals applying for specific benefits when the benefit agency conducts a SAVE check. Additionally, the system maintains information about customer agencies, including the point of contact, the users, and the transaction history.

SAVE also retains information created by the SAVE Program such as the Case Verification Number. In processing second and third step verifications, applicants may provide copies of their identification documents that demonstrate identity and benefit eligibility. The majority of these hard copies are retained only for the period necessary to close the query and are then destroyed. Some hard copies of verified fraudulent documents may be retained for training and law enforcement purposes.

### 3.2    How long is information retained?

SAVE will retain information for 10 years from the date of the completion of the verification, unless the records are part of an on-going law enforcement investigation in which case they may be retained until completion of the investigation. This period is based on the statute of limitations for most types of misuse or fraud that is possible using SAVE (under 18 U.S.C. § 3291, the statute of limitations for false statements or misuse regarding passports, citizenship, or naturalization documents).

### 3.3    Has the retention schedule been approved by the component records officer and the National Archives and Records Administration (NARA)?

The retention scheduled N1-566-08-7 was approved by NARA on June 5, 2008.

### 3.4    Privacy Impact Analysis: Please discuss the risks associated with the length of time data is retained and how those risks are mitigated.

**Risk:** All SAVE information is retained for a period of 10 years to coincide with the statute of limitations for most types of misuse or fraud that is possible using SAVE (under 18 U.S.C. § 3291, the statute of limitations for false statements or misuse regarding passports, citizenship or naturalization documents). While the business justification for this retention is clear—pursuing SAVE fraud or misuse cases—the primary privacy risk associated with retaining the information for 10 years is that the information might be misused.

**Mitigation:** To mitigate this risk, the SAVE Program has a policy to retain only minimum information and to use technical controls that limit use and access to SAVE information. By policy, this information may only be used for verifying immigration status or for purposes that directly support the program such as prevention of misuse and fraud, program analysis, outreach, quality assurance, and customer service. Furthermore, the information in VIS, the underlying technology solution for SAVE, is purely transactional and individuals with access to the system have procedural and technical limitations that prevent them from searching the database for such things as previous verifications. For example, most customer agencies do not

DHS-AR-000154

have the ability to search VIS for closed cases. The SAVE Program has also developed monitoring and compliance capabilities to detect and reduce potential misuse of SAVE information.

# Section 4.0 Internal Sharing and Disclosure

The following questions are intended to define the scope of sharing within the Department of Homeland Security.

### 4.1    With which internal organization(s) is the information shared, what information is shared and for what purpose?

When potential fraud or misuse is indicated by SAVE information, this information may be shared, on a case-by-case basis, with DHS internal law enforcement organizations such as Immigration Customs Enforcement (ICE). For example, information could be shared with ICE if it were discovered that an Alien Number is used repeatedly in ways that are inconsistent with one legal individual using his own Alien Number. In these cases, SAVE shares only the information required to pursue an investigation into the potential fraud or misuse. Several DHS organizations are customers of SAVE and have access to information in response to their queries.

### 4.2    How is the information transmitted or disclosed?

All internal sharing is conducted over a secure DHS electronic interface. This interface utilizes secure network connections on the DHS core network. Federal government employees and their agents must adhere to the OMB guidance provided in OMB Memoranda, M-06-15, *Safeguarding Personally Identifiable Information*, dated May 22, 2006, and M-06-16 *Protection of Sensitive Agency Information*, dated June 23, 2006, setting forth the standards for the handling and safeguarding of PII. Contractors must also sign non-disclosure agreements that require them to follow departmental transmission and disclosure limitations. All data shared between agencies is transmitted or disclosed via secured communications.

### 4.3    <u>Privacy Impact Analysis</u>: Considering the extent of internal information sharing, discuss the privacy risks associated with the sharing and how they were mitigated.

<u>Risk:</u>  The main risk associated with internal information sharing is unauthorized access to PII.

<u>Mitigation:</u>  To mitigate this risk, SAVE only shares information internally for law enforcement purposes regarding potential fraud or misuse of SAVE. USCIS limits data sharing to only those DHS components that have a need to know and put the information to uses that are compatible with the SAVE System of Record Notice (SORN).[10]  DHS enforces the requirement of annual privacy and computer security training, which teaches how to handle and safeguard PII.

---

[10] The SAVE SORN (DHS/USCIS-004) will be published in conjunction with this PIA.



In addition, USCIS employees are required to review the responsibility of handling of sensitive and non-sensitive PII in Management Directive (MD) 140-001.

## Section 5.0 External Sharing and Disclosure

The following questions are intended to define the content, scope, and authority for information sharing external to DHS which includes Federal, state and local government, and the private sector.

### 5.1 With which external organization(s) is the information shared, what information is shared, and for what purpose?

Many SAVE customer agencies are external to DHS. Over 500 federal, state, tribal, and local government agencies currently use SAVE to receive immigration status information in response to their queries.

