**Frank LaRose**
*Ohio Secretary of State*

**RECEIVED**
**By ESEC at 9:15 am, Jul 22, 2024**

July 19, 2024

The Honorable Alejandro Mayorkas
Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Re:  Request for citizenship verification of registered voters.

Dear Secretary Mayorkas:

As Ohio Secretary of State, I am charged with enforcing Ohio's election laws, which include ensuring every citizen has the right and opportunity to vote. This charge entails maintaining accurate legal voter rolls, which requires access to information that is currently only at the disposal of the Department of Homeland Security (DHS). Congress provided a means to accomplish these safeguards by compelling DHS to comply with state requests to verify voter registration information. I am now exercising that right. Accordingly, I formally request that DHS verify the citizenship status of Ohio registered voters. This information is paramount to ensuring the integrity of this November's election.

The privilege of participating in U.S. elections is reserved for U.S. citizens. Federal law prohibits noncitizens from registering to vote or voting in federal elections and imposes criminal sanctions for violators.[1] Ohio, accordingly, affords the right to register to vote and vote to qualified U.S. citizens through state legislation and, as of 2022, a constitutional amendment ratified by popular vote.[2]

Ohio "indisputably has a compelling interest in preserving the integrity of its election process."[3] That sovereign duty is reinforced by statutory obligation. Both federal and state law provide election mechanisms to enforce the citizenship requirement. Federal law prohibits states from processing noncitizen ballots or from accepting any voter registration application for federal elections without  proof of government identification.[4] States also must maintain a voter database to enable State officials to verify the accuracy of voter registrations and ensure only eligible electors are permitted to cast ballots.[5]

Ohio, in turn, has created the requisite election infrastructure to protect the integrity of elections in the State and fulfill its statutory obligations. As a result, our state is widely recognized for its

---

[1] 18 U.S.C. §611(a)–(c).
[2] Ohio Const. art. V, §1; Ohio Rev. Code §3503.07.
[3] *Brnovich v. Democratic Nat'l Comm.*, 594 U.S. 647, 685 (2021)
[4] 52 U.S.C. §21083(a)(5)(A).
[5] *Id.* §21083(a)(1)–(4).

DHS-AR-000398

leadership on secure and transparent elections. Ohioans seeking to participate in elections must show government identification to both register and cast their ballot.[6] Ohio also maintains a statewide voter registration database, reviewed annually to identify any noncitizens on the list.[7] However, my office needs access to federal data to ensure the accuracy of its voter registration database and to fully comply with our federal obligations.

Congress anticipated this need and provided the tools to satisfy federal election safeguards. Your department is required to coordinate with my office to verify voter registration information. This federal-state cooperation is mandatory—not optional. Federal law obligates DHS to provide States with data for voter verification upon request.

DHS is charged with carrying out functions formerly vested in the Immigration and Naturalization Service[8] and ordered to respond to State inquiries regarding citizenship status. Specifically, DHS—

> *shall* respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency *for any purpose authorized by law*, by providing the requested verification or status information.[9]

Federal law makes clear that States are authorized to receive DHS information regarding the status of noncitizens, and that no contrary rule may restrict that guaranteed access.

> Notwithstanding any other provision of Federal, State, or local law, no State or local government entity may be prohibited, or in any way restricted, from sending to or receiving from the Immigration and Naturalization Service information regarding the immigration status, lawful or unlawful, of an alien in the United States.[10]

While DHS has provided access to the Systematic Alien Verification for Entitlements (SAVE) Program, there are several technical obstacles that stand in the way of effective use of that information. The program requires the use of a DHS identifier to perform a search – like an Alien Registration Number or other immigration associated number. This information is not readily available to our office. Furthermore, SAVE does not process social security or driver's license numbers, which are the ID numbers provided for voter registration purposes. Furthermore, the fees associated with the use of SAVE provide a barrier to citizenship information in the federal government's control. Accordingly, SAVE does not provide access to all the information required to verify the citizenship of registered voters.

---

[6] Ohio Rev. Code §§3503.14(A), 3503.19(C), 3509.06(D)(3a)(v), 3505.181(A)(7).

[7] *Id.* §§3503.151, 3503.152.

[8] 6 U.S.C. §202(3).

[9] 8 U.S.C. §1373(c) (emphasis added).

[10] *Id.* §1644.

DHS-AR-000399

Your department already can verify an individual's citizenship without a numeric identifier. The Person Centric Query System (PCQS) database maintained by DHS provides a way to quickly identify citizenship status using only a name and date of birth. That means not only do you have the legal obligation to provide this information, but you also have the means to do so.

Pursuant to this authorization, I request that you provide verification of Ohio registered voters in advance of the November 2024 election. I trust you appreciate the significance of our need for timely access to this information so that we can carry out our unequivocal legal obligations. I ask that you promptly indicate your intention to comply with this request or any objection to it by July 26, 2024, given the imminence of the integrity of the upcoming election. Thank you for your prompt attention to this matter. My office stands by to discuss this request in more detail, as needed.

Yours in service,

Frank LaRose
Ohio Secretary of State

DHS-AR-000400



**OKLAHOMA STATE ELECTION BOARD**

March 17, 2025

The Honorable Kristi Noem
Secretary of Homeland Security
Washington, DC 20528

> **RECEIVED**
> **By ESEC at 2:16 pm, Mar 26, 2025**

Dear Secretary Noem,

I am writing to respectfully request your Department's reconsideration of my request dated September 20, 2024. That request asked for the assistance of the United States Citizenship and Immigration Services to check the names of Oklahoma registered voters against the information systems and databases maintained and accessible by USCIS. This was for the purpose of verifying each registrant's citizenship status so that the Oklahoma State Election Board could refer any possible ineligible voters to the proper authorities and eventually remove ineligible voters pursuant to law.

The response to our request from then-USCIS Director Jaddou was unsatisfactory. Instead of offering to assist our agency pursuant to the requirements of 8 U.S.C. § 1373 and 8 U.S.C. § 1644, the response attempted to redirect us to the SAVE Program, which does not allow for mass comparisons of records, and requires an individual's alien registration number – information that is not contained in voter registration records.

For your convenience, I have attached my request letter dated September 20, 2024 and Ms. Jaddou's response letter dated November 4, 2024.

To summarize, **our office would like your agency's assistance pursuant to 8 U.S.C. § 1373 and 8 U.S.C. § 1644 to verify the citizenship or immigration status of registered voters in Oklahoma who have registered to vote here since January 1, 2021.** Thank you for your reconsideration of this request.

Sincerely,

Paul Ziriax, Secretary
Oklahoma State Election Board

Cc:    The Honorable Gentner Drummond, Oklahoma Attorney General
       The Honorable Kevin Stitt, Governor of Oklahoma
       The Honorable Lonnie Paxton, President Pro Tempore, Oklahoma Senate
       The Honorable Kyle Hilbert, Speaker, Oklahoma House of Representatives



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD  20588-0009

**U.S. Citizenship
and Immigration
Services**

November 4, 2024

Paul Ziriax, Secretary
Oklahoma State Election Board
State Capitol Building, Room G28
PO Box 53156
Oklahoma City, OK 73152-3156

Dear Secretary Ziriax:

Thank you for your September 20, 2024, letter to U.S. Citizenship and Immigration Services (USCIS) requesting a process to check Oklahoma's voter registration against USCIS's data and systems. The Systematic Alien Verification for Entitlements (SAVE) program is the most secure and efficient way to reliably verify an individual's citizenship or immigration status, including for verification regarding voter registration and/or voter list maintenance.

Federal law prohibits non-U.S. citizens from registering and voting in federal elections; violators are removable and face up to five years in prison.[1] The evidence is clear that these laws are working as intended—it is extremely uncommon for noncitizens to vote in Federal elections.

As you know, SAVE is a Congressionally-mandated online service implemented broadly in 1986 to help state and local agencies determine certain point-in-time immigration and citizenship information on individuals seeking benefits and licenses. Numerous agencies in the State of Oklahoma currently participate in the SAVE program to verify immigration status for 43 different benefits.[2]

Since 2009, SAVE has been used by elections authorities in states for voter registration and/or voter list maintenance. Currently, ten states are registered to use SAVE for these purposes.[3] The process has been the same since the program's inception. By inputting an individual's name, unique DHS-issued immigration identifier,[4] and birthdate, registered agencies can determine whether that person obtained U.S. citizenship through the naturalization process or, for certain other individuals born abroad, whether USCIS has information confirming their U.S. citizenship. Each registered agency determines the best process to obtain the required

---

[1] 18 U.S.C. §§ 611, 1015; 8 U.S.C. §§ 1182(a)(6)(C)(ii), 1227(a)(3)(D), 1227(a)(6).

[2] This information is available to the public at https://www.uscis.gov/save/agency-search-tool

[3] Arizona, Colorado, Florida, Georgia, Idaho, Mississippi, Ohio, South Carolina, Tennessee, and Virginia.

[4] *I.e.*, USCIS/Alien Registration Number; Form I-94 Arrival/Departure Record Number; Student and Exchange Visitor Information System (SEVIS) ID Number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number.

DHS-AR-000402

Secretary Paul Ziriax
Page 2

identifiers. USCIS does not have access to databases that contain information on U.S.-born citizens.

To ensure compliance with federal law and privacy protections, USCIS uses a SAVE Memorandum of Agreement (MOA) to maintain protocols and procedures with the registered agencies that access the more than 100 million records SAVE uses to verify a person's status. For voter registration purposes, this MOA includes a requirement that states provide written notice to any applicants and registered voters that their citizenship may be verified against federal immigration records. The state elections authority must provide any individual who is not verified as a U.S. citizen through SAVE the opportunity to show documentation of their U.S. citizenship.

Given the very serious consequences of the results produced by SAVE and its import in ensuring the right to vote for U.S. citizens, USCIS takes this process very seriously and has confidence in the SAVE program.

We currently cannot offer an alternative process to any state. The process you propose— to perform voter verification without DHS identifiers—would not return a definitive answer on immigration status and thus is not appropriate for the purposes of voter registration and/or list maintenance verification.

We appreciate your feedback and will review whether there are possible changes to our process and technology that might improve the convenience of using our systems. Likewise, we will continue to engage with and develop resources that educate elections authorities in states with an interest in using SAVE for voter registration and/or voter list maintenance.

Thank you again for your letter and interest in this issue. If you are interested in a SAVE MOA or have any other questions, please feel free to contact my staff.

Sincerely,



Ur M. Jaddou
Director

DHS-AR-000403



## OKLAHOMA STATE ELECTION BOARD

September 20, 2024

Tammy Meckley
Associate Director
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20746

Dear Associate Director Meckley:

As Secretary of the Oklahoma State Election Board, I am writing to the United States Citizenship and Immigration Services (USCIS) to request assistance in ensuring that individuals who have registered to vote in Oklahoma are citizens of the United States entitled to vote in elections.

I write this request pursuant to 8 U.S.C. § 1373 and 8 U.S.C. § 1644. These federal statutes provide state agencies a mechanism for obtaining information about individuals' citizenship or immigration status. Subsection 1373(a) states:

> Notwithstanding any other provision of Federal, State, or local law, a Federal, State, or local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the Immigration and Naturalization Service information *regarding the citizenship or immigration status, lawful or unlawful, of any individual.*[1]

Further, Subsection 1373(c) states "[t]he Immigration and Naturalization Service shall respond to an inquiry by a federal, state, or local government agency seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency *for any purpose authorized by law*, by providing the requested verification or status information."

As the chief state election official in Oklahoma, I have the responsibility for coordinating our State's responsibilities under both the National Voter Registration Act of 1993 and the Help America Vote Act of 2002. *See* 26 O.S. Section 2-107. Further, "[t]he Secretary shall have the authority to implement programs for confirmation of voter registration and for removal of

---

[1] Similarly, 8 U.S.C. 1644 states "Notwithstanding any other provision of Federal, State, or local law, no State or local government entity may be prohibited, or in any way restricted, from sending to or receiving from the Immigration and Naturalization Service *information regarding the immigration status, lawful or unlawful, of an alien in the United States.*"

DHS-AR-000404

ineligible voters in compliance with general Oklahoma election law and requirements of the National Voter Registration Act of 1993." *Id.*[2]

I have also consulted with Oklahoma Attorney General Gentner Drummond, who supports this letter and all efforts to ensure election integrity and voter eligibility.

To that end, it is my understanding that USCIS is capable of running searches based on queries that provide name, date of birth, address, and other information the Oklahoma State Election Board can provide as a matter of course as part of a person's voter registration information. To be clear, we are not requesting to join the Systematic Alien Verification for Entitlements (SAVE) Program. It is our understanding that program is only useful when an agency has reason to question a particular person's citizenship status and when an identifier such as an Alien Registration Numbers exists. Rather, our office would like to be able to verify the citizenship or immigration status of newly registered voters in Oklahoma. We are prepared to provide a list of those individuals who have registered to vote here since January 1, 2021.

As authorized by Oklahoma law and United States Code of Law Sections 8 U.S.C. § 1373 and 8 U.S.C. § 1644, we are requesting that you allow us to provide you with this list so that you can check the names of these individuals against the information systems and databases maintained and accessible by USCIS for the purpose of verifying registrant's citizenship status so that the Oklahoma State Election Board can refer any possible ineligible voters to the proper authorities and work towards removing ineligible voters in Oklahoma.

Please provide us with guidance on the best format in which to provide you with the list of individuals who have registered in Oklahoma since January 1, 2021 we would like verified. I respectfully request that you respond by October 7, 2024. We appreciate your assistance in carrying out our duty to maintain a current and accurate voter registration database.

Sincerely,

Paul Ziriax, Secretary

Oklahoma State Election Board

Cc:    The Honorable Gentner Drummond, Oklahoma Attorney General
       The Honorable Kevin Stitt, Governor of Oklahoma
       The Honorable Greg Treat, President Pro Tempore, Oklahoma Senate
       The Honorable Charles McCall, Speaker, Oklahoma State House of Representatives

---

[2] Federal law also requires states to conduct programs to remove ineligible voters from the rolls. See 52 U.S.C. 20507(c); see generally 52 U.S.C. § 20501 et seq.

State Capitol Bldg., Room G28  |  PO Box 53156, Oklahoma City, OK 73152-3156
Phone: 405-521-2391  Fax: 405-521-6457  elections.ok.gov

DHS-AR-000405

**LETTER AGREEMENT PROVIDING FOR
INFORMATION SHARING BETWEEN THE DEPARTMENT OF HOMELAND
SECURITY (DHS), U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) AND
THE SOCIAL SECURITY ADMINISTRATION (SSA) REGARDING CITIZENSHIP**

**Issue:** DHS currently provides, through the USCIS Systematic Alien Verification for Entitlements (SAVE) system, citizenship and immigration status verification services for over 1,200 Federal, State, and local agencies that need to verify citizenship or immigration status to determine eligibility for a benefit or license they administer (including SSA, for verifying eligibility for SSNs).  The SAVE system was established pursuant to provisions in the Immigration Reform and Control Act of 1986 (IRCA).  42 U.S.C. § 1320b-7(d).  IRCA required that agencies determining eligibility for a number of specified Federal benefit programs,[1] including Food Stamps (now SNAP), unemployment compensation, Medicaid and Supplemental Security Income (SSI) review immigration documentation of aliens requesting benefits that includes "the individual's alien admission number or alien file number," and then use that documentation and number to verify with the former Immigration and Naturalization Service (INS) (now DHS)[2] whether the alien has a status corresponding to eligibility for the benefit.

While the vast majority of agencies participating in SAVE use the system only to verify aliens' immigration status, there are a few that use it to verify the U.S. citizenship of individuals who are registering, or have previously registered, to vote.  SAVE is not able to verify the citizenship of U.S. citizens born in the United States, but it is able to verify citizenship obtained through naturalization or, in certain cases where DHS has relevant records, the citizenship of a foreign-born person that was acquired, either at birth or subsequently, by operation of law (such as through qualifying U.S. citizen parentage).

In all cases, SAVE requires the user agency to provide the name, date of birth and a unique identifier (A-number, I-94 number, or certificate of citizenship or naturalization number) in order to proceed with verification of a U.S. citizen.  In some cases, states are able to provide this unique identifier for voters they wish to verify (typically, from a driver's license record), but more often than not states cannot provide a unique identifier because it is not information included on the approved federal nationwide voter registration application or otherwise normally collected by states from voter registrants.  Agencies enter into a Memorandum of Agreement (MOA) with USCIS to use SAVE.  Because SAVE is configured to search based on a unique identifier, the MOA requires them to provide the unique identifier in order to initiate verification of an individual.

---

[1] These programs are all Federally funded and governed overall by Federal statute and regulation, but in some cases (such as SNAP and unemployment compensation) the direct interaction with applicants, including verification, is the responsibility of a State agency.  Voting is similar in that respect in that Federal laws govern and protect the right to vote in Federal elections guaranteed to adult citizens by the Constitution, but voter registration and election administration are handled by state and local government.

[2] Under the transition provisions of the Homeland Security Act of 2002, prior references in law to an agency or official whose function was transferred to the new DHS are deemed to refer to DHS or its appropriate component or official. *See, e.g.*, 6 U.S.C. § 557.

DHS-AR-000420

Some states have complained to DHS-USCIS about the limitation on their ability to verify voters caused by the unique identifier requirement and have demanded, citing 8 U.S.C. § 1373(a) and (c), that DHS-USCIS provide a means to verify them without this requirement.  The President issued Executive Order (EO) 14159, *Protecting the American People Against Invasion*,[3] which requires the Secretary to "promptly issue guidance to ensure maximum compliance by [DHS] personnel with the provisions of 8 U.S.C. 1373 and 8 U.S.C. 1644 and ensure that State and local governments are provided with the information necessary to fulfill law enforcement, citizenship, or immigration status verification requirements authorized by law."[4]

More recently, the President issued EO 14248, *Preserving and Protecting the Integrity of American Elections*.[5]  EO 14248 provides, "Federal laws, such as the National Voter Registration Act (Pub. L. 103-31) and the Help America Vote Act (Pub. L. 107-252), require States to maintain an accurate and current Statewide list of every legally registered voter in the State.  And [DHS] is required to share database information with States upon request so they can fulfill this duty. 8 U.S.C. 1373(c)."[6]  The EO directs the Secretary to "ensure that State and local officials have, without the requirement of the payment of a fee, access to appropriate systems for verifying the citizenship or immigration status of individuals registering to vote or who are already registered."[7]  The Secretary is also required under the EO, in coordination with the DOGE Administrator, to review each State's publicly available voter registration list and available records concerning voter list maintenance activities as required by 52 U.S.C. § 20507, alongside Federal immigration databases and State records requested, including through subpoena where necessary and authorized by law, for consistency with Federal requirements.[8]

To support this activity the Attorney General is required to prioritize enforcement of 18 U.S.C. §§ 611 and 1015(f) and similar laws that restrict aliens from registering to vote or voting, including through use of: (i) databases or information maintained by DHS; (ii) State-issued identification records and driver license databases; and (iii) similar records relating to citizenship.[9]

The Commissioner of Social Security also must assist states in determining whether individuals are eligible to register and vote by taking all appropriate action to make available the Social Security Number Verification Service, the Death Master File, and any other Federal databases containing relevant information to all State and local election officials engaged in verifying the eligibility of individuals registering to vote or who are already registered.[10]

---

[3] 90 Fed. Reg. 8,443 (Jan. 20, 2025).

