



# SAVE Optimization for Voter Verification

**June 12, 2025**

Immigration Records and Identity Services (IRIS)

Verification Division (VER)

DHS-AR-001356

# Agenda

**1** SAVE Overview

**2** SAVE Optimization for Voter Verification

**3** SAVE Process – How it Works

**4** Registering for SAVE



2

DHS-AR-001357

# What Is SAVE?

**Systematic Alien Verification for Entitlements (SAVE)** is an information service for authorized federal, state, territorial, tribal, and local benefit-issuing agencies and licensing bureaus to verify their applicants' immigration status/category or naturalized/acquired U.S. Citizenship.

SAVE's mission is to provide fast, secure, and reliable immigration status information to assist benefit-granting agencies in maintaining their program integrity.

- Verifies a benefit applicant's U.S. citizenship and immigration status for user agencies within seconds, ensuring compliance with immigration laws.

- Helps ensure that only applicants who are eligible for benefits and licenses receive them, thereby protecting the agencies and U.S. citizens from benefit fraud.

- Is easy to use and offers many online training tools and resources to assist user agencies.



DHS-AR-001358

# What SAVE Does Not Do

SAVE does not:

**X** Store all immigration information in a database. Instead, SAVE accesses numerous systems (DHS, DoJ, SSA) to verify the immigration status of benefit applicants as a point in time check.

**X** Determine applicant eligibility for a specific benefit or license. Benefit determinations are made by the benefit-issuing or licensing agency.

**X** Provide historical immigration information for individuals.

**X** Provide employment eligibility verification to employers (that is E-Verify).



DHS-AR-001359

# Who uses SAVE?



**Health Care**



**Social Security Benefits**



**Education Grants and Assistance**



**State Driver's Licenses State ID Cards**



**Occupational & Professional Licenses**

**FY24 Data**

**Number of SAVE verifications:  ~25 million**

**Number of agencies registered:  ~1,200**

## Types of Registered Agencies

- Federal Agencies
- State Agencies
- Local Government Agencies
- Licensure Organizations

## Types of Benefits/Licenses

- Voter Registration and List Maintenance
- Social Security Benefits
- Education Grants and Assistance
- State Driver's Licenses & State ID Cards
- Occupational & Professional Licenses



5

DHS-AR-001360

# SAVE Optimization – The Challenge

## OBJECTIVE

USCIS is required by 8 U.S.C. § 1373(c) to provide verification or status information in response to inquiries from Federal, state, or local government agencies seeking to verify or ascertain the naturalized or acquired U.S. citizenship or other immigration status - including for state level agencies to conduct voter verification (i.e., voter registration and/or voter list maintenance).

## CHALLENGE

States have raised concerns about the ability of SAVE to meet their needs due to:

- Cost/fees for system use;
- Inability to obtain and provide DHS-issued enumerators; and
- Having to enter cases individually instead of in bulk.







DHS-AR-001361

# SAVE Optimization – What we've Learned

**STAKEHOLDER ENGAGEMENT**

USCIS met with representatives from 18+ states, National Association of Secretaries of State (NASS), and National Association of State Election Directors (NASED) to discuss current voter registration processes and gather requirements for a future functionality.

**KEY TAKEAWAYS FROM STATES**

-Top 2 items needed to verify is Citizenship status and Death Status

-Top 2 features expressed were ability to submit cases in bulk and provide a non-DHS enumerator

-Each state we spoke with said they needed to run their entire voter roll (average size was 2.5M)





7

DHS-AR-001362

# SAVE Optimization – Where We Are (and Going)

**Following Executive Order 14248 (Mar 25), "Preserving and Protecting the Integrity of American Elections, "USCIS is modernizing SAVE's verification services.  Improvements include the following enhancements:**

❑ **Elimination of Fees** for state and local agencies (April 1st)

❑ **Bulk Upload capability** to reduce manual case creation process during list (May 1st)

❑ **Added Web Agency Audit Report** to add ability to download submitted cases (May 1st)

❑ **Case Submission using Social Security Number** as applicant enumerator, when utilizing the bulk upload case creation tool or GUI for any benefit purpose (May 16th)

❑ Case Submission using **Last Four Digits of SSN** (End of June)

❑ Case Submission using additional enumerators such as **Driver's License or U.S. Passport** (TBD)



8

DHS-AR-001363

# SAVE Optimization – How it Works

**If SAVE cases is created with SSN then SAVE checks SSA for a record using F/L Name, DoB, and SSN.**

❑ If match is found, SSA returns the Citizenship/ Foreign Indicator and A# (if applicable)

❑ If match found is USC (without foreign born indicator), then a new response of **United States Citizen (per SSA Record)** is returned in SAVE.

❑ If the match has a foreign indicator, then A# is returned and a case is created in DHS records with **standard SAVE response** based on results.

❑ If there is a match with the Death Record, then a new response of **Deceased (per SSA)** is returned in SAVE.

❑ If no match with SSA, then a new response is returned to say **Unable to Return Record from SSA - Resubmit with Additional Information**. Case is closed with no escalation.





9

DHS-AR-001364

# SAVE Verification Process



**Enter Information**

- Applicant's biographic information
  - **First & Last Name**
  - **Date of Birth**
- At least one Enumerator
  - USCIS/Alien Registration Number
  - Form I-94: Arrival/Departure Record Number
  - Student and Exchange Visitor Information System (SEVIS) ID number
  - Card Number/ I-797 Receipt Number
  - **Social Security Number**
- Benefit(s) requested by the applicant

**Submit Initial Request**

**Processing Time**

- 3-5 seconds

**Response**

- Current Status or
- Institute Additional Verification or Institute Additional Verification with Document

*About 88% of all verification cases return an automated current status response within 3-5 seconds*



10

DHS-AR-001365

# Additional/Manual Verification Process

## If SAVE response is Non-USC or Institute Additional Verification:

**Enter Additional Information**
- Upload applicant's immigration documentation if available
- Comments

**Submit Request**

**Processing Time**
- About 3-5 federal workdays

**Response**
- Current status or
- Resubmit with Docs if needed and not already submitted by benefit-granting agency



*Manual verification processing times vary; currently 3-5 workdays*

11

DHS-AR-001366

# SAVE Registration Process



### Step 1: Apply for SAVE
- Determine eligibility to register and check if already registered
- Complete and return SAVE registration checklist within 30 days
- Await USCIS Legal Review



### Step 2: Sign SAVE Agreements
- Enter into a Memorandum of Agreement with USCIS outlining the terms (including financial and billing terms), conditions, and guidelines for participating in SAVE
- Review, sign and return the Agreements



### Step 3: Receive SAVE Access
- Receive a link to register to use SAVE
- Upon completed registration receive an Agency ID, Username and Password and Training



DHS-AR-001367

# SAVE Registration Requirements

**An agency may be eligible to register for SAVE if they:**

- Are a federal, state, territorial, tribal, or local government agency that grants benefits or licenses.

    **and**

- Are authorized by law to provide a benefit for which citizenship or immigration status verification is authorized.

**Agencies must provide the legal authority for**:

- Administering the benefit(s)/license(s); and
- Verifying immigration status of their applicants to determine eligibility.

**Businesses, companies, organizations, and/or individuals <u>may not</u> register.**



13

DHS-AR-001368

# States Registered with SAVE for Voter Verification *As of June 11th*

## Existing MOA w/ SAVE

Arizona

Arkansas

Colorado

Florida

Georgia

Idaho

Iowa

Louisiana

Michigan

Mississippi

Missouri

North Carolina

Ohio

South Carolina

Tennessee

Texas

Virginia

## In-Process

Alabama

Indiana

Nevada

North Dakota

Oklahoma

Utah

Wyoming



14

DHS-AR-001369

 



# SAVE Optimization for Voter Verification

**July 31, 2025**

Immigration Records and Identity Services (IRIS)

Verification Division (VER)

DHS-AR-001370

# Disclaimer

*This presentation is intended for federal, state, territorial, tribal, and local benefit-granting agencies. This presentation provides basic guidance about the rules and responsibilities during the U.S. citizenship and immigration status verification process. This guidance may change. For up-to-date information, visit* uscis.gov/SAVE*.*

*This presentation is not intended for paid distribution. USCIS reserves all rights in its trademarks and grants no license by providing this presentation. This presentation is not intended for members of the media. For all media inquiries visit the* U.S. Citizenship and Immigration Services Media Contacts *webpage.*



2

DHS-AR-001371

# Key Topics

**1** SAVE Overview

**2** SAVE Optimization for Voter Verification

**3** SAVE Verification – How it Works

**4** Registering for SAVE



3

DHS-AR-001372

# SAVE Overview

**Systematic Alien Verification for Entitlements (SAVE)** is an information service for authorized federal, state, territorial, tribal, and local agencies to verify the U.S. Citizenship or immigration status of individuals within their jurisdiction.

Provides fast, secure, and reliable U.S. Citizenship and immigration status verification and information to assist user agencies in maintaining program integrity.

## Types of Registered Agencies

☆ Federal Agencies – **50+**

☆ State Agencies – **400+**

☆ Local Government Agencies – **700+**

☆ Department of Motor Vehicles – **50+**

## Types of Entitlements

☆ Social Security Benefits

☆ Education Grants and Assistance

☆ State Driver's Licenses & State ID Cards

☆ Occupational & Professional Licenses



Health Care



Social Security Benefits



Education Grants and Assistance



State Driver's Licenses State ID Cards




Occupational & Professional Licenses



4

DHS-AR-001373

# What SAVE Does Not Do

SAVE does not:

**X**    …store citizenship and immigration information in a database. Instead, SAVE accesses numerous systems (DHS, DoJ, SSA) to verify the U.S. citizenship and immigration status of program applicants and participants.

**X**    …determine eligibility for participation. These determinations are made by the administering agency.

**X**    …provide all necessary information to determine voter eligibility. For example, SAVE does not provide place of residence, criminal records, etc.

**X**    …provide historical citizenship or immigration information. SAVE responses are a point-in-time check.



5

DHS-AR-001374

# SAVE Optimization – The Challenge

## REQUIREMENT

USCIS is required by 8 U.S.C. § 1373(c) to respond to inquiries from Federal, state, or local government agencies seeking to verify or ascertain the U.S. citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law - including for voting agencies to conduct voter verification (i.e., voter registration and/or voter list maintenance).

## CHALLENGE

States raised concerns about the ability of SAVE to meet their needs due to:

- Cost/fees for system use;
- Inability to obtain and provide DHS-issued enumerators; and
- Having to submit cases individually instead of in bulk.







DHS-AR-001375

# SAVE Optimization – What we've Learned

**EXTERNAL ENGAGEMENT**

USCIS met with representatives from 18+ states, the National Association of Secretaries of State (NASS), and the National Association of State Election Directors (NASED) for listening sessions regarding the current voter registration processes and their ideas about future functionality.

**KEY TAKEAWAYS FROM STATES**

-Top 2 items needed to verify is U.S. Citizenship status and Death Status

-Top 2 features expressed were ability to submit cases in bulk and provide the capability to verify using a non-DHS enumerator

-Top budget item was eliminating SAVE transaction charges





DHS-AR-001376

# SAVE Optimization – Where We Are (and Going)

✓ **Elimination of Fees** for state and local agencies (April 15)

✓ **Bulk Upload capability** to reduce manual case submission process (May 1)

✓ **Web Agency Audit Report** to improve ability to view and download cases (May 1)

✓ **Integration with SSA and case submission using Social Security Number** as non-DHS enumerator (May 16)

✓ **Error File Download** to improve error identification and resubmission (July 11)

✓ **File History Dashboard** to improve file retrieval for bulk uploaded cases (July 11)

✓ **Bulk Escalation Capability** to improve user ability to escalate IAV cases (July 11)

❑ Case Submission using Last Four Digits of SSN (In-Testing)

❑ Case Submission using U.S. Passport # (TBD)



8

DHS-AR-001377

# SAVE Verification – How it Works

**Enter Information**

- Applicant's biographic information
  - **First & Last Name**
  - **Date of Birth**
- At least one Enumerator
  - **Social Security Number**
  - USCIS/Alien Registration Number
  - Naturalization Certification Number
  - …
- Benefit(s) requested by the applicant
  - Voter Registration
  - Voter List Maintenance
  - …

**Submit Initial Request**

**System Checks**

- If SSN, SAVE queries SSA
- If A#, SAVE queries DHS systems

**Response**

- Current Status
- Resubmit with Additional Information
- Institute Additional Verification



*Approx. 98% of all voter verification cases return an automated status at initial response.*

9

DHS-AR-001378

# SAVE Verification – How it Works

**SAVE Responses include:**

| SAVE Response | Description |
|---|---|
| **United States Citizen (per SSA Record)** | If case matches SSA record and citizenship code is USC, without a foreign-born indicator. |
| **Deceased (per SSA)** | If case matches the SSA Death Master File record. |
| **Unable to Return Record from SSA – Resubmit with Additional Information** | If no match with SSA. Case is closed with no escalation. |
| **Immigration Enumerator Required – Resubmit with Additional Information** | If match with SSA with Foreign Born indicator but no A-number available to determine citizenship or immigration status. |
| **Full Social Security Number Required – Resubmit with Additional Information** | If multiple matches with SSA using Name, DoB, and last four digits of SSN. |
| **United States National** | If case matches SSA and is from American Samoa without record of naturalization. |
| **SAVE Immigration Status Response** | If the case matches SSA record, has a foreign indicator, and A# is returned that matches DHS records. *Note: This response may include USC or any of the Non-USC immigration statuses.* |
| **Institute Additional Verification** | If the case matches SSA record, has foreign indicator, and A# is returned that does not match DHS records. |



10

DHS-AR-001379

# Manual Verification Process

## If SAVE response is Non-USC or Institute Additional Verification:

**Enter Additional Information**
- Upload applicant's immigration documentation if available
- Add any additional comments

**Submit Request**

**Processing Time**
- About 5 federal workdays*

**Response**
- Current status or
- Resubmit with Docs if needed and not already submitted by benefit-granting agency



*Manual verification processing times vary.*

11

DHS-AR-001380

# SAVE Registration

**Agencies may be eligible to register for SAVE if they:**

- Are a federal, state, territorial, tribal, or local government agency; and
- Are authorized by law to verify the citizenship or immigration status of individuals within their agency's jurisdiction.

**Agencies must provide the legal authority for**:

- Verifying the U.S. citizenship or immigration status of their applicants and/or participants.

**Businesses, companies, organizations, and/or individuals <u>may not</u> register.**

**Current Participation**
(as of July 21)

# 23
States with SAVE Voter Verification MOA

# 53
Agencies with SAVE Voter Verification MOA



12

DHS-AR-001381

# SAVE Registration



### Step 1: Apply for SAVE
- Determine eligibility to register and check if already registered
- Complete and return SAVE registration checklist within 30 days
- Await USCIS Legal Review



### Step 2: Sign SAVE Agreements
- Enter into a Memorandum of Agreement with USCIS outlining the terms (including financial and billing terms), conditions, and guidelines for participating in SAVE
- Review, sign and return the Agreements



### Step 3: Receive SAVE Access
- Receive a link to register to use SAVE
- Upon completed registration receive an Agency ID, Username and Password and Training



13

DHS-AR-001382

# SAVE Resources for Voter Verification

SAVE Website Message Center – News & Alerts - The SAVE website provides News & Alerts on the most up-to-date information about SAVE.

Guide to Understanding SAVE Responses - This guide introduces seven new responses when a SAVE case is created using a Social Security Number (SSN) as the applicant's enumerator.

SAVE Tutorial  - The SAVE tutorial helps SAVE users use SAVE correctly and efficiently.

SAMPLE MOA on Website (for voter verification)
    The SAMPLE MOA provides an example of templated language for agencies that would like to participate in    the SAVE program for voter registration and voter list maintenance purposes.

SAVE System of Record Notice (SORN)
    This system of records allows DHS/USCIS to collect and maintain records on applicants for public benefits, licenses, grants, governmental credentials, or other statutorily authorized purposes to operate SAVE.



**Updated Versions Coming Soon:**

**SAVE Digital Poster** – Used by agencies as a method to provide written notice

**SAVE Fast Facts for Voter Registration & List Maintenance** – Summarizes key facts and addresses frequently asked questions

**SAVE Program Guide –** Full program guide



14

DHS-AR-001383

# Questions?



DHS-AR-001384




**SAVE Optimization Update**

**May 22, 2025**

U.S. Citizenship and Immigration Services

IRIS — IMMIGRATION RECORDS AND IDENTITY SERVICES DIRECTORATE

*"Challenge what drives you nuts!"*

DHS-AR-001385

# Agenda

✓ **SAVE Optimization**

✓ **The Challenge**

✓ **What we've learned**

✓ **Where we are & where we're going**

✓ **How it works**

✓ **Q&A**

*Speaker: Shayla Moulton-Atkins, VER Chief of Staff*



2

DHS-AR-001386

# SAVE Optimization – The Challenge

**OBJECTIVE**

USCIS is required by 8 U.S.C. § 1373(c) to provide verification or status information in response to inquiries from Federal, state, or local government agencies seeking to verify or ascertain the naturalized or acquired U.S. citizenship or other immigration status - including for state level agencies to conduct voter verification (i.e., voter registration and/or voter list maintenance).

**CHALLENGE**

States have raised concerns about the ability of SAVE to meet their needs due to:

- Cost/fees for system use;
- Inability to obtain and provide DHS-issued enumerators; and
- Having to enter cases individually instead of in bulk.

