Form **SSA-157** (02-2019)
Discontinue Prior Editions
Social Security Administration

Page 1 of 5
OMB No. 0960-0802

# Data Exchange Request Form (DXRF)
# Request for Information from SSA

## *Data Request*

| | |
|---|---|
| 1. Name of organization requesting the data exchange. | DHS-USCIS |
| 2. Indicate what type of organization you are. | **Government**    **Non-Government**<br>☒ Federal    ☐ Commercial Entity<br>☐ State & Local    ☐ Educational Institution<br>☐ Foreign    ☐ Other (Please specify) _____<br>☐ Tribal |
| 3. Briefly state the purpose for requesting this information **and** tell us how your organization will use the data. | A Voter Verification Service (VVS) ensuring the accuracy of voter rolls by verifying the citizenship status of individuals without using a DHS enumerator, e.g., A-file number |
| 4. What specific information are you requesting from SSA? (Social Security number verification, benefit verification, disability payments, data elements, etc.). | Foreign requesters can only request date and fact of death.<br>SSN lookups using FN, LN, DoB and 8 or last 4 digits of SSN and return the full SSN, A#, US born indicator, death match record |
| 5. What data elements will you send to support your request (e.g., SSN, name, date of birth), if applicable? | SSN lookups using FN, LN, DoB and 8 or last 4 digits of SSN |
| 6. Is your organization currently receiving this information by another means (e.g., paper reports, etc.)? | ☒ Yes - Tell us how your organization identifies and collects this data; be specific.<br>    NUMIDENT<br><br>☐ No |
| 7. Describe the benefit to your organization of receiving this data. | Allows for a single federated capability for states to access data and receive official federal gov't responses for proper verification and voter list maintenance in support of federal elections. |
| 8. Is there any benefit to SSA?<br><br>For foreign requesters - is your organization willing to enter into a reciprocal arrangement with SSA to provide the same information we provide to you? | ☒ Yes - Explain.<br>    Reduces load from multiple states accessing SSA data (eg HAVV) and funneling it through one federal agency<br>☐ No |
| 9. What is the impact to your organization if it does not receive this data? | SSA data is critical to ensuring the accuracy of this administration priority to safeguard elections |
| 10. SSA generally requires that you pay for our services. Are you willing to incur costs? | ☒ Yes<br>☐ No |
| 11. Provide your legal authority allowing the collection of this data from SSA. (Legal authorities may include statutes, regulations, and/or Executive Orders that explicitly require or permit your agency to use SSNs in your program(s) and request them from SSA, or get other data from SSA as authorized by law.) If you are a Federal agency, include information related to applicable Privacy Act systems of records in which you will maintain the requested data. | USCIS is required by 8 U.S.C. § 1373(c) to provide verification or status information in response to inquiries from Federal, state, or local government agencies seeking to verify or ascertain the naturalized or acquired U.S. citizenship or other immigration status - including for state level agencies to conduct voter verification (i.e., voter registration and/or voter list maintenance). |

SSA-AR-0001

Form **SSA-157** (02-2019)                                                    Page 2 of 5

| | |
|---|---|
| 12. List the organization and job functions/titles within the organization(s) that will have access to SSA-provided information. | USCIS- OIT/VER/IRIS ITPMS, IT Specialists, Developers, Product Owners, Status Verification Analysts |
| 13. Do you plan to share the data with anyone other than those listed in question 12? | ☐ Yes - List the organization that you will be sharing the data with, job functions/titles, the form (identifiable, aggregate) in which you intend to disclose information, and the authority for a third party disclosure. <br><br> ☒ No |
| 14. How frequently do you want to receive the data? | ☐ Daily    ☐ Monthly <br> ☐ Weekly    ☐ Yearly <br> ☒ Other (Explain) Real-time retrieval |
| 15. Based on the frequency selected above, provide an estimate of the number of records you will submit for processing. | 40 Million records per year |
| 16. How will we exchange the data? | ☐ Batch    ☐ Online <br> ☐ Both (Explain) <br><br> ☒ Other (Explain) direct/online and via manual user interface |
| 17. When do you expect this data exchange to begin? (A typical data exchange takes 12 months or more to fully implement.) | Immediately |

## Security

| | |
|---|---|
| 18. If you **are a federal agency**, does your organization have documented information security policies and procedures to safeguard SSA-provided information from unauthorized access and improper disclosure? | ☒ Yes - Skip to question 20. <br> ☐ No - Skip to question 20. <br> ☐ Not Applicable - Non-Federal Agency |
| 19. If you **are not a federal agency**, does your organization have documented information security policies and procedures to reduce information technology security risks to an acceptable level in accordance with the Federal Information Security Management Act (FISMA)? | ☐ Yes <br> ☐ No <br> ☐ Not Applicable - Federal Agency |
| 20. Will the information SSA provides be stored or processed in an external commercial cloud? <br><br> a. What is the name of the Cloud Service Provider (CSP)? <br><br> b. Is the CSP FedRAMP authorized? (www.fedramp.gov) | ☒ Yes  ☐ No - Skip to question 22. <br><br> Amazon <br><br> ☒ Yes  ☐ No |
| 21. Is the cloud provider contractually required to enforce security policies and procedures that will safeguard the information SSA provides from unauthorized access and improper disclosure? | ☒ Yes <br> ☐ No |
| 22. Will the information SSA provides be stored off-shore: i.e., in a foreign country? | ☐ Yes <br> ☒ No |

SSA-AR-0002

Form **SSA-157** (02-2019)                                                                                                              Page 3 of 5

| 23. List any current or previous data exchanges your organization has with SSA (i.e., by SSA agreement number or description). | RAFDHS24R562<br>CISIFT19X006 |
| --- | --- |

### *Only complete questions 24-29 if you are a state agency.*

| | |
| --- | --- |
| 24. If your agency already has an existing agreement with SSA to receive SSA data, are there any other programs or purposes for requesting SSA data that you wish to add to the current agreement? | ☐ Yes<br>☐ No |
| 25. Name the programs your agency administers for which you are requesting SSA data. | |
| 26. Indicate whether the programs are federally-funded (either fully or partially) or state-funded. (If the program is not state funded but locally funded, i.e., at the city or county level, please specify.) | |
| 27. List the benefits or services provided under these programs. | |
| 28. Does your staff take applications or determine eligibility for TANF, Medicaid, or SNAP for any of the programs listed in question 25? | ☐ Yes - Name the program.<br><br>☐ No |
| 29. How is the requested SSA data relevant to determining entitlement/eligibility to benefits or services under the programs your agency administers? | |

### *Only complete questions 30-35 if your request is for research and statistical purposes only.*

| | |
| --- | --- |
| 30. Indicate if this is a request for a new project within a current agreement. | |
| 31. Indicate the form of data needed to accomplish the purposes of your study. Options include tabulations, statistical outputs, micro data from SSA's program records for individuals, and SSA data for individuals that have been linked to other sources of data. | Reminder: We normally release information in the form of tabulations, statistical outputs or individual data that cannot be associated with an individual, and only in rare instances do we release micro data. |
| 32. Describe other sources of data to which you will be linking SSA data (*if applicable*). | |
| 33. Describe any plans to publish or release the research results including whether any supporting documentation will be made available in identifiable form. | |
| 34. Include the length of time you need to retain the data in and the location where the data will be housed. | |

SSA-AR-0003

| 35. Include your planned final disposition of the SSA data to include the date when the data will be destroyed. | |
| --- | --- |
| 36. Additional comments: | |

## *Points of Contact*

| 37. Approving authority contact information for the person signing the agreement for the agency requesting the data. | Name: William McElhaney |
| --- | --- |
| | Title: Chief Information Officer, USCIS |
| | Address: 5900 Capital Gateway Drive Camp Springs, MD |
| | Phone #1:  240-721-1351 |
| | Phone #2: |
| | Email address: william.s.mcelhaney@uscis.dhs.gov |
| 38. Requester contact information for the agency. | Name: Tammy Meckley |
| | Title: Associate Director, USCIS, IRIS |
| | Address: 5900 Capital Gateway Drive Camp Springs, MD |
| | Phone #1:  202-510-6165 |
| | Phone #2: |
| | Email address: tammy.m.meckley@uscis.dhs.gov |

SSA-AR-0004

**Paperwork Reduction Act Statement**  - This information collection meets the requirements of *44 U.S.C. § 3507*, as amended by section 2 of the *Paperwork Reduction Act of 1995*.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions.  ***Send only comments relating to our time estimate above to***:  *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

SSA-AR-0005

**LETTER AGREEMENT PROVIDING FOR
INFORMATION SHARING BETWEEN THE DEPARTMENT OF HOMELAND
SECURITY (DHS), U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) AND
THE SOCIAL SECURITY ADMINISTRATION (SSA) REGARDING CITIZENSHIP**

**Issue:** DHS currently provides, through the USCIS Systematic Alien Verification for Entitlements (SAVE) system, citizenship and immigration status verification services for over 1,200 Federal, State, and local agencies that need to verify citizenship or immigration status to determine eligibility for a benefit or license they administer (including SSA, for verifying eligibility for SSNs). The SAVE system was established pursuant to provisions in the Immigration Reform and Control Act of 1986 (IRCA). 42 U.S.C. § 1320b-7(d). IRCA required that agencies determining eligibility for a number of specified Federal benefit programs,[1] including Food Stamps (now SNAP), unemployment compensation, Medicaid and Supplemental Security Income (SSI) review immigration documentation of aliens requesting benefits that includes "the individual's alien admission number or alien file number," and then use that documentation and number to verify with the former Immigration and Naturalization Service (INS) (now DHS)[2] whether the alien has a status corresponding to eligibility for the benefit.

While the vast majority of agencies participating in SAVE use the system only to verify aliens' immigration status, there are a few that use it to verify the U.S. citizenship of individuals who are registering, or have previously registered, to vote. SAVE is not able to verify the citizenship of U.S. citizens born in the United States, but it is able to verify citizenship obtained through naturalization or, in certain cases where DHS has relevant records, the citizenship of a foreign-born person that was acquired, either at birth or subsequently, by operation of law (such as through qualifying U.S. citizen parentage).

In all cases, SAVE requires the user agency to provide the name, date of birth and a unique identifier (A-number, I-94 number, or certificate of citizenship or naturalization number) in order to proceed with verification of a U.S. citizen. In some cases, states are able to provide this unique identifier for voters they wish to verify (typically, from a driver's license record), but more often than not states cannot provide a unique identifier because it is not information included on the approved federal nationwide voter registration application or otherwise normally collected by states from voter registrants. Agencies enter into a Memorandum of Agreement (MOA) with USCIS to use SAVE. Because SAVE is configured to search based on a unique identifier, the MOA requires them to provide the unique identifier in order to initiate verification of an individual.

---

[1] These programs are all Federally funded and governed overall by Federal statute and regulation, but in some cases (such as SNAP and unemployment compensation) the direct interaction with applicants, including verification, is the responsibility of a State agency. Voting is similar in that respect in that Federal laws govern and protect the right to vote in Federal elections guaranteed to adult citizens by the Constitution, but voter registration and election administration are handled by state and local government.

[2] Under the transition provisions of the Homeland Security Act of 2002, prior references in law to an agency or official whose function was transferred to the new DHS are deemed to refer to DHS or its appropriate component or official. *See, e.g.*, 6 U.S.C. § 557.

1

SSA-AR-0006

Some states have complained to DHS-USCIS about the limitation on their ability to verify voters caused by the unique identifier requirement and have demanded, citing 8 U.S.C. § 1373(a) and (c), that DHS-USCIS provide a means to verify them without this requirement. The President issued Executive Order (EO) 14159, *Protecting the American People Against Invasion*,[3] which requires the Secretary to "promptly issue guidance to ensure maximum compliance by [DHS] personnel with the provisions of 8 U.S.C. 1373 and 8 U.S.C. 1644 and ensure that State and local governments are provided with the information necessary to fulfill law enforcement, citizenship, or immigration status verification requirements authorized by law."[4]

More recently, the President issued EO 14248, *Preserving and Protecting the Integrity of American Elections*.[5] EO 14248 provides, "Federal laws, such as the National Voter Registration Act (Pub. L. 103-31) and the Help America Vote Act (Pub. L. 107-252), require States to maintain an accurate and current Statewide list of every legally registered voter in the State. And [DHS] is required to share database information with States upon request so they can fulfill this duty. 8 U.S.C. 1373(c)."[6] The EO directs the Secretary to "ensure that State and local officials have, without the requirement of the payment of a fee, access to appropriate systems for verifying the citizenship or immigration status of individuals registering to vote or who are already registered."[7] The Secretary is also required under the EO, in coordination with the DOGE Administrator, to review each State's publicly available voter registration list and available records concerning voter list maintenance activities as required by 52 U.S.C. § 20507, alongside Federal immigration databases and State records requested, including through subpoena where necessary and authorized by law, for consistency with Federal requirements.[8]

To support this activity the Attorney General is required to prioritize enforcement of 18 U.S.C. §§ 611 and 1015(f) and similar laws that restrict aliens from registering to vote or voting, including through use of: (i) databases or information maintained by DHS; (ii) State-issued identification records and driver license databases; and (iii) similar records relating to citizenship.[9]

The Commissioner of Social Security also must assist states in determining whether individuals are eligible to register and vote by taking all appropriate action to make available the Social Security Number Verification Service, the Death Master File, and any other Federal databases containing relevant information to all State and local election officials engaged in verifying the eligibility of individuals registering to vote or who are already registered.[10]

---

[3] 90 Fed. Reg. 8,443 (Jan. 20, 2025).

[4] EO 14159, § 18.

[5] 90 Fed. Reg. 14,005 (Mar. 25, 2025).

[6] EO 14248 § 1.

[7] *Id.* § 2(b)(i).

[8] *Id.* § 2(b)(iii).

[9] *Id.* § 2(e).

[10] *Id.* § 3(a).

2

Accordingly, as required by these Executive Orders, DHS personnel must timely provide verification or immigration status information in response to inquiries from State and local government agencies to verify or ascertain the citizenship or immigration status of individuals. As required by 8 U.S.C. § 1373(c), such inquiries must relate to individuals within the jurisdiction of the State or local government agency and must be for a purpose authorized by law. DHS personnel have been directed to comply, to the maximum extent possible and permissible under law, with section 1373, taking into account federal statutory requirements, including the Privacy Act of 1974, 5 U.S.C. § 552a, and 8 U.S.C. § 1367 (special protected class information); as well as other laws, rules, regulations, policies, and requirements regarding verification, information sharing, and confidentiality.

DHS currently has systems in place, such as SAVE and U.S. Immigration and Customs Enforcement's Law Enforcement Support Center (LESC), to respond to inquiries from State and local government agencies to verify or ascertain the citizenship or immigration status of individuals. But neither 8 U.S.C. § 1373(c) nor § 1644 requires DHS to limit responses only to inquiries through the systems currently in place. If DHS possesses the requested verification or status information—whether or not in a system, such as SAVE or LESC—DHS must provide such information in accordance with §§ 1373(c) and 1644.

USCIS has requested SSA assistance with respect to information regarding citizenship in its possession that would greatly assist with this and falls within § 1373(a)'s reference to "information regarding the citizenship . . . of any individual." This request is consistent with the spirit of these EOs, the references to interagency communication in § 1373(a), and DHS efforts to fully implement these authorities in order to provide as responsive and comprehensive responses as possible to State and local information requests under § 1373(c) in accord with DHS's broad interpretation of its responsibilities. DHS thus has requested that SSA comply, to the maximum extent possible and permissible under law, with § 1373(a), taking into account federal statutory requirements, as well as other laws, rules, regulations, policies, and requirements regarding verification, information sharing, and confidentiality.

**Proposal to address the issue:** SAVE's citizenship information verification initiative seeks to provide timely verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number, or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS seeks access to SSA information accessed through the DHS-USCIS Verification Information System (VIS)[11] for the purpose of verifying the citizenship and immigration status for benefits and licenses, as authorized by section 103 of the Immigration and Nationality Act, Pub. L No. 82-414, as amended, 8 U.S.C. § 1103, Section 121(c)(1), Part C, of the Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 42 U.S.C. § 1320b-7 and note, and section 642 of the Illegal Immigration Reform and Immigrant

---

[11] VIS provides services to customers through SAVE and E-Verify (the latter of which will not be used for this initiative).

3

SSA-AR-0008

Responsibility Act of 1996, Pub. L. No. 104-208, as amended, 8 U.S.C. § 1373(c).

SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.  SSA is authorized to participate in this information sharing under the authority of the Social Security Act, 42 U.S.C. § 1306, and pursuant to 8 U.S.C. § 1373(a).

This information sharing is also subject to requirements of:

- The Privacy Act of 1974, 5 U.S.C. § 552a;

- The Federal Information Security Management Act of 2014 (Pub. L. 113-283);

- 20 C.F.R. § 401.120; and

other laws, rules, regulations and applicable agency policies.

DHS-USCIS seeks SSA support by matching data submitted through SAVE to SSA records in SSA's Master Files of Social Security Number (SSN) Holders and SSN Applications, System of Record Notice 60-0058, 90 Fed. Reg. 10025 (Feb. 20, 2025) ("Enumeration System"). Specifically, SAVE User Agencies input information into SAVE from benefit applications, and DHS-USCIS sends the information to SSA to confirm or not confirm that the SSN, name, and date of birth match information in SSA records.  SSA is also asked to provide DHS-USCIS an indication of United States citizenship, if available.

For other SAVE use cases including those for non-voter registration or list maintenance benefit eligibility checks, USCIS may use a full or partial SSN to acquire from SSA an Alien Registration Number (ARN) to access the necessary DHS records within SAVE.

After SAVE checks the SSA and USCIS-accessed databases, DHS-USCIS sends a response to the User Agency in SAVE indicating the individual's citizenship or immigration status, with a code of admission and a narrative description or that additional information is needed to complete the verification (called additional verification). If DHS-USCIS is unable to complete the verification, SAVE will indicate that no record was found and to resubmit with more information as a retry to verify the individual's citizenship or immigration status. In scenarios where a DHS enumerator was provided and unable to provide a verification at initial response, SAVE will request additional verification with documents and try again to resolve the case through a manual review process.


**Description of Matched Records**

Systems of Records

SSA will disclose to USCIS data from the Enumeration System, 60-0058.

4

USCIS will maintain information provided by SSA in its system of records entitled, "DHS/U.S. Citizenship and Immigration Services (USCIS)-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records."

Specified Data Elements

1. USCIS will provide SSA with the individual's name, including other names used as applicable, date of birth, and either the full or partial SSN.

2. SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not verified" response, the reason for the "not verified" will be provided. In rare circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these cases, SSA will provide a reason of "other".

3. SSA's responses will contain the following:

   - SSN Match (True/False)
   - Full SSN for all matches (when a partial SSN is provided)
   - Name Match (True/False)
   - Date of Birth Match (True/False)
   - Citizenship/Foreign Indicator
     - Blank – Citizenship code is blank and foreign-born indicator is blank
     - * - Citizenship code is blank and foreign-born indicator is *
     - "A" - U.S. Citizen
     - "B" - Legal alien, eligible to work
     - "C" - Legal alien, not eligible to work
     - "D" - Other
     - "E" - Alien Student - restricted work authorized
     - "F" - Conditionally legalized alien
   - Alien Registration Number (where applicable)
   - Death Indicator (Yes Deceased / Not Deceased)
   - Error code descriptions (transaction and record levels)

**SSA's Responsibilities:**

Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Enumeration System. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

SSA will provide responses to the SAVE queries within one second or less.

SSA-AR-0010

SSA will inform USCIS when its systems have a scheduled outage or planned maintenance that may negatively affect service.

SSA will safeguard any personally identifiable information (PII) obtained from SAVE agencies through the SAVE process in accordance with the Privacy Act (5 U.S.C. § 552a), the Social Security Act (42 U.S.C. § 1306(a)), and SSA regulations (20 C.F.R. Part 401). SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**USCIS' Responsibilities:**

USCIS will only submit verification requests to SSA for authorized purposes.

USCIS will notify SSA of any pending or final changes in the statutory or regulatory requirements concerning SAVE.

USCIS will inform SSA if the SAVE system or other related connectivity system has a scheduled outage or planned maintenance that may negatively affect service.

After discovering a connectivity issue that may negatively affect SAVE service, USCIS will inform SSA.

USCIS will safeguard any PII obtained from SSA in accordance with the Privacy Act (5 U.S.C. § 552a) and the Federal Information Security Modernization Act. SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**Records Usage, Duplication and Redisclosure**

The parties acknowledge that information sent by USCIS to SSA for verification requests will be matched against existing SSA- accessed data holdings which may contain the same information. As such, the information provided about an individual within a verification request by USCIS to SSA will not be considered SSA-owned information. Information that identifies a verification request as being generated by USCIS or associated with a USCIS program will be protected as set forth in this Agreement and as required by law.

USCIS and SSA agree to the following limitations on the access to, and disclosure and use of information that identifies a verification request as being generated by USCIS or associated with an USCIS program:

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program will remain information owned by USCIS.

6

SSA-AR-0011

USCIS will use the verification responses generated by SSA only for the purposes described in this Agreement.

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program will be used only as provided in this Agreement by SSA.

Data or information that identifies a verification request as being generated by USCIS or associated with a USCIS program provided by SSA will not be duplicated or disseminated outside SSA without prior written approval from USCIS. USCIS will not give such approval unless the redisclosure is required by law or is essential to the conduct of the exchange. In such cases, SSA, the agency redisclosing the records, must specify in writing what records will be redisclosed, to whom they will be redisclosed, and the reasons that justify redisclosure.

USCIS will not duplicate or disseminate the verification responses for a purpose not covered by this Agreement, within or outside of its agency, without the written permission of SSA, excepted as required by Federal law. SSA will not give such permission, unless Federal law requires disclosure or disclosure is essential to the purpose of this Agreement. For such permission, USCIS must specify in writing what data it is requesting to duplicate or disseminate and to whom, and the reasons that justify such duplication or dissemination.

All USCIS verification requests will be documented in a transactional database. The retention period is 10 years. The database is not accessible to the public, except as permitted by law.

USCIS and SSA recognizes that they may need to disclose information pursuant to an audit by appropriate government oversight authorities. In the event USCIS or SSA needs to disclose information that identifies a verification request or a verification response covered by this Agreement for purposes of appropriate government oversight, the audited agency shall endeavor to coordinate with source agency in writing in advance of such dissemination, to the extent practicable and consistent with applicable law and policy. USCIS and SSA will take steps to ensure that any disclosures taken in these circumstances are limited to information that is relevant and necessary for the identified purpose.

**Security Procedures**

SSA and USCIS will comply with the Federal Information Security Management Act (FISMA), 44 U.S.C. § 3551 et seq., as amended by the Federal Information Security Modernization Act of 2014 (Pub. L. 113-283); FIPS, Mandatory Security Processing Standards 199 & 200; related OMB circulars and memoranda, including revised Circular A-130, Management of Federal Information Resources (July 28, 2016); National Institute of Standards and Technology (NIST) directives; and the Federal Acquisition Regulations (FAR). These laws, regulations, and directives provide requirements for safeguarding Federal information systems and PII used in Federal agency business processes, as well as related reporting requirements.

SSA-AR-0012

FISMA requirements apply to all Federal contractors, organizations, or sources that possess or use Federal information, or that operate, use, or have access to Federal information systems on behalf of an agency. Each agency receiving information under this DSA is responsible for oversight and compliance of its contractors and agents with FISMA requirements.

Loss Reporting

If either SSA or USCIS experiences an incident involving the loss or breach of PII provided by SSA or USCIS under the terms of this agreement, they will follow the incident reporting guidelines issued by the OMB. In the event of a reportable incident under OMB guidance involving PII, the agency experiencing the incident is responsible for following its established procedures, including notification to the proper organizations (e.g., United States Computer Emergency Readiness Team, the agency's privacy office). In addition, the agency experiencing the incident (e.g., electronic or paper) will notify the other agency's Systems Security Contact named in this agreement. If USCIS is unable to speak with the SSA Breach Contact within one hour or if for some other reason notifying the SSA Systems Security Contact is not practicable (e.g., it is outside of the normal business hours), USCIS will call SSA's National Network Service Center toll free at 1-877-697-4889.

If SSA experiences or suspects that there is a loss or breach of USCIS information, it will notify the USCIS Security Operations Center (SOC) at _____ and will follow up with an email to USCIS SOC _____ and the USCIS Office of Privacy _____ within one hour of suspecting or confirming an incident.                    (b)(6)(b)(7)(c)

Breach Notification

SSA and USCIS will follow PII breach notification policies and related procedures issued by OMB. If the agency that experienced the breach determines that the risk of harm requires notification to affected individuals or other remedies, that agency will carry out these remedies without cost to the other agency.

Administrative Safeguards

SSA and USCIS will restrict access to the data matched and to any data created by the match to only those users, e.g., employees, contractors, etc., who need it to perform their official duties in connection with the uses of the data authorized in this agreement. Further, SSA and USCIS will advise all personnel with access, the confidential nature of the data, the safeguards required to protect the data, and the civil and criminal sanctions for noncompliance contained in the applicable Federal laws.

Parties, including all personnel with access to the information, will be appropriately educated and trained regarding the proper handling of PII and proper care of the information systems to ensure the overall safeguarding and security of the information. SSA and USCIS will ensure that its employees, including contractors with the access to any of the information, have completed privacy training on the handling of PII which includes

8

information on applicable laws, regulations, and policies related to information privacy and security.

Physical Safeguards

SSA and USCIS will store the data matched and any data created by the match in an area that is physically and technologically secure from access by unauthorized persons during duty hours as well as non-duty hours or when not in use (e.g., door locks, card keys, biometric identifiers, etc.). Only authorized personnel will transport the data matched and any data created by the match. SSA and USCIS will establish appropriate safeguards for such data, as determined by a risk-based assessment of the circumstances involved.

Technical Safeguards

SSA and USCIS will process the data matched and any data created by the match under the immediate supervision and control of authorized personnel in a manner that will protect the confidentiality of the data, so that unauthorized persons cannot retrieve any data by computer, remote terminal, or other means. Systems personnel must enter personal identification numbers when accessing data on the agencies' systems. SSA and USCIS will strictly limit authorization to those electronic data areas necessary for the authorized analyst to perform his or her official duties.

Application of Policy and Procedures

SSA and USCIS will adopt policies and procedures to ensure that each agency uses the information contained in their respective records or obtained from each other solely as provided in this agreement. SSA and USCIS will comply with these guidelines and any subsequent revisions.

Onsite Inspection

NIST Special Publication 800-37, Revision 2, encourages agencies to accept each other's security assessments in order to reuse information system resources and/or to accept each other's assessed security posture in order to share information.

NIST 800-37 further encourages that this type of reciprocity is best achieved when agencies are transparent and make available sufficient evidence regarding the security state of an information system so that an authorizing official from another organization can use that evidence to make credible, risk-based decisions regarding the operation and use of that system or the information it processes, stores, or transmits. Consistent with that guidance, the parties agree to make available to each other upon request system security evidence for the purpose of making risk-based decisions. Requests for this information may be made by either party at any time throughout the duration or any extension of this agreement.

9

SSA-AR-0014

Retention and Destruction of Information

USCIS will destroy the response file generated through this data exchange as soon as the information has served the matching program purpose and all legal retention requirements established in conjunction with the National Archives and Records Administration under applicable procedures have been met. In case of such retention for evidentiary purposes, USCIS will retire the retained data in accordance with the applicable Federal Records Retention Schedule (44 U.S.C. § 3303a).

The information provided by USCIS is not used by SSA for any purpose other than data exchange. USCIS's electronic request files are a transitory nature, or 'transitory records', specifically 'intermediate input files' as defined in General Records Schedule 5.2, Item 010. SSA will protect transitory records in the same manner that it protects SSA records. The Input/Tickler file will be destroyed when no longer needed for business use.

**Duration of Agreement**

This agreement shall be effective upon the signature of the last signatory hereto and shall continue in effect until and unless modified or terminated in accordance with the provisions of this Agreement.

**Modification and Termination**

Modifications to this Agreement must be in writing and agreed to by the parties.

This Agreement may be terminated by either party upon 30 days advance written notice.

If legislation is enacted that affects SAVE functions or provides for new functionality, the parties agree to modify this Agreement as appropriate to cover any new provisions.

**Contacts:**

USCIS Contacts:

David M. Jennings
Associate Chief - Business & Technology Integration
Verification Division (VER)
Immigration Records and Identity Services (IRIS)
U.S. Citizenship and Immigration Services (USCIS)
Department of Homeland Security (DHS)

(b)(6)(b)(7)(c)

USCIS Security Operations Center (SOC)

(b)(6)(b)(7)(c)

10

SSA-AR-0015

SSA Contacts

Breach Reporting
Andrea Huseth, Division Director
Office of Privacy and Disclosure
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6868
Email: Andrea.Huseth@ssa.gov


**Disclaimers**

SSA is not liable for any damages or loss resulting from errors in information provided to USCIS under this Agreement. Furthermore, SSA is not liable for damages or loss resulting from the destruction of any materials or data provided by USCIS. All information furnished to USCIS will be subject to the limitations and qualifications, if any, transmitted with such information. If, because of any such error, loss, or destruction attributable to SSA, the services must be re-performed by SSA, the additional cost thereof will be treated as a part of the full costs incurred in compiling and furnishing such information and will be paid by USCIS.

USCIS is not liable for any damages or loss resulting from errors in SSA information provided to USCIS under this Agreement. All information furnished to SSA will be subject to the limitations and qualifications, if any, transmitted with such information. If, because of any such error, loss, or destruction attributable to SSA, the services must be re-performed by SSA, the additional cost thereof will not be treated as a part of the full costs incurred in compiling and furnishing such information and will not be paid by USCIS.

The performance or delivery by SSA of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of SSA. If for any reason SSA delays or fails to provide services, or discontinues the services or any part thereof, SSA is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

The performance or delivery by USCIS of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of USCIS. If for any reason USCIS delays or fails to provide services, or discontinues the services or any part thereof, USCIS is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

**Integration**

This Agreement, and the attached system map constitute the entire Agreement of the parties with respect to its subject matter and supersede all other agreements between the parties regarding its subject matter.

11

SSA-AR-0016

There have been no representations, warranties, or promises made outside of this Agreement. This Agreement shall take precedence over any other documents that may be in conflict with it.

**Resolution Mechanism**

Disagreements on the interpretation of the provisions of this MOA that cannot be resolved between USCIS and the SSA point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at this level, the disagreement will be elevated to the next level in accordance with DHS- USCIS procedures for final resolution.

**Authorizing Signatures and Dates**

The signatories below warrant and represent that they have the  competent authority on behalf of their respective agencies to enter into the obligations set forth in this Agreement.

**Electronic Signature Acknowledgement:** The signatories may sign this document electronically by using an approved electronic signature process.  By signing this document electronically, the signatories agree that the signature they provide has the same meaning and legal validity and effect as a handwritten signature.

**Social Security Administration**

Sean Brune
Digitally signed by Sean Brune
Date: 2025.05.15 08:58:24 -04'00'

Sean Brune
Assistant Deputy Commissioner,
Office of Mission Support
Social Security Administration

Date:_____

**U.S. Department of Homeland Security**

BRIAN J BRODERICK
Digitally signed by BRIAN J BRODERICK
Date: 2025.05.15 10:09:48 -04'00'

Brian J. Broderick
Chief (Acting), Verification Division
U.S. Citizenship and Immigration Services

Date:_____

12

SSA-AR-0017

UNITED STATES GOVERNMENT
GENERAL TERMS & CONDITIONS (GT&C)
FS Form 7600A



BUREAU OF THE
Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity.  In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600A are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

| NEW OR MODIFIED GT&C | | |
|---|---|---|
| General Terms and Conditions (GT&C) Number | ᴳ GT&C Number: | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | * Agency Agreement Tracking Number | * Agency Agreement Tracking Number RAFDHS250004 |
| | ᴳ Modification Number: | |
| | ᴳ Status: | |

| AGENCY INFORMATION | | | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 1. | * Agency Name | Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | SOCIAL SECURITY ADMINISTRATION |
| | * Group Name | Immigration Records and Identity Services (IRIS) | DCRDP ODEPPIN - Other DCRDP RA |
| | ᴳ Group Description | 5900 Capital Gateway Drive, Camp Springs, MD 20588 | ODEPPIN - Other DCRDP Reimbursable Agreements |
| | ᴳ Document Inheritance Indicator | Yes | |
| | * Agency Location Code (ALC) | 70011512 | 28040001 |
| | ALC Description | 70011512 - 070 - Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | 28040001 - 028 - SOCIAL SECURITY ADMINISTRATION - HQ - DIV. OF CENTRAL ACCTING OPERATIONS |
| | Subordinate Group | | |
| | Cost Center | 07-20-0000-00-00-00-00 | |
| | Business Unit | Verification Division | |
| | Department ID | VER | |

| GT&C INFORMATION | | | |
|---|---|---|---|
| 2. | * GT&C Title | Citizenship and immigration status verification services | |
| 3. | ᴳ Order Originating Partner Indicator | Requesting Agency (Buyer) | |
| 4. | * Agreement Period | Original Base/Current Modification | New/Proposed Modification |
| | | Start Date (yyyy/mm/dd): 2025-05-15 | Start Date (yyyy/mm/dd): |
| | | End Date (yyyy/mm/dd):  2025-09-30 | End Date (yyyy/mm/dd): |
| 5. | Termination Days | 30 | |

FS Form 7600A                     Department of the Treasury | Bureau of the Fiscal Service                     Revised March 2022

SSA-AR-0018

General Terms and Conditions (GT&C) Number: _____    Page 2 of 4

| 6. | * Agreement Type | Multiple Orders |
|---|---|---|
| 7. | * Advance Payment Indicator | Are Advance Payments allowed for this GT&C?  ◯ Yes  ◉ No<br><br>*If **Yes**, the Servicing Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. |
| 8. | * Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions?  ◯ Yes  ◉ No<br><br>*If **Yes**, the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. |

## ESTIMATED AGREEMENT AMOUNT

| 9. | Total Direct Cost Amount | $196,397.17 |
|---|---|---|
|  | Total Overhead Fees and Charges Amount |  |
|  | * Total Estimated Amount | $196,397.17 |
|  | ᴳ Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C?  ◉ Yes  ◯ No<br><br>If **Yes**, G-Invoicing will not allow Order total to exceed the GT&C total. |

## ADDITIONAL AGREEMENT INFORMATION

| 10. | Explanation of Overhead Fees and Charges |  |
|---|---|---|
| 11. | Requesting Scope | Refer to Information Sharing Letter Agreement |
| 12. | Requesting Roles | Refer to Information Sharing Letter Agreement |
| 13. | Servicing Roles | Refer to Information Sharing Letter Agreement |
| 14. | Restrictions |  |
| 15. | Assisted Acquisition Small Business Credit Clause | The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency. |
| 16. | Disputes | Disputes related to this GT&C and any related Orders shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html |
| 17. | Requesting Assisted Acquisitions |  |
| 18. | Servicing Assisted Acquisitions |  |
| 19. | Requesting Clauses |  |
| 20. | Servicing Clauses | The estimated cost set forth in this agreement is based upon SSA's rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions.<br><br>Within G-Invoicing, SSA may use G-Invoicing Representative Approvers to ministerially approve agreements (GT&C and Orders). Please refer to the Approved PDF Agreement in the attachment section of this GT&C and any underlying Orders for SSA's official approval. |
| 21. | Agency Additional Information | **Requesting Agency (Buyer)** | **Servicing Agency (Seller)** |
|  |  |  |  |

SSA-AR-0019

General Terms and Conditions (GT&C) Number: _____

Page 3 of 4

| | **MODIFY GT&C** | |
|---|---|---|
| 22. | Modification Date (yyyy/mm/dd): | |
| | Brief explanation required for modifying this GT&C: | |

| | **CLOSE GT&C** | |
|---|---|---|
| 23. | Closing Date (yyyy/mm/dd): | |
| | Brief explanation required for closing this GT&C: | |

| | **REJECT GT&C** | |
|---|---|---|
| 24. | Rejection Date (yyyy/mm/dd): | |
| | Brief explanation required for rejecting this GT&C: | |

| | **PREPARER INFORMATION** | |
|---|---|---|
| 25. | * Preparer Name | Kalisha Ray |
| | * Preparer Phone | (b)(6) |
| | * Preparer E-mail | |

## AGREEMENT APPROVALS

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s).

| | | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 26. | * Approver's Name | Fred Owens | Jessica Burns MacBride |
| | * Signature | FRED L OWENS — Digitally signed by FRED L OWENS Date: 2025.05.29 08:24:34 -04'00' | Jessica Burns-Macbride — Digitally signed by Jessica Burns-Macbride Date: 2025.05.27 13:27:08 -04'00' |
| | Title | Supervisory Management Program Analyst | Acting Assistant Deputy Commissioner for OLP |
| | * E-mail | | (b) (6) |
| | * Phone | | |
| | Fax | (b)(6) | |
| | * Date (yyyy/mm/dd) | | |
| | | Requesting Final Approval (required) | Servicing Final Approval (required) |
| 27. | * Approver's Name | Karen Tyler | Jessica Burns MacBride |
| | * Signature | KAREN E TYLER — Digitally signed by KAREN E TYLER Date: 2025.05.29 08:52:46 -04'00' | Jessica Burns-Macbride — Digitally signed by Jessica Burns-Macbride Date: 2025.05.27 13:27:52 -04'00' |
| | Title | Management/Program Analyst | Acting Assistant Deputy Commissioner for OLP |
| | * E-mail | | (b) (6) |
| | * Phone | | |
| | Fax | (b)(6) | |

SSA-AR-0020

General Terms and Conditions (GT&C) Number: _____

| | * Date (yyyy/mm/dd) | | |
|---|---|---|---|

SSA-AR-0021

## UNITED STATES GOVERNMENT ORDER FORM
## FS FORM 7600B



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600B are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)
https://www.fiscal.treasury.gov/g-invoice/

| | NEW OR MODIFIED ORDER | | |
|---|---|---|---|
| 1. | Order Number | G Order Number: | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | | * Order Tracking Number | * Order Tracking Number RAFDHS250004 |
| | | G Modification Number:  0 | |
| | | G Order Status: | |
| 2. | G General Terms & Conditions (GT&C) Number (Associated with this Order): | | |
| 3. | *Order Date  (yyyy-mm-dd): | 2025-05-15 | |
| | **PARTNER INFORMATION** | | |
| 4. | *Assisted Acquisition Indicator | No | |
| | | Original Base/Current Modification | New/Proposed Modification |
| 5. | *Period of Performance | Start Date (yyyy-mm-dd): 2025-05-15 | Start Date (yyyy-mm-dd): |
| | | End Date (yyyy-mm-dd):  2025-09-30 | End Date (yyyy-mm-dd): |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 6. | *Agency Location Code (ALC) | 70011512 | 28040001 |
| 7. | *Agency Name | Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | SOCIAL SECURITY ADMINISTRATION |
| 8. | *Group Name | Immigration Records and Identity Services (IRIS) | DCRDP ODEPPIN - Other DCRDP RA |
| 9. | G Group Description | 5900 Capital Gateway Drive, Camp Springs, MD 20588 | ODEPPIN - Other DCRDP Reimbursable Agreements |
| 10. | Cost Center | 07-20-0000-00-00-00-00 | |
| 11. | Business Unit | Verification Division | |
| 12. | Department ID | VER | |
| 13. | Unique Entity Identifier (UEI) | R76CSFHNTQKS | |
| 14. | Funding Office Code (Buyer Only) | | |
| 15. | Funding Agency Code (Buyer Only) | | |

SSA-AR-0022

| 16. | Comments | . | The estimated cost set forth in this agreement is based upon SSA's rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions.<br><br>Within G-Invoicing, SSA may use Representative Approvers to ministerially approve agreements. Please refer to the Approved PDF Agreement in the attachment section of this Order for SSA's official approval |

## AUTHORITY INFORMATION

| 17. | *Statutory Authority Fund Type Code | Select One: Other Authority | |
|---|---|---|---|
| 18. | Statutory Authority Fund Type Title | Section 1106(b) of the Social Security Act | |
| 19. | Statutory Authority Fund Type Citation | [42 U.S.C. 1306(b)] | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 20. | Program Authority Title | | Section 1106(b) of the Social Security Act |
| 21. | Program Authority Citation | | Social Security Act, 42 U.S.C. § 1306 |

## ADVANCE INFORMATION  (Required by Servicing Agency if there is an advance.)

| 22. | Advance Revenue Recognition Methodology | Select One: | |
|---|---|---|---|
| 23. | Advance Revenue Recognition Description (required if "Other") | | |
| 24. | Advance Payment Authority Title | | |
| 25. | Advance Payment Authority Citation | | |
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 26. | Total Advance Amount | $0.00 | |
| 27. | Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 28. | Total Modified Advance Amount | | |

## DELIVERY INFORMATION (Requesting Agency completes.)

| 29. | *FOB Point | Select One:  Source/Origin |
|---|---|---|
| 30. | Constructive Receipt Days | (Calendar Days) *Required if Destination/Other is checked on line 29. |
| 31. | Acceptance Point | Select One:  Source/Origin |
| 32. | Place of Acceptance | |
| 33. | Inspection Point | Select One:  Source/Origin |
| 34. | Place of Inspection | |

## ORDER BILLING (Servicing Agency completes.)

SSA-AR-0023

Order Number: _____

| | | | |
|---|---|---|---|
| 35. | *Billing Frequency | Select One: QUARTERLY | |
| 36. | Billing Frequency Explanation | | |

| ORDER BILLING (Requesting Agency completes.) | | | |
|---|---|---|---|
| 37. | Priority Order Indicator | No | |
| 38. | Capital Planning and Investment Control (CPIC) | | |
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 39. | *Total Order Amount | $196,397.17 | |
| 40. | Total Modification Amount | | |
| 41. | Total Modified Order Amount | | |
| 42. | Total Modified Advance Order Amount | | |
| 43. | Net Order Amount | $196,397.17 | |

| LINE ITEMS (Additional Lines/Schedules may be added using the + button after Block 116) | | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 44. | *Line Number | 1 | |
| 45. | G Order Line Status | ACTIVE | |
| 46. | G Item Code | 9999 | |
| 47. | *Item Description | Citizenship and immigration status verification services | |
| 48. | *Line Costs Unit of Measure (UOM) | DO | |
| 49. | *Unit of Measure Description | US Dollars | |
| 50. | Total Line Costs | $196,397.17 | |
| 51. | Line Cost Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 52. | Total Modified Line Costs | | |
| 53. | Order Line Advance Amount | | |
| 54. | Order Line Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 55. | Total Modified Order Line Advance Amount | | |
| 56. | Product/Service Identifier | | |
| 57. | *Capitalized Asset Indicator (Servicing Agency Only) | False | |
| 58. | Item UID Required Indicator | False | |
| 59. | *Type of Service Requirements | SEVERABLE | |

| SCHEDULE SUMMARY (Additional Lines/Schedules may be added using the + button after Block 116) | | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 60. | *Schedule Number | 1 | |

SSA-AR-0024

Order Number: _____

| 61. | Advance Payment Indicator | False | |
|---|---|---|---|
| 62. | *Cancel Status (Schedule) | ACTIVE | |
| 63. | *Schedule Unit Cost/Price | $1.00 | |
| 64. | Schedule Unit Cost/Price Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 65. | Total Modification Schedule Unit Cost/Price | | |
| 66. | *Order Schedule Quantity | 196397.17 | |
| 67. | Order Schedule Quantity Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 68. | Net Modification Order Schedule Quantity | | |
| 69. | Order Schedule Amount | $196,397.17 | |
| 70. | Order Schedule Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 71. | Total Modified Order Schedule Amount | | |

## SCHEDULE FUNDING INFORMATION

| | | Requesting Agency (Buyer) | | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72. | *Agency Treasury Account Symbol (TAS) | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| | | | | 070 | 2025 | 2025 | | 0300 | 000 | | | 028 | 2025 | 2025 | | 8704 | 000 |

| 73. | *Agency Business Event Type Code (BETC) | DISGF | COLL |
|---|---|---|---|
| 74. | Object Class Code | 25.3 | 11.1 |
| 75. | Additional Accounting Classification | Funding String EX 11-04-00-000 07-20-0000-00-00-00-00 GE-25-11-00 000000 SSASV01-000 | |
| 76. | *Bona Fide Need (Requesting Agency Only) | Required in association with Executive Order 14248 | |

## STANDARD LINE OF ACCOUNTING (SLOA) INFORMATION (Accounting Flex Field Values)
### To capture Agency Internal Accounting

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 77. | Accounting Classification Reference Number | | |
| 78. | Reimbursable Flag | | |
| 79. | Federal Award Identifier Number (FAIN) | | |
| 80. | Unique Record Identifier (URI) | | |
| 81. | Activity Address Code | | |
| 82. | Budget Line Item | | |

SSA-AR-0025

Order Number: _____

| 83. | Budget Fiscal Year | 2025 | 2025 |
|---|---|---|---|
| 84. | Security Cooperation | | |
| 85. | Security Cooperation Implementation Agency | | |
| 86. | Security Cooperation Case Designator | | |
| 87. | Security Cooperation Case Line Item Identifier | | |
| 88. | Sub-Allocation | | |
| 89. | Agency Accounting Identifier | | |
| 90. | Funding Center Identifier | | 4008048 |
| 91. | Cost Center Identifier | | |
| 92. | Project Identifier | | |
| 93. | Activity Identifier | | 6163 |
| 94. | Disbursing Identifier | | |
| 95. | Cost Element Code | | |
| 96. | Work Order Number | | |
| 97. | Functional Area | | |
| 98. | Agency Security Cooperation Case Designator | | |
| 99. | Parent Award Identifier (PAID) | | |
| 100. | Procurement Instrument Identifier (PIID) | | |
| **SCHEDULE SHIPPING INFORMATION** | | | |
| 101. | Ship To Address Identifier | | |
| 102. | Ship To Agency Title | | |
| 103. | Address 1 | | |
| 104. | Address 2 | | |
| 105. | Address 3 | | |
| 106. | Ship To City | | |
| 107. | Ship To Postal Code | | |
| 108. | Ship To State | | |
| 109. | Ship To Country Code | | |
| 110. | Ship To Location Description | | |
| 111. | Delivery/Shipping Information for Product Special Shipping Information | | |
| 112. | Delivery/Shipping POC Name | | |
| 113. | Delivery/Shipping Information for Product POC Title | | |
| 114. | Delivery/Shipping Information for Product POC E-mail Address | | |

SSA-AR-0026

Order Number: _____

| 115. | Delivery/Shipping Information for Product POC Telephone Number | | |
|------|------|------|------|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 116. | Agency Additional Information | | The estimated cost set forth in this agreement is based upon SSA's rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions. |

---

SSA-AR-0027

Order Number: _____

| | MODIFY ORDER |
|---|---|
| 117. | Modification Date (yyyy-mm-dd): |
| 118. | Brief explanation required for modifying this Order: |

| | CLOSE ORDER |
|---|---|
| 119. | Closing Date (yyyy-mm-dd): |
| 120. | Brief explanation required for closing this Order: |

| | REJECT ORDER |
|---|---|
| 121. | Rejection Date (yyyy-mm-dd): |
| 122. | Brief explanation required for rejecting this Order: |

## AGENCY POINT OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 123. | *Agency POC Name | Kalisha Ray | Anastasia Collins |
| | *Agency POC E-mail | | anastasia.collins@ssa.gov |
| | *Agency POC Phone No. | | 410-965-5413 |
| | Agency POC Fax No. | (b)(6) | |

## AGREEMENT APROVALS

### FUNDING OFFICIAL

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 124. | *Funding Official Name | Chauncey Burrell | Jessica Burns MacBride |
| | *Signature | CHAUNCEY N BURRELL — Digitally signed by CHAUNCEY N BURRELL Date: 2025.05.28 14:28:32 -04'00' | Jessica Burns-Macbride — Digitally signed by Jessica Burns-Macbride Date: 2025.05.27 13:46:52 -04'00' |
| | Funding Official Title | Budget Analyst | Acting Assistant Deputy Commissioner for OLP |
| | *Funding Official E-mail | | (b) (6) |
| | *Funding Official Phone No. | | |
| | Funding Official Fax No. | | |
| | *Funding Official Date Signed (yyyy-mm-dd) | (b)(6) | |

SSA-AR-0028

Order Number: _____

## PROGRAM OFFICIAL

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this Order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 125. | *Program Official Name | Chirag Bhavsar | Jessica Burns MacBride |
| | *Signature | CHIRAG BHAVSAR — Digitally signed by CHIRAG BHAVSAR Date: 2025.05.28 12:42:50 -04'00' | Jessica Burns-Macbride — Digitally signed by Jessica Burns-Macbride Date: 2025.05.27 13:47:29 -04'00' |
| | Program Official Title | Associate Chief of Operations | Acting Assistant Deputy Commissioner for OLP |
| | *Program Official E-mail | | (b) (6) |
| | *Program Official Phone No | | |
| | Program Official Fax No. | (b)(6) | |
| | *Program Official Date Signed (yyyy-mm-dd) | | |

## AGENCY PREPARER INFORMATION

### Requesting Agency (Buyer)

| | | |
|---|---|---|
| 126. | *Name | Kalisha Ray |
| | *Phone No. | |
| | *E-mail Address | |

(b)(6)

SSA-AR-0029

UNITED STATES GOVERNMENT
GENERAL TERMS & CONDITIONS (GT&C)
FS Form 7600A



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

| NEW OR MODIFIED GT&C | | |
|---|---|---|
| General Terms and Conditions (GT&C) Number | GT&C Number: A2505-070-028-078576 | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | Agency Agreement Tracking Number: CISIRWA25065 | Agency Agreement Tracking Number: RAFDHS250004 |
| | Modification Number: 0 | |
| | Status: Open | |
| AGENCY INFORMATION | | |
| 1. | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | Agency Name | Department of Homeland Security (DHS) United States Citizenship & Immigration Services (USCIS) | Social Security Administration |
| | Group Name | SAVE Program | DCRDP ODEPPIN RA |
| | Group Description | 5900 Capital Gateway Drive, Camp Springs, MD 20588 | Office of Data Exchange, Policy Publications, & International Negotiation Reimbursable Agreements |
| | Document Inheritance Indicator | Yes | Yes |
| | Agency Location Code (ALC) | 70011512 | 28040001 |
| | ALC Description | 70011512 - 070 - Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | 28040001 - 028 - SOCIAL SECURITY ADMINISTRATION - HQ - DIV. OF CENTRAL ACCTING OPERATIONS |
| | Subordinate Group | | DCRDP OISP RA - Office of Income Security Programs Reimbursable Agreements |
| | Cost Center | 07-20-0600-00-00-00-00 | |
| | Business Unit | Headquarters | |
| | Department ID | VER | |
| GT&C INFORMATION | | |

SSA-AR-0030

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                              Page 2

| 2. | GT&C Title | Citizenship and Immigration Status Verification Services | |
|---|---|---|---|
| 3. | Business Application | Standard Order Processing | |
| 4. | Order Originating Partner Indicator | Requesting Agency | |
| 5. | Agreement Period | Start Date: 05/15/2025 | End Date: 09/30/2025 |
| 6. | Termination Days | 30 | |
| 7. | Agreement Type | Multiple | |
| 8. | Advance Payment Indicator | Are Advance Payments allowed for GT&C? No<br><br>*If "Yes", the Servicing Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. | |
| 9. | Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions? No<br><br>*If "Yes", the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. | |
| ESTIMATED AGREEMENT AMOUNT | | | |
| 10. | Total Direct Cost Amount | $196,397.17 | |
| | Total Overhead Fees and Charges Amount | $0.00 | |
| | Total Estimated Amount | $196,397.17 | |
| | Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C? Yes<br><br>*If "Yes", G-Invoicing will not allow Order total to exceed the GT&C total. | |
| ADDITIONAL AGREEMENT INFORMATION | | | |
| 11. | Explanation of Overhead Fees and Charges | | |
| 12. | Requesting Scope | | |
| 13. | Requesting Roles | | |
| 14. | Servicing Roles | Refer to Information Sharing Letter Agreement. | |
| 15. | Restrictions | | |
| 16. | Assisted Acquisitions Small Business Credit Clause | The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency. | |
| 17. | Disputes | Disputes related to this IAA shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html. | |
| 18. | Requesting Assisted Acquisitions | | |
| 19. | Servicing Assisted Acquisitions | | |
| 20. | Requesting Clauses | | |

FS Form 7600A          Department of the Treasury | Bureau of the Fiscal Service          Revised March 2022

SSA-AR-0031

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                                      Page 3

| No. | | |
|---|---|---|
| 21. | Servicing Clauses | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions.<br><br>Within G-Invoicing, SSA may use G-Invoicing Representative Approvers to ministerially approve agreements (GT&C and Orders). Please refer to the Approved PDF Agreement in the attachment section of this GT&C and any underlying Orders for SSA s official approval. |
| 22. | Intentionally left blank | |
| 23. | Intentionally left blank | |

### CLOSE GT&C

| 24. | | |
|---|---|---|

### REJECT GT&C

| 25. | | |
|---|---|---|

### PREPARER INFORMATION

| 26. | Preparer Name | Anastasia Collins |
|---|---|---|
| | Preparer Phone | 4109655413 |
| | Preparer Email | anastasia.collins@ssa.gov |

### AGREEMENT APPROVALS

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s)

| | | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 27. | Name | KAREN TYLER | Jamillah Jackson |
| | Signature | Electronic Approval On File | Electronic Approval On File |
| | Title | MPA              (b)(6) | Representative Approver on behalf of Jessica Burns MacBride |
| | Email | | jamillah.n.jackson@ssa.gov |
| | Phone | | 4109653747 |
| | Fax | | |
| | Date Signed | 07/29/2025 | 07/30/2025 |
| | | Requesting Final Approval (required) | Servicing Final Approval (required) |
| 28. | Name | NICOLE WALKER | Jamillah Jackson |
| | Signature | Electronic Approval On File | Electronic Approval On File |
| | Title | Acting Budget Officer   (b)(6) | Representative Approver on behalf of Jessica Burns MacBride |
| | Email | | jamillah.n.jackson@ssa.gov |
| | Phone | | 4109653747 |
| | Fax | | |
| | Date Signed | 07/29/2025 | 07/30/2025 |

FS Form 7600A                Department of the Treasury | Bureau of the Fiscal Service                Revised March 2022

SSA-AR-0032

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                                      Page 4

| ATTACHMENTS | | | |
|---|---|---|---|
| Name | File Alias | Updated By | Date/Time |
| SSA Signed RAFDHS_250004_7600A_orc3a.pdf | | Collins, Anastasia (S) | 08/28/2025 07:55 AM |
| Legal Agreement USCIS SSA 5-15-25 fe.pdf | | Collins, Anastasia (S) | 06/24/2025 01:19 PM |
| SOW - SSA_D. AkpanO CC07082025 SSA cmts 7.31.25 final tracked.docx | | RAY, KALISHA (R) | 08/11/2025 01:30 PM |
| VER250028.pdf | | RAY, KALISHA (R) | 08/04/2025 10:21 AM |

FS Form 7600A          Department of the Treasury | Bureau of the Fiscal Service          Revised March 2022

SSA-AR-0033

Order Number: O2508-070-028-115617                                                                                          Page 1

# UNITED STATES GOVERNMENT
# ORDER FORM
# FS FORM 7600B



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity.

In accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

https://www.fiscal.treasury.gov/g-invoice

G-Invoicing Required Fields have an (*)

| | NEW OR MODIFIED ORDER | | |
|---|---|---|---|
| 1. | * Order Number | Order Number: O2508-070-028-115617 | |
| | | Order Modification Number: 0 | |
| 2. | Order Status | Open | |
| 3. | * General Terms & Conditions (GT&C) Number | A2505-070-028-078576 | |
| 4. | * Order Create Date | 08/08/2025 | |
| | PARTNER INFORMATION | | |
| 5. | * Assisted Acquisition Indicator | No | |
| 6. | * Period of Performance | Start Date: 05/15/2025 | End Date: 09/30/2025 |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 7. | * Agency Location Code (ALC) | 70011512 | 28040001 |
| 8. | * Agency Name | Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | SOCIAL SECURITY ADMINISTRATION - HQ - DIV. OF CENTRAL ACCTING OPERATIONS |
| 9. | Group Name | SAVE Program | DCRDP ODEPPIN RA |
| 10. | Cost Center | 07-20-0600-00-00-00-00 | |
| 11. | Business Unit | Headquarters | |
| 12. | Department ID | VER | |
| 13. | Order Tracking Number | CISIRWA25065 | RAFDHS250004 |
| 14. | Unique Entity ID | R76CSFHNTQK5 | |
| 15. | Funding Office Code (Buyer Only) | | |
| 16. | Funding Agency Code (Buyer Only) | | |

SSA-AR-0034

Order Number: O2508-070-028-115617                                                                 Page 2

| 17. | Comments | | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions. Within G-Invoicing, SSA may use Representative Approvers to ministerially approve agreements. Please refer to the Approved PDF Agreement in the attachment section of this Order for SSA's official approval. |
|---|---|---|---|

## AUTHORITY INFORMATION

| 18. | *Statutory Authority Fund Type Code | Economy Act | |
|---|---|---|---|
| 19. | Statutory Authority Fund Type Title | | |
| 20. | Statutory Authority Fund Type Citation | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 21. | Program Authority Title | | Section 1106(b) of the Social Security Act |
| 22. | Program Authority Citation | | Social Security Act, 42 U.S.C. § 1306 |

## ADVANCE INFORMATION
(Required by Servicing Agency if there is an advance.)

| 23. | Advance Revenue Recognition Methodology | |
|---|---|---|
| 24. | Advance Revenue Recognition Description (required if "Other") | |
| 25. | Advance Payment Authority Title | |
| 26. | Advance Payment Authority Citation | |
| 27. | Total Advance Amount | |

## DELIVERY INFORMATION
(Requesting Agency completes this section.)

| 28. | *FOB Point | Source/Origin |
|---|---|---|
| 29. | Constructive Receipt Days | |
| 30. | Acceptance Point | Source/Origin |
| 31. | Place of Acceptance | |
| 32. | Inspection Point | |

SSA-AR-0035

Order Number: O2508-070-028-115617                                                                           Page 3

| | | | |
|---|---|---|---|
| 33. | | Place of Inspection | |

## ORDER BILLING

(Servicing Agency completes this section.)

| 34. | * Billing Frequency | Quarterly |
|---|---|---|
| 35. | Billing Frequency Explanation | |

## ORDER BILLING

(Requesting Agency completes this section.)

| 36. | Priority Order Indicator | No |
|---|---|---|
| 37. | Capital Planning and Investment control (CPIC) | No |

## LINE ITEM

| L1 | | * Line Number | 1 |
|---|---|---|---|
| L1 | | Order Line Status | Active |
| L1 | | * Item Code | 9999 |
| L1 | | * Item Description | verification of citizenship information. |
| L1 | | * Line Costs Unit of Measure (UOM) | DO |
| L1 | | * Unit of Measure Description | Dollars, U.S. |
| L1 | | Total Line Costs | $196,397.17 |
| L1 | | Order Line Advance Amount | |
| L1 | | Product/Service Identifier | |
| L1 | | * Capitalized Asset Indicator | False |
| L1 | | Item UID Required Indicator | No |
| L1 | | * Type of Service Requirements | Severable |

## SCHEDULE SUMMARY

| L1 | S1 | * Schedule Number | 1 |
|---|---|---|---|
| L1 | S1 | Advance Pay Indicator | No |
| L1 | S1 | * Cancel Status (schedule) | Active |
| L1 | S1 | * Schedule Unit Cost/Price | $1.00 |
| L1 | S1 | * Order Schedule Quantity | 196,397.17 |
| L1 | S1 | Order Schedule Amount | $196,397.17 |

FS Form 7600B                     Department of the Treasury | Bureau of the Fiscal Service                     Revised April 2021

SSA-AR-0036

Order Number: O2508-070-028-115617                                                                        Page 4

## SCHEDULE FUNDING INFORMATION

| | | | Requesting Agency (Buyer) | | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| L1 | S1 | *Agency TAS | | | 070 | | | X | 5088 | 000 | | | 028 | 2025 | 2025 | | 8704 | 000 |
| L1 | S1 | *Agency Business Event Type Code | DISNGF | | | | | | | | COLL | | | | | | | |
| L1 | S1 | Object Class Code | 25.3 | | | | | | | | 11.1 | | | | | | | |
| L1 | S1 | Additional Accounting Classification | CISIRWA25065 | | | | | | | | | | | | | | | |
| L1 | S1 | *Description of Products and/or Services including Bona Fide Need for this order (Buyer Only) | verification of citizenship information. | | | | | | | | | | | | | | | |

## SLOA INFORMATION

*To capture Agency Internal Accounting

| | | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|---|
| L1 | S1 | Accounting Classification Reference Number | | |
| L1 | S1 | Reimbursable Flag | | Reimbursable |
| L1 | S1 | Federal Award Identifier Number (FAIN) | | |
| L1 | S1 | Unique Record Identifier (URI) | | |
| L1 | S1 | Activity Address | | |
| L1 | S1 | Budget Line Item | | |
| L1 | S1 | Budget Fiscal Year | | 2025 |
| L1 | S1 | Security Cooperation (FMS) | | |
| L1 | S1 | Security Cooperation Implementing Agency Code | | |
| L1 | S1 | Security Cooperation Case Line Item Identifier | | |
| L1 | S1 | Sub-Allocation | | |
| L1 | S1 | Agency Accounting Identifier | | |
| L1 | S1 | Funding Center Identifier | | 4008048 |
| L1 | S1 | Cost Center Identifier | | |
| L1 | S1 | Project Identifier | | |
| L1 | S1 | Activity Identifier | | 6163 |

FS Form 7600B                     Department of the Treasury | Bureau of the Fiscal Service                     Revised April 2021

SSA-AR-0037

| L1 | S1 | Disbursing Identifier | | |
|----|----|----|----|----|
| L1 | S1 | Cost Element Code | | |
| L1 | S1 | Work Order Number | | |
| L1 | S1 | Functional Area | | |
| L1 | S1 | Agency Security Cooperation Case Designator | | |
| L1 | S1 | Parent Award Identifier (PAID) | | |
| L1 | S1 | Procurement Instrument Identifier (PIID) | | |
| | | SCHEDULE SHIPPING INFORMATION | | |
| | | (Requesting Agency completes this section.) | | |
| L1 | S1 | Ship To Address Identifier | | |
| L1 | S1 | Ship To Agency Title | | |
| L1 | S1 | Address 1 | | |
| L1 | S1 | Address 2 | | |
| L1 | S1 | Address 3 | | |
| L1 | S1 | Ship To City | | |
| L1 | S1 | Ship To Postal Code | | |
| L1 | S1 | Ship To State | | |
| L1 | S1 | Ship To Country | | |
| L1 | S1 | Ship To Location Description | | |
| L1 | S1 | Delivery/Shipping Information for Product Special Shipping Information | | |
| L1 | S1 | Delivery/Shipping POC Name | | |
| L1 | S1 | Delivery/Shipping Information for Product POC Title | | |
| L1 | S1 | Delivery/Shipping Information for Product POC E-mail Address | | |
| L1 | S1 | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | | Requesting Agency (Buyer) | Servicing Agency (Seller) |

SSA-AR-0038

| L1 | S1 | Agency Additional Information | | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions. |

## CLOSE ORDER

| 38. | Closing Date | |
| --- | --- | --- |
| | Closing Comments | |

## REJECT ORDER

| 39. | Reject Date | 08/29/2025 |
| --- | --- | --- |
| | Reject Comments | Updates to line description, type of service requirements, and bona fide need fields. |

## AGENCY POINTS OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| --- | --- | --- | --- |
| 40. | *Agency POC Name | Kalisha Ray          (b)(6) | Anastasia Collins |
| | *Agency POC E-mail | | Anastasia.Collins@ssa.gov |
| | *Agency POC Phone No | | 410-965-5413 |
| | Agency POC Fax No | | |

## AGREEMENT APPROVALS

### Funding Official

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| --- | --- | --- | --- |
| 41. | *Funding Official Name | Chauncey Burrell | Jamillah Jackson |
| | *Signature | Electronic Approval On File | Electronic Approval On File |
| | Funding Official Title | Management and Program Analyst (b)(6) | Representative Approver on behalf of Susan Wilschke |
| | *Funding Official E-mail | | jamillah.n.jackson@ssa.gov |
| | *Funding Official Phone No | | 4109653747 |
| | Funding Official Fax No | | |
| | Funding Official Date Signed | 08/06/2025 | 09/04/2025 |

### Program Official

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| --- | --- | --- | --- |
| 42. | *Program Official Name | Chirag Bhavsar | Jamillah Jackson |

SSA-AR-0039

|  | *Signature | Electronic Approval On File | Electronic Approval On File |
|---|---|---|---|
|  | Program Official Title | Associate Chief of Operations    (b)(6) | Representative Approver on behalf of Susan Wilschke |
|  | *Program Official E-mail |  | jamillah.n.jackson@ssa.gov |
|  | *Program Official Phone No |  | 4109653747 |
|  | Program Official Fax No |  |  |
|  | Program Official Date Signed | 08/07/2025 | 09/04/2025 |

| AGENCY PREPARER INFORMATION | | | |
|---|---|---|---|
|  |  | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 43. | *Name | KALISHA RAY | Anastasia Collins |
|  | *Phone No |  | 4109655413 |
|  | *E-mail Address |  | anastasia.collins@ssa.gov |

| ATTACHMENTS | | | |
|---|---|---|---|
| Name | File Alias | Uploaded By | Date/Time |
| SSA Signed RAFDHS_250004_7600B orc3a.pdf |  | (b)(6) | 08/28/2025 08:20 AM |

SSA-AR-0040


U.S. Citizenship
and Immigration
Services

## Statement of Work

1.  **Title of Project**
    Citizenship and Immigration Status Verification Services

2.  **Period of Performance**
    05/15/25-09/30/25

3.  **Authority**
    Reimbursement for activities related to this Statement of Work (SOW) shall be in accordance with the Economy Act, 31 U.S.C. 1535.

    DHS-USCIS is authorized to participate in this information sharing under the authority of the Immigration and Nationality Act, Section 103, 8 U.S.C. § 1103, and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Section 642, codified at 8 U.S.C. § 1373(c).

    SSA will provide DHS-USCIS information in accordance with 8 U.S.C. § 1373(a) and 42 U.S.C. § 1306.

    This information sharing is also subject to requirements of:
    - The Privacy Act of 1974, 5 U.S.C. § 552a;
    - The Federal Information Security Management Act of 2014 (FISMA; Pub. L. 113-283);
    - 20 C.F.R. § 401.120; and
    other laws, rules, regulations and applicable agency policies

4.  **Parties**
    The parties to this Statement of Work are the U.S. Citizenship and Immigration Services (USCIS) also known as the "Requesting Agency," and the Social Security Administration (SSA), also known as the "Servicing Agency."

    **The Agency Point of Contacts:**

5.  **USCIS Technical Representative**
    Chirag Bhavsar,                                              (b)(6)

6.  **USCIS Program Manager**
    Brian Broderick,

7.  **SSA Point of Contact:**
    Anastasia Collins, Anastasia.collins@ssa.gov, 410-965-5413

8.  **Project Background**
    SAVE's citizenship information verification initiative seeks to provide timely

Page 1

SSA-AR-0041



verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number, or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS seeks access to SSA information accessed through the DHS-USCIS Verification Information System (VIS) for the purpose of verifying the citizenship and immigration status for benefits and licenses, as authorized by section 103 of the Immigration and Nationality Act, Pub. L No. 82-414, as amended, 8 U.S.C. § 1103, Section 121(c)(1), Part C, of the Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 42 U.S.C. § 1320b-7 and note, and section 642 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, as amended, 8 U.S.C. § 1373(c).

SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.

9. **Scope**
This Statement of Work, the Information Sharing Letter Agreement (dated May 15, 2025), and the applicable financial forms (i.e., FS Forms 7600A and 7600B) constitute the entire Agreement of the Parties with respect to the purposes set forth in this Agreement. SSA and DHS-USCIS have made no representations, warranties, or promises outside of this Agreement for use of data as described in this Agreement. This Agreement takes precedence over any other documents that may be in conflict with it, including any conflicting terms in any Interconnection Security Agreement ("ISA") entered into in accordance with NIST SP 800-47 governing the interconnection between information technology systems that will be utilized for the transfer of information under this Agreement.

10. **SSA's Responsibilities**
Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Master Files of Social Security Number (SSN) Holders and SSN Applications ("Enumeration System"), 60-0058, system of records. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

SSA will provide responses to the SAVE queries within one second or less.

SSA will inform USCIS when its systems have a scheduled outage or planned maintenance that may negatively affect service.

SSA-AR-0042



SSA will safeguard any personally identifiable information (PII) obtained from SAVE agencies through the SAVE process in accordance with FISMA. SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**USCIS' Responsibilities**:
USCIS will only submit verification requests to SSA for authorized purposes.

USCIS will notify SSA of any pending or final changes in the statutory or regulatory requirements concerning SAVE.

USCIS will inform SSA if the SAVE system or other related connectivity system has a scheduled outage or planned maintenance that may negatively affect service.

After discovering a connectivity issue that may negatively affect SAVE service, USCIS will inform SSA.

USCIS will safeguard any PII obtained from SSA in accordance with the Privacy Act (5 U.S.C. § 552a) and FISMA. USCIS will limit access to this information to USCIS employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

11. **Security Components**
    SSA and USCIS will comply with FISMA, 44 U.S.C. § 3551 et seq., as amended by the Federal Information Security Modernization Act of 2014 (Pub. L. 113-283); FIPS, Mandatory Security Processing Standards 199 & 200; related OMB circulars and memoranda, including revised Circular A- 130, Management of Federal Information Resources (July 28, 2016); National Institute of Standards and Technology (NIST) directives; and the Federal Acquisition Regulations (FAR). These laws, regulations, and directives provide requirements for safeguarding Federal information systems and PII used in Federal agency business processes, as well as related reporting requirements.

    FISMA requirements apply to all Federal contractors, organizations, or sources that possess or use Federal information, or that operate, use, or have access to Federal information systems on behalf of an agency. Each agency receiving information under this DSA is responsible for oversight and compliance of its contractors and agents with FISMA requirements.

12. **Deliverables**
    SSA will disclose to USCIS data from the Enumeration System, 60-0058, last published in full at 90 Fed. Reg. 10025 (February 20, 2025).

    USCIS will maintain information provided by SSA in its system of records entitled,

SSA-AR-0043



U.S. Citizenship
and Immigration
Services

"DHS/U.S. Citizenship and Immigration Services (USCIS)-004 Systematic Alien Verification for Entitlements (SAVE) Program System of Records."

Specified Data Elements

1. USCIS will provide SSA with the individual's name, including other names used as applicable, date of birth, and either the full or partial SSN.

2. SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not verified" response, the reason for the "not verified" will be provided. In rare circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these cases, SSA will provide a reason of "other".

3. SSA's responses will contain the following:

- SSN Match (True/False)
- Full SSN for all matches (when a partial SSN is provided)
- Name Match (True/False)
- Date of Birth Match (True/False)
- Citizenship/Foreign Indicator
  - Blank – Citizenship code is blank and foreign-born indicator is blank
  - Citizenship code is blank and foreign-born indicator is *
  - "A" - U.S. Citizen
  - "B" - Legal alien, eligible to work
  - "C" - Legal alien, not eligible to work
  - "D" - Other
  - "E" - Alien Student - restricted work authorized
  - "F" - Conditionally legalized alien
- Alien Registration Number (where applicable)
- Death Indicator (Yes Deceased / Not Deceased)
- Error code descriptions (transaction and record levels)

An applicant for an original SSN provides identifying information, including citizenship, upon application for that number.  However, there is no obligation for the SSN holder to report a subsequent change in immigration status to SSA unless that SSN holder files a claim for benefits.  Thus, some previously established citizenship information in SSA's records might not be current. There is no obligation for an individual to report to SSA a change in their citizenship or immigration status until they request a replacement card or file a claim for a Social Security benefit.  While the citizenship information is accurate for SSA's program purposes, if used later for other purposes, it may not be current.  SSA is not the custodian of U.S. citizenship records

For individuals whom USCIS provides only a partial SSN, SSA will search our Numident database using USCIS' supplied names and DOBs, and will only return a response record and full SSN in situations where the alpha search identifies a single individual.

Page 4

SSA-AR-0044



U.S. Citizenship
and Immigration
Services

13. **Place of Performance**

The performance or delivery by USCIS of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of USCIS. If for any reason USCIS delays or fails to provide services, or discontinues the services or any part thereof, USCIS is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

The performance or delivery by SSA of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with the duties described in the Information Sharing Letter Agreement. If for any reason SSA delays or fails to provide services, or discontinues the services or any part thereof, SSA is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Enumeration System. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

This SOW shall be effective upon the signature of the last signatory hereto and shall continue until the end of the Period of Performance described in Section 2.

14. **Billings and Accompanying Documentation**
SSA will bill USCIS for services rendered on a quarterly basis using the Treasury G-Invoicing System and collect said charges via Intra-governmental Payment and Collection (IPAC).
Accompanying documentation includes the LETTER AGREEMENT PROVIDING FOR INFORMATION SHARING BETWEEN THE DEPARTMENT OF HOMELAND SECURITY (DHS), U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) AND THE SOCIAL SECURITY ADMINISTRATION (SSA) REGARDING CITIZENSHIP, and the FS Forms 7600A and 7600B.

15. **Modification**
Modifications to this Agreement must be in writing and agreed to by the parties.
This Agreement may be terminated by either party upon 30 days advance written notice.
If legislation is enacted that affects SAVE functions or provides for new functionality, the parties agree to modify this Agreement as appropriate to cover any new provisions.

16. **Dispute Resolution**
Disagreements on the interpretation of the provisions of this SOW that cannot be resolved between USCIS and the SSA point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at

SSA-AR-0045



this level, the disagreement will be elevated to the next level in accordance with DHS-USCIS procedures for final resolution.

**17.     Termination**
This Agreement may be terminated by either party upon 30 days advance written notice **or terminated in accordance with the provisions of** this Agreement.

SSA-AR-0046

## REQUISITION — MATERIALS-SUPPLIES-EQUIPMENT

### SEE INSTRUCTIONS ON REVERSE

| | |
|---|---|
| **1. NUMBER** | VER250028 |
| **2. DATE** | 21-MAY-2025 |
| **3. ACTIVITY SYMBOL** | See Attachment A |

**4. TO: NAME AND ADDRESS** -- PROCUREMENT SECTION (OR STOREROOM)
USCIS
BURLINGTON CONTRACTING OFFICE
70 KIMBALL AVE
SOUTH BURLINGTON, VT 05403

**5. FROM: NAME AND ADDRESS** -- REQUISITIONER
DHS-USCIS-VERIFICATION DIVISION

(b)(6)

5900 CAPITAL GATEWAY DRIVE, MAIL STOP 2600
CAMP SPRINGS, MD 20529-0009
US

| STOCK NUMBER | DESCRIPTION OF ARTICLE (MAKE, MODEL, TYPE, SIZE, COLOR, MFGR., ETC) | QUANTITY | UNIT | COST UNIT PRICE | COST AMOUNT | ACTION CODE |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| CLIN 0001 | INITIAL DEVELOPMENT COSTS AND TRANSACTIONS | 1 | EA | 196,397 17 | 196,397 17 | |

**Justification:**
TO FUND THE SOCIAL SECURITY ADMINISTRATION (SSA) SAVE OPTIMIZATION INITIAL DEVELOPMENT COSTS AND QUERIES.  PROPOSED POP: 5/23/58-5/22/26

**Recommended Vendor:**
No Recommended Vendor

| 13. SIGNATURE OF APPROVING OFFICIAL | Date | 14. TITLE OF APPROVING OFFICIAL |
|---|---|---|
| F L OWENS | 21-MAY-2025 | SUPVY MGMT & PROG ANAL |

| 24. SIGNATURE OF FUNDING OFFICIAL | Date | 25. TITLE OF FUNDING OFFICIAL | 15. TOTAL |
|---|---|---|---|
| R A COX | 21-MAY-2025 | MGMT & PROG ANAL | 196,397 17 |

| 16. KEY TO ACTION CODE | | | | PROCUREMENT SECTION (OR STOREROOM) | |
|---|---|---|---|---|---|
| S | SUBSTITUTE ITEM | 2 | CANCELLED--NOT STOCKED | **17. DATE RECEIVED** | **19. PURCHASE ORDER** |
| B | BACK ORDERED | 3 | CANCELLED--NOT ABLE TO IDENTIFY | | DATE / NUMBER |
| D | PURCHASED FOR DIRECT SHIPMENT | 0 | OTHER -- AS INDICATED | **18. APPROVED** | |
| 1 | CANCELLED--STOCK EXHAUSTED | | | | |

I CERTIFY THAT THE ABOVE ARTICLES -- COLUMNS 3, 9 AND 12 - HAVE BEEN RECEIVED.

| 20. LOCATION | 21. DATE | 22. SIGNATURE | 23. TITLE |
|---|---|---|---|
| | | | |

**United States Department Of Homeland Security**
**Us Citizenship & Immigration Svcs**

**FORM G-514 (REV. 8-1-5**

Page   1   of   3

SSA-AR-0047

## INSTRUCTIONS

### Use

Use Form G-514 - continued on Form G-514.1 -- To requisition materials, supplies, and equipment through the Procurement section of the Regional (or Central) Office; or from a Service-operated Storeroom.

### Copies - Distribution

Prepared by requistioner in an original and two copies, sending original (white) and Copy 1 (pink) to: Procurement Section (or Storeroom), and retaining Copy 2 (green). Procurement Section (or Storeroom) shall, as a rule, pack Copy 1 with shipment, or return it to requisitioner with appropriate advice.

### Entries

**By requisitioner:**

1. Number consecutively, beginning with number one each fiscal year, and prefix with alphabetic location symbol and last two digits of fiscal year (e.g., MIA-58-1, MIA-58-2, MIA-58-3, etc., MIA-59-1, MIA-59-2, MIA-59-3, etc.). Number continuation sheets with numerical suffix(e.g., MIA-58-1.1, MIA-58-1.2, MIA-58-1.3, etc).
2. Enter date of preparation.
3. Enter numerical symbol of activity which will benefit from use of articles.
4. Enter name and address of Procurement section (or Storeroom)(e.g., Procurement Section, Immigration and Naturalization Service, Richmond, VA).
5. Enter full name, title, and address so that shipping label may be prepared without reference to address directory. If consignee is other than requisitioner, enter shipping instructions under Entry 7.
6. Enter form numbers; stock number shown in "Stores Stock Catalog" and "Federal Supply Schedules."
7. Enter full description of article; attach sketches, plans, samples, etc. If consignee is other than requisitioner, enter shipping instructions.
8. Enter issue - unit quantity.
9. Enter unit of issue (e.g., each, doz., C, gross, ream, M; lb., cwt, ton: bag, ball, bbl., bot., box, can, pkg., roll, tube; pt., qt., gal., etc.)
13. Signature of approving official.
14. Enter title of approving official.
24. Signature of funding official.
25. Enter title of funding official.

**By Procurement Section ( or Storeroom):**

10. Enter unit price.
11. Enter product of Entries 8 and 10.
12. Enter symbol of action taken. See Entry 16.
15. Enter total of amounts under Entry 11.
17. Enter date requisition received.
18. Signature of approving officer.
19. Enter, if issued, date and number of purchase order.

**By consignee:**

20. Enter address - city and state.
21. Enter date shipment received.
22. Signature of employee authorized to accept delivery.
23. Enter title of receiving employee.

United States Department Of Homeland Security

Us Citizenship & Immigration Svcs

**FORM G-514 (REV. 8-1-5**

SSA-AR-0048

# Form G-514

## REQUISITION - MATERIALS-SUPPLIES-EQUIPMENT
## Activity Symbols
## ATTACHMENT A

**REQUISITION NUMBER:**   **VER250028**

| Item No. | Contract No. | Task Ord No. | Project | Task | Fund | Program | Organization | Object | UDF | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SSASV01 | 000 | EX | 11-04-00-000 | 07-20-0000-00-00-00-00 | GE-25-11-00 | 000000 | $196,397.17 |

### APPROPRIATION SYMBOL CROSSWALK:

| FUND | FY | TAS | TITLE | AMOUNT |
|---|---|---|---|---|
| EX | 2025 | 70X5088 | Immigration Examination Fees, Immigration Services, Department of Homeland Security | 196,397.17 |

United States Department Of Homeland Security

Us Citizenship & Immigration Svcs

**FORM G-514 (REV. 8-1-5)**                     Page    3    of    3

SSA-AR-0049

For Official Use Only



# Interconnection Security Agreement Addendum between the U.S. Department of Homeland Security U.S. Citizenship and Immigration Services and the Social Security Administration (SSA) via the Homeland Security Enterprise Network (HSEN)

## Verification Information System (VIS) Systematic Alien Verification for Entitlements (SAVE)

### and

## Enterprise Data Exchange Network (EDEN) Social Security Number (SSN) Verification

Version 1.9

**June 12, 2025**

**WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of the DHS, USCIS, and the SSA Network Disclosure Offices.**

SSA-AR-0050

For Official Use Only

**DOCUMENT CHANGE HISTORY**

| Version | Date | Description/Author |
|---|---|---|
| 1.0 | 05/08/2025 | USCIS VIS SAVE Team drafted ISA |
| 1.1 | 05/09/2025 | USCIS VIS SAVE Team provided additional updates |
| 1.2 | 05/09/2025 | USCIS ISA Support Team reviewed draft ISA |
| 1.3 | 05/12/2025 | USCIS ISA Support Team added additional diagram and finalized for external review |
| 1.4 | 05/28/2025 | SSA ISA Team reviewed the draft and provided comments. |
| 1.5 | 06/04/2025 | USCIS ISA Support Team reviewed SSA updates |
| 1.6 | 06/05/2025 | USCIS ISA Support Team added note regarding DXBS system and finalized for signatures |
| 1.7 | 06/10/2025 | SSA ISA Team provided additional updates to the ISA |
| 1.8 | 06/12/2025 | USCIS VIS Team concurred with updates |
| 1.9 | 06/12/2025 | USCIS ISA Support Team finalized for signatures |

SSA-AR-0051

**For Official Use Only**

---

## TABLE OF CONTENTS

1.0    PURPOSE..................................................................................................................4
   1.1    Scope ...........................................................................................................4
   1.2    ISA Addendum Requirement for Types of System Interconnection................................4
   1.3    Security Network Connectivity Policy............................................................5
   1.4    References ...................................................................................................5
2.0    INTERCONNECTION JUSTIFICATION ......................................................................5
3.0    SECURITY CONSIDERATION ...................................................................................6
   3.1    General Information/Data Description ...........................................................6
   3.2    ISA Requirements Within and Across Organizational Boundaries....................7
   3.3    User Community ...........................................................................................7
   3.4    Specific Equipment/Service Restrictions .....................................................8
4.0    TOPOLOGICAL DRAWING...................................................................................12
5.0    SIGNATORY AUTHORITY....................................................................................16
Appendix A - Ports, Protocols, Services Chart.......................................................17

## TABLES AND FIGURES

Table 1: Points of Contact..........................................................................................5
Table 2: FIPS 199 Security Categorization ...............................................................7
Figure 1: USCIS VIS Interconnection With SSA EDEN ...........................................12
Figure 2: Basic Connectivity Diagram ......................................................................13
Figure 3: Event Diagram for the Connectivity and Encryption..................................14
Figure 4: SSA's Diagram for the Connectivity………………………………………………15
Table A-1: Chart .......................................................................................................17

---

SSA-AR-0052

## 1.0    PURPOSE

This Interconnection Security Agreement (ISA) Addendum is to follow the same authority and scope as the original Master ISA (MISA) between the Social Security Administration (SSA) and the Department of Homeland Security (DHS) Homeland Security Enterprise Network (HSEN) dated *January 9, 2023*. *Note: A new circuit or change of address requires a new ISA.*

This ISA is required by Federal and DHS policy and establishes individual and organizational security responsibilities for the protection and handling of unclassified information between the DHS HSEN, U.S. Citizenship and Immigration Services (USCIS), and the Social Security Administration (SSA). Any specific requirements of both signatory organizations are also included.

*Note: This is an ISA addendum that establishes connections between DHS component systems and SSA systems. This ISA addendum requires that an MISA between DHS and SSA exists. This ISA addendum, when signed, becomes an addendum to the DHS / SSA MISA and inherits the MISA expiration date. A copy of this ISA, when signed, will be forwarded to SSA and DHS component system owners. It is the responsibility of the DHS component system owners to review this ISA addendum annually and to renew it every three years.*

## 1.1  Scope

This interconnection addendum addresses the application and control data traversing the communications networks between USCIS and SSA. The network connectivity is addressed in the MISA between DHS HSEN and the SSA.

## 1.2  ISA Addendum Requirement for Types of System Interconnection

The system interconnection between DHS HSEN and SSA is characterized as a network interconnection. Information exchange is encrypted using a Federal Information Processing Standard (FIPS) 140-3 validated IPSec AES-256 compliant encryption algorithm over the DHS Extranet configured with IPSec encrypted tunnels between the two endpoints. The interconnection between USCIS and SSA is a bi-directional path designed expressly for the exchange of data between systems.

This ISA identifies the System Owner and Authorizing Official (AO) of the applicable systems. The System Owner and AO for the network are documented in the MISA between DHS HSEN and the SSA.

> **Note:** For any new ISAs or ISA renewals associated with USCIS Systems, please reach out to the USCIS ISA Support Team at #uscisisasupport@uscis.dhs.gov and not the USCIS POCs listed below. The USCIS ISA Support Team is responsible for reviewing all USCIS ISAs and will route for USCIS reviews and signature.

SSA-AR-0053

For Official Use Only

**Table 1: Points of Contact**

| USCIS VIS SAVE POCs | SSA EDEN POCs |
|---|---|
| **Authorizing Official (AO):**<br>David A. Blair<br>Acting Chief Information Officer<br>Ph(O): 202-304-2983<br>david.a.blair@uscis.dhs.gov | **Authorizing Official (AO):**<br>Joe Cunningham<br>Acting Chief Information Security Officer<br>Ph(O): 410-965-3098<br>Joe.Cunningham@ssa.gov |
| **System Owner:**<br>Robert J. Uzel<br>Ph(O): 202-257-1505<br>robert.j.uzel@uscis.dhs.gov | **System Owner:**<br>Ann Amrhein<br>Ph(O): 410-965-9019<br>Ann.Amrhein@ssa.gov |

## 1.3  Security Network Connectivity Policy

Reference the specific MISA Agreement between DHS HSEN and SSA, dated *January 9, 2023*, for this section.

## 1.4  References

Reference the specific MISA Agreement between DHS HSEN and SSA, dated *January 9, 2023*, for this section.

## 2.0    INTERCONNECTION JUSTIFICATION

DHS-USCIS VIS SAVE's citizenship information verification initiative seeks to provide timely verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number (SSN), or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS VIS SAVE seeks access to SSA information for the purpose of verifying the citizenship and immigration status for benefits and licenses. SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.

The requirements for interconnection between the two systems is for the express purpose of exchanging data between the DHS HSEN owned, operated, and managed by DHS OCIO, and the SSA WAN owned, operated, and managed by the SSA.

The purpose of the interconnection is to provide VIS SAVE users access to SSA data and functions. In order for VIS SAVE to accomplish its mission, the VIS SAVE needs access to the following SSA resources:
- SSN
- Name
- DOB
- Citizenship

SSA-AR-0054

Application Description:
Data Exchange Business Services (DXBS) system - will provide data exchange customers, both internal and external to SSA, with a centralized, interactive, and dynamic user-friendly experience for requesting, sending, receiving, and administering incoming and/or outgoing data exchanges. DXBS addresses the problems that both internal and external data exchange and Name SSN Verification customers experience with the existing data exchange processes, applications, and workload. DXBS provides a holistic solution, generating greater value for our customers and maximize the Return on Investment for the agency.

## 3.0    SECURITY CONSIDERATION

This section describes the security mechanisms in place to secure the connections between both systems. It outlines what the security considerations are, and which organization is responsible for each. In some cases, both organizations will share security responsibility.

## 3.1  General Information/Data Description

The network interconnection between SSA and DHS is described in the DHS HSEN and the SSA Master ISA to which this is an addendum.

USCIS data is classified as For Official Use Only (FOUO) and is the highest classification of data that will pass over this interconnection. The exchanged data *does* contain Personally Identifiable Information (PII) such as name, date of birth, and passport number.

USCIS will connect in real time through an Application Programming Interface (API) connection with SSA Enterprise Data Exchange Network (EDEN) to provide an individual's name, including other names used as applicable, date of birth, and either the full or partial SSN.

Note: The SSA EDEN system is a child system within the SSA DXBS system.

SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not verified" response, the reason for the "not verified" will be provided. In rare circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these cases, SSA will provide a reason of "other".

SSA's responses will contain the following:

- SSN Match (True/False)
- Name Match (True/False)
- Date of Birth Match (True/False)
- Citizenship Indicator
  - o  "A" - U.S. Citizen
  - o  "B" - Legal alien, eligible to work
  - o  "C" - Legal alien, not eligible to work
  - o  "D" - Other
  - o  "E" - Alien Student - restricted work authorized
  - o  "F" - Conditionally legalized alien

SSA-AR-0055

For Official Use Only

- Foreign Born Indicator (Citizenship code is not present, but individual was foreign born)
- Alien Registration Number (where applicable)
- Death Indicator (Yes Deceased / Not Deceased)
- Error code descriptions (transaction and record levels)

## 3.2 ISA Requirements Within and Across Organizational Boundaries

IT equipment within the boundary of the DHS HSEN is owned, operated, and maintained by DHS government employees or contracted services. All DHS IT equipment will be hardened, at a minimum, per DHS 4300A hardening guidelines or specific waivers to hardening guidelines requested, documented, and approved by the appropriate Information System Security Manager (ISSM).

IT equipment within the boundary of the SSA is owned, operated, and maintained by SSA employees or contracted services. SSA IT equipment will be hardened, at a minimum, per SSA Security Policy and SSA Hardening Documents.

The DHS HSEN and USCIS shall protect the data in order to maintain confidentiality, integrity, and availability of the data and information systems. The DHS data and information system will be protected in accordance with DHS Sensitive Systems Policy Directive 4300A, NIST SP 800-53 assigned minimum security controls, and FIPS 199 Security Categorization. The interconnection will be protected to the requirements of the higher categorized system.

SSA shall protect the data in order to maintain confidentiality, integrity, and availability of the data and information systems. SSA data and information systems will be protected in accordance with SSA Information Technology Security Program and SSA Security Policy. The NIST SP 800-53 assigns minimum security controls based on the FIPS 199 Security Categorization of both systems. The interconnection will be protected to the requirements of the higher categorized system.

**Table 2: FIPS 199 Security Categorization**

| System | Confidentiality | Integrity | Availability | Overall |
|---|---|---|---|---|
| USCIS SAVE | Moderate | Moderate | Moderate | Moderate |
| SSA EDEN | Moderate | Moderate | Moderate | Moderate |
| DHS HSEN | High | High | High | High |

## 3.3 User Community

The user community is comprised of SSA EDEN employees and contracted personnel. System access will be restricted (based on a need-to-know and approved by the respective organizations) to authorized network and system administrators and security/operations staff at the respective facilities. All users will have appropriately adjudicated suitability Background Investigations (BI) and will be U.S. citizens.

SSA-AR-0056

For Official Use Only

The USCIS user community is comprised of USCIS SAVE System users from US federal, state, and local government agencies.

## 3.4  Specific Equipment/Service Restrictions

The use of specific prohibited or restricted services, protocols, and ports listed in the DHS 4300A "*Information Technology Security Program, Sensitive Systems*" require an approved waiver or exception agreement between the system AOs. Any additional interconnections to either system shall be documented in the appropriate security documentation and each party shall be notified of the new interconnections. The SSA EDEN and USCIS SAVE interconnection does not include any unauthorized protocols.

- **Segregation of Duties.** The management or execution of certain duties will be divided between two or more individuals. Examples of duties that might be segregated include auditing, managing user profiles, and maintaining equipment.

- **Incident Reporting.** The party discovering a security incident impacting this interconnection or associated data exchange will report it in accordance with its incident reporting procedures and within one (1) hour of discovery.

  DHS Incident Reporting Procedure
  Refer to Master DHS ISA.

  **SSA's Incident Reporting Procedure**
  o   SSA's incident reporting process requires the reporting of any activities that may compromise the confidentiality, integrity, or availability of agency information or Information Systems.
  o   Security incidents involving SSA information and/or data should be reported to the Security Operations Center (SOC) at SOC@ssa.gov within one (1) hour of discovery.

- **Audit Trail Responsibilities.** Both parties are responsible for auditing and user activities involving the interconnection. The recorded activities should include event type, date and time of event, user identification, workstation identification, success or failure of access attempts, and security actions taken by system administrators or security officers. Audit logs are to include administrator actions regarding data transfers across VPN interconnections.

- **Security Parameters.** The SSA and USCIS both agree to maintain adequate security controls in accordance with FIPS 199, FIPS 200 and NIST SP 800-53 Recommended Security Controls for Federal Systems, including specific access control lists (ACL) at perimeter routers and firewalls, to permit outbound and inbound network traffic for only specified protocols, ports, and hosts. Routers and firewalls shall be configured to prevent exploitation of the interconnection to gain unauthorized access to other organizations or interconnected IT systems, networks, devices, and resources. Security controls to provide this protection include:

  o   Protection against malicious software by using antivirus software that is updated frequently on all systems that process data.
  o   Separate authentication required to access each of the interconnected systems.
  o   Detection, refusal, and logging of any connection attempt from a non-prescribed host.

SSA-AR-0057

For Official Use Only

Detection, refusal, and logging of any request for an unapproved service or use of the interconnection.

- **Data Backup.** If backups are required, the following types of data [PII] will be backed up at a daily frequency, and backups will be performed by the originating parties. Critical data is to be backed up regularly, stored in a secure off-site location to prevent loss or damage, and retained for a period approved by both parties. Similarly, audit logs should be copied, stored in a secure location, and retained for a period approved by both parties.

- **Change Management.** In the event that USCIS or SSA make changes which trigger the need for re-authorization it would require the ISA to be updated and reauthorized by both parties.

- **Training and Awareness.** Each agency shall require that 1) employees and contractors complete annual security and privacy awareness training and 2) personnel with access to this interconnection shall complete specialized security training (e.g., operational) commensurate with the ISA responsibilities.

- **Security Documentation.** SSA and USCIS adhere to the NIST regulations governing Security Assessment and Authorization (SA&A) for all security authorization boundaries. Applicable System Security Plans (SSPs) are to be updated.

- **Identification and Authentication.** Identification and authentication is used to prevent unauthorized personnel from entering an IT system. Strong mechanisms are in place to identify and authenticate users to ensure that they are authorized to access the interconnection. Mechanisms that may be used include user identification and passwords, digital certificates, authentication tokens, biometrics, and smart cards. If passwords are used, they are at least eight characters long, have a mixture of alphabetic and numeric characters, and are changed at predetermined intervals. Master password files are encrypted and protect against unauthorized access. If digital signatures are used, the technology conforms to Federal Information Processing Standard (FIPS) 186-4, Digital Signature Standard (DSS). Depending on data sensitivity, organizations may permit users to access the interconnection after they have authenticated to their local domain, reducing the need for multiple passwords or other mechanisms. Applications operating across the interconnection could rely on authentication information from the user's local domain, using a proxy authentication mechanism.

- **Logical Access Controls.** Logical access controls are in place to designate users who have access to system resources and the types of transactions and functions they are permitted to perform. Access control lists (ACL) and access rules specify the access privileges of authorized personnel, including the level of access and the types of transactions and functions that are permitted (e.g., read, write, execute, delete, create, and search). Hardware and software are configured with ACLs, or the ACLs are administered offline and distributed to routers and other devices. Access control rules are in place to grant appropriate access privileges to authorized personnel, based on their roles or job functions. Only system administrators have access to the controls. In addition, a log-on warning banner is in place to notify unauthorized users that they have accessed a federal computer system and unauthorized use can be punishable by fines or imprisonment. The terms of the warning have been approved by each organization's Legal Counsel.

SSA-AR-0058

For Official Use Only

- **Virus Scanning.** Data and information that pass from one IT system to the other are scanned with antivirus software to detect and eliminate malicious code, including viruses, worms, and Trojan horses. Antivirus software is installed on all servers and computer workstations linked to the interconnection. The software is automatically updated and properly maintained with current virus definitions. In addition, virus scanning is included in user training to ensure that users understand how to scan computers, file downloads, and e-mail attachments. Procedures are written and responsibilities are assigned for responding to and recovering from malicious code attacks.

- **Scheduling.** A preliminary schedule for all activities involved in planning, establishing, and maintaining the interconnection will be developed. Also, both parties agree to the schedule and conditions for terminating or reauthorizing the interconnection.

- **Planned Disconnection.** The decision to terminate the interconnection should be made by the system owner with the advice of appropriate managerial and technical staff. Before terminating the interconnection, the initiating party should notify the other party in writing, and it should receive an acknowledgment in return. The notification should describe the reason(s) for the disconnection, provide the proposed timeline for the disconnection, and identify technical and management staff who will conduct the disconnection.

  The schedule for terminating the interconnection should permit a reasonable period for internal business planning so both sides can make appropriate preparations, including notifying affected users and identifying alternative resources for continuing operations. In addition, managerial and technical staff from both organizations should coordinate to determine the logistics of the disconnection and the disposition of shared data, including purging and overwriting sensitive data (data remanence). The disconnection should be conducted when the impact on users is minimal, based on known activity patterns.

  **Emergency Disconnect.** If one or both organizations detect an attack, intrusion attempt, or other contingency that exploits or jeopardizes the connected systems or their data, it might be necessary to abruptly terminate the interconnection without providing written notice to the other party. This extraordinary measure should be taken only in extreme circumstances and only after consultation with appropriate technical staff and senior management. The system owner or designee should immediately notify the other party's emergency contact by telephone or other verbal method and receive confirmation of the notification. Both parties should work together to isolate and investigate the incident, including conducting a damage assessment and reviewing audit logs and security controls, in accordance with incident response procedures. If the incident was an attack or an intrusion attempt, law enforcement authorities should be notified, and all attempts should be made to preserve evidence.

  The initiating party should provide a written notification to the other party in a timely manner (e.g., within five days). The notification should describe the nature of the incident, explain why the interconnection was terminated, describe how the interconnection was terminated, and identify actions taken to isolate and investigate the incident. In addition, the notification may specify when and under what conditions the interconnection may be restored, if appropriate.

- **Contingency Planning.** Both organizations should coordinate contingency planning training, testing, and exercises to minimize the impact of disasters and other contingencies that could damage the connected systems or jeopardize the confidentiality and integrity of shared data.

SSA-AR-0059

**For Official Use Only**

Considerations include emergency alerts and notification; damage assessment; response and recovery, and data retrieval. The organizations are to notify each other about changes to emergency Point of Contact (POC) information (primary and alternate), including changes in staffing, addresses, telephone and fax numbers, and e-mail addresses.

**Intrusion Detection.** Intrusion detection and protection tools are installed on the host network to identify threats and events aimed at or to the system. Both parties will monitor communications at the external boundary of their respective information systems and at key internal boundaries.

Other preventive measures include:

- o System monitoring of IP addresses and ports
- o Maintenance of Host-based Intrusion Detection Systems (HIDS), Network-based Intrusion Detection Systems (NIDS), and audit logs
- o Penetration testing is performed in the course of data center audits

- **Auditing.** Mechanisms are in place to record activities occurring across the interconnection, including application processes and user activities. Activities that should be recorded include event type, date and time of event, user identification, workstation identification, the success or failure of access attempts, and security actions taken by system administrators or security officers. Audit logs have read-only access, and only authorized personnel should have access to the logs. In addition, logs are stored in a secure location to protect against theft and damage and are retained for a period approved by both parties.

SSA-AR-0060

## 4.0    TOPOLOGICAL DRAWING

Case 1:25-cv-03501-SLS    Document 110-24    Filed 06/12/26    Page 61 of 141

SSA-AR-0061

For Official Use Only

For Official Use Only

Page 13 of 17

June 12, 2025

SSA-AR-0062

For Official Use Only

For Official Use Only

Page 14 of 17

June 12, 2025

SSA-AR-0063

For Official Use Only

For Official Use Only

June 12, 2025

SSA-AR-0064

**For Official Use Only**

## 5.0    SIGNATORY AUTHORITY

| | |
|---|---|
| DHS USCIS AO<br>Mark W. Burgess, Acting CISO on behalf of<br>**David A. Blair**<br>Acting Chief Information Officer<br>U.S. Citizenship and Immigration Services | MARK W BURGESS — Digitally signed by MARK W BURGESS Date: 2025.07.16 09:43:05 -05'00' |
| | Signature                                              Date |
| **Joe Cunningham**<br>Acting Chief Information Security Officer (CISO)<br>Office of Information Security (OIS)<br>Social Security Administration (SSA) | Joseph Cunningham — Digitally signed by Joseph Cunningham Date: 2025.07.08 07:57:52 -04'00' |
| | Signature                                              Date |
| **Tyean Billie**<br>Associate Commissioner<br>Office of Systems Operations and Hardware Engineering (OSOHE)<br>Social Security Administration (SSA) | Tyean S. Jackson Billie — Digitally signed by Tyean S. Jackson Billie Date: 2025.06.24 15:57:06 -04'00' |
| | Signature                                              Date |

SSA-AR-0065

## Appendix A - Ports, Protocols, Services Chart

Case 1:25-cv-03501-SLS    Document 110-24    Filed 06/12/26    Page 66 of 141

SSA-AR-0066

UNITED STATES GOVERNMENT
GENERAL TERMS & CONDITIONS (GT&C)
FS Form 7600A



BUREAU OF THE
Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

| NEW OR MODIFIED GT&C | | |
|---|---|---|
| General Terms and Conditions (GT&C) Number | GT&C Number:A2505-070-028-078576 | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | Agency Agreement Tracking Number:CISIRWA25065 | Agency Agreement Tracking Number:RAFDHS250004 |
| | Modification Number:0 | |
| | Status:Open | |
| AGENCY INFORMATION | | |
| 1. | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | Agency Name | Department of Homeland Security (DHS) United States Citizenship & Immigration Services (USCIS) | Social Security Administration |
| | Group Name | SAVE Program | DCRDP ODEPPIN RA |
| | Group Description | 5900 Capital Gateway Drive, Camp Springs, MD 20588 | Office of Data Exchange, Policy Publications, & International Negotiation Reimbursable Agreements |
| | Document Inheritance Indicator | Yes | Yes |
| | Agency Location Code (ALC) | 70011512 | 28040001 |
| | ALC Description | 70011512 - 070 - Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | 28040001 - 028 - SOCIAL SECURITY ADMINISTRATION - HQ - DIV. OF CENTRAL ACCTING OPERATIONS |
| | Subordinate Group | | DCRDP OISP RA - Office of Income Security Programs Reimbursable Agreements |
| | Cost Center | 07-20-0600-00-00-00-00 | |
| | Business Unit | Headquarters | |
| | Department ID | VER | |
| GT&C INFORMATION | | |

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                                    Page 2

| 2. | GT&C Title | Citizenship and Immigration Status Verification Services | |
|---|---|---|---|
| 3. | Business Application | Standard Order Processing | |
| 4. | Order Originating Partner Indicator | Requesting Agency | |
| 5. | Agreement Period | Start Date: 05/15/2025 | End Date: 09/30/2025 |
| 6. | Termination Days | 30 | |
| 7. | Agreement Type | Multiple | |
| 8. | Advance Payment Indicator | Are Advance Payments allowed for GT&C? No<br><br>*If "Yes", the Servicing Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. | |
| 9. | Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions? No<br><br>*If "Yes", the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. | |
| | ESTIMATED AGREEMENT AMOUNT | | |
| 10. | Total Direct Cost Amount | $196,397.17 | |
| | Total Overhead Fees and Charges Amount | $0.00 | |
| | Total Estimated Amount | $196,397.17 | |
| | Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C? Yes<br><br>*If "Yes", G-Invoicing will not allow Order total to exceed the GT&C total. | |
| | ADDITIONAL AGREEMENT INFORMATION | | |
| 11. | Explanation of Overhead Fees and Charges | | |
| 12. | Requesting Scope | | |
| 13. | Requesting Roles | | |
| 14. | Servicing Roles | Refer to Information Sharing Letter Agreement. | |
| 15. | Restrictions | | |
| 16. | Assisted Acquisitions Small Business Credit Clause | The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency. | |
| 17. | Disputes | Disputes related to this IAA shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html. | |
| 18. | Requesting Assisted Acquisitions | | |
| 19. | Servicing Assisted Acquisitions | | |
| 20. | Requesting Clauses | | |

FS Form 7600A                Department of the Treasury | Bureau of the Fiscal Service                Revised March 2022

SSA-AR-0090

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                                    Page 3

| 21. | Servicing Clauses | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions.<br><br>Within G-Invoicing, SSA may use G-Invoicing Representative Approvers to ministerially approve agreements (GT&C and Orders). Please refer to the Approved PDF Agreement in the attachment section of this GT&C and any underlying Orders for SSA s official approval. |
|---|---|---|
| 22. | Intentionally left blank | |
| 23. | Intentionally left blank | |

## CLOSE GT&C

| 24. | | |
|---|---|---|

## REJECT GT&C

| 25. | | |
|---|---|---|

## PREPARER INFORMATION

| 26. | Preparer Name | Anastasia Collins |
|---|---|---|
| | Preparer Phone | 4109655413 |
| | Preparer Email | anastasia.collins@ssa.gov |

## AGREEMENT APPROVALS

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s)

| | | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 27. | Name | KAREN TYLER | Jamillah Jackson |
| | Signature | Electronic Approval On File | Electronic Approval On File |
| | Title | MPA                    (b)(6) | Representative Approver on behalf of Jessica Burns MacBride |
| | Email | | jamillah.n.jackson@ssa.gov |
| | Phone | | 4109653747 |
| | Fax | | |
| | Date Signed | 07/29/2025 | 07/30/2025 |
| | | Requesting Final Approval (required) | Servicing Final Approval (required) |
| 28. | Name | NICOLE WALKER | Jamillah Jackson |
| | Signature | Electronic Approval On File | Electronic Approval On File |
| | Title | Acting Budget Officer    (b)(6) | Representative Approver on behalf of Jessica Burns MacBride |
| | Email | | jamillah.n.jackson@ssa.gov |
| | Phone | | 4109653747 |
| | Fax | | |
| | Date Signed | 07/29/2025 | 07/30/2025 |

FS Form 7600A                Department of the Treasury | Bureau of the Fiscal Service                Revised March 2022

SSA-AR-0091

General Terms and Conditions (GT&C) Number: A2505-070-028-078576                                            Page 4

| ATTACHMENTS | | | |
|---|---|---|---|
| Name | File Alias | Updated By | Date/Time |
| SSA Signed RAFDHS_250004_7600A orc3a.pdf | | Collins, Anastasia (S) | 08/28/2025 07:55 AM |
| Legal Agreement USCIS SSA 5-15-25 fe.pdf | | Collins, Anastasia (S) | 06/24/2025 01:19 PM |
| SOW - SSA_D. AkpanOCC07082025 SSA cmts 7.31.25 final tracked.docx | | RAY, KALISHA (R) | 08/11/2025 01:30 PM |
| VER250028.pdf | | RAY, KALISHA (R) | 08/04/2025 10:21 AM |

SSA-AR-0092

Order Number: O2508-070-028-115617                                                                      Page 1

UNITED STATES GOVERNMENT
ORDER FORM
FS FORM 7600B



**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity.

In accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

https://www.fiscal.treasury.gov/g-invoice

G-Invoicing Required Fields have an (*)

| | NEW OR MODIFIED ORDER | | |
|---|---|---|---|
| 1. | * Order Number | Order Number: O2508-070-028-115617 | |
| | | Order Modification Number: 0 | |
| 2. | Order Status | Open | |
| 3. | * General Terms & Conditions (GT&C) Number | A2505-070-028-078576 | |
| 4. | * Order Create Date | 08/08/2025 | |
| | PARTNER INFORMATION | | |
| 5. | * Assisted Acquisition Indicator | No | |
| 6. | * Period of Performance | Start Date: 05/15/2025 | End Date: 09/30/2025 |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 7. | * Agency Location Code (ALC) | 70011512 | 28040001 |
| 8. | * Agency Name | Department of Homeland Security - CITIZENSHIP & IMMIGRATION SVCS | SOCIAL SECURITY ADMINISTRATION - HQ - DIV. OF CENTRAL ACCTING OPERATIONS |
| 9. | Group Name | SAVE Program | DCRDP ODEPPIN RA |
| 10. | Cost Center | 07-20-0600-00-00-00-00 | |
| 11. | Business Unit | Headquarters | |
| 12. | Department ID | VER | |
| 13. | Order Tracking Number | CISIRWA25065 | RAFDHS250004 |
| 14. | Unique Entity ID | R76CSFHNTQK5 | |
| 15. | Funding Office Code (Buyer Only) | | |
| 16. | Funding Agency Code (Buyer Only) | | |

FS Form 7600B                          Department of the Treasury | Bureau of the Fiscal Service                          Revised April 2021

SSA-AR-0093

| 17. | Comments | | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions.<br><br>Within G-Invoicing, SSA may use Representative Approvers to ministerially approve agreements. Please refer to the Approved PDF Agreement in the attachment section of this Order for SSA's official approval. |
|---|---|---|---|

## AUTHORITY INFORMATION

| 18. | *Statutory Authority Fund Type Code | Economy Act | |
|---|---|---|---|
| 19. | Statutory Authority Fund Type Title | | |
| 20. | Statutory Authority Fund Type Citation | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 21. | Program Authority Title | | Section 1106(b) of the Social Security Act |
| 22. | Program Authority Citation | | Social Security Act, 42 U.S.C. § 1306 |

## ADVANCE INFORMATION

(Required by Servicing Agency if there is an advance.)

| 23. | Advance Revenue Recognition Methodology | |
|---|---|---|
| 24. | Advance Revenue Recognition Description (required if "Other") | |
| 25. | Advance Payment Authority Title | |
| 26. | Advance Payment Authority Citation | |
| 27. | Total Advance Amount | |

## DELIVERY INFORMATION

(Requesting Agency completes this section.)

| 28. | *FOB Point | Source/Origin |
|---|---|---|
| 29. | Constructive Receipt Days | |
| 30. | Acceptance Point | Source/Origin |
| 31. | Place of Acceptance | |
| 32. | Inspection Point | |

SSA-AR-0094

Order Number: O2508-070-028-115617                                                                                              Page 3

| 33. | Place of Inspection | |
|---|---|---|
|  | **ORDER BILLING** |

| | **ORDER BILLING** | |
|---|---|---|
| | (Servicing Agency completes this section.) | |
| 34. | *Billing Frequency | Quarterly |
| 35. | Billing Frequency Explanation | |

| | **ORDER BILLING** | |
|---|---|---|
| | (Requesting Agency completes this section.) | |
| 36. | Priority Order Indicator | No |
| 37. | Capital Planning and Investment control (CPIC) | No |

| | **LINE ITEM** | |
|---|---|---|
| L1 | *Line Number | 1 |
| L1 | Order Line Status | Active |
| L1 | *Item Code | 9999 |
| L1 | *Item Description | verification of citizenship information. |
| L1 | *Line Costs Unit of Measure (UOM) | DO |
| L1 | *Unit of Measure Description | Dollars, U.S. |
| L1 | Total Line Costs | $196,397.17 |
| L1 | Order Line Advance Amount | |
| L1 | Product/Service Identifier | |
| L1 | *Capitalized Asset Indicator | False |
| L1 | Item UID Required Indicator | No |
| L1 | *Type of Service Requirements | Severable |

| | | **SCHEDULE SUMMARY** | |
|---|---|---|---|
| L1 | S1 | *Schedule Number | 1 |
| L1 | S1 | Advance Pay Indicator | No |
| L1 | S1 | *Cancel Status (schedule) | Active |
| L1 | S1 | *Schedule Unit Cost/Price | $1.00 |
| L1 | S1 | *Order Schedule Quantity | 196,397.17 |
| L1 | S1 | Order Schedule Amount | $196,397.17 |

SSA-AR-0095

Order Number: O2508-070-028-115617

## SCHEDULE FUNDING INFORMATION

| | | | Requesting Agency (Buyer) | | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| L1 | S1 | *Agency TAS | | | 070 | | | X | 5088 | 000 | | | 028 | 2025 | 2025 | | 8704 | 000 |
| L1 | S1 | *Agency Business Event Type Code | DISNGF | | | | | | | | COLL | | | | | | | |
| L1 | S1 | Object Class Code | 25.3 | | | | | | | | 11.1 | | | | | | | |
| L1 | S1 | Additional Accounting Classification | CISIRWA25065 | | | | | | | | | | | | | | | |
| L1 | S1 | *Description of Products and/or Services including Bona Fide Need for this order (Buyer Only) | verification of citizenship information. | | | | | | | | | | | | | | | |

## SLOA INFORMATION

*To capture Agency Internal Accounting

| | | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|---|
| L1 | S1 | Accounting Classification Reference Number | | |
| L1 | S1 | Reimbursable Flag | | Reimbursable |
| L1 | S1 | Federal Award Identifier Number (FAIN) | | |
| L1 | S1 | Unique Record Identifier (URI) | | |
| L1 | S1 | Activity Address | | |
| L1 | S1 | Budget Line Item | | |
| L1 | S1 | Budget Fiscal Year | | 2025 |
| L1 | S1 | Security Cooperation (FMS) | | |
| L1 | S1 | Security Cooperation Implementing Agency Code | | |
| L1 | S1 | Security Cooperation Case Line Item Identifier | | |
| L1 | S1 | Sub-Allocation | | |
| L1 | S1 | Agency Accounting Identifier | | |
| L1 | S1 | Funding Center Identifier | | 4008048 |
| L1 | S1 | Cost Center Identifier | | |
| L1 | S1 | Project Identifier | | |
| L1 | S1 | Activity Identifier | | 6163 |

FS Form 7600B

Department of the Treasury | Bureau of the Fiscal Service

Revised April 2021

SSA-AR-0096

Order Number: O2508-070-028-115617                                                                                                     Page 5

| L1 | S1 | Disbursing Identifier | | |
|----|----|----------------------|--|--|
| L1 | S1 | Cost Element Code | | |
| L1 | S1 | Work Order Number | | |
| L1 | S1 | Functional Area | | |
| L1 | S1 | Agency Security Cooperation Case Designator | | |
| L1 | S1 | Parent Award Identifier (PAID) | | |
| L1 | S1 | Procurement Instrument Identifier (PIID) | | |
| | | SCHEDULE SHIPPING INFORMATION | | |
| | | (Requesting Agency completes this section.) | | |
| L1 | S1 | Ship To Address Identifier | | |
| L1 | S1 | Ship To Agency Title | | |
| L1 | S1 | Address 1 | | |
| L1 | S1 | Address 2 | | |
| L1 | S1 | Address 3 | | |
| L1 | S1 | Ship To City | | |
| L1 | S1 | Ship To Postal Code | | |
| L1 | S1 | Ship To State | | |
| L1 | S1 | Ship To Country | | |
| L1 | S1 | Ship To Location Description | | |
| L1 | S1 | Delivery/Shipping Information for Product Special Shipping Information | | |
| L1 | S1 | Delivery/Shipping POC Name | | |
| L1 | S1 | Delivery/Shipping Information for Product POC Title | | |
| L1 | S1 | Delivery/Shipping Information for Product POC E-mail Address | | |
| L1 | S1 | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | | Requesting Agency (Buyer) | Servicing Agency (Seller) |

SSA-AR-0097

| L1 | S1 | Agency Additional Information | | The estimated cost set forth in this agreement is based upon SSA s rough order of magnitude cost estimate to perform systems development work for this effort and is based on an estimated 40 million transactions. |
|---|---|---|---|---|

## CLOSE ORDER

| 38. | Closing Date | |
|---|---|---|
| | Closing Comments | |

## REJECT ORDER

| 39. | Reject Date | 08/29/2025 |
|---|---|---|
| | Reject Comments | Updates to line description, type of service requirements, and bona fide need fields. |

## AGENCY POINTS OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 40. | *Agency POC Name | Kalisha Ray (b)(6) | Anastasia Collins |
| | *Agency POC E-mail | | Anastasia.Collins@ssa.gov |
| | *Agency POC Phone No | | 410-965-5413 |
| | Agency POC Fax No | | |

## AGREEMENT APPROVALS

### Funding Official

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 41. | *Funding Official Name | Chauncey Burrell | Jamillah Jackson |
| | *Signature | Electronic Approval On File | Electronic Approval On File |
| | Funding Official Title | Management and Program Analyst (b)(6) | Representative Approver on behalf of Susan Wilschke |
| | *Funding Official E-mail | | jamillah.n.jackson@ssa.gov |
| | *Funding Official Phone No | | 4109653747 |
| | Funding Official Fax No | | |
| | Funding Official Date Signed | 08/06/2025 | 09/04/2025 |

### Program Official

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 42. | *Program Official Name | Chirag Bhavsar | Jamillah Jackson |

SSA-AR-0098

Order Number: O2508-070-028-115617

| | *Signature | Electronic Approval On File | Electronic Approval On File |
|---|---|---|---|
| | Program Official Title | Associate Chief of Operations (b)(6) | Representative Approver on behalf of Susan Wilschke |
| | *Program Official E-mail | | jamillah.n.jackson@ssa.gov |
| | *Program Official Phone No | | 4109653747 |
| | Program Official Fax No | | |
| | Program Official Date Signed | 08/07/2025 | 09/04/2025 |

| AGENCY PREPARER INFORMATION | | | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 43. | *Name | KALISHA RAY | Anastasia Collins |
| | *Phone No | | 4109655413 |
| | *E-mail Address | | anastasia.collins@ssa.gov |

| ATTACHMENTS | | | |
|---|---|---|---|
| Name | File Alias | Uploaded By | Date/Time |
| SSA Signed RAFDHS_250004_7600B orc3a.pdf | | (b)(6) | 08/28/2025 08:20 AM |

SSA-AR-0099



## Statement of Work

1.    **Title of Project**
      Citizenship and Immigration Status Verification Services

2.    **Period of Performance**
      05/15/25-09/30/25

3.    **Authority**
      Reimbursement for activities related to this Statement of Work (SOW) shall be in
      accordance with the Economy Act, 31 U.S.C. 1535.

      DHS-USCIS is authorized to participate in this information sharing under the authority
      of the Immigration and Nationality Act, Section 103, 8 U.S.C. § 1103, and the Illegal
      Immigration Reform and Immigrant Responsibility Act of 1996, Section 642, codified
      at 8 U.S.C. § 1373(c).

      SSA will provide DHS-USCIS information in accordance with 8 U.S.C. § 1373(a) and
      42 U.S.C. § 1306.

      This information sharing is also subject to requirements of:
      •    The Privacy Act of 1974, 5 U.S.C. § 552a;
      •    The Federal Information Security Management Act of 2014 (FISMA; Pub. L. 113-
      283);
      •    20 C.F.R. § 401.120; and
      other laws, rules, regulations and applicable agency policies

4.    **Parties**
      The parties to this Statement of Work are the U.S. Citizenship and Immigration Services
      (USCIS) also known as the "Requesting Agency," and the Social Security Administration
      (SSA), also known as the "Servicing Agency."

      **The Agency Point of Contacts:**

5.    **USCIS Technical Representative**
      Chirag Bhavsar,                                                            (b)(6)

6.    **USCIS Program Manager**
      Brian Broderick,

7.    **SSA Point of Contact:**
      Anastasia Collins, Anastasia.collins@ssa.gov, 410-965-5413

8.    **Project Background**
      SAVE's citizenship information verification initiative seeks to provide timely

Page 1

SSA-AR-0100


U.S. Citizenship and Immigration Services

verification of citizenship or immigration status information in response to voter verification and other authorized inquiries from Federal, State, territorial, tribal and local government agencies seeking to verify or ascertain the citizenship or immigration status of individuals within their jurisdiction by using a social security number, or part thereof, as a search term or method to locate additional information in DHS-USCIS accessed records regarding the individual.

DHS-USCIS seeks access to SSA information accessed through the DHS-USCIS Verification Information System (VIS) for the purpose of verifying the citizenship and immigration status for benefits and licenses, as authorized by section 103 of the Immigration and Nationality Act, Pub. L No. 82-414, as amended, 8 U.S.C. § 1103, Section 121(c)(1), Part C, of the Immigration Reform and Control Act of 1986, Pub. L. No. 99-603, 42 U.S.C. § 1320b-7 and note, and section 642 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, as amended, 8 U.S.C. § 1373(c).

SSA is providing assistance by sending to, and receiving from, DHS-USCIS information regarding the citizenship or immigration status, lawful or unlawful, of individuals within its records.

9. **Scope**
This Statement of Work, the Information Sharing Letter Agreement (dated May 15, 2025), and the applicable financial forms (i.e., FS Forms 7600A and 7600B) constitute the entire Agreement of the Parties with respect to the purposes set forth in this Agreement. SSA and DHS-USCIS have made no representations, warranties, or promises outside of this Agreement for use of data as described in this Agreement. This Agreement takes precedence over any other documents that may be in conflict with it, including any conflicting terms in any Interconnection Security Agreement ("ISA") entered into in accordance with NIST SP 800-47 governing the interconnection between information technology systems that will be utilized for the transfer of information under this Agreement.

10. **SSA's Responsibilities**
Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Master Files of Social Security Number (SSN) Holders and SSN Applications ("Enumeration System"), 60-0058, system of records. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

SSA will provide responses to the SAVE queries within one second or less.

SSA will inform USCIS when its systems have a scheduled outage or planned maintenance that may negatively affect service.

SSA-AR-0101



SSA will safeguard any personally identifiable information (PII) obtained from SAVE agencies through the SAVE process in accordance with FISMA. SSA will limit access to this information to SSA employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

**USCIS' Responsibilities**:
USCIS will only submit verification requests to SSA for authorized purposes.

USCIS will notify SSA of any pending or final changes in the statutory or regulatory requirements concerning SAVE.

USCIS will inform SSA if the SAVE system or other related connectivity system has a scheduled outage or planned maintenance that may negatively affect service.

After discovering a connectivity issue that may negatively affect SAVE service, USCIS will inform SSA.

USCIS will safeguard any PII obtained from SSA in accordance with the Privacy Act (5 U.S.C. § 552a) and FISMA. USCIS will limit access to this information to USCIS employees involved in resolving SAVE cases, USCIS employees who administer SAVE, and individuals or entities authorized by the U.S. Government to evaluate SAVE.

11. **Security Components**
SSA and USCIS will comply with FISMA, 44 U.S.C. § 3551 et seq., as amended by the Federal Information Security Modernization Act of 2014 (Pub. L. 113-283); FIPS, Mandatory Security Processing Standards 199 & 200; related OMB circulars and memoranda, including revised Circular A- 130, Management of Federal Information Resources (July 28, 2016); National Institute of Standards and Technology (NIST) directives; and the Federal Acquisition Regulations (FAR). These laws, regulations, and directives provide requirements for safeguarding Federal information systems and PII used in Federal agency business processes, as well as related reporting requirements.

FISMA requirements apply to all Federal contractors, organizations, or sources that possess or use Federal information, or that operate, use, or have access to Federal information systems on behalf of an agency. Each agency receiving information under this DSA is responsible for oversight and compliance of its contractors and agents with FISMA requirements.

12. **Deliverables**
SSA will disclose to USCIS data from the Enumeration System, 60-0058, last published in full at 90 Fed. Reg. 10025 (February 20, 2025).

USCIS will maintain information provided by SSA in its system of records entitled,

SSA-AR-0102



**U.S. Citizenship
and Immigration
Services**

"DHS/U.S. Citizenship and Immigration Services (USCIS)-004 Systematic Alien
Verification for Entitlements (SAVE) Program System of Records."

Specified Data Elements

1. USCIS will provide SSA with the individual's name, including other names used as
applicable, date of birth, and either the full or partial SSN.

2. SSA will provide USCIS a "verified" or "not verified" response and in the case of a "not
verified" response, the reason for the "not verified" will be provided. In rare
circumstances, SSA is unable to disclose the reason why an SSN did not verify. In these
cases, SSA will provide a reason of "other".

3. SSA's responses will contain the following:

- SSN Match (True/False)
- Full SSN for all matches (when a partial SSN is provided)
- Name Match (True/False)
- Date of Birth Match (True/False)
- Citizenship/Foreign Indicator
    - Blank – Citizenship code is blank and foreign-born indicator is blank
    - Citizenship code is blank and foreign-born indicator is *
    - "A" - U.S. Citizen
    - "B" - Legal alien, eligible to work
    - "C" - Legal alien, not eligible to work
    - "D" - Other
    - "E" - Alien Student - restricted work authorized
    - "F" - Conditionally legalized alien
- Alien Registration Number (where applicable)
- Death Indicator (Yes Deceased / Not Deceased)
- Error code descriptions (transaction and record levels)

An applicant for an original SSN provides identifying information, including citizenship,
upon application for that number. However, there is no obligation for the SSN holder to
report a subsequent change in immigration status to SSA unless that SSN holder files a claim
for benefits. Thus, some previously established citizenship information in SSA's records
might not be current. There is no obligation for an individual to report to SSA a change in
their citizenship or immigration status until they request a replacement card or file a claim for
a Social Security benefit. While the citizenship information is accurate for SSA's program
purposes, if used later for other purposes, it may not be current. SSA is not the custodian of
U.S. citizenship records

For individuals whom USCIS provides only a partial SSN, SSA will search our Numident
database using USCIS' supplied names and DOBs, and will only return a response record
and full SSN in situations where the alpha search identifies a single individual.

SSA-AR-0103

U.S. Citizenship
and Immigration
Services

13.    **Place of Performance**

The performance or delivery by USCIS of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with proper performance of the official duties and obligations of USCIS. If for any reason USCIS delays or fails to provide services, or discontinues the services or any part thereof, USCIS is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

The performance or delivery by SSA of the goods and/or services described herein and the timeliness of said delivery are authorized only to the extent that they are consistent with the duties described in the Information Sharing Letter Agreement. If for any reason SSA delays or fails to provide services, or discontinues the services or any part thereof, SSA is not liable for any damages or loss resulting from such delay or for any such failure or discontinuance.

Under DHS-USCIS' SAVE process SSA will provide electronic response codes to USCIS' SAVE queries. These codes report which data elements sent to SSA by SAVE (name, SSN, and date of birth) match data elements in the Enumeration System. The codes also report if there is a death or fraud indicator in the Enumeration System and the person's citizenship status, as recorded in the Enumeration System.

This SOW shall be effective upon the signature of the last signatory hereto and shall continue until the end of the Period of Performance described in Section 2.

14.    **Billings and Accompanying Documentation**
SSA will bill USCIS for services rendered on a quarterly basis using the Treasury G-Invoicing System and collect said charges via Intra-governmental Payment and Collection (IPAC).
Accompanying documentation includes the LETTER AGREEMENT PROVIDING FOR INFORMATION SHARING BETWEEN THE DEPARTMENT OF HOMELAND SECURITY (DHS), U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) AND THE SOCIAL SECURITY ADMINISTRATION (SSA) REGARDING CITIZENSHIP, and the FS Forms 7600A and 7600B.

15.    **Modification**
Modifications to this Agreement must be in writing and agreed to by the parties.
This Agreement may be terminated by either party upon 30 days advance written notice.
If legislation is enacted that affects SAVE functions or provides for new functionality, the parties agree to modify this Agreement as appropriate to cover any new provisions.

16.    **Dispute Resolution**
Disagreements on the interpretation of the provisions of this SOW that cannot be resolved between USCIS and the SSA point of contact should be provided in writing to the authorized officials at both agencies for resolution. If settlement cannot be reached at

SSA-AR-0104



this level, the disagreement will be elevated to the next level in accordance with DHS-USCIS procedures for final resolution.

17. **Termination**

This Agreement may be terminated by either party upon 30 days advance written notice **or terminated in accordance with the provisions of** this Agreement.

SSA-AR-0105

# REQUISITION — MATERIALS-SUPPLIES-EQUIPMENT

**SEE INSTRUCTIONS ON REVERSE**

| | |
|---|---|
| **1. NUMBER** | VER250028 |
| **2. DATE** | 21-MAY-2025 |
| **3. ACTIVITY SYMBOL** | See Attachment A |

**4. TO: NAME AND ADDRESS    -- PROCUREMENT SECTION (OR STOREROOM)**
USCIS
BURLINGTON CONTRACTING OFFICE
70 KIMBALL AVE
SOUTH BURLINGTON, VT 05403

**5. FROM: NAME AND ADDRESS    -- REQUISITIONER**
DHS-USCIS-VERIFICATION DIVISION

(b)(6)

5900 CAPITAL GATEWAY DRIVE, MAIL STOP 2600
CAMP SPRINGS, MD 20529-0009
US

| STOCK NUMBER | DESCRIPTION OF ARTICLE (MAKE, MODEL, TYPE, SIZE, COLOR, MFGR., ETC) | QUANTITY | UNIT | UNIT PRICE | AMOUNT | ACTION CODE |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| CLIN 0001 | INITIAL DEVELOPMENT COSTS AND TRANSACTIONS | 1 | EA | 196,397 17 | 196,397 17 | |

**Justification:**
TO FUND THE SOCIAL SECURITY ADMINISTRATION (SSA) SAVE OPTIMIZATION INITIAL DEVELOPMENT COSTS AND QUERIES. PROPOSED POP: 5/23/58-5/22/26

**Recommended Vendor:**
No Recommended Vendor

| 13. SIGNATURE OF APPROVING OFFICIAL | Date | 14. TITLE OF APPROVING OFFICIAL |
|---|---|---|
| F L OWENS | 21-MAY-2025 | SUPVY MGMT & PROG ANAL |

| 24. SIGNATURE OF FUNDING OFFICIAL | Date | 25. TITLE OF FUNDING OFFICIAL | 15. TOTAL |
|---|---|---|---|
| R A COX | 21-MAY-2025 | MGMT & PROG ANAL | 196,397 17 |

| 16. KEY TO ACTION CODE | | | | PROCUREMENT SECTION (OR STOREROOM) | | |
|---|---|---|---|---|---|---|
| S | SUBSTITUTE ITEM | 2 | CANCELLED--NOT STOCKED | 17. DATE RECEIVED | 19. PURCHASE ORDER | |
| B | BACK ORDERED | 3 | CANCELLED--NOT ABLE TO IDENTIFY | | DATE | NUMBER |
| D | PURCHASED FOR DIRECT SHIPMENT | 0 | OTHER -- AS INDICATED | 18. APPROVED | | |
| 1 | CANCELLED--STOCK EXHAUSTED | | | | | |

I CERTIFY THAT THE ABOVE ARTICLES -- COLUMNS 3, 9 AND 12 - HAVE BEEN RECEIVED.

| 20. LOCATION | 21. DATE | 22. SIGNATURE | 23. TITLE |
|---|---|---|---|
| | | | |

**United States Department Of Homeland Security**
**Us Citizenship & Immigration Svcs**
FORM G-514 (REV. 8-1-5

Page    1    of    3

SSA-AR-0106

## INSTRUCTIONS

### Use

Use Form G-514 - continued on Form G-514.1 -- To requisition materials, supplies, and equipment through the Procurement section of the Regional (or Central) Office; or from a Service-operated Storeroom.

### Copies - Distribution

Prepared by requistioner in an original and two copies, sending original (white) and Copy 1 (pink) to: Procurement Section (or Storeroom), and retaining Copy 2 (green).  Procurement Section (or Storeroom) shall, as a rule, pack Copy 1 with shipment, or return it to requisitioner with appropriate advice.

### Entries

**By requisitioner:**

1. Number consecutively, beginning with number one each fiscal year, and prefix with alphabetic location symbol and last two digits of fiscal year (e.g., MIA-58-1, MIA-58-2, MIA-58-3, etc., MIA-59-1, MIA-59-2, MIA-59-3, etc.).  Number continuation sheets with numerical suffix(e.g., MIA-58-1.1, MIA-58-1.2, MIA-58-1.3, etc).
2. Enter date of preparation.
3. Enter numerical symbol of activity which will benefit from use of articles.
4. Enter name and address of Procurement section (or Storeroom)(e.g., Procurement Section, Immigration and Naturalization Service, Richmond, VA).
5. Enter full name, title, and address so that shipping label may be prepared without reference to address directory.  If consignee is other than requisitioner, enter shipping instructions under Entry 7.
6. Enter form numbers; stock number shown in "Stores Stock Catalog" and "Federal Supply Schedules."
7. Enter full description of article; attach sketches, plans, samples, etc.  If consignee is other than requisitioner, enter shipping instructions.
8. Enter issue - unit quantity.
9. Enter unit of issue (e.g., each, doz., C, gross, ream, M; lb., cwt, ton: bag, ball, bbl., bot., box, can, pkg., roll, tube; pt., qt., gal., etc.)
13. Signature of approving official.
14. Enter title of approving official.
24. Signature of funding official.
25. Enter title of funding official.

### By Procurement Section ( or Storeroom ):

10. Enter unit price.
11. Enter product of Entries 8 and 10.
12. Enter symbol of action taken. See Entry 16.
15. Enter total of amounts under Entry 11.
17. Enter date requisition received.
18. Signature of approving officer.
19. Enter, if issued, date and number of purchase order.

### By consignee:

20. Enter address - city and state.
21. Enter date shipment received.
22. Signature of employee authorized to accept delivery.
23. Enter title of receiving employee.

United States Department Of Homeland Security

Us Citizenship & Immigration Svcs

**FORM G-514 (REV. 8-1-5**

SSA-AR-0107

# Form G-514

## REQUISITION - MATERIALS-SUPPLIES-EQUIPMENT
## Activity Symbols
## ATTACHMENT A

Case 1:25-cv-03501-SLS   Document 110-24   Filed 06/12/26   Page 86 of 141

**REQUISITION NUMBER:**   **VER250028**

| Item No. | Contract No. | Task Ord No. | Project | Task | Fund | Program | Organization | Object | UDF | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SSASV01 | 000 | EX | 11-04-00-000 | 07-20-0000-00-00-00-00 | GE-25-11-00 | 000000 | $196,397.17 |

**APPROPRIATION SYMBOL CROSSWALK:**

| FUND | FY | TAS | TITLE | AMOUNT |
|---|---|---|---|---|
| EX | 2025 | 70X5088 | Immigration Examination Fees, Immigration Services, Department of Homeland Security | 196,397.17 |

United States Department Of Homeland Security

Us Citizenship & Immigration Svcs

**FORM G-514 (REV. 8-1-5)**                              Page    3    of    3

SSA-AR-0108



# SOCIAL SECURITY

August 15, 2025

The Honorable James Comer
Chair, Committee on Oversight
  and Government Reform
U.S. House of Representatives
2157 Rayburn House Office Building
Washington, DC  20515

Dear Committee Chair Comer:

Pursuant to the Privacy Act of 1974, we are enclosing a report of a modified system of records entitled the *Master Files of Social Security Number (SSN) and SSN Applications (60-0058)*.  We discuss the proposal thoroughly in the enclosed material.

In accordance with the Office of Management and Budget (OMB) Circular No. A-108, entitled "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," we are transmitting a copy of the report to you.

Please contact me if I can be of further assistance.  Your staff may address inquiries and comments on the proposed system of records to Elisa Vasta, Supervisory Government Information Specialist, Office of Privacy and Disclosure, Office of the General Counsel, Social Security Administration, Room G-401 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235-6401, telephone (410) 965-2774, fax (410) 966-0869, or electronically at elisa.vasta@ssa.gov.

Sincerely,

Matthew D. Ramsey
Executive Director
Office of Privacy and Disclosure

Enclosure

SSA-AR-0109



# SOCIAL SECURITY

August 15, 2025

The Honorable Rand Paul
Chair, Committee on Homeland Security
   and Governmental Affairs
United States Senate
340 Dirksen Senate Office Building
Washington, DC  20510

Dear Committee Chair Paul:

Pursuant to the Privacy Act of 1974, we are enclosing a report of a modified system of records entitled the *Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0058)*.  We discuss the proposal thoroughly in the enclosed material.

In accordance with the Office of Management and Budget (OMB) Circular No. A-108, entitled "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," we are transmitting a copy of the report to you.

Please contact me if I can be of further assistance.  Your staff may address inquiries and comments on the proposed system of records to Elisa Vasta, Supervisory Government Information Specialist, Office of Privacy and Disclosure, Office of the General Counsel, Social Security Administration, Room G-401 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235-6401, telephone (410) 965-2774, fax (410) 966-0869, or electronically at elisa.vasta@ssa.gov.

Sincerely,

Matthew D. Ramsey
Executive Director
Office of Privacy and Disclosure

Enclosure

SSA-AR-0110



SOCIAL SECURITY

August 15, 2025

Jeffrey B. Clark
Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Washington, DC  20503

Dear Acting Administrator Clark:

Pursuant to the Privacy Act of 1974, and in accordance with Office of Management and Budget (OMB) Circular No. A-108, entitled "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," we are enclosing a report of a modified system of records entitled the *Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0058)*.

This modified system of records fully complies with the Privacy Act and OMB policies and does not duplicate any existing agency or government-wide system of records.  We discuss the proposal thoroughly in the enclosed material.

Please contact me if I can be of further assistance.  Your staff may address inquiries and comments on the proposed system of records to Elisa Vasta, Supervisory Government Information Specialist, Office of Privacy and Disclosure, Office of the General Counsel, Room G-401 West High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235-6401, telephone (410) 965-2774, fax (410) 966-0869, or electronically at elisa.vasta@ssa.gov.

Sincerely,

Matthew D. Ramsey
Executive Director
Office of Privacy and Disclosure

Enclosures

SSA-AR-0111

4191-02P

**SOCIAL SECURITY ADMINISTRATION**

**[Docket No. SSA-2025-0225]**

**Privacy Act of 1974; System of Records**

**AGENCY:**  Social Security Administration (SSA).

**ACTION:**  Notice of a modified system of records.

**SUMMARY:**  In accordance with the Privacy Act of 1974, we are issuing public notice of our intent to modify an existing system of records entitled, Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0058), last published on February 20, 2025.  This notice publishes details of the modified system as set forth below under the caption, SUPPLEMENTARY INFORMATION.

**DATES:**  The system of records notice (SORN) is applicable upon its publication in today's *Federal Register*, with the exception of the new routine uses, which are effective [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE *FEDERAL REGISTER]*.

We invite public comment on the routine uses or other aspects of this SORN.  In accordance with the Privacy Act of 1974, we are providing the public a 30-day period in which to submit comments.  Therefore, please submit any comments by [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE *FEDERAL REGISTER]*.

**ADDRESSES:**  The public, Office of Management and Budget (OMB), and Congress may comment on this publication by writing to the Executive Director, Office of Privacy

SSA-AR-0112

and Disclosure, Office of the General Counsel, SSA, Room G-401 West High Rise, 6401

Security Boulevard, Baltimore, Maryland 21235-6401, or through the Federal e-

Rulemaking Portal at https://www.regulations.gov.  Please reference docket number

SSA-2025-0225.  All comments we receive will be available for public inspection at the

above address and we will post them to https://www.regulations.gov.

**FOR FURTHER INFORMATION CONTACT:**  Tristin Dorsey, Government

Information Specialist, Privacy Implementation Division, Office of Privacy and

Disclosure, Office of the General Counsel, SSA, Room G-401 West High Rise, 6401

Security Boulevard, Baltimore, Maryland 21235-6401, telephone: (410) 966-5855, e-

mail:  OGC.OPD.SORN@ssa.gov.

**SUPPLEMENTARY INFORMATION:**  We are modifying the system location to

clarify where the agency will maintain records.  We are modifying the system manager to

clarify the office responsible for maintaining the system.  We are clarifying the language

in existing routine uses No. 6, 7, 10, 12, 17, 25, and 45 for easier reading.  We are

deleting existing routine use No. 2, as it is duplicative.  We are adding a new routine use

that will permit disclosures of citizenship and immigration information to the Department

of Homeland Security, pursuant to 8 U.S.C. § 1373(a).

In addition, we are modifying the notice throughout to correct miscellaneous

stylistic formatting and typographical errors of the previously published notice, and to

ensure the language reads consistently across multiple systems.  We are republishing the

entire notice for ease of reference.

In accordance with 5 U.S.C. 552a(r), we have provided a report to OMB and

Congress on this modified system of records.

2

SSA-AR-0113

**Matthew Ramsey,**

*Executive Director,*
*Office of Privacy and Disclosure,*
*Office of the General Counsel.*

3

SSA-AR-0114

**SYSTEM NAME AND NUMBER:** Master Files of Social Security Number (SSN)

Holders and SSN Applications, 60-0058

**SECURITY CLASSIFICATION:**  Unclassified.

**SYSTEM LOCATION:**

Social Security Administration

Office of the Chief Information Officer

Office of Systems Operations and Hardware Engineering

Robert M. Ball Building

6401 Security Boulevard

Baltimore, MD 21235-6401


Information is also located in additional locations in connection with cloud-based

services and as backup for business continuity purposes.

**SYSTEM MANAGER(S):**

Social Security Administration

Deputy Commissioner for Law and Policy

Office of Income Security Programs

6401 Security Boulevard

Baltimore, MD 21235-6401

(410) 966-5855

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**  Sections 205(a) and

205(c)(2) of the Social Security Act, as amended.

**PURPOSE(S) OF THE SYSTEM:**  We use information in this system to assign SSNs

4

SSA-AR-0115

and for a number of administrative and program purposes, including but not limited to: for various Old Age, Survivors, and Disability Insurance (OASDI), Supplemental Security Income (SSI), and Medicare/Medicaid claims purposes; as a case control number; as a secondary beneficiary cross-reference control number for enforcement purposes; for verification of individual identity factors; and for other claims purposes related to establishing benefit entitlement.  We use information in this system:

- for the general administration of the Social Security Act to ensure the accuracy of enumeration related information in other SSA systems;

- to prevent the processing of an SSN card application for a person whose application we identified was supported by evidence that either:

    o we suspect may be fraudulent and we are verifying evidence, or

    o we determined to be fraudulent information;

- to record accurate earnings information to the correct individual;

- to prevent issuance of multiple SSNs to a person;

- for resolution of earnings discrepancy cases; and

- for research and statistical activities.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**  This system contains a record of each person who has applied for and to whom we have assigned an SSN.  This system also contains records of each person who applied for an SSN, but to whom we did not assign one for one of the following reasons:  (1) the  application was supported by documents that we suspect may be fraudulent and we are verifying the documents with the issuing agency; (2) we have determined the person submitted fraudulent documents; (3) we do not suspect fraud but we need to further verify

5

SSA-AR-0116

information the person submitted or we need additional supporting documents; or (4) we have not yet completed processing the application.

**CATEGORIES OF RECORDS IN THE SYSTEM:** We collect applications for SSNs. This system contains all of the information we received on the applications for SSNs (e.g., name, date and place of birth, sex identification, both parents' names, reference number, and alien registration number) and all information obtained during the processing of the SSN request. The system also contains:

- changes in the information on the applications the SSN holders submit;

- information from applications supported by evidence we suspect or determine to be fraudulent, along with the mailing addresses of the persons who filed such applications and descriptions of the documentation they submitted;

- cross-references when multiple numbers have been issued to the same person;

- a form code that identifies the Form SS-5 (Application for a Social Security Card Number) as the application the person used for the initial issuance of an SSN, or for changing the identifying information (e.g., a code indicating original issuance of the SSN, or that we assigned the person's SSN through our enumeration at birth program);

- a citizenship code that identifies the number holder's status as a U.S. citizen or the work authorization of a non-citizen;

- a special indicator code that identifies types of questionable data or special circumstances concerning an application for an SSN (e.g., false identity; illegal alien; scrambled earnings);

- an indication that an SSN was assigned based on harassment, abuse, or life

6

endangerment;

- an indication that a person has filed a benefit claim under a particular SSN; and

- other indicators needed to process SSN requests.

**RECORD SOURCE CATEGORIES:**  We obtain information in this system of records from SSN applicants (or persons acting on their behalf), as well as Federal, State, and local agencies.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**  We will disclose records pursuant to the following routine uses; however, we will not disclose any information defined as "return or return information" under 26 U.S.C. 6103 of the Internal Revenue Code (IRC), unless authorized by a statute, the Internal Revenue Service (IRS), or IRS regulations.

1. To employers (or agents on their behalf) in order to complete their records for reporting wages to us pursuant to the Federal Insurance Contributions Act and section 218 of the Social Security Act.

3. To the Department of Justice (DOJ), for investigating and prosecuting violations of the Social Security Act.

4. To Department of Homeland Security (DHS), upon request, to identify and locate aliens in the United States pursuant to section 290(b) of the Immigration and Nationality Act (8 U.S.C. 1360(b)).

5. To the Railroad Retirement Board (RRB), for the purpose of administering provisions of the Social Security Act relating to railroad employment and for administering the Railroad Unemployment Insurance Act.

7

SSA-AR-0118

6. To the Department of the Treasury, for:

   (a) tax administration as defined in section 6103 of the IRC (26 U.S.C. 6103);

   (b) investigating the alleged theft, forgery, or unlawful negotiation of Social Security checks; and

   (c) administering those sections of the IRC that grant tax benefits based on support or residence of children. As required by section 1090(b) of the Taxpayer Relief Act of 1997, Public Law 105-34, this routine use applies specifically to the SSNs of parents shown on an application for an SSN for a person who has not yet attained age 18.

7. To a congressional office in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record.

8. To the Department of State (DOS) for administering the Social Security Act in foreign countries through its facilities and services.

9. To the American Institute, a private corporation under contract to DOS, for administering the Social Security Act in Taiwan through facilities and services of that agency.

10. To the Department of Veterans Affairs (VA), Regional Office, Manila, Philippines, for the administration of the Social Security Act in the Philippines and other parts of the Asia-Pacific region through services and facilities of that agency.

11. To the Department of Labor (DOL) for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act, and for studies on the effectiveness of training programs to combat poverty.

12. To VA:

8

(a) to validate SSNs of compensation recipients/pensioners so that VA can release accurate pension/compensation data to us for Social Security program purposes; and

(b) upon request, for purposes of determining eligibility for, or amount of VA benefits, or verifying other information with respect thereto.

13. To Federal agencies that use the SSN as a numerical identifier in their record-keeping systems for the purpose of validating SSNs.

14. To DOJ, a court or other tribunal, or another party before such court or tribunal, when:

(a) SSA, or any component thereof; or

(b) any SSA employee in the employee's official capacity; or

(c) any SSA employee in the employee's individual capacity where DOJ (or SSA, where it is authorized to do so) has agreed to represent the employee; or

(d) the United States or any agency thereof where we determine the litigation is likely to affect SSA or any of its components, is a party to the litigation or has an interest in such litigation, and SSA determines that the use of such records by DOJ, a court or other tribunal, or another party before the tribunal is relevant and necessary to the litigation, provided, however, that in each case, we determine that such disclosure is compatible with the purpose for which the records were collected.

15. To State audit agencies for the purpose of:

9

SSA-AR-0120

(a) auditing State supplementation payments and Medicaid eligibility considerations; and

(b) expenditures of Federal funds by the State in support of the Disability Determination Services.

16. To the Social Security agency of a foreign country to carry out the purpose of an international social security agreement entered into between the United States and the other country, pursuant to section 233 of the Social Security Act.

17. To Federal, State, or local agencies (or agents on their behalf) for administering income or health maintenance programs, including programs under the Social Security Act. Such disclosures include the release of information to the following agencies, but are not limited to:

(a)  RRB, for administering provisions of the Railroad Retirement Act and Social Security Act, relating to railroad employment, and for administering provisions of the Railroad Unemployment Insurance Act;

(b) VA, for administering 38 U.S.C. 1312, and upon request, for determining eligibility for, or amount of, veterans' benefits or for verifying other information with respect thereto pursuant to 38 U.S.C. 5106;

(c) DOL, for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act.

18. To State welfare departments:

(a) pursuant to agreements with us, for the administration of State supplementation payments;

(b) for enrollment of welfare beneficiaries for medical insurance under section

10

1843 of the Social Security Act; and

(c) for conducting independent quality assurance reviews of SSI beneficiary records, provided that the agreement for Federal administration of the supplementation provides for such an independent review.

19. To third party contacts (e.g., State bureaus of vital statistics and DHS) that issue documents to persons when the third party has, or is expected to have, information that will verify documents when we are unable to determine if such documents are authentic.

20. To DOJ, Criminal Division, Human Rights and Special Prosecutions Section, upon receipt of a request for information pertaining to the identity and location of aliens for the purpose of detecting, investigating and, where appropriate, taking legal action against suspected participants in Nazi persecution, genocide, and torture or extra judicial killings in the United States.

21. To the Selective Service System, for the purpose of enforcing draft registration pursuant to the provisions of the Military Selective Service Act (50 U.S.C. App. § 462, as amended by section 916 of Pub. L. 97-86).

22. To contractors and other Federal agencies, as necessary, for assisting SSA in the efficient administration of its programs.  We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

23. To the National Archives and Records Administration (NARA) under 44 U.S.C. 2904 and 2906.

11

SSA-AR-0122

24. To the Office of Personnel Management (OPM) upon receipt of a request from that agency in accordance with 5 U.S.C. § 8347(m)(3), to disclose SSN information when OPM needs the information to administer its pension program for retired Federal Civil Service employees.

25. To the Department of Education, upon request, to verify SSNs and to disclose citizenship status concerning applicants who apply to postsecondary educational institutions for financial assistance under Title IV of the Higher Education Act of 1965 (20 U.S.C. 1091).

26. To student volunteers, individuals working under a personal services contract, and other workers who technically do not have the status of Federal employees, when they are performing work for us, as authorized by law, and they need access to personally identifiable information (PII) in our records in order to perform their assigned agency functions.

27. To Federal, State, and local law enforcement agencies and private security contractors, as appropriate, information necessary:

     (a)  to enable them to ensure the safety of our employees and customers, the security of our workplace, and the operation of our facilities; or

     (b)  to assist investigations or prosecutions with respect to activities that affect such safety and security or activities that disrupt the operation of our facilities.

28. To recipients of erroneous Death Master File (DMF) information, to disclose corrections to information that resulted in erroneous inclusion of persons in the DMF.

29. To State vital records and statistics agencies, the SSNs of newborn children for

12

SSA-AR-0123

administering public health and income maintenance programs, including conducting statistical studies and evaluation projects.

30. To State motor vehicle administration agencies (MVA) and to State agencies charged with administering State identification card programs for the public to verify names, dates of birth, and Social Security numbers on those persons who apply for, or for whom the State issues, driver's licenses or State identification cards.

31. To entities conducting epidemiological or similar research projects, upon request, pursuant to section 1106(d) of the Social Security Act (42 U.S.C. § 1306(d)), to disclose information as to whether a person is alive or deceased, provided that:

   (a) we determine, in consultation with the Department of Health and Human Services (HHS), that the research may reasonably be expected to contribute to a national health interest;

   (b) the requester agrees to reimburse us for the costs of providing the information; and

   (c) the requester agrees to comply with any safeguards and limitations we specify regarding re-release or re-disclosure of the information.

32. To DHS and to employers for the administration of the E-Verify Program, pursuant to Public Law 104-208, section 404(e). We will inform DHS and the employer participating in the E-Verify Program that the identifying data (SSN, name, and date of birth) furnished by an employer concerning a particular employee matches, or does not match, the data maintained in this system of records, and when there is such a match, that information in this system of records indicates that the employee is, or is not, a citizen of the United States.

13

SSA-AR-0124

33. To a State Bureau of Vital Statistics (BVS) that is authorized by States to issue electronic death reports when the State BVS requests that we verify the SSN of a person on whom the State will file an electronic death report after we verify the SSN.

34. To the Department of Defense (DOD) to disclose validated SSN information and citizenship status information for the purpose of assisting DOD in identifying those members of the Armed Forces and military enrollees who are aliens or non-citizen nationals who may qualify for expedited naturalization or citizenship processing. These disclosures will be made pursuant to requests made under section 329 of the Immigration and Nationality Act, 8 U.S.C. § 1440, as executed by Executive Order 13269.

35. To contractors, cooperative agreement awardees, State agencies, Federal agencies, and Federal congressional support agencies for research and statistical activities that are designed to increase knowledge about present or alternative Social Security programs; are of importance to the Social Security program or the Social Security beneficiaries; or are for an epidemiological project that relates to the Social Security program or beneficiaries. We will disclose information under this routine use pursuant only to a written agreement with us.

36. To State and Territory MVA officials (or agents or contractors on their behalf) and State and Territory chief election officials, under the provisions of section 205(r)(8) of the Social Security Act (42 U.S.C. § 405(r)(8)), to verify the accuracy of information the State agency provides with respect to applications for voter registration for those persons who do not have a driver's license number:

    (a) when the applicant provides the last four digits of the SSN, or

14

SSA-AR-0125

(b) when the applicant provides the full SSN, in accordance with section 7 of the Privacy Act (5 U.S.C. § 552a note), as described in section 303(a)(5)(D) of the Help America Vote Act of 2002.  (42 U.S.C. § 15483(a)(5)(D)).

37. To the Secretary of HHS or to any State, any record or information requested in writing by the Secretary for the purpose of administering any program administered by the Secretary, if we disclosed records or information of such type under applicable rules, regulations, and procedures in effect before the date of enactment of the Social Security Independence and Program Improvements Act of 1994.

38. To appropriate agencies, entities, and persons when:

(a) SSA suspects or has confirmed that there has been a breach of the system of records;

(b) SSA has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, SSA (including its information systems, programs, and operations), the Federal Government, or national security; and

(c) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with SSA's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

39. To State agencies charged with administering Medicaid and the Children's Health Insurance Program (CHIP) to verify personal identification data (e.g., name, SSN, and date of birth) and to disclose citizenship status information to assist them in

15

SSA-AR-0126

determining new applicants' entitlement to benefits provided by the CHIP.

40. To HHS, Centers for Medicare and Medicaid Services (CMS), for the purpose of the administration of Insurance Affordability Programs (IAP) and to identify individuals who qualify for an exemption from the individual responsibility requirement in accordance with the Patient Protection and Affordable Care Act of 2010 (Pub. L. 111–148), as amended by the Health Care and Education Reconciliation Act of 2010 (Pub. L. 111–152). IAPs include a Qualified Health Plan through the Exchange, Advance Payments of the Premium Tax Credit, Cost Sharing Reductions, Medicaid, CHIP, and the Basic Health Program.

41. To the Corporation for National and Community Service, upon request, to verify SSNs and to provide citizenship status as recorded in our records concerning individuals applying to serve in approved national service positions and those designated to receive national service education awards under the National and Community Service Act.

42. To another Federal agency or Federal entity, when SSA determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in:

    (a) responding to a suspected or confirmed breach; or

    (b) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

43. To State and local government agencies, in situations involving suspected abuse,

16

SSA-AR-0127

neglect, or exploitation of minor children or vulnerable adults, to report suspected abuse or determine a victim's eligibility for services.

44. To a State BVS, when it provided SSA information that an individual was deceased to notify the State of the error in the record so furnished.

45. To the Department of Treasury, for purposes of tax administration, debt collection, and identifying, preventing, and recovering improper payments under federally funded programs and to Federal and State agencies for conducting statistical and research activities, pursuant to sections 202(x) and 1611(e) of the Social Security Act. We will disclose only verified prisoner information (e.g., name, SSN, sex code, and date of birth) under this routine use.

46. To the Office of the President, in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record or a third party acting on the subject's behalf.

47. To HHS, Office of Child Support Enforcement, as required by section 453(e)(2) and (j)(1) of the Social Security Act for the administration of the Federal Parent Locator System.

48. To proper applicants submitting an application for a Social Security Card, when the proper applicants establish that the number holders are physically or mentally unable to file for a Social Security card on their own behalf and provide evidence of custody or legal relationship for the number holders, we may provide the number holders' SSN.

49. To DHS, information regarding the citizenship and immigration status, lawful or unlawful, of any individual pursuant to 8 U.S.C. 1373(a).

17

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**  We will maintain records in this system in paper and in electronic form.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**  This system maintains information about individuals by SSN, name, date of birth, the agency's internal processing reference number, or alien registration number.  If we deny an application because the applicant submitted fraudulent evidence, or if we are verifying evidence we suspect to be fraudulent, we will retrieve records either by the applicant's name plus month and year of birth, or by the applicant's name plus the eleven-digit reference number of the disallowed application.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**  In accordance with NARA rules codified at 36 CFR 1225.16, we maintain records in accordance with NARA-approved agency-specific records schedule, N1-47-09-02, item 2, and NARA's General Records Schedule (GRS) 4.2, items 020 and 050, and GRS 5.2, item 010.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**  We retain electronic and paper files containing personal identifiers in secure storage areas accessible only by authorized individuals, including our employees and contractors, who have a need for the information when performing their official duties.  Security measures include, but are not limited to, the use of codes and profiles, personal identification numbers and passwords, and personal identification verification cards.  We restrict access to specific correspondence within the system based on assigned roles and authorized users.  We keep paper records in cabinets within secure areas, with access limited to only those employees who have an official need for access in order to perform their duties.

18

SSA-AR-0129

We use audit mechanisms to record sensitive transactions as an additional measure to protect information from unauthorized disclosure or modification.

We annually provide authorized individuals, including our employees and contractors, with appropriate security awareness training that includes reminders about the need to protect PII and the criminal penalties that apply to unauthorized access to, or disclosure of, PII (5 U.S.C. 552a(i)(1)).  Furthermore, authorized individuals with access to databases maintaining PII must annually sign a sanctions document that acknowledges their accountability for inappropriately accessing or disclosing such information.

**RECORD ACCESS PROCEDURES:**  Individuals may submit requests for information about whether this system contains a record about them by submitting a written request to the system manager at the above address, which includes their name, SSN, or other information that may be in this system of records that will identify them.  Individuals requesting notification of, or access to, a record by mail must include:  (1) a notarized statement to us to verify their identity; or (2) must certify in the request that they are the individual they claim to be and that they understand that the knowing and willful request for, or acquisition of, a record pertaining to another individual under false pretenses is a criminal offense.

Individuals requesting notification of, or access to, records in person must provide their name, SSN, or other information that may be in this system of records that will identify them, as well as provide an identity document, preferably with a photograph, such as a driver's license.  Individuals lacking identification documents sufficient to establish their identity must certify in writing that they are the individual they claim to be and that they understand that the knowing and willful request for, or acquisition of, a

19

SSA-AR-0130

record pertaining to another individual under false pretenses is a criminal offense.

These procedures are in accordance with our regulations at 20 CFR 401.40 and 401.45.

**CONTESTING RECORD PROCEDURES:**  Same as record access procedures. Individuals should also reasonably identify the record, specify the information they are contesting, and state the corrective action sought and the reasons for the correction with supporting justification showing how the record is incomplete, untimely, inaccurate, or irrelevant.  These procedures are in accordance with our regulations at 20 CFR 401.65(a).

**NOTIFICATION PROCEDURES:**  Same as records access procedures.  These procedures are in accordance with our regulations at 20 CFR 401.40 and 401.45.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**  None.

**HISTORY:**  90 FR 10025 (February 20, 2025), Master Files of SSN Holders and SSN Applications.

20

SSA-AR-0131

SOCIAL SECURITY ADMINISTRATION
NARRATIVE STATEMENT

MODIFIED SYSTEM OF RECORDS

**System Name:**  Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0058).

**Purpose:**  The Social Security Administration (SSA) proposes to modify the Master Files of SSN Holders and SSN Applications.  We are modifying the system location and system manager.  We are modifying the routine uses to accurately reflect the disclosures we make from this system and also adding a new routine use that will permit disclosures of citizenship and immigration information to the Department of Homeland Security, pursuant to 8 U.S.C. § 1373(a).  We are also modifying language throughout to correct miscellaneous stylistic formatting and typographical errors of the previously published notice.

This system enables SSA to assign SSNs and for a number of administrative and program purposes, including but not limited to, various Old Age, Survivors, and Disability Insurance, Supplemental Security Income, and Medicare/Medicaid claims purposes; as a case control number; as a secondary beneficiary cross-reference control number for enforcement purposes; for verification of individual identity factors; and for other claims purposes related to establishing benefit entitlement.

SSA will also use information in this system for the general administration of the Social Security Act to ensure the accuracy of enumeration related information in other SSA systems; to prevent the processing of an SSN card application for a person whose application we identified was supported by evidence that either we suspect may be fraudulent and we are verifying evidence, or we determined to be fraudulent information; to record accurate earnings information to the correct individual; to prevent issuance of multiple SSNs to a person; for resolution of earnings discrepancy cases; and for research and statistical activities.

**Authority for Maintenance of the System:**  The authorities for the maintenance of the system include sections 205(a) and 205(c)(2) of the Social Security Act, as amended.

**Probable or Potential Effects on the Privacy of Individuals:**  Protecting the information entrusted to us is among our fundamental responsibilities.  We employ a multifaceted approach towards information security across all of our service channels, whether the service is in-person, by telephone, by mail, or by using our electronic services.  We will appropriately safeguard the information in this system of records and will maintain, use, and disclose the information for authorized purposes in accordance with the Privacy Act of 1974.  Therefore, we do not anticipate that this modified system of records will have an adverse effect on the privacy of individuals, but rather that the protections provided by the Privacy Act will serve to enhance an individual's privacy.

As explained in the Federal Register notice, we will safeguard electronic and paper records in accordance with appropriate laws, rules, and policies.  We will protect the records by physical

SSA-AR-0132

2

security methods and dissemination and access controls.  We control access to all records and limit access to approved personnel with an official need for access in order to perform their duties.  The use of individual passwords or user identification codes are required to access electronic systems.  Paper files are stored:  1) in a secure room with controlled access; (2) in locked file cabinets; and/or (3) in other appropriate GSA-approved security containers.

**Compatibility of Routine Uses:**  The Privacy Act requires that our routine uses be compatible with the purpose for which we collected the information.  5 U.S.C. 552a(a)(7) and (b)(3).  In this case, we collect the information we plan to disclose in order to administer our programs.  We have determined that the below routine uses are compatible with the purpose for which we collected the information under the Privacy Act and our regulations.  The following routine uses apply to this system:

1.  To employers (or agents on their behalf) in order to complete their records for reporting wages to us pursuant to the Federal Insurance Contributions Act and section 218 of the Social Security Act.

    Compatibility:  We will disclose information under this routine use to assist employers (or their agents) in submitting accurate wage reports to us or to administer agreements with States pursuant to section 218 of the Social Security Act.  The Federal Insurance Contributions Act, codified in section 26 of the Internal Revenue Code, requires that a portion of an individual's wages be taxed and used to fund Social Security benefit programs. We may disclose information to employers or their agents to assist them in accurate wage reporting and establishing appropriate FICA taxes for our programs.  Section 218 allows the States to ask the Commissioner of Social Security to enter into an Agreement to extend Social Security and Medicare or Medicare-only coverage to employees of the State and its political subdivisions.

2.  To Federal, State, and local entities to assist them with administering income maintenance and health-maintenance programs, when a Federal statute authorizes them to use the SSN.

    Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs similar to SSA programs, and which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

3.  To the Department of Justice (DOJ) for investigating and prosecuting violations of the Social Security Act.

    Compatibility:  We will disclose information under this routine use, as necessary, to assist DOJ in investigations involving violations of the Social Security Act and civil rights of SSA personnel, with prosecutions, and in matters where DOJ must represent the Commissioner of Social Security.

SSA-AR-0133

4.  To Department of Homeland Security (DHS), upon request, to identify and locate aliens in the United States pursuant to section 290(b) of the Immigration and Nationality Act (8 U.S.C. 1360(b)).

    Compatibility:  We will disclose information under this routine use only to identify and locate aliens pursuant to section 290(b) of the Immigration and Nationality Act (8 U.S.C. 1360(b)).

5.  To the Railroad Retirement Board (RRB), for the purpose of administering provisions of the Social Security Act relating to railroad employment and for administering the Railroad Unemployment Insurance Act.

    Compatibility: We will disclose information under this routine use, when necessary, to assist the RRB in administering the Social Security Act relating to railroad employees.  The information we disclose under this routine was collected to administer our programs and will be used for the same program.

6.  To the Department of the Treasury, for:
    (a) tax administration as defined in section 6103 of the IRC (26 U.S.C. 6103);
    (b) investigating the alleged theft, forgery, or unlawful negotiation of Social Security checks; and
    (c) administering those sections of the IRC that grant tax benefits based on support or residence of children.  As required by section 1090(b) of the Taxpayer Relief Act of 1997, Public Law 105-34, this routine use applies specifically to the SSNs of parents shown on an application for an SSN for a person who has not yet attained age 18.

    Compatibility:  We will disclose information under this routine use only to assist the Department of Treasury in the collection of Social Security taxes and for investigating the unlawful receipt and/or negotiation of Social Security checks.

7.  To a congressional office in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record.

    Compatibility:  We will disclose information under this routine use only when a member of Congress, or member of his or her staff, makes an inquiry relating to information contained in this system of records and indicates that he or she is acting on behalf of the person whose record is requested.  This disclosure is compatible with the original purpose of collection because individuals have the right to choose whether to request their records themselves or through their congressional office.

8.  To the Department of State (DOS) for administering the Social Security Act in foreign countries through its facilities and services.

SSA-AR-0134

4

Compatibility:  We will disclose information under this routine use, when necessary, to assist Department of State in administering the Social Security Act in foreign countries.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

9.  To the American Institute, a private corporation under contract to DOS, for administering the Social Security Act on Taiwan through facilities and services of that agency.

Compatibility:  We will disclose information under this routine use, when necessary, to assist the American Institute in administering the Social Security Act in foreign countries.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

10. To the Department of Veterans Affairs (VA), Regional Office, Manila, Philippines, for the administration of the Social Security Act in the Philippines and other parts of the Asia-Pacific region through services and facilities of that agency.

Compatibility:  We will disclose information under this routine use, when necessary, to assist the VA in administering the Social Security Act in the Philippines and other parts of the Asia-Pacific region.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

11. To the Department of Labor (DOL) for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act, and for studies on the effectiveness of training programs to combat poverty.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

12. To VA:
    (a) to validate SSNs of compensation recipients/pensioners so that VA can release accurate pension/compensation data to us for Social Security program purposes; and
    (b) upon request, for purposes of determining eligibility for, or amount of VA benefits, or verifying other information with respect thereto.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

13. To Federal agencies that use the SSN as a numerical identifier in their record-keeping systems for the purpose of validating SSNs.

SSA-AR-0135

5

Compatibility:  We will disclose this information under this routine use to support other Federal agencies in their record keeping for validating SSNs.

14. To the Department of Justice (DOJ), a court or other tribunal, or another party before such court or tribunal, when:
   (a)  SSA, or any component thereof; or
   (b) Any SSA employee in his or her official capacity; or:
   (c) Any SSA employee in his or her individual capacity where DOJ (or SSA, where it is authorized to do so) has agreed to represent the employee; or
   (d) The United States or any agency thereof where we determine the litigation is likely to us or any of its components, is a party to the litigation or has an interest in such litigation, and SSA determines that the use of such records by DOJ, a court or other tribunal, or another party before the tribunal is relevant and necessary to the litigation, provided, however, that in each case, we determine that such disclosure is compatible with the purpose for which the records were collected.

Compatibility:  We will disclose information under this routine use as necessary to enable the DOJ to defend us, our components, or our staff in litigation, when we determine use of information covered by this system is relevant and necessary to the litigation and compatible with the purpose for which we collected the information.  We will also disclose information to ensure that courts, other tribunals, and parties before such courts or tribunals, have appropriate information that we determine is relevant and necessary and compatible with the purpose for which the information was collected.

15.  To State audit agencies for the purpose of:
   (a) auditing State supplementation payments and Medicaid eligibility considerations; and
   (b) expenditures of Federal funds by the State in support of the Disability Determination Services.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

16. To the social security agency of a foreign country to carry out the purpose of an international social security agreement entered into between the United States and the other country, pursuant to section 233 of the Social Security Act.
Compatibility:  We will disclose information under this routine use where information from SSA's records is needed by a foreign Social Security agency to implement a provision of an agreement other than adjudicating a claim for benefits.

SSA-AR-0136

17. To Federal, State, or local agencies (or agents on their behalf) for administering income or health maintenance programs, including programs under the Social Security Act.  Such disclosures include the release of information to the following agencies, but are not limited to:

      (a)  RRB, for administering provisions of the Railroad Retirement Act and Social Security Act, relating to railroad employment, and for administering provisions of the Railroad Unemployment Insurance Act;

      (b) VA, for administering 38 U.S.C. 1312, and upon request, for determining eligibility for, or amount of, veterans' benefits or for verifying other information with respect thereto pursuant to 38 U.S.C. 5106;

      (c) DOL, for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

18. To State welfare departments:

      (a) pursuant to agreements with us, for the administration of State supplementation payments;

      (b) for enrollment of welfare beneficiaries for medical insurance under section 1843 of the Social Security Act; and

      (c) for conducting independent quality assurance reviews of SSI beneficiary records, provided that the agreement for Federal administration of the supplementation provides for such an independent review.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

19. To third party contacts (e.g., State bureaus of vital statistics and DHS) that issue documents to persons when the third party has, or is expected to have, information that will verify documents when we are unable to determine if such documents are authentic.

Compatibility:  We will disclose information under this routine use only to enable SSA to obtain information that will assist in establishing the validity of evidence or verifying the accuracy of the information presented by the applicant.

20. To DOJ, Criminal Division, Human Rights and Special Prosecutions Section, upon receipt of a request for information pertaining to the identity and location of aliens for the purpose of detecting, investigating and, where appropriate, taking legal action against suspected participants in Nazi persecution, genocide, and torture or extra judicial killings in the United States.

SSA-AR-0137

7

Compatibility:  We will disclose information under this routine use to assist the Department of Justice in identifying and locating aliens for the purpose of detecting, investigating and, where appropriate, taking legal action against suspected participants in Nazi persecution, genocide, and torture or extra judicial killings in the United States.  8 U.S.C 1182(a)(3)(E) makes ineligible for admission to the United States any aliens who participated in Nazi persecution during the period beginning on March 23, 1933 and ending on May 8, 1945.

21. To the Selective Service System for the purpose of enforcing draft registration pursuant to the provisions of the Military Selective Service Act (50 U.S.C. App. § 462, as amended by section 916 of Pub. L. 97-86).

Compatibility:  We will disclose information under this routine use for the purpose of enforcing draft registration pursuant to the provisions of the Military Selective Service Act (50 U.S.C. App. § 462, as amended by section 916 of Pub. L. 97-86).

22. To contractors and other Federal agencies, as necessary, for assisting SSA in the efficient administration of its programs.  We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

Compatibility:  We occasionally enter into contracts or agreements when doing so would contribute to us accomplishing our mission and operations effectively and efficiently.  We must be able to provide a contractor or other Federal agency, information to fulfill its duties. In these situations, we will limit the information that we disclose consistent with the terms of the parties' agreement and consistent with that which we are legally authorized to disclose and is necessary, consistent with contract terms.  Additionally, we have safeguards stated in the contract and agreement, prohibiting contractors or other Federal agencies from using or disclosing the information for any other purposes, other than what is described in the contract or agreement.

23. To the National Archives and Records Administration (NARA) under 44 U.S.C. 2904 and 2906.

Compatibility:  We will disclose information under this routine use only when it is necessary that NARA have access to the information covered by this system.  Title 44 U.S.C. § 2904, as amended, authorizes the Archivist of NARA to promulgate standards, procedures, and guidelines regarding records management and to conduct records management studies.  Title 44 U.S.C. § 2906, as amended, provides that agencies are to cooperate with NARA's authorization to inspect Federal agencies' records for records management purposes.

24. To the Office of Personnel Management (OPM) upon receipt of a request from that agency in accordance with 5 U.S.C. § 8347(m)(3), to disclose SSN information when OPM needs the information to administer its pension program for retired Federal Civil Service employees.

SSA-AR-0138

8

Compatibility:  We will disclose SSNs when OPM needs the information to administer its pension program for retired Federal Civil Service employees.

25. To the Department of Education, upon request, to verify SSNs and to disclose citizenship status concerning applicants who apply to postsecondary educational institutions for financial assistance under Title IV of the Higher Education Act of 1965 (20 U.S.C. 1091).

Compatibility:  We will disclose information under this routine use to the Department of Education, upon request, to verify SSNs and to disclose citizenship status that students provide to postsecondary educational institutions, as required by Title IV of the Higher Education Act of 1965 (20 U.S.C. 1091).

26. To student volunteers, individuals working under a personal services contract, and other workers who technically do not have the status of Federal employees, when they are performing work for us, as authorized by law, and they need access to personally identifiable information (PII) in our records in order to perform their assigned agency functions.

Compatibility:  Under certain Federal statutes, SSA is authorized to use the service of volunteers and participants in certain educational, training, employment, and community service programs.  An example of such a statute includes 20 U.S.C. 1087-53 regarding the Federal Work-Study Program.  We will disclose information under this routine use only when we use the services of student volunteers, persons working under a personal services contract, and others in educational, training, employment, and community service programs when they need access to information covered by this system of records to perform their assigned agency duties.

27. To Federal, State, and local law enforcement agencies and private security contractors, as appropriate, information necessary:
      (a) to enable them to ensure the safety of our employees and customers, the security of our workplace, and the operation of our facilities; or
      (b) to assist investigations or prosecutions with respect to activities that affect such safety and security or activities that disrupt the operation of our facilities.

Compatibility:  We will disclose information under this routine use to law enforcement agencies and private security contractors when information is needed to respond to, investigate, or prevent activities that jeopardize the security and safety of SSA customers, employees, or workplaces, or that otherwise disrupt the operation of SSA facilities.  We would also disclose information to assist in the prosecution of persons charged with violating Federal, State, or local law in connection with such activities.

28. To recipients of erroneous Death Master File (DMF) information, to disclose corrections to information that resulted in erroneous inclusion of persons in the DMF.

Compatibility:  We will disclose information in this routine use to recipients of erroneous DMF information.

SSA-AR-0139

29.  To State vital records and statistics agencies, the SSNs of newborn children for administering public health and income maintenance programs, including conducting statistical studies and evaluation projects.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

30. To State motor vehicle administration agencies (MVA) and to State agencies charged with administering State identification card programs (ICP) for the public to verify names, dates of birth, and Social Security numbers on those persons who apply for, or for whom the State issues, driver's licenses or State identification cards.

Compatibility:  We will disclose information under this routine use to State motor vehicle administration agencies (MVA) and to State agencies charged with administering State identification card programs (ICP) for the public to verify names, dates of birth, and Social Security numbers on those persons who apply for, or for whom the State issues, driver's licenses or State identification cards.

31. To entities conducting epidemiological or similar research projects, upon request, pursuant to section 1106(d) of the Social Security Act (42 U.S.C. § 1306(d)), to disclose information as to whether a person is alive or deceased, provided that:
   (a) we determine, in consultation with the Department of Health and Human Services, that the research may reasonably be expected to contribute to a national health interest;
   (b) the requester agrees to reimburse us for the costs of providing the information; and
   (c) the requester agrees to comply with any safeguards and limitations we specify regarding re-release or re-disclosure of the information.

Compatibility:  We will disclose information in this routine use to entities conducting epidemiological or similar research project to disclose information as to whether a person is dead or alive if we determine that the research may reasonably be expected to contribute to a national health interest; the requester agrees to reimburse us for the costs of providing the information; and the requester agrees to comply with any safeguards and limitations we specify regarding re-release or re-disclosure of the information.

32. To DHS and to employers for the administration of the E-Verify Program, pursuant to Public Law 104-208, section 404(e).  We will inform DHS and the employer participating in the E-Verify Program that the identifying data (SSN, name, and date of birth) furnished by an employer concerning a particular employee matches, or does not match, the data maintained in this system of records, and when there is such a match, that information in this system of records indicates that the employee is, or is not, a citizen of the United States.

10

Compatibility:  We will disclose information in this routine use to DHS and employers for administration of the E-Verify Program, pursuant to Public Law 104-208, section 404(e).

33. To a State Bureau of Vital Statistics (BVS) that is authorized by States to issue electronic death reports when the State BVS requests that we verify the SSN of a person on whom the State will file an electronic death report after we verify the SSN.

Compatibility:  We will disclose information to a State BVS to verify the SSN of a person on whom the state will file an electronic death report after we verify the SSN.  We assist many States in implementing the Electronic Death Registration (EDR) process. At the front-end of the EDR process, we verify the SSN submitted by the State BVS. After the State BVS obtains the SSN verification, the State BVS provides SSA the death report connected with the verified SSN. When SSA obtains the death report connected to the verified SSN, we are able to immediately terminate benefits.  We provide SSN verifications to State BVSs electronically via agreements.

34. To the Department of Defense (DOD) to disclose validated SSN information and citizenship status information for the purpose of assisting DOD in identifying those members of the Armed Forces and military enrollees who are aliens or non-citizen nationals who may qualify for expedited naturalization or citizenship processing. These disclosures will be made pursuant to requests made under section 329 of the Immigration and Nationality Act, 8 U.S.C. § 1440, as executed by Executive Order 13269.

Compatibility:  We will disclose validated SSN and citizenship information for the purpose of assisting DOD in identifying those members of the Armed Forces and military enrollees who are aliens or non-citizen nationals who may qualify for expedited naturalization or citizenship processing.

35. To contractors, cooperative agreement awardees, State agencies, Federal agencies, and Federal congressional support agencies for, research and statistical activities that are designed to increase knowledge about present or alternative Social Security programs; are of importance to the Social Security program or the Social Security beneficiaries; or are for an epidemiological project that relates to the Social Security program or beneficiaries.  We will disclose information under this routine use pursuant only to a written agreement with us.

Compatibility:  We will disclose information under this routine use to a contractor, cooperative agreement awardee, State agency, Federal agency, and Federal congressional support agency researchers whose work is of interest to SSA.  The information was collected to administer our programs, and the research conducted with use of that information will be used to strengthen and improve those programs.  We will limit the information that we disclose to that which we are legally authorized to disclose, consistent with our regulations at 20 CFR Part 401.165, and per the contract or agreement terms.  Additionally, we have safeguards stated in the contract or agreement, prohibiting researchers from using or

11

disclosing the information for any other purposes, other than what is described in the contract or agreement.

36. To State and Territory MVA officials (or agents or contractors on their behalf) and State and Territory chief election officials, under the provisions of section 205(r)(8) of the Social Security Act (42 U.S.C. § 405(r)(8)), to verify the accuracy of information the State agency provides with respect to applications for voter registration for those persons who do not have a driver's license number:

   (a) when the applicant provides the last four digits of the SSN, or
   (b) when the applicant provides the full SSN, in accordance with section 7 of the Privacy Act (5 U.S.C. § 552a note), as described in section 303(a)(5)(D) of the Help America Vote Act of 2002.  (42 U.S.C. § 15483(a)(5)(D)).

   Compatibility:  We will disclose to State and Territory MVA and election officials to verify the accuracy of information the State agency provides with respect to applications for voter registration for those persons who do not have a driver's license number.

37. To the Secretary of Health and Human Services (HHS) or to any State, any record or information requested in writing by the Secretary for the purpose of administering any program administered by the Secretary, if we disclosed records or information of such type under applicable rules, regulations, and procedures in effect before the date of enactment of the Social Security Independence and Program Improvements Act of 1994.

   Compatibility:  We will disclose to the Secretary of HHS or to any State, any record or information requested in writing by the Secretary, if the records or information of such type were disclosed under applicable rules, regulations, and procedures in effect before the enactment of the Social Security Independence and Program Improvements Act of 1994, August 15, 1994, (704(e)(1) of the Social Security Act (42 U.S.C 904(e)(1)).  Prior to becoming independent of HHS, we provided certain information to HHS components based on the Privacy Act's "need to know" provision (5 U.S.C. § 552a(b)(1)). Under provisions of the Social Security Independence and Program Improvements Act of 1994, we must continue to disclose certain information when requested in writing by the Secretary of HHS, if records or information of such type were disclosed under applicable rules, regulations, and procedures in effect before the enactment of this statute. See 42 U.S.C. §904(e)(1)(B).

38. To appropriate agencies, entities, and persons when:
   (a) SSA suspects or has confirmed that there has been a breach of the system of records;
   (b) SSA has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, SSA (including its information systems, programs, and operations), the Federal Government, or national security; and
   (c) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with SSA's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

SSA-AR-0142

Compatibility:  We will disclose information under this routine use specifically in connection with response and remediation efforts in the event of an unintentional release of agency information, in our programs or systems, otherwise known as a 'data security breach.'  This routine use will protect the interests of the people whose information is at risk by allowing us to take appropriate steps to facilitate a timely and effective response to a breach.  This routine use will also help us improve our ability to prevent, minimize, or remedy any harm that may result from a compromise of data covered by this system of records, and is required by OMB Memorandum 17-12, Preparing for and Responding to a Breach of Personally Identifiable Information, dated January 3, 2017.

39. To State agencies charged with administering Medicaid and the Children's Health Insurance Program (CHIP) to verify personal identification data (e.g., name, SSN, and date of birth) and to disclose citizenship status information to assist them in determining new applicants' entitlement to benefits provided by the CHIP.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

40. To HHS, Centers for Medicare and Medicaid Services for the purpose of the administration of Insurance Affordability Programs (IAP) and to identify individuals who qualify for an exemption from the individual responsibility requirement in accordance with the Patient Protection and Affordable Care Act of 2010 (Pub. L. 111–148), as amended by the Health Care and Education Reconciliation Act of 2010 (Pub. L. 111–152). IAPs include a Qualified Health Plan through the Exchange, Advance Payments of the Premium Tax Credit, Cost Sharing Reductions, Medicaid, the Children's Health Insurance Program, and the Basic Health Program.

Compatibility:  We will disclose information under this routine use to the Department of Health and Human Services/Centers for Medicare and Medicaid Services for the purpose of the administration of Insurance Affordability Programs (IAP) and to identify individuals who qualify for an exemption from the individual responsibility.

41. To the Corporation for National and Community Service, upon request, to verify SSNs and to provide citizenship status as recorded in our records concerning individuals applying to serve in approved national service positions and those designated to receive national service education awards under the National and Community Service Act.

Compatibility:  We will disclose information under this routine use to the Corporation for National and Community Service (CNCS) to verify SSNs and to provide citizenship status as recorded in our records concerning individuals applying for CNCS scholarships.

13

42. To another Federal agency or Federal entity, when SSA determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in:
   (a) responding to a suspected or confirmed breach; or
   (b) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

   Compatibility:  We will disclose information under this routine use specifically in connection with response and remediation efforts in the event of an unintentional release of agency information, in our programs or systems, otherwise known as a 'data security breach.'  This routine use will protect the interests of the people whose information is at risk by allowing us to take appropriate steps to facilitate a timely and effective response to a breach.  This routine use will also help us improve our ability to prevent, minimize, or remedy any harm that may result from a compromise of data covered by this system of records, and is required by OMB Memorandum 17-12, Preparing for and Responding to a Breach of Personally Identifiable Information, dated January 3, 2017.

43. To State and local government agencies, in situations involving suspected abuse, neglect, or exploitation of minor children or vulnerable adults, to report suspected abuse or determine a victim's eligibility for services.

   Compatibility:  We will disclose the name and address of the alleged victim, and the reason(s) why we suspect abuse to the appropriate State or local protective service agency to determine eligibility for state services (i.e., health and income maintenance).

44. To a State bureau of vital statistics when it provided SSA information that an individual was deceased to notify the State of the error in the record so furnished.

   Compatibility:  We will disclose information under this routine use to a State bureau of vital statistics under contract with us when necessary to inform the State bureau that a record it provided to SSA reporting that an individual is deceased is erroneous based on information in our records.

45. To the Department of the Treasury, for purposes of tax administration, debt collection, and identifying, preventing, and recovering improper payments under federally funded programs and to Federal and State agencies for conducting statistical and research activities, pursuant to sections 202(x) and 1611(e) of the Social Security Act.  We will disclose only verified prisoner information (e.g., name, SSN, sex code, and date of birth) under this routine use.

   Compatibility:   We will disclose verified prisoner information to the Department of Treasury pursuant to sections 202(x) and 1611(e) of the Social Security Act for purposes of tax administration, debt collection, and improper payments or collection of delinquent debts owed to the United States.  SSA will verify prison information we receive (name, date of birth, sex code, and SSN) and disclose the results of the comparison of the information to the

SSA-AR-0144

14

Department of Treasury.   We will also disclose prisoner information to Federal and State agencies for conducting statistical and research activities, pursuant to Sections 202(x) and 1611(e) of the Social Security Act.

46. To the Office of the President in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record or a third party acting on the subject's behalf.

Compatibility:  We will disclose information under this routine use only when the Office of the President makes an inquiry relating to information contained in this system of records and indicates that it is acting on behalf of the person whose record is requested.  This disclosure is compatible with the original purpose of collection because individuals have the right to choose whether to request their records themselves or through the Office of the President.

47. To HHS, Office of Child Support Enforcement, as required by section 453(e)(2) and (j)(1) of the Social Security Act for the administration of the Federal Parent Locator System.

Compatibility:  We will disclose information under this routine use to the Federal Parent Location System about individual under an obligation to pay child support and against whom such an obligation is sought.  We disclose non-tax return information authorized by section 435(e)(2) of the Act and tax return information authorized by the Internal Revenue Code, such as SSN, most recent residence, and the last report place of employment and work address.

48. To proper applicants submitting an application for a Social Security Card, when the proper applicant establishes that the number holder is physically or mentally unable to file for a Social Security card on their own behalf and provides evidence of custody or legal relationship for the number holder, we may provide the number holder's SSN.

Compatibility:  After establishing relationship to and custody or legal responsibility for the number holder, we will disclose SSN only under this routine use to a proper applicant (e.g., court-appointed legal guardian, custodial parent, administrator of an individual's estate, family member with custody, State agency or State-licensed agency with legal custody, or individual who applies on behalf of another individual who can establish relationship and responsibility) when the number holder is unable to file an application for a Social Security card on their own behalf.

49. To DHS, information regarding the citizenship and immigration status, lawful or unlawful, of any individual pursuant to 8 U.S.C. 1373(a).

Compatibility:  We will disclose citizenship and immigration status information, lawful or unlawful, to DHS, as required by 8 U.S.C. 1373(a).

**OMB-Approved Information Collection Requests:**  We list the OMB-approved information collection requests maintained in this system of records below.

SSA-AR-0145

15

| Form | Title | OMB Control Number | Expiration Date |
|---|---|---|---|
| SS-5 | Application for a Social Security Card (including Paper, SSNAP Intranet, OSSNAP, and iSSNRC Modalities and Enumeration at Birth) | 0960-0066 | 12/31/2026 |
| SSA-88 | Pre-Approval Form for Consent-Based Social Security Number Verification Service (CBSV) | 0960-0760 | 12/31/2025 |
| SSA-89 | Authorization for SSA to Release SSN Verification | 0960-0760 | 12/31/2025 |
| SSA-132 | Notification of a SSN to an Employer for Wage Reporting | 0960-0778 | 3/31/2028 |

SSA-AR-0146

| From: | Holmes, Alisa OGC |
|---|---|
| To: | Dorsey, Tristin OGC |
| Cc: | Holmes, Alisa OGC |
| Subject: | ADMIN SUPPORT: 8628 CLOSED: Alisa Holmes |
| Date: | Friday, August 15, 2025 8:41:32 PM |
| Importance: | High |

# Admin Support ADMIN

**Ticket Details:**

ID: **8628**

Closed By: **Alisa Holmes**

Submitted On: **8/15/2025 2:51 PM**

Submitted for: **Tristin Dorsey**

Office: **OPD**

Office: **HQ OGC, Altmeyer Building, 6401 Security Blvd.**

Request Type: **Mail**

Request Specifics: **Due date - ASAP; Address: U.S. House of Representatives, 2157 Rayburn House Office Building, Washington, DC 20515; Number of copies: 1, number of pages: 21; Binding instructions: N/A; Shipping method: USPS**

Resolution: **08/15/2025 - Printed and mailed the attached documents via USPS regular mail to the addressee. Closing the admin ticket.**

**Click Here** to take a brief survey and let us know how we did.

SSA-AR-0147

| | |
|---|---|
| **From:** | Holmes, Alisa OGC |
| **To:** | Dorsey, Tristin OGC |
| **Cc:** | Holmes, Alisa OGC |
| **Subject:** | ADMIN SUPPORT: 8629 CLOSED: Alisa Holmes |
| **Date:** | Friday, August 15, 2025 8:41:42 PM |
| **Importance:** | High |

# Admin Support ADMIN

**Ticket Details:**

ID: **8629**

Closed By: **Alisa Holmes**

Submitted On: **8/15/2025 2:52 PM**

Submitted for: **Tristin Dorsey**

Office: **OPD**

Office: **HQ OGC, Altmeyer Building, 6401 Security Blvd.**

Request Type: **Mail**

Request Specifics: **Due date - ASAP; Address: U.S. Senate, 340 Dirksen Senate Office Building, Washington, DC 20510; Number of copies: 1, number of pages: 21; Binding instructions: N/A; Shipping method: USPS**

Resolution: **08/15/2025 - Printed and mailed the attached documents via USPS regular mail to the addressee. Closing the admin ticket.**

**Click Here** to take a brief survey and let us know how we did.

SSA-AR-0148

SOCIAL SECURITY ADMINISTRATION
NARRATIVE STATEMENT

MODIFIED SYSTEM OF RECORDS

**System Name:**  Master Files of Social Security Number (SSN) Holders and SSN Applications (60-0058).

**Purpose:**  The Social Security Administration (SSA) proposes to modify the Master Files of SSN Holders and SSN Applications.  We are modifying the system location and system manager.  We are modifying the routine uses to accurately reflect the disclosures we make from this system and also adding a new routine use that will permit disclosures of citizenship and immigration information to the Department of Homeland Security, pursuant to 8 U.S.C. § 1373(a).  We are also modifying language throughout to correct miscellaneous stylistic formatting and typographical errors of the previously published notice.

This system enables SSA to assign SSNs and for a number of administrative and program purposes, including but not limited to, various Old Age, Survivors, and Disability Insurance, Supplemental Security Income, and Medicare/Medicaid claims purposes; as a case control number; as a secondary beneficiary cross-reference control number for enforcement purposes; for verification of individual identity factors; and for other claims purposes related to establishing benefit entitlement.

SSA will also use information in this system for the general administration of the Social Security Act to ensure the accuracy of enumeration related information in other SSA systems; to prevent the processing of an SSN card application for a person whose application we identified was supported by evidence that either we suspect may be fraudulent and we are verifying evidence, or we determined to be fraudulent information; to record accurate earnings information to the correct individual; to prevent issuance of multiple SSNs to a person; for resolution of earnings discrepancy cases; and for research and statistical activities.

**Authority for Maintenance of the System:**  The authorities for the maintenance of the system include sections 205(a) and 205(c)(2) of the Social Security Act, as amended.

**Probable or Potential Effects on the Privacy of Individuals:**  Protecting the information entrusted to us is among our fundamental responsibilities.  We employ a multifaceted approach towards information security across all of our service channels, whether the service is in-person, by telephone, by mail, or by using our electronic services.  We will appropriately safeguard the information in this system of records and will maintain, use, and disclose the information for authorized purposes in accordance with the Privacy Act of 1974.  Therefore, we do not anticipate that this modified system of records will have an adverse effect on the privacy of individuals, but rather that the protections provided by the Privacy Act will serve to enhance an individual's privacy.

As explained in the Federal Register notice, we will safeguard electronic and paper records in accordance with appropriate laws, rules, and policies.  We will protect the records by physical

SSA-AR-0149

2

security methods and dissemination and access controls.  We control access to all records and limit access to approved personnel with an official need for access in order to perform their duties.  The use of individual passwords or user identification codes are required to access electronic systems.  Paper files are stored:  1) in a secure room with controlled access; (2) in locked file cabinets; and/or (3) in other appropriate GSA-approved security containers.

**Compatibility of Routine Uses:**  The Privacy Act requires that our routine uses be compatible with the purpose for which we collected the information.  5 U.S.C. 552a(a)(7) and (b)(3).  In this case, we collect the information we plan to disclose in order to administer our programs.  We have determined that the below routine uses are compatible with the purpose for which we collected the information under the Privacy Act and our regulations.  The following routine uses apply to this system:

1.  To employers (or agents on their behalf) in order to complete their records for reporting wages to us pursuant to the Federal Insurance Contributions Act and section 218 of the Social Security Act.

    Compatibility:  We will disclose information under this routine use to assist employers (or their agents) in submitting accurate wage reports to us or to administer agreements with States pursuant to section 218 of the Social Security Act.  The Federal Insurance Contributions Act, codified in section 26 of the Internal Revenue Code, requires that a portion of an individual's wages be taxed and used to fund Social Security benefit programs. We may disclose information to employers or their agents to assist them in accurate wage reporting and establishing appropriate FICA taxes for our programs.  Section 218 allows the States to ask the Commissioner of Social Security to enter into an Agreement to extend Social Security and Medicare or Medicare-only coverage to employees of the State and its political subdivisions.

2.  To Federal, State, and local entities to assist them with administering income maintenance and health-maintenance programs, when a Federal statute authorizes them to use the SSN.

    Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs similar to SSA programs, and which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

3.  To the Department of Justice (DOJ) for investigating and prosecuting violations of the Social Security Act.

    Compatibility:  We will disclose information under this routine use, as necessary, to assist DOJ in investigations involving violations of the Social Security Act and civil rights of SSA personnel, with prosecutions, and in matters where DOJ must represent the Commissioner of Social Security.

SSA-AR-0150

3

4. To Department of Homeland Security (DHS), upon request, to identify and locate aliens in the United States pursuant to section 290(b) of the Immigration and Nationality Act (8 U.S.C. 1360(b)).

   Compatibility:  We will disclose information under this routine use only to identify and locate aliens pursuant to section 290(b) of the Immigration and Nationality Act (8 U.S.C. 1360(b)).

5. To the Railroad Retirement Board (RRB), for the purpose of administering provisions of the Social Security Act relating to railroad employment and for administering the Railroad Unemployment Insurance Act.

   Compatibility: We will disclose information under this routine use, when necessary, to assist the RRB in administering the Social Security Act relating to railroad employees.  The information we disclose under this routine was collected to administer our programs and will be used for the same program.

6. To the Department of the Treasury, for:
   (a) tax administration as defined in section 6103 of the IRC (26 U.S.C. 6103);
   (b) investigating the alleged theft, forgery, or unlawful negotiation of Social Security checks; and
   (c) administering those sections of the IRC that grant tax benefits based on support or residence of children.  As required by section 1090(b) of the Taxpayer Relief Act of 1997, Public Law 105-34, this routine use applies specifically to the SSNs of parents shown on an application for an SSN for a person who has not yet attained age 18.

   Compatibility:  We will disclose information under this routine use only to assist the Department of Treasury in the collection of Social Security taxes and for investigating the unlawful receipt and/or negotiation of Social Security checks.

7. To a congressional office in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record.

   Compatibility:  We will disclose information under this routine use only when a member of Congress, or member of his or her staff, makes an inquiry relating to information contained in this system of records and indicates that he or she is acting on behalf of the person whose record is requested.  This disclosure is compatible with the original purpose of collection because individuals have the right to choose whether to request their records themselves or through their congressional office.

8. To the Department of State (DOS) for administering the Social Security Act in foreign countries through its facilities and services.

SSA-AR-0151

4

Compatibility:  We will disclose information under this routine use, when necessary, to assist Department of State in administering the Social Security Act in foreign countries.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

9.  To the American Institute, a private corporation under contract to DOS, for administering the Social Security Act on Taiwan through facilities and services of that agency.

Compatibility:  We will disclose information under this routine use, when necessary, to assist the American Institute in administering the Social Security Act in foreign countries.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

10. To the Department of Veterans Affairs (VA), Regional Office, Manila, Philippines, for the administration of the Social Security Act in the Philippines and other parts of the Asia-Pacific region through services and facilities of that agency.

Compatibility:  We will disclose information under this routine use, when necessary, to assist the VA in administering the Social Security Act in the Philippines and other parts of the Asia-Pacific region.  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

11. To the Department of Labor (DOL) for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act, and for studies on the effectiveness of training programs to combat poverty.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

12. To VA:
      (a)  to validate SSNs of compensation recipients/pensioners so that VA can release accurate pension/compensation data to us for Social Security program purposes; and
      (b)  upon request, for purposes of determining eligibility for, or amount of VA benefits, or verifying other information with respect thereto.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

13. To Federal agencies that use the SSN as a numerical identifier in their record-keeping systems for the purpose of validating SSNs.

SSA-AR-0152

5

Compatibility:  We will disclose this information under this routine use to support other Federal agencies in their record keeping for validating SSNs.

14. To the Department of Justice (DOJ), a court or other tribunal, or another party before such court or tribunal, when:
    (a)  SSA, or any component thereof; or
    (b) Any SSA employee in his or her official capacity; or:
    (c) Any SSA employee in his or her individual capacity where DOJ (or SSA, where it is authorized to do so) has agreed to represent the employee; or
    (d) The United States or any agency thereof where we determine the litigation is likely to us or any of its components, is a party to the litigation or has an interest in such litigation, and SSA determines that the use of such records by DOJ, a court or other tribunal, or another party before the tribunal is relevant and necessary to the litigation, provided, however, that in each case, we determine that such disclosure is compatible with the purpose for which the records were collected.

Compatibility:  We will disclose information under this routine use as necessary to enable the DOJ to defend us, our components, or our staff in litigation, when we determine use of information covered by this system is relevant and necessary to the litigation and compatible with the purpose for which we collected the information.  We will also disclose information to ensure that courts, other tribunals, and parties before such courts or tribunals, have appropriate information that we determine is relevant and necessary and compatible with the purpose for which the information was collected.

15.  To State audit agencies for the purpose of:
    (a) auditing State supplementation payments and Medicaid eligibility considerations; and
    (b) expenditures of Federal funds by the State in support of the Disability Determination Services.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

16. To the social security agency of a foreign country to carry out the purpose of an international social security agreement entered into between the United States and the other country, pursuant to section 233 of the Social Security Act.
    Compatibility:  We will disclose information under this routine use where information from SSA's records is needed by a foreign Social Security agency to implement a provision of an agreement other than adjudicating a claim for benefits.

SSA-AR-0153

17. To Federal, State, or local agencies (or agents on their behalf) for administering income or health maintenance programs, including programs under the Social Security Act. Such disclosures include the release of information to the following agencies, but are not limited to:

    (a)  RRB, for administering provisions of the Railroad Retirement Act and Social Security Act, relating to railroad employment, and for administering provisions of the Railroad Unemployment Insurance Act;

    (b) VA, for administering 38 U.S.C. 1312, and upon request, for determining eligibility for, or amount of, veterans' benefits or for verifying other information with respect thereto pursuant to 38 U.S.C. 5106;

    (c) DOL, for administering provisions of Title IV of the Federal Coal Mine Health and Safety Act, as amended by the Black Lung Benefits Act.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

18. To State welfare departments:

    (a) pursuant to agreements with us, for the administration of State supplementation payments;

    (b) for enrollment of welfare beneficiaries for medical insurance under section 1843 of the Social Security Act; and

    (c) for conducting independent quality assurance reviews of SSI beneficiary records, provided that the agreement for Federal administration of the supplementation provides for such an independent review.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

19. To third party contacts (e.g., State bureaus of vital statistics and DHS) that issue documents to persons when the third party has, or is expected to have, information that will verify documents when we are unable to determine if such documents are authentic.

Compatibility:  We will disclose information under this routine use only to enable SSA to obtain information that will assist in establishing the validity of evidence or verifying the accuracy of the information presented by the applicant.

20. To DOJ, Criminal Division, Human Rights and Special Prosecutions Section, upon receipt of a request for information pertaining to the identity and location of aliens for the purpose of detecting, investigating and, where appropriate, taking legal action against suspected participants in Nazi persecution, genocide, and torture or extra judicial killings in the United States.

SSA-AR-0154

Compatibility:  We will disclose information under this routine use to assist the Department of Justice in identifying and locating aliens for the purpose of detecting, investigating and, where appropriate, taking legal action against suspected participants in Nazi persecution, genocide, and torture or extra judicial killings in the United States.  8 U.S.C 1182(a)(3)(E) makes ineligible for admission to the United States any aliens who participated in Nazi persecution during the period beginning on March 23, 1933 and ending on May 8, 1945.

21. To the Selective Service System for the purpose of enforcing draft registration pursuant to the provisions of the Military Selective Service Act (50 U.S.C. App. § 462, as amended by section 916 of Pub. L. 97-86).

Compatibility:  We will disclose information under this routine use for the purpose of enforcing draft registration pursuant to the provisions of the Military Selective Service Act (50 U.S.C. App. § 462, as amended by section 916 of Pub. L. 97-86).

22. To contractors and other Federal agencies, as necessary, for assisting SSA in the efficient administration of its programs.  We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

Compatibility:  We occasionally enter into contracts or agreements when doing so would contribute to us accomplishing our mission and operations effectively and efficiently.  We must be able to provide a contractor or other Federal agency, information to fulfill its duties. In these situations, we will limit the information that we disclose consistent with the terms of the parties' agreement and consistent with that which we are legally authorized to disclose and is necessary, consistent with contract terms.  Additionally, we have safeguards stated in the contract and agreement, prohibiting contractors or other Federal agencies from using or disclosing the information for any other purposes, other than what is described in the contract or agreement.

23. To the National Archives and Records Administration (NARA) under 44 U.S.C. 2904 and 2906.

Compatibility:  We will disclose information under this routine use only when it is necessary that NARA have access to the information covered by this system.  Title 44 U.S.C. § 2904, as amended, authorizes the Archivist of NARA to promulgate standards, procedures, and guidelines regarding records management and to conduct records management studies.  Title 44 U.S.C. § 2906, as amended, provides that agencies are to cooperate with NARA's authorization to inspect Federal agencies' records for records management purposes.

24. To the Office of Personnel Management (OPM) upon receipt of a request from that agency in accordance with 5 U.S.C. § 8347(m)(3), to disclose SSN information when OPM needs the information to administer its pension program for retired Federal Civil Service employees.

Compatibility:  We will disclose SSNs when OPM needs the information to administer its pension program for retired Federal Civil Service employees.

25. To the Department of Education, upon request, to verify SSNs and to disclose citizenship status concerning applicants who apply to postsecondary educational institutions for financial assistance under Title IV of the Higher Education Act of 1965 (20 U.S.C. 1091).

Compatibility:  We will disclose information under this routine use to the Department of Education, upon request, to verify SSNs and to disclose citizenship status that students provide to postsecondary educational institutions, as required by Title IV of the Higher Education Act of 1965 (20 U.S.C. 1091).

26. To student volunteers, individuals working under a personal services contract, and other workers who technically do not have the status of Federal employees, when they are performing work for us, as authorized by law, and they need access to personally identifiable information (PII) in our records in order to perform their assigned agency functions.

Compatibility:  Under certain Federal statutes, SSA is authorized to use the service of volunteers and participants in certain educational, training, employment, and community service programs.  An example of such a statute includes 20 U.S.C. 1087-53 regarding the Federal Work-Study Program.  We will disclose information under this routine use only when we use the services of student volunteers, persons working under a personal services contract, and others in educational, training, employment, and community service programs when they need access to information covered by this system of records to perform their assigned agency duties.

27. To Federal, State, and local law enforcement agencies and private security contractors, as appropriate, information necessary:
  (a) to enable them to ensure the safety of our employees and customers, the security of our workplace, and the operation of our facilities; or
  (b) to assist investigations or prosecutions with respect to activities that affect such safety and security or activities that disrupt the operation of our facilities.

Compatibility:  We will disclose information under this routine use to law enforcement agencies and private security contractors when information is needed to respond to, investigate, or prevent activities that jeopardize the security and safety of SSA customers, employees, or workplaces, or that otherwise disrupt the operation of SSA facilities.  We would also disclose information to assist in the prosecution of persons charged with violating Federal, State, or local law in connection with such activities.

28. To recipients of erroneous Death Master File (DMF) information, to disclose corrections to information that resulted in erroneous inclusion of persons in the DMF.

Compatibility:  We will disclose information in this routine use to recipients of erroneous DMF information.

9

29.  To State vital records and statistics agencies, the SSNs of newborn children for administering public health and income maintenance programs, including conducting statistical studies and evaluation projects.

Compatibility:  We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

30. To State motor vehicle administration agencies (MVA) and to State agencies charged with administering State identification card programs (ICP) for the public to verify names, dates of birth, and Social Security numbers on those persons who apply for, or for whom the State issues, driver's licenses or State identification cards.

Compatibility:  We will disclose information under this routine use to State motor vehicle administration agencies (MVA) and to State agencies charged with administering State identification card programs (ICP) for the public to verify names, dates of birth, and Social Security numbers on those persons who apply for, or for whom the State issues, driver's licenses or State identification cards.

31. To entities conducting epidemiological or similar research projects, upon request, pursuant to section 1106(d) of the Social Security Act (42 U.S.C. § 1306(d)), to disclose information as to whether a person is alive or deceased, provided that:
    (a) we determine, in consultation with the Department of Health and Human Services, that the research may reasonably be expected to contribute to a national health interest;
    (b) the requester agrees to reimburse us for the costs of providing the information; and
    (c) the requester agrees to comply with any safeguards and limitations we specify regarding re-release or re-disclosure of the information.

Compatibility:  We will disclose information in this routine use to entities conducting epidemiological or similar research project to disclose information as to whether a person is dead or alive if we determine that the research may reasonably be expected to contribute to a national health interest; the requester agrees to reimburse us for the costs of providing the information; and the requester agrees to comply with any safeguards and limitations we specify regarding re-release or re-disclosure of the information.

32. To DHS and to employers for the administration of the E-Verify Program, pursuant to Public Law 104-208, section 404(e).  We will inform DHS and the employer participating in the E-Verify Program that the identifying data (SSN, name, and date of birth) furnished by an employer concerning a particular employee matches, or does not match, the data maintained in this system of records, and when there is such a match, that information in this system of records indicates that the employee is, or is not, a citizen of the United States.

SSA-AR-0157

Compatibility:  We will disclose information in this routine use to DHS and employers for administration of the E-Verify Program, pursuant to Public Law 104-208, section 404(e).

33. To a State Bureau of Vital Statistics (BVS) that is authorized by States to issue electronic death reports when the State BVS requests that we verify the SSN of a person on whom the State will file an electronic death report after we verify the SSN.

Compatibility:  We will disclose information to a State BVS to verify the SSN of a person on whom the state will file an electronic death report after we verify the SSN.  We assist many States in implementing the Electronic Death Registration (EDR) process. At the front-end of the EDR process, we verify the SSN submitted by the State BVS. After the State BVS obtains the SSN verification, the State BVS provides SSA the death report connected with the verified SSN. When SSA obtains the death report connected to the verified SSN, we are able to immediately terminate benefits.  We provide SSN verifications to State BVSs electronically via agreements.

34. To the Department of Defense (DOD) to disclose validated SSN information and citizenship status information for the purpose of assisting DOD in identifying those members of the Armed Forces and military enrollees who are aliens or non-citizen nationals who may qualify for expedited naturalization or citizenship processing. These disclosures will be made pursuant to requests made under section 329 of the Immigration and Nationality Act, 8 U.S.C. § 1440, as executed by Executive Order 13269.

Compatibility:  We will disclose validated SSN and citizenship information for the purpose of assisting DOD in identifying those members of the Armed Forces and military enrollees who are aliens or non-citizen nationals who may qualify for expedited naturalization or citizenship processing.

35. To contractors, cooperative agreement awardees, State agencies, Federal agencies, and Federal congressional support agencies for, research and statistical activities that are designed to increase knowledge about present or alternative Social Security programs; are of importance to the Social Security program or the Social Security beneficiaries; or are for an epidemiological project that relates to the Social Security program or beneficiaries.  We will disclose information under this routine use pursuant only to a written agreement with us.

Compatibility:  We will disclose information under this routine use to a contractor, cooperative agreement awardee, State agency, Federal agency, and Federal congressional support agency researchers whose work is of interest to SSA.  The information was collected to administer our programs, and the research conducted with use of that information will be used to strengthen and improve those programs.  We will limit the information that we disclose to that which we are legally authorized to disclose, consistent with our regulations at 20 CFR Part 401.165, and per the contract or agreement terms.  Additionally, we have safeguards stated in the contract or agreement, prohibiting researchers from using or

11

disclosing the information for any other purposes, other than what is described in the contract or agreement.

36. To State and Territory MVA officials (or agents or contractors on their behalf) and State and Territory chief election officials, under the provisions of section 205(r)(8) of the Social Security Act (42 U.S.C. § 405(r)(8)), to verify the accuracy of information the State agency provides with respect to applications for voter registration for those persons who do not have a driver's license number:

> (a) when the applicant provides the last four digits of the SSN, or
> (b) when the applicant provides the full SSN, in accordance with section 7 of the Privacy Act (5 U.S.C. § 552a note), as described in section 303(a)(5)(D) of the Help America Vote Act of 2002.  (42 U.S.C. § 15483(a)(5)(D)).

Compatibility:  We will disclose to State and Territory MVA and election officials to verify the accuracy of information the State agency provides with respect to applications for voter registration for those persons who do not have a driver's license number.

37. To the Secretary of Health and Human Services (HHS) or to any State, any record or information requested in writing by the Secretary for the purpose of administering any program administered by the Secretary, if we disclosed records or information of such type under applicable rules, regulations, and procedures in effect before the date of enactment of the Social Security Independence and Program Improvements Act of 1994.

Compatibility:  We will disclose to the Secretary of HHS or to any State, any record or information requested in writing by the Secretary, if the records or information of such type were disclosed under applicable rules, regulations, and procedures in effect before the enactment of the Social Security Independence and Program Improvements Act of 1994, August 15, 1994, (704(e)(1) of the Social Security Act (42 U.S.C 904(e)(1)).  Prior to becoming independent of HHS, we provided certain information to HHS components based on the Privacy Act's "need to know" provision (5 U.S.C. § 552a(b)(1)). Under provisions of the Social Security Independence and Program Improvements Act of 1994, we must continue to disclose certain information when requested in writing by the Secretary of HHS, if records or information of such type were disclosed under applicable rules, regulations, and procedures in effect before the enactment of this statute. See 42 U.S.C. §904(e)(1)(B).

38. To appropriate agencies, entities, and persons when:
> (a) SSA suspects or has confirmed that there has been a breach of the system of records;
> (b) SSA has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, SSA (including its information systems, programs, and operations), the Federal Government, or national security; and
> (c) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with SSA's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

SSA-AR-0159

12

Compatibility: We will disclose information under this routine use specifically in connection with response and remediation efforts in the event of an unintentional release of agency information, in our programs or systems, otherwise known as a 'data security breach.' This routine use will protect the interests of the people whose information is at risk by allowing us to take appropriate steps to facilitate a timely and effective response to a breach. This routine use will also help us improve our ability to prevent, minimize, or remedy any harm that may result from a compromise of data covered by this system of records, and is required by OMB Memorandum 17-12, Preparing for and Responding to a Breach of Personally Identifiable Information, dated January 3, 2017.

39. To State agencies charged with administering Medicaid and the Children's Health Insurance Program (CHIP) to verify personal identification data (e.g., name, SSN, and date of birth) and to disclose citizenship status information to assist them in determining new applicants' entitlement to benefits provided by the CHIP.

Compatibility: We will disclose information under this routine use only to support other government agencies that administer programs, which have the same purpose, e.g., to determine eligibility, benefit amounts, or other matters of benefit status in a social security program and is relevant to determining the same matters in the other program.

40. To HHS, Centers for Medicare and Medicaid Services for the purpose of the administration of Insurance Affordability Programs (IAP) and to identify individuals who qualify for an exemption from the individual responsibility requirement in accordance with the Patient Protection and Affordable Care Act of 2010 (Pub. L. 111–148), as amended by the Health Care and Education Reconciliation Act of 2010 (Pub. L. 111–152). IAPs include a Qualified Health Plan through the Exchange, Advance Payments of the Premium Tax Credit, Cost Sharing Reductions, Medicaid, the Children's Health Insurance Program, and the Basic Health Program.

Compatibility: We will disclose information under this routine use to the Department of Health and Human Services/Centers for Medicare and Medicaid Services for the purpose of the administration of Insurance Affordability Programs (IAP) and to identify individuals who qualify for an exemption from the individual responsibility.

41. To the Corporation for National and Community Service, upon request, to verify SSNs and to provide citizenship status as recorded in our records concerning individuals applying to serve in approved national service positions and those designated to receive national service education awards under the National and Community Service Act.

Compatibility: We will disclose information under this routine use to the Corporation for National and Community Service (CNCS) to verify SSNs and to provide citizenship status as recorded in our records concerning individuals applying for CNCS scholarships.

42. To another Federal agency or Federal entity, when SSA determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in:
    (a) responding to a suspected or confirmed breach; or
    (b) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

    Compatibility:  We will disclose information under this routine use specifically in connection with response and remediation efforts in the event of an unintentional release of agency information, in our programs or systems, otherwise known as a 'data security breach.'  This routine use will protect the interests of the people whose information is at risk by allowing us to take appropriate steps to facilitate a timely and effective response to a breach.  This routine use will also help us improve our ability to prevent, minimize, or remedy any harm that may result from a compromise of data covered by this system of records, and is required by OMB Memorandum 17-12, Preparing for and Responding to a Breach of Personally Identifiable Information, dated January 3, 2017.

43. To State and local government agencies, in situations involving suspected abuse, neglect, or exploitation of minor children or vulnerable adults, to report suspected abuse or determine a victim's eligibility for services.

    Compatibility:  We will disclose the name and address of the alleged victim, and the reason(s) why we suspect abuse to the appropriate State or local protective service agency to determine eligibility for state services (i.e., health and income maintenance).

44. To a State bureau of vital statistics when it provided SSA information that an individual was deceased to notify the State of the error in the record so furnished.

    Compatibility:  We will disclose information under this routine use to a State bureau of vital statistics under contract with us when necessary to inform the State bureau that a record it provided to SSA reporting that an individual is deceased is erroneous based on information in our records.

45. To the Department of the Treasury, for purposes of tax administration, debt collection, and identifying, preventing, and recovering improper payments under federally funded programs and to Federal and State agencies for conducting statistical and research activities, pursuant to sections 202(x) and 1611(e) of the Social Security Act.  We will disclose only verified prisoner information (e.g., name, SSN, sex code, and date of birth) under this routine use.

    Compatibility:   We will disclose verified prisoner information to the Department of Treasury pursuant to sections 202(x) and 1611(e) of the Social Security Act for purposes of tax administration, debt collection, and improper payments or collection of delinquent debts owed to the United States.  SSA will verify prison information we receive (name, date of birth, sex code, and SSN) and disclose the results of the comparison of the information to the

SSA-AR-0161

Department of Treasury.   We will also disclose prisoner information to Federal and State agencies for conducting statistical and research activities, pursuant to Sections 202(x) and 1611(e) of the Social Security Act.

46. To the Office of the President in response to an inquiry from that office made on behalf of, and at the request of, the subject of the record or a third party acting on the subject's behalf.

Compatibility:  We will disclose information under this routine use only when the Office of the President makes an inquiry relating to information contained in this system of records and indicates that it is acting on behalf of the person whose record is requested.  This disclosure is compatible with the original purpose of collection because individuals have the right to choose whether to request their records themselves or through the Office of the President.

47. To HHS, Office of Child Support Enforcement, as required by section 453(e)(2) and (j)(1) of the Social Security Act for the administration of the Federal Parent Locator System.

Compatibility:  We will disclose information under this routine use to the Federal Parent Location System about individual under an obligation to pay child support and against whom such an obligation is sought.  We disclose non-tax return information authorized by section 435(e)(2) of the Act and tax return information authorized by the Internal Revenue Code, such as SSN, most recent residence, and the last report place of employment and work address.

48. To proper applicants submitting an application for a Social Security Card, when the proper applicant establishes that the number holder is physically or mentally unable to file for a Social Security card on their own behalf and provides evidence of custody or legal relationship for the number holder, we may provide the number holder's SSN.

Compatibility:  After establishing relationship to and custody or legal responsibility for the number holder, we will disclose SSN only under this routine use to a proper applicant (e.g., court-appointed legal guardian, custodial parent, administrator of an individual's estate, family member with custody, State agency or State-licensed agency with legal custody, or individual who applies on behalf of another individual who can establish relationship and responsibility) when the number holder is unable to file an application for a Social Security card on their own behalf.

49. To DHS, information regarding the citizenship and immigration status, lawful or unlawful, of any individual pursuant to 8 U.S.C. 1373(a).

Compatibility:  We will disclose citizenship and immigration status information, lawful or unlawful, to DHS, as required by 8 U.S.C. 1373(a).

50. To the U.S. Department of the Treasury, when disclosure of the information is relevant to review SSA's payment and award eligibility through the Do Not Pay Working System for the purposes of identifying, preventing, or recouping improper payments to an applicant for, or

SSA-AR-0162

15

recipient of, Federal funds, including funds disbursed by a state (meaning a state of the United States, the District of Columbia, a territory or possession of the United States, or a federally recognized Indian tribe) in a state-administered, federally funded program.  This routine use will be applied when disclosure meets the requirements in 20 CFR § 401.150(c).

Compatibility:  We will disclose information under this routine use to the Department of Treasury to assist in administering the Social Security Act by reviewing SSA's payment and award eligibility through the Do No Pay Working System for the purpose of identifying, preventing, or recouping fraud and improper payments when the disclosure meets the requirements in 20 C.F.R. § 401.150(c).  The information we disclose under this routine was collected to administer our programs and will be used for the same program purposes.

**OMB-Approved Information Collection Requests:**  We list the OMB-approved information collection requests maintained in this system of records below.

| Form | Title | OMB Control Number | Expiration Date |
|---|---|---|---|
| SS-5 | Application for a Social Security Card (including Paper, SSNAP Intranet, OSSNAP, and iSSNRC Modalities and Enumeration at Birth) | 0960-0066 | 12/31/2026 |
| SSA-88 | Pre-Approval Form for Consent-Based Social Security Number Verification Service (CBSV) | 0960-0760 | 12/31/2025 |
| SSA-89 | Authorization for SSA to Release SSN Verification | 0960-0760 | 12/31/2025 |
| SSA-132 | Notification of a SSN to an Employer for Wage Reporting | 0960-0778 | 3/31/2028 |

SSA-AR-0163