**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS *et al.*,

    *Plaintiffs*,

       *v.*

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY *et al.*,

    *Defendants*.

No. 1:25-cv-03501-SLS

**NOTICE OF APPEARANCE**

Please take notice that I, Cesar Azrak, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enter my appearance as counsel of record for Defendants in the above-captioned matter.

JUNE 26, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
DC Bar No. 90025888
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 538-3491

cesar.e.azrak@usdoj.gov

*Counsel for Defendants*