# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-03501-SLS |

## [PROPOSED] ORDER

Upon consideration, the Motion of Arizona Senate President Warren Petersen and Arizona Speaker of the House of Representatives Steve Montenegro for Leave to File Brief as Amici Curiae in Support of Defendants' Motion for a Stay Pending Appeal is GRANTED.


DATED: _____, 2026

_____
The Honorable Sparkle L. Sooknanan
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the Proposed Order's entry:

**Aman Tewari George**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 701-1783
ageorge@democracyforward.org

**John B. Hill**
Citizens for Responsibility and Ethics in Washington
PO Box 14596
Washington, DC 20044
(202) 408-5565
jhill@citizensforethics.org

**Lauren Crowell Bingham**
Citizens for Responsibility and Ethics in Washington
PO Box 14596
Washington, DC 20044
(202) 408-5565
lbingham@citizensforethics.org

**Nikhel Sus**
Citizens for Responsibility and Ethics in Washington
PO Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org

**Emily Davis**
Fair Elections Center
1629 K St., NW
Suite 300
Washington, DC 20006
(202) 331-0114
edavis@fairelectionscenter.org

**Jennifer Fountain Connolly**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
jconnolly@democracyforward.org

**Johanna M. Hickman**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
hhickman@democracyforward.org

**Jonathan Sherman**
Fair Elections Center
1629 K St., NW
Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org

**Mark Samburg**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org

**Michelle Kanter Cohen**
Fair Elections Center
1629 K St., NW
Suite 300
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org

**Robin F. Thurston**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 455-9060
rthurston@democracyforward.org

**Sophie Rose Gelber**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(786) 877-0505
sgelber@democracyforward.org

**John L. Davisson**
Electronic Privacy Information Center
1519 New Hampshire Avenue, NW
Washington, DC 20036
(202) 483-1140 (ext. 120)
davisson@epic.org

**Abigail Kunkler**
Electronic Privacy Information Center
1519 New Hampshire Avenue, NW
Washington, DC 20036
(773) 569-1814
kunkler@epic.org

*Counsel for Plaintiffs*

**Stephen M. Pezzi**
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-8576
stephen.pezzi@usdoj.gov

**Cesar Azrak**
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 538-3491
cesar.e.azrak@usdoj.gov

**William D. Wassdorf**
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711
(737) 226-4398
will.wassdorf@oag.texas.gov
*Counsel for Defendants*