**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25‑3501 (SLS)<br>Judge Sparkle L. Sooknanan |

## <u>ORDER</u>

For the reasons stated in the Court's Memorandum Opinion, ECF No. 123, the Court

**DENIES** the Federal Defendants' Motion to Stay Pending Appeal, ECF No. 116.

    **SO ORDERED.**

 

_____

SPARKLE L. SOOKNANAN
United States District Judge

Date:   July 8, 2026