**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>           Defendants. | No. 1:25-cv-03501 (SLS) |

## <u>NOTICE</u>

As this Court is aware, *see* ECF Nos. 120, 123, the United States was recently ordered (over its objection) to "immediately comply with the court-approved settlement agreement in [*Florida v. DHS*, No. 3:24-cv-00509 (N.D. Fla.)] by reinstating [the *Florida*] Plaintiffs' access to the bulk-upload and SSN-search features in the SAVE system." *Florida* Order of July 7, 2026, ECF No. 120-2. Defendants respectfully submit this Notice to inform the Court that the United States is now in the process of doing so, as required by the injunction in *Florida*. The Department of Justice has been informed by the Department of Homeland Security that those features of SAVE remain disabled with respect to all users in States other than Florida, Ohio, Iowa, and Indiana. Defendants believe that this approach allows the United States to comply with all outstanding court orders—*i.e.*, this Court's order of vacatur, and the *Florida* court's injunction—to the greatest extent possible.

- 2 -

Dated:  July 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*