| | |
|---|---|
| **From:** | Pezzi, Stephen (CIV) |
| **To:** | "Jason Muehlhoff"; "Obhof, Larry"; "Lanning, Blake"; "Eric Wessan"; "David Dewhirst"; "ncordova@boydengray.com"; "Valencia, Patrick"; "mathura.sridharan@ohioago.gov"; "Davis, Ashley E."; "Burns, Kimberly"; "Axelman, David"; "Ryan Newman" |
| **Cc:** | Riess, Daniel (CIV) |
| **Subject:** | Compliance w/ Order in Florida v. DHS, No. 3:24-cv-509 (N.D. Fla.) |
| **Date:** | Thursday, July 9, 2026 4:59:00 PM |

Counsel,

I write with an update regarding compliance with the Court's July 7, 2026 Order in the above-captioned matter.

1. Bulk-upload capability for Florida, Ohio, Iowa, and Indiana (but nobody else) has now been restored, though (at least for now) it will be accomplished through a different procedure to account for the current circumstances. To submit a SAVE bulk-upload request, until further notice, USCIS will be using a secure online file sharing tool to receive the requests. Please provide the email address of the POC(s) within your State who will be submitting SAVE cases in bulk. USCIS will contact these individuals to provide access to the file-sharing space, the template for submission, and relevant logistical instructions. Individuals at USCIS will then run those searches on SAVE data accessible to DHS/USCIS, and provide responses through the online file sharing tool as quickly as possible. Within the next two weeks, DHS/USCIS will also endeavor to implement the necessary technical changes to provide SAVE responses through your existing SAVE accounts after submission through the online file sharing tool. It is possible that this process will move more slowly than before, particularly as this methodology gets up and running, but we expect it to be sufficiently quick to accommodate your needs and address the harms described in your filings. If you have any particularly urgent requests, please contact ████████████████████████ or contact your usual SAVE contacts to explain the situation. Please do not share that email address or these instructions with others, as this capability is not being offered to anyone other than the Plaintiff States in *Florida*.

2. Through this mechanism, Social Security Number searches have now also been restored for Florida, Ohio, Iowa, and Indiana (but nobody else). Simply include the full SSN or the last-four-SSN data on the spreadsheet you submit through the above process, and USCIS will run those searches on SAVE data accessible to DHS/USCIS. Note that at least at this time, although you will be able to search on all SSNs accessible to DHS/USCIS, that will not (yet) include SSA data. We are actively working to restore that functionality for Florida, Ohio, Iowa, and Indiana and expect it to be up and running again by the end of this week.

As always, please let me know if there is anything we need to discuss further. Either way, I'll be in touch again soon about the joint status report that is due on July 14.

Sincerely,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov