**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-03501-SLS |

**<u>DECLARATION OF BRIAN BRODERICK</u>**

1.      My name is Brian J. Broderick. I serve as Acting Chief in the Verification Division within U.S. Citizenship and Immigration Services (USCIS). I have served in this position since May 12, 2025.

2.      In my professional capacity as the Acting Chief in the Verification Division, I am responsible for overseeing the Systematic Alien Verification for Entitlements (SAVE) program, U.S. Citizenship and Immigration Services' core process for verifying U.S. citizenship and immigration status information for federal, state, local, territorial, and tribal agencies.

3.      The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry in the above-captioned case as of today.

4.      Following the Court's June 22, 2026, Memorandum Opinion and Order (the "Order"), USCIS disabled for all SAVE users the bulk upload tool on June 23, 2026.

5.    Following the Order, USCIS disabled for all SAVE users the application programming interface (API) that allowed automated SAVE queries of Social Security Administration (SSA) data on June 23, 2026.

6.    On July 6, 2026, SAVE submitted three queries to SSA through the API. After investigation, it was discovered certain elements of the API removal had not been completed in the non-production environment of SAVE. As a result, three automated test and health checks were able to be submitted. These queries were submitted strictly for testing purposes and no SSA data or SAVE response was returned to a public user. USCIS subsequently addressed this issue and SAVE has made no other queries of SSA data since June 23, 2026.

7.    Following the Order, USCIS disabled for all SAVE users the Social Security Number (SSN) field on June 23, 2026. Except as discussed below, SAVE users can no longer create a SAVE case using an SSN as the enumerator.

8.    Following the Order, USCIS disabled for all SAVE users the application programming interface (API) that allowed automated SAVE queries of U.S. passport information of the American Citizen Records Query service using SSNs verified through the SSA API.

9.    Following the Order, USCIS has ceased development of the unimplemented features described in the 2025 SORN: the ability to initiate a SAVE query using a U.S. passport number; the ability to initiate a SAVE query using a driver's license number; and the ability of oversight agencies to view, within SAVE, other user agencies' case data through a linking mechanism based on either benefit type granted.

10.     Following the Order, USCIS removed the SAVE Voter Verification Fact Sheet and Voter Verification Bulk Uploader How to Guide from public facing websites on June 23, 2026.

11.     Pursuant to the July 7, 2026 order in *Florida v. DHS*, No. 3:24-cv-00509 (N.D. Fla.), on July 9, 2026, USCIS began the process of reenabling the ability to submit SAVE cases in bulk and query SSA data for the four plaintiff states in *Florida*: Florida, Ohio, Iowa, and Indiana.

12.     As currently implemented, users from Florida, Ohio, Iowa, and Indiana will submit SAVE bulk-upload requests via a secure file upload service. USCIS will then initiate the SAVE queries internally and return the SAVE responses to the *Florida v. DHS* SAVE users. Only internal USCIS administrators will have the ability to initiate SAVE queries in bulk and using an SSN.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July 2026 in Camp Springs, Maryland.

BRIAN J BRODERICK

Digitally signed by BRIAN J BRODERICK
Date: 2026.07.10 16:15:18 -04'00'

BRIAN J. BRODERICK
Acting Chief, Verification Division
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services