**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS *et al.*,

    *Plaintiffs*,

        *v.*

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY *et al.*,

    *Defendants*.

No. 1:25-cv-03501-SLS

**DECLARATION OF MARK A.
STEFFENSEN**

I, Mark A. Steffensen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief of Law and Policy and General Counsel at the Social Security Administration ("SSA"). In this capacity, I am responsible for oversight of SSA's legal and policy offices, including those responsible for federal data exchange. I make this declaration based on my personal knowledge and information made available to me in the course of my official duties.

2. I submit this declaration in support of Defendants' Joint Status Report on July 10, 2026, responding to questions in this Court's July 9, 2026, Minute Order.

3. SSA took the following actions in response to this Court's June 22, 2026, Order [ECF No. 112]:

    a. Immediately following issuance of the Order, SSA alerted our legal, executive, privacy, data exchange, and systems staff with involvement in this exchange or the System of Records Notice (SORN) about this Court's Opinion and Order.

    b. On June 23, 2026, SSA disabled the SSA Applied Programming Interface (API) connection with Department of Homeland Security, U.S. Citizenship and

1

Immigration Services (DHS USCIS) used for SAVE System data sharing, so data would no longer be shared by SSA to DHS USCIS through this connection.

c. On June 24, 2026, SSA removed the vacated SORN's Federal Register notice from SSA's webpage for SORNs, located at http://www.ssa.gov/privacy/sorn.html, and replaced the reference with the last version published prior to the vacated SORN.

d. SSA then monitored the SSA API connection and, on July 7, 2026, SSA identified that on July 6, 2026 (the day prior) three transactions[*] were sent by DHS USCIS using the connection and were inadvertently processed by SSA. SSA identified the technical issue that allowed these three transactions to be processed, despite prior actions to disable the connection. That same day, on July 7, 2026, SSA promptly corrected the issue, so no added transactions could be inadvertently processed using this disabled connection.

4. The SSA API connection with DHS USCIS remained disabled until the afternoon of July 9, 2026, when SSA reactivated the connection for use by DHS USCIS solely for the four Plaintiff States subject to the Florida Order of July 7, 2026 [ECF No. 120-2 in *Florida v. DHS*, No. 3:24-cv-00509 (N.D. Fla.)].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of July 2026.

_____
Mark A. Steffensen
Chief of Law and Policy and General Counsel
Social Security Administration
Woodlawn, Maryland

---

[*] Transaction means a request for SSA to return information about a single individual.