# Exhibit A



## PREVENTING ALIEN VOTING

**NATIONAL SECURITY INVESTIGATIONS:** The Department of Homeland Security has initiated multiple investigations related to allegations of non-citizen voting and registration. Review of the first set of public voter files from states that have not utilized the SAVE system revealed:

**OVER 250,000 NON-CITIZENS ARE ILLEGALLY REGISTERED TO VOTE IN JUST THE FOUR STATES FOR WHICH PUBLIC DATA FILES HAVE BEEN REVIEWED.**

State election officials in California, Pennsylvania, New Jersey and Nevada have been notified of this serious threat to national security and DHS stands ready to support their efforts to identify and remove ineligible registrants. The investigation is expanding to include multiple additional states. In addition, DHS will support the Department of Justice's review of voter files obtained pursuant to their enforcement authority under the National Voter Registration Act of 1993 and the Help America Vote Act of 2002.

**STATES THAT PROTECT FEDERAL ELECTIONS:** Numerous proactive, conscientious state officials have successfully utilized free services offered by the Department of Homeland Security to assist election officials in identifying non-citizens who have registered and/or voted in their states.

In the short time that the enhanced SAVE system has been available to states, 10 have states processed their full voter lists. As of June 22, 2026, a total of 25 different states processed more than 68 million registration records through the SAVE system. DHS has enabled those states to identify over **400,000** deceased registrants and over **28,000** non-citizens who illegally registered to vote.

As demonstrated by the sample data to the right, these states are serious about ensuring that only US citizens vote in US elections. DHS applauds their efforts to prevent non-citizens from registering and to remove ineligible registrants who unlawfully register.

| Proactive SAVE User States | | |
|---|---|---|
| **State** | **Deceased** | **Non-Citizen** |
| Georgia | 42,776 | 2,549 |
| Ohio | 59,774 | 769 |
| Tennessee | 37,850 | 1,009 |
| Texas | 111,573 | 2,296 |
| North Carolina | 34,622 | 1,599 |
| Idaho | 4,328 | 49 |
| Alabama | 33,165 | 465 |
| Missouri | 10,660 | 1,112 |
| Louisiana | 15,231 | 419 |
| Kansas | 10,197 | 449 |

Several other proactive state officials have also signed Memoranda of Agreement with USCIS to utilize the SAVE system and have processed portions of their state voter rolls. Unfortunately, due to the actions of the activist Judge Sparkle Sooknanan, many of the enhancements to this service of USCIS have been suspended pending appeal. As a result, US citizens are at risk of having their votes diluted by ineligible alien voters.

**UNAMBIGUOUS CONTRAST:** There is an undeniable pattern emerging as DHS begins to unravel the horrific damage done by the open border policies of the Biden administration. States that have adopted alien-first policies instead of American-first policies have a disproportionate number of non-citizens on their voter rolls.