**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-3501-SLS |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Defendants*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 20, 2026, the parties provide this joint status report updating the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) ("*Florida*") in the Eleventh Circuit:

On July 20, 2026, *Florida* intervenors-defendants League of Women Voters and Electronic Privacy Information Center (two of the Plaintiffs in this case) noticed their appeal of the *Florida* court's July 7, 2026 order. *See Florida* ECF No. 55. As of this filing, the federal government defendants in *Florida* have not filed their own notice of appeal of that order. The deadline for such a filing is September 8, 2026. *See* Fed. R. App. P. 4(a)(1)(B).

On July 21, 2026, the Eleventh Circuit issued a briefing notice setting a deadline of August 31, 2026, for intervenors-appellants' opening brief. *See* Briefing Notice, *Florida v. League of Women Voters*, No. 26-12533-CC, ECF No. 2 (11th Cir. July 21, 2026).

Earlier today, intervenors-appellants notified plaintiffs-appellees in *Florida* (*i.e.*, the States of Florida, Iowa, Ohio, and Indiana) of their intent to move to expedite the Eleventh Circuit appeal

and sought their position on that motion. The *Florida* plaintiffs-appellees stated they oppose the motion. The *Florida* intervenors-appellants intend to file that motion today.

Finally, although not required by the Court's Minute Order of July 20, 2026, the federal government defendants also wish to notify the Court of a recent order granting in part and denying in part the government's motion to dismiss in *Texas v. Mullin*, No. 4:24-cv-49 (W.D. Tex. July 21, 2026). A copy of that order is attached to this joint status report for the Court's convenience.

Dated: July 22, 2026

Respectfully submitted,

/s/ Nikhel S. Sus
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No.
90043462)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No.
1019148)
Ronald A. Fein (D.D.C. Bar No. MA0012)
Johanna M. Hickman (D.C. Bar No.
981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
rfein@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No.
989164)
Emily Davis (D.C. Bar No. 90020129)
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

3

edavis@fairelectionscenter.org

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

\* admitted pro hac vice

4

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for the United States*