**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-3501-SLS |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 20, 2026, the parties provide this joint status report updating the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) ("*Florida*") in the Eleventh Circuit:

As previously reported, *Florida* intervenors League of Women Voters and Electronic Privacy Information Center (two of the Plaintiffs in this case) moved to expedite the Eleventh Circuit appeal. That motion is fully briefed and pending decision. In the meantime, intervenors filed their opening merits brief in the Eleventh Circuit on August 7, which was 24 days before their August 31 deadline under the court's briefing order. *See* Appellants' Br., *Florida v. League of Women Voters*, No. 26-12533-CC, ECF No. 25 (11th Cir. Aug. 7, 2026). Barring any intervening order of the Eleventh Circuit, the *Florida* plaintiffs' merits brief is now due on September 8. *See* Briefing Notice at 1, *Florida v. League of Women Voters*, No. 26-12533-CC, ECF No. 2 (11th Cir. July 21, 2026).

Dated: August 12, 2026

Respectfully submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No. 90043462)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Ronald A. Fein (D.D.C. Bar No. MA0012)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
rfein@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

*Counsel for All Plaintiffs*

2

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

\* admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for the United States*

4