UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, ET AL.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.

*Defendants,*

Case No. 1:25-cv-003501

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant-Intervenor, the State of Texas, hereby appeals to the United States Court of Appeals for the District of Columbia from the Memorandum Opinion and Order (ECF No. 111, 112) entered on June 22, 2026. Under Fed. R. App. P. 3(c)(4), this notice of appeal encompasses all orders merged into the Court's Order.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Brianna M. Krominga*
BRIANNA M. KROMINGA
Assistant Attorney General
Texas Bar No. 24103252
WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation
Texas Bar No. 24103022

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(240) 290-8884 | FAX: (512) 320-0667
Will.wassdorf@oag.texas.gov
brianna.krominga@oag.texas.gov
*Counsel for State Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 21, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel of record and parties of record.

*/s/ Brianna M. Krominga*
BRIANNA M. KROMINGA