**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-3501-SLS |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 20, 2026, the parties provide this joint status report updating the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) in the Eleventh Circuit:

Last week, Plaintiffs informed the court that on September 9, the Eleventh Circuit issued a "Jurisdictional Question," requesting that the parties in *Florida* brief whether Plaintiffs in this case (who are Appellants in that case) "have standing to appeal the district court's July 7, 2026, enforcement order." That brief would be due on September 16, 2026. In light of that fact that yesterday the federal government filed with the Supreme Court an application to stay this Court's order, for which a response would be due September 15, 2026, Plaintiffs have requested, with the consent of counsel in the *Florida* appeal, a two-week extension of that deadline, to accommodate the Supreme Court briefing.

The time for the federal government to appeal the July 7, 2026, enforcement order in *Florida* has now expired. The federal government did not appeal that order.

**ADDITIONAL STATUS UPDATE BY PLAINTIFFS**

Plaintiffs previously informed the Court that counsel for Defendants confirmed that, as a result of the enforcement order in the *Florida* litigation, the four plaintiff states in the Florida litigation have now both (1) submitted verification requests using the SAVE "workaround" Defendants created, and (2) gotten results back, each in violation of this Court's vacatur order. Plaintiffs have requested that Defendants also identify the number of verification requests and verifications that they have provided to the *Florida* plaintiff states, to ascertain the extent of Defendants' violation of this Court's vacatur order. As of the date of this JSR, Defendants have refused to provide that information.

**RESPONSE BY DEFENDANTS TO PLAINTIFFS' ADDITIONAL UPDATE**

This issue is already addressed in the parties' most recent joint status report. *See* Joint Status Report (Sep. 2, 2026), ECF No. 144.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No. 90043462)*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Ronald A. Fein (D.D.C. Bar No. MA0012)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
rfein@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

* admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for the United States*