**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS *et al.*,

*Plaintiffs*,

*v.*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants*.

No. 1:25-cv-03501-SLS

**DECLARATION OF NICOLAS S. BARTELL**

I, Nicolas S. Bartell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Associate Director of Fraud Detection and National Security ("FDNS") Directorate of the U.S. Citizenship and Immigration Services ("USCIS") within the Department of Homeland Security ("DHS"). In this capacity, I am responsible for oversight of USCIS' fraud and national security mission. I make this declaration based on my personal knowledge and information made available to me in the course of my official duties.

2. FDNS officers' and employees' duties include assisting DHS with its law enforcement duties and administration and enforcement of the Immigration and Nationality Act. As part of that support, FDNS has been investigating potential illegal voting by aliens who are not lawfully permitted to vote.

3. As part of these efforts, FDNS has made requests and obtained information from the Social Security Administration ("SSA") in certain cases to verify information and help determine whether illegal voting may have occurred.

4. FDNS has made queries and received information from SSA by using an Application Program Interface (API) that is also currently used for purposes of exchanging information needed to complete SAVE queries for four states.

5. These queries were completed through a direct connection to the API and did not interact with or involve SAVE.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14 day of September 2026.

Nicolas S. Bartell
Associate Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
Camp Springs, Maryland