**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS *et al.*,

*Plaintiffs*,

*v.*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants*.

No. 1:25-cv-03501-SLS

**SECOND DECLARATION OF MARK A. STEFFENSEN**

I, Mark A. Steffensen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief of Law and Policy and General Counsel at the Social Security Administration ("SSA"). In this capacity, I am responsible for oversight of SSA's legal and policy offices, including those responsible for federal data exchange. I make this declaration based on my personal knowledge and information made available to me in the course of my official duties.

2. I submit this declaration to update the Court regarding paragraph 4 of my July 10, 2026, Declaration [ECF No. 126-3], about the SSA Applied Programming Interface (API) connection used by Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS) for SAVE System data sharing.

3. Paragraph 4 stated that SSA reactivated the API on July 9, 2026, for use solely for the four Plaintiff States subject to the Florida Order of July 7, 2026 [ECF No. 120-2 in *Florida v. DHS*, No. 3:24-cv-00509 (N.D. Fla.)].

4. Recently, SSA learned that the reactivated API connection was used by DHS for non-SAVE purposes, in addition to DHS USCIS's use for the four Plaintiff State SAVE users after July 10, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of September 2026.

_/s/ Mark A. Steffensen___________
Mark A. Steffensen
Chief of Law and Policy and General Counsel
Social Security Administration
Woodlawn, Maryland