**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*. | Case No. 1:25-cv-3501-SLS |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 20, 2026, the parties provide this joint status report updating the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) in the Eleventh Circuit:

The deadline for the parties in *Florida* to address the Eleventh Circuit's jurisdictional question is today, September 16. As noted in the parties' previous joint status report, *see* ECF 145, Plaintiffs requested a two-week extension of the deadline to address the Eleventh Circuit's jurisdictional question, to accommodate the Supreme Court briefing in this case. The Eleventh Circuit has not ruled on that extension request and if it does not do so by end of day, Plaintiffs intend to file their brief in response to the jurisdictional question today.

## PLAINTIFFS' RESPONSE TO DEFENDANTS' SEPTEMBER 14, 2026, NOTICE (ECF 146)

On September 8, a whistleblower reported to Congress that, since at least August 21, USCIS Fraud Detection and National Security ("FDNS") personnel have been engaging in "illegal and inappropriate activities" while "reviewing data provided by DHS to FDNS to hunt for 'unlawful voters.'" *See* Letter from Sen. Padilla to DHS Sec. Mullin and USCIS Director Edlow

at 2 (Sept. 13, 2026), https://perma.cc/6VR8-KRM6. The whistleblower disclosure identifies SAVE as a data source for FDNS in this effort. *See id.* at 3; *see also* Whistleblower Report at 18, Attach. to Padilla Ltr. Senators Padilla and Schumer sent the Whistleblower Report to DHS Secretary Mullin on September 13. *See id* at 1. At 10:36 p.m. on September 14, Defendants filed a Notice with the Court stating that they "recently determined that queries of Social Security Administration (SSA) data by the Department of Homeland Security (DHS) included both (1) SAVE queries for the benefit of the Florida Plaintiffs as well as (2) other queries related to DHS law-enforcement investigations." ECF 146 ("the Notice"). The attached Declaration of Nicolas S. Bartell, USCIS Associate Director of Fraud Detection and National Security ("FDNS"), further states that "FDNS has made queries and received information from SSA by using an Application Program Interface (API) that is also currently used for purposes of exchanging information needed to complete SAVE queries for four states [as a result of the *Florida* litigation]." ECF 146-1, ¶ 4. Additionally, Defendants' Notice comes in the wake of DHS repeatedly refusing to provide Plaintiffs with details regarding Defendants' operation of the SAVE "workaround" Defendants created as a result of the *Florida* litigation. *See* ECF 144, 145.

The Notice and supporting declarations as well as the Whistleblower Report raise serious questions about Defendants' compliance with the Court's vacatur order as well as the accuracy of Defendants' representations to this Court. Plaintiffs intend to meet and confer with Defendants promptly to better understand the facts underlying the Notice and will determine any appropriate next steps, including seeking relief from this Court.

**RESPONSE BY DEFENDANTS**

As for Plaintiffs' reference to their prior requests for additional "details" about the government's compliance with the *Florida* injunction, Defendants refer the Court to the parties' two most recent joint status reports, which already address that issue. *See* ECF Nos. 144, 145.

As for Plaintiffs' reference to "Defendants' compliance with the Court's vacatur order as well as the accuracy of Defendants' representations to this Court," Defendants refer the Court to the Notice filed on Monday, which already addresses those issues. *See* ECF No. 146.

As for the remaining issues raised by Plaintiffs for the first time in this status report, Defendants are willing to confer with Plaintiffs in good faith regarding next steps, at least with respect to any issues that are relevant to this litigation. The parties are in the process of identifying possible dates and times for a further conversation.

Dated: September 16, 2026

Respectfully submitted,


*/s/Mark B. Samburg*
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No. 90043462)*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Ronald A. Fein (D.D.C. Bar No. MA0012)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
rfein@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

*Counsel for All Plaintiffs*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

* admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for the United States*