**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 1:25-cv-3501-SLS

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 20, 2026, the parties provide this joint status report updating the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) in the Eleventh Circuit:

Plaintiffs report that the parties in *Florida* completed briefing on the Eleventh Circuit's jurisdictional question on September 16. *See Florida v. LWV*, 26-12533, ECF 34, 35 (11th Cir.). The parties in *Florida* await the Eleventh Circuit's ruling on that question, after which briefing on the merits of the appeal may resume, if the court retains jurisdiction.

**PLAINTIFFS' UPDATE CONCERNING**
**DEFENDANTS' SEPTEMBER 14, 2026, NOTICE (ECF 146)**

The parties met and conferred about Defendants' Notice on Friday, September 18, to clarify issues relevant to any potential motions and to understand the relationship between Defendants'

Notice and this Court's vacatur order. The same day, Plaintiffs sent Defendants the following list of outstanding factual questions:

1. When was the SSA Applied Programming Interface discussed in Defendants' Notice and declarations ("the API"), see ECF No. 146, first created?
2. At that time, what functions did the API perform (e.g., did it include bulk searches? SSN search capability?)?
3. To the extent changes have been made to the API since it was created, what are those changes and when was each of them made?
4. What are/have been the uses of that API since then (e.g., modified SAVE, the Florida workaround), and when did each use start?
5. For the information received through the API searches described in the declarations, in what system(s) of records are DHS storing results/has DHS been storing results?
6. On or about what date did SSA learn about DHS's use of the API described in the declarations?
7. What is the legal authority for the FDNS searches using the API described in the declarations?
8. Is the government relying on any system of records notice in connection with FDNS's use of the API? If so, which one(s)?

As of the time of this filing, Defendants have not provided a substantive response to Plaintiffs' questions. Plaintiffs will continue to press for these clarifications, and, if needed, seek further relief from this Court.

## RESPONSE BY DEFENDANTS

In response to Plaintiffs' statement above, Defendants refer the Court to Defendants' Notice filed on September 14, 2026, ECF No. 146, and Defendants' statement in the parties' joint status report filed on September 16, 2026, ECF No. 147. Defendants remain willing to confer with Plaintiffs in good faith regarding next steps, at least with respect to any issues that are relevant to this litigation.

Defendants also note that Plaintiffs' statement above (like Plaintiffs' statement in several prior status reports) has no apparent connection to the Court's stated purpose in requiring these weekly status reports, which was to "updat[e] the Court on the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) in the Eleventh Circuit." Minute Order of July 20, 2026. Defendants reserve their right to object to Plaintiffs' continued use of these weekly status reports for other entirely unrelated purposes.

Dated: September 23, 2026

*/s/ Aman T. George*

Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
Lauren C. Bingham (D.C. Bar No. 90043462)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
lbingham@citizensforethics.org

Aman T. George (D.C. Bar No. 1028446)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Ronald A. Fein (D.D.C. Bar No. MA0012)
Sophie R. Gelber (D.C. Bar No. 9003827)
Johanna M. Hickman (D.C. Bar No. 981770)
Mark B. Samburg (D.C. Bar No. 1018533)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ageorge@democracyforward.org
jconnolly@democracyforward.org
rfein@democracyforward.org
sgelber@democracyforward.org
hhickman@democracyforward.org
msamburg@democracyforward.org
rthurston@democracyforward.org

Jon Sherman (D.C. Bar No. 998271)*
Michelle Kanter Cohen (D.C. Bar No. 989164)
FAIR ELECTIONS CENTER
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org

*Counsel for All Plaintiffs*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for the United States*

John L. Davisson (D.C. Bar No. 1531914)
Enid Zhou (D.C. Bar No. 1632392)
Abigail Kunkler (D.C. Bar No. 90030868)
Mayu Tobin-Miyaji (D.C. Bar No. 90033340)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, DC 20036
(202) 483-1140
davisson@epic.org
zhou@epic.org
kunkler@epic.org

*Counsel for Plaintiff Electronic Privacy Information Center*

* admitted pro hac vice