**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

No. 1:25-cv-03501 (SLS)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit the following notice of supplemental authority.

On Friday, September 25, 2026, the Supreme Court of the United States granted the government's motion for a stay of this Court's summary-judgment order (ECF No. 112) pending appeal. *DHS v. League of Women Voters*, No. 26A308, 609 U.S. ----, --- S. Ct. ----, 2026 WL 2879700 (U.S. Sept. 25, 2026). A copy of the Supreme Court's order is attached to this notice as Exhibit 1. As of the evening of Friday, September 25, 2026, the features of the SAVE "modified system" that this Court had previously vacated are now again available to all SAVE users.

Plaintiffs' "motion to enforce summary judgment order," ECF No. 128, remains pending before this Court. But because the summary-judgment order in question has now been stayed in full by order of the Supreme Court, there is no longer anything for this Court to "enforce." *See DHS v. D.V.D.*, 145 S. Ct. 2627, 2629 (2025) (explaining that the Supreme Court's stay of an order extends to further orders or proceedings seeking to enforce the stayed order). Accordingly, Plaintiffs' motion to enforce should now be denied—without regard to any further proceedings in the *Florida* litigation. *See* Minute Order of July 20, 2026 (requiring status reports every seven days about "the status of the appeal of *Florida v. DHS*, No. 3:24-cv-509 (N.D. Fla.) in the Eleventh Circuit").

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*