SAVE may also provide data to the Department of Justice (DOJ) or other law enforcement agencies in the case of an investigation or other legal matter related to the use of SAVE. The general purpose of responding to such matters is within the DOJ's jurisdiction to include investigation of allegations of immigration fraud, discrimination, and other misuses of SAVE.

### 5.2 Is the sharing of personally identifiable information outside the Department compatible with the original collection? If so, is it covered by an appropriate routine use in a SORN? If so, please describe. If not, please describe under what legal mechanism the program or system is allowed to share the personally identifiable information outside of DHS.

The instances of external sharing are compatible with the purpose of SAVE and are appropriately covered by routine uses in the SAVE SORN. In addition, sharing with SAVE customer agencies are covered by MOAs and CMAs, as appropriate. External sharing for law enforcement purposes to assist in the investigations of fraud, discrimination, and misuse cases is fully within the purpose of the original collection and supported by routine uses E, G, and H, of the SORN.

### 5.3 How is the information shared outside the Department and what security measures safeguard its transmission?

Besides sharing information with customer agencies to verify immigration status, SAVE may also share information for law enforcement purposes such as fraud and identify theft issues. The method of sharing and protections involved in that sharing will depend on the particular case. For example, information indicating that a single Alien Number has been used hundreds or thousands of times across the United States in a short period of time may require an electronic extraction of information that will be protected with encryption and securely transmitted electronically to the responsible law enforcement officer(s) working the potential case. The

DHS-AR-000156



extraction would be required to comply with all DHS and federal requirements including the Office of Management and Budget (OMB) Memorandum 06-16. Alternatively, a single SAVE transaction that appears to indicate fraud or misuse may be extracted in hard copy and delivered directly to the responsible law enforcement officer working the potential case.

### 5.4    Privacy Impact Analysis: Given the external sharing, explain the privacy risks identified and describe how they were mitigated.

**Risk:**    There are privacy risks of the unintended use and the protection of PII when sharing information with the external entities in that information may be used to commit fraud or identity theft.

**Mitigation:**    To mitigate these privacy risks, all SAVE customer agencies must adhere to MOAs and/or CMAs which stipulate binding responsibilities regarding safe handling of information, minimum security standards for electronic transmissions, and breach incident notification. These provisions are compliant with requirements of the Federal Information Security and Management Act, relevant OMB guidance, and DHS Sensitive Systems Policy 4300A.

**Risk:**    There is a risk in sharing information with external organizations in that authorized users may misuse the information or unauthorized users may gain access to it. However, external sharing for law enforcement purposes to assist in the investigations of fraud, misuse, and discrimination cases is fully within the purpose of the original collection and supported by routine uses described in the SAVE SORN publishing concurrently with this PIA.

**Mitigation:**    To mitigate this risk, sharing only takes place after DHS determines that the receiving component or agency has a need-to-know the information to carry out national security, law enforcement, immigration, intelligence, or other functions consistent with the routine uses set forth in this SORN.

## Section 6.0 Notice

The following questions are directed at notice to the individual of the scope of information collected, the right to consent to uses of said information, and the right to decline to provide information.

### 6.1    Was notice provided to the individual prior to collection of information?

In many cases, notice is directly given to the individual applicants or benefit-seekers of SAVE customer agencies. The Small Business Administration collects information after receiving the applicant's written consent. Additionally, the MOA signed by all SAVE customer agencies requires them to adhere to the Privacy Act. The original MOA is a static document and binding as long as the customer agency uses SAVE. The MOA does, however, include a billing addendum that changes with each fiscal year.

DHS-AR-000157



There may be instances when the only notice will be through the publication of a PIA and an accompanying SORN. In some cases, federal agencies, such as OPM, will determine immigration status through SAVE, not only for a federal security clearance or public trust investigation subject (who has been given notice and provides consent based on agreeing to the background investigation), but also for family members, cohabitants, and other affiliates of the subject. OPM does not provide these individuals with the opportunity to consent, and these individuals will receive notification only through this PIA and accompanying SORN. This limited notification is justified based on national security concerns associated with individuals who will be granted security clearances or public trust positions.

### 6.2 Do individuals have the opportunity and/or right to decline to provide information?

Yes, applicants have the opportunity and/or right to decline to provide information to the customer agency from which they are seeking a benefit. However, declining or providing incomplete information may prevent SAVE's ability to verify their status, which ultimately may result in disqualification for the benefit the individual is seeking.

### 6.3 Do individuals have the right to consent to particular uses of the information? If so, how does the individual exercise the right?

No, individuals do not have the right to consent to particular uses of the information. SAVE may provide information to customer agencies to support any lawful purpose including background investigations. The agency may give the individual clear notice at the time of application that failure to provide immigration status information may result in a determination of ineligibility for a particular benefit.

### 6.4 <u>Privacy Impact Analysis</u>: Describe how notice is provided to individuals, and how the risks associated with individuals being unaware of the collection are mitigated.

**Risk:** There is a risk that when individuals apply for a benefit from SAVE customer agencies that the individual may be unaware of what sort of information is gathered and what is done with that information.

**Mitigation:** To mitigate this risk, each customer agency is responsible for informing individuals that the information they provide is collected to determine whether they are eligible for public benefits, licenses, or credentials. Federal customer agency applications will contain a privacy notice and statement where the individual authorizes the benefit-issuing customer agency to release any information from the application as needed to determine eligibility for benefits. State and local customer agencies may contain a privacy notice and statement, but such a notice is not necessary to enroll in SAVE. In addition, individuals may be advised that the information provided may be shared with other federal, state, local and law enforcement and regulatory

DHS-AR-000158



agencies during the course of the investigation. The SAVE SORN also provides additional notice to individuals by specifying the routine internal and external uses to which the information may be used. The SORN further indicates that information is maintained and destroyed according to the principles of the Federal Records Act, NARA regulations and records schedules, and in some cases may be covered by the Privacy Act and subject to disclosure under the Freedom of Information Act.

## Section 7.0 Access, Redress and Correction

The following questions are directed at an individual's ability to ensure the accuracy of the information collected about them.

### 7.1 What are the procedures that allow individuals to gain access to their information?

Individuals may request access to their information by submitting a written Privacy Act request to USCIS clearly marked "Privacy Act Request" at the following address:

National Records Center
FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

Requesters are required to provide their A-Number and/or full name, date, and place of birth, and return address.

### 7.2 What are the procedures for correcting inaccurate or erroneous information?

Individuals should direct all written requests to contest or amend their information reviewed by SAVE, with appropriate proof of identity, class of admission, and other relevant identifying information, as well as a statement about the incorrect information to the FOIA/PA Officer at the address provided in Section 7.1. Depending on the originating source of information, the request may be satisfied within USCIS or the individual may be referred to the appropriate record holding agency (e.g., Customs and Border Protection for the Nonimmigrant Information System and Border Crossing Information). If the source of data is from a USCIS download (e.g., CIS) and SAVE confirms the data is incorrect, by comparing the documents with the information in the SAVE database and cross referencing other VIS databases, SAVE will contact the appropriate system owner recommending that the data be corrected. Alternatively, the individual may make an appointment via INFOPASS located on the USCIS website to visit a USCIS District Office and request that a Level 1 Immigration Service Officer make the change. When appearing for the appointment, the person should provide accompanying supporting documentation, including proof of identity, class of admission, and other relevant identifying information. SAVE customer agencies may change their profile information directly within the VIS application.



### 7.3 How are individuals notified of the procedures for correcting their information?

The PIA and SORN for SAVE provide individuals with guidance for correcting information. Additionally, benefit-issuing agencies also provide instructions for correcting information with SAVE.

### 7.4 If no formal redress is provided, what alternatives are available to the individual?

Formal redress is provided to individuals in accordance with the above sections 7.1 and 7.2.

### 7.5 <u>Privacy Impact Analysis</u>: Please discuss the privacy risks associated with the redress available to individuals and how those risks are mitigated.

**Risk:** The main risk regarding redress is that the right may be limited by Privacy Act exemptions. The redress and access measures offered by SAVE are appropriate given the purpose of the system.

**Mitigation:** To mitigate this risk, the second and third step verification options give individuals opportunities, during and after the completion of the benefits application process, to correct information they have provided to USCIS and/or the agencies from which they seek benefits.

## Section 8.0 Technical Access and Security

The following questions are intended to describe technical safeguards and security measures.

### 8.1 What procedures are in place to determine which users may access the system and are they documented?

The SAVE Program requires potential enrollees and customer agencies to register for participation in the SAVE Program and sign a MOA or CMA. Once the required documentation is submitted, all users are required to complete a web-based training course that explains functionality and security requirements.

### 8.2 Will Department contractors have access to the system?

Yes, contractors will have access to SAVE. All contractors shall go through a suitability and personal clearance process before they can access the SAVE system. Appropriate non-disclosure agreements are signed by contractors. Additionally, all contractors are required to take security and privacy training annually as described in the section below.

DHS-AR-000160

### 8.3 Describe what privacy training is provided to users either generally or specifically relevant to the program or system?

SAVE internal users take the mandatory, annual DHS Computer Security Training and USCIS Privacy Awareness Training. Additionally, staff who administer the SAVE Program take special, supplemental training. External SAVE users take on-line tutorials explaining the SAVE Program. The tutorial also covers the procedures and policies associated with the use of SAVE and also includes Privacy.

### 8.4 Has Certification & Accreditation been completed for the system or systems supporting the program?

Yes, VIS, as the underlying technology supporting SAVE has been Certified and Accredited and received a full authority to operate (ATO) in April 2008. This ATO expires April 2011, or before April 2011 if significant changes are made to VIS.

### 8.5 What auditing measures and technical safeguards are in place to prevent misuse of data?

SAVE has implemented a broad range of technical, operational, and physical security measures to protect the system and its information. These security measures include access controls for both internal and external customers, such as account names and passwords to access SAVE. SAVE has an automated mechanism to ensure that users change their passwords at specified intervals. User accounts are locked after several failed attempts to logon. SAVE protects against password re-use. Additionally, inactive SAVE sessions timeout and require users to log in again. Other examples of security controls include:

- Password data is encrypted within the system;

- SAVE is located within a multi-layered firewall architecture;

- A robust set of security controls that meet DHS System Security Policy requirements are documented and verified through the certification and accreditation process;

- SAVE uses HTTPS protected communications during all data transmissions between the client workstation and the system;

- SAVE passwords are encrypted when making database connections; and

- Procedures are in place to ensure that any potential breaches of information are reported within one hour of being found.

SAVE has a comprehensive audit trail tracking and maintenance function that stores information on users who submit queries, when the query was processed, what the response was, who receives the response, and when the response was received. The audit logs have restricted access based on user roles. These logs are external to system administration access methods and protected from modification. These audit logs are periodically reviewed for monitoring user

DHS-AR-000161



activity. Customer agencies are required to abide by all security requirements as agreed to when they enrolled in SAVE. Attempts to evade the security controls can result in loss of access to SAVE.

Some agencies use a single sign-on for all of their individual users. In these cases, SAVE will not collect information from individual users because individual users will appear as one agency user. In the case of single sign-on access to users, SAVE requires the agency to sign an addendum to the MOA which states that every user of the system must be assigned a unique identifier. If requested, the agency provides this information to SAVE to allow for a clear audit trail for all transactions.

### 8.6 <u>Privacy Impact Analysis</u>: Given the sensitivity and scope of the information collected, as well as any information sharing conducted on the system, what privacy risks were identified and how do the security controls mitigate them?

<u>Risk:</u>  There is risk that users may be unauthorized to access information.

<u>Mitigation:</u>  SAVE mitigates the risk associated with user access to information by requiring program-specific training before system access is granted. SAVE is able to monitor use of the system. SAVE provides the customer agency administrator with the ability to assign and track user identification numbers and passwords; SAVE can also track these user identifiers. Additionally, there are a few customer agencies using single user sign-on. As applicable, new MOAs are signed based on DHS's Interface Control Agreement requiring that both DHS and the customer agency will be able to identify the customer agency user for a verification transaction. SAVE also requires the agency to sign an addendum to the MOA which states that every user of the system must be assigned a unique identifier. When requested, the agency must provide this information to SAVE to allow for a clear audit trail for all transactions. Additionally, responses to queries are tailored based upon agency mission requirements, providing each user with only the information necessary for their needs. DHS requires all employees, including SAVE users, to complete mandatory, annual DHS Computer Security Training and Privacy Awareness Training.

<u>Risk:</u>  There is risk that users may alter SAVE data.

<u>Mitigation:</u>  SAVE mitigates concerns about data alteration by users by providing all external users with "read-only" access. SAVE is also able to monitor access to SAVE by the designated users to identify any unusual activity or access.

<u>Risk:</u>  There is a risk that unauthorized users may access PII.

<u>Mitigation:</u>  SAVE mitigates concerns about unauthorized access to PII by monitoring for accounts that have not been used for long periods. SAVE brings such accounts to the attention of the customer agency for possible termination of the accounts.

<u>Risk:</u>  There is a risk that there may be unauthorized agent users in the system.

DHS-AR-000162



**Mitigation:**    SAVE mitigates the risk of unauthorized agent users by requiring all agencies to sign MOAs agreeing to abide by the stipulated use and access policies before granting access to the system.  Additionally, data is only provided back to the originator or designee of the requesting agency.

# Section 9.0 Technology

The following questions are directed at critically analyzing the selection process for any technologies utilized by the system, including system hardware, RFID, biometrics and other technology.

### 9.1    What type of project is the program or system?

The SAVE program is comprised of an underlying technical infrastructure and operational policies and procedures for the verification of immigration status.  VIS, as the supporting technology, is composed of databases and web services, and communication and security infrastructure.

### 9.2    What stage of development is the system in and what project development lifecycle was used?

SAVE is at the operations and maintenance stage of the DHS system development life cycle.

### 9.3    Does the project employ technology which may raise privacy concerns? If so please discuss their implementation.

The SAVE application is a web-based service/application provided via Internet.

**Risk:**    SAVE inherits privacy risks associated with applications available via Internet e.g., session hijacking, network sniffing, and exploitation of vulnerable web services.

**Mitigation:**    These risks are mitigated to an acceptable level by implementing security controls per NIST and OMB guidelines as documented in relevant security plans and vetted through the Certification and Accreditation process.

DHS-AR-000163



## Responsible Officials

Janice Jackson
Acting Chief, Privacy Branch
U.S. Citizenship and Immigration Services
Verification Division
Department of Homeland Security

## Approval Signature

Original signed copy on file with the DHS Privacy Office

Mary Ellen Callahan
Chief Privacy Officer
Department of Homeland Security

DHS-AR-000164

# Appendix A

**Information Generated from Second and/or Third Step Verifications
(Includes Initial Verification Data) and Quick References**

Status Verification System-provided information, as a result of the verification process under SAVE using Form G-845, Document Verification Request

- Case Verification Number

- Record in VIS database as outlined above, including pertinent information from CIS, SEVIS and CLAIMS 3 and with the exception of the biometric information (photograph) from CPMS.

- Immigration status (e.g. Lawful Permanent Resident)

- Employment eligibility information (depending on the document submitted). For example, for the Department of Labor, employment authorization history for past 18 months is provided

- Certain types of SAVE referrals may require returning information about whether an individual is on Order of Supervision, entry and parole information, and/or Affidavit of Support information.

Person Centric Query System (PCQS) – All personal information regarding an applicant's status is uploaded from various databases such as:

- Central Index System (CIS)

- Computer-Linked Application Management Information System 3.0 (CLAIMS 3)

- Computer-Linked Application Management Information System 4.0 (CLAIMS 4)

- Customer Profile Management System (CPMS)

- DOS Consular Consolidated Database (DOS-CCD)

- ENFORCE Integrated Database (EID) Enforcement Alien Removal Module (EARM)

- Executive Office of Immigration Review System (EOIR)

- Marriage Fraud Amendment System (MFAS)Microfilm Digitization Application System (MIDAS)

- National File Tracking System (NFTS)

- Nonimmigrant Information System and Border Crossing Information (NIIS and BCI)

DHS-AR-000165



- Refugees, Asylum, and Parole System (RAPS)

- Reengineered Naturalization Applications Casework Systems (RNACS)

- Immigration Customs and Enforcement (ICE) Student Exchange Visitor Information System (SEVIS)

- TECS System:  CBP Primary and Secondary Processing (TECS)

**Immigration Status Information Collected from DHS, DOJ, and DOS Systems
(Sorted by Commonly Used Name Acronym)**

United States Visitor and Immigrant Status Indicator Technology (US-VISIT)'s Arrival Departure Information System (ADIS)

- Last Name

- First Name

- Date of Birth

- Country of Citizenship

- Sex

- Passport Number

- Airline and Flight Number

- Country of Residence

- City Where Boarded

- City Where Visa was Issued

- Date Visa Issued

- Address While in United States

- Port of Entry

USCIS's Central Index System (CIS)

- Alien Number

- Last Name

- First Name

- Middle Name

- Date of Birth

- Date Entered United States

- Country of Birth

DHS-AR-000166

**Privacy Impact Assessment**
USCIS Verification Division, SAVE Program
Page 27

- Class of Admission
- File Control Office Code
- Social Security Number
- Form I-94 Number
- Office Code Where the Authorization Was Granted
- Employment Authorization Card Information
- Lawful Permanent Resident Card Information
- Naturalization Certificate Number
- EOIR Information, if in proceedings

USCIS's Computer-Linked Application Information Management System Version 3 (CLAIMS 3)

- Receipt Number
- Alien Number
- Last Name
- First Name
- Middle Name
- Address
- Social Security Number
- Gender
- Date of Birth
- Country of Birth
- Class of Admission or Type of Visa
- I-94 Number
- Employment Authorization Information
- Lawful Permanent Resident Information
- Date of Entry
- Valid-To Date
- Petitioner Internal Revenue Service Number
- Attorney Name
- Attorney Address

DHS-AR-000167

USCIS's  Computer-Linked  Application  Information  Management  System  Version  4.0 (CLAIMS 4)

- Alien Number
- Social Security Number
- Last Name
- First Name
- Middle Name
- Birth Date
- Birth Country
- Nationality
- Gender
- Naturalization Verification (Citizenship Certificate Identification ID)
- Naturalization Verification (Citizenship Naturalization Date/Time)
- Address

USCIS's Customer Profile Management System

- Receipt Number
- Alien Number
- Last Name
- First Name
- Middle Name
- Date of Birth
- Country of Birth
- Form Number, for example Form I-551 (Lawful Permanent Resident card) or Form I-766 (Employment Authorization Document)
- Expiration Date
- Photograph

Department of State (DOS)'s Consular Consolidated Database (DOS-CCD)

- Name
- Date of Birth
- Passport Number

DHS-AR-000168

- Visa Control Number

- FOIL Number

- Alien Number

- Photograph

ICE's  ENFORCE  Integrated  Database  (EID)  Enforcement  Alien  Removal  Module (EARM)

- Alien Number

- Name

- Marital Status

- Date of Birth

- Age

- Sex

- Country of Birth

- Country of Citizenship

- Date of Entry

- Class of Admission

- Social Security Number

- Federal Bureau of Investigation Number

- Case History

- Alerts

- Case Summary Comments

- Case Category

- Date of Encounter

- Encounter Information

- Custody Actions & Decisions

- Case Actions & Decisions

- Bonds

- Photograph

USCIS's Enterprise Document Management System (EDMS)

All Information Contained in an Individual's A-File, including, but not limited to:

- Alien Number

- Last Name

DHS-AR-000169

- First Name
- Middle Name
- Date of Birth
- Date Entered United States
- Country of Birth
- Class of Admission
- Social Security Number
- Form I-94 Number
- Naturalization Information and Certificate
- Photograph
- Marriage Information and Certificate

Department of Justice Executive Office Immigration Review System (EOIR)

- Name
- Alien Number
- Address
- Nationality
- Decision memoranda, investigatory reports and materials compiled for the purpose of enforcing immigration laws, exhibits, transcripts, and other case-related papers concerning aliens, alleged aliens or lawful permanent residents brought into the administrative adjudication process

USCIS's Marriage Fraud Amendment System (MFAS)

- Individual's
    - Name (Last, First, Middle)
    - Date of Birth
    - Country of Birth
    - Country of Citizenship
    - Class of Admission
    - Date of Admission
    - Alien Number
    - Receipt Number
    - Phone Number
    - Marriage Date and Place

DHS-AR-000170

- Spouse's
    - Name (Last, First, Middle)
    - Date of Birth
    - Country of Birth
    - Country of Citizenship
    - Class of Admission
    - Date of Admission
    - Alien Number
    - Receipt Number
    - Phone Number
    - Marriage Date and Place
    - Naturalization Date and Place
- Children's
    - Names (Last, First, Middle)
    - Date of Birth
    - Country of Birth
    - Class of Admission
    - Alien Number
- Employer
    - Name
    - Address
    - Supervisor's Name
    - Supervisor's Phone Number

USCIS's Microfilm Digitization Application System (MiDAS)

- Name
- Alien Number
- Date of Birth
- Citizenship Number

USCIS's National File Tracking System (NFTS)

- Alien Number
- File Location

DHS-AR-000171

USCIS's Refugees, Asylum, and Parole System (RAPS)

- Class of Admission
- Country of Birth
- Date of Birth
- Date of Entry
- Current Status
- Asylum Applicant Receipt Date

USCIS's Reengineered Naturalization Applications Casework System (RNACS)

- Alien Number
- Last Name
- First Name
- Middle Name
- Birth Date
- Birth Country
- Gender
- Nationality
- Naturalization Verification (Citizenship Naturalization Date/Time)
- Naturalization Verification (Citizenship Certificate Identification ID)
- Immigration Status (Immigration Status Code)
- Address

Immigration and Customs Enforcement (ICE)'s Student and Exchange Visitor Identification System (SEVIS)

- Student and Exchange Visitor Identification Number (SEVIS ID)
- Last Name
- First Name
- Middle Name
- Date of Birth
- Country of Birth
- Class of Admission
- I-94 Number
- Date of Entry
- Valid To Date

DHS-AR-000172

- Social Security Number

- Nationality

- Gender

- Student Status

- Visa Code

- Status Change Date

- Port of Entry Code

- Non Citizen Entry Date

- Status Code

- Program End Date

**Quick Reference of SAVE Systems and their Use for Each Step of Verification
(Sorted by Commonly Used Name Acronym)**

Initial Verification (also used during Second and Third Step Verification)
- Central Index System (CIS)
- USCIS's Computer-Linked Application Information Management System Version 3 (CLAIMS 3)
- USCIS's Computer-Linked Application Information Management System Version 4.0 (CLAIMS 4)
- USCIS's Image Storage and Retrieval System (ISRS)
- USCIS's Reengineered Naturalization Applications Casework System (RNACS)
- Immigration and Customs Enforcement (ICE)'s Student and Exchange Visitor Identification System (SEVIS)

Second and Third Step Verification

- United States Visitor and Immigrant Status Indicator Technology (US-VISIT)'s Arrival Departure Information System (ADIS)
- Department of State (DOS)'s Consular Consolidated Database (DOS-CCD)
- ICE's ENFORCE Integrated Database (EID) Enforcement Alien Removal Module (EARM) USCIS's Enterprise Document Management System (EDMS)
- Department of Justice's Executive Office of Immigration Review System (EOIR)
- USCIS's Marriage Fraud Amendment System (MFAS)
- USCIS's Microfilm Digitization Application System (MiDAS)
- USCIS's National File Tracking System (NFTS)
- USCIS's Refugees, Asylum, and Parole System (RAPS)

DHS-AR-000173



# Appendix B

### Description of Federal Government Databases

- **Arrival Departure Information System (ADIS):**  ADIS contains information on individuals arriving and departing at United States ports of entry.  This information includes biographic information from passenger manifests and Forms I-94.  SAVE uses this information to verify an individual's eligibility to be received public benefits, licenses, or credentials.  Status Verifiers use ADIS as part of the secondary immigration status verification for SAVE.

- **Central Index System (CIS):**  CIS contains information on the status of 57 million applicants/petitioners seeking immigration benefits to include: lawful permanent residents, naturalized citizens, U.S. border crossers, aliens who illegally entered the U.S., aliens who have been issued employment eligibility documents, individuals who petitioned for benefits on behalf of family members, and other individuals subject to the provisions of the Immigration and Nationality Act (INA).  Status Verifiers will use CIS as part of the immigration status verification for SAVE.

- **Computer-Linked Application Management Information System 3.0 (CLAIMS 3)**:
  CLAIMS 3 is a mainframe database centered major application that supports processing of USCIS applications and petitions for various immigrant benefits (e.g. change of status, employment eligibility, extension of stay, etc).  It supports case management for and adjudication of all USCIS benefits except naturalization and citizenship.  Status Verifiers will use CLAIMS 3 as part of the immigration status verification for SAVE.

- **Computer-Linked Application Information Management System Version 4.0 (CLAIMS 4):**
  CLAIMS 4 was developed by the Immigration and Naturalization Service (INS) to provide immigration status verification information and to assist in the processing applications related to naturalization or attaining U. S. citizenship.  Status Verifiers will use CLAIMS 4 as part of the secondary immigration status verification for SAVE.

- **Customer Profile Management System (CPMS):**  CPMS is the new repository of all digitized biometric data in USCIS.  It stores biographic and biometric data used for Forms I-131 (Application for Travel Document); I-765 (Application for Employment Authorization); and I-551 (Alien Registration Card or Green Card).  Status Verifiers will use CPMS as part of the immigration status verification for SAVE.

- **Department of State Consular Consolidated Database (DOS-CCD):**  DOS-CCD is used by consular personnel as a resource for verifying prior visa issuances/refusals.  It is also used by consular management for statistical reporting.  Status Verifiers will use DOS-CCD as part of the secondary immigration status verification for the SAVE program.  While the data from DOS-CCD will be used for verification, it will not be stored in VIS.

- **ENFORCE Integrated Database (EID) Enforcement Alien Removal Module (EARM):** EID contains biographic and case information on aliens encountered and booked in Immigration and Customs Enforcement (ICE) and other DHS component enforcement actions. Status Verifiers will use EID as part of the secondary immigration status verification for the SAVE program. Information from EID is required by the Status Verifiers to help determine whether an individual may not be eligible for employment, government benefit, credential, or other reason for which they are having their immigration status verified in the first place. DHS components collect the information in EID during enforcement or administrative actions. Its use for verification of immigration status follows because in all cases that the verification is performed, eligibility may be contingent on not having been the subject of an enforcement action.

- **USCIS Enterprise Document System (EDMS):** EDMS is a web-based system that allows users to view, search, and add comments to digitized immigration records or A-files. EDMS can consolidate digitized A-Files, while allowing users to display primary and secondary A-Files.

- **Executive Office Immigration Review System (EOIR):** This Department of Justice system contains information pertaining to aliens and alleged aliens brought into the immigration hearing process, including certain aliens previously or subsequently admitted for lawful permanent residence. Status Verifiers will use EOIR as part of the immigration status verification for the SAVE Program when there is a question of immigration status. Information from EOIR is required by the Status Verifiers in order to help determine whether an individual may be eligible for benefits, or other reasons for which they are having their immigration status verified in the first place. Its use for verification of immigration status follows because in all cases that the verification is performed, eligibility may be contingent on not having been the subject of an enforcement action.

- **Marriage Fraud Amendment System (MFAS):** The Marriage Fraud Amendment System (MFAS) supports and maintains casework resulting from the Immigration Marriage Fraud Amendment Act (MFA), which became law on November 10, 1986. MFAS allows users the ability to process and control applications and petitions to grant Conditional Permanent Resident (CPR) status and Permanent Resident (PR) status, and to identify and terminate the CPR status of aliens who acquired this status fraudulently or who have not removed this status during the designated time period that the law requires. Status Verifiers will use MFAS as part of the secondary immigration status verification for the SAVE program. While the data from MFAS will be used for verification, it will not be stored in VIS.

- **Microfilm Digitization Application System (MiDAS):** MiDAS is an image-based search and retrieval application of digitized alien records on individuals who entered the U.S. between 1906 and 1975 (50-60 million records). MiDAS allows the USCIS Office of Records to achieve a more effective search result and improved customer service. When digitization of all files is complete, the MiDAS database will hold over 80 million records including Master Index, Flex-O-Line, A-files,

DHS-AR-000175



Citizenship/Naturalization files (C-files, 129, 3904, OM, etc), file locator information cards, and other historical records. Status Verifiers will use MiDAS as part of the immigration status verification for SAVE.

• **National File Tracking System (NFTS):** NFTS provides a centralized, automated, mechanism for determining the location of a physical A-File and associated Receipt Files. NFTS supports the Records requirement to track files at the local level, as well as the national level. It is designed to support the Records mission and to provide efficient access to high-quality immigrant information by maintaining an accurate file inventory. Status Verifiers will use NFTS as part of the immigration status verification for the SAVE program in order to locate files.

• **Refugees, Asylum, and Parole System (RAPS):** RAPS contains biographic information collected for USCIS Form I-589, Asylum Application. Status Verifiers use RAPS as part of the secondary immigration status verification for SAVE. Information from RAPS is required by the Status Verifiers in order to help determine whether an individual is ineligible for employment. DHS components collect the information in RAPS when an applicant for asylum completes a Form I-589. Its use for verification of immigration status follows because asylum brings with it access to certain benefits.

• **Reengineered Naturalization Applications Casework Systems (RNACS):** RNACS provides full case tracking and management capability for naturalization casework including assignment of cases to Case Control Offices (CCO); queuing of cases for appropriate actions, scheduling interviews and oath ceremonies; editing transactions; reporting; and production of correspondence. Status Verifiers will use RNACS as part of the immigration status verification for SAVE.

• **Student and Exchange Visitor Identification System (SEVIS):** SEVIS maintains information on non-immigrant students and exchange visitors (F, M, and J Visas) and their dependents, and also on their associated schools and sponsors. SEVIS enables DHS to maintain current information and facilitate oversight relating to nonimmigrant foreign students and exchange visitors during the course of their stay in the U.S. SAVE accesses information from SEVIS and will use the information for primary verification of immigration status for SAVE. Status Verifiers will use SEVIS as part of the immigration status verification for SAVE.

DHS-AR-000176



# Appendix C

**Links to PIAs and SORNs of databases assessed by the SAVE Program
(Sorted by Commonly Used Name Acronyms)**

- United States Visitor and Immigrant Status Indicator Technology (US-VISIT)'s Arrival Departure Information System (ADIS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_usvisit_adis_2007.pdf
  - SORN: http://edocket.access.gpo.gov/2007/E7-16473.htm

- USCIS's Central Index System (CIS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_uscis_cis.pdf
  - SORN: http://edocket.access.gpo.gov/2007/E7-375.htm

- USCIS's Computer-Linked Application Information Management System Version 3 (CLAIMS 3)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_claims3.pdf
  - SORN: http://edocket.access.gpo.gov/2008/E8-22802.htm

- USCIS's Computer-Linked Application Information Management System Version 4.0 (CLAIMS 4)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_claims4.pdf
  - SORN: http://edocket.access.gpo.gov/2008/E8-22802.htm

- USCBP's Nonimmigrant Information System and Border Crossing Information
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cbp_borderops.pdf
  - SORN: http://edocket.access.gpo.gov/2008/E8-17123.htm

- Department of State (DOS)'s Consular Consolidated Database (DOS-CCD)
  - PIA: http://www.state.gov/documents/organization/93772.pdf
  - SORNs:
    1) http://www.state.gov/documents/organization/102787.pdf
    2) http://www.state.gov/documents/organization/102790.pdf
    3) http://www.state.gov/documents/organization/102815.pdf

- ICE's ENFORCE Integrated Database (EID) Enforcement Alien Removal Module (EARM)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_ice_eid.pdf
  - SORN: http://edocket.access.gpo.gov/2010/2010-4099.htm

- USCIS's Enterprise Document Management System (EDMS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_uscis_iddmp.pdf
  - SORN: http://edocket.access.gpo.gov/2007/E7-375.htm

DHS-AR-000177



- Department of Justice's Executive Office of Immigration Review System (EOIR)
  - PIA: http://www.justice.gov/opcl/eoir_pia.pdf
  - SORN: http://edocket.access.gpo.gov/2004/04-10564.htm

- USCIS's Image Storage and Retrieval System (ISRS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_bss.pdf
  - SORN: http://edocket.access.gpo.gov/2007/07-1643.htm

- USCIS's Marriage Fraud Amendment System (MFAS)
  - SORN: http://edocket.access.gpo.gov/2007/E7-375.htm

- USCIS's Microfilm Digitization Application System (MiDAS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_midas.pdf
  - SORN: http://edocket.access.gpo.gov/2007/E7-375.htm

- USCIS's National File Tracking System (NFTS)
  - PIA: Referenced in:  1) PIA titled:  USCIS Person Centric Query Service Supporting Immigration Status Verifiers of the USCIS National Security and Records Verification Directorate/Verification Division http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_pcq_nsrv_update.pdf and 2) Application Connection and Information Sharing Agreement between USCIS Enterprise Service Bus (ESB) and USCIS NFTS System Owner

- USCIS's Refugees, Asylum, and Parole System (RAPS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_rapsapss.pdf
  - SORN: http://edocket.access.gpo.gov/2010/E9-31267.htm

- USCIS's Reengineered Naturalization Applications Casework System (RNACS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_cis_rnacs.pdf
  - SORN: http://edocket.access.gpo.gov/2008/E8-22802.htm

- Immigration and Customs Enforcement (ICE)'s Student and Exchange Visitor Identification System (SEVIS)
  - PIA: http://www.dhs.gov/xlibrary/assets/privacy/privacy_pia_sevis.pdf
  - SORN: http://edocket.access.gpo.gov/2010/E9-31268.htm

DHS-AR-000178