[4] EO 14159, § 18.

[5] 90 Fed. Reg. 14,005 (Mar. 25, 2025).

[6] EO 14248 § 1.

[7] *Id.* § 2(b)(i).

[8] *Id.* § 2(b)(iii).

[9] *Id.* § 2(e).

[10] *Id.* § 3(a).

DHS-AR-000421

Accordingly, as required by these Executive Orders, DHS personnel must timely provide verification or immigration status information in response to inquiries from State and local government agencies to verify or ascertain the citizenship or immigration status of individuals. As required by 8 U.S.C. § 1373(c), such inquiries must relate to individuals within the jurisdiction of the State or local government agency and must be for a purpose authorized by law. DHS personnel have been directed to comply, to the maximum extent possible and permissible under law, with section 1373, taking into account federal statutory requirements, including the Privacy Act of 1974, 5 U.S.C. § 552a, and 8 U.S.C. § 1367 (special protected class information); as well as other laws, rules, regulations, policies, and requirements regarding verification, information sharing, and confidentiality.

DHS currently has systems in place, such as SAVE and U.S. Immigration and Customs Enforcement's Law Enforcement Support Center (LESC), to respond to inquiries from State and local government agencies to verify or ascertain the citizenship or immigration status of individuals. But neither 8 U.S.C. § 1373(c) nor § 1644 requires DHS to limit responses only to inquiries through the systems currently in place.  If DHS possesses the requested verification or status information—whether or not in a system, such as SAVE or LESC—DHS must provide such information in accordance with §§ 1373(c) and 1644.

USCIS has requested SSA assistance with respect to information regarding citizenship in its possession that would greatly assist with this and falls within § 1373(a)'s reference to "information regarding the citizenship . . . of any individual."  This request is consistent with the spirit of these EOs, the references to interagency communication in § 1373(a), and DHS efforts to fully implement these authorities in order to provide as responsive and comprehensive responses as possible to State and local information requests under § 1373(c) in accord with DHS's broad interpretation of its responsibilities.  DHS thus has requested that SSA comply, to the maximum extent possible and permissible under law, with § 1373(a), taking into account federal statutory requirements, as well as other laws, rules, regulations, policies, and requirements regarding verification, information sharing, and confidentiality.

**Proposal to address the issue:** SAVE's citizenship information verification initiative seeks to provide timely verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number, or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS seeks access to SSA information accessed through the DHS-USCIS Verification Information System (VIS)[11] for the purpose of verifying the citizenship and immigration status for benefits and licenses, as authorized by section 103 of the Immigration and Nationality Act, Pub. L No. 82-414, as amended, 8 U.S.C. § 1103, Section 121(c)(1), Part C, of the Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 42 U.S.C. § 1320b-7 and note, and section 642 of the Illegal Immigration Reform and Immigrant

---

[11] VIS provides services to customers through SAVE and E-Verify (the latter of which will not be used for this initiative).

DHS-AR-000422

Responsibility Act of 1996, Pub. L. No. 104-208, as amended, 8 U.S.C. § 1373(c).

SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.  SSA is authorized to participate in this information sharing under the authority of the Social Security Act, 42 U.S.C. § 1306, and pursuant to 8 U.S.C. § 1373(a).

This information sharing is also subject to requirements of:

- The Privacy Act of 1974, 5 U.S.C. § 552a;

- The Federal Information Security Management Act of 2014 (Pub. L. 113-283);

- 20 C.F.R. § 401.120; and

other laws, rules, regulations and applicable agency policies.

DHS-USCIS seeks SSA support by matching data submitted through SAVE to SSA records in SSA's Master Files of Social Security Number (SSN) Holders and SSN Applications, System of Record Notice 60-0058, 90 Fed. Reg. 10025 (Feb. 20, 2025) ("Enumeration System").  Specifically, SAVE User Agencies input information into SAVE from benefit applications, and DHS-USCIS sends the information to SSA to confirm or not confirm that the SSN, name, and date of birth match information in SSA records.  SSA is also asked to provide DHS-USCIS an indication of United States citizenship, if available.

For other SAVE use cases including those for non-voter registration or list maintenance benefit eligibility checks, USCIS may use a full or partial SSN to acquire from SSA an Alien Registration Number (ARN) to access the necessary DHS records within SAVE.

After SAVE checks the SSA and USCIS-accessed databases, DHS-USCIS sends a response to the User Agency in SAVE indicating the individual's citizenship or immigration status, with a code of admission and a narrative description or that additional information is needed to complete the verification (called additional verification). If DHS-USCIS is unable to complete the verification, SAVE will indicate that no record was found and to resubmit with more information as a retry to verify the individual's citizenship or immigration status. In scenarios where a DHS enumerator was provided and unable to provide a verification at initial response, SAVE will request additional verification with documents and try again to resolve the case through a manual review process.

**Description of Matched Records**

Systems of Records

SSA will disclose to USCIS data from the Enumeration System, 60-0058.

DHS-AR-000423

USCIS will maintain information provided by SSA in its system of records entitled, "DHS/U.S. Citizenship and Immigration Services (USCIS)-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records."

Specified Data Elements

1.  USCIS will provide SSA with the individual's name, including other names used as applicable, date of birth, and either the full or partial SSN.

2.  SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not verified" response, the reason for the "not verified" will be provided. In rare circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these cases, SSA will provide a reason of "other".

3.  SSA's responses will contain the following:

    - SSN Match (True/False)
    - Full SSN for all matches (when a partial SSN is provided)
    - Name Match (True/False)
    - Date of Birth Match (True/False)
    - Citizenship/Foreign Indicator
        - Blank – Citizenship code is blank and foreign-born indicator is blank
        - * - Citizenship code is blank and foreign-born indicator is *
        - "A" - U.S. Citizen
        - "B" - Legal alien, eligible to work
        - "C" - Legal alien, not eligible to work
        - "D" - Other
        - "E" - Alien Student - restricted work authorized
        - "F" - Conditionally legalized alien
    - Alien Registration Number (where applicable)
    - Death Indicator (Yes Deceased / Not Deceased)
    - Error code descriptions (transaction and record levels)


**SSA's Responsibilities:**

Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Enumeration System. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

SSA will provide responses to the SAVE queries within one second or less.

5

DHS-AR-000424

SSA will inform USCIS when its systems have a scheduled outage or planned maintenance that may negatively affect service.

SSA will safeguard any personally identifiable information (PII) obtained from SAVE agencies through the SAVE process in accordance with the Privacy Act (5 U.S.C. § 552a), the Social Security Act (42 U.S.C. § 1306(a)), and SSA regulations (20 C.F.R. Part 401). SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**USCIS' Responsibilities:**

USCIS will only submit verification requests to SSA for authorized purposes.

USCIS will notify SSA of any pending or final changes in the statutory or regulatory requirements concerning SAVE.

USCIS will inform SSA if the SAVE system or other related connectivity system has a scheduled outage or planned maintenance that may negatively affect service.

After discovering a connectivity issue that may negatively affect SAVE service, USCIS will inform SSA.

USCIS will safeguard any PII obtained from SSA in accordance with the Privacy Act (5 U.S.C. § 552a) and the Federal Information Security Modernization Act. SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**Records Usage, Duplication and Redisclosure**

The parties acknowledge that information sent by USCIS to SSA for verification requests will be matched against existing SSA- accessed data holdings which may contain the same information. As such, the information provided about an individual within a verification request by USCIS to SSA will not be considered SSA-owned information. Information that identifies a verification request as being generated by USCIS or associated with a USCIS program will be protected as set forth in this Agreement and as required by law.

USCIS and SSA agree to the following limitations on the access to, and disclosure and use of information that identifies a verification request as being generated by USCIS or associated with an USCIS program:

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program will remain information owned by USCIS.

6

DHS-AR-000425

USCIS will use the verification responses generated by SSA only for the purposes described in this Agreement.

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program will be used only as provided in this Agreement by SSA.

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program provided by SSA will not be duplicated or disseminated outside SSA without prior written approval from USCIS. USCIS will not give such approval unless the redisclosure is required by law or is essential to the conduct of the exchange. In such cases, SSA, the agency redisclosing the records, must specify in writing what records will be redisclosed, to whom they will be redisclosed, and the reasons that justify redisclosure.

USCIS will not duplicate or disseminate the verification responses for a purpose not covered by this Agreement, within or outside of its agency, without the written permission of SSA, excepted as required by Federal law. SSA will not give such permission, unless Federal law requires disclosure or disclosure is essential to the purpose of this Agreement. For such permission, USCIS must specify in writing what data it is requesting to duplicate or disseminate and to whom, and the reasons that justify such duplication or dissemination.

All USCIS verification requests will be documented in a transactional database. The retention period is 10 years. The database is not accessible to the public, except as permitted by law.

USCIS and SSA recognizes that they may need to disclose information pursuant to an audit by appropriate government oversight authorities. In the event USCIS or SSA needs to disclose information that identifies a verification request or a verification response covered by this Agreement for purposes of appropriate government oversight, the audited agency shall endeavor to coordinate with source agency in writing in advance of such dissemination, to the extent practicable and consistent with applicable law and policy. USCIS and SSA will take steps to ensure that any disclosures taken in these circumstances are limited to information that is relevant and necessary for the identified purpose.

**Security Procedures**

SSA and USCIS will comply with the Federal Information Security Management Act (FISMA), 44 U.S.C. § 3551 et seq., as amended by the Federal Information Security Modernization Act of 2014 (Pub. L. 113-283); FIPS, Mandatory Security Processing Standards 199 & 200; related OMB circulars and memoranda, including revised Circular A-130, Management of Federal Information Resources (July 28, 2016); National Institute of Standards and Technology (NIST) directives; and the Federal Acquisition Regulations (FAR). These laws, regulations, and directives provide requirements for safeguarding Federal information systems and PII used in Federal agency business processes, as well as related reporting requirements.

DHS-AR-000426

FISMA requirements apply to all Federal contractors, organizations, or sources that possess or use Federal information, or that operate, use, or have access to Federal information systems on behalf of an agency. Each agency receiving information under this DSA is responsible for oversight and compliance of its contractors and agents with FISMA requirements.

Loss Reporting

If either SSA or USCIS experiences an incident involving the loss or breach of PII provided by SSA or USCIS under the terms of this agreement, they will follow the incident reporting guidelines issued by the OMB. In the event of a reportable incident under OMB guidance involving PII, the agency experiencing the incident is responsible for following its established procedures, including notification to the proper organizations (e.g., United States Computer Emergency Readiness Team, the agency's privacy office). In addition, the agency experiencing the incident (e.g., electronic or paper) will notify the other agency's Systems Security Contact named in this agreement. If USCIS is unable to speak with the SSA Breach Contact within one hour or if for some other reason notifying the SSA Systems Security Contact is not practicable (e.g., it is outside of the normal business hours), USCIS will call SSA's National Network Service Center toll free at ████████████.

If SSA experiences or suspects that there is a loss or breach of USCIS information, it will notify the USCIS Security Operations Center (SOC) at ████████████and will follow up with an email to USCIS SOC ████████████████ and the USCIS Office of Privacy (████████████████████████ within one hour of suspecting or confirming an incident.

Breach Notification

SSA and USCIS will follow PII breach notification policies and related procedures issued by OMB. If the agency that experienced the breach determines that the risk of harm requires notification to affected individuals or other remedies, that agency will carry out these remedies without cost to the other agency.

Administrative Safeguards

SSA and USCIS will restrict access to the data matched and to any data created by the match to only those users, e.g., employees, contractors, etc., who need it to perform their official duties in connection with the uses of the data authorized in this agreement. Further, SSA and USCIS will advise all personnel with access, the confidential nature of the data, the safeguards required to protect the data, and the civil and criminal sanctions for noncompliance contained in the applicable Federal laws.

Parties, including all personnel with access to the information, will be appropriately educated and trained regarding the proper handling of PII and proper care of the information systems to ensure the overall safeguarding and security of the information. SSA and USCIS will ensure that its employees, including contractors with the access to any of the information, have completed privacy training on the handling of PII which includes

8

DHS-AR-000427

information on applicable laws, regulations, and policies related to information privacy and security.

Physical Safeguards

SSA and USCIS will store the data matched and any data created by the match in an area that is physically and technologically secure from access by unauthorized persons during duty hours as well as non-duty hours or when not in use (e.g., door locks, card keys, biometric identifiers, etc.). Only authorized personnel will transport the data matched and any data created by the match. SSA and USCIS will establish appropriate safeguards for such data, as determined by a risk-based assessment of the circumstances involved.

Technical Safeguards

SSA and USCIS will process the data matched and any data created by the match under the immediate supervision and control of authorized personnel in a manner that will protect the confidentiality of the data, so that unauthorized persons cannot retrieve any data by computer, remote terminal, or other means. Systems personnel must enter personal identification numbers when accessing data on the agencies' systems. SSA and USCIS will strictly limit authorization to those electronic data areas necessary for the authorized analyst to perform his or her official duties.

Application of Policy and Procedures

SSA and USCIS will adopt policies and procedures to ensure that each agency uses the information contained in their respective records or obtained from each other solely as provided in this agreement. SSA and USCIS will comply with these guidelines and any subsequent revisions.

Onsite Inspection

NIST Special Publication 800-37, Revision 2, encourages agencies to accept each other's security assessments in order to reuse information system resources and/or to accept each other's assessed security posture in order to share information.

NIST 800-37 further encourages that this type of reciprocity is best achieved when agencies are transparent and make available sufficient evidence regarding the security state of an information system so that an authorizing official from another organization can use that evidence to make credible, risk-based decisions regarding the operation and use of that system or the information it processes, stores, or transmits. Consistent with that guidance, the parties agree to make available to each other upon request system security evidence for the purpose of making risk-based decisions. Requests for this information may be made by either party at any time throughout the duration or any extension of this agreement.

DHS-AR-000428

<u>Retention and Destruction of Information</u>

USCIS will destroy the response file generated through this data exchange as soon as the information has served the matching program purpose and all legal retention requirements established in conjunction with the National Archives and Records Administration under applicable procedures have been met.  In case of such retention for evidentiary purposes, USCIS will retire the retained data in accordance with the applicable Federal Records Retention Schedule (44 U.S.C. § 3303a).

The information provided by USCIS is not used by SSA for any purpose other than data exchange.  USCIS's electronic request files are a transitory nature, or 'transitory records', specifically 'intermediate input files' as defined in General Records Schedule 5.2, Item 010. SSA will protect transitory records in the same manner that it protects SSA records.  The Input/Tickler file will be destroyed when no longer needed for business use.

**Duration of Agreement**

This agreement shall be effective upon the signature of the last signatory hereto and shall continue in effect until and unless modified or terminated in accordance with the provisions of this Agreement.

**Modification and Termination**

Modifications to this Agreement must be in writing and agreed to by the parties.

This Agreement may be terminated by either party upon 30 days advance written notice.

If legislation is enacted that affects SAVE functions or provides for new functionality, the parties agree to modify this Agreement as appropriate to cover any new provisions.

**Contacts:**

    <u>USCIS Contacts:</u>

    David M. Jennings
    Associate Chief - Business & Technology Integration
    Verification Division (VER)
    Immigration Records and Identity Services (IRIS)
    U.S. Citizenship and Immigration Services (USCIS)
    Department of Homeland Security (DHS)

    USCIS Security Operations Center (SOC)
    phone:

10

DHS-AR-000429

SSA Contacts

Breach Reporting
Andrea Huseth, Division Director
Office of Privacy and Disclosure
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD  21235
Telephone: ▮▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Disclaimers**

SSA is not liable for any damages or loss resulting from errors in information provided to USCIS under this Agreement.  Furthermore, SSA is not liable for damages or loss resulting from the destruction of any materials or data provided by USCIS.  All information furnished to USCIS will be subject to the limitations and qualifications, if any, transmitted with such information.  If, because of any such error, loss, or destruction attributable to SSA, the services must be re-performed by SSA, the additional cost thereof will be treated as a part of the full costs incurred in compiling and furnishing such information and will be paid by USCIS.

USCIS is not liable for any damages or loss resulting from errors in SSA information provided to USCIS under this Agreement. All information furnished to SSA will be subject to the limitations and qualifications, if any, transmitted with such information. If, because of any such error, loss, or destruction attributable to SSA, the services must be re-performed by SSA, the additional cost thereof will not be treated as a part of the full costs incurred in compiling and furnishing such information and will not be paid by USCIS.

The performance or delivery by SSA of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of SSA.  If for any reason SSA delays or fails to provide services, or discontinues the services or any part thereof, SSA is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

The performance or delivery by USCIS of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of USCIS.  If for any reason USCIS delays or fails to provide services, or discontinues the services or any part thereof, USCIS is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

**Integration**

This Agreement, and the attached system map constitute the entire Agreement of the parties with respect to its subject matter and supersede all other agreements between the parties regarding its subject matter.

11

DHS-AR-000430

There have been no representations, warranties, or promises made outside of this Agreement. This Agreement shall take precedence over any other documents that may be in conflict with it.

**Resolution Mechanism**

Disagreements on the interpretation of the provisions of this MOA that cannot be resolved between USCIS and the SSA point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at this level, the disagreement will be elevated to the next level in accordance with DHS- USCIS procedures for final resolution.

**Authorizing Signatures and Dates**

The signatories below warrant and represent that they have the  competent authority on behalf of their respective agencies to enter into the obligations set forth in this Agreement.

**Electronic Signature Acknowledgement:** The signatories may sign this document electronically by using an approved electronic signature process. By signing this document electronically, the signatories agree that the signature they provide has the same meaning and legal validity and effect as a handwritten signature.

**Social Security Administration**

Sean Brune
Digitally signed by Sean Brune
Date: 2025.05.15 08:58:24 -04'00'

_____

Sean Brune
Assistant Deputy Commissioner,
Office of Mission Support
Social Security Administration

Date:_____

**U.S. Department of Homeland Security**

BRIAN J BRODERICK
Digitally signed by BRIAN J BRODERICK
Date: 2025.05.15 10:09:48 -04'00'

_____

Brian J. Broderick
Chief (Acting), Verification Division
U.S. Citizenship and Immigration Services

Date:_____

12

DHS-AR-000431

For Official Use Only



# Interconnection Security Agreement Addendum between the U.S. Department of Homeland Security U.S. Citizenship and Immigration Services and the Social Security Administration (SSA) via the Homeland Security Enterprise Network (HSEN)

## Verification Information System (VIS) Systematic Alien Verification for Entitlements (SAVE)

### and

## Enterprise Data Exchange Network (EDEN) Social Security Number (SSN) Verification

Version 1.9

**June 12, 2025**

**WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of the DHS, USCIS, and the SSA Network Disclosure Offices.**

DHS-AR-000432

For Official Use Only

## DOCUMENT CHANGE HISTORY

| Version | Date | Description/Author |
|---|---|---|
| 1.0 | 05/08/2025 | USCIS VIS SAVE Team drafted ISA |
| 1.1 | 05/09/2025 | USCIS VIS SAVE Team provided additional updates |
| 1.2 | 05/09/2025 | USCIS ISA Support Team reviewed draft ISA |
| 1.3 | 05/12/2025 | USCIS ISA Support Team added additional diagram and finalized for external review |
| 1.4 | 05/28/2025 | SSA ISA Team reviewed the draft and provided comments. |
| 1.5 | 06/04/2025 | USCIS ISA Support Team reviewed SSA updates |
| 1.6 | 06/05/2025 | USCIS ISA Support Team added note regarding DXBS system and finalized for signatures |
| 1.7 | 06/10/2025 | SSA ISA Team provided additional updates to the ISA |
| 1.8 | 06/12/2025 | USCIS VIS Team concurred with updates |
| 1.9 | 06/12/2025 | USCIS ISA Support Team finalized for signatures |

DHS-AR-000433

For Official Use Only

---

**TABLE OF CONTENTS**

1.0    PURPOSE..................................................................................................................................4
   1.1   Scope ...................................................................................................................................4
   1.2   ISA Addendum Requirement for Types of System Interconnection................................4
   1.3   Security Network Connectivity Policy...............................................................................5
   1.4   References ...........................................................................................................................5
2.0    INTERCONNECTION JUSTIFICATION ...........................................................................5
3.0    SECURITY CONSIDERATION ...........................................................................................6
   3.1   General Information/Data Description................................................................................6
   3.2   ISA Requirements Within and Across Organizational Boundaries...................................7
   3.3   User Community .................................................................................................................7
   3.4   Specific Equipment/Service Restrictions ..........................................................................8
4.0    TOPOLOGICAL DRAWING.............................................................................................12
5.0    SIGNATORY AUTHORITY................................................................................................16
Appendix A - Ports, Protocols, Services Chart..............................................................................17

**TABLES AND FIGURES**

Table 1: Points of Contact.................................................................................................................5
Table 2: FIPS 199 Security Categorization ......................................................................................7
Figure 1: USCIS VIS Interconnection With SSA EDEN ...............................................................12
Figure 2: Basic Connectivity Diagram ...........................................................................................13
Figure 3: Event Diagram for the Connectivity and Encryption.....................................................14
Figure 4: SSA's Diagram for the Connectivity…………………………………………….…15
Table A-1: Chart .............................................................................................................................17

---

DHS-AR-000434

**For Official Use Only**

## 1.0    PURPOSE

This Interconnection Security Agreement (ISA) Addendum is to follow the same authority and scope as the original Master ISA (MISA) between the Social Security Administration (SSA) and the Department of Homeland Security (DHS) Homeland Security Enterprise Network (HSEN) dated *January 9, 2023*. *Note: A new circuit or change of address requires a new ISA*.

This ISA is required by Federal and DHS policy and establishes individual and organizational security responsibilities for the protection and handling of unclassified information between the DHS HSEN, U.S. Citizenship and Immigration Services (USCIS), and the Social Security Administration (SSA). Any specific requirements of both signatory organizations are also included.

*Note: This is an ISA addendum that establishes connections between DHS component systems and SSA systems. This ISA addendum requires that an MISA between DHS and SSA exists. This ISA addendum, when signed, becomes an addendum to the DHS / SSA MISA and inherits the MISA expiration date. A copy of this ISA, when signed, will be forwarded to SSA and DHS component system owners. It is the responsibility of the DHS component system owners to review this ISA addendum annually and to renew it every three years.*

## 1.1  Scope

This interconnection addendum addresses the application and control data traversing the communications networks between USCIS and SSA. The network connectivity is addressed in the MISA between DHS HSEN and the SSA.

## 1.2  ISA Addendum Requirement for Types of System Interconnection

The system interconnection between DHS HSEN and SSA is characterized as a network interconnection. Information exchange is encrypted using a Federal Information Processing Standard (FIPS) 140-3 validated IPSec AES-256 compliant encryption algorithm over the DHS Extranet configured with IPSec encrypted tunnels between the two endpoints. The interconnection between USCIS and SSA is a bi-directional path designed expressly for the exchange of data between systems.

This ISA identifies the System Owner and Authorizing Official (AO) of the applicable systems. The System Owner and AO for the network are documented in the MISA between DHS HSEN and the SSA.

> **Note:** For any new ISAs or ISA renewals associated with USCIS Systems, please reach out to the USCIS ISA Support Team at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and not the USCIS POCs listed below. The USCIS ISA Support Team is responsible for reviewing all USCIS ISAs and will route for USCIS reviews and signature.

DHS-AR-000435

**For Official Use Only**

**Table 1: Points of Contact**

| USCIS VIS SAVE POCs | SSA EDEN POCs |
|---|---|
| **Authorizing Official (AO):**<br>David A. Blair<br>Acting Chief Information Officer<br>Ph(O): 202-304-2983<br>██████████████ | **Authorizing Official (AO):**<br>Joe Cunningham<br>Acting Chief Information Security Officer<br>Ph(O): 410-965-3098<br>Joe.Cunningham@ssa.gov |
| **System Owner:**<br>Robert J. Uzel<br>Ph(O): 202-257-1505<br>██████████████ | **System Owner:**<br>Ann Amrhein<br>Ph(O): 410-965-9019<br>Ann.Amrhein@ssa.gov |

## 1.3  Security Network Connectivity Policy

Reference the specific MISA Agreement between DHS HSEN and SSA, dated *January 9, 2023*, for this section.

## 1.4  References

Reference the specific MISA Agreement between DHS HSEN and SSA, dated *January 9, 2023*, for this section.

## 2.0    INTERCONNECTION JUSTIFICATION

DHS-USCIS VIS SAVE's citizenship information verification initiative seeks to provide timely verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number (SSN), or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS VIS SAVE seeks access to SSA information for the purpose of verifying the citizenship and immigration status for benefits and licenses. SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.

The requirements for interconnection between the two systems is for the express purpose of exchanging data between the DHS HSEN owned, operated, and managed by DHS OCIO, and the SSA WAN owned, operated, and managed by the SSA.

The purpose of the interconnection is to provide VIS SAVE users access to SSA data and functions. In order for VIS SAVE to accomplish its mission, the VIS SAVE needs access to the following SSA resources:
- SSN
- Name
- DOB
- Citizenship

DHS-AR-000436

**For Official Use Only**

Application Description:

Data Exchange Business Services (DXBS) system - will provide data exchange customers, both internal and external to SSA, with a centralized, interactive, and dynamic user-friendly experience for requesting, sending, receiving, and administering incoming and/or outgoing data exchanges. DXBS addresses the problems that both internal and external data exchange and Name SSN Verification customers experience with the existing data exchange processes, applications, and workload. DXBS provides a holistic solution, generating greater value for our customers and maximize the Return on Investment for the agency.

## 3.0    SECURITY CONSIDERATION

This section describes the security mechanisms in place to secure the connections between both systems. It outlines what the security considerations are, and which organization is responsible for each. In some cases, both organizations will share security responsibility.

## 3.1  General Information/Data Description

The network interconnection between SSA and DHS is described in the DHS HSEN and the SSA Master ISA to which this is an addendum.

USCIS data is classified as For Official Use Only (FOUO) and is the highest classification of data that will pass over this interconnection. The exchanged data *does* contain Personally Identifiable Information (PII) such as name, date of birth, and passport number.

USCIS will connect in real time through an Application Programming Interface (API) connection with SSA Enterprise Data Exchange Network (EDEN) to provide an individual's name, including other names used as applicable, date of birth, and either the full or partial SSN.

Note: The SSA EDEN system is a child system within the SSA DXBS system.

SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not verified" response, the reason for the "not verified" will be provided. In rare circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these cases, SSA will provide a reason of "other".

SSA's responses will contain the following:

- SSN Match (True/False)
- Name Match (True/False)
- Date of Birth Match (True/False)
- Citizenship Indicator
  - o  "A" - U.S. Citizen
  - o  "B" - Legal alien, eligible to work
  - o  "C" - Legal alien, not eligible to work
  - o  "D" - Other
  - o  "E" - Alien Student - restricted work authorized
  - o  "F" - Conditionally legalized alien

DHS-AR-000437

For Official Use Only

- Foreign Born Indicator (Citizenship code is not present, but individual was foreign born)
- Alien Registration Number (where applicable)
- Death Indicator (Yes Deceased / Not Deceased)
- Error code descriptions (transaction and record levels)

## 3.2 ISA Requirements Within and Across Organizational Boundaries

IT equipment within the boundary of the DHS HSEN is owned, operated, and maintained by DHS government employees or contracted services. All DHS IT equipment will be hardened, at a minimum, per DHS 4300A hardening guidelines or specific waivers to hardening guidelines requested, documented, and approved by the appropriate Information System Security Manager (ISSM).

IT equipment within the boundary of the SSA is owned, operated, and maintained by SSA employees or contracted services. SSA IT equipment will be hardened, at a minimum, per SSA Security Policy and SSA Hardening Documents.

The DHS HSEN and USCIS shall protect the data in order to maintain confidentiality, integrity, and availability of the data and information systems. The DHS data and information system will be protected in accordance with DHS Sensitive Systems Policy Directive 4300A, NIST SP 800-53 assigned minimum security controls, and FIPS 199 Security Categorization. The interconnection will be protected to the requirements of the higher categorized system.

SSA shall protect the data in order to maintain confidentiality, integrity, and availability of the data and information systems. SSA data and information systems will be protected in accordance with SSA Information Technology Security Program and SSA Security Policy. The NIST SP 800-53 assigns minimum security controls based on the FIPS 199 Security Categorization of both systems. The interconnection will be protected to the requirements of the higher categorized system.

**Table 2: FIPS 199 Security Categorization**

| System | Confidentiality | Integrity | Availability | Overall |
|---|---|---|---|---|
| USCIS SAVE | Moderate | Moderate | Moderate | Moderate |
| SSA EDEN | Moderate | Moderate | Moderate | Moderate |
| DHS HSEN | High | High | High | High |

## 3.3 User Community

The user community is comprised of SSA EDEN employees and contracted personnel. System access will be restricted (based on a need-to-know and approved by the respective organizations) to authorized network and system administrators and security/operations staff at the respective facilities. All users will have appropriately adjudicated suitability Background Investigations (BI) and will be U.S. citizens.

DHS-AR-000438

For Official Use Only

The USCIS user community is comprised of USCIS SAVE System users from US federal, state, and local government agencies.

## 3.4 Specific Equipment/Service Restrictions

The use of specific prohibited or restricted services, protocols, and ports listed in the DHS 4300A "*Information Technology Security Program, Sensitive Systems*" require an approved waiver or exception agreement between the system AOs. Any additional interconnections to either system shall be documented in the appropriate security documentation and each party shall be notified of the new interconnections. The SSA EDEN and USCIS SAVE interconnection does not include any unauthorized protocols.

- **Segregation of Duties.** The management or execution of certain duties will be divided between two or more individuals. Examples of duties that might be segregated include auditing, managing user profiles, and maintaining equipment.

- **Incident Reporting.** The party discovering a security incident impacting this interconnection or associated data exchange will report it in accordance with its incident reporting procedures and within one (1) hour of discovery.

  DHS Incident Reporting Procedure
  Refer to Master DHS ISA.

  **SSA's Incident Reporting Procedure**

  o SSA's incident reporting process requires the reporting of any activities that may compromise the confidentiality, integrity, or availability of agency information or Information Systems.
  o Security incidents involving SSA information and/or data should be reported to the Security Operations Center (SOC) at SOC@ssa.gov within one (1) hour of discovery.

- **Audit Trail Responsibilities.** Both parties are responsible for auditing and user activities involving the interconnection. The recorded activities should include event type, date and time of event, user identification, workstation identification, success or failure of access attempts, and security actions taken by system administrators or security officers. Audit logs are to include administrator actions regarding data transfers across VPN interconnections.

- **Security Parameters.** The SSA and USCIS both agree to maintain adequate security controls in accordance with FIPS 199, FIPS 200 and NIST SP 800-53 Recommended Security Controls for Federal Systems, including specific access control lists (ACL) at perimeter routers and firewalls, to permit outbound and inbound network traffic for only specified protocols, ports, and hosts. Routers and firewalls shall be configured to prevent exploitation of the interconnection to gain unauthorized access to other organizations or interconnected IT systems, networks, devices, and resources. Security controls to provide this protection include:

  o Protection against malicious software by using antivirus software that is updated frequently on all systems that process data.
  o Separate authentication required to access each of the interconnected systems.
  o Detection, refusal, and logging of any connection attempt from a non-prescribed host.

DHS-AR-000439

**For Official Use Only**

Detection, refusal, and logging of any request for an unapproved service or use of the interconnection.

- **Data Backup.** If backups are required, the following types of data [PII] will be backed up at a daily frequency, and backups will be performed by the originating parties. Critical data is to be backed up regularly, stored in a secure off-site location to prevent loss or damage, and retained for a period approved by both parties. Similarly, audit logs should be copied, stored in a secure location, and retained for a period approved by both parties.

- **Change Management.** In the event that USCIS or SSA make changes which trigger the need for re-authorization it would require the ISA to be updated and reauthorized by both parties.

- **Training and Awareness.** Each agency shall require that 1) employees and contractors complete annual security and privacy awareness training and 2) personnel with access to this interconnection shall complete specialized security training (e.g., operational) commensurate with the ISA responsibilities.

- **Security Documentation.** SSA and USCIS adhere to the NIST regulations governing Security Assessment and Authorization (SA&A) for all security authorization boundaries. Applicable System Security Plans (SSPs) are to be updated.

- **Identification and Authentication.** Identification and authentication is used to prevent unauthorized personnel from entering an IT system. Strong mechanisms are in place to identify and authenticate users to ensure that they are authorized to access the interconnection. Mechanisms that may be used include user identification and passwords, digital certificates, authentication tokens, biometrics, and smart cards. If passwords are used, they are at least eight characters long, have a mixture of alphabetic and numeric characters, and are changed at predetermined intervals. Master password files are encrypted and protect against unauthorized access. If digital signatures are used, the technology conforms to Federal Information Processing Standard (FIPS) 186-4, Digital Signature Standard (DSS). Depending on data sensitivity, organizations may permit users to access the interconnection after they have authenticated to their local domain, reducing the need for multiple passwords or other mechanisms. Applications operating across the interconnection could rely on authentication information from the user's local domain, using a proxy authentication mechanism.

- **Logical Access Controls.** Logical access controls are in place to designate users who have access to system resources and the types of transactions and functions they are permitted to perform. Access control lists (ACL) and access rules specify the access privileges of authorized personnel, including the level of access and the types of transactions and functions that are permitted (e.g., read, write, execute, delete, create, and search). Hardware and software are configured with ACLs, or the ACLs are administered offline and distributed to routers and other devices. Access control rules are in place to grant appropriate access privileges to authorized personnel, based on their roles or job functions. Only system administrators have access to the controls. In addition, a log-on warning banner is in place to notify unauthorized users that they have accessed a federal computer system and unauthorized use can be punishable by fines or imprisonment. The terms of the warning have been approved by each organization's Legal Counsel.

DHS-AR-000440

For Official Use Only

- **Virus Scanning.** Data and information that pass from one IT system to the other are scanned with antivirus software to detect and eliminate malicious code, including viruses, worms, and Trojan horses. Antivirus software is installed on all servers and computer workstations linked to the interconnection. The software is automatically updated and properly maintained with current virus definitions. In addition, virus scanning is included in user training to ensure that users understand how to scan computers, file downloads, and e-mail attachments. Procedures are written and responsibilities are assigned for responding to and recovering from malicious code attacks.

- **Scheduling.** A preliminary schedule for all activities involved in planning, establishing, and maintaining the interconnection will be developed. Also, both parties agree to the schedule and conditions for terminating or reauthorizing the interconnection.

- **Planned Disconnection.** The decision to terminate the interconnection should be made by the system owner with the advice of appropriate managerial and technical staff. Before terminating the interconnection, the initiating party should notify the other party in writing, and it should receive an acknowledgment in return. The notification should describe the reason(s) for the disconnection, provide the proposed timeline for the disconnection, and identify technical and management staff who will conduct the disconnection.

  The schedule for terminating the interconnection should permit a reasonable period for internal business planning so both sides can make appropriate preparations, including notifying affected users and identifying alternative resources for continuing operations. In addition, managerial and technical staff from both organizations should coordinate to determine the logistics of the disconnection and the disposition of shared data, including purging and overwriting sensitive data (data remanence). The disconnection should be conducted when the impact on users is minimal, based on known activity patterns.

  **Emergency Disconnect.** If one or both organizations detect an attack, intrusion attempt, or other contingency that exploits or jeopardizes the connected systems or their data, it might be necessary to abruptly terminate the interconnection without providing written notice to the other party. This extraordinary measure should be taken only in extreme circumstances and only after consultation with appropriate technical staff and senior management. The system owner or designee should immediately notify the other party's emergency contact by telephone or other verbal method and receive confirmation of the notification. Both parties should work together to isolate and investigate the incident, including conducting a damage assessment and reviewing audit logs and security controls, in accordance with incident response procedures. If the incident was an attack or an intrusion attempt, law enforcement authorities should be notified, and all attempts should be made to preserve evidence.

  The initiating party should provide a written notification to the other party in a timely manner (e.g., within five days). The notification should describe the nature of the incident, explain why the interconnection was terminated, describe how the interconnection was terminated, and identify actions taken to isolate and investigate the incident. In addition, the notification may specify when and under what conditions the interconnection may be restored, if appropriate.

- **Contingency Planning.** Both organizations should coordinate contingency planning training, testing, and exercises to minimize the impact of disasters and other contingencies that could damage the connected systems or jeopardize the confidentiality and integrity of shared data.

DHS-AR-000441

**For Official Use Only**

Considerations include emergency alerts and notification; damage assessment; response and recovery, and data retrieval. The organizations are to notify each other about changes to emergency Point of Contact (POC) information (primary and alternate), including changes in staffing, addresses, telephone and fax numbers, and e-mail addresses.

**Intrusion Detection.** Intrusion detection and protection tools are installed on the host network to identify threats and events aimed at or to the system. Both parties will monitor communications at the external boundary of their respective information systems and at key internal boundaries.

Other preventive measures include:

- o System monitoring of IP addresses and ports
- o Maintenance of Host-based Intrusion Detection Systems (HIDS), Network-based Intrusion Detection Systems (NIDS), and audit logs
- o Penetration testing is performed in the course of data center audits

- **Auditing.** Mechanisms are in place to record activities occurring across the interconnection, including application processes and user activities. Activities that should be recorded include event type, date and time of event, user identification, workstation identification, the success or failure of access attempts, and security actions taken by system administrators or security officers. Audit logs have read-only access, and only authorized personnel should have access to the logs. In addition, logs are stored in a secure location to protect against theft and damage and are retained for a period approved by both parties.

DHS-AR-000442

## 4.0     TOPOLOGICAL DRAWING

Case 1:25-cv-03501-SLS     Document 110-4     Filed 06/12/26     Page 32 of 86

DHS-AR-000443



For Official Use Only

For Official Use Only

June 12, 2025

**For Official Use Only**

**For Official Use Only**

June 12, 2025

DHS-AR-000445

Case 1:25-cv-03501-SLS    Document 110-4    Filed 06/12/26    Page 35 of 86

DHS-AR-000446

**For Official Use Only**

For Official Use Only

## 5.0     SIGNATORY AUTHORITY

| DHS USCIS AO<br>Mark W. Burgess, Acting CISO on behalf of<br>**David A. Blair**<br>Acting Chief Information Officer<br>U.S. Citizenship and Immigration Services | MARK W BURGESS | Digitally signed by MARK W BURGESS<br>Date: 2025.07.16 09:43:05 -05'00' |
|---|---|---|
| | Signature | Date |
| **Joe Cunningham**<br>Acting Chief Information Security Officer (CISO)<br>Office of Information Security (OIS)<br>Social Security Administration (SSA) | Joseph Cunningham | Digitally signed by Joseph Cunningham<br>Date: 2025.07.08 07:57:52 -04'00' |
| | Signature | Date |
| **Tyean Billie**<br>Associate Commissioner<br>Office of Systems Operations and Hardware Engineering (OSOHE)<br>Social Security Administration (SSA) | Tyean S. Jackson Billie | Digitally signed by Tyean S. Jackson Billie<br>Date: 2025.06.24 15:57:06 -04'00' |
| | Signature | Date |

DHS-AR-000447

## Appendix A - Ports, Protocols, Services Chart



Case 1:25-cv-03501-SLS    Document 110-4    Filed 06/12/26    Page 37 of 86

DHS-AR-000448

Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance ✕

From:    SAVE USCIS <SAVE.USCIS@messages.dhs.gov>

Subject:  Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance



## Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance

Following Executive Order 14248, "Preserving and Protecting the Integrity of American Elections," USCIS is modernizing SAVE's voter verification services to include a bulk upload capability to create cases. This tool will only be accessible to registered SAVE agencies with legal authority to verify citizenship for voter registration, voter list maintenance, or both as outlined in their Memorandum of Agreement (MOA) with SAVE. Data required for cases entered through the bulk upload tool will mirror the existing SAVE system, however DHS enumerators will be limited to Alien Number and/or Citizenship or Naturalization Certificate Number. This is the first of multiple improvements that USCIS will be initiating in the SAVE System. Future updates will include the ability to submit a case in SAVE for voter verification purposes with other enumerators, such as a Social Security Number (SSN).

To simplify the upload process, SAVE will provide a template with required fields in a standardized data format. Any cases created in SAVE by state agencies individually or in bulk for voter registration or voter list maintenance will be exempt from SAVE transaction fees.

Note that user agencies must institute SAVE additional verification, when required by SAVE, in any voter verification case that does not initially verify as a naturalized or acquired citizen. If SAVE does not verify the case as a naturalized or acquired citizen after additional verification, the user agency is required to contact the individual to obtain proof of citizenship and provide the individual with an opportunity to contact DHS to correct their records prior to a final decision, as well as with any other rights available to the individual under state or other applicable law.

For additional information regarding SAVE's voter verification services, please review the  Voter Registration and Voter List Maintenance Fact Sheet. Additionally, users with permission to access this tool will also be able to access the SAVE Bulk Upload Tool Instructional Guide to enable ease of use.

**Please do not reply to this message.**



DHS-AR-000449

Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance

From:    SAVE USCIS <SAVE.USCIS@messages.dhs.gov>

Subject:  Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance

DHS-AR-000450

**From:** VER Internal Comms <███████████████████████>
**Sent:** Friday, May 2, 2025 4:11 PM
**To:** USCIS-IRIS-VER <█████████████████████>; USCIS-IRIS-VER-Contractors <███████████████████████████████████>
**Cc:** Wheelock, Amy J <████████████████████>; Hekman, Daniel P <███████████████████>; Mayhew, Michael X <████████████████████>; Gallion, Betsy M <███████████████████>; Beason, Daniel J <████████████████████>; Moulton-Atkins, Shayla S <████████████████████>; Mandanas, Maria J (Joy) <██████████████████>; Burkley, Bruce D <███████████████████>; Broderick, Brian J <████████████████████>
**Subject:** Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance



STAFF UPDATE
05/02/2025
#REF 087-25

# Bulk Case Upload Capability Available for Voter Registration and/or Voter List Maintenance

On May 02, 2025, the message below will be distributed via GovDelivery to the following targeted audiences:

- Users and POCs associated with a registered Agency authorized to use SAVE for Voter Registration and/or Voter List Maintenance; and

- Additional individuals identified for notification (Ex. National Association of Secretaries of State, National Association of State Election Directors).

DHS-AR-000451

Following Executive Order 14248, "Preserving and Protecting the Integrity of American Elections," USCIS is modernizing SAVE's voter verification services to include a bulk upload capability to create cases. This tool will only be accessible to registered SAVE agencies with legal authority to verify citizenship for voter registration, voter list maintenance, or both as outlined in their Memorandum of Agreement (MOA) with SAVE. Data required for cases entered through the bulk upload tool will mirror the existing SAVE system, however DHS enumerators will be limited to Alien Number and/or Citizenship or Naturalization Certificate Number. This is the first of multiple improvements that USCIS will be initiating in the SAVE System. Future updates will include the ability to submit a case in SAVE for voter verification purposes with other enumerators, such as a Social Security Number (SSN).

To simplify the upload process, SAVE will provide a template with required fields in a standardized data format. Any cases created in SAVE by state agencies individually or in bulk for voter registration or voter list maintenance will be exempt from SAVE transaction fees.

Note that user agencies must institute SAVE additional verification, when required by SAVE, in any voter verification case that does not initially verify as a naturalized or acquired citizen. If SAVE does not verify the case as a naturalized or acquired citizen after additional verification, the user agency is required to contact the individual to obtain proof of citizenship and provide the individual with an opportunity to contact DHS to correct their records prior to a final decision, as well as with any other rights available to the individual under state or other applicable law.

For additional information regarding SAVE's voter verification services, please review the Voter Registration and Voter List Maintenance Fact Sheet. Additionally, users with permission to access this tool will also be able to access the SAVE Bulk Upload Tool Instructional Guide to enable ease of use.

For questions, please contact Joel Burzinski, SAVE Product Owner or Alyssa Psota, Strategies and Programs Branch.

DHS-AR-000452

**DEPARTMENT OF HOMELAND SECURITY (DHS) PRIVACY OFFICE**

**NARRATIVE STATEMENT**

**PROPOSAL TO PUBLISH AN UPDATE TO A SYSTEM OF RECORDS**

**DHS/USCIS-004 SYSTEMATIC ALIEN VERIFICATION FOR ENTITLEMENTS (SAVE) PROGRAM SYSTEM OF RECORDS**

Purpose:  The purpose of this system is to provide a service (fee-based for federal agencies) that assists federal, state, territorial, tribal, and local benefit-granting agencies, licensing bureaus, and other authorized entities for any legally mandated purpose in accordance with an authorizing statute to verify the U.S. citizenship and immigration status of individuals, to include naturalized, derived, and U.S. citizens by birth, within their jurisdiction applying for benefits, and to otherwise efficiently administer their programs, to the extent that such disclosure is necessary to enable these agencies and entities to make decisions related to (1) determining eligibility for a federal, state, territorial, tribal, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; (5) voter verification or (6) any other lawful purpose. This system is also used for the Department of Homeland Security (DHS)/U.S. Citizenship and Immigration Services (USCIS) bond management purposes under section 213 of the Immigration and Nationality Act.

Authority: Authority for having a system for verification of citizenship and immigration status is found in Immigration and Nationality Act, Pub. L. 82-414, 66 Stat. 163 (June 27, 1952), as amended, Immigration Reform and Control Act, Pub. L. 99-603, 100 Stat. 3359 (Nov. 6, 1986); Personal Responsibility and Work Opportunity Reconciliation Act, Pub. L. 104-193, 110 Stat. 2105 (Aug. 22, 1996); Illegal Immigration Reform and Immigrant Responsibility Act, Pub. L. 104-208, 110 Stat. 3009 (Sept. 30, 1996); (8 U.S.C 1373(c)); the REAL ID Act of 2005, Pub. L. 109-13, 119 Stat. 231 (May 11, 2005); Patient Protection and Affordable Care Act, Pub. L. 111-148, 124 Stat. 119 (Mar. 23, 2010), as amended by the Health Care and Education Reconciliation Act of 2010, Pub. L. 111-152, 124 Stat. 1029 (Mar. 30, 2010); and the Federal Aviation Administration (FAA)-Extension, Safety, and Security Act of 2016, Pub. L. 114-190, 130 Stat. 615 (July 15, 2016), 8 CFR Part 213a (Affidavits of Support on Behalf of Immigrants).

Effect on Individual Privacy: DHS/USCIS evaluated the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system and determined that it has a **major** impact on individual privacy that is outweighed by DHS's interest in assisting federal, state, territorial, tribal, and local benefit-granting agencies, licensing bureaus, and other authorized entities to verify the U.S. citizenship and immigration status of individuals, to include naturalized, derived, and U.S. citizens by birth, within their jurisdiction applying for benefits, and to otherwise efficiently administer their programs. DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program assists DHS/USCIS in meeting its statutory obligation to administer SAVE. DHS/USCIS must collect personally identifiable information to meet this statutory requirement because the data collected from the user agency must be verified against data collected by DHS, USCIS, and other federal agencies to verify citizenship and/or immigration status.

Additionally, DHS/USCIS evaluated several privacy risks related to transparency/notice and

DHS-AR-000483

individual participation. The following are examples of the privacy risks and mitigations documented in the related updated SAVE Program Privacy Impact Assessment:

There is a **privacy risk** that all United States citizens, including natural born U.S. citizens, have not been provided notice that the SAVE collects or maintains their information for citizenship and immigration status.

DHS/USCIS **partially mitigates** this risk. It is the responsibility of each registered agency to provide notice to individuals within their jurisdiction of their use of information and sharing with DHS/USCIS. DHS/USCIS is publishing this privacy impact assessment and related System of Records Notice to provide transparency regarding the new categories of information collected and shared to assist registered agencies in verifying citizenship and immigration status of individuals applying for a benefit or license and voter registration verification. The SAVE Program's "Register an Agency for SAVE" explains how an eligible agency can create a memorandum of agreement with the DHS/USCIS. These agreements require registered user agencies to comply with the Privacy Act of 1974, 5 U.S.C. § 552a, as amended, and other applicable laws, regulations, and policies. These policies include transparency and notice to individuals regarding agencies collection and use of personally identifiable information.

There is a **privacy risk** that the new category individuals covered by this assessment/notice, specifically natural born United States citizens, do not have the opportunity to individually participate or consent in how DHS/USCIS uses their information.

DHS/USCIS **cannot mitigate** this risk. Each user agency is responsible for complying with federal and local authorities. DHS/USCIS assumes that each user agency factors in the principles of notice, individual participation, and consent prior to providing information to DHS/USCIS. DHS/USCIS only uses the information for the authorized purpose(s). Individuals should consult their local government agencies to determine the appropriate opt-in or opt-out statute, regulations and policies.

There is a **privacy risk** that the DHS/USCIS may share inaccurate information with registered agencies, which could in turn impact a registered user agency's eligibility determination for an individual.

DHS/USCIS **partially mitigates** this risk. Generally, SAVE has a 3-step process. The first step is a general query of the system. However, due to misspellings of names, transposed numbers, or incomplete information, SAVE may produce inaccurate results. To mitigate this, SAVE has a manual step process where a DHS/USCIS staff member will try to reconcile the request manually. The third step is for DHS/USCIS to get additional documentation from the registered agency. However, this only partially mitigates the risk since the new request using Social Security numbers does not allow for a second and third step review. DHS/USCIS does not have direct access to the Social Security Administration system to support these additional steps. Additionally, registered agencies may not go through all steps to ensure accuracy of information.

There is a **privacy risk** that the DHS/USCIS may use the information it obtains from registered agencies, the Social Security Administration, and the Department of State, for purposes not

authorized by statute or for which it was originally collected.

DHS/USCIS **mitigates this risk** by only collecting information as authorized by the Immigration and Naturalization Act and other authorities mentioned in the Privacy Impact Assessment. The purpose for sharing Social Security numbers with the Social Security Administration and receiving information is to allow user agencies to verify the citizenship or immigration status of individuals applying for a benefit, license, or voter registration verification. The purpose for sharing and receiving U.S. passport information with the Department of State is to verify the citizenship or immigration status of individuals applying for a benefit, license or for voter registration verification. DHS/USCIS will not use the information for any other purposes than to facilitate verification of status to user agencies or to report potential fraud. The Immigration Reform and Control Act (ICRA) of 1986 Section 121 (c)(1) specifically mentions that the program is not to be used for administrative (non-criminal) enforcement. Also, each registered agency must execute a memorandum of agreement or computer matching agreement with DHS/USCIS that includes terms that the SAVE will be used in accordance with the law.

Risk of Unauthorized Access: Records in this system are safeguarded in accordance with applicable rules and policies, including all applicable DHS automated systems security and access policies. Strict controls have been imposed to minimize the risk of compromising the information that is being stored. Access to the computer system containing the records in this system is limited to those individuals who have a need-to-know the information for the performance of their official duties and who have appropriate clearances or permissions.

Compatibility of Routine Uses: The Department of Homeland Security Privacy Office has reviewed the routine uses in this proposed system of records notice and found all of them to be compatible with the purpose of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program. In addition to those disclosures generally permitted under 5 U.S.C. § 552a(b) of the Privacy Act, all or a portion of the records or information contained in this system may be disclosed outside DHS as a routine use pursuant to 5 U.S.C. § 552a(b)(3) as follows:

Routine Use:
A. To the Department of Justice (DOJ), including Offices of the U.S. Attorneys, or other federal agency conducting litigation or in proceedings before any court, adjudicative, or administrative body, when it is relevant or necessary to the litigation and one of the following is a party to the litigation or has an interest in such litigation:

1.  DHS or any component thereof

2.  Any employee or former employee of DHS in his/her official capacity,

3.  Any employee or former employee of DHS in his/her individual capacity when DOJ or DHS has agreed to represent the employee, or

4.  The United States or any agency thereof.

Compatibility Analysis:

This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to the Department of Justice (DOJ) and other federal agencies when DHS determines that the use of those records is relevant and necessary for the conduct of litigation or other legal proceedings for which DHS or DOJ is a party to the litigation or has a vested interest in the litigation .

Routine Use:
B. To a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual to whom the record pertains.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records in response to congressional requests made on behalf of the individual on which the record is maintained.

Routine Use:
C. To the National Archives and Records Administration (NARA) or General Services Administration (GSA) pursuant to records management inspections being conducted under the authority of 44 U.S.C. 2904 and 2906.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to the National Archives and Records Administration (NARA) or General Services Administration (GSA) to facilitate the inspection of records. This ensures that records are being maintained in a manner consistent with established retention schedules.

Routine Use:
D. To an agency or organization for the purpose of performing audit or oversight operations as authorized by law, but only such information as is necessary and relevant to such audit or oversight function.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to facilitate legally authorized audits and oversight operations, and ensure that records are being maintained in accordance with established retention policies and procedures.

Routine Use:
E. To appropriate agencies, entities, and persons when (1) DHS suspects or has confirmed that there has been a breach of the system of records; (2) DHS has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, DHS (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with DHS's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

DHS-AR-000486

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to agencies, entities, and persons to assist in the response to a suspected or confirmed breach. The sharing of information allows DHS to mitigate, remedy, and respond to the impacts of the suspected or confirmed breach.

Routine Use:
F. To another Federal agency or Federal entity, when DHS determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to assist the recipient agency or entity in responding to a suspected or confirmed breach or preventing, minimizing, or remedying the risk of harm to individuals.

Routine Use:
G. To an appropriate federal, state, tribal, local, international, or foreign law enforcement agency or other appropriate authority charged with investigating or prosecuting a violation or enforcing or implementing a law, rule, regulation, or order, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to federal, state, local, and other government agencies, as well as international and foreign law enforcement agencies to investigate and prosecute violations or potential violations of law.

Routine Use:
H. To contractors and their agents, grantees, experts, consultants, and others performing or working on a contract, service, grant, cooperative agreement, or other assignment for DHS, when necessary to accomplish an agency function related to this system of records. Individuals provided information under this routine use are subject to the same Privacy Act requirements and limitations on disclosure as are applicable to DHS officers and employees.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to contractors and others performing work on behalf of the department to facilitate the completion of department-related functions.

DHS-AR-000487

Routine Use:
I. To approved federal, state, tribal, and local government agencies for any legally mandated purpose in accordance with their authorizing statute or law and when an approved Memorandum of Agreement or Computer Matching Agreement is in place between DHS and the entity.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to approved federal, state, tribal, and local government agencies for any legally mandated purpose in accordance with their authorizing statute or law and when an approved Memorandum of Agreement or Computer Matching Agreement is in place between DHS and the entity. This routine use is compatible because it assists in the administration of an approved Memorandum of Agreement or Computer Matching Agreement that is in place between DHS and the entity.

Routine Use:
J. To a federal, state, tribal, or local government agency that oversees or administers federal means-tested public benefits for purposes of seeking reimbursement from sponsors for the value of benefits provided to sponsored applicants, as well as reporting on overall sponsor deeming and reimbursement efforts to appropriate administrative and oversight agencies.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to a federal, state, tribal, or local government agency that oversees or administers federal means-tested public benefits for purposes of seeking reimbursement from sponsors for the value of benefits provided to sponsored applicants, as well as reporting on overall sponsor deeming and reimbursement efforts to appropriate administrative and oversight agencies. This routine use is compatible because it assists in the administration and enforcement of immigration laws.

Routine Use:
K. To airport operators to determine the eligibility of individuals seeking unescorted access to any Security Identification Display Area of an airport, as required by the FAA Extension, Safety, and Security Act of 2016.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to airport operators to determine the eligibility of individuals seeking unescorted access to any Security Identification Display Area of an airport. This routine use is compatible because it assists in the administration and enforcement of immigration laws and ensuring public and national safety.

Routine Use:
L. To the Social Security Administration and other federal, state, tribal, territorial, local, governments and other authorized entities to support U.S. citizenship and immigration status verification when a DHS approved agreement is in place between DHS and the entity.

Compatibility Analysis:

This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to federal, state, tribal, territorial, local governments and other authorized entities to help verify U.S. citizenship and immigration status of benefit applicants and voter registrations. The routine use is compatible because it is necessary to enable user agencies to make decisions related to (1) determining eligibility for a federal, state, territorial, tribal, or local public benefit; (2) issuing a license or grant; (3) issuing a government credential; (4) conducting a background investigation; (5) voter verification or (6) any other lawful purpose.

Routine Use:
M. To federal, state, territorial, tribal, local, and other entities that have a legal authority to provide oversight of programs and benefits supported by SAVE for auditing of program requirements and when a DHS-approved agreement (e.g. Memorandum of Agreement (MOA) or Computer Matching Agreement (CMA)) is in place between DHS and the entity. The routine use is compatible because it enables USCIS to assist user agencies to efficiently administer their programs.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to entities with a legal authority to audit or oversee the SAVE case verification records created by other user agencies to ensure compliance with program or benefits U.S. citizenship and immigration status eligibility requirements.

Routine Use:
N. To the news media and the public, with the approval of the Chief Privacy Officer in consultation with counsel, when there exists a legitimate public interest in the disclosure of the information, when disclosure is necessary to preserve confidence in the integrity of DHS, or when disclosure is necessary to demonstrate the accountability of DHS's officers, employees, or individuals covered by the system, except to the extent the Chief Privacy Officer determines that release of the specific information in the context of a particular case would constitute a clearly unwarranted invasion of personal privacy.

Compatibility Analysis:
This routine use allows DHS to disclose records maintained as part of the DHS/USCIS-004 Systematic Alien Verification for Entitlements (SAVE) Program system of records to the news media and the public in order to preserve the confidence of the public in the DHS, and to demonstrate the accountability of the department, its officers and employees, especially when the records pertaining to individual's U.S. citizenship and immigration status are outweighed by the public interest's in shedding light on DHS/USCIS ability to ensure and enhance SAVE.

Applicable OMB Control Numbers:

| Form | Form Name | OMB Control # | Expiration Date |
|------|-----------|---------------|-----------------|
| G-845 | Verification Request | 1615-0101 | 8/31/2028 |

List of Changes:

1. Clarifies and informs the public that SAVE has removed transaction charges for all state, local, tribal, and territorial government agencies that use the system. Federal agencies are still charged a fee to use SAVE.
2. Adds individuals that are U.S. citizens by birth to the categories of individuals covered by the system.
3. Updates the categories of records in the system to include collecting both full and truncated (last four digits) Social Security number (other than those collected on Form G-845, *Verification Request*), U.S. passport number, driver's license number, and information from the Social Security Administration.
4. Revises the record source categories to add SSA-60-0058 Master Files of Social Security Number Holders and Social Security Number Applications, February 20, 2025 (90 Fed. Reg. 10025), and state or other national agencies that issue or maintain driver's license information.
5. Amends the routine uses section of the System of Records Notice (SORN) to include adding Routine Use L, sharing with Social Security Administration and other federal organizations; and Routine Use M, to support sharing with federal agencies (e.g. the Department of Health and Human Services) to support auditing of federal programs administered by state, local, and tribal governments (e.g. Medicaid).
6. Includes non-substantive changes, including reorganizing of categories of records, change in the use of terms such as from "derived" citizen/citizenship to "acquired" citizen/citizenship, and spelling out of form names from the previously published notice.

DHS-AR-000490

Case 1:25-cv-03501-SLS   Document 110-4   Filed 06/12/26   Page 50 of 86



U.S. Citizenship
and Immigration
Services

MENU

# Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload

U.S. Citizenship and Immigration Services (USCIS) has enhanced the SAVE case creation process for users that log in to SAVE using a web browser. Please see the USCIS Deploys Common Sense Tools to Verify Voters press release.

Users are now able to create cases using a Social Security number (SSN) as the applicant's enumerator. Cases created with an SSN will receive a standard SAVE case response. If SAVE cannot locate a record when only an SSN is provided, agency users will see the new response, "Unable to Return a Record from SSA – Resubmit with Additional Information."

Additionally, SAVE browser users may now create cases in bulk. To enable the upload process, SAVE provides a template with required fields in a standardized data format. Data required for cases entered in bulk include first name, last name, date of birth, and one or more of the following enumerators: Alien Number (A-Number/USCIS number), Citizenship or Naturalization Certificate Number, and/or SSN. For more information, see the SAVE Bulk Upload Tool Instructional Guide (PDF, 740.94 KB).

***Note***: SAVE users are prohibited from creating SAVE cases for any reason other than verifying benefits or licenses as provided in the user agency's SAVE Memorandum of Agreement.

To increase the likelihood of an immediate response without additional verification, agencies should enter all available enumerators, exactly as they appear on the applicant's document(s). Users must complete all verification steps required by SAVE before relying on a SAVE response to deny a benefit or license, including requesting and submitting the benefit applicant's immigration documentation to SAVE when required.

USCIS will continue to release enhancements to SAVE as we optimize this service to provide a single, reliable source for verifying immigration status and U.S. citizenship in line with the DHS, USCIS, DOGE Overhaul Systematic Alien Verification for Entitlements Database press release.

Las...  ...025

Need Help?
Chat with Emma™

DHS-AR-000491

Case 1:25-cv-03501-SLS   Document 110-4   Filed 06/12/26   Page 51 of 86

DHS-AR-000492

Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload ✕

From:    SAVE USCIS <SAVE.USCIS@messages.dhs.gov>

Subject:   Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload



# Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload

U.S. Citizenship and Immigration Services (USCIS) has enhanced the SAVE case creation process for users that log in to SAVE using a web browser. Please see the USCIS Deploys Common Sense Tools to Verify Voters press release.

Users are now able to create cases using a Social Security number (SSN) as the applicant's enumerator. Cases created with an SSN will receive a standard SAVE case response. If SAVE cannot locate a record when only an SSN is provided, agency users will see the new response, "Unable to Return a Record from SSA – Resubmit with Additional Information."

Additionally, SAVE browser users may now create cases in bulk. To enable the upload process, SAVE provides a template with required fields in a standardized data format. Data required for cases entered in bulk include first name, last name, date of birth, and one or more of the following enumerators: Alien Number (A-Number/USCIS number), Citizenship or Naturalization Certificate Number, and/or SSN. For more information, see the SAVE Bulk Upload Tool Instructional Guide.

***Note***: SAVE users are prohibited from creating SAVE cases for any reason other than verifying benefits or licenses as provided in the user agency's SAVE Memorandum of Agreement.

To increase the likelihood of an immediate response without additional verification, agencies should enter all available enumerators, exactly as they appear on the applicant's document(s). Users must complete all verification steps required by SAVE before relying on a SAVE response to deny a benefit or license, including requesting and submitting the benefit applicant's immigration documentation to SAVE when required.

USCIS will continue to release enhancements to SAVE as we optimize this service to provide a single, reliable source for verifying immigration status and U.S. citizenship in line with the DHS, USCIS, DOGE Overhaul Systematic Alien Verification for Entitlements Database press release.

**Share this bulletin**

  

DHS-AR-000493

Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload

From:    SAVE USCIS <SAVE.USCIS@messages.dhs.gov>

Subject:  Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload

DHS-AR-000494



# MEMORANDUM OF AGREEMENT

## BETWEEN THE DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES AND
## [*INSERT FEDERAL USER AGENCY*]

### I. PARTIES.

The parties to this Systematic Alien Verification for Entitlements (SAVE) Memorandum of Agreement (MOA) are the Department of Homeland Security, U.S. Citizenship and Immigration Services (DHS-USCIS) and the *Insert User Agency* (User Agency).

### II. AUTHORITY.

The authorities governing this MOA include, but are not limited to, the following:

- Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 100 Stat. 3359, as amended.
- Personal Responsibility and Work Opportunity Reconciliation Act of 1996, Pub. L. No. 104-193, 110 Stat. 2105, as amended.
- Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 3009, as amended.
- The Privacy Act of 1974, 5 U.S.C. § 552a, as amended.
- The Economy Act, 31 U.S.C. § 1535, as amended.

Additionally, the authorities governing this MOA that are specific to User Agency's request to use SAVE, include but are not limited to the following:

- *Cite to specific provisions of the legal authority governing the benefit and any other applicable regulatory or statutory provisions that apply*.

Based on a determination and findings, and in accordance with the authority of the Economy Act (31 U.S.C. 1535), as implemented in subpart 17.5 of the Federal Acquisition Regulation, the User Agency certifies that it is entering into this MOA with DHS-USCIS because (1) the services provided under this MOA cannot be obtained as conveniently or economically by contracting directly with a private source, and (2) that this MOA is in the best interest of the Government.

### III. PURPOSE.

1

DHS-AR-000495

The purpose of this MOA is to establish the terms and conditions for the User Agency's participation[1] in SAVE to verify the U.S. citizenship and immigration status information of individuals (applicants) applying for:

- ***Insert Benefit(s)/License(s)*** (benefit).

SAVE verifies User Agency-provided information against DHS-accessed records, including immigration, naturalization and acquired citizenship records using an immigration enumerator issued by DHS (immigration enumerator) or other government issued enumerator(s) permitted by SAVE. SAVE may only be able to verify acquired U.S. citizens in certain situations.[2]

SAVE will provide information to the User Agency by:

1) Initial response (initial verification) to an on-line inquiry by the User Agency; and

2) Additional verification procedures, where applicable.

## IV.  RESPONSIBILITIES.

### A.  DHS-USCIS agrees to:

(1) Provide to the User Agency, in a manner determined by DHS-USCIS, an immigration status and U.S. citizenship information verification process under SAVE;

(2) Respond to properly submitted verification requests from the User Agency by providing the limited information noted in the **PURPOSE** section above;

(3) Process and respond to properly submitted additional verification requests[3] from the User Agency.  Response time to complete additional verification requests may vary depending upon DHS-USCIS workload, available resources, and the applicant's specific circumstances;

(4) Provide to the User Agency operating instructions necessary for the User Agency to designate users within the purview of the User Agency;

---

[1] "Participation" in SAVE is as described in the DHS/USCIS/SAVE Privacy Impact Assessment - 006.  See Systematic Alien Verification for Entitlements (SAVE) Program | Homeland Security (dhs.gov).

[2] "Acquired citizenship" is defined as citizenship conveyed to children through the naturalization of parents or, under certain circumstances, at birth to foreign-born children of U.S. citizens, provided certain conditions are met.  SAVE is only able to verify information that relates to information found in the databases accessed by the system.  Accordingly, if the User Agency provides an immigration enumerator for an individual with acquired citizenship who has not applied for a Certificate of Citizenship with USCIS, the agency may not have that individual's citizenship information available in the databases accessed, and SAVE may not be able to confirm that individual's acquired citizenship.

[3] "Additional verification" is as described in the DHS/USCIS/SAVE Privacy Impact Assessment - 006.  See Systematic Alien Verification for Entitlements (SAVE) Program | Homeland Security (dhs.gov).

SAVE MOA Federal Template Last Rev. 6/9/2025

DHS-AR-000496

**U.S. Citizenship
and Immigration
Services**

(5) Provide to the User Agency SAVE point of contact information for questions or problems regarding the User Agency's participation in SAVE;

(6) Provide access to training and information regarding the laws, policies, and procedures that govern verifying, safeguarding, using, maintaining, and disclosing certain citizenship and immigration status information;

(7) Provide the User Agency access to additional verification processes with requirements identified by SAVE;

(8) Recover no more than its actual costs. SAVE transaction charges are found on the SAVE website. SAVE transaction charges and methods of payment are subject to change upon prior written notification to the User Agency;

(9) Bill and collect reimbursements for SAVE usage through the Intra-governmental Payment and Collection (IPAC) system using G-Invoicing. DHS-USCIS will provide documentation supporting all charges to the User Agency's IPAC POC specified in writing by the User Agency. The User Agency's SAVE High Level Identifier, the Agency Locator Codes, appropriate accounting code(s), and associated dollar amounts will be referenced on all IPAC transactions;

(10) Not assess the User Agency for any prompt payment interest; and

(11) Promptly initiate year-end and closeout adjustments once final costs are known.

**B.  User Agency agrees to:**

(1) <u>SAVE System Use</u>.

(a) Verify the identity of each applicant and require each applicant to present their immigration or U.S. citizenship documentation that contains the information required by SAVE, including immigration enumerator (e.g., A-number / USCIS number) or other enumerator permitted for use by SAVE;

(b) Examine the documentation presented by the applicant, physically or using a process authorized by SAVE to examine verifiable digital credentials (e.g., mobile driver's license), and ensure that the document(s) reasonably appear(s) to be genuine and relates to the individual;

(c) Provide the necessary information in the manner SAVE requires to respond to User Agency requests for verification of immigration status or U.S. citizenship information.

The following information from the applicant required to create and submit a request for initial automated verification:
- First name and last name;
- Date of birth; and

3

DHS-AR-000497

- At least one of the following:
  - A DHS issued or certain DOS issued immigration enumerator (e.g., A-Number/USCIS Number, SEVIS ID, I-94 Number, Naturalization / Citizenship Certificate Number, Card Number / I-797 Receipt Number, or Visa Number); or
  - Other government issued enumerator permitted by SAVE.

SAVE may modify requirements for SAVE cases and will provide written notification (e.g., by e-mail or update to SAVE website) to User Agency of any changes. Only enumerators accepted in SAVE can be submitted for verification.

Cases submitted for additional verification may require different enumerators than what the User Agency used to create the SAVE case and submit for initial verification.  User Agency will only submit requests for additional verification using enumerators permitted by SAVE.  Additional information obtained from the applicant's immigration or citizenship documentation may be required for additional verification. Scanned documents and other electronically submitted information may also be required for additional verification.

User Agency consents to electronic-only submission of all verification requests and additional information, including all information submitted for SAVE additional verification. SAVE will reject non-electronic (i.e., paper or fax) verification requests and information submissions;

(d) Ensure and report to DHS-USCIS that, before using SAVE and whenever subsequently required by DHS-USCIS (e.g., for SAVE system enhancements), all users performing verification procedures complete SAVE-required training including: reviewing the SAVE Program Guide, taking the latest version of SAVE tutorial(s) and maintaining a working knowledge of requirements contained therein and in this MOA, as updated;

(e) Ensure users are provided with, maintain, and use SAVE user IDs and access SAVE only while they need to perform verification procedures and promptly terminate user access when requested by SAVE, or if the user separates from the User Agency or otherwise no longer needs SAVE access;

(f) Ensure all users performing verification procedures only use SAVE with respect to verification of immigration status and U.S. citizenship of applicants for the benefit specified in *Section III. Purpose* of the MOA and comply with all other requirements contained in the SAVE Program Guide and other SAVE guidance, the SAVE tutorial, and this MOA, and updates to these requirements;

(g) Ensure that all users performing verification procedures have contact information for SAVE and DHS-USCIS;

DHS-AR-000498

U.S. Citizenship
and Immigration
Services

(h) Ensure all users perform any additional verification procedures SAVE requires and/or the applicant requests after the User Agency initiates a verification request. User Agency cannot deny a benefit based on a SAVE response where additional action is required of the User Agency by SAVE or additional verification is requested by the applicant but has not been completed;

(i) Use any information provided by DHS-USCIS under this MOA solely for the purpose of determining the eligibility of persons applying for the benefit issued by the User Agency as described in *Section III. Purpose* of the MOA, and limit use of such information in accordance with this and all other provisions of this MOA;

(j) Comply with the requirements of the Federal Information Security Modernization Act of 2014 (Pub. L. No. 113-283, as amended) and OMB guidance as applicable to access, electronic storage, transport of records between agencies, and the internal processing of records received by either agency under the terms of this MOA;

(k) Maintain physical, administrative, and technical safeguards for SAVE information and access methods to ensure that it is not used for any other purpose than described in this MOA and protect its confidentiality; including ensuring that it is not disclosed to any unauthorized person(s) without the prior written consent of DHS-USCIS;[4]

(l) Comply with the Privacy Act of 1974, 5 U.S.C. § 552a, as amended, and other applicable laws, regulations, and policies, including, but not limited to, all OMB and DHS privacy guidance, in conducting verification procedures pursuant to this MOA, and in safeguarding, maintaining, and disclosing any data provided or received pursuant to the MOA. Information shared as a result of this MOA shall be considered DHS-USCIS information.  Responses to third party requests for such information should be consistent with federal law and DHS policy, including but not limited to the provisions of the Freedom of Information Act, 5 U.S.C. § 552;

(m) Administer SAVE verification in a manner that does not unlawfully discriminate against applicants on any protected basis, including sex, color, race, religion, national origin, disability, or age. In accordance with the Rehabilitation Act of 1973, as amended, and related agency implementing regulations, User Agency will provide reasonable modifications for individuals with disabilities to ensure effective communication;

(n) Provide all benefit-applicants who are denied benefits based solely or in part on the SAVE response with adequate written notice of the denial and the information necessary to contact DHS (*see* SAVE Records Fast Facts For Benefit Applicants, available on the SAVE and USCIS websites) so that such individual may correct their immigration records in a timely manner, if necessary. Benefit applicants may need to correct their records with other government agencies depending on the error;

---

[4] Each applicant seeking access to information regarding themself may do so by submitting a written signed request to DHS-USCIS. Instructions for submitting such requests may be found on the Freedom of Information/Privacy Act page of www.uscis.gov.

5

DHS-AR-000499

U.S. Citizenship
and Immigration
Services

(o) Provide all benefit-applicants who are denied benefits based solely or in part on the SAVE response with the opportunity to use the User Agency's existing process to appeal the denial and to contact DHS-USCIS to correct their immigration records and/or any government agency where records correction is required, prior to a final decision, if necessary; and

(p) Refrain from using SAVE, or assisting any person or entity, to comply with the employment eligibility verification requirements of section 274A of the Immigration and Nationality Act, 8 U.S.C. Section 1324a.

(2) <u>Account Compliance</u>.

(a) Provide DHS-USCIS with the current e-mail, U.S. postal service address, physical address, name and telephone number of the User Agency authorized representative for any notifications, questions or problems that may arise in connection with the User Agency's participation in SAVE and with notification of changes in the benefit offered by the User Agency;

(b) Notify DHS-USCIS immediately whenever there is reason to believe a violation of this MOA has occurred;

(c) Notify DHS-USCIS immediately whenever there is reason to believe a breach of personally identifiable information has occurred as a result of User Agency action or inaction pursuant to OMB Memorandum M-17-12, "Preparing for and Responding to a Breach of Personally Identifiable Information" or successor guidance;

(d) Allow DHS-USCIS to monitor and review all records and documents related to the use, abuse, misuse, fraudulent use or improper use of SAVE by the User Agency, including, but not limited to, original applicant consent documents required by the Privacy Act, 5 U.S.C. Section 552a, or other applicable authority;

(e) Allow DHS-USCIS to conduct desk audits and/or site visits to review User Agency's compliance with this MOA and all other SAVE-related policies, procedures, guidance and laws applicable to conducting verification and safeguarding, maintaining, and disclosing any data provided or received pursuant to this MOA;

(f) Allow DHS-USCIS to perform audits of User Agency's user IDs use and access, SAVE Training Records, SAVE financial records, SAVE biographical information, system profiles and usage patterns and other relevant data;

(g) Allow DHS-USCIS to interview any and all User Agency SAVE system users and any and all contact persons or other personnel within the User Agency regarding any and all questions or problems which may arise in connection with the User Agency's participation in SAVE;

SAVE MOA Federal Template Last Rev. 6/9/2025

DHS-AR-000500

**U.S. Citizenship
and Immigration
Services**

(h) Allow DHS-USCIS to monitor system access and usage and to assist SAVE users as necessary to ensure compliance with the terms of this MOA and SAVE requirements by its authorized agents or designees; and

(i) Take corrective measures in a timely manner to address all lawful requirements and recommendations on every written finding including, but not limited to, those of DHS-USCIS regarding waste, fraud, and abuse, and discrimination or any misuse of the SAVE system or SAVE data, non-compliance with the terms, conditions and safeguards of this MOA, SAVE procedures or other applicable law, regulation or policy.

(3) <u>Reimbursement</u>.

(a) The User Agency certifies that, each fiscal year, it will obligate funds sufficient to reimburse DHS-USCIS under a current appropriation for the coming year.

(b) Pay the transaction charges reflected on the SAVE website, which along with methods of payment are subject to change upon prior written notification to the User Agency.

(c) Pay in full within 30 days of the end of the quarter for which it incurs the expense. Failure to timely pay may result in suspension or termination of services. Treasury Financial Manual, Appendix 5, will govern any payment disputes.

## V. POINTS OF CONTACT.

**USCIS SAVE**
U.S. Citizenship and Immigration Services, Department of Homeland Security
Attn: SAVE Operations
5900 Capital Gateway Drive, Mail Stop 2620
Camp Springs, MD 20588-0009
Phone: (877) 469-2563          E-mail: SAVE.help@uscis.dhs.gov

**USER AGENCY**
Insert Agency Name
Insert Title
Insert Address Line 1
Insert Address Line 2
Phone: [Insert Number]          E-mail: [Insert Email Address]

## VI. OTHER PROVISIONS.

A. <u>MOA Responsibilities</u>. Consistent with applicable laws, regulations, and policies, and the availability of User Agency resources, User Agency will commit personnel and resources sufficient to support this MOA. Only authorized employees, agents, or designees of DHS-USCIS and the User Agency will carry out the requirements of this MOA. In carrying out these responsibilities, they will operate within the scope of

7

SAVE MOA Federal Template Last Rev. 6/9/2025

DHS-AR-000501

**U.S. Citizenship
and Immigration
Services**

applicable regulations, specifically delegated authorities, the program authorities and funding limitations and terms and conditions of this MOA.

B. <u>Determining Benefit Eligibility</u>. This MOA is limited to the provision of verification services. DHS-USCIS will verify limited citizenship and immigration status information, but will not recommend to the User Agency whether to issue the benefit. The DHS-USCIS response is not intended to be, and should not be construed as, an opinion on the part of DHS-USCIS or the United States regarding any right or benefit under any program administered by the User Agency. The User Agency has the responsibility to determine the applicant's eligibility for the benefit.

C. <u>Criminal Penalties</u>.

(1) DHS-USCIS reserves the right to use information from the User Agency for any purpose permitted by law, including, but not limited to, the prosecution of violations of Federal administrative or criminal law.

(2) The User Agency acknowledges that the information it receives from DHS-USCIS is governed by the Privacy Act, 5 U.S.C. Section 552a(i)(1), and that any person who obtains this information under false pretenses or uses it for any purpose other than as provided for in this MOA may be subject to criminal penalties.

D. <u>Third Party Liability</u>.

(1) Each party to this MOA shall be solely responsible for its own defense against any claim or action by third parties arising out of or related to the execution and/or performance of this MOA, whether civil or criminal, and retain responsibility for the payment of any corresponding liability.

(2) Nothing in this MOA is intended, or should be construed, to create any right or benefit, substantive or procedural, enforceable at law by any third party against the United States, its agencies, officers, or employees or the User Agency.

E. <u>Disputes</u>. Disagreements on the interpretation of the provisions of this MOA that cannot be resolved between SAVE and the User Agency point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at this level, the disagreement will be elevated to the next level in accordance with DHS-USCIS procedures for final resolution.

F. <u>Conflicts</u>. This MOA constitutes the full MOA on this subject between DHS-USCIS and the User Agency. Any inconsistency or conflict between or among the provisions of this MOA, will be resolved in the following order of precedence: (1) this MOA and (2) other documents incorporated by reference in this MOA (e.g., transaction charges).

G. <u>Severability</u>. Nothing in this MOA is intended to conflict with current law or regulation or the directives of DHS, DHS-USCIS, or the User Agency. If a term of this

SAVE MOA Federal Template Last Rev. 6/9/2025

DHS-AR-000502

MOA is inconsistent with such authority, then that term shall be invalid but, to the extent allowable, the remaining terms and conditions of this MOA shall remain in full force and effect. In the event of a conflict that prevents either party from fulfilling its obligations, this MOA may be immediately canceled without providing the 30-day notice period referenced in Section IX.

H. Assignment. The User Agency may not assign this MOA, nor may it assign any of its rights or obligations under this MOA. To the extent allowable by law, this MOA shall inure to the benefit of, and be binding upon, any successors to DHS-USCIS and the User Agency without restriction.

I. Waiver. No waiver by either party of any breach of any provision of this MOA shall constitute a waiver of any other breach. Failure of either party to enforce at any time, or from time to time, any provision of this MOA shall not be construed to be a waiver thereof.

## VII.  EFFECTIVE DATE.

This MOA shall be effective when the DHS-USCIS authorized official and User Agency authorized official have both signed the MOA. This MOA shall continue in effect until and unless modified or terminated in accordance with the provisions of this MOA.

## VIII.  MODIFICATION.

A. This MOA is subject to periodic review by DHS-USCIS, its authorized agents or designees, and, if necessary, periodic modification and/or renewal to assure compliance with current law, policy, and standard operating procedure(s). This MOA constitutes the complete MOA between the parties for its stated purpose, and no modification or addition will be valid unless entered into by mutual consent of both parties evidenced in writing and signed by both parties and appended to this agreement.

B. DHS-USCIS may accomplish unilateral administrative modifications to revise transaction charges and methods of payment, effective upon prior written notification to the User Agency. Either party may accomplish a unilateral administrative modification to change POC information. A written bilateral modification (i.e., agreed to and signed by authorized officials of both parties) is required to change any other term of this MOA.

## IX.  TERMINATION.

Either party may terminate this MOA at any time by providing 30 days written notice of intent. DHS-USCIS and User Agency, when feasible, will consult with the other party and attempt to reconcile issues before terminating this MOA. Notwithstanding any other provision in the MOA, DHS-USCIS may suspend or terminate this MOA, and thereby the Agency's use of SAVE, without prior notice if deemed necessary because of a requirement of law or policy, upon a determination by DHS-USCIS that there has been a breach of system integrity or security by the User Agency or a failure by the User Agency

9

DHS-AR-000503

**U.S. Citizenship
and Immigration
Services**

to comply with established procedures or legal requirements, including, but not limited to, failure to pay.

Written notices shall be sent to the addresses of the POCs listed herein and shall be effective upon receipt. Either party may change its POC by written notice to the other party.

The foregoing, including all references, constitutes the full agreement on this subject between DHS-USCIS and the User Agency. This MOA supersedes all previous agreements governing the provision of verification services. Those agreements are explicitly acknowledged to be null and void.

The undersigned represent that they are authorized to enter into this MOA on behalf of DHS-USCIS and the User Agency, respectively.

| | |
|---|---|
| **Brian J. Broderick** | **[Signatory Name User Agency]** |
| **(Acting) Chief, Verification Division** | **[Signatory Title User Agency]** |
| **U.S. Citizenship and Immigration Services** | **[User Agency Name Line 1]** |
| **Department of Homeland Security** | **[User Agency Name Line 2]** |

**Date**                                       **Date**

10

DHS-AR-000504

## MEMORANDUM OF AGREEMENT

### BETWEEN THE DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES AND ALABAMA SECRETARY OF STATE REGARDING PARTICIPATION IN THE SAVE PROGRAM FOR VOTER REGISTRATION AND VOTER LIST MAINTENANCE PURPOSES

### I. PARTIES.

The parties to this Systematic Alien Verification for Entitlements (SAVE) Memorandum of Agreement (MOA) are the Department of Homeland Security, U.S. Citizenship and Immigration Services (DHS-USCIS), and the **Alabama Secretary of State** (User Agency), which will oversee and grant Alabama county and local voter registration officials participation in the DHS-USCIS administered SAVE Program for the purposes and under the terms specified in the MOA.

### II. AUTHORITY.

The authorities governing this MOA include, but are not limited to, the following:

- Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 100 Stat. 3359, as amended.

- Personal Responsibility and Work Opportunity Reconciliation Act of 1996, Pub. L. No. 104-193, 110 Stat. 2105, as amended.

- Section 642 of Div. C, Title VI of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 3009, as amended (8 U.S.C. §1373(c)).

- The Privacy Act of 1974, 5 U.S.C. § 552a, as amended.

- The Inter-Governmental Cooperation Act, 31 U.S.C. § 6501, *et seq.*, as amended.

- The Federal Information Security Management Act of 2014 (Pub. L. 113-283), as amended.

- National Voter Registration Act of 1993, 52 U.S.C. § 20501, Pub. L. No. 103-31, 107 Stat. 77, as amended.

- Help America Vote Act of 2002, 52 U.S.C. § 20901, Pub. L. No. 107-252, § 303, 116 Stat. 1666, as amended.

Additionally, the authorities governing this MOA that are specific to this User Agency's request to use SAVE, include but are not limited to the following:

Article VIII, Section 177 of the Constitution of Alabama

Alabama Code §§ 17-1-3(a), 17-3-30, 17-4-3, 17-4-6, 17-4-30 to 17-4-39, 17-4-60 to 17-4-63, as amended. *See* Alabama Act 2025-424.

Pursuant to the requirements of the Office of Management and Budget (OMB) Circular A-97, which establishes the President's guidelines for implementing the Intergovernmental Cooperation Act, 31 U.S.C. § 6501, *et seq.*, as amended, the User Agency certifies that it cannot

DHS-AR-000505

procure the citizenship information and immigration status information verification services requested pursuant to this MOA reasonably and expeditiously through ordinary business channels.

## III. PURPOSE.

The purpose of this MOA is to establish the terms and conditions for the User Agency's participation in SAVE to verify the U.S. citizenship and immigration status information of noncitizen and U.S. citizen registrants and registered voters within User Agency's jurisdiction for the purpose of **voter registration and voter list maintenance (hereinafter, "purpose")** in the State of Alabama.[1]

SAVE verifies User Agency-provided information against DHS-accessed records, including immigration, naturalization and acquired citizenship records using an immigration enumerator issued by DHS (immigration enumerator) or other government issued enumerator(s) permitted by SAVE. SAVE may only be able to verify acquired U.S. citizens in certain situations[2]

SAVE will provide information to the User Agency by:

  1) Initial response (initial verification) to an on-line inquiry by the User Agency; and

  2) Additional verification procedures, where applicable.

## IV. RESPONSIBILITIES.

### A. DHS-USCIS agrees to:

(1) Provide to the User Agency, in a manner determined by DHS-USCIS, access to an immigration status and U.S. citizenship information verification system under SAVE;

(2) Respond to properly submitted verification requests from the User Agency by providing the limited information noted in the **PURPOSE** section above, i.e., a verification case number and U.S. citizenship or immigration status, if any, whether individual submission or a bulk upload process is requested;

---

[1] "Participation" in SAVE is as described in the DHS/USCIS/SAVE Privacy Impact Assessment - 006. See Systematic Alien Verification for Entitlements (SAVE) Program | Homeland Security (dhs.gov).

[2] "Acquired citizenship" is defined as citizenship conveyed to children through the naturalization of parents or, under certain circumstances, at birth to foreign-born children of U.S. citizens, provided certain conditions are met. SAVE is only able to verify information that relates to information found in the databases accessed by the system. Accordingly, if the User Agency provides an immigration enumerator for an individual with acquired citizenship who has not applied for a Certificate of Citizenship with USCIS, the agency may not have that individual's citizenship information available in the databases accessed, and SAVE may not be able to confirm that individual's acquired citizenship.

2

(3) Process and respond to properly submitted additional verification requests[3] from the User Agency. Response time to additional verification requests may vary depending upon DHS-USCIS workload, available resources, and the registrant's or registered voter's specific circumstances;

(4) Provide to the User Agency operating instructions necessary for the User Agency to designate users within the purview of the User Agency;

(5) Provide to the User Agency SAVE point of contact information for questions or problems regarding the User Agency's participation in SAVE;

(6) Provide access to training and information regarding the laws, policies, and procedures that govern verifying, safeguarding, using, maintaining, and disclosing certain citizenship and immigration status information;

(7) Provide the User Agency access to additional verification processes, with requirements identified by SAVE;

(8) Recover no more than its actual costs. SAVE transaction charges are found on the SAVE website. SAVE transaction charges and methods of payment are subject to change upon prior written notification to the User Agency;

(9) Bill and collect reimbursements for transaction fees, if any, charged by SAVE for access and usage by submitting invoices to the User Agency's payment office at the address specified in writing by the User Agency, with a copy furnished to the User Agency POC. DHS-USCIS may submit invoices when the work is completed or as otherwise authorized. The User Agency's High Level Identifier, tax identification number, and associated dollar amounts will be referenced on all invoices; and

(10) Promptly initiate year-end and closeout adjustments for any final costs once known.

**B. User Agency agrees for itself and the Alabama county and local officials participating in SAVE to:**

(1) <u>SAVE System Use.</u>

(a) Provide the necessary information in the manner SAVE requires to respond to User Agency requests for verification of immigration status or U.S. citizenship information. The following information from the applicant is required to create and submit a request for initial automated verification:

- First name and last name;
- Date of birth; and
- At least one of the following:

---

[3] "Additional verification" is as described in the DHS/USCIS/SAVE Privacy Impact Assessment - 006. See <u>Systematic Alien Verification for Entitlements (SAVE) Program | Homeland Security (dhs.gov)</u>.

3

DHS-AR-000507

- o A DHS issued or certain DOS issued immigration enumerator (e.g., A-Number/USCIS Number, SEVIS ID, I-94 Number, Naturalization / Citizenship Certificate Number, Card Number / I-797 Receipt Number, or Visa Number); or
- o Other government issued enumerator permitted by SAVE, such as a Social Security number.

SAVE may modify requirements for SAVE cases and will provide written notification (e.g., by e-mail or update to SAVE website) to User Agency of any changes. Only enumerators accepted in SAVE can be submitted for verification.

The enumerators permitted to create a case for initial verification in SAVE may not be the same enumerators required to submit a case for additional verification. User Agency will only submit requests for additional verification using enumerators permitted by SAVE. Additional information obtained from the applicant's immigration or citizenship documentation may be required for additional verification. Scanned documents and other electronically submitted information may also be required for additional verification.

User Agency must institute additional verification when required by SAVE for any registrant or registered voter that does not verify as a U.S. citizen on initial verification, including in all cases where the User Agency receives any SAVE response other than that of U.S. citizen. If the User Agency does not institute additional verification and SAVE does not verify the registrant or registered voter as a U.S. citizen after conducting additional verification, the User Agency must contact the registrant or registered voter to obtain proof of U.S. citizenship, if necessary under the circumstances to fulfill the purpose of this MOA and in accordance with the provisions of this MOA and Federal and State law.

User Agency consents to electronic-only submission of all verification requests and additional information, including all information submitted for SAVE additional verification. SAVE will reject non-electronic (i.e., paper or fax) verification requests and information submissions.

(b) Ensure and report to DHS-USCIS that, before using SAVE and whenever subsequently required by DHS-USCIS (e.g., for SAVE system enhancements), all users performing verification procedures complete SAVE-required training, including: reviewing the SAVE Program Guide, taking the latest version of SAVE tutorial(s), and maintaining a working knowledge of requirements contained therein and, in this MOA, as updated. These instructional materials will address the policies and procedures governing use of the program, including (1) program access, (2) verification procedures, (3) disclosure of information and privacy protections, (4) non-discrimination requirements, and (5) records correction procedures for registrants and registered voters;

(c) Ensure users are provided with, maintain, and use SAVE User IDs and access SAVE only while they need to perform verification procedures and promptly terminate user access as requested by SAVE, if the user separates from the User Agency, or otherwise no longer needs SAVE access;

(d) Ensure all users performing verification procedures only use SAVE with respect to verification of registrant or registered voter U.S. citizenship information or immigration status

4

DHS-AR-000508

information for the specified purpose and comply with all other requirements contained in the SAVE Program Guide and other SAVE guidance, the SAVE tutorial, and this MOA, and updates to these requirements;

(e) Ensure that all Users performing verification procedures have contact information for SAVE and DHS-USCIS;

(f) Ensure all users perform any additional verification procedures SAVE requires and/or the registrant or registered voter requests after the User Agency initiates a verification request. User Agency cannot deny voter registration or remove a registered voter based on a SAVE response where additional action is required of the User Agency by SAVE or additional verification is requested by the applicant but has not been completed;

(g) Use any information provided by DHS-USCIS under this MOA solely for lawful purposes, namely the purpose above of verifying citizenship information and immigration status information of noncitizen, U.S.-born U.S. citizen, and naturalized or acquired U.S. citizen registrants and registered voters within User Agency's jurisdiction for determining eligibility for voter registration in the State, and limit use of such information in accordance with this and all other provisions of this MOA;

(h) Comply with the requirements of the Federal Information Security Management Act of 2014 (Pub. L. 113-283) and OMB guidance as applicable to access, electronic storage, transport of records between agencies, and the internal processing of records received by either agency under the terms of this MOA;

(i) Maintain physical, administrative and technical safeguards for SAVE information and access methods to ensure that it is not used for any other purpose than described in this MOA and protect its confidentiality, including ensuring that it is not disclosed to any unauthorized person(s) without the prior written consent of DHS-USCIS;[4]

(j) Comply with the Privacy Act of 1974, 5 U.S.C. § 552a, as amended, and other applicable laws, regulations, and policies, including but not limited to all OMB and DHS privacy guidance, in conducting verification procedures pursuant to this MOA, and in safeguarding, maintaining, and disclosing any data provided or received pursuant to the MOA. Information shared as a result of this MOA shall be considered DHS-USCIS information. Responses to third party requests for such information should be consistent with federal law and DHS policy, including but not limited to the provisions of the Freedom of Information Act, 5 U.S.C. § 552;

(k) Comply with federal laws prohibiting discrimination against registrants or registered voters and discriminatory use of SAVE based upon the national origin, color, race, sex, religion, age or disability of the registrant or registered voter, including but not limited to the National Voter Registration Act, 52 U.S.C. § 20501 *et seq.*, as amended; the Help America Vote Act, 52 U.S.C.

---

[4] Each registrant or registered voter seeking access to information regarding them self may do so by submitting a written signed request to DHS-USCIS. Instructions for submitting such requests may be found on the Freedom of Information/Privacy Act page of www.uscis.gov.

5

DHS-AR-000509

§ 20901, as amended; the Voting Rights Act, 52 U.S.C. § 10301 *et seq.*, as amended; and the Civil Rights Act, 52 U.S.C. § 10101 *et seq.*, as amended. In accordance with the Rehabilitation Act of 1973, as amended, and related agency implementing regulations, User Agency will provide reasonable modifications for individuals with disabilities to ensure effective communication;

(l) Comply with the requirements of Executive Order 13166 ("Improving Access to Services for Persons with Limited English Proficiency," 65 Fed. Reg. 50,121 (Aug. 16, 2000)), to take reasonable steps to provide limited English proficiency (LEP) persons interacting with their respective agency with meaningful access to federally conducted programs and activities, including services and benefits, in accordance with LEP guidance set forth by the U.S. Department of Justice and any other applicable authorities;

(m) Provide written notice to registrants and registered voters that any information they provide may be subject to verification. User Agency will inform in writing each registrant or registered voter covered by this Agreement that their citizenship or immigration status may be verified against federal immigration records;

(n) Provide all registrants or registered voters who are not verified as citizens based solely or in part on the SAVE response with the opportunity to use the User Agency's existing process to appeal the denial and to contact DHS-USCIS to correct their immigration records prior to a final decision, if necessary. Registrants or registered voters may need to correct their records with other government agencies depending on the error; and

(o) Provide or cause to be provided to all individuals with respect to whom User Agency or another agency intends to deny registration or proceed with any action removing or limiting the right to vote of an individual from the official list of registered voters, or with civil or criminal enforcement action, because or based in whole or in part upon any information received pursuant to this MOA, with any right to notice and hearing or other due process available under State or other applicable law;

(p) Refrain from using SAVE, or assisting any person or entity, to comply with the employment eligibility verification requirements of section 274A of the Immigration and Nationality Act, 8 U.S.C. § 1324a.

(2) <u>Monitoring and Compliance</u>.

(a) Provide DHS-USCIS with the current e-mail, U.S. postal service address, physical address, name, and telephone number of the User Agency authorized representative for any notifications, questions or problems that may arise in connection with the User Agency's participation in SAVE and with notification of changes in the use of SAVE by the User Agency;

(b) Notify DHS-USCIS immediately whenever there is reason to believe a violation of this MOA has occurred;

(c) Notify DHS-USCIS immediately whenever there is reason to believe a breach of personally identifiable information has occurred as a result of User Agency action or inaction pursuant to OMB Memorandum M-17-12, "Preparing for and Responding to a Breach of Personally

6

DHS-AR-000510

Identifiable Information" or successor guidance;

(d) Allow DHS-USCIS to monitor and review all records and documents related to the use, abuse, misuse, fraudulent use or improper use of SAVE by the User Agency, including, but not limited to original registrant or registered voter consent documents required by the Privacy Act, 5 U.S.C. § 552a or other applicable authority;

(e) Allow DHS-USCIS to conduct desk audits and/or site visits to review User Agency's compliance with this MOA and all other SAVE-related policies, procedures, guidance and laws applicable to conducting verification and safeguarding, maintaining, and disclosing any data provided or received pursuant to this MOA;

(f) Allow DHS-USCIS to perform audits of User Agency's user IDs use and access, SAVE Training Records, SAVE financial records, SAVE biographical information, system profiles and usage patterns and other relevant data;

(g) Allow DHS-USCIS to interview any and all User Agency SAVE system users and any and all contact persons or other personnel within the User Agency regarding any and all questions or problems which may arise in connection with the User Agency's participation in SAVE;

(h) Allow DHS-USCIS to monitor system access and usage and to assist SAVE users as necessary to ensure compliance with the terms of this MOA and SAVE requirements by its authorized agents or designees; and

(i) Take corrective measures in a timely manner to address all lawful requirements and recommendations on every written finding including, but not limited to, those of DHS-USCIS regarding waste, fraud, and abuse, and discrimination or any unauthorized use or misuse of the SAVE system or SAVE data, non-compliance with the terms, conditions and safeguards of this MOA, SAVE procedures or other applicable law, regulation or policy.

(3) Reimbursement.

(a) The User Agency certifies that, each fiscal year, it will obligate funds sufficient to reimburse DHS-USCIS under a current appropriation for the coming year for any anticipated charges.

(b) Pay the transaction charges reflected on the SAVE website, which along with methods of payment are subject to change upon prior written notification to the User Agency.

(c) Pay in full amount due, if any, within 30 days of the invoice date. The User Agency will pay any applicable sales, use, excise, and like taxes, where required by law, that are stated on each invoice. Regardless of payment type, the User Agency will clearly indicate the User Agency High Level Identifier with remittance; and

(d)    Promptly discuss and resolve issues and questions with DHS-USCIS regarding payments. Delinquent payments shall be handled in accordance with the Debt Collection and Improvement Act of 1996, 31 U.S.C. § 3701. Interest on all unpaid balances shall be charged at the rate of the current value of funds to the United States Treasury effective on the date of the invoice. The rate is the Treasury tax and loan rate. It is published annually or quarterly by the Secretary of the

7

DHS-AR-000511

Treasury in the Federal Register and the Treasury Fiscal Requirements Manual Bulletins. Handling charges will accrue at monthly rates of $5.00 for each of the first two months of delinquency and $10.00 for each month thereafter.  In addition to interest and handling charges, if DHS-USCIS does not receive payment within 90 days of the invoice, 6% per annum additional interest will be assessed.  Charges will be computed from the date of the invoice and will accrue monthly with the applicable interest and handling charges.  In the case of any late payment, the amount received will be applied in this sequence: (1) to any accrued penalty and handling charges: (2) to any accrued interest; and (3) to outstanding principal.  Failure to timely pay may result in suspension or termination of services.

(4) County and Local Official Users.

(a)  Cooperate and collaborate with DHS-USCIS in engaging with county and local official users to ensure that they comply with SAVE training requirements and, in the event of non-compliance, in suspending or terminating access to SAVE.

(b)  Cooperate and collaborate with DHS-USCIS regarding direct assistance to county and local official SAVE users when necessary to ensure compliance with the terms of this MOA. User Agency shall take corrective measures in a timely manner to address all lawful requirements and recommendations within the scope of its authority on every written DHS-USCIS finding including but not limited to misuse of the system, discriminatory use of the system, non-compliance with the terms, conditions and safeguards of this MOA, SAVE program procedures or other applicable law, regulation or policy by county or local official users.

(c)  Allow DHS-USCIS and its components to monitor county and local official user system access and usage of SAVE and to assist SAVE system users as necessary to ensure compliance with the terms of this MOA. DHS-USCIS shall be allowed to conduct compliance assistance activities, in coordination with User Agency's primary oversight and monitoring processes, to review county and local official compliance with this MOA.

(d) Provide DHS-USCIS, on request, with copies of agreements with county and local officials that bind the county and local officials, including their employees and contractors, to comply with the privacy and security requirements set forth in this MOA, with the verification requirements in this MOA, and with DHS-USCIS's privacy and security requirements in conducting the verifications, and with all other requirements set forth in this MOA.

## V.  POINTS OF CONTACT.

### USCIS SAVE
U.S. Citizenship and Immigration Services
Department of Homeland Security
Attn: SAVE Operations
5900 Capital Gateway Drive, Mail Stop 2620
Camp Springs, MD 20588-0009
Phone: (877) 469-2563
E-mail: SAVEregistration@uscis.dhs.gov

8

DHS-AR-000512

**USER AGENCY**
Clay Helms
Chief of Staff
Alabama Secretary of State
P.O. Box 5616
Montgomery, AL 36130
(334) 242-7207
Clay.Helms@sos.alabama.gov

## VI.    OTHER PROVISIONS.

A.      MOA Responsibilities. Consistent with applicable laws, regulations, and policies, and the availability of User Agency resources, User Agency will commit personnel and resources sufficient to support this MOA. Only authorized employees, agents, or designees of DHS-USCIS and the User Agency will carry out the requirements of this MOA. In carrying out these responsibilities, they will operate within the scope of applicable regulations, specifically delegated authorities, the program authorities and funding limitations and terms and conditions of this MOA. The User Agency will also ensure that all local officials responsible for voter registration use information obtained from SAVE and provided by the User Agency in accordance with the terms and conditions of this MOA.

B.    Determining Eligibility.  This MOA is limited to the provision of verification services. DHS-USCIS will verify limited citizenship and immigration status information but will not recommend to the User Agency whether to register applicants or remove registered voters. The DHS-USCIS response is not intended to be, and should not be construed as, an opinion on the part of DHS-USCIS or the United States regarding any right or benefit under any program administered by the User Agency. The User Agency has the responsibility to determine the registrant's or registered voter's eligibility.

C. Criminal Penalties.

(1)  DHS-USCIS reserves the right to use information from the User Agency for any purpose permitted by law, including, but not limited to, the prosecution of violations of Federal administrative or criminal law.

(2)  The User Agency acknowledges that the information it receives from DHS-USCIS is governed by the Privacy Act of 1974, 5 U.S.C. Section 552a(i)(1), and that any person who obtains this information under false pretenses or uses it for any purpose other than as provided for in this MOA may be subject to criminal penalties.

D.    Third Party Liability.

(1)  Each party to this MOA shall be solely responsible for its own defense against any claim or action by third parties arising out of or related to the execution and/or performance of this MOA, whether civil or criminal, and retain responsibility for the

9

DHS-AR-000513

payment of any corresponding liability.

(2)  Nothing in this MOA is intended, or should be construed, to create any right or benefit, substantive or procedural, enforceable at law by any third party against the United States, its agencies, officers, or employees or the User Agency.

(3)  The parties expressly agree that no provision of this MOA is in any way intended to constitute a waiver by either party, including party officials and/or employees, of any immunities from suit or from liability that may be available under applicable law.

(4)  Under no circumstances shall this MOA constitute a debt to the State of Alabama as prohibited by Section 213 of the Constitution of Alabama. Instead, it is understood and agreed that during any fiscal year of the State of Alabama occurring during the MOA, the User Agency's commitments hereunder are payable solely from amounts appropriated by the Alabama Legislature as reduced by any proration declared pursuant to Alabama law.

E.    Disputes.  Disagreements on the interpretation of the provisions of this MOA that cannot be resolved between SAVE and the User Agency point of contact should be provided in writing to the authorized officials at both agencies for resolution.  If settlement cannot be reached at this level, the disagreement will be elevated to the next level in accordance with DHS-USCIS procedures for final resolution, which may include nonbinding mediation, conducted at a mutually agreed upon location, using a neutral mediator from the roster maintained by the Alabama Center for Dispute Resolution or otherwise as agreed by the parties.

F.    Conflicts.  This MOA constitutes the full MOA on this subject between DHS-USCIS and the User Agency.  Any inconsistency or conflict between or among the provisions of this MOA will be resolved in the following order of precedence: (1) this MOA and (2) other documents incorporated by reference in this MOA (e.g., transaction charges).

G.    Severability.  Nothing in this MOA is intended to conflict with current law or regulation or the directives of DHS, DHS-USCIS, or the User Agency.  If a term of this MOA is inconsistent with such authority, then that term shall be invalid but, to the extent allowable, the remaining terms and conditions of this MOA shall remain in full force and effect.  In the event of a conflict

that prevents either party from fulfilling its obligations, this MOA may be immediately canceled without providing the 30-day notice period referenced in Section IX.

H.    Assignment.  The User Agency may not assign this MOA, nor may it assign any of its rights or obligations under this MOA.  To the extent allowable by law, this MOA shall inure to the benefit of, and be binding upon, any successors to DHS-USCIS and the User Agency without restriction.

I.    Waiver.  No waiver by either party of any breach of any provision of this MOA shall constitute a waiver of any other breach.  Failure of either party to enforce at any time, or

10

from time to time, any provision of this MOA shall not be construed to be a waiver thereof.

J.    Compliance with Other Laws.  Nothing in this MOA is intended or should be construed to limit or affect the duties, responsibilities, and rights of the User Agency under the National Voter Registration Act, 52 U.S.C. § 20501 *et seq.*, as amended; the Help America Vote Act, 52 U.S.C.
§ 20901 *et seq.*, as amended; the Voting Rights Act, 52 U.S.C. § 10301 *et seq.*, as amended; the Civil Rights Act, 52 U.S.C. § 10101 *et seq.*, as amended; and all applicable state law.

## VII.  EFFECTIVE DATE.

This MOA shall be effective when the DHS-USCIS authorized official and User Agency authorized official have both signed the MOA.  This MOA shall continue in effect until and unless modified or terminated in accordance with the provisions of this MOA.

## VIII.  MODIFICATION.

A.    This MOA is subject to periodic review by DHS-USCIS, its authorized agents or designees, and, if necessary, periodic modification and/or renewal to assure compliance with current law, policy, and standard operating procedure(s).  This MOA constitutes the complete MOA between the parties for its stated purpose, and no modification or addition will be valid unless entered into by mutual consent of both parties evidenced in writing and signed by both parties and appended to this agreement.

B.    DHS-USCIS may accomplish unilateral administrative modifications to revise transaction charges and methods of payment, effective upon prior written notification to the User Agency. Either party may accomplish a unilateral administrative modification to change POC information. A written bilateral modification (i.e., agreed to and signed by authorized officials of both parties) is required to change any other term of this MOA.

## IX.  TERMINATION.

Either party may terminate this MOA at any time by providing 30 days written notice of intent. DHS-USCIS and User Agency, when feasible, will consult with the other party and attempt to reconcile issues before terminating this MOA. Notwithstanding any other provision in the MOA, DHS-USCIS may suspend or terminate this MOA, and thereby the Agency's use of SAVE for voter registration and voter list maintenance purposes, without prior notice if deemed

necessary because of a requirement of law or policy, upon a determination by DHS-USCIS that there has been a breach of system integrity or security by the User Agency or a failure by the User Agency to comply with established procedures or legal requirements, including but not limited to failure to pay.

Written notices shall be sent to the addresses of the POCs listed herein and shall be effective upon receipt. Either party may change its POC by written notice to the other party.

The foregoing, in conjunction with the incorporated references, constitutes the full agreement on

11

this subject between DHS-USCIS and the User Agency. This MOA supersedes all previous agreements governing the provision of verification services related to voter registration and voter list maintenance. Those agreements are explicitly acknowledged to be null and void.

{INTENTIONALLY LEFT BLANK}

12

DHS-AR-000516

The undersigned represent that they are authorized to enter into this MOA on behalf of DHS-USCIS and the User Agency, respectively.

BRIAN J
BRODERICK  Digitally signed by BRIAN J
BRODERICK
Date: 2025.06.16 14:41:18 -04'00'

**Brian J. Broderick**
**Chief (Acting), Verification Division**
**U.S. Citizenship and Immigration Services**
**Department of Homeland Security**

**Wes Allen**
**Secretary of State**
**Alabama Office of the Secretary of State**
**State of Alabama**

6|16|25

**Date**

**Date**

13

DHS-AR-000517

## MEMORANDUM OF AGREEMENT

### BETWEEN THE DEPARTMENT OF HOMELAND SECURITY,
### U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
### AND
### STATE OF ARIZONA
### MARICOPA COUNTY ELECTIONS DEPARTMENT

### STATE OR LOCAL GOVERNMENT AGENCY

## I. PARTIES.

The parties to this Memorandum of Agreement (MOA) are the Department of Homeland Security, U.S. Citizenship and Immigration Services (DHS-USCIS), and the **State of Arizona, Maricopa County Elections Department** (User Agency).

## II. AUTHORITY.

The authorities governing this MOA include, but are not limited to, the following:

Personal Responsibility and Work Opportunity Reconciliation Act of 1996, Pub. L. No. 104-193, 110 Stat. 2105, as amended.

Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 100 Stat. 3359, as amended.

Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 3009, as amended.

Privacy Act, 5 U.S.C. § 552a, as amended.

The Inter-Governmental Cooperation Act, 31 U.S.C. § 1535, as amended.

Ariz. Rev. Stat. Ann. § 16-101.A.1, as amended.

Ariz. Rev. Stat. Ann. § 16-166.F.4, as amended.

Arizona Secretary of State Election Procedures Manual, Voter Registration Processing, Paragraph 17 (October 30, 2007).

Pursuant to the requirements of OMB Circular A-97, which establishes the President's guidelines for implementing the Intergovernmental Cooperation Act, 31 U.S.C. Section 6501, et seq., as amended, the User Agency certifies that it cannot procure the immigration status verification services requested pursuant to this MOA reasonably and expeditiously through ordinary business channels.

1

Rev. Ver. June 16, 2009

DHS-AR-000518

### III. PURPOSE.

The purpose of this MOA is to establish the terms and conditions governing the participation of the User Agency to provide the specified benefit in the DHS-USCIS Systematic Alien Verification for Entitlements (SAVE) Program for the purpose of verifying citizenship and immigration status information of non-citizen and naturalized or derived U.S. citizen applicants (applicant) applying for **Voter Registration** (benefit). The limited data will be provided to the User Agency by an:

   1) Initial response (initial verification) by SAVE to an on-line inquiry by the User Agency; and

   2) Additional verification procedures where applicable; or

   3) A response to a properly submitted Form G-845.

### IV. RESPONSIBILITIES.

#### A. DHS-USCIS agrees to:

(1) Maintain and make available to the User Agency in limited part and manner determined by DHS-USCIS after consultation with the User Agency, an immigration and naturalized or derived citizenship status information verification system under the SAVE Program known as the Verification Information System (VIS), which can be found at http://www.dhs.gov/xinfoshare/publications/gc_1185458955781.shtm#10;

(2) Respond through VIS to properly submitted verification requests from the User Agency by providing the limited information noted in point (1) of **PURPOSE** immediately above;

(3) Process and respond to properly submitted additional verification requests submitted by the User Agency through VIS or on Form G-845. Response time may vary, depending on DHS-USCIS workload, resources available to process additional verification requests, and the applicant's specific circumstances;

(4) Provide to the User Agency operating instructions necessary to use VIS so that the User Agency can designate Users within the agency;

(5) Provide to the User Agency SAVE Program point of contact information for questions or problems regarding the User Agency's participation in SAVE;

(6) Provide access to training and information regarding the laws, policies, and procedures that govern verifying, safeguarding, using, maintaining, and disclosing certain citizenship and immigration status information;

2

Rev. Ver. June 16, 2009

DHS-AR-000519

(7) Provide the User Agency access to Form G-845, and other forms and/or supplements as appropriate, which may be reproduced and/or computer generated without prior DHS-USCIS approval;

(8) Recover no more than its actual costs. The total estimated cost of the agreement is specified on the attached USCIS Anticipated Collections from Non-Federal Sources Addendum. The User Agency certifies that it has obligated at least the amount specified on the USCIS Anticipated Collections from Non-Federal Sources Addendum to pay for its SAVE usage. DHS-USCIS shall notify the User Agency's designated Point of Contact (POC) in writing when the amount paid plus what is owed for unpaid usage equals 80% percent of the estimated total costs. DHS-USCIS will not provide services that would result in the amount paid plus the amount owed for unpaid usage exceeding the amount specified on the USCIS Anticipated Collections from Non-Federal Sources Addendum. In this instance, DHS-USICS will be excused from further performance of the work unless and until the User Agency's authorized official increases estimated total cost of this agreement by modification pursuant to provision VIII of this MOA;

(9) Submit invoices to the User Agency's payment office at the address specified on the USCIS Anticipated Collections from Non-Federal Sources Addendum, with a copy furnished to the POC. DHS-USCIS may submit invoices when the work is completed or as otherwise authorized. The High Level Identifier, tax identification number, and associated dollar amounts will be referenced on all invoices; and

(10) Promptly initiate year-end and closeout adjustments once final costs are known.

**B. User Agency agrees to:**

(1) System Use.

(a) Establish the identity of the applicants and require each applicant to present the applicant's immigration or naturalization documentation that contains the information (e.g., alien registration number) required by the SAVE Program;

(b) Physically examine the documentation presented by the applicant and determine whether the document(s) reasonably appear(s) to be genuine and to relate to the individual;

(c) Provide to the SAVE Program the information the SAVE Program requires to respond to User Agency requests for verification of immigration or naturalized or derived citizenship status information, including (1) information from the applicant's immigration or naturalization documentation for initial automated verification, (2) additional information obtained from the alien's immigration or naturalization documentation for automated additional verification, and (3) completed Forms G-845 and other documents and information required for manual additional verification. For manual only verification, ensure that Forms G-845 and other documents and information required for manual verification are provided;

3

DHS-AR-000520

(d) Ensure that, prior to using VIS, all Users performing verification procedures complete SAVE required training including: reading the SAVE Program Guide, taking the latest version of Web tutorial(s) and maintaining a working knowledge of requirements contained therein and in this MOA as updated;

(e) Ensure that User Agency representatives are provided with and maintain User Ids only while they have a need to perform verification procedures;

(f) Ensure all Users performing verification procedures comply with all requirements contained in the SAVE Program Guide, web-based tutorial, and this MOA, and updates to these requirements;

(g) Ensure that all Users performing verification procedures have contact information for the SAVE Program and SAVE Monitoring and Compliance;

(h) Ensure all Users perform any additional verification procedures the SAVE Program requires and/or the applicant requests after the User Agency initiates a request for verification;

(i) Use any information provided by DHS-USCIS under this MOA solely for the purpose of determining the eligibility of persons applying for the benefit issued by the User Agency and limit use of such information in accordance with this and all other provisions of this MOA;

(j) Comply with the requirements of the Federal Information Security Management Act (FISMA (PL-107-347), Title III, Section 301) and OMB guidance as applicable to electronic storage, transport of records between agencies, and the internal processing of records received by either agency under the terms of this MOA;

(k) Safeguard such information and access methods to ensure that it is not used for any other purpose than described in this MOA and protect its confidentiality; including ensuring that it is not disclosed to any unauthorized person(s) without the prior written consent of DHS-USCIS;[1]

(l) Comply with the Privacy Act, 5 U.S.C. Section 552a, and other applicable laws, regulations, and policies, including but not limited to all OMB and DHS privacy guidance, in conducting verification procedures pursuant to this MOA, and in safeguarding, maintaining, and disclosing any data provided or received pursuant to the MOA;

---

[1] Each applicant seeking access to information regarding himself/herself may do so by submitting a written signed request to DHS-USCIS. Instructions for submitting such requests may be found on the Freedom of Information/Privacy Act page of www.uscis.gov.

4

Rev. Ver. June 16, 2009

DHS-AR-000521

(m) Comply with federal laws prohibiting discrimination against applicants and discriminatory use of the SAVE Program based upon the national origin, color, race, gender, religion, or disability of the applicant;

(n) Provide all benefit-applicants who are denied benefits based solely or in part on the SAVE response with adequate written notice of the denial and the information necessary to contact DHS-USCIS (see attachment 1: Fact Sheet, which is subject to revision and reposting on the SAVE Website and Online Resources) so that such individual may correct their records in a timely manner, if necessary;

(o) Provide all benefit-applicants who are denied benefits based solely or in part on the SAVE response with the opportunity to use the User Agency's existing process to appeal the denial and to contact DHS-USCIS to correct their records prior to a final decision, if necessary; and

(p) Refrain from using SAVE, or assisting any person or entity, to comply with the employment eligibility verification requirements of section 274A of the Immigration and Nationality Act, 8 U.S.C. Section 1324a.

(2) Monitoring and Compliance.

(a) Provide the SAVE Program and SAVE Monitoring and Compliance with the current e-mail, U.S postal service address, physical address, name and telephone number of the User Agency authorized representative for any notifications, questions or problems that may arise in connection with the User Agency's participation in SAVE and with notification of changes in the benefit offered by the User Agency;

(b) Notify the SAVE Program and SAVE Monitoring and Compliance immediately whenever there is reason to believe a violation of this MOA has occurred;

(c) Notify the SAVE Program and SAVE Monitoring and Compliance immediately whenever there is reason to believe an information breach has occurred as a result of User Agency action or inaction pursuant to Office of Management and Budget (OMB) Memorandum M-07-16, "Safeguarding Against and Responding to the Breach of Personally Identifiable Information";

(d) Allow SAVE Monitoring and Compliance to monitor and review all records and documents related to the use, abuse, misuse, fraudulent use or improper use of SAVE by the User Agency, including, but not limited to original applicant consent documents required by the Privacy Act, 5 U.S.C. Section 552a or other applicable authority;

(e) Allow SAVE Monitoring and Compliance to conduct desk audits and/or site visits to review User Agency's compliance with this MOA and all other SAVE-related policy, procedures, guidance and law applicable to conducting verification and safeguarding, maintaining, and disclosing any data provided or received pursuant to this MOA;

Rev. Ver. June 16, 2009

DHS-AR-000522

(f) Allow SAVE Monitoring and Compliance to perform audits of User Agency's User Ids use and access, SAVE Training Records, SAVE financial records, SAVE biographical information, system profiles and usage patterns and other relevant data;

(g) Allow SAVE Monitoring and Compliance to interview any and all User Agency SAVE system users and any and all contact persons or other personnel within the User Agency regarding any and all questions or problems which may arise in connection with the User Agency's participation in SAVE;

(h) Allow SAVE Monitoring and Compliance to monitor system access and usage and to assist SAVE users as necessary to ensure compliance with the terms of this MOA and the SAVE Program requirements by its authorized agents or designees; and

(i) Take corrective measures in a timely manner to address all lawful requirements and recommendations on every written finding including but not limited to those of SAVE Monitoring and Compliance regarding waste, fraud, and abuse, and discrimination or any misuse of the system, non-compliance with the terms, conditions and safeguards of this MOA, SAVE Program procedures or other applicable law, regulation or policy.

(3) Reimbursement.

(a) Pay the transaction prices provided in the attached current standard billing rates, which along with methods of payment are subject to change upon prior written notification to the User Agency. Each year, the User Agency will obligate funds sufficient to reimburse DHS-USCIS under a current appropriation upon execution of the attached USCIS Anticipated Collections from Non-Federal Sources Addendum;

(b) Pay in full within 30 days of the invoice date. The User Agency will pay any applicable sales, use, excise, and like taxes, where required by law, that are stated on each invoice. Regardless of payment type, the User Agency will clearly indicate the High Level Identifier with remittance;

(c) If the User Agency pre-pays for its usage, it shall submit the entire committed amount before being allowed access to VIS; and

(d) Promptly discuss and resolve issues and questions with DHS-USCIS regarding payments. Delinquent payments shall be handled in accordance with the Debt Collection and Improvement Act of 1996, 31 U.S.C. Section 3701. Interest on all unpaid balances shall be charged at the rate of the current value of funds to the United States Treasury effective on the date of the invoice. The rate is the Treasury tax and loan rate. It is published annually or quarterly by the Secretary of the Treasury in the Federal Register and the Treasury Fiscal Requirements Manual Bulletins. Handling charges will accrue at monthly rates of $5.00 for each of the first two months of delinquency and $10.00 for each month thereafter. In addition to interest and handling charges, if DHS-USCIS does not receive payment within 90 days of the invoice, 6% per annum additional interest will be assessed. Charges will be computed from the date of the invoice and will accrue

6

DHS-AR-000523

monthly with the applicable interest and handling charges. In the case of any late payment, the amount received will be applied in this sequence: (1) to any accrued penalty and handling charges; (2) to any accrued interest; and (3) to outstanding principal. Failure to make timely payment may result in termination of services.

## V. POINTS OF CONTACT.

USCIS SAVE Program, 490 L'Enfant Plaza East SW, Washington, DC Suite 7112, Washington, DC 20529-2620, (202) 358-7757, Attn: SAVE Operations. E-mail: SAVEregistration@dhs.gov.

USCIS SAVE Monitoring and Compliance, 2461 S. Clark Street, Arlington, VA 22202, (703) 603-1818. E-mail: SAVE.monitoring@dhs.gov.

USER AGENCY- Jasper Altaha, Maricopa County Elections, 111 South 3rd Avenue, Phoenix 85003, (602)-506-2269, jaltaha@risc.maricopa.gov.

## VI. OTHER PROVISIONS.

(A) MOA Responsibilities. Only authorized employees, agents, or designees of DHS-USCIS and the User Agency will carry out the requirements of this MOA. In carrying out these responsibilities, they will operate within the scope of applicable regulations, specifically delegated authorities, the program authorities and funding limitations and terms and conditions of this MOA.

(B) Determining Benefit Eligibility. This MOA is limited to the provision of verification services. DHS-USCIS will verify limited citizenship and immigration status information, but will not recommend to the User Agency whether to issue the benefit. The DHS-USCIS response is not intended to be, and should not be construed as, an opinion on the part of DHS-USCIS or the United States regarding any right or benefit under any program administered by the User Agency. The User Agency has the responsibility to determine the applicant's eligibility for the benefit.

(C) Criminal Penalties.

(1) DHS-USCIS reserves the right to use information from the User Agency for any purpose permitted by law, including, but not limited to, the prosecution of violations of Federal administrative or criminal law.

(2) The User Agency acknowledges that the information it receives from DHS-USCIS is governed by the Privacy Act, 5 U.S.C. Section 552a(i)(1), and that any person who obtains this information under false pretenses or uses it for any purpose other than as provided for in this MOA may be subject to criminal penalties.

7

Rev. Ver. June 16, 2009

DHS-AR-000524

(D) Third Party Liability.

(1) Each party to this MOA shall be solely responsible for its own defense against any claim or action by third parties arising out of or related to the execution and/or performance of this MOA, whether civil or criminal, and retain responsibility for the payment of any corresponding liability.

(2) Nothing in this MOA is intended, or should be construed, to create any right or benefit, substantive or procedural, enforceable at law by any third party against the United States, its agencies, officers, or employees or the User Agency.

(E) Disputes. Disagreements on the interpretation of the provisions of this MOA that cannot be resolved between the DHS-USCIS program office and the User Agency point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at this level, the disagreement will be elevated to the next level in accordance with DHS-USCIS procedures for final resolution.

(F) Conflicts. This MOA, its attachments and addenda constitute the full MOA on this subject between DHS-USCIS and the User Agency. Any inconsistency or conflict between or among the provisions of this MOA, will be resolved in the following order of precedence: (1) this MOA and (2) other documents incorporated by reference in this MOA, i.e., the USCIS Anticipated Collections from Non-Federal Sources Addendum, and standard billing rates.

(G) Severability. Nothing in this MOA is intended to conflict with current law or regulation or the directives of DHS, DHS-USCIS, or the User Agency. If a term of this MOA is inconsistent with such authority, then that term shall be invalid but, to the extent allowable, the remaining terms and conditions of this MOA shall remain in full force and effect. In the event of a conflict that prevents either party from fulfilling its obligations, this MOA may be immediately canceled without providing the 30 day notice period referenced in Section IX.

(H) Assignment. The User Agency may not assign this MOA, nor may it assign any of its rights or obligations under this MOA. To the extent allowable by law, this MOA shall inure to the benefit of, and be binding upon, any successors to DHS-USCIS and the User Agency without restriction.

(I) Waiver. No waiver by either party of any breach of any provision of this MOA shall constitute a waiver of any other breach. Failure of either party to enforce at any time, or from time to time, any provision of this MOA shall not be construed to be a waiver thereof.

8

Rev. Ver. June 16, 2009

DHS-AR-000525

## VII. EFFECTIVE DATE.

This MOA shall be effective when the DHS-USCIS authorized official and User Agency authorized official have both signed the MOA. This MOA shall continue in effect unless modified or terminated in accordance with the provisions of this MOA.

## VIII. MODIFICATION.

(A) This MOA is subject to periodic review by DHS-USCIS, its authorized agents or designees, and, if necessary, periodic modification and/or renewal to assure compliance with current law, policy, and standard operating procedure(s). This MOA and the attached USCIS Anticipated Collections from Non-Federal Sources Addendum constitute the complete MOA between the parties for its stated purpose, and no modification or addition will be valid unless entered into by mutual consent of both parties evidenced in writing and signed by both parties and appended to this agreement; and

(B) The User Agency may accomplish a unilateral administrative modification to add funds to the MOA, and either party may accomplish a unilateral administrative modification to change POC information. A written bilateral modification (i.e., agreed to and signed by authorized officials of both parties) is required to change any other term of this MOA.

## IX. TERMINATION.

Either party may terminate this MOA at any time by providing 30 days written notice of intent. DHS-USCIS, when feasible, will consult with the User Agency and attempt to reconcile issues before terminating this MOA. Notwithstanding any other provision in the MOA, DHS-USCIS may suspend or terminate this MOA without prior notice if deemed necessary because of a requirement of law or policy, upon a determination by DHS-USCIS that there has been a breach of system integrity or security by the User Agency or a failure by the User Agency to comply with established procedures or legal requirements, including but not limited to failure to pay.

Written notices shall be sent to the addresses of the POCs listed herein and shall be effective upon receipt. Either party may change its POC by written notice to the other party.

The foregoing, in conjunction with the referenced and incorporated attachments, constitutes the full agreement on this subject between DHS-USCIS and the User Agency. This MOA supersedes all previous agreements governing the provision of verification services. Those agreements are explicitly acknowledged to be null and void.

9

Rev. Ver. June 16, 2009

DHS-AR-000526

The undersigned represent that they are authorized to enter into this MOA on behalf of DHS-USCIS and the User Agency, respectively.

John E. Roessler
Chief, SAVE Program
U.S. Citizenship and Immigration Services
Department of Homeland Security

12/15/09
Date

Wes Baysinger
Chief Procurement Officer

Maricopa County, Arizona

12/15/09
Date

10

Rev. Ver. June 16, 2009

DHS-AR-000527