*Speaker: David Jennings, Associate Chief*





3

# SAVE Optimization – What we've learned

**STAKEHOLDER ENGAGEMENT**

Verification Division met with representatives from 17+ states, National Association of Secretaries of State (NASS), and National Association of State Election Directors (NASED) to discuss current voter registration processes and gather requirements for a future functionality.

**KEY TAKEAWAYS FROM STATES**

-Top 2 items needed to verify is Citizenship status and  Death Status

-Top 2 features expressed were ability to submit cases in bulk and provide a non-DHS enumerator

-Each state we spoke with said they needed to run their entire voter roll (average size was 2.5M)

*Speaker: David Jennings, Associate Chief*





4

DHS-AR-001388

# SAVE Optimization – Where We Are (and Going)

Following Executive Order 14248 (Mar 25), "Preserving and Protecting the Integrity of American Elections, "USCIS is modernizing SAVE's verification services.  Improvements include the following enhancements:

- ❑ **Elimination of Fees** for state and local agencies (April 1st)
- ❑ **Bulk Upload capability** to reduce manual case creation process during list (May 1st)
- ❑ **Added Web Agency Audit Report** to add ability to download submitted cases (May 1st)
- ❑ **Case Submission using Social Security Number** as applicant enumerator, when utilizing the bulk upload case creation tool or GUI for any benefit purpose (May 16th)
- ❑ Case Submission using **Last Four Digits of SSN** (Coming Soon)
- ❑ Case Submission using additional enumerators such as **Driver's License or U.S. Passport** (TBD)

*Speaker: David Jennings, Associate Chief*



5

DHS-AR-001389

# SAVE Optimization – How it Works!

**If SAVE cases is created with SSN then SAVE checks SSA for a record using F/L Name, DoB, and SSN.**

❑If match is found, SSA returns the Citizenship/ Foreign Indicator and A# (if applicable)

❑If match found is USC (without foreign born indicator), then a new response of **United States Citizen (per SSA Record)** is returned in SAVE.

❑If the match has a foreign indicator, then A# is returned and a case is created in DHS records with **standard SAVE response** based on results.

❑If there is a match with the Death Record, then a new response of **Deceased (per SSA)** is returned in SAVE.

❑If no match with SSA, then a new response is returned to say **Unable to Return Record from SSA - Resubmit with Additional Information**. Case is closed with no escalation.



*Speaker: David Jennings, Associate Chief*

6

DHS-AR-001390

# Questions





DHS-AR-001391

# Thank you for joining today's session!



8

DHS-AR-001392

# SAVE RECORDS: FAST FACTS FOR BENEFIT APPLICANTS



U.S. Citizenship and Immigration Services

SAVE is an online service provided by U.S. Citizenship and Immigration Services (USCIS), an agency within the Department of Homeland Security (DHS). Registered government agencies use SAVE to verify U.S. citizenship and immigration status as part of determining the eligibility of applicants for public benefits and licenses. SAVE verifies information submitted by registered agencies against SAVE-accessed government databases as an important tool to help ensure public benefits and licenses are only issued to individuals legally eligible to receive them. To learn more, visit uscis.gov/save.

**What is the purpose of this fact sheet?**
This fact sheet provides information for benefit applicants on how to update, correct, or replace documents issued by DHS and other government agencies that can be used to verify your information with SAVE.

**What is needed to verify my immigration status or U.S. citizenship?**
An agency that uses SAVE needs your first name, last name, date of birth, and an identifier. Identifiers used by SAVE include: Alien Number (A#)/USCIS Number, Form I-94 Arrival/Departure Record Number (I-94#), Student and Exchange Visitor Information System Identifier (SEVIS ID), Naturalization/Citizenship Certificate Number, Card Number, I-797 Receipt Number, Visa Number, and Social Security number. **Provide your most recently issued immigration document to ensure fast and accurate results.**

**Why would my information or document need to be updated or corrected?**
If there are changes to your personal information, like a name change, or there is an error in your previously submitted information, you may need to update or correct your information and/or document(s).

**What happens if my information is incorrect?**
If your information is not correct, you may be denied a benefit or license. If you are denied a benefit based on a SAVE response, the agency must give you information about their appeal process and allow you to contact the Federal government to correct your information prior to a final decision.

**Where do I go to correct or update my records or documents?**
You must contact the agency that issued your document or maintains the record. In some cases, you may need to file a Freedom of Information Act (FOIA) request to review your immigration record for potential errors. **SAVE does not maintain your records, and cannot issue, correct, renew, or replace your records or documents.**

**U.S. Citizenship and Immigration Services (USCIS)**
Visit the USCIS website for information about Immigration Documents and How to Update, Correct, or Replace Them.

For document specific instructions please see the following:
- o Naturalization or Citizenship Certificate, visit uscis.gov/N-565.
- o Permanent Resident Card (Form I-551), visit uscis.gov/I-90.
- o Employment Authorization Document (Form I-766), visit uscis.gov/I-765.
- o Travel Document, visit the Travel Documents page and uscis.gov/I-131.
- o Arrival/Departure Record (Form I-94), visit uscis.gov/I-102 for information on obtaining certain arrival/departure records from USCIS if you are unable to obtain your Form I-94 from the CBP I-94 website.

To request a copy of your immigration record or submit a request for a record amendment or correction, visit the USCIS website Request Records through the Freedom of Information Act or Privacy Act. To correct typographic errors in your USCIS record or document, visit egov.uscis.gov/e-request/.  For more information, visit uscis.gov/contactcenter or call 800-375-5283 (TTY 800-767-1833, VRS 877-709-5797).

**U.S. Customs and Border Protection (CBP)**
Visit CBP's I-94 Website at  i94.cbp.dhs.gov/home if you need to obtain your Form I-94, Arrival/Departure Record. For more information on how to correct Form I-94 errors made at the time of entry, visit cbp.gov/document/guidance/deferred-inspection-sites. For more information on Form I-94, visit cbp.gov/travel/international-visitors/i-94.

**Student and Exchange Visitor Program (SEVP)**
If you are a student or exchange visitor and need to correct your record, contact your designated school official (DSO) or responsible officer (RO). If they cannot help you, contact the SEVP Response Center at 703-603-3400 or sevp@ice.dhs.gov. For more information, visit the SEVP Portal Help page at studyinthestates.dhs.gov/sevp-portal-help.

**Social Security Administration (SSA)**
Visit ssa.gov/personal-record for information on managing your personal information with SSA.

Revised Jul. 2025

DHS-AR-001393

**U.S. Citizenship
and Immigration
Services**

MENU

Home > SAVE User Reference Guide

# 10.1 Bulk Upload File Management

User Agencies can monitor the status of files submitted and cases created through the Bulk Upload Tool from the File History Dashboard. Each file upload will display with the associated information. Viewing permissions may be limited by user role.



Need Help?
Chat with Emma™

DHS-AR-001394



# File History Dashboard

Showing Files 1–10 of 46

| Date Uploaded | Uploaded By | Cases Created / Total Submitted | File Status | SBU Number | Cases Escalated ⓘ | Actions |
|---|---|---|---|---|---|---|
| 10/23/2025 | Anna Dziki | --/270202 | PROCESSING | SBU251023T003D0 | 154984 Escalated | ⋮ |
| 10/23/2025 | Anna Dziki | 7/14 | PARTIALLY COMPLETED | SBU251023T003CF | 2 Escalated | ⋮ |
| 10/23/2025 | Anna Dziki | 10/10 | PARTIALLY COMPLETED | SBU251023T003CD | 10 Escalated | ⋮ |
| 10/21/2025 | Anna Dziki | 1/1 | COMPLETED | SBU251021T003BC | N/A | ⋮ |
| 09/12/2025 | Anna Dziki | 1/2 | COMPLETED | SBU250912T002F8 | N/A | ⋮ |
| 09/12/2025 | Anna Dziki | 1/2 | COMPLETED | SBU250912T002F7 | N/A | ⋮ |
| 09/09/2025 | Anna Dziki | 4/5 | PARTIALLY COMPLETED | SBU250909T002EB | 1 Escalated | ⋮ |
| 08/28/2025 | Justin Legary | 161069/270202 | COMPLETED | SBU25082 | | ⋮ |
| 08/26/2025 | Justin Legary | 10/11 | COMPLETED | SBU250826T001A5 | N/A | ⋮ |
| 08/21/2025 | Anna Dziki | 510/510 | COMPLETED | SBU250821T0013D | N/A | ⋮ |

⬇ **Download Response File**
Last Updated 09/09/2025 at 11:13 am

⬇ **Download Original File**

Rows Per Page  10 ⇅          [1] [2] [3] [4] [5]  Next ›          Go to page [1]  [Go]

Once the File Status shows Partially Completed or Completed, users will be able to take additional actions.

Cases Escalated Column: User agencies are notified of cases that are eligible for bulk escalation to additional verification. Only the initial response of "Institute Additional Verification" can be bulk escalated. Navigate to the "Search Cases" page to escalate all other cases individually as needed. Note: Bulk escalation is not an option for cases created for Voter Verification (Voter Registration and/or Voter List Maintenance). Cases created for Voter Verification are automatically escalated to additional verification when eligible.

From the Actions Column select the three dots in the row of the file you would like to action.

- Download Response File: This option allows the user to download a file of all the cases within the bulk upload file. When cases failed submission, the error(s) identifying reason for failure are returned. If cases

DHS-AR-001395

were created, the initial response is returned. For cases requiring additional verification, responses will be available once they are completed. User Agencies can view current response time for additional verification from the [SAVE Verification Response Time](#) page on the SAVE website. Note: If applicable, Response File will present with last updated date. When additional case responses are available, User Agencies will need to select 'Check Latest Response File' which will populate the additional responses. User Agencies will see the prompt 'Fetching Latest Response File' which may take several minutes. During this time other actions can be performed. Once file is ready, users will be able to download.

- Escalate Eligible Cases:  This option allows the user to bulk escalate any eligible cases within the bulk upload file to additional verification.  If selected, any cases reflected as "Eligible" in the Bulk Escalation column will update to "Escalated."

- Download Original File:  This option allows the user to download the original file used to create the Bulk Upload.

Last Reviewed/Updated: 11/14/2025

DHS-AR-001396



**U.S. Citizenship
and Immigration
Services**

# SAVE User Reference Guide

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 42 of 180

DHS-AR-001397

https://www.uscis.gov/book/export/html/99415

DHS-AR-001398

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 44 of 180

Current as of January 2026

How to Download Our Manuals in PDF (PDF, 244.72 KB)

**Last Reviewed/Updated Date 01/13/2026**
Last Reviewed/Updated: 01/13/2026

# Table of Contents

# 1. Introduction

- 1.1 Background

- 1.2 Purpose of the Guide

- 1.3 SAVE Transaction Charges

DHS-AR-001399

- 1.4 Privacy and Security Statement

## 2. Save Hierarchy and User Roles

- 2.1 SAVE Hierarchy – Organization Levels and Associated User Roles

- 2.2 Super User – Roles and Responsibilities

- 2.3 Supervisor Users – Roles and Responsibilities

- 2.4 General User Types – Roles and Responsibilities

## 3. Accessing Save

- 3.1 Accessing SAVE via Web Browser

- 3.2 Creating / Linking a Login.gov Account to SAVE

- 3.3 Navigating to SAVE

- 3.4 SAVE Home Page Overview

## 4. Department Management

- 4.1 Adding a Department

- 4.2 Searching, Viewing, and Modifying Existing Departments

## 5. Group Management

- 5.1 Adding a Group

- 5. 2 Searching, Viewing, Modifying, and Deleting Existing Groups

## 6. User Management

- 6.1 Adding New Users

DHS-AR-001400

Case 1:25-cv-03501-SLS      Document 110-23      Filed 06/12/26      Page 46 of 180

- 6.2 Searching Existing Users

# 7. User Site Administration for All Users

- 7.1 Link Existing SAVE User Accounts

- 7.2 Delete SAVE User Accounts

# 8. Case Creation

- 8.1 How to Create a Case

- 8.2 How to Submit Cases in Bulk

- 8.3 Duplicate Case Blocking

# 9. Case Response

- 9.1 Initial Response

- 9.2 Additional Verification

# 10. Case Management

- 10.1 Bulk Upload File Management

# 11. Additional Features in SAVE – Overview

- 11.1 Photo Tool

- 11.2 Form I-766 Employment Authorization Document (EAD) History

- 11.3 Grant Date

- 11.4 Sponsors/Household Members (Affidavit of Support)

- 11.5 Cuban-Haitian Entrant

DHS-AR-001401

- 11.6 Violence Against Women Act (VAWA)

## 12. Reports

- 12.1 Month End Agency Transactions by Benefit Report

- 12.2 Month End Transactions by User Summary Report

- 12.3 SAVE Billing Transaction Report

## 13. Save Helpful Resources

# 1. Introduction

## 1.1 Background

SAVE is a secure, online service administered by U.S. Citizenship and Immigration Services (USCIS) that enables federal, state, local, territorial, and tribal agencies to verify the immigration status and U.S. citizenship of individuals applying for or receiving public benefits or licenses and for other authorized purposes. SAVE supports registered agencies' ability to protect the integrity of their programs by preventing ineligible individuals from receiving benefits or licenses which they are not entitled to receive, thereby preserving U.S. resources. SAVE does not determine an individual's eligibility for benefits.

## 1.2 Purpose of the Guide

This guide provides information on using the SAVE system, including user roles, creating verification requests, submitting cases for additional verification, and receiving responses. It focuses on using SAVE via a secure web browser, though some agencies may use a web services application. Users must follow the requirements in this guide and their agency's Memorandum of Agreement (MOA). Additional resources are available in SAVE under Help > Resources.

## 1.3 SAVE Transaction Charges

SAVE is fee based for federal agencies. SAVE does not currently charge transaction fees for state, local, tribal, and territorial government agencies. For more information, see the SAVE Transaction Charges web page.

## 1.4 Privacy and Security Statement

Information collected by the User Agency and provided by SAVE is subject to the Privacy Act of 1974 (5 U.S.C § 552a) and must be protected from unauthorized disclosure. It is also covered by the System of Records Notice DHS/USCIS-044 Systematic Alien Verification for Entitlements (SAVE) Program System of Records, Oct.

DHS-AR-001402

31, 2025, 90 FR 48948.  It is the User Agency's and the user's responsibility to ensure that all SAVE information is safeguarded and used only for the purposes found in the SAVE MOA between DHS-USCIS and the User Agency, as well as protected as required by applicable laws, including the Privacy Act of 1974 and 8 U.S.C. 1367 (special protected class information); as well as other laws, rules, regulations, policies and requirements regarding verification, information sharing and confidentiality.

# 2. Save Hierarchy and User Roles

SAVE has organizational levels and user roles to manage users, review case submissions, and generate reports. Functions available depend on the user's role.

## 2.1 SAVE Hierarchy – Organization Levels and Associated User Roles

There are three levels within an agency's profile.

- Agency / Super User: Highest level Responsible for managing the agency's hierarchy, user roles, and accounts.
- Department / Supervisor User: Second level Manages departments and groups within the agency.
- Group / General User: Lowest level. Manages groups within departments.



DHS-AR-001403

## 2.2 Super User – Roles and Responsibilities

The Super User administers the entire agency, managing the organizational hierarchy, user roles, and accounts. They can add/modify departments, add/modify/delete groups (Deleting a Group within a Department will delete all user Accounts assigned to that Group), add/delete user roles, update their own profiles, manage verification cases, and run reports. Each agency must have one active Super User account.

Super Users cannot create or modify cases in SAVE, unless they are also assigned to another role that allows these functions. If a user leaves the agency or no longer needs access to SAVE, you must delete the user's account.

## 2.3 Supervisor Users – Roles and Responsibilities

**Updating Profiles**: Supervisor Users can update their own profile. Supervisor Users manage their assigned department, including all groups and general users. They can add/modify/delete groups, add/delete user roles, update profiles, create/manage verification cases, and run reports. Each department must have at least one active Supervisor User.

If a user leaves the Department or Group or no longer needs access to SAVE, you must delete the user's account.

## 2.4 General User Types – Roles and Responsibilities

There are four General User roles:

- General User 1 – Cannot View Immigration Status Verifier (ISV) Responses;

- General User 2 – Can view User Initiated ISV Responses;

- General User 3 – Can view ISV Responses for All Users in Group; and

- General User 4 – Can view ISV Responses for All Users in Department.

| Role | General User 1 | General User 2 | General User 3 | General User 4 |
|---|---|---|---|---|
| Create initial verification cases. | X | X | X | X |
| View and complete self-submitted initial verification cases. | X | X | X | X |

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 49 of 180

DHS-AR-001404

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 50 of 180

| | | | | |
|---|---|---|---|---|
| Submit cases for additional verification. | X | X | X | X |
| Update their own profile | X | X | X | X |
| View and complete self-submitted additional verification cases. | X | X | X | X |
| View and complete additional verification cases submitted by all General Users within same Group. | | | X | X |
| View and complete additional verification cases submitted by all General Users assigned to Groups within their Department. | | | | X |
| Run and view reports. | | | X | X |

# 3. Accessing Save

All users can access SAVE via a web browser, and some agency users can access SAVE via a web services application. For web services, contact your agency.

## 3.1 Accessing SAVE via Web Browser

Registered users can access SAVE at https://save.uscis.gov/save/app/client/ui/home using supported browsers (Google Chrome, Microsoft Edge, Mozilla Firefox or Apple Safari).

## 3.2 Creating / Linking a Login.gov Account to SAVE

Users need a Login.gov account to access SAVE. To activate a new SAVE user account:

1. Go to https://save.uscis.gov/save/app/client/ui/home.
2. Agree to the Use Agreement.
3. Sign in or create a Login.gov account.
4. Select Continue to SAVE.

## 3.3 Navigating to SAVE

DHS-AR-001405

After logging in, users will see the Dashboard, where they can update their profile and link additional user accounts. Users must complete a 15–20 minute tutorial and certify to completion before creating SAVE cases.

## 3.4 SAVE Home Page Overview

The home page includes:

- **Navigation Menu:** Displays features available in SAVE based on user role.
- **SAVE Welcome Banner:** Shows user's name, role, agency ID, and agency name.
- **Message Center:** Displays current processing times and recent announcements.

# 4. Department Management

This section explains how to add, search, and modify Departments in SAVE. Each Agency must create an organizational hierarchy in SAVE with at least one Department and one Group before adding users. Only Super Users can add and modify departments. Supervisor Users can view department information but cannot edit it. Users will only see features in SAVE that their role allows them to access.

## 4.1 Adding a Department

1. From the navigation menu, select the Agency drop-down and click Departments.



2. On the Department Search page, click Add Department.

DHS-AR-001406

Case 1:25-cv-03501-SLS · · · · · Document 110-23 · · · · · Filed 06/12/26 · · · · · Page 52 of 180

**SAVE** · Home · Search Cases · Reports · Agency ⌄ · Help ⌄ · · · · 👤 User Name ⌄

## Department Search

### Search by Department

🔍 Search by Department · · · · · **Reset Search**

## Results Include 24 Departments · · · · · **Customize Columns** · **Add Department**

3. Enter the Department Name and click Add Department.

DHS-AR-001407



Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 53 of 180

**Departments**

# Add Department

**Department Name** (required)

Test-2

Cancel    **Add Department**

4. Review the Department information in the Department Profile page.

DHS-AR-001408

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 54 of 180

**SAVE**   Home   Search Cases   Reports   Agency ⌄   Help ⌄                    👤 User Name ⌄

**Department**

Back To Search

# Test-2 Profile

**Department**

Test-2

**Department Code**

R1

**Access Method(s)**

---

**Last Modified By**

SMAR5599

**Last Modified Date**

Apr 09, 2025

[ Edit Department Information ]

5. Click Home in the navigation menu to return to the SAVE home page.

## 4.2 Searching, Viewing, and Modifying Existing Departments

1. From the navigation menu, select the Agency drop-down and click Departments.

DHS-AR-001409



2. Locate the Department by entering the Department name in the Search by Department field or by scrolling through the list of departments.

Users can customize the view by clicking Customize Columns to select which columns to display. Columns can be sorted by clicking the column title (Department, Department Code, Access Methods, or Last Modified By).

3. Click the name of the Department to view its profile.

DHS-AR-001410

Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 56 of 180

# Department Search

## Search by Department

🔍 Search by Department

**Reset Search**

---

## Results Include 25 Departments

**Customize Columns**     **Add Department**

| Department | Department Code | Access Methods | Last Modified By |
|---|---|---|---|
| Bureau Of Indoor Hobbies | 05 | WEB-3 | FHIL4569 |
| Bureau Of Indoor Rec | 02 | WEB-3 | FHIL4569 |
| Bureau Of Outdoor Rec | 01 | WEB-3WS-AGN | CWYA6861 |

4. To update the Department's information, click Edit Department Information.

DHS-AR-001411

**SAVE**    Home    Search Cases    Reports    Agency ∨    Help ∨      User Name ∨

**Department**

[Back To Search](#)

# Bureau Of Indoor Rec Profile

**Department**

Bureau Of Indoor Rec

**Department Code**

02

**Access Method(s)**

WEB-3

**Last Modified By**

FHIL4569

**Last Modified Date**

Nov 14, 2024

[ **Edit Department Information** ]

1. Update the Department name.
2. Click Save to save the updated profile information.
3. Click Home in the navigation menu to return to the SAVE home page.

# 5. Group Management

This section explains how to add, search, view, modify and delete Groups in SAVE. Each agency must create an organizational hierarchy in SAVE that includes at least one Department and one Group before adding users. Group management is like department management.

DHS-AR-001412

Super Users and Supervisor Users can add, modify, and delete groups. Super Users can manage any Group within an Agency while Supervisor Users are only able to add, modify and delete Groups for the Department they are in. Users will only see the features in SAVE that they have permission to access based on their user role.

## 5.1 Adding a Group

1. From the navigation menu, select the Agency drop-down and click Groups.



2. On the Groups page, click Add Group.

DHS-AR-001413

Case 1:25-cv-03501-SLS     Document 110-23     Filed 06/12/26     Page 59 of 180



**Search by Group**



## Results Include 2 groups

Customize Columns  Add Group



| Group | ↑ | Department | Last Modified By |
|---|---|---|---|
| 1 | | SAVE Dept | --- |
| VIS Admin | | SAVE Dept | CGAI9819 |

Rows Per Page  20 ⌄          1-2 of 2 items          ‹ Page 1 ⌄ of 1 ›

3. In the Add Group page, enter the required information. Select the department the group will be under using the Department dropdown field. Enter the name of the group in the Group field.

DHS-AR-001414



Home   Search Cases   Reports   Agency ⌄   Help ⌄                              User Name ⌄

## Groups

# Add Group

**Department** (required)

-Select- ⇕

**Group** (required)

[ ]

[ Cancel ]  [ Add Group ]

After entering all the information, click Add Group.

4. Review the information on the Group Profile page.

Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 60 of 180

DHS-AR-001415

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 61 of 180



Back To Search

# Billing Division Profile

**Agency Name**

BA TEST AGENCY HHS

**Department**

SAVE Dept

**Group**

Billing Division

**Last Modified By**

SMAR5599

**Last Modified Date**

Apr 10, 2025

[ Edit Group Information ]

[ Delete Group ]

Click Home in the navigation menu to return to the SAVE homepage.

## 5. 2 Searching, Viewing, Modifying, and Deleting Existing Groups

1. From the navigation menu, select the Agency drop-down and click Groups.

On the Groups page, users can customize their view by clicking Customize Columns to select which columns to display. Sort columns by clicking one of the column titles: Group, Department, or Last Modified By. Users can locate a group by scrolling through the list.

DHS-AR-001416

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 62 of 180



3. To search for a Group, enter the Group name in the Search by Group field. Select the Group name when it appears while typing or press Enter to display search results.

4. Click the link associated with the Group name to view the Group Profile page.

DHS-AR-001417

**SAVE**   Home   Search Cases   Reports   Agency ⌄   Help ⌄                    👤 User Name ⌄

## Groups

Back To Search

# Billing Division Profile

**Agency Name**

BA TEST AGENCY HHS

**Department**

SAVE Dept

**Group**

Billing Division

**Last Modified By**

SMAR5599

**Last Modified Date**

Apr 10, 2025

[ Edit Group Information ]

[ Delete Group ]

5. From the Group Profile page, the group's information can be modified, or the Group can be deleted.

6. To modify Group information, click Edit Group Information. Enter the new group name in the Group field and click SAVE.

DHS-AR-001418

**SAVE**    Home    Cases ⌄    Reports    Agency ⌄    Help ⌄

## Groups

# Edit Group Profile

**Agency Name**

BA TEST AGENCY HHS

**Department** (required)

| SAVE Dept | ⌃⌄ |
|---|---|

**Group** (required)

| Billing Division |
|---|

[ Cancel ]  [ Save ]

7. To delete a Group, click Delete Group at the bottom of the Group Profile page.

DHS-AR-001419

**Edit Group Information**

Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 65 of 180

**Delete Group**

8. A pop-up window will appear asking "Are you sure you want to delete the group [Insert Group Name] from SAVE?" Click Yes, Delete Group to remove the Group or Cancel to return to the Group Profile page without deleting the Group. A pop-up window will appear asking, "Are you sure you want to delete the group [Insert Group Name] from SAVE?" Click Yes, Delete Group to remove the Group or Cancel to return to the Group Profile page without deleting the Group.

Deleting a group from a department will also delete all the users within the group.



DHS-AR-001420

After deleting a group, a message will appear indicating "The group [Insert Group Name] was successfully deleted."

## Group Deleted                                                                    X

 The group Billing Division was successfully deleted.

9. Click Home in the navigation menu to return to the SAVE home page.

# 6. User Management

This section describes how to manage an agency's account, including adding, deleting, and searching for users. Super Users can add, modify, and delete all user roles across the entire agency. Supervisor Users can add, modify, and delete other Supervisor Users or General Users within their Department. The steps for adding, searching, modifying, and deleting users are the same regardless of role.

## 6.1 Adding New Users

Users can be added to SAVE once the Super User establishes the agency's organizational hierarchy by creating at least one Department and one Group.

1. From the navigation menu, select the Agency drop down and click Users.

DHS-AR-001421



2. Select the + Add User button.



3. Enter the required information on the Add New User Account page, including the new user's email address, the user role, Department, and Group.

DHS-AR-001422



Click Next.

4. The SAVE system will check if the email address is associated with an existing SAVE user. Depending on the records, you will either enter the new user's information, including name and phone number, or review the account information. On the User Account Information page, SAVE will auto-populate a new User ID. The Super User or Supervisor User can accept the User ID or enter a new one. The User ID must contain 8 alphanumeric characters.

DHS-AR-001423

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 69 of 180

# User Account Information

**Email Address**
Carol.Jackson@hud.cms.gov

> ℹ️ This email address is associated with an existing SAVE user. Name and phone number are stored in a shared user profile and will be visible after the user signs in for the first time.

**User Role**
General User - View ISV Responses for all users in Group

**Department**
B Dept 4231702

**Group**
Group 123456

# User ID

Please enter user information below to complete the account creation process.

**User ID** (required) ❓
8 alphanumeric characters, letters & numbers

CJAC1234

[ Cancel ]  [ **Continue** ]

Click Continue.

5. The new user will receive an email with an activation link. The new user account status will change to active upon the new user signing in.

DHS-AR-001424



Home    Search Cases    Reports    **Agency** ∨    Help ∨

Lauren Sharman ∨

# User Administration

← Manage Users



### ⚠ Pending Activation

An email has been sent to Carol.Jackson@hud.cms.gov with an activation link. The user account status will move to

'Active' upon sign in.

DHS-AR-001425

# Carol Jackson's User Account

PENDING ACTIVATION

Users are able to update their own profile information within SAVE.

| Name | User ID |
|---|---|
| Carol Jackson | CJAC1234 |

| Email Address | Phone Number |
|---|---|
| Carol.Jackson@hud.cms.gov | (234) 234-2345 |

Department

Group

DHS-AR-001426

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 72 of 180

**Department**

**Group**

Driver Services

Field Administration

**User Role**

**Last Login**

GENERAL_USER

...



U.S. Department of Homeland Security    U.S. Citizenship and Immigration Services    Accessibility Statement   Viewer Software

DHS-AR-001427





## 6.2 Searching Existing Users

Super Users and Supervisor Users can view and search for users within their Agency or Department, depending on their access level. This feature helps manage user accounts. If a user leaves the Agency or no longer needs access to SAVE, the user's account must be deleted.

1. From the navigation menu, select the Agency drop down and click Users.

2. Locate a user by:

DHS-AR-001428

- Entering the User ID, User Last or First Name or User Email in the search box,
- Clicking Show Filters; or
- Scrolling through the list of users.

## User Administration

ℹ **Important Update**

For enhanced security, users must have Login.gov accounts and enable Multi-Factor Authentication (MFA) to access SAVE.

For more information, refer to [hyperlink resource].

**Search with User ID, User Last or First Name, or User Email**

🔍 [                                                                        ]        **Show Filters**

## Showing 10 Users of 212                                   **+ Add User**

| User ID | Last Name | First Name | Department | Group | Status ↑ | User Role | Actions |
|---------|-----------|------------|------------|-------|----------|-----------|---------|
| RMURRAY3 | Murray | Rich | Web 3 Test Dept. | Test Group 1 | Deactivated | Supervisor |  |
| MLEEW3SV | lee | m | Web 3 Test Dept. | Test Group 1 | Deactivated | Supervisor | ◉ ✏ 🗑 |

If you click Show Filters, you can search by User Role, User Status, and/or Group filters. Only one filter option per drop-down category can be selected at a time. To return to the full list, clear the filter by selecting Any under the category.

DHS-AR-001429



3. Click on the User ID to open the account or click the Actions icons to view, edit (update the user role, Department, and Group), or delete the account.

# 7. User Site Administration for All Users

SAVE users manage their user profile, and link and delete user accounts on the Dashboard screen. Users must keep their user profile information up to date.

**How to Update Your User Profile**

**Step 1: Update User Profile Page**

Access the SAVE Dashboard when you log in to SAVE or by selecting Dashboard from under your username on the homepage.



**Step 2: Update Your User Information**

By clicking Edit, on the User Profile page you can update any of the following fields:

- First Name
- Middle Initial
- Last Name
- Phone Number

Case 1:25-cv-03501-SLS     Document 110-23     Filed 06/12/26     Page 75 of 180

DHS-AR-001430

- Phone Number Extension
- Email Address (Note: If you want to update your email to an address that is not available, you need to add it first to your Login.gov account).



**Step 3: Save Your Changes**

To save your changes, click Save. You must complete all fields marked required to continue.

# 7.1 Link Existing SAVE User Accounts

SAVE users can link their existing accounts from the Dashboard. Linking accounts is a manual, one-time process. Users can link all accounts at once or individually.

Follow these steps to link your existing accounts:

Step 1: From your SAVE Dashboard in the Select a User Account section, click Link User Account.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 76 of 180

DHS-AR-001431



Enter the User ID and Password to authenticate.

DHS-AR-001432

# Link Existing User Account

X

 Once linked, this user account will share the same user profile information as other linked accounts.

Enter your User ID and password to authenticate and link your existing user account.

**User ID** (required)

**Password** (required)

Forgot password ↗                    **Show password**

**Cancel**          **Link Account**

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 78 of 180

DHS-AR-001433

Click Link Account.

Step 2: Review and confirm the user account and User ID will be linked to your user profile.

# User Account Update   X

⚠ The user account with User ID **MMUR002** will be linked to your user profile.

The following information will be updated.

| | Previous | Updated |
|---|---|---|
| **Name** | Carol Jackson | Carol Donnel |
| **Email** | Carol.Jackson@hud.cms.gov | Carol.Donnely@hud.cms.gov |
| **Phone Number** | (555) 444-2345 | (555) 444-1234 |

Cancel     Continue

Click Continue.

Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 79 of 180

DHS-AR-001434

Your linked user accounts will display as Active in your user profile. Your name, email, and phone number will be the same for all active user accounts.



## 7.2 Delete SAVE User Accounts

From the Dashboard you can also delete an account based on your user permissions.

Click the delete icon for the desired User ID.

Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 80 of 180

DHS-AR-001435



DHS-AR-001436

Select Yes, Delete User Account.

# 8. Case Creation

SAVE verifies User Agency-provided information against DHS-accessed records, including immigration and U.S. citizenship records. The SAVE Verification process includes Initial Verification, which is automated, and Additional Verification which includes electronic and manual processes.  Additional verification can only be conducted using an immigration enumerator.

SAVE cannot verify a benefit applicant's <u>immigration</u> status <u>or U.S. citizenship</u> using a driver's license number, U.S. passport number, foreign passport number <u>unless with another immigration enumerator</u>, Consular Report of Birth Abroad or other non-DHS documentation. Additionally, SAVE cannot verify an applicant's U.S. citizenship or immigration status using only first and last name, address or telephone number.

To increase the likelihood of an immediate response without additional verification, <u>user</u> agencies should enter all available identifiers <u>SAVE allows</u>, exactly as they appear on the applicant's document(s).

For additional information about immigration documents and immigration identifiers <u>user agencies may encounter</u>, see SAVE's Commonly Used Immigration Documents page.

## 8.1 How to Create a Case

SAVE is enumerator-based, allowing users to enter multiple enumerators regardless of document type. Follow these steps to create a case:

**Step 1: Initial Verification - Case Creation**

The minimum requirements for requesting an applicant's status at Initial Verification are:

- First and Last Name;
- Date of Birth;
- Numeric identifier such as A-Number/USCIS number, I-94 number, Student and Exchange Visitor Information System (SEVIS) ID number, Naturalization/Citizenship Certificate number, Card number/Receipt number, Social Security number, or Unexpired Foreign Passport number with another immigration enumerator; and

DHS-AR-001437

- Benefit(s) the applicant is seeking.

SAVE cannot verify an applicant's status or U.S. citizenship on name and date of birth or numeric identifier alone; be sure you enter all required information.

From the navigation menu, click Cases and select Create New Case or select Create New Case on the welcome banner.



## Step 2: Enter Information & Select Benefit(s)

Enter applicant's information and as many numeric identifiers as available.

DHS-AR-001438

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 84 of 180

**Create New Case**

① ——— ② ——— ③ ——— ④ ——— ⑤
Case Creation    Photo Match    Additional Verification    Case Result    Case Closure

## Applicant Information

**Last Name / Surname / Family Name** (required)
For example: Hernandez-Diaz

**First Name / Given Name** (required)
For example: Susan

**Middle Name**
For example: Rose

**Date of Birth** (required)
MM/DD/YYYY

## Identification

To create a case, you must include an immigration identifier (also known as an enumerator) for SAVE to conduct a search.

Provide as many enumerators as are available to you. The more information provided, the higher the chance of returning a verification result on initial verification.

For examples, view Commonly Used Immigration Documents.

**A-Number / USCIS Number** ❓
For example: 123456789

**Student and Exchange Visitor Information System Identification Number (SEVIS ID)** ❓
For example: 1234567890

**I-94 Number (I-94)** ❓
For example: 12345678911

**Card Number / I-797 Receipt Number** ❓
For example: LXJ1234567899

**Naturalization or Citizenship Certificate Number** ❓
For example: 51234567

**Visa Number** ❓
For example: 12345678

### Social Security Number

If you are providing a Social Security Number, please provide only the 9-Digit Social Security Number (SSN-9) or the Last 4 Digits of Social Security Number (SSN-4).

**Social Security Number**
For example: 123456780

or

**Last 4 digits of Social Security Number**
For example: 6780

### Additional Identification

A foreign passport does not serve as evidence of an immigration status. You must still provide at least one additional enumerator from a U.S. issued immigration document in the section above.

**Foreign Passport Number** ❓
For example: 12EJ3456789

**Foreign Passport Issuing Country** ❓
- Select -

Select the desired benefit(s). Depending on your Agency's configurations, Grant Date, EADs, and/or Sponsorship may automatically be selected and displayed by a lock icon.

**List of benefits:**

DHS-AR-001439

Please select all of the benefits that the applicant is requesting from your agency. You must select at least one.

☐ Adoption Asst
☐ Adult Education
☐ Commercial License
☐ Driver License
☐ Education Asst
☐ Employment
☐ Energy Assistance
☐ Food Stamps
☐ Health
☐ Housing Assistance
☐ Medicaid
☐ Military Service
☐ SNAP
☐ SSN
☐ State ID Card
☐ Survivors Insurance
☐ Unemployment Insuran

[Continue]

If you would like SAVE to further examine the document(s), select Request Document Review, upload document(s) and click Continue.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 85 of 180

DHS-AR-001440

Please select all of the benefits that the applicant is requesting from your agency. You must select at least one.

 health

In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Grant Date

Please select any of the following additional pieces of information if you need them to determine the applicant's eligibility (or press continue if you don't need anything else).

 Request Document Review

SAVE needs a copy of the applicant's immigration documentation in order to perform additional verification. Please upload a copy below.

**Upload File** (required)

Maximum upload size is 5MB. Supported file types are .jpeg, .png and .pdf.



| Selected file | Change file |
|---|---|
| 📄 test.pdf | |



**File constraints:**

- File type: .JPG, .JPEG, .PNG, or .PDF
- File size: no larger than 5MB; and
- Only one file may be uploaded to a case.

## Step 3: Review Case Details

Review the information entered before initiating the case to ensure accuracy.



Case 1:25-cv-03501-SLS   Document 110-23   Filed 06/12/26   Page 87 of 180

If everything is correct, select Initiate Verification. If you need to edit an entry, click Go Back.

The system determines the most appropriate response based on the information entered.

After Initiating Verification, SAVE may present the photo match screen if your agency is configured to use it. SAVE will display a copy of the photo it has on file. Users must indicate whether the photo displayed matches the photo on the document the applicant is presenting and select continue.

## 8.2 How to Submit Cases in Bulk

SAVE allows for bulk submission and creation of cases through a Bulk Upload tool available when logged into SAVE through a web browser connection.  Follow these steps to submit and create cases in bulk:

DHS-AR-001442

## Step 1:  Initial Verification – Case Submission and Creation

From the Bulk Uploader, user agencies can download a CSV template file.  The minimum requirements for case creation through the bulk upload tool are:

- First and last name;
- Date of birth;
- Numeric identifier such as A-Number/USCIS number, Naturalization/Citizenship Certificate number, or Social Security number; and
- Benefit the applicant is seeking (each bulk upload must be for the same benefit(s)).

From the navigation menu, click Cases and select Bulk Uploader.



## Step 2: Download the CSV Template and Enter Information

Select Download Template File.

DHS-AR-001443

Case 1:25-cv-03501-SLS     Document 110-23     Filed 06/12/26     Page 88 of 180

**Bulk Upload**

| **Bulk Upload Tool** | **File History Dashboard** |

# Bulk Upload Tool

To complete your bulk upload, please download and use the provided csv template for your submission. **Do not modify the first row of the template.** It contains required headers that must remain unchanged for your submission to be processed successfully

Once you upload your file we will begin processing and analysis. We will review the contents and notify you of any issues in the next step. Any duplicate records previously submitted for case creation will be omitted.

If you need additional information on how to use SAVE Bulk Uploader, please refer to our SAVE Bulk Uploader How To Guide.

**⬇ Download Template File**

**Upload File** (required)

.csv file format required. Files larger than 1GB may experience upload issues.

Drag file here or choose from folder

**Benefit Type** (required)

Please select an appropriate Benefit Type from below list.

☐ Medicaid

☐ Driver License

☐ Food Stamps

☐ NASA Contractor Empl

DHS-AR-001444

☐ Alabama Agency

☐ Voter Registration

_____

☐ I have read and accept the Acknowledgment

**Submit**

Open the CSV template and add the required information for applicants, including as many permitted numeric identifiers by applicant as available. Remember to double-check the information entered to ensure required fields contain data. If entering the last four digits of the Social Security number, convert this column to a text format before submission to avoid losing any leading zeros. To do this, select the Social Security Number column, right-click the selected column, select "Format Cells" from the dropdown, select "Text" from the left-hand menu, and then click "OK". When finished reviewing data, remember to delete instruction rows.



Save the CSV file and upload it to SAVE.



DHS-AR-001445

**Upload File** (required)

.csv file format required. Files larger than 1GB may experience upload issues.

Drag file here or choose from folder

Select the Benefit Types(s) associated with the file and read and accept the Acknowledgment.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 91 of 180

DHS-AR-001446

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 92 of 180

## Bulk Upload

**Bulk Upload Tool**   **File History Dashboard**

# Bulk Upload Tool

To complete your bulk upload, please download and use the provided csv template for your submission. **Do not modify the first row of the template.** It contains required headers that must remain unchanged for your submission to be processed successfully

Once you upload your file we will begin processing and analysis. We will review the contents and notify you of any issues in the next step. Any duplicate records previously submitted for case creation will be omitted.

If you need additional information on how to use SAVE Bulk Uploader, please refer to our SAVE Bulk Uploader How To Guide.

**⬇ Download Template File**

**Upload File** (required)

.csv file format required. Files larger than 1GB may experience upload issues.



| Selected file | Change file |
|---|---|
| 📄 CS TEST BULK UPLOAD.csv | |

**Benefit Type** (required)

Please select an appropriate Benefit Type from below list.

- ☑ Medicaid
- ☑ Driver License
- ☐ Food Stamps
- ☐ NASA Contractor Empl

DHS-AR-001447

☐ Alabama Agency

☐ Voter Registration

---

☑ I have read and accept the Acknowledgment

Submit

## Step 3: Submit Bulk Upload Cases and View Results

Select Submit.  SAVE will notify you of the acceptance of your bulk upload immediately.



**Bulk Upload**

Bulk Upload Tool     File History Dashboard

## Upload Summary

Processing may take 24 hours. You can monitor your file's status on the Upload History page. Do not attempt to resubmit bulk upload cases while you wait for your file to process. Individual case results can be retrieved in Search Cases page once created.

✓ **67 records are submitted for further processing**

⚠ **Action Required**

**4 of the 71 records contained 8 errors.**

Please correct the errors noted below and upload the corrected records in a new file once complete.

⬇ **Download Error File**

⬆ Upload Another File     ⏱ View Upload History

Records will follow one of two courses:

- **Submitted for processing**: Any records that were submitted successfully will be sent for further processing.  Processing may take 24 hours.  You can monitor your file's status on the Upload History page.  Do not attempt to resubmit successfully submitted SAVE cases while you wait for your file to process.  Individual case results can be retrieved from the Search Cases page once created.
- **Action Required**: Any records with field level validation errors will not be submitted for processing.  User Agencies can view the records that contained errors by selecting Download Error File.  User agencies should correct information and create new cases, either individually or through a new CSV file upload.

DHS-AR-001449

There are additional options to manage cases created through the Bulk Upload Tool.  Please see 10.1 Bulk Upload File Management for more information.

## 8.3 Duplicate Case Blocking

If a duplicate case is submitted, the user will receive an Unable to Create Case response with the verification number for the original case. Follow the instructions in the response and click Close.



Locate and track the original case using the Find Case or Search Cases functions.

# 9. Case Response

When a case is created, SAVE electronically compares information the agency enters against DHS-accessed federal records to provide registered user agencies with an initial response. Response options vary based on information used to create the case and data returned to SAVE in the query. The majority of SAVE cases can be resolved with the initial response, but there are times when additional verification, sometimes including a manual review, is required by SAVE or requested by the user agency.

## 9.1 Initial Response

There are additional options to view initial responses associated to cases created through the Bulk Upload Tool.  Please see 10.1 Bulk Upload File Management for more information.

If the system locates the applicant's U.S. citizenship or immigration status based on the provided information, SAVE will display the citizenship or immigration status in a green box at the top of the Case Result page.

DHS-AR-001450

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 96 of 180

**Case Result | Case Status: Status Returned**                           Print

① Case Creation  ——  ② Photo Match  ——  ③ Additional Verification  ——  ④ Case Result  ——  ⑤ Case Closure

## SAVE Response

✓ **Applicant Status:** Parolee Indefinite-Not Employment Authorized

### SAVE Response Details

**Case Verification Number**
0025106150427TV

**Date Admitted To**
10/05/2023

**Grant Date**
Not Applicable

#### Agency Submitted Details

**Full Name**
Humphrey Humphries

**Date of Birth**
10/15/2001

**I-94 Number**
02654117638

**Initiated On**
04/16/2025

**Initiated By**
SMAR6168

**Point of Contact Name**
User Name

**Point of Contact Phone Number**
(202) 507-2783

**Requested Benefits**
health

**Agency Requests**
Grant Date

**Attached Document**
None

Close Case      Close Case and Create New Case

**Still not sure? Institute Additional Verification**

If the system was unable to provide the applicant's U.S. citizenship or immigration status at initial response, SAVE will display an initial response either requesting additional verification on the existing case or requesting the user agency to close the existing case and resubmit with additional information.

If you receive an initial response of Institute Additional Verification or Institute Additional Verification with documents, you must request Additional Verification to receive a final SAVE response.

DHS-AR-001451

## Additional Verification | Case Status: Agency Action Required



Case Creation — Photo Match — **Additional Verification** — Case Result — Case Closure

## SAVE Response

⚠ **Institute Additional Verification**

SAVE was unable to verify the applicant's status on electronic initial verification. There may have been an issue electronically locating the records or additional verification may be required due to conflicting data or the nature of the applicant's status. This is not a final response and should not be used to determine benefit eligibility. Please Institute Additional Verification so SAVE can conduct more research and return the correct status.

## SAVE Response Details

**Case Verification Number**
0025183134389UT

## Employment Authorization History

Not Applicable

**Special Comments**

Enter any additional comments here. Maximum 400 characters.

400 characters left

**Agency Requests**

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

☐ Cuban/Haitian Entrant

☐ Cuban/Haitian Immigration Details

☐ Immigration Status Details

☐ Immigration Status as of 8/22/1996

☐ Violence Against Women Act (VAWA)

☐ Citizenship Status

SAVE needs a copy of the applicant's immigration documentation in order to perform additional verification. Please upload a copy below.

**Upload File** (required)

Maximum upload size is 5MB. Supported file types are .jpeg, .png and .pdf.

Drag file to upload or browse to upload file.

**Initiate Additional Verification**

**Close Case**    **Close Case and Create New Case**

### Agency Submitted Details

**Full Name**
System Test

**Date of Birth**
12/12/1999

**A-Number/USCIS Number**
234567890

**Initiated On**
07/02/2025

**Initiated By**
APSOTA12

**Point of Contact Name**
Test Tester

**Point of Contact Phone Number**
(123) 456-7891

**Requested Benefits**
Driver License

**Agency Requests**
Employment Authorization Document
Grant Date

**Attached Document**
None

DHS-AR-001452

For cases created using only a Social Security Number, SAVE compares the information against Social Security Administration records. Initial response options may differ depending on applicant records and data returned to SAVE. User agencies will be unable to request additional verification from USCIS for any cases where SAVE does not have access to an immigration enumerator, either because it was not provided at case creation or it was not returned from SSA when comparing a Social Security Number against SSA records. SAVE can only conduct additional verification if an immigration enumerator is available.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 98 of 180

DHS-AR-001453

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 99 of 180

## Case Result | Case Status: Status Returned          Print

**1** Case Creation — **2** Photo Match — **3** Additional Verification — **4** Case Result — **5** Case Closure

# SAVE Response

 **Applicant Status:** No Record Found With SSA – Resubmit With Additional Information

SAVE was unable to locate a record with the Social Security Administration (SSA), and as a result, this case is now closed. If there was an error, create a new case with corrected data or include an immigration enumerator (such as an A-Number/USCIS Number, Form I-94, Arrival/Departure Record Number, SEVIS ID Number, Naturalization/Citizenship Certificate Number, or Visa Number).

A record may not be located due to discrepancies between the name, date of birth, and/or Social Security number (SSN) submitted for this benefit or license applicant and the records held by the SSA. Data entry errors may have caused this mismatch, resulting in no records found. If you believe this response is in error, please direct the benefit applicant to visit SSA's page on correcting records for more information: SSA Personal Record Correction.

## SAVE Response Details

**Case Verification Number**
0025183140812SU

**Grant Date**
Not Applicable

## Employment Authorization History

Not Applicable

### Agency Submitted Details

**Full Name**
John Name

**Date of Birth**
01/01/2000

**Social Security Number**
123456789

**Initiated On**
07/02/2025

**Initiated By**
APSOTA12

**Point of Contact Name**
Test Tester

**Point of Contact Phone Number**
(123) 456-7891

**Requested Benefits**
Driver License

**Agency Requests**
Employment Authorization Document
Grant Date

**Attached Document**
None

DHS-AR-001454

**Close Case**   **Close Case and Create New Case**

**Still not sure? Institute Additional Verification**

U.S. Department of Homeland Security    U.S. Citizenship and Immigration Services

The Case Result page provides a record of data you submitted and the most current results from SAVE.

On the Case Result | Case Result Status Returned page, the user can:

1. Click Close Case if you are satisfied with the SAVE response;
2. Click Close Case and Create New Case to request Initial Verification on a new case; or
3. Click "Still Not Sure? Institute Additional Verification" to begin escalating the case.

All SAVE cases must be closed. SAVE will automatically close some cases that remain open after 240 days.

## 9.2 Additional Verification

After initial verification, SAVE may provide a response instructing a user to institute additional verification. Users must follow proper SAVE verification procedures, including performing additional verification if required by SAVE or requested by the applicant. Users may also submit a case for additional verification if they received an unexpected response or have questions about the response.

User agencies are unable to request additional verification for any cases where SAVE does not have access to an immigration enumerator, either because it was not provided at case creation or it was not returned from SSA when comparing a Social Security number against SSA records. SAVE can only conduct additional verification if an immigration enumerator is available.

User agencies may not rely on an initial SAVE response to deny an application for benefits where additional verification is required by SAVE or requested by the applicant. They must follow all required SAVE verification procedures.

There are additional options to Institute Additional Verification for cases created through the Bulk Upload Tool.  Please see 10.1 Bulk Upload File Management for more information.

**Step 1: Institute Additional Verification**

Select one of the following to request additional verification:

- "Still Not Sure? Institute Additional Verification" at the bottom of Case Result screen. Use this option for additional verification requests when you receive an unexpected SAVE response, you have questions about the response, or if the benefit applicant requests additional verification; or
- "Institute Additional Verification" for cases where SAVE prompts you to request additional verification to receive a final SAVE response.

DHS-AR-001455

## Step 2: Add Additional Information

On the Case Result | Case Status page, users have the option of adding additional information such as:

1. **Special Comments**: Use this field to request specific information and/or explain why the initial response requires further review.
2. **Upload File**: Use this section during any case escalation to upload a copy of the immigration documents provided to you by the applicant, especially most recently issued immigration documents. If you receive an Institute Additional Verification with Documents initial response, you will be required to upload a copy of the applicant's immigration document(s) to continue with case resolution. Note: A copy of a Social Security Card alone is not sufficient for additional verification; an immigration document is required.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 101 of 180

DHS-AR-001456

Case 1:25-cv-03501-SLS     Document 110-23     Filed 06/12/26     Page 102 of 180



Click Initiate Additional Verification to submit the additional information.

## Step 3: Receive Additional Verification Response

When a case is submitted for Additional Verification, users will receive a Case Under Review response until SAVE is finished processing the case. For current processing times, see SAVE Verification Response Times.

DHS-AR-001457



While the additional information is being reviewed, the case will show a DHS Verification in Process status on the Search Cases page.

# 10. Case Management

## Navigation Menu Options

The navigation menu allows SAVE users to access the home page, search and create cases, run reports, and access helpful resources. The navigation menu is available on every page.

## Search Cases

Supervisor Users and General Users can locate cases from the navigation menu or on the welcome banner.

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 103 of 180

DHS-AR-001458

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 104 of 180



Select Cases on the navigation menu:

1. Click Find Case and enter the Case Verification Number;
2. Click Search Cases and enter Case Number, Applicant Last Name, or Applicant Enumerator; or
3. Enter Case Status, Create Date, Created By – and/or Created by User in the filters.

DHS-AR-001459



# Search Cases

**Search (Case Number, Applicant Last Name, or Applicant Enumerator)**



🔍 Search by case number, applicant last name, or applicant enumerator            **Hide Filters**

| **Case Status** | **Creation Date** | **Created By - Group** | **Created By - User** |
|---|---|---|---|
| - Select - | Past 30 days | - Select - | - Select - |

Super Users should select Search Cases on the navigation menu or on the welcome banner and follow steps 2 or 3 above.

All users can also scroll down the Search Cases page and select from Open and Closed cases to view your desired case.

DHS-AR-001460



Super Users do not have access to the Find Case function.

# 10.1 Bulk Upload File Management

User Agencies can monitor the status of files submitted and cases created through the Bulk Upload Tool from the File History Dashboard. Each file upload will display with the associated information.  Viewing permissions may be limited by user role.

DHS-AR-001461

**Bulk Upload**

| Bulk Upload Tool | File History Dashboard |

🛈 **Action Required - Errors Found**

Some of the files uploaded by you or your team resulted in "Errors Found" status for the Response Status. Please review the table below, download the corresponding Response File, correct the errors listed in the "Message" column, and re-upload the updated file using the Bulk Uploader.

## File History Dashboard

Showing Files 1-10 of 46

| Date Uploaded | Uploaded By | Cases Created / Total Submitted | File Status | SBU Number | Cases Escalated 🛈 | Actions |
|---|---|---|---|---|---|---|
| 10/23/2025 | Anna Dziki | --/270202 | PROCESSING | SBU251023T003D0 | 154984 Escalated | ⋮ |
| 10/23/2025 | Anna Dziki | 7/14 | PARTIALLY COMPLETED | SBU251023T003CF | 2 Escalated | ⋮ |
| 10/23/2025 | Anna Dziki | 10/10 | PARTIALLY COMPLETED | SBU251023T003CD | 10 Escalated | ⋮ |
| 10/21/2025 | Anna Dziki | 1/1 | COMPLETED | SBU251021T003BC | N/A | ⋮ |
| 09/12/2025 | Anna Dziki | 1/2 | COMPLETED | SBU250912T002F8 | N/A | ⋮ |
| 09/12/2025 | Anna Dziki | 1/2 | COMPLETED | SBU250912T002F7 | N/A | ⋮ |
| 09/09/2025 | Anna Dziki | 4/5 | PARTIALLY COMPLETED | SBU250909T002EB | 1 Escalated | ⋮ |
| 08/28/2025 | Justin Legary | 161069/270202 | COMPLETED | SBU25082... | | ⋮ |
| 08/26/2025 | Justin Legary | 10/11 | COMPLETED | SBU250826T001A5 | N/A | ⋮ |
| 08/21/2025 | Anna Dziki | 510/510 | COMPLETED | SBU250821T0013D | N/A | ⋮ |

⬇ **Download Response File**
Last Updated 09/09/2025 at 11:13 am
⬇ **Download Original File**

| Rows Per Page 10 ⇕ | | 1 2 3 4 5 Next > | | Go to page 1 Go |

Once the File Status shows Partially Completed or Completed, users will be able to take additional actions.

Cases Escalated Column: User agencies are notified of cases that are eligible for bulk escalation to additional verification. Only the initial response of "Institute Additional Verification" can be bulk escalated. Navigate to the "Search Cases" page to escalate all other cases individually as needed. Note: Bulk escalation is not an option for cases created for Voter Verification (Voter Registration and/or Voter List Maintenance).  Cases created for Voter Verification are automatically escalated to additional verification when eligible.

From the Actions Column select the three dots in the row of the file you would like to action.

- Download Response File:  This option allows the user to download a file of all the cases within the bulk upload file. When cases failed submission, the error(s) identifying reason for failure are returned. If

DHS-AR-001462

Case 1:25-cv-03501-SLS     Document 110-23     Filed 06/12/26     Page 108 of 180

cases were created, the initial response is returned. For cases requiring additional verification, responses will be available once they are completed. User Agencies can view current response time for additional verification from the SAVE Verification Response Time page on the SAVE website. Note: If applicable, Response File will present with last updated date. When additional case responses are available, User Agencies will need to select 'Check Latest Response File' which will populate the additional responses. User Agencies will see the prompt 'Fetching Latest Response File' which may take several minutes. During this time other actions can be performed. Once file is ready, users will be able to download.

- Escalate Eligible Cases:  This option allows the user to bulk escalate any eligible cases within the bulk upload file to additional verification.  If selected, any cases reflected as "Eligible" in the Bulk Escalation column will update to "Escalated."
- Download Original File:  This option allows the user to download the original file used to create the Bulk Upload.

# 11. Additional Features in SAVE – Overview

The level of detail provided in a SAVE response may vary depending on whether the agency has access to additional features in SAVE. SAVE contains certain features available to user agencies based on their technical or legal needs.  These features streamline the verification process for agencies who need additional information in the SAVE response to issue the benefit or license as identified in their agency's MOA with SAVE.

Users will only be able to see features that their agency has access to. Certain features may be automatically selected when creating a case, while other features may require the user to select the feature.

The following section provides an overview of the common SAVE features that may be assigned to a user agency depending upon the agency's technical and legal needs.

- Photo Tool  (technical configuration)
- Employment Authorization Document History (legal configuration)
- Grant Date  (legal configuration)
- Affidavit of Support  (legal configuration)
- Cuban-Haitian Entrant (legal configuration)
- VAWA  (legal configurations)

Agencies may have access to additional features depending upon their technical needs or legal authorities. For more information about features not described in this Guide, contact your agency.

DHS-AR-001463

In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

Please select any of the following additional pieces of information if you need them to determine the applicant's eligibility (or press continue if you don't need anything else).

☐ Cuban/Haitian Immigration Details

☐ Immigration Status Details

☐ Immigration Status as of 8/22/1996

☐ Violence Against Women Act (VAWA)

☐ Request Document Review

☐ Citizenship Status

[Continue]

## 11.1 Photo Tool

Photo Tool is an initial verification feature in SAVE available to all agencies. The Photo Tool helps users confirm the identity of the benefit applicant by displaying a photo of the benefit applicant available in DHS records to compare against the documentation submitted to the agency. This supports the agency in determining the validity of the documentation, the overall verification process, and in some instances, the ability to rapidly detect fraud.

DHS-AR-001464

## Step 1: How to Use the Photo Tool

After following the steps to complete initial verification, a photo from DHS records will display under the Photo Match screen, if available. If SAVE does not return a photo and the Agency has access to the Photo Tool, this means that there is no photo currently available in the system. If an Agency does not have access to the Photo Tool feature, a photo will not be returned, even if there is a photo associated with the applicant's information.

The user will be asked to select one of the following:

- Yes, this photo matches – Select when the photo displayed matches the photo on the document.
- No, this photo does not match – Select when the photo displayed does not match the document.
- No photo available – Select when the agency does not have a photo to compare against the photo displayed in the Photo Match screen.



## Step 2: SAVE Response - Photo Tool

SAVE will not provide a response until the user selects an option on the Photo Match screen. The response will depend on the user's selection:

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 110 of 180

DHS-AR-001465

- Yes, this photo matches – SAVE will return the Initial Verification Response. Users can close the case or submit the case for additional verification as needed.
- No, this photo does not match – SAVE will instruct the user to submit the case for additional verification. Users must upload a copy of the document and submit the case for additional verification so SAVE staff can review the case before providing a response.
- No photo available - SAVE will return the Initial Verification Response. Users can close the case or submit the case for additional verification as needed.

Once a photo confirmation selection is made, the system will return the Initial Verification Response below the photo confirmation section.

# 11.2 Form I-766 Employment Authorization Document (EAD) History

The EAD History feature is available to agencies required by law to verify the applicant's employment authorization history for determining benefit eligibility. For example, agencies issuing unemployment benefits may need an applicant's EAD history to determine work authorization during the requested period.

Agencies with access to this feature can receive up to 24 months of an applicant's EAD history during initial verification.

Note: Some individuals have an immigration status/category that is employment authorized incident to their immigration status without an EAD as proof of employment authorization. If the individual never applied for and received a Form I-766, EAD, there is no EAD history to provide.

**Step 1: How to Request EAD History**

If an agency has access to the EAD history feature, it will automatically be applied after selecting a benefit type when creating a SAVE case. The lock icon indicates that the EAD History button is automatically applied. If the agency does not have access, users will not see this option.

In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Employment Authorization Document (EAD)

If additional verification is requested, EAD History will automatically be included.

**Step 2: SAVE Response – EAD History Information**

For agencies that receive EAD history information, the SAVE response will include an Employment Authorization Document History section. Depending on whether EAD information is located, the response

DHS-AR-001466

will include:

- This section will include two years of EAD history. If the EAD validity period was automatically extended by USCIS, SAVE will provide the auto-extended expiration date, if available. The EAD History section will display:
- The EAD category the employment authorization is based on under the Provision of Law Code;
- The start date the EAD is valid from; and
- The end date of the EAD.



- Employment Authorization Document History Data Not Located: This section will indicate Not Applicable.

The EAD History information provided in a SAVE response at additional verification is generally like the information provided in an initial verification response.

## 11.3 Grant Date

The Grant Date feature is available to agencies required by law to verify the applicant's Grant Date as part of determining eligibility for benefits. For example, agencies determining whether an individual is a "qualified alien" for various federal public benefits may require grant date information.

**Step 1: How to Request Grant Date Information**

If an agency has access to the Grant Date feature, it will automatically be applied after selecting a benefit type when creating a SAVE case. The lock icon indicates the Grant Date button is automatically selected. If the agency does not have access to the Grant Date feature, users will not see this option.

Case 1:25-cv-03501-SLS Document 110-23 Filed 06/12/26 Page 112 of 180

DHS-AR-001467

If additional verification is requested, Grant Date will automatically be requested.

In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

Please select any of the following additional pieces of information if you need them to determine the applicant's eligibility (or press continue if you don't need anything else).

## Step 2: SAVE Response – Grant Date

For agencies that receive Grant Date information, the system will return the grant date information under the Grant Date field for the immigration statuses/categories listed below, when available, including.

- Naturalized U.S. Citizens;
- Lawful Permanent Residents;
- Asylees;
- Refugees;
- Conditional Residents;
- Family Unity applicants;
- American Indians Born in Canada;
- Cuban-Haitian Entrants;
- Parolees;
- T non-immigrants (at additional only); and
- U non-immigrants (at additional only).



**Grant Date**
09/01/2021

If SAVE cannot locate a Grant Date, the response will display "Not Applicable".

DHS-AR-001468

**Grant Date**

Not Applicable

The Grant Date information provided in a SAVE response during additional verification is like the information provided in an initial verification response.

## 11.4 Sponsors/Household Members (Affidavit of Support)

The Sponsor feature, which provides information from the USCIS Form I-864, Affidavit of Support, is available to agencies that are required by law to verify the applicant's sponsorship information as part of determining eligibility for the benefit or for reimbursement. For example, agencies that provide federal public needs-based benefits may require access to the sponsor's information from the Affidavit of Support as part of making that determination or to seek reimbursement.

**Step 1: How to Request Sponsor Information**

If an agency has access to the Sponsor feature, it will automatically be applied after selecting a benefit type when creating a SAVE case. The lock icon indicates that the Sponsors/Household Members button is automatically selected. If the agency does not have access to the Affidavit of Support feature, users will not see this option.

In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

🔒 Sponsors/Household Members

**Step 2: SAVE Response – Sponsor Information**

For agencies configured by SAVE to receive sponsor information, the SAVE response will include a Sponsors/Household Members section. This information is provided for certain lawful permanent residents (LPRs) when available at initial verification.

The information provided under this section will include data on the sponsor(s). Information on multiple sponsors is provided in the event of joint sponsorship, with a maximum of five sponsors. The sponsor information includes sponsor first and last name, sponsor middle initial (optional), sponsor's social security number, and sponsor's address.

DHS-AR-001469

If the sponsor information cannot be provided, the SAVE response will indicate one of the following:

- No Data Found;
- Not Applicable; or
- The sponsors section will be blank.

In some situations, the initial SAVE response may instruct the agency to submit the case for additional verification to receive the sponsor's information using the response "Please Institute Additional Verification if you need sponsor information."

## Sponsors/Household Members

Please Institute Additional Verification if you need sponsor information

During additional verification, sponsor information will be provided when requested for lawful permanent residents (LPRs), conditional residents (CRs), and United States Citizens (USCs).

# 11.5 Cuban-Haitian Entrant

The Cuban-Haitian Entrant feature is available to agencies required by law to verify whether the applicant is a Cuban-Haitian Entrant as part of determining benefit eligibility. Cuban-Haitian Entrant is not an immigration status, but a term related to federal public benefit eligibility, such as Medicaid or refugee assistance.

## Step 1: How to Request Cuban-Haitian Entrant Information

If an agency is configured by SAVE to access the Cuban-Haitian Entrant feature, users can request and receive the information by selecting the Cuban-Haitian Entrant button after selecting the benefit type. If an agency does not have access to the Cuban-Haitian Entrant feature, users will not see this option.

DHS-AR-001470

**Agency Requests**

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

☐ Cuban/Haitian Entrant

☐ Cuban/Haitian Immigration Details

☐ Immigration Status Details

☐ Immigration Status as of 8/22/1996

☐ Violence Against Women Act (VAWA)

☐ Citizenship Status

When the Cuban-Haitian Immigration Entrant button is selected, users are required to upload a scanned copy of the applicant's immigration document prior to submitting the case. Once the file is uploaded, the user can submit the case by clicking Continue. For instructions on how to upload a document, please refer to the Additional Verification section.

**Step 2: SAVE Response – Cuban-Haitian Entrant Information**

For agencies with access to the Cuban-Haitian Entrant feature, the SAVE response will include whether the individual is a Cuban-Haitian Entrant.

# 11.6 Violence Against Women Act (VAWA)

The VAWA (Violence Against Women Act) feature is available to agencies that are required by law to verify the applicant's VAWA data as part of determining eligibility as a "qualified alien" for various federal public benefits. Individuals who were battered or subjected to extreme cruelty and apply for VAWA related immigration relief may become eligible for a broad range of federal and state public benefits if they can establish that they are a "qualified alien."

**Step 1: How to Request VAWA Information**

Agencies configured by SAVE for access to the VAWA feature can request and receive VAWA information. After selecting a corresponding benefit type when creating a case, users will be able to select the box for Violence Against Women Act (VAWA).

DHS-AR-001471



In addition to the applicant's immigration status, your agency has asked that we provide you with the following information (if available) in order to determine the applicant's eligibility.

🔒 Employment Authorization Document (EAD)

🔒 Grant Date

🔒 Sponsors/Household Members

Please select any of the following additional pieces of information if you need them to determine the applicant's eligibility (or press continue if you don't need anything else).

☐ Cuban/Haitian Immigration Details

☐ Immigration Status Details

☐ Immigration Status as of 8/22/1996

☑ Violence Against Women Act (VAWA)

☐ Request Document Review

☐ Citizenship Status

SAVE needs a copy of the applicant's immigration documentation in order to perform additional verification. Please upload a copy below.

**Upload File** (required)

Maximum upload size is 5MB. Supported file types are .jpeg, .png and .pdf.

| Selected file | Change file |
|---|---|
| 📄 test.pdf | |


**Continue**

When the VAWA button is selected, users must upload a scanned copy of the applicant's immigration document before submitting the case. Once the file is uploaded, the user can submit the case by clicking Continue. For instructions on how to upload a document, refer to the Additional Verification section.

## Step 2: SAVE Response - VAWA

For agencies with access to the VAWA feature, the SAVE response will include a VAWA Applicable section providing the information. Possible SAVE responses include:

- Approved VAWA Self-Petition
- Pending Prima Facie VAWA Self-Petition

DHS-AR-001472



## Documentation and Photo Retention Policy

User agencies may only use immigration documents provided by an applicant and photos provided through Photo Tool for the purpose of determining the applicant's eligibility. Use of these photos is limited to the application process for which they have been submitted by a benefit applicant. User agencies must safeguard such documents and photos, protect their confidentiality, and ensure that they are not disclosed to any unauthorized person or used for any unauthorized purpose. Furthermore, participating user agencies must comply with the Privacy Act, 5 U.S.C. § 552a laws, rules, regulations, policies and requirements regarding verification, information sharing and confidentiality in safeguarding, using, maintaining and disclosing such documents and photos.

Such documents and photos may only be retained by the user agency for as long as necessary to adjudicate the benefit being sought, unless retention is otherwise required by applicable records retention requirements.

# 12. Reports

From the navigation menu select Reports and click Run Report on your desired report.

DHS-AR-001473

Either Adobe Acrobat Reader or Microsoft Excel is required to view reports, depending on the report selected.



## Run Reports

Select a Report Type:

### Web Agency Audit Report

This report displays summary level information for each case initiated by the user for the user-entered query criteria. The report includes the initial query date, immigration enumerator, last name, first name, initial query response, additional verification response, third step verification response and the closed date, if applicable. The total number of cases matching the user-entered query criteria will be included on the report.

**Run Report**

### Month End Agency Transactions By User Summary Report

This report displays the total number of transactions initiated by a user within an agency/program/state for a specified month and fiscal year. The additional verification query counts in this report may differ from the SAVE Billing Transaction report which counts cases completed. In this report, third step verifications include Manual G-845s with a valid initial verification number. However, manual G-845 transactions without case verification number are not included in this report since they are not associated with an electronic VIS user.

**Run Report**

### SAVE Billing Transaction Report

This report displays the total number of billable transactions completed for a specified month and fiscal year beginning January 2016. Billable transactions are initial verifications, initial verification resubmittals, additional verifications, and third step verifications, which are recognized for billing purposes as cases are resolved. "This report will not necessarily match the Month End Agency Transactions by User Summary Report because billing is based on completed verifications, not initiated verifications."

**Run Report**

## 12.1 Month End Agency Transactions by Benefit Report

This report displays the total number of billable-type transactions initiated by an Agency by benefit name for a specified month and year. Billable transactions are Initial Verification requests initiated by a user.

DHS-AR-001474

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 120 of 180

**SAVE**  Home   Search Cases   Reports   Agency ∨   Help ∨                    User Name ∨

## Reports

# Month End Agency Transactions by Benefit Report

This report displays the total number of billable type transactions initiated by an agency by benefit name for a specified month and year. Billable transactions are initial verification and additional verification requests initiated by a user.

**Fiscal Year** (required)

[                    ∨ ]

**Month** (required)

[                    ∨ ]

**State**

[                    ∨ ]

**Benefit**

[                    ∨ ]

[ Back ]  [ **Generate Report** ]

## 12.2 Month End Transactions by User Summary Report

This report displays the total number of transactions initiated by a user within an Agency/program/state for a specified month and fiscal year. The Additional Verification query counts in this report may differ from the SAVE Billing Transaction report which counts cases completed.

DHS-AR-001475

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 121 of 180

**Reports**

# Month End Agency Transactions By User Summary Report

This report displays the total number of transactions initiated by a user within an agency/program/state for a specified month and fiscal year. The additional verification query counts in this report may differ from the SAVE Billing Transaction report which counts cases completed. In this report, third step verifications include Manual G-845s with a valid initial verification number. However, manual G-845 transactions without case verification number are not included in this report since they are not associated with an electronic VIS user.

**Fiscal Year** (required)

[                    ⌄ ]

**Month** (required)

[                    ⌄ ]

**State**

[                    ⌄ ]

**Department**

[                    ⌄ ]

**Group**

[                    ⌄ ]

**User**

[                    ⌄ ]

[ Back ]  [ **Generate Report** ]

## 12.3 SAVE Billing Transaction Report

This report displays the total number of billable transactions completed for a specified month and fiscal year beginning January 2016. Billable transactions are initial verifications, which are recognized for billing purposes as cases are resolved. Only cases with a system response are charged a fee.

This report may not match the Month End Agency Transactions by User Summary Report because billing is based on completed verifications, not initiated verifications.

DHS-AR-001476



# 13. Save Helpful Resources

From the navigation menu, click Help to access SAVE resources, glossary, customer support and the site map.

**Resources Overview**

Click Resources from the Help dropdown menu to access materials such as:

- SAVE Tutorial
- SAVE Program Guide
- Fact Sheets

Click Contact Us from the Help dropdown menu to access SAVE customer service information:

## SAVE Customer Service

SAVE users may check on the status of a pending SAVE Verification Case. Please provide the SAVE Case Verification Number, so Customer Service can better serve you.

- **Phone**: 1-877-469-2563
- **International Phone Number**: 1-571-293-7538
- **TTY**: 1-877-875-6028
- **Hours of operation**: 8:00 am to 8:00 pm (EST) Monday – Friday (except federal holidays)

Also, SAVE CaseCheck lets benefit applicants check the status of their SAVE verification case as part of an application for a public benefit or license. To learn more visit, SAVE CaseCheck.

## Technical Assistance

You are encouraged to email save.help@uscis.dhs.gov with your questions and suggestions.

DHS-AR-001478

# Data Exchange Request Form (DXRF)
# Request for Information from SSA

## *Data Request*

| | |
|---|---|
| 1. Name of organization requesting the data exchange. | DHS-USCIS |
| 2. Indicate what type of organization you are. | **Government**  **Non-Government**<br>☒ Federal  ☐ Commercial Entity<br>☐ State & Local  ☐ Educational Institution<br>☐ Foreign  ☐ Other (Please specify) _____<br>☐ Tribal |
| 3. Briefly state the purpose for requesting this information **and** tell us how your organization will use the data. | A Voter Verification Service (VVS) ensuring the accuracy of voter rolls by verifying the citizenship status of individuals without using a DHS enumerator, e.g., A-file number |
| 4. What specific information are you requesting from SSA? (Social Security number verification, benefit verification, disability payments, data elements, etc.). | <span style="color:red">Foreign requesters can only request date and fact of death.</span><br>SSN lookups using FN, LN, DoB and 8 or last 4 digits of SSN and return the full SSN, A#, US born indicator, death match record |
| 5. What data elements will you send to support your request (e.g., SSN, name, date of birth), if applicable? | SSN lookups using FN, LN, DoB and 8 or last 4 digits of SSN |
| 6. Is your organization currently receiving this information by another means (e.g., paper reports, etc.)? | ☒ Yes - Tell us how your organization identifies and collects this data; be specific.<br>    NUMIDENT<br><br>☐ No |
| 7. Describe the benefit to your organization of receiving this data. | Allows for a single federated capability for states to access data and receive official federal gov't responses for proper verification and voter list maintenance in support of federal elections. |
| 8. Is there any benefit to SSA?<br><br>For foreign requesters - is your organization willing to enter into a reciprocal arrangement with SSA to provide the same information we provide to you? | ☒ Yes - Explain.<br>    Reduces load from multiple states accessing SSA data (eg HAVV) and funneling it through one federal agency<br>☐ No |
| 9. What is the impact to your organization if it does not receive this data? | SSA data is critical to ensuring the accuracy of this administration priority to safeguard elections |
| 10. SSA generally requires that you pay for our services. Are you willing to incur costs? | ☒ Yes<br>☐ No |
| 11. Provide your legal authority allowing the collection of this data from SSA. (Legal authorities may include statutes, regulations, and/or Executive Orders that explicitly require or permit your agency to use SSNs in your program(s) and request them from SSA, or get other data from SSA as authorized by law.) If you are a Federal agency, include information related to applicable Privacy Act systems of records in which you will maintain the requested data. | USCIS is required by 8 U.S.C. § 1373(c) to provide verification or status information in response to inquiries from Federal, state, or local government agencies seeking to verify or ascertain the naturalized or acquired U.S. citizenship or other immigration status – including for state level agencies to conduct voter verification (i.e., voter registration and/or voter list maintenance). |

DHS-AR-001479

| | | |
|---|---|---|
| 12. | List the organization and job functions/titles within the organization(s) that will have access to SSA-provided information. | USCIS- OIT/VER/IRIS ITPMS, IT Specialists, Developers, Product Owners, Status Verification Analysts |
| 13. | Do you plan to share the data with anyone other than those listed in question 12? | ☐ Yes - List the organization that you will be sharing the data with, job functions/titles, the form (identifiable, aggregate) in which you intend to disclose information, and the authority for a third party disclosure.<br><br>☒ No |
| 14. | How frequently do you want to receive the data? | ☐ Daily ☐ Monthly<br>☐ Weekly ☐ Yearly<br>☒ Other (Explain) Real-time retrieval |
| 15. | Based on the frequency selected above, provide an estimate of the number of records you will submit for processing. | 40 Million records per year |
| 16. | How will we exchange the data? | ☐ Batch ☐ Online<br>☐ Both (Explain)<br><br>☒ Other (Explain) direct/online and via manual user interface |
| 17. | When do you expect this data exchange to begin? (A typical data exchange takes 12 months or more to fully implement.) | Immediately |

## Security

| | | |
|---|---|---|
| 18. | If you **are a federal agency**, does your organization have documented information security policies and procedures to safeguard SSA-provided information from unauthorized access and improper disclosure? | ☒ Yes - Skip to question 20.<br>☐ No - Skip to question 20.<br>☐ Not Applicable - Non-Federal Agency |
| 19. | If you **are not a federal agency**, does your organization have documented information security policies and procedures to reduce information technology security risks to an acceptable level in accordance with the Federal Information Security Management Act (FISMA)? | ☐ Yes<br>☐ No<br>☐ Not Applicable - Federal Agency |
| 20. | Will the information SSA provides be stored or processed in an external commercial cloud?<br><br>a. What is the name of the Cloud Service Provider (CSP)?<br><br>b. Is the CSP FedRAMP authorized? (www.fedramp.gov) | ☒ Yes ☐ No - Skip to question 22.<br><br>Amazon<br><br>☒ Yes ☐ No |
| 21. | Is the cloud provider contractually required to enforce security policies and procedures that will safeguard the information SSA provides from unauthorized access and improper disclosure? | ☒ Yes<br>☐ No |
| 22. | Will the information SSA provides be stored off-shore: i.e., in a foreign country? | ☐ Yes<br>☒ No |

| | | |
|---|---|---|
| 23. | List any current or previous data exchanges your organization has with SSA (i.e., by SSA agreement number or description). | RAFDHS24R562<br>CISIFT19X006 |

### Only complete questions 24-29 if you are a state agency.

| | | |
|---|---|---|
| 24. | If your agency already has an existing agreement with SSA to receive SSA data, are there any other programs or purposes for requesting SSA data that you wish to add to the current agreement? | ☐ Yes<br>☐ No |
| 25. | Name the programs your agency administers for which you are requesting SSA data. | |
| 26. | Indicate whether the programs are federally-funded (either fully or partially) or state-funded. (If the program is not state funded but locally funded, i.e., at the city or county level, please specify.) | |
| 27. | List the benefits or services provided under these programs. | |
| 28. | Does your staff take applications or determine eligibility for TANF, Medicaid, or SNAP for any of the programs listed in question 25? | ☐ Yes - Name the program.<br><br>☐ No |
| 29. | How is the requested SSA data relevant to determining entitlement/eligibility to benefits or services under the programs your agency administers? | |

### Only complete questions 30-35 if your request is for research and statistical purposes only.

| | | |
|---|---|---|
| 30. | Indicate if this is a request for a new project within a current agreement. | |
| 31. | Indicate the form of data needed to accomplish the purposes of your study. Options include tabulations, statistical outputs, micro data from SSA's program records for individuals, and SSA data for individuals that have been linked to other sources of data. | <span style="color:red">Reminder: We normally release information in the form of tabulations, statistical outputs or individual data that cannot be associated with an individual, and only in rare instances do we release micro data.</span> |
| 32. | Describe other sources of data to which you will be linking SSA data (*if applicable*). | |
| 33. | Describe any plans to publish or release the research results including whether any supporting documentation will be made available in identifiable form. | |
| 34. | Include the length of time you need to retain the data in and the location where the data will be housed. | |

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 127 of 180

| | |
|---|---|
| 35. Include your planned final disposition of the SSA data to include the date when the data will be destroyed. | |
| 36. Additional comments: | |

## Points of Contact

| | |
|---|---|
| 37. Approving authority contact information for the person signing the agreement for the agency requesting the data. | Name: William McElhaney<br><br>Title: Chief Information Officer, USCIS<br><br>Address: 5900 Capital Gateway Drive Camp Springs, MD<br><br>Phone #1: ███████████<br><br>Phone #2:<br><br>Email address: ████████████████ |
| 38. Requester contact information for the agency. | Name: Tammy Meckley<br><br>Title: Associate Director, USCIS, IRIS<br><br>Address: 5900 Capital Gateway Drive Camp Springs, MD<br><br>Phone #1: ███████████<br><br>Phone #2:<br><br>Email address: ███████████████ |

DHS-AR-001482

**Paperwork Reduction Act Statement**  - This information collection meets the requirements of *44 U.S.C. § 3507*, as amended by section 2 of the <u>*Paperwork Reduction Act of 1995*</u>.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions.  ***Send only comments relating to our time estimate above to***:  *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Case 1:25-cv-03501-SLS    Document 110-23    Filed 06/12/26    Page 128 of 180



Department of Homeland Security (DHS)
U.S. Citizenship and Immigration Services (USCIS)
Immigration Records and Identity Services (IRIS)
Verification Division (VER)



# Tutorial

## Introduction to SAVE and the Verification Process for SAVE Users

**July 17, 2025**

**SAVE (Systematic Alien Verification for Entitlements) supports user agencies by helping protect the integrity of public benefits and licenses.**

1

DHS-AR-001484

# Disclaimer

*This presentation is intended for federal, state, territorial, tribal, and local benefit-granting agencies. This presentation provides basic guidance about the rules and responsibilities during the U.S. citizenship and immigration status verification process. SAVE users must review the Tutorial and certify completion of their review before creating cases in SAVE.*

*This presentation is not intended for paid distribution. USCIS reserves all rights in its trademarks and grants no license by providing this presentation.*

*Visit <u>uscis.gov/SAVE</u> for more information, including additional guidance and updates.*



July 17, 2025

2

DHS-AR-001485

# Agenda

⭐ **SAVE Overview and Verification Requirements**

⭐ **Case Creation**

⭐ **SAVE Responses**

⭐ **Agency/User Management**

⭐ **Resources and Customer Support**



July 17, 2025

3

DHS-AR-001486

# What is SAVE?

☆ Systematic Alien Verification for Entitlements (SAVE) is a secure, online service administered by U.S. Citizenship and Immigration Services (USCIS) that enables federal, state, local, territorial, and tribal agencies to verify the U.S. citizenship and immigration status/category of benefit and license applicants.

☆ SAVE supports registered agencies to help protect the integrity of their benefit and license programs by providing information to ensure that only eligible individuals receive them.

☆ SAVE **does not** determine an applicant's eligibility for benefits/licenses.



July 17, 2025

4

DHS-AR-001487

# SAVE Charges

☆ SAVE has transaction charges for federal agencies only. More information is available at [uscis.gov/save/about-save/transaction-charges](uscis.gov/save/about-save/transaction-charges).  *Effective April 1, 2025, SAVE has eliminated transaction charges for ALL state, local, tribal and territorial government agencies.*



☆ Federal agencies pay a single charge per verification case.

☆ No charges apply for agencies without activity during each billing month.

☆ Minimum monthly service charge of $25 for each month in which a federal user agency submits at least one initial verification request.

☆ When the total cost of verifications exceed $25, agencies will be charged according to the total volume of transactions beyond $25.



July 17, 2025

5

DHS-AR-001488

# Requirements For Verification

**To create a SAVE case, the user agency must provide:**

☆ Applicant's biographic information:First name, last name, and date of birth

☆ Benefit requested by applicant

**AND**

☆ Unique Numeric Identifier (at least one):
- USCIS/Alien Registration Number (A-number) (9 digits)
- Form I-94: Arrival/Departure Record Number (11 digits)
- Student and Exchange Visitor Information System (SEVIS) ID number (Starts with 'N' followed by up to 11 digits)
- Naturalization / Citizenship Certificate Number
- Card Number/ I-797 Receipt Number
- Visa Number
- Foreign Passport Number (with another immigration enumerator)
- Social Security number (SSN) (For initial verification only)

**NOTE:** While SAVE includes a field to submit an unexpired foreign passport number, this field can only be used with an immigration identifier above.



July 17, 2025

6

DHS-AR-001489

# Unique Numeric Identifiers / Enumerators

**These are the unique numeric identifiers / enumerators currently permitted by SAVE for case creation:**

☆ **Alien Number / USCIS Number:** Also referred to as "A-number." A unique number assigned to an alien by the Department of Homeland Security. The USCIS Number is the same as the A-Number without the "A" prefix. The A-number must be 9 digits (numerals only) when data entered.

☆ **I-94 Number:** An 11-character identifier found on Form I-94 or Form I-94A Arrival-Departure Record.

☆ **Card Number / Form I-797 Receipt Number:** A unique 13-character identifier that USCIS provides for each application or petition it receives. The agency uses it to identify and track its cases.

  ▪ The receipt number consists of three letters followed by 10 numbers.

  ▪ Found on the top left of the Notices of Action (I-797), on the back of the Permanent Resident Card (Form I-551), or on the back and front of the Employment Authorization Document (Form I-766).

☆ **Student and Exchange Visitor Information System (SEVIS) ID number:** Unique identifier consisting of a letter (N) followed by up to 11 digits. Located on the top right-hand corner of the DS-2019, Certificate of Eligibility for Exchange Visitors Status (J-Nonimmigrant) and the top left corner of the Form I-20, Certificate of Eligibility for Non-Immigrant Student Status.



July 17, 2025

7

DHS-AR-001490

# Unique Numeric Identifiers / Enumerators Continued

☆ **Naturalization or Citizenship Certificate Number:** Typically located in the upper right-hand corner of the certificate, are alphanumeric and a minimum of six characters provided on each certificate of naturalization or citizenship issued by USCIS.

☆ **Visa Number:** Also known as the visa foil number, the eight character visa number is the red number printed on the bottom right of a visa issued by the U.S. Department of State.

☆ **Foreign Passport Number:** A foreign passport does not serve as evidence of an immigration status in the United States. However, when provided with an immigration enumerator, its information can be used to locate an applicant's records in systems accessed by SAVE.  You must also provide the country of issuance.

☆ **Social Security number (SSN):** A unique 9-digit number issued by the Social Security Administration.
- When SAVE is unable to verify using SSN alone, users will receive a response indicating to create a new case with corrected data or an immigration enumerator.

☆ **Important Notes:**
- User agencies should create SAVE cases with all available enumerators, exactly as they appear on the applicant's document(s). This increases the likelihood of an applicant status response at initial verification and reduces the need for additional verification.
- SAVE cases cannot be created using a driver's license number, U.S. passport number, Consular Report of Birth Abroad (CRBA), or other non-DHS documentation. SAVE also cannot verify U.S. citizenship using only name and date of birth.



July 17, 2025

8

DHS-AR-001491

# Case Creation



July 17, 2025

9

DHS-AR-001492

## Options for Case Creation

There are two ways to create a case in SAVE:

☆ **Individually:** Select "Create New Case" to create one case in SAVE.

**OR**

☆ **Bulk:** Select "Bulk Uploader" to create multiple cases in SAVE through an import process.





July 17, 2025

10

DHS-AR-001493

# Individual Case Creation

## How to create a case individually:

☆ Enter the applicant's information from the documents presented to you. Required information is marked with a red asterisk:
- First Name
- Last Name
- Date of Birth

☆ Enter at least one unique numeric identifier. (Select the "?" icon for information about the identifier.)

☆ Providing more than one numeric identifier increases the likelihood that SAVE will provide an immigration status response at initial verification.





July 17, 2025

11

DHS-AR-001494

# Individual Case Creation - Select Benefit(s)

☆ Select all the benefits the applicant is requesting from your agency.

☆ Additional information identified with a "lock" icon may be auto-requested if needed to determine eligibility for a selected benefit.

☆ Select any additional pieces of information needed to determine eligibility for the benefit.

- Selection may require additional information and document upload, bypassing initial verification.

☆ Click Continue





July 17, 2025

12

DHS-AR-001495

# Individual Case Creation - Review Case Details

☆ Before Initiating Verification, double check the data to ensure everything was entered properly.

☆ Everything matches – click "Initiate Verification"

☆ Changes Needed – click "Go Back"





July 17, 2025

13

DHS-AR-001496

# Individual Case Creation - Photo Match

- ☆ Depending upon the information USCIS has about the applicant, a photo might be displayed.

- ☆ Compare the photo displayed in SAVE to the photo in the document provided by the applicant. Make a confirmation using the following options:

| If you selected... | SAVE will respond with... |
|---|---|
| Yes, this photo matches | Initial Verification Response |
| No, this photo does not match | Institute Additional Verification |
| No photo displayed | Initial Verification Response |





July 17, 2025

14

DHS-AR-001497

# Bulk Case Submission

## Users can also submit cases in bulk:

☆ Download the CSV Template File.

☆ Required Fields are marked with an asterisk (*):
- First Name
- Last Name
- Date of Birth

☆ Fields Marked with two asterisks (**) indicate a minimum of one must be filled:
- A-Number/USCIS Number
- Naturalization or Citizenship Certificate Number
- Social Security Number

***Note:*** To create a case using another identifier permitted by SAVE, create the case individually.

☆ Delete instructions row and save template as a CSV (Comma delimited) (*.csv) file.





July 17, 2025

15

DHS-AR-001498

# Bulk Case Creation - Submitting Bulk Upload

☆ Upload the saved CSV file.

- Files larger then 1GB may experience upload issues.

☆ Select the Benefit Type(s) associated with the file.

- Only include cases for the same benefit type. Benefit type(s) will apply to all cases in the file.
- Information automatically requested based on benefit type will be requested.
- Additional information requests requiring manual selection, cannot be requested in bulk upload. Create the case individually.

☆ Click on the Acknowledgement link and read the Notice - Bulk Upload Verification Services.

☆ Select that you have read and accept the Acknowledgement

☆ Select Submit.





July 17, 2025

16

DHS-AR-001499

# Bulk Case Creation - Submission and Processing

☆ Cases successfully submitted will be created into individual cases.

- Processing may take 24 hours.

☆ Cases that failed submission will be identified by the error preventing case creation.

- Select Download Error File to view the records that contained errors
- Correct information and create as new cases, either individually or through a new CSV file upload
- Do not resubmit cases that were successfully submitted to avoid system lags

☆ Individual Case Results can be viewed from the Search Cases page once created.





July 17, 2025

17

DHS-AR-001500

# Duplicate Case Response – Unable to Create Case

☆ When a user tries to submit a duplicate case at initial verification, either individually or in bulk, SAVE will provide an "Unable to Create Case" response.

☆ A case is a duplicate only if the original case is still open and the following data elements are identical to those in the original case:

- Applicant's name, date of birth, and numeric enumerator;

- Benefit(s) the case is submitted for; and

- Any additional information requests (for example, grant date).



July 17, 2025

18

DHS-AR-001501

# Duplicate Case Response – Unable to Create Case

☆ Instead of creating a duplicate case, the "Unable to Create Case" response will provide the verification number for the original case.

☆ The user can locate and track the original case by using the Case Search function.





July 17, 2025

19

DHS-AR-001502

# Search Cases

After a case is created in SAVE, using a browser or a web service account, you can log into the [SAVE browser system](#) to locate your case and continue required actions.

- ☆ Click "Find Case" to locate the case using the SAVE case verification number.

- ☆ Click "Search Cases" to locate the case using the applicant enumerator or last name.

  - Filters Available:
    - Case Status
    - Creation Date
    - Created By

- ☆ Depending upon user roles, users can view open and closed case.





July 17, 2025

20

DHS-AR-001503

# SAVE Reports

- ☆ SAVE provides reporting options to help user agencies manage cases.
  - Options may differ based on account type and user role.

- ☆ Each report type contains a brief overview of the data that will return.
  - Microsoft Excel or Adobe Acrobat Reader required to view output.





July 17, 2025

21

DHS-AR-001504

# Bulk Upload File Management – File History Dashboard

☆ The File History Dashboard allows user agencies to monitor the status of files submitted through the Bulk Upload Tool

- Viewing permissions may be limited by user role.

☆ From the Actions Column select the three dots in the row of the file you would like to action.

- **Download Response File**: This option allows the user to download a file of all the cases within the bulk upload file. If cases were created, the initial response is returned. When cases failed submission, the error(s) identifying reason for failure are returned.
- **Escalate Eligible Cases**: This option allows the user to bulk escalate any eligible cases within the bulk upload file to additional verification. If selected, any cases reflected as "Eligible" in the Bulk Escalation column will update to "Escalated".
    - NOTE: Only the initial response of "Institute Additional Verification" can be bulk escalated. Navigate to the "Search Cases" page to escalate all other cases individually as needed.
- **Download Original File**: This option allows the user to download the original file used to create the Bulk Upload.





22

DHS-AR-001505



# SAVE Responses

July 17, 2025

23

DHS-AR-001506

# Initial Case Response – Immigration Enumerator

☆ Once a case is created, SAVE electronically compares the information submitted against federal records available to SAVE to return an initial response.

☆ Response options vary based on the information used to create the SAVE case and data returned in the query.

☆ Applicant Status Responses, for cases with an immigration enumerator, may include additional information as applicable.
  ▪ Example:  Most Recent Class of Admission or Grant Date

☆ Responses requiring additional action from the user include:
  ▪ Institute Additional Verification
  ▪ Institute Third Level Verification
  ▪ Unable to Process
  ▪ Resubmit with Documents







July 17, 2025

24

DHS-AR-001507

# Initial Case Response – SSN Only

☆ Cases created with a Social Security number (SSN) are compared against Social Security Administration (SSA) records.

☆ Some initial response options for cases verified using an SSN include:

- **United States Citizen (Per SSA Record)**
- **Deceased (per SSA Record)**
- **No Record Found with SSA – Resubmit with Additional Information**
  - A record could not be located with SSA using the information provided. Check for data entry errors and create a new case with corrected information or provide additional information.
- **Immigration Enumerator Required – Resubmit with Additional Information**
  - SAVE located a record with SSA but requires an immigration enumerator to complete verification and provide a SAVE response.



**SAVE Response**

✔ **Applicant Status:** No Record Found With SSA – Resubmit With Additional Information

SAVE was unable to locate a record with the Social Security Administration (SSA), and as a result, this case is now closed. If there was an error, create a new case with corrected data or include an immigration enumerator (such as an A-Number/USCIS Number, Form I-94, Arrival/Departure Record Number, SEVIS ID Number, Naturalization/Citizenship Certificate Number, or Visa Number).

A record may not be located due to discrepancies between the name, date of birth, and/or Social Security number (SSN) submitted for this benefit or license applicant and the records held by the SSA. Data entry errors may have caused this mismatch, resulting in no records found. If you believe this response is in error, please direct the benefit applicant to visit SSA's page on correcting records for more information: SSA Personal Record Correction.

**Important notes for cases with only an SSN:**

- Additional verification can only be conducted with an immigration enumerator. Cases that receive any of the SSN specific responses will not be eligible for additional verification and should be checked and created with corrected or additional information.

- If there is an error with an applicant's SSA records, user agencies should direct applicants to contact SSA to update their records. Visit ssa.gov/personal-record for more information.



July 17, 2025

25

DHS-AR-001508

# SAVE Responses That Require Additional Verification

Reasons for requesting additional verification:

✩ Receiving an initial response requesting additional verification.
  - Not a final SAVE response. Some cases cannot receive an automated initial verification response and require further research to complete verification.

✩ Receiving a SAVE response that you do not believe is accurate or is missing information.

✩ Receiving a SAVE response the benefit applicant does not agree with and requests additional verification.
  - Additional verification is required when requested by the applicant for a SAVE response to be final.
  - If there is an error in the applicant's records, they must contact the agency that maintains the record for any corrections. SAVE cannot correct records. For more information see the SAVE Records Fast Facts for Benefit Applicants on the SAVE website.

✩ Other requirement per your agency's Memorandum of Agreement (MOA).





July 17, 2025

26

DHS-AR-001509

# Initiating Additional Verification

Use the "Special Comments" field to request specific information and/or explain why an initial response requires further review.

Upload Documents:

☆ Save a copy of all immigration documents presented to you by the applicant (front and back) to your computer;

☆ Combine documents into one file;

☆ Check that the documents are legible; and

☆ Upload the file.





July 17, 2025

27

DHS-AR-001510

# Case Under Review / Case Results

☆ Additional verification is a research-intensive search of immigration databases conducted by a Status Verifier.

☆ User will see "Case Under Review" until SAVE returns a status for that case.

☆ Email alerts are sent after SAVE completes verification and a response is available.

☆ Response times vary depending on the complexity of the case.

  ▪ Visit the SAVE Verification Response Time page for more information about current processing times.







28

DHS-AR-001511

# Agency / User Management



July 17, 2025

DHS-AR-001512

# SAVE Dashboard

Users enter SAVE on the Dashboard which has the following options:

⭐ User Profile

- Contains Name, Email Address, and Phone Number tied to user account(s).
- Profile information is connected to all associate user accounts.
- To update user information within profile select Edit.

⭐ Linked User Account(s)

- Select Link User Account to find and link additional user accounts that you have not yet migrated to access with Login.gov.
- Select the User ID to access a user account.
- To return to the Dashboard select your name in the upper right-hand corner, then Dashboard.





July 17, 2025

30

DHS-AR-001513

# SAVE Hierarchy

SAVE has organizational levels and user roles to manage users, review case submissions, and generate reports.  Functions available depend on the user's role.



☆ There are three main roles within an agency's profile:

- **Super User**:  Located at the Agency level and is responsible for managing the agency's hierarchy, user roles, and accounts.
- **Supervisor User**:  Located at the Department level and is responsible for managing departments and groups within the agency.
- **General User** (There are four types of General Users):  Manages groups within departments.

☆ There is one unique role for Department of Education:

- **Third Step Only Users** (Designated for Federal Student Aid): Cannot create or initiate cases.



July 17, 2025

31

DHS-AR-001514

# User Roles

☆ **SAVE Super User** – Administrator for the agency

- Add Departments
- Add / Delete Groups and all user levels
- Cannot Initiate / work cases

☆ **SAVE Supervisor** – Administrator for Departments and Groups

- Initiate Cases
- Add / Delete Groups, Supervisors, and general users under the same group as them

☆ **General User - View ISV responses** for all users in **Department**

- Initiate Cases
- View, complete, and close verification cases created by General Users assigned to Groups within the Department

☆ **General User - View ISV responses** for all users in **Group**

- Initiate Cases
- View, complete, and close verification cases created by General Users assigned within assigned Groups

All user roles can edit their own profile information which includes Name, Phone Number, and Email Address.



July 17, 2025

32

DHS-AR-001515

# Super User & Supervisor: Manage Agency / Users

☆ SAVE Super Users and Supervisors can manage Users, Groups, or Departments.

☆ **Add** a user by selecting the blue "Add User" button

☆ Search and filter options allow you to view users.

- **View** user information by selecting the "eye" icon

- **Delete** users by selecting the "trashcan" icon

- **Edit** user information by selecting the "pencil" icon
  - **Note**: You may only edit user's role or status in SAVE.  A user's name, phone number, and email address are only editable from the User Profile by the user themselves.





July 17, 2025

33

DHS-AR-001516

# Super User & Supervisor: Add New User

☆ Enter the new user's email address, user role, department, and group.

- If a user already exists with the same data points you entered, you will be blocked from creating a duplicate.

☆ Depending on existing records associated to the user's email address either:

- Enter remaining new user information; or
- Review the account information presented.

☆ Accept the User ID or enter a new one.

☆ Once created, the new user will receive an email with an activation link.





July 17, 2025

34

DHS-AR-001517

# Resources and Customer Support



July 17, 2025

35

DHS-AR-001518

# SAVE Browser: Message Center / SAVE Website:  News & Alerts

☆ SAVE shares the latest immigration and system updates with users both in the system and on the public website:

- <u>Message Center</u>:  Accessible when logged into <u>SAVE</u> from the homepage.

- <u>News & Alerts</u>:  Accessible from the SAVE public website, under <u>Current Users</u>.





July 17, 2025

36

DHS-AR-001519

# SAVE Browser: Help, Resources

☆ Helpful resources for user agencies can be found when logged into the SAVE system under Help, Resources.  They include:

- Guidance and Manuals
- Fact Sheets
- SAVE Tutorial
- Frequently Asked Questions
- Benefit Applicant Materials



July 17, 2025

37

DHS-AR-001520

# SAVE Website: Public Resources

☆ SAVE shares multiple resources for current and prospective user agencies on the SAVE Public Website.

☆ **Current User Agencies** can access guidance materials, fact sheets and more, including:

- Commonly Used Immigration Documents:  Provides examples of documents and where to locate information needed to create a SAVE case.
- SAVE Webinars: Users can sign up for free webinar options held monthly.

☆ **Prospective User Agencies** can access information on registering and view a webinar option focused on learning about SAVE.





July 17, 2025

38

DHS-AR-001521

# SAVE Website: Benefit and License Applicants

☆ Benefit Applicants can also access resources from the SAVE public website, including:

- An on-demand (recorded) webinar.

- Fact sheets and guidance materials.

- SAVE CaseCheck: Allows applicants to follow the progress of their SAVE case online and confirms when a SAVE case is pending or returned to the agency.



July 17, 2025

39

DHS-AR-001522

# SAVE Customer Support



SAVE User Agencies can contact SAVE Agency Customer Support by phone or email:

☆ **Hours of Operation:**
  - Monday-Friday (excluding federal holidays)
  - 8 a.m. – 8 p.m. (Eastern)

☆ **By Phone:** (877) 469-2563
  - International Phone Number: (571) 293-7538
  - TTY: (877) 875-6028

☆ **By E-Mail: SAVE.help@uscis.dhs.gov**

***This contact information is for agency use only.***

  - Applicants with questions for USCIS should visit the USCIS Contact Us page for more information.

More information is also available on the SAVE Website at **uscis.gov/SAVE.**



July 17, 2025

40

DHS-AR-001523

**U.S. Citizenship and Immigration Services**

MENU

Home  >  SAVE  >  Current User Agencies  >  Guidance  >  Voter Registration and Voter List Maintenance Fact Sheet

# Voter Registration and Voter List Maintenance Fact Sheet

## Background

SAVE is an online service administered by U.S. Citizenship and Immigration Services (USCIS) within the Department of Homeland Security (DHS), that allows registered federal, state, and local government agencies to verify immigration status and U.S. citizenship of individuals seeking benefits, licenses, and for other authorized purposes.

Federal law allows only U.S. citizens to vote in federal elections, and SAVE is an effective tool that registered agencies, such as State divisions of elections, can use to verify U.S. citizenship for voter registration, voter list maintenance, or oversight of these processes (collectively, "voter verification"). When provided with required data elements, SAVE can usually verify U.S.-born citizens, naturalized U.S. citizens [1], and in certain cases, acquired U.S. citizens [2]. SAVE can also verify immigration status if the individual is not a U.S. citizen, and whether the individual is deceased, if that information is retrievable.

SAVE provides verification information but does not determine an individual's eligibility to register to vote, stay on a voting roll, or vote in an election. SAVE has offered voter verification services since 2005; election agencies from over 27 states are currently registered. Registered user agencies can be found using the SAVE Agency Search Tool.

To register to use SAVE, user agency officials must sign a SAVE Memorandum of Agreement (MOA) which includes the legal authorities, processes, and requirements related to voter verification. A sample voter verification MOA is posted on SAVE's agency registration webpage.

## What You Should Know

- **SAVE is not a source database of U.S. citizens and immigrants.** SAVE is an information service whereby user agencies submit information (such as name, date of birth, and an enumerator) and SAVE uses that information to query against source government systems, including those maintained by DHS, Department of State (DoS), and the Social Security Administration (SSA) to ve
  retrievable, a point-in-time response that includes the individual's U.S. citizen

Need Help?
Chat with Emma™

DHS-AR-001524

- **SAVE is not the only way to determine U.S. citizenship.** SAVE only verifies and provides information about an individual's U.S. citizenship or immigration status based on available information held in various U.S. government systems and is one of many methods that voter verification agencies may use to verify U.S. citizenship.

- **SAVE optimized its service in 2025 to better serve voter verification agencies.** This optimization allowed agencies accessing SAVE through a web browser to create cases using a Social Security number (SSN) and to submit cases in bulk. SAVE also eliminated transaction charges for state and local agencies.

- **When a user agency creates a case using an SSN, SAVE first queries SSA databases.** Based on SSA data, SAVE can verify the U.S. citizenship of most U.S.-born individuals as well as check the SSA Death Master File. If SSA data confirm that the individual has an Alien number (A-number or USCIS number), that number is then used to query data available to DHS to confirm the U.S. citizenship or immigration status of the individual. When an SSN matches SSA records, and SSA and DHS records do not indicate U.S. citizenship, the SSN may also be used to check DoS records for evidence of U.S. citizenship. This would verify U.S. citizenship, for example, for an individual who acquired citizenship through a parent and was issued a U.S. passport but never updated his or her SSA records or applied for a Certificate of Citizenship with USCIS. If no match is found with SSA data, the voter verification agency is prompted to confirm their data and create a new case with corrected or additional information.

- **When an enumerator held in DHS data is available, whether entered by the agency or retrieved from an associated record within SSA or DHS, SAVE may use this data to provide a status response.** If a DHS enumerator (such as an A-Number or Naturalization/Citizenship Certificate Number) is provided or associated with an SSN within DHS systems, SAVE will retrieve applicable records to provide a SAVE response. If a U.S. passport number, U.S. passport card number, or other relevant identifier is located, SAVE searches DoS records. SAVE may provide a U.S. citizen response, an immigration status response (for example, Lawful Permanent Resident), or request additional information.

- **SAVE can only verify data it can access.** SAVE can verify U.S. citizenship for U.S. born citizens and citizens who have naturalized or have acquired U.S. citizenship provided there is a government record available to SAVE through DHS, DoS, or SSA systems. Accordingly, SAVE may not be able to confirm U.S. citizenship for an individual who: (1) is not designated as a U.S. citizen in SSA records, (2) has not received a Certificate of Citizenship or Naturalization from USCIS, and (3) has never been issued evidence of U.S. citizenship by DoS.

- **SAVE cases cannot be created using only a name and date of birth.** SAVE requires certain government-issued enumerators to create a case, such as an Alien Number or Social Security number, and cannot currently search using state-issued enumerators, such as driver's license numbers.

- **User agencies must take additional steps when required by SAVE for any case response other than "United States Citizen."** SAVE prohibits agencies from rejecting a voter registration or removing an individual from a voter roll based on a SAVE response until the agency has completed all SAVE-required steps. SAVE cases that initially determine a status other than U.S. citizen are automatically escalated to additional (manual) verification, and agencies may request additional verification if they receive an

DHS-AR-001525

unexpected SAVE response. Agencies are required to provide all registrants or registered voters who are not verified as U.S. citizens with the opportunity to provide proof of U.S. citizenship and to contact the relevant agency to correct their citizenship records, if necessary.

# Summary of How Voter Verification Agencies Use SAVE to Verify U.S. Citizenship

- All SAVE users must complete required training, review program guidance, view the latest version of the SAVE Tutorial and maintain a working knowledge of requirements contained in the SAVE MOA.

- The voter verification agency submits or enters registrant or registered voter information into SAVE (individually or in bulk) and creates an electronic initial verification request. The information required to submit a SAVE case includes the individual's: first name, last name, date of birth, and one or more government-issued enumerators (for example, an A-number/USCIS Number, Certificate of Naturalization Number, Certificate of Citizenship Number, or Social Security number).

- SAVE usually provides an automated response within seconds (which includes, for example, citizenship indicator, death indicator, or instructions to submit a new case with additional information). Cases submitted in large volumes using the SAVE Bulk Upload tool are each processed as individual SAVE cases and typically receive initial responses within a day but may take longer depending on the total file size.

- If SAVE matches to government records and determines a potential non-U.S. citizen status (e.g., Lawful Permanent Resident), the case is automatically escalated for additional review, which includes a manual review of system responses and files available in federal records, prior to the result being displayed to the agency. If, after manual review, SAVE returns a final non-U.S. citizen response, user agencies must, as applicable to the situation, permit the registrant or registered voter an opportunity to correct their records with the appropriate Federal agency (e.g., SSA, DoS, or DHS) and/or present proof of citizenship in accordance with federal and state law prior to relying on a SAVE result to deny registration or remove someone from a voting roll. User agencies must also permit the registrant or registered voter to utilize any existing appeals process and must provide any right to notice, a hearing, and other due process available under applicable law. Information on federal record correction is available at SAVE Records: Fast Facts for Benefit Applicants (PDF, 59.08 KB).

  - If a case was created using a Social Security number as the only enumerator and SSA cannot match to a record, SAVE will close the case and instruct the user agency to review the original submission for data entry errors and create a new case with new or additional information. A no-match result based on SSA data is not a final SAVE response and cannot be used to deny registration or remove someone from a voting roll.

  - In some cases, SAVE requests that an agency upload a document as part of the manual review process [3]. All additional verification steps required by SAVE must be completed to be considered a final SAVE response.

DHS-AR-001526

[1] For purposes of this Fact Sheet, "naturalized citizenship" refers to U.S. citizenship granted following an application for naturalization and meeting the requirements established by Congress in the Immigration and Nationality Act.

[2] For purposes of this Fact Sheet, "acquired citizenship" is defined as citizenship conveyed to children through the naturalization of parents or, under certain circumstances, at birth to foreign-born children of U.S. citizens, provided certain conditions are met. SAVE is only able to verify information that relates to information found in the databases accessed by the system. Accordingly, if the User Agency provides an immigration enumerator for an individual with acquired citizenship who has not applied for a Certificate of Citizenship with USCIS, the agency may not have that individual's citizenship information available in the DHS databases accessed, and SAVE may not be able to confirm that individual's acquired citizenship.

[3] Voter verification agencies should complete all additional verification steps required by SAVE to receive a final SAVE case response, or may use other processes or tools that allow them to make a definitive citizenship determination.

Last Reviewed/Updated: 08/27/2025

DHS-AR-001527

**U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [SAVE](#) > [Current User Agencies](#) > [Guidance](#) > Voter Registration and Voter List Maintenance Fact Sheet

# Voter Registration and Voter List Maintenance Fact Sheet

## Background

SAVE is an online service administered by U.S. Citizenship and Immigration Services (USCIS) within the Department of Homeland Security (DHS), that allows registered federal, state, and local government agencies to verify immigration status and U.S. citizenship of individuals seeking benefits, licenses, and for other authorized purposes.

Federal law allows only U.S. citizens to vote in federal elections, and SAVE is an effective tool that registered agencies, such as State divisions of elections, can use to verify U.S. citizenship for voter registration, voter list maintenance, or oversight of these processes (collectively, "voter verification"). When provided with required data elements, SAVE can usually verify U.S.-born citizens, naturalized U.S. citizens [1], and in certain cases, acquired U.S. citizens [2]. SAVE can also verify immigration status if the individual is not a U.S. citizen, and whether the individual is deceased, if that information is retrievable.

SAVE provides verification information but does not determine an individual's eligibility to register to vote, stay on a voting roll, or vote in an election. SAVE has offered voter verification services since 2005; election agencies from over 27 states are currently registered. Registered user agencies can be found using the [SAVE Agency Search Tool](#).

To register to use SAVE, user agency officials must sign a SAVE Memorandum of Agreement (MOA) which includes the legal authorities, processes, and requirements related to voter verification. A sample voter verification MOA is posted on SAVE's [agency registration webpage](#).

## What You Should Know

- **SAVE is not a source database of U.S. citizens and immigrants.** SAVE is an information service whereby user agencies submit information (such as name, date of birth, and an enumerator) and SAVE uses that information to query against source government systems, including those maintained by DHS, Department of State (DoS), and the Social Security Administration (SSA) to ve[...] retrievable, a point-in-time response that includes the individual's U.S. citizen[...]

Need Help?
Chat with Emma™

DHS-AR-001528

- **SAVE is not the only way to determine U.S. citizenship.** SAVE only verifies and provides information about an individual's U.S. citizenship or immigration status based on available information held in various U.S. government systems and is one of many methods that voter verification agencies may use to verify U.S. citizenship.

- **SAVE optimized its service in 2025 to better serve voter verification agencies.** This optimization allowed agencies accessing SAVE through a web browser to create cases using a Social Security number (SSN) and to submit cases in bulk. SAVE also eliminated transaction charges for state and local agencies.

- **When a user agency creates a case using an SSN, SAVE first queries SSA databases.** Based on SSA data, SAVE can verify the U.S. citizenship of most U.S.-born individuals as well as check the SSA Death Master File. If SSA data confirm that the individual has an Alien number (A-number or USCIS number), that number is then used to query data available to DHS to confirm the U.S. citizenship or immigration status of the individual. When an SSN matches SSA records, and SSA and DHS records do not indicate U.S. citizenship, the SSN may also be used to check DoS records for evidence of U.S. citizenship. This would verify U.S. citizenship, for example, for an individual who acquired citizenship through a parent and was issued a U.S. passport but never updated his or her SSA records or applied for a Certificate of Citizenship with USCIS. If no match is found with SSA data, the voter verification agency is prompted to confirm their data and create a new case with corrected or additional information.

- **When an enumerator held in DHS data is available, whether entered by the agency or retrieved from an associated record within SSA or DHS, SAVE may use this data to provide a status response.** If a DHS enumerator (such as an A-Number or Naturalization/Citizenship Certificate Number) is provided or associated with an SSN within DHS systems, SAVE will retrieve applicable records to provide a SAVE response. If a U.S. passport number, U.S. passport card number, or other relevant identifier is located, SAVE searches DoS records. SAVE may provide a U.S. citizen response, an immigration status response (for example, Lawful Permanent Resident), or request additional information.

- **SAVE can only verify data it can access.** SAVE can verify U.S. citizenship for U.S. born citizens and citizens who have naturalized or have acquired U.S. citizenship provided there is a government record available to SAVE through DHS, DoS, or SSA systems. Accordingly, SAVE may not be able to confirm U.S. citizenship for an individual who: (1) is not designated as a U.S. citizen in SSA records, (2) has not received a Certificate of Citizenship or Naturalization from USCIS, and (3) has never been issued evidence of U.S. citizenship by DoS.

- **SAVE cases cannot be created using only a name and date of birth.** SAVE requires certain government-issued enumerators to create a case, such as an Alien Number or Social Security number, and cannot currently search using state-issued enumerators, such as driver's license numbers.

- **User agencies must take additional steps when required by SAVE for any case response other than "United States Citizen."** SAVE prohibits agencies from rejecting a voter registration or removing an individual from a voter roll based on a SAVE response until the agency has completed all SAVE-required steps. SAVE cases that initially determine a status other than U.S. citizen are automatically escalated to additional (manual) verification, and agencies may request additional verification if they receive an

DHS-AR-001529

unexpected SAVE response. Agencies are required to provide all registrants or registered voters who are not verified as U.S. citizens with the opportunity to provide proof of U.S. citizenship and to contact the relevant agency to correct their citizenship records, if necessary.

# Summary of How Voter Verification Agencies Use SAVE to Verify U.S. Citizenship

- All SAVE users must complete required training, review program guidance, view the latest version of the SAVE Tutorial and maintain a working knowledge of requirements contained in the SAVE MOA.

- The voter verification agency submits or enters registrant or registered voter information into SAVE (individually or in bulk) and creates an electronic initial verification request. The information required to submit a SAVE case includes the individual's: first name, last name, date of birth, and one or more government-issued enumerators (for example, an A-number/USCIS Number, Certificate of Naturalization Number, Certificate of Citizenship Number, or Social Security number).

- SAVE usually provides an automated response within seconds (which includes, for example, citizenship indicator, death indicator, or instructions to submit a new case with additional information). Cases submitted in large volumes using the SAVE Bulk Upload tool are each processed as individual SAVE cases and typically receive initial responses within a day but may take longer depending on the total file size.

- If SAVE matches to government records and determines a potential non-U.S. citizen status (e.g., Lawful Permanent Resident), the case is automatically escalated for additional review, which includes a manual review of system responses and files available in federal records, prior to the result being displayed to the agency. If, after manual review, SAVE returns a final non-U.S. citizen response, user agencies must, as applicable to the situation, permit the registrant or registered voter an opportunity to correct their records with the appropriate Federal agency (e.g., SSA, DoS, or DHS) and/or present proof of citizenship in accordance with federal and state law prior to relying on a SAVE result to deny registration or remove someone from a voting roll. User agencies must also permit the registrant or registered voter to utilize any existing appeals process and must provide any right to notice, a hearing, and other due process available under applicable law. Information on federal record correction is available at SAVE Records: Fast Facts for Benefit Applicants (PDF, 59.08 KB).

  - If a case was created using a Social Security number as the only enumerator and SSA cannot match to a record, SAVE will close the case and instruct the user agency to review the original submission for data entry errors and create a new case with new or additional information. A no-match result based on SSA data is not a final SAVE response and cannot be used to deny registration or remove someone from a voting roll.

  - In some cases, SAVE requests that an agency upload a document as part of the manual review process [3]. All additional verification steps required by SAVE must be completed to be considered a final SAVE response.

Case 1:25-cv-03501-SLS　　　Document 110-23　　　Filed 06/12/26　　　Page 175 of 180

DHS-AR-001530

[1] For purposes of this Fact Sheet, "naturalized citizenship" refers to U.S. citizenship granted following an application for naturalization and meeting the requirements established by Congress in the Immigration and Nationality Act.

[2] For purposes of this Fact Sheet, "acquired citizenship" is defined as citizenship conveyed to children through the naturalization of parents or, under certain circumstances, at birth to foreign-born children of U.S. citizens, provided certain conditions are met. SAVE is only able to verify information that relates to information found in the databases accessed by the system. Accordingly, if the User Agency provides an immigration enumerator for an individual with acquired citizenship who has not applied for a Certificate of Citizenship with USCIS, the agency may not have that individual's citizenship information available in the DHS databases accessed, and SAVE may not be able to confirm that individual's acquired citizenship.

[3] Voter verification agencies should complete all additional verification steps required by SAVE to receive a final SAVE case response, or may use other processes or tools that allow them to make a definitive citizenship determination.

Last Reviewed/Updated: 08/27/2025

DHS-AR-001531

# Voter Verification Bulk Uploaded

*How to create cases in bulk for Voter Verification purposes*





Log into your SAVE account from a web browser. From the upper navigation options, select **Cases**, then **Voter Verification Bulk Uploader**.



Review the displayed information on how to use the bulk upload tool. Then click the button Download Template File.





**TIP**

The Bulk Case Creation Tool can only be used for Voter Registration and Voter List Maintenance purposes.

DHS-AR-001532

1

# Voter Verification Bulk Uploaded

## How to create cases in bulk for Voter Verification purposes



U.S. Citizenship and Immigration Services



**3**

Open the downloaded CSV template and enter the data.

Required fields are marked with an asterisk (*). These include First Name, Last Name, and Date of Birth.

Fields marked with two asterisks (**) indicate that either one or the other must be filled. These include A-Number and Naturalization #.

Middle Name is an optional field.



**4**

Delete the instruction row on the template before saving as a CSV (Comma delimited) (*.csv) file.

Either drag the prepared CSV file to the box identified or choose from folder to upload.

Maximum upload size is 5MB.





2

DHS-AR-001533

# Voter Verification Bulk Uploaded

*How to create cases in bulk for Voter Verification purposes*



**5**

Read and accept the **Notice – Bulk Upload Verification Services**.

Click **Submit** button to begin your upload.



**TIP**

If upload fails, review specific error messages, correct issue, and try again.



**6**

Successfully submitted cases will be processed within **24 hours**. You can view processed cases after 24 hours on the **Search Cases** Page .

Select **Errors Found** to view records that failed to upload due to field issues. Field validation issues are provided tied to associated row (record #) of CSV file.

These records can be corrected, saved to a new CSV file and uploaded.





**3**

DHS-AR-001534

# Voter Verification Bulk Uploaded

*How to create cases in bulk for Voter Verification purposes*



**7**

View Created Cases

From **Search Cases**, search for individual cases created to view entered information and SAVE system response.

From the upper navigation options, select **Reports.** Within **Web Agency Audit Report** box select **Run Report**. Enter specified timeframe to view all cases created with associated information. Output will be a Portable Document File (PDF).



**TIP**

Remember successfully submitted cases will process within 24 hours. Please wait 24 hours before trying to view cases.



## Web Agency Audit Report

This report displays summary level information for each case initiated by the user for the user-entered query criteria. The report includes the initial query date, alien number, I-94 number, last name, first name, initial query response, additional verification response, third step verification response and the closed date, if applicable. The total number of cases matching the user-entered query criteria will be included on the report.

**Run Report**

4

DHS-AR